Darren G. Reid (USB #11163)
Engels J. Tejeda (USB #11427)
Benjamin D. Passey (USB #19324)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Emails: dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd.,*
*St. Luke's Regional Medical Center, Ltd.,*
*Chris Roth, Natasha D. Erickson, M.D.*
*and Tracy Jungman, NP*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF UTAH

| In re: | Bankruptcy No. 24-23530 WTT |
|---|---|
| Ammon Edward Bundy, | Chapter 7 |
| Debtor. | Hon. William T Thurman |

### MOTION FOR ADMISSION PRO HAC VICE AND CONSENT
### OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Bejamin D. Passey, hereby move the pro hac vice admission of applicant to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should applicant fail to respond to any Court order.

Dated this 21st day of August, 2024.

        HOLLAND & HART LLP

        */s/ Benjamin D. Passey*
        Benjamin D. Passey
        Utah Bar Number 19324

        *Attorneys for St. Luke's Health System, Ltd.,*
        *St. Luke's Regional Medical Center, Ltd.,*
        *Chris Roth, Natasha D. Erickson, M.D.*
        *and Tracy Jungman, NP*

**APPLICATION FOR ADMISSION PRO HAC VICE**

Applicant, Robert A. Faucher, hereby requests permission to appear pro hac vice in the subject case. Applicant states under penalty of perjury that he is a member in good standing of the bar of Idaho; is (i) a non-resident of the state of Utah and, (ii) under DUCivR83-1.1(d) and Local Rule 2090-1, has associated local counsel in this case. Applicant's address, office telephone, fax number, e-mail address and the courts to which admitted, and the respective dates of admission are provided as required.

Applicant designates Benjamin D. Passey as associate local counsel.

Dated: August 21, 2024

/s/ Robert A. Faucher
Robert A. Faucher

**APPLICATION FOR ADMISSION PRO HAC VICE, CONTINUED**

Name of Applicant: Robert A. Faucher
Business Address: Holland & Hart LLP, 800 West Main Street, Suite 1750, Boise, ID 83702
Telephone: (208) 342-5000
E-mail Address: rafaucher@hollandhart.com

**BAR ADMISSION HISTORY**

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| Ninth Circuit U.S. Court of Appeals | 9th Circuit | 11/26/2007 |
| United States District Court | Idaho | 9/23/1993 |
| United States Bankruptcy Court | Idaho | 9/23/1993 |

**PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT**

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | None | |

**CERTIFICATE OF SERVICE BY MAIL OR OTHER MEANS**

I HEREBY CERTIFY that on this 21st day of August, 2024, I caused the foregoing **MOTION FOR ADMISSION PRO HAC VICE AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL** to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mark C. Rose
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov


AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants by U.S. First Class Mail and/or e-mail as indicated:

By U.S. First Class Mail – postage prepaid:

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmoney, UT 84757

By E-Mail:

Ammon E. Bundy
aebundy@bundyfarms.com



*/s/ Benjamin D. Passey*
Benjamin D. Passey