*Order Prepared and Submitted by:*
Darren G. Reid (USB #11163)
Engels J. Tejeda (USB #11427)
Benjamin D. Passey (USB #19324)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Emails:  dgreid@hollandhart.com
        ejtejeda@hollandhart.com
        bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd.,*
*St. Luke's Regional Medical Center, Ltd.,*
*Chris Roth, Natasha D. Erickson, M.D.*
*and Tracy Jungman, NP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF UTAH

| In re: | Bankruptcy No. 24-23530 WTT |
|---|---|
| Ammon Edward Bundy, | Chapter 7 |
| Debtor. | Hon. William T Thurman |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL**

It appearing to the Court that Applicant, Robert A. Faucher, meets the pro hac vice admission requirements of DUCiv R 83-1.1(d)(1) and Bankr D. Ut. LBR 2090-1, the Motion for Admission Pro Hac Vice of Robert A. Faucher in the United States Bankruptcy Court, District of Utah in the subject case is GRANTED.

---END OF DOCUMENT---

**CERTIFICATE OF SERVICE BY MAIL OR OTHER MEANS**

    I HEREBY CERTIFY that on this 21st day of August, 2024, I caused the foregoing **MOTION FOR ADMISSION PRO HAC VICE AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL** to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Mark C. Rose
    McKay, Burton & Thurman, P.C.
    trustee@mbt-law.com

    U.S. Trustee
    USTPRegion19.SK.ECF@usdoj.gov

    AND I FURTHER CERTIFY that on said date I served the foregoing on the following non-CM/ECF Registered Participants by U.S. First Class Mail and/or e-mail as indicated:

    By U.S. First Class Mail – postage prepaid:

        Ammon Edward Bundy, *pro se*
        P.O. Box 1062
        Cedar City, UT 84721

        Ammon Edward Bundy
        896 E 400 S
        New Harmoney, UT 84757

    By E-Mail:

        Ammon E. Bundy
        aebundy@bundyfarms.com


                                              */s/ Benjamin D. Passey*
                                              Benjamin D. Passey