Darren G. Reid (USB #11163)
Engels J. Tejeda (USB #11427)
Benjamin D. Passey (USB #19324)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Emails: dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd.,*
*St. Luke's Regional Medical Center, Ltd.,*
*Chris Roth, Natasha D. Erickson, M.D.*
*and Tracy Jungman, NP*

# THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>Ammon Edward Bundy<br>Debtor(s). | Bankruptcy No. 24-23530 WTT<br><br>Chapter 7<br><br>Hon. William T. Thurman |

## MOTION FOR ADMISSION PRO HAC VICE AND CONSENT
## OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Bejamin D. Passey, hereby move the pro hac vice admission of applicant to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should applicant fail to respond to any Court order.

Document    Page 2 of 5

Dated this 21st day of August, 2024.

                                      HOLLAND & HART LLP

                                      */s/ Benjamin D. Passey*
                                      Bejamin D. Passey
                                      Utah Bar Number 19324

                                      *Attorneys for St. Luke's Health System, Ltd.,*
                                      *St. Luke's Regional Medical Center, Ltd.,*
                                      *Chris Roth, Natasha D. Erickson, M.D.*
                                      *and Tracy Jungman, NP*

APPLICATION FOR ADMISSION PRO HAC VICE

Applicant, Erik F. Stidham, hereby requests permission to appear pro hac vice in the subject case. Applicant states under penalty of perjury that he is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) a non-resident of the state of Utah and, under DUCivR83-1.1(d) and Local Rule 2090-1, has associated local counsel in this case. Applicant's address, office telephone, fax number, e-mail address and the courts to which admitted, and the respective dates of admission are provided as required.

Applicant designates Benjamin D. Passey as associate local counsel.

Dated: August 21, 2024

                                                  */s/Erik F. Stidham*
                                                Erik F. Stidham

**APPLICATION FOR ADMISSION PRO HAC VICE, CONTINUED**

Name of Applicant: Erik F. Stidham
Business Address: Holland & Hart LLP, 800 West Main Street, Suite 1750, Boise, ID 83702
Telephone: (208) 342-5000
E-mail Address: efstidham@hollandhart.com

**BAR ADMISSION HISTORY**

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
| --- | --- | --- |
| USDC, District of Idaho | Idaho | 9/26/1996 |
| USDC South Dist. of California | California | 1/30/2013 |
| USDC North Dist. of California | California | 12/12/1995 |
| USDC Eastern Dist. of California | California | 12/12/1995 |
| Ninth Circuit | California | 9/1/1993 |
| Idaho Supreme Court | Idaho | 9/26/1996 |

(If additional space is needed, attach separate sheet.)

**PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT**

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
| --- | --- | --- |
| | None | |

## **CERTIFICATE OF SERVICE BY MAIL OR OTHER MEANS**

I HEREBY CERTIFY that on this 21st day of August, 2024, I caused the foregoing **MOTION FOR ADMISSION PRO HAC VICE AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL** to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mark C. Rose
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov
Ammon E. Bundy
896 E 400 S
New Harmoney, UT 84757; and

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants by U.S. First Class Mail and/or e-mail as indicated:
By U.S. First Class Mail – postage prepaid:

Ammon Edward Bundy, pro se
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmoney, UT 84757

By E-Mail:

Ammon E. Bundy
aebundy@bundyfarms.com

*/s/ Benjamin D. Passey*
Benjamin D. Passey

32459651_v1

5