**This order is SIGNED.**

**Dated: August 21, 2024**

 

**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**

msc

*Order Prepared and Submitted by:*
Darren G. Reid (USB #11163)
Engels J. Tejeda (USB #11427)
Benjamin D. Passey (USB #19324)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
Emails: dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd.,
St. Luke's Regional Medical Center, Ltd.,
Chris Roth, Natasha D. Erickson, M.D.
and Tracy Jungman, NP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF UTAH

| In re:<br><br>Ammon Edward Bundy,<br><br>Debtor. | Bankruptcy No. 24-23530 WTT<br><br>Chapter 7<br><br>Hon. William T Thurman |
|---|---|

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL**

It appearing to the Court that Applicant, Robert A. Faucher, meets the pro hac vice admission requirements of DUCiv R 83-1.1(d)(1) and Bankr D. Ut. LBR 2090-1, the Motion for Admission Pro Hac Vice of Robert A. Faucher in the United States Bankruptcy Court, District of Utah in the subject case is GRANTED.

---END OF DOCUMENT---

**CERTIFICATE OF SERVICE BY MAIL OR OTHER MEANS**

I HEREBY CERTIFY that on this 21st day of August, 2024, I caused the foregoing **MOTION FOR ADMISSION PRO HAC VICE AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL** to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mark C. Rose
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov

AND I FURTHER CERTIFY that on said date I served the foregoing on the following non-CM/ECF Registered Participants by U.S. First Class Mail and/or e-mail as indicated:

By U.S. First Class Mail – postage prepaid:

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmoney, UT 84757

By E-Mail:

Ammon E. Bundy
aebundy@bundyfarms.com

*/s/ Benjamin D. Passey*
Benjamin D. Passey