**This order is SIGNED.**

**Dated: August 21, 2024**

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**



msc

*Order Prepared and Submitted by:*
Darren G. Reid (USB #11163)
Engels J. Tejeda (USB #11427)
Benjamin D. Passey (USB #19324)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone:  (801) 799-5800
Emails:   dgreid@hollandhart.com
          ejtejeda@hollandhart.com
          bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd.,*
*St. Luke's Regional Medical Center, Ltd.,*
*Chris Roth, Natasha D. Erickson, M.D.*
*and Tracy Jungman, NP*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No. 24-23530 WTT |
| Ammon Edward Bundy, | Chapter 7 |
| Debtor. | Hon. William T Thurman |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

It appearing to the Court that Applicant, Robert A. Faucher, meets the pro hac vice

admission requirements of DUCiv R 83-1.1(d)(1) and Bankr D. Ut. LBR 2090-1, the Motion for

Admission Pro Hac Vice of Robert A. Faucher in the United States Bankruptcy Court, District of

Utah in the subject case is GRANTED.

---END OF DOCUMENT---

**CERTIFICATE OF SERVICE BY MAIL OR OTHER MEANS**

I HEREBY CERTIFY that on this 21st day of August, 2024, I caused the foregoing
**MOTION FOR ADMISSION PRO HAC VICE AND CONSENT OF DESIGNATED
ASSOCIATE LOCAL COUNSEL** to be filed electronically through the CM/ECF system,
which caused the following parties or counsel to be served by electronic means, as more fully
reflected on the Notice of Electronic Filing:

Mark C. Rose
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov

AND I FURTHER CERTIFY that on said date I served the foregoing on the following
non-CM/ECF Registered Participants by U.S. First Class Mail and/or e-mail as indicated:

By U.S. First Class Mail – postage prepaid:

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmoney, UT 84757

By E-Mail:

Ammon E. Bundy
aebundy@bundyfarms.com

/s/ Benjamin D. Passey
Benjamin D. Passey

United States Bankruptcy Court
District of Utah

In re:

Ammon Edward Bundy

    Debtor

Case No. 24-23530-WTT

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 1088-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: pdfor1 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ammon Edward Bundy, P.O. Box 1062, Cedar City, UT 84721-0991 |
| | Ammon Edward Bund, 896 E 400 S, New Harmoney, UT 84757 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin David Passey | on behalf of Creditor St. Luke's Health System  Ltd. bdpassey@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Tracy Jungman  N.P. bdpassey@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Natasha Erickson  M.D. bdpassey@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor St. Luke's Regional Medical Center  Ltd. bdpassey@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Chris Roth bdpassey@hollandhart.com |
| Darren G. Reid | |

District/off: 1088-4                          User: admin                                    Page 2 of 2
Date Rcvd: Aug 21, 2024                       Form ID: pdfor1                          Total Noticed: 2

on behalf of Creditor Chris Roth dgreid@hollandhart.com  cfries@hollandhart.com

Darren G. Reid

on behalf of Creditor Natasha Erickson  M.D. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

on behalf of Creditor St. Luke's Health System  Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

on behalf of Creditor St. Luke's Regional Medical Center  Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

on behalf of Creditor Tracy Jungman  N.P. dgreid@hollandhart.com, cfries@hollandhart.com

Engels Tejeda

on behalf of Creditor Natasha Erickson  M.D. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda

on behalf of Creditor St. Luke's Health System  Ltd. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda

on behalf of Creditor Chris Roth ejtejeda@hollandhart.com
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda

on behalf of Creditor St. Luke's Regional Medical Center  Ltd. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda

on behalf of Creditor Tracy Jungman  N.P. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Mark C. Rose tr

trustee@mbt-law.com  UT32@ecfcbis.com

United States Trustee

USTPRegion19.SK.ECF@usdoj.gov


TOTAL: 17