Mark C. Rose, #13855
**McKay, Burton & Thurman, P.C.**
Parkview Plaza I
2180 South 1300 East, Suite 400
Salt Lake City, Utah 84106
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: mrose@mbt-law.com
*Trustee of the Chapter 7 Bankruptcy*
*Estate of Ammon Edward Bundy*

### THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Case 24-23530 |
|---|---|
| AMMON EDWARD BUNDY, | (Chapter 7) |
| Debtor. | Judge William T. Thurman |

### NOTICE OF OBJECTION TO EXEMPTIONS
### AND NOTICE OF OPPORTUNITY FOR HEARING

**Objection Deadline: October 4, 2024**

**PLEASE TAKE NOTICE** that Mark C. Rose ("Trustee"), as trustee of the Chapter 7 bankruptcy estate of Ammon Edward Bundy ("Debtor") in bankruptcy case 24-23530, has filed with the United States Bankruptcy Court for the District of Utah (the "Bankruptcy Court") an *Objection to Exemptions* (the "Objection").

The Objection seeks disapproval of the exemptions Debtor has claimed in this case. If you would like a copy of the Objection or more information about the Objection or Debtor's bankruptcy case, please e-mail Mark C. Rose at mrose@mbt-law.com.

**YOUR RIGHTS MAY BE AFFECTED**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

NO HEARING WILL BE CONDUCTED ON THE OBJECTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the Objection, then you or your attorney must:

1. On or before **October 4, 2024**, file with the Bankruptcy Court a written objection, explaining your position, at:

**United States Bankruptcy Court**
**350 South Main Street, Room 301**
**Salt Lake City, UT 84101**
**(if mailed)**

or

**United States Bankruptcy Court**
**Orrin G. Hatch U.S. Courthouse**
**351 South West Temple, Rm. 1.100**
**Salt Lake City, Utah 84101**
**(if delivered in person)**

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will receive it on or before **October 4, 2024**. You must also mail or e-mail a copy to the attorney for the Trustee at:

**Mark C. Rose**
**Parkview Plaza I**
**2180 South 1300 East, Suite 400**
**Salt Lake City, Utah 84106**
**mrose@mbt-law.com**

2.      Attend a hearing on the Objection on **October 9, 2024 at 2:00 p.m.** before the Honorable William T. Thurman. This hearing will be held by Zoom. Parties should log in to Zoom at [www.zoomgov.com](www.zoomgov.com) at least ten (10) minutes before the scheduled time for the hearing. Meeting ID and Passcode for each judge are as follows:

Judge William T. Thurman Meeting ID: 160 7523 8590; Passcode: 9626637

Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at [https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom](https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom) for the most up-to-date information regarding telephonic participation at a hearing.

**There will be no further notice of the hearing**, and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Objection and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Objection without hearing.

DATED this 13th day of September, 2024.

                /s/ Mark C. Rose
                Mark C. Rose
                *Trustee of the Chapter 7 Bankruptcy*
                *Estate of Ammon Edward Bundy*

## CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on September 13, 2024, I electronically filed the foregoing **OBJECTION TO EXEMPTIONS AND NOTICE OF OPPORTUNITY FOR HEARING** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

Robert A. Faucher, rfaucher@hollandhart.com
Benjamin David Passey, bdpassey@hollandhart.com
Darren G. Reid, dgreid@hollandhart.com
Mark C. Rose, trustee@mbt-law.com
Erik F. Stidham, efstidham@hollandhart.com
Engels Tejeda, ejtejeda@hollandhart.com
United States Trustee, USTPRegion19.SK.ECF@usdoj.gov
**All other parties entitled to CM-ECF notice in this matter**

## CERTIFICATE OF SERVICE – MAIL, OTHER

I hereby certify that on September 13, 2024 I caused to be served a true and correct copy of the foregoing **OBJECTION TO EXEMPTIONS AND NOTICE OF OPPORTUNITY FOR HEARING** to be served as follows:

*Mail Service - By regular first-class United States mail, postage fully pre-paid, addressed to:*

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84721


      /s/ Karin Powell