Erik F. Stidham (Idaho Bar No. 5483 (Admitted pro hac vice)
Robert A. Faucher (Idaho Bar No. 4745) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd.,*
*St. Luke's Regional Medical Center, Ltd.,*
*Chris Roth, Natasha Erickson, M.D., and*
*Tracy Jungman, NP*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re:<br><br>AMMON EDWARD BUNDY,<br><br>    Debtor. | Case No. 24-23530-WTT<br><br>Chapter 7 |

## ST. LUKE PARTIES' MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER SECTION 727

COME NOW St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.,

Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP (the "St. Luke's Parties"),

by and through their attorneys, Holland & Hart LLP, and represent as follows for this, their

motion to extend the deadline for filing a complaint objecting to discharge under section 727 of the Bankruptcy Code for 90 days.

## STATEMENT OF THE FACTS

<u>Bundy, who owes the St. Luke's Parties $50 million, committed fraudulent conveyances.</u>

1.      The St. Luke's Parties obtained a judgment against debtor Ammon E. Bundy ("Debtor" or "Bundy") in Idaho state court in August 2023.  The judgment was in an amount exceeding $50 million.  *See Exs. A, B.* The judgment arose from Bundy's intentional torts. *Id.* As of the petition date, Bundy still owed the St. Luke's Parties in excess of $50 million.

2.      Both before and after entry of the judgment against him, Bundy openly admitted that he would be taking actions to place his assets beyond the reach of the St. Luke's Parties. For example, in a December 2022 public interview, Bundy stated of the St. Luke's Parties: "[T]hey're probably going to try to get judgments of over a million dollars and take everything . . . from me. . . . I'm not going to let that happen, and I'm making moves you know to . . . stop that from happening."[1]

3.      Bundy made good on his threats.  For example, in December 2022, Bundy and his wife conveyed their residence in Emmett, Idaho—which was worth in excess of $1 million—to a limited liability company owned by the treasurer of Bundy's gubernatorial campaign (the "LLC"), for only $250,000.  The relevant deed is attached hereto as Exhibit C.   Bundy and his wife continued living in the house after the conveyance. (The St. Luke's Parties sued the LLC to avoid the fraudulent conveyance. The LLC settled by conveying the house back to one of the St. Luke's Parties for a nominal sum.  That deed is attached hereto as Exhibit D.)

---

[1] Idaho Dispatch Facebook Live Interview of Ammon Bundy, SLHS_0007626, Page 24, December 28, 2022.

<u>Bundy has failed to make required disclosures in the bankruptcy case.</u>

4.      Bundy has not met his duties as a debtor. This has impeded the St. Luke's Parties'
efforts to prepare their section 727 complaint.

5.      For example, in Part 4 of his Statement of Financial Affairs, docket no. 7 at 9, § 9,
Bundy did not disclose a single lawsuit to which he was a party during the year before
bankruptcy.  In fact, the St. Luke's Parties know that Bundy was a party to many such lawsuits.
There may be lawsuits of which the St. Luke's Parties are unaware.

6.      Similarly, at the same page, § 10, Bundy swore under oath that no property was
seized in the year before bankruptcy.  The St. Luke's Parties know that is inaccurate.

7.      In Part 4, § 17 of his schedule of assets, docket no. 19 at 5, Bundy stated that he
had no bank accounts.  The St. Luke's Parties know that is false.  The St. Luke's Parties believe
that there are bank accounts of which they are not aware.

8.      In his statement of financial affairs, docket no. 5, part 1, § 5, Bundy checked the
"yes" box <u>and</u> the "no" box as to whether he earned income other than from his job or operating
a business.  Of course, there is no way to derive meaning from that answer.  And in the portion
of the question where the amount of that income is to be identified, Bundy left the text blank.

9.      At his meeting of creditors, Bundy invoked his Fifth Amendment privilege
against incrimination 42 distinct times in response to questions posed by counsel to the St.
Luke's Parties.  *See Ex. E* (transcript excerpts).  Accordingly, as of today, most of the St. Luke's
Parties' most basic questions regarding Debtor's finances and assets remain unanswered.  As but
two examples, Bundy refused to answer these questions:

- "Mr. Bundy, we have records that indicate that, on January 5th, 2024, that
  $487,000 was transferred from Global Investments to you to a Mountain America
  account.  Can you tell us where those funds are now?"  *Ex. E*, at 24-25 (p. 5-6 of
  pdf), ll. 24-3.

- "So, Mr. Bundy, do you still have in your possession or control any of the $487,000, that were transferred to you on or around January 5th, 2024?" *Id.* at 26, (p. 7 of pdf), ll. 3-6.

10.     These are just a few of the many examples of Bundy's failure to meet his basic responsibilities to provide creditors with important information.

<u>The St. Luke's Parties have diligently sought additional information.</u>

11.     The St. Luke's Parties have diligently pursued acquiring information in this case relevant to their potential claims against Debtor under section 727.  However, as of today, the efforts remain in process.

12.     The St. Luke's Parties attended both meetings of creditors, on August 14 and 19, 2024.  The attorney for the St. Luke's Parties posed many questions to Bundy at both meetings. As noted above, Bundy simply refused to answer 42 questions.

13.     At the meeting of creditors, the chapter 7 trustee asked Bundy to follow up by providing the trustee 13 different pieces of additional information and documents.  Counsel to the St. Luke's Parties understands that Bundy has, in fact, provided the trustee at least some of the information and documents.  Counsel to the St. Luke's Parties made a timely request in writing that the trustee pass the information and documents along to him.  Counsel's request was sent by e-mail on September 9, 2024.  *See Ex. F.* The chapter 7 trustee did not respond until today, September 24, 2024.  The trustee has refused the request. Accordingly, it will be necessary for the St. Luke's Parties to subpoena the trustee to acquire that information.

14.     The St. Luke's Parties have filed their motion to conduct a Rule 2004 examination of Debtor and his wife.  The Court entered orders granting those motions. Docket nos. 24-29. The subpoenas are out for service and the examinations should occur in mid-October.

15.     The St. Luke's Parties have filed their motion to conduct a Rule 2004 examination of a credit union where Bundy might have transferred funds belonging to him. Docket no. 30.

16.     The St. Luke's Parties intend to file additional motions for relief under Rule 2004 to fill in the holes regarding Debtor's assets and finances that exist because of Debtor's failure to make disclosures or answer questions, and his apparent efforts to sequester assets.

17.     Counsel to the St. Luke's Parties inquired of Debtor, in writing, that he stipulate to the proposed extension. *See Ex. G.*  Debtor has not responded.

### ARGUMENT

The present deadline for parties to file complaints objecting to discharge under section 727 is October 15, 2024.

The Bankruptcy Rules specifically provide for extensions to the deadline to file a complaint under section 727. Bankruptcy Rule 4004(b)(1) applies here because the St. Luke's Creditors are filing this motion before the deadline has expired. In such a case, the Court can extend the deadline on "motion of any party in interest . . . ."  The movant must show cause and a compelling need for the extension. *Lashinsky v. Amphone* (*In re Amphone*), Ad. No. 18-5083, 2017 Bankr. LEXIS 1975, n.16 (Bankr. D. Kans. Jun. 27, 2019).

The St. Luke Parties have made the required showing.

Debtor's finances and assets remain very unclear because Debtor has failed to answer dozens of questions in his schedule of asset and liabilities, statement of financial affairs, and at his multiple meetings of creditors.  The St. Luke's Creditors have diligently pursued acquiring answers to their questions by filing multiple requests for relief under Rule 2004, which have been granted.  The St. Luke's Parties will conduct the approved examinations and will seek to conduct additional examinations.

An extension of 90 days is appropriate.

In addition to the many Rule 2004 examinations the St. Luke's Parties intend to conduct, the St. Luke's Parties anticipate time-consuming motion practice regarding Bundy's frequent invocation of his Fifth Amendment privilege against self-incrimination. *See* 11 U.S.C. § 727(a)(6); *Rinehart v. Sharp* (*In re Sharp*), 361 B.R. 559, 566 (B.A.P. 10th Cir. 2007).

WHEREFORE, the St. Luke's Parties pray that the Court enter an order granting it a 90-day extension of time to file its complaint to deny Debtor his discharge under Bankruptcy Rule 4004(b)(1).

Dated this 24th day of September, 2024.

HOLLAND & HART LLP


By:/s/ Robert A. Faucher
    Erik F. Stidham, of the firm
    Robert A. Faucher, of the firm

HOLLAND & HART LLP


By:/s/ Engels J. Tejeda
    Darren G. Reid, of the firm
    Engels J. Tejeda, of the firm
    Ben D. Passy, for the firm


*Attorneys for the St. Luke's Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. I also caused the foregoing to be served by first class mail, U.S. potage prepaid to the parties indicated below.

Ammon Edward Bundy, *pro se*  ☒  U.S. First Class Mail – postage prepaid
P.O. Box 1062
Cedar City, UT  84721


Mark C. Rose, Trustee
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov


/s/ Engels J. Tejeda
of Holland & Hart LLP

33008559_v2

## CLERK'S CERTIFICATE OF ATTESTATION AND TRUE COPY

St Lukes Health System LTD, St Lukes Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman
    Plaintiff,

vs.

Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man PAC, Peoples Rights Network, Freedom Man Press LLC
    Defendant.

Case Number: CV01-22-06789

I, Theresa Fuze, Deputy Clerk of the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, do hereby certify that the annexed copies of the Default Judgment, in the case of St Lukes Health System LTD, St Lukes Regional Medical Center LTD, Chris Roth, Natasha Erickson, MD, Tracy Jungman vs Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man PAC, Peoples Rights Network, Freedom Man Press LLC, have been by me compared with the originals, and that these are a correct transcript and true copies there from and of the whole of such original records as the same appear on file and of record in my office and in my custody.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court on _____ 9/15/2023 8:28:37 AM.

Trent Tripple
Clerk of the District Court of the Fourth
Judicial District, in and for the County of Ada

_____
Deputy Clerk

## CERTIFICATE OF PRESIDING JUDGE

I, Nancy Baskin, presiding ~~Magistrate or~~ District Judge of the Fourth Judicial District of the State of Idaho, do hereby certify that Trent Tripple, and his/her deputy who signed the foregoing certificate of attestation is now and was at the time of signing and sealing of the same, the duly elected, qualified and acting Clerk of the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada; that he/she is the legal keeper of the records and seal of said Court; that his/her signature as it appears signed to the said certificate of attestation is genuine; that the seal affixed to said certificate is the seal of said Court; and that the attestation is in due form and by the proper officer.

IN WITNESS WHEREOF, I have hereunto set my hand on _____ 9/18/2023 7:03:03 PM

_____
Judge Nancy Baskin

## CERTIFICATE OF THE CLERK

I, Theresa Fuze, Deputy Clerk of the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, do hereby certify that Nancy Baskin, who signed the foregoing certificate, now is, and was at the time of the signing of the same, the presiding Magistrate or District Judge of said Court, duly elected and qualified; that said Court is a Court of record; and that the signature of said presiding Magistrate or District Judge, as it appears signed to said certificate is his/her genuine signature.

IN WITNESS WHEREOF, I have hereunto set my hand on _____ 9/18/2023

Trent Tripple
Clerk of the District Court of the Fourth
Judicial District, in and for the County of Ada

_____
Deputy Clerk

Filed: 08/29/2023 09:37:22
Fourth Judicial District, Ada County
**Trent Tripple, Clerk of the Court**
By: Deputy Clerk - Nelson, Ric

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD; ST. LUKE'S REGIONAL MEDICAL CENTER, LTD; CHRIS ROTH, an individual; NATASHA D. ERICKSON, MD, an individual; and TRACY W. JUNGMAN, NP, an individual. | Case No. CV01-22-06789 **DEFAULT JUDGMENT** |

Plaintiffs,

vs.

AMMON BUNDY, an individual; AMMON
BUNDY FOR GOVERNOR, a political
organization; DIEGO RODRIGUEZ, an
individual; FREEDOM MAN PRESS LLC, a
limited liability company; FREEDOM MAN
PAC, a registered political action committee;
and PEOPLE'S RIGHTS NETWORK, a
political organization and an unincorporated
association,

Defendants.

JUDGMENT IS ENTERED AS FOLLOWS:

1.    Judgment is entered in favor of Plaintiffs St. Luke's Health System, Ltd.; St. Luke's

Regional Medical Center, Ltd.; Chris Roth, Natasha D. Erickson, M.D.; and Tracy W. Jungman,

N.P. against Defendants Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez,

Freedom Man Press LLC, Freedom Man PAC, and People's Rights Network.

DEFAULT JUDGMENT - 1

**Exhibit A, Page 2**

2.      St. Luke's Health System, Ltd.'s and St. Luke's Regional Medical Center, Ltd.'s damages are awarded against Defendants Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man Press LLC, Freedom Man PAC, and People's Rights Network jointly and severally in the amount of **Nineteen Million One Hundred Twenty-Five Thousand Dollars [Fourteen Million One Hundred Twenty-Five Thousand ($14,125,000)** in compensatory damages and **Five Million Dollars ($5,000,000)** in punitive damages].

3.      Previously Court-ordered and unpaid attorneys' fees and costs of St. Luke's Health System, Ltd. and St. Luke's Regional Medical Center, Ltd. are awarded against:

a.      Defendant Ammon Bundy in the amount of **Thirteen Thousand Four Hundred Forty-Three Dollars and Twenty-One Cents ($13,443.21)**;

b.      Defendant Ammon Bundy for Governor in the amount of **Six Thousand Eight Hundred Ninety-Five Dollars and Eighty-Six Cents ($6,895.86)**;

c.      Defendant Diego Rodriguez in the amount of **Twenty-Two Thousand Eight Hundred Fifty Dollars and Seventy-Seven Cents ($22,850.77)**;

d.      Defendant Freedom Man Press LLC in the amount of **Eight Hundred Ninety-Two Dollars and Twenty Cents ($892.20)**;

e.      Defendant Freedom Man PAC in the amount of **Eight Hundred Ninety-Two Dollars and Twenty Cents ($892.20)**; and

f.      Defendant People's Rights Network in the amount of **Eight Thousand Three Hundred Thirty-One Dollars and Ninety-Six Cents ($8,331.96)**.

4.      Chris Roth's damages are awarded against Defendants Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man Press LLC, Freedom Man PAC, and People's Rights Network jointly and severally in the amount of **Eight Million Five Hundred Thousand Dollars ($8,500,000) [Two Million One Hundred Twenty-Five Thousand Dollars**

DEFAULT JUDGMENT - 2

**Exhibit A, Page 3**

**($2,125,000)** in compensatory damages and **Six Million Three Hundred Seventy-Five Dollars ($6,375,000)** in punitive damages].

5.    Natasha Erickson's damages are awarded against Defendants Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man Press LLC, Freedom Man PAC, and People's Rights Network jointly and severally in the amount of **Twelve Million One Hundred Twenty-Five Thousand Dollars ($12,125,000)** [**Five Million One Hundred Twenty-Five Thousand Dollars ($5,125,000)** in compensatory damages and **Seven Million Dollars ($7,000,000)** in punitive damages].

6.    Tracy Jungman's damages are awarded against Defendants Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man Press LLC, Freedom Man PAC, and People's Rights Network jointly and severally in the amount of **Twelve Million One Hundred Twenty-Five Thousand Dollars ($12,125,000)** [**Five Million One Hundred Twenty-Five Thousand Dollars ($5,125,000)** in compensatory damages and **Seven Million Dollars ($7,000,000)** in punitive damages].

7.    Interest shall accrue on all awarded damages bearing the statutory rate of 10.250% per annum until paid in full.

8.    Defendants Ammon Bundy, Ammon Bundy for Governor, Diego Rodriguez, Freedom Man Press LLC, Freedom Man PAC, and People's Rights Network are PERMANENTLY ENJOINED as follows:

>    a.    Defendants must cease posting and disseminating defamatory statements against all Plaintiffs. Defamatory statements include:
>
>    >    i.    The Infant was perfectly healthy when taken by Child Protective Services.
>    >
>    >    ii.    St. Luke's made the Infant sick and infected the Infant with disease.

DEFAULT JUDGMENT - 3

**Exhibit A, Page 4**

iii. The Infant was kidnapped or unlawfully taken by law enforcement or St. Luke's.

iv. St. Luke's, St. Luke's management, law enforcement, Idaho Department of Health and Welfare, the courts, and medical practitioners are all involved in a conspiracy to engage in criminal child trafficking, kidnapping children and stealing children to make money.

v. The medical providers are pedophiles who want to abuse children and engage in child trafficking.

vi. Idaho Department of Health and Welfare makes more money for every child it takes into Child Protective Services custody and that is why the Idaho Department of Health and Welfare kidnaps and traffics children and only allows certain people with a specific sexual orientation to adopt children.

vii. St. Luke's and the medical practitioners intentionally or negligently harmed or injured the Infant, committed medical malpractice and/or misdiagnosed the Infant.

viii. St. Luke's reported the parents to Child Protective Services.

ix. Dr. Erickson threatened to file a report with Child Protective Services if the parents did not agree to the treatment plan between March 1-4, 2022.

x. St. Luke's intentionally kept the Infant longer than necessary in the hospital because the parents did not want the Infant vaccinated.

DEFAULT JUDGMENT - 4

**Exhibit A, Page 5**

      xi.   The family was discriminated against because the Infant was not vaccinated.

      xii.   The parents have thousands of dollars in medical bills they have to pay based on the care provided by St. Luke's or any medical provider.

      xiii.   The parents did not consent to the medical treatment provided to the Infant.

      xiv.   The Infant was released from the St. Luke's Children's Hospital and returned directly to the family due to the protestors' or Defendants' actions.

b.   Defendants must cease making statements that any of the Plaintiffs are criminals and/or are participating in unlawful child kidnapping, child trafficking, child sexual or any other child abuse, and/or killing of children.

c.   Defendants must remove from all online locations or websites Defendants have authority to do so any and all statements that the Plaintiffs are criminals and/or participating in the child kidnapping, child trafficking, child sexual or any other child abuse, and/or killing of children. The online locations include, but are not limited to, the following websites including their sub-pages:

https://www.peoplesrights.org, https://www.votebundy.com,

https://www.freedomman.org, https://stlukesexposed.com,

https://www.facebook.com/SaveBabyCyrus/,

https://www.youtube.com/@RealAmmonBundy, https://twitter.com

(handle @RealABundy), https://x.com (handle @RealABundy),

DEFAULT JUDGMENT - 5

**Exhibit A, Page 6**

https://www.givesendgo.com/GAZAG?utm_source=sharelink&utm_medi
um=copy_link&utm_campaign=GAZAG.

d.  Defendants must cease disseminating and encouraging others to
disseminate the contact information, personal information, and images of
Mr. Roth, Dr. Erickson, and NP Jungman.

e.  Defendants must remove from all online locations and websites Defendants
have authority to do so the contact information, personal information,
and/or images of Mr. Roth, Dr. Erickson, and NP Jungman. The online
locations include, but are not limited to, the following websites including
their sub-pages:

https://www.peoplesrights.org, https://www.votebundy.com,

https://www.freedomman.org, https://stlukesexposed.com,

https://www.facebook.com/SaveBabyCyrus/,

https://www.youtube.com/@RealAmmonBundy, https://twitter.com

(handle @RealABundy), https://x.com (handle @RealABundy),

https://www.givesendgo.com/GAZAG?utm_source=sharelink&utm_medi

um=copy_link&utm_campaign=GAZAG.

f.  Defendants must deactivate links to defamatory statements or statements
that invade the privacy of the Plaintiffs by portraying them in a false light.

IT IS SO ORDERED.

DATED: 8/29/2023

STATE OF IDAHO
COUNTY OF ADA
I, Trent Tripple, Clerk of the District Court of
The Fourth Judicial District of the State of Idaho
in and for the County of Ada, do hereby certify that
the foregoing is a true and correct copy of the original
on file in this office. In witness whereof, I have hereunto
set my hand and affixed my official seal this ___ day
of _____, 20 __.
TRENT TRIPPLE
By _____ Deputy

Nancy A Baskin

NANCY A. BASKIN
District Court Judge

DEFAULT JUDGMENT - 6

**Exhibit A, Page 7**

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on _____ 8/29/23 _____, I caused a true and correct

copy of the foregoing **Default Judgment** to be forwarded with all requires charges prepaid, by

the method(s) indicated below, in accordance with the Rules of Civil Procedure, to the following

persons:

Ammon Bundy for Governor
People's Rights Network
c/o Ammon Bundy
P.O. Box 370
Emmett, ID 83617

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Ammon Bundy
Ammon Bundy for Governor
People's Rights Network
c/o Ammon Bundy
4615 Harvest Ln.
Emmett, ID 83617-3601

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Freedom Man PAC
Freedom Man Press LLC
c/o Diego Rodriguez
1317 Edgewater Dr., #5077
Orlando, FL 32804

☑ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Email/iCourt/eServe:

Diego Rodriguez
1317 Edgewater Dr., #5077
Orlando, FL 32804

☐ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☑ Email/iCourt/eServe:
freedommanpress@protonmail.com

Erik F. Stidham
Jennifer M. Jensen
Alexandra S. Grande
Zachery J. McCraney
Anne E. Henderson
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714

☐ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☑ Email/iCourt/eServe:
   efstidham@hollandhart.com
   jmjensen@hollandhart.com
   asgrande@hollandhart.com
   zjmccraney@hollandhart.com
   aghenderson@hollandhart.com

DATED: 8/29/23

Clerk of the Court

DEFAULT JUDGMENT - 7

**Exhibit A, Page 8**

Filed: 08/29/2023 09:31:32
Fourth Judicial District, Ada County
**Trent Tripple, Clerk of the Court**
By: Deputy Clerk - Nelson, Ric

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

|  |  |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD; ST. LUKE'S REGIONAL MEDICAL CENTER, LTD; CHRIS ROTH, an individual; NATASHA D. ERICKSON, MD, an individual; and TRACY W. JUNGMAN, NP, an individual,<br><br>       Plaintiffs,<br><br>vs.<br><br>AMMON BUNDY, an individual; AMMON BUNDY FOR GOVERNOR, a political organization; DIEGO RODRIGUEZ, an individual; FREEDOM MAN PRESS LLC, a limited liability company; FREEDOM MAN PAC, a registered political action committee; and PEOPLE'S RIGHTS NETWORK, a political organization and an unincorporated association,<br><br>       Defendants. | Case No.  CV01-22-06789<br><br>ORDER ON VERDICT AND DEFAULT JUDGMENT |

On July 24, 2023, the jury returned a verdict on this case which was accepted by the Court

and filed in this matter. The Court issued its ruling on the request for permanent injunctive relief

on August 25, 2023. The Court now issues this Order to modify the jury's verdict based on Idaho

Code section 6-1504(3) which limits punitive damages to the greater of $250,000 or three times

the amount of compensatory damages awarded. The Court finds based on the statute, the punitive

damages to be awarded to Mr. Chris Roth must be reduced from Seven Million Dollars

**Exhibit B, Page 1**

Dollars ($7,000,000) to Six Million Three Hundred and Seventy-Five Thousand Dollars ($6,375,000). The punitive damages awarded to all other Plaintiffs are within the statutory cap and need no adjustment by the Court.

As to the liability of the individual Defendants for the damages, the Court finds based on the facts deemed admitted under the Fourth Amended Complaint due to default being entered against all Defendants and the evidence presented at trial that the Defendants conspired through agreement to together to commit: defamation against all Plaintiffs; invasion of privacy by portraying Plaintiffs Mr. Roth, Dr. Erickson and NP Jungman in a false light; intentional infliction of emotional distress as to Mr. Roth, Dr. Erickson and NP Jungman; trespass against St. Luke's at the Boise and Meridian Hospitals; and wrongful Charitable Solicitations causing injury to each Plaintiff that Count VIII Civil Conspiracy to Commit these underlying torts has been established by a preponderance of the evidence. The jury did not have any damages to award under Count VIII so it was not submitted for their consideration on the Verdict. By virtue by the formation and operation of the conspiracy established on Count VIII in this case, the Court now finds the Plaintiffs are entitled to have all damages owed to them to be collected jointly and severally from all Defendants. The Default Judgment will reflect this finding and conclusion of law.

IT IS SO ORDERED.

DATED: _8/29/23_ .

NANCY A. BASKIN
District Judge

STATE OF IDAHO  } ss
COUNTY OF ADA   }

I, TRENT TRIPPLE, Clerk of the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada, do hereby certify that the foregoing is a true and correct copy of the original filed in the above entitled action. As witness I have set my hand and affixed my official seal.

DATED
        8/30/2023 1:34:58 PM
TRENT TRIPPLE, Clerk of the District Court
By_____
        Deputy

Exhibit B, Page 2

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on _____ 8|29|23, _____, I caused a true and correct copy

of the foregoing **ORDER ON VERDICT AND DEFAULT JUDGMENT** to be forwarded with

all required charges prepaid, by the method(s) indicated below, in accordance with the Rules of

Civil Procedure, to the following person(s):

Erik F. Stidham                                          (X) Email
Jennifer M. Jensen
Zachery J. McCraney
Alexandra S. Grande
efstidham@hollandhart.com
jmjensen@hollandhart.com
zjmccraney@hollandhart.com
aehenderson@hollandhart.com
*Attorney for Plaintiff(s)*

Diego Rodriguez                                          (X) Email
freedommanpress@protonmail.com
*Pro Se Defendant*

Ammon Bundy, Ammon Bundy for Governor,                   (X) Mail
and People's Rights Network
c/o Ammon Bundy
4615 Harvest Lane
Emmett ID 83617-3601
*Pro Se Defendant*

Ammon Bundy for Governor                                 (X) Mail
And People's Rights Network
c/o Ammon Bundy
P.O. Box 370
Emmett ID 83617
*Pro Se Defendant*

Freedom Man Press LLC and Freedom Man PAC                (X) Mail
c/o Diego Rodriguez
1317 Edgewater DR #5077
Orlando, FL 32804
*Pro Se Defendant*

Trent Tripple
Clerk of the District Court

By _____
Deputy Clerk

**Exhibit B, Page 3**

Instrument # 343981
EMMETT, GEM, IDAHO
2022-12-05   01:46:57 PM    No. of Pages: 2
Recorded for: PIONEER TITLE COMPANY OF GEM C
SHELLY TILTON           Fee: $15.00
Ex-Officio Recorder Deputy SStewart
Index To: WARRANTY DEED
Electronically Recorded by Simplifile



**Pioneer Title Co.**
GOING BEYOND

2020 South Johns Avenue  Suite A
Emmett, ID  83617

ELECTRONICALLY RECORDED-DO NOT
REMOVE THE COUNTY STAMPED FIRST
PAGE AS IT IS NOW INCORPORATED AS
PART OF THE ORIGINAL DOCUMENT

File No. 821971  /JO

## WARRANTY DEED

For Value Received    **Ammon Bundy and Lisa Bundy, husband and wife**

hereinafter referred to as Grantor, does hereby grant, bargain, sell, warrant and convey unto

**White Barn Enterprises LLC, an Idaho Limited Liability Company**

hereinafter referred to as Grantee, whose current address is   PO BOX 621

EMMETT  ID  83617

The following described premises, to-wit:

See Exhibit A attached hereto and made a part hereof.

To HAVE AND TO HOLD the said premises, with their appurtenances unto the said Grantee(s), and Grantees(s) heirs and assigns forever.  And the said Grantor(s) does (do) hereby covenant to and with the said Grantee(s), that the Grantor(s) is/are the owner(s) in fee simple of said premises; that said premises are free from all encumbrances EXCEPT those to which this conveyance is expressly made subject and those made, suffered or done by the Grantee(s); and subject to U.S. Patent reservations, restrictions, dedications, easements, rights of way and agreements, (if any) of record, and current years taxes, levies, and assessments,  includes irrigation and utility assessments, (if any) which are not yet due and payable, and that Grantor(s) will warrant and defend the same from all lawful claims whatsoever.

Dated:  December 5, 2022

_____
Ammon Bundy

_____
Lisa Bundy

State of ID, County of Gem

This record was acknowledged before me on  December 5, 2022  by Ammon Bundy and Lisa Bundy

_____
Signature of notary public
Commission Expires:
Residing in Emmett, Idaho
My Commission Expires February 27, 2027

AMBER RANDALL
COMMISSION #65126
NOTARY PUBLIC
STATE OF IDAHO

343981

**Exhibit C, Page 1**

EXHIBIT A

A tract of land being a portion of the Northwest 1/4 of the Southwest 1/4 of Section 25, Township 6 North, Range 2 West, Boise-Meridian, Gem County, Idaho, described as follows:

COMMENCING at the Northwest corner of the Northwest 1/4 of the Southwest 1/4 of Section 25, Township 6 North, Range 2 West, B.M., marked by an aluminum capped monument;
thence South 89°24'50" East, 964.56 feet along the North line of said Northwest 1/4 of the Southwest 1/4 to a set 1/2" iron pin with plastic cap PLS 6552 and the REAL POINT OF BEGINNING;
thence continuing South 89°24'50" East, 286.78 feet to a set 1/2" iron pin with plastic cap PLS 6552;
thence South 00°12'12" West, 813.90 feet to a point on the centerline of Black Canyon Canal, said point being on the arc of a non-tangent 120.00 foot radius curve to the right, a radial bearing to said point bears South 07°53'57" East;
thence along said centerline the following courses and distances:
Northeasterly along the arc of said curve through a central angle of 40°02'24" a distance of 83.86 feet; tangent to said curve North 57°51'33" West, 105.60 feet to the beginning of a tangent 200.00 foot radius curve to the left;
Northwesterly along the arc of said curve through a central angle of 16°18'00" a distance of 56.90 feet; tangent to said curve North 74°09'33" West, 67.37 feet;
thence leaving said centerline North 00°12'12" East, 701.95 feet to the REAL POINT OF BEGINNING.

TOGETHER WITH a 40.00 foot wide ingress and egress easement in the West Half of Section 25, Township 6 North Range 2 West, Boise-Meridian, lying South and East of the following described line:

Beginning at the Southwest corner of the Southwest 1/4 of the Northwest 1/4 of said Section 25;
thence South 89°24'50" East 1307.64 feet, along the South line of said Southwest 1/4 of the Northwest 1/4 to the Southeast corner thereof, marked by a 5/8 iron pin;
thence North 01°27'04" East, 782.24 feet along the East line of said Southwest 1/4 of the Northwest 1/4 to the terminus of this easement.

STATE OF IDAHO  } ss.
County of Gem
I certify that the foregoing is a
true and correct copy of the
instrument of record as
Instrument No. 343581
DATED  8/16/23
Shelly Tilton
Ex-officio Recorder
By _____ Deputy

**Exhibit C, Page 2**

Instrument # 347821
EMMETT, GEM, IDAHO
2023-12-01  02:57:25 PM    No. of Pages: 3
Recorded for: PIONEER TITLE COMPANY OF PAYET
SHELLY TILTON        Fee: $15.00
Ex-Officio Recorder Deputy SStewart
Index To: WARRANTY DEED
Electronically Recorded by Simplifile

RECORDING REQUESTED BY AND
AFTER RECORDING, RETURN TO:

Holland & Hart, LLP
Attn: Erik Stidham, Esq.
P.O. Box 2527
Boise, Idaho 83701-2527

842928/JS

SPACE ABOVE THIS LINE FOR RECORDING USE ONLY

## Warranty Deed

For valuable consideration, the receipt and adequacy of which is hereby acknowledged, WHITE BARN ENTERPRISES LLC, an Idaho limited liability company ("**Grantor**"), does hereby grant, bargain, sell, warrant and convey to ST. LUKE'S HEALTH SYSTEM, LTD., an Idaho non-profit corporation ("**Grantee**"), whose address is c/o Holland & Hart, LLP, attention: Erik Stidham, P.O. Box 2527, Boise, Idaho 83701-2527, all of Grantor's right, title and interest in and to that certain parcel of real property situated in Gem County, Idaho, as more particularly described on Exhibit 1 attached to this Warranty Deed (this "**Deed**"), together with all and singular tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, and reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all estate, right, title and interest in and to the property, as well in law as in equity ("**Property**").

To have and to hold the above-described premises together with their appurtenances unto Grantee, its successors and assigns forever.

Grantor, for Grantor's successors, hereby covenants with and to Grantee and Grantee's successors and assigns that Grantor is the lawful owner of the Property, that Grantor has the right and authority to convey the Property to Grantee, that the Property is free from all encumbrances, that Grantor and Grantor's successors, and all persons acquiring any interest in the Property granted by, through or for Grantor, on demand of Grantee or Grantee's successors or assigns, will execute any instrument necessary for the further assurance of the title to the Property that may be reasonably required and that Grantor and Grantor's successors will forever warrant the quiet and peaceable possession of such Property and will defend Grantee and Grantee's successors and assigns against any and all persons lawfully claiming the Property or any part of the Property.

(Signature and notary acknowledgment follows.)

**Exhibit D, Page 1**

347821

Grantor has executed this Deed on the date set forth below.

WHITE BARN ENTERPRISES LLC,
an Idaho limited liability company

By: _____
Aaron Welling, Manager

State of Idaho                    )
                                  ) ss.
County of _____                 )

This record was acknowledged before me on this ___ day of December 2023 by Aaron Welling, as the Manager of WHITE BARN ENTERPRISES, LLC, an Idaho limited liability company.

AMBER RANDALL
COMMISSION #65126
NOTARY PUBLIC
STATE OF IDAHO

_____
Signature of Notary Public
Printed Name: _____
My Commission Expires: Residing in Emmett, Idaho
My Commission Expires February 27, 2027

2

## Exhibit 1

### Legal Description

A tract of land being a portion of the Northwest 1/4 of the Southwest 1/4 of Section 25, Township 6 North, Range 2 West, Boise-Meridian, Gem County, Idaho, described as follows:

COMMENCING at the Northwest corner of the Northwest 1/4 of the Southwest 1/4 of Section 25, Township 6 North, Range 2 West, B.M., marked by an aluminum capped monument;

thence South 89°24'50" East, 964.56 feet along the North line of said Northwest 1/4 of the Southwest 1/4 to a set 1/2" iron pin with plastic cap PLS 6552 and the REAL POINT OF BEGINNING;

thence continuing South 89°24'50" East, 286.78 feet to a set 1/2" iron pin with plastic cap PLS 6552;

thence South 00°12'12" West, 813.90 feet to a point on the centerline of Black Canyon Canal, said point being on the arc of a non-tangent 120.00 foot radius curve to the right, a radial bearing to said point bears South 07°53'57" East;

thence along said centerline the following courses and distances:

Northeasterly along the arc of said curve through a central angle of 40°02'24" a distance of 83.86 feet; tangent to said curve North 57°51'33" West, 105.60 feet to the beginning of a tangent 200.00 foot radius curve to the left; Northwesterly along the arc of said curve through a central angle of 16°18'00" a distance of 56.90 feet; tangent to said curve North 74°09'33" West, 67.37 feet;

thence leaving said centerline North 00°12'12" East, 701.95 feet to the REAL POINT OF BEGINNING.

TOGETHER WITH a 40.00 foot wide ingress and egress easement in the West Half of Section 25, Township 6 North Range 2 West, Boise-Meridian, lying South and East of the following described line:

Beginning at the Southwest corner of the Southwest 1/4 of the Northwest 1/4 of said Section 25; thence South 89°24'50" East 1307.64 feet, along the South line of said Southwest 1/4 of the Northwest 1/4 to the Southeast corner thereof, marked by a 5/8 iron pin;

thence North 01°27'04" East, 782.24 feet along the East line of said Southwest 1/4 of the Northwest 1/4 to the terminus of this easement.

3

**Exhibit D, Page 3**

347821

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

In re:                        )
                              )   Bankruptcy Case No. 24-23530
                              )
Ammon Edward Bundy,           )
                              )
      Debtor.                 )
_____)

FIRST MEETING OF CREDITORS

(Volume Two beginning on page 21)

Date:  August 19, 2024

Transcribed from audio by Teena Green, RPR, CRR, CBC

      Orrin G. Hatch United States Courthouse
      351 South West Temple, 7.430
      Salt Lake City, Utah   84101
      (801) 910-4092
      teena_green@utd.uscourts.gov

**APPEARANCES**

FOR THE TRUSTEE'S OFFICE

MARK ROSE
DAVID NEWMAN

FOR CREDITOR ST. LUKE'S HOSPITAL:

DAVID STIDHAM
HOLLAND & HART
800 W. Main Street, Suite 1750
Boise, Idaho   83702

1  August 19, 2024

2                    **P R O C E E D I N G S**

3          **MR. ROSE:**  Okay.  We'll go ahead and get started with

4  the continued first meeting of creditors in the case of Ammon

5  Edward Bundy.  This is Bankruptcy Case 24-23530.

6          My name is Mark Rose and I've been appointed as the

7  trustee in this case.  We're here for a continued first meeting

8  of creditors.  The original meeting was held on August 14th,

9  2024, and we continued the meeting to today.

10          When we continued the meeting, we did give notice to

11  all creditors at the last meeting, just so the record's clear

12  there.

13          Mr. Bundy, I'm going to start by just confirming your

14  identification again.  I did receive in your case your U.S.

15  Passport and was able to confirm your identification last time.

16  I'm going to do the same thing here, just so the record's

17  clear.  Give me one second.

18          Okay.  So I've received a copy of a United States of

19  America Passport for Mr. Bundy and I can confirm his

20  identification through that.

21          Mr. Bundy, I think I'm still waiting for confirmation

22  of your Social Security number.

23          Did you by chance have a -- did you have a chance to

24  track down anything that could confirm your Social Security,

25  like a W-2 or a Social Security card, or anything like that?

1      **MR. BUNDY:**  I have not, but I will get it to you.  I

2   think I probably have something with it on it.

3      **MR. ROSE:**  Okay.  Perfect.  If you could work on that

4   and then just get that to me, I'll be able to confirm that.

5      If you could please raise your right hand, Mr. Bundy.

6      Do you swear that the testimony you are about to give

7   will be the truth, the whole truth, and nothing but the truth?

8      **MR. BUNDY:**  Yes.

9      **MR. ROSE:**  Okay.  And could you please state your

10   full name for the record.

11      **MR. BUNDY:**  Ammon Edward Bundy.

12      **MR. ROSE:**  Okay.  So how I would like to proceed

13   today, last time, counsel for St. Luke was examining you.  I'd

14   like to let them go ahead and finish their examination or their

15   questioning and then I will have some questions that I will ask

16   you.

17      I won't go through the standard questions that I'm

18   required to ask by the Office of the United States Trustee.

19   The only one I think, as I went back and looked at everything,

20   that I didn't maybe confirm, was just whether your address

21   there in Cedar City is -- and let me -- I don't -- it looks

22   like your address was a PO box on your petition.  Is that

23   right?

24      **MR. BUNDY:**  Correct.

25      **MR. ROSE:**  And so let me just see something here.

1          Okay.  And I do have an address, and I don't need you

2    to state the address or anything like that, but I do have an

3    address for you in New Harmony on your petition.

4          Is that still a good address for you?

5          **MR. BUNDY:**  Yeah, for the time being.

6          **MR. ROSE:**  Okay.  Okay.  I'm going to --

7          **MR. STIDHAM:**  Mr. Rose, sorry to interrupt.

8          **MR. ROSE:**  No, you're good.

9          **MR. STIDHAM:**  I don't know if you're going to do this

10   but you may wish to remind Mr. Bundy that he is testifying

11   under oath.

12         **MR. ROSE:**  I just put him under oath again, so...

13         **MR. STIDHAM:**  Okay.  Sorry for that.

14         **MR. ROSE:**  That's okay.  So he's back under oath now.

15         So what I'll do is, again, I'll turn some time over

16   to Mr. Stidham to ask questions, and then any other creditors,

17   and then I do have some questions, and then I believe

18   Mr. Newman might have some questions for you.

19         So with that, Mr. Stidham, I'll turn the time over to

20   you.

21         **MR. STIDHAM:**  Thank you.

22         And, Mr. Bundy, as you know, I represent St. Luke's

23   and some of the another creditors.

24         Mr. Bundy, we have records that indicate that, on

25   January 5th, 2024, that $487,000 was transferred from Global

1   Investments to you to a Mountain America account.

2            Can you tell us where those funds are now?

3            **MR. BUNDY:**  I invoke my Fifth on that.

4            **MR. STIDHAM:**  So, Mr. Bundy, do you still have in

5   your possession the $487,000 that were --

6            **MR. ROSE:**  Oh, Mr. Stidham --

7            **MR. STIDHAM:**  -- transferred to you on or about

8   January 5th, 2024?

9            **MR. ROSE:**  -- I think we lost Mr. Bundy.  I don't see

10  him.

11           Does anyone see him on their screen?  I don't see him

12  on mine.

13           **MR. STIDHAM:**  Mr. Rose, do you know whether he

14  intentionally dropped off or not?

15           **MR. ROSE:**  I don't.  I actually didn't notice it.  I

16  was taking notes on your question and then when I looked up, I

17  did not see him.  So let's see if he comes back.  I'm going to

18  stop my recorder for a second.

19           **MR. STIDHAM:**  Okay.  We'll just --

20           (A recess was taken.)

21           **MR. ROSE:**  We'll start this again.

22           Okay.  So we're back.  We've got Mr. Bundy back.

23           **MR. BUNDY:**  I consider myself still under oath.

24           **MR. ROSE:**  Perfect.  Okay.

25           **MR. BUNDY:**  Apologetic.

**Exhibit E, Page 6**

1      **MR. ROSE:**  That's okay.

2      All right.  Go ahead, Mr. Stidham.

3      **MR. STIDHAM:**  So, Mr. Bundy, do you still have in

4  your possession or control any of the $487,000 that were

5  transferred to you on or around January 5th, 2024?

6      **MR. BUNDY:**  I invoke the Fifth on that.

7      **MR. STIDHAM:**  Mr. Bundy, have you taken any steps to

8  conceal from my clients any of that $487,000 that were

9  transferred to you on or around January 5th, 2024?

10     **MR. BUNDY:**  Again, I invoke.

11     **MR. STIDHAM:**  Mr. Bundy, did you fail to represent

12  honestly on the filings you made with the bankruptcy court that

13  you do have custody or control of that $487,000 that were

14  transferred to you on January 5th, 2024?

15     **MR. BUNDY:**  No, I did not.

16     **MR. STIDHAM:**  Can you explain to me, Mr. Bundy, why

17  it is that you contend that your disclosures were truthful but

18  yet they fail to identify any portion of the $487,000 -- it

19  should be $487,000 that were transferred to you on or around

20  January 5th, 2024?

21     **MR. BUNDY:**  Because this is a personal bankruptcy,

22  not a corporate bankruptcy.

23     **MR. STIDHAM:**  Okay.  So, Mr. Bundy, where is -- can

24  you identify for me what, if any, assets there are within

25  Abish-husbondi?

1          **MR. BUNDY:**  I invoke the Fifth.

2          **MR. STIDHAM:**  So, Mr. Bundy, just so I'm clear,

3    you're refusing to identify for the record any assets that are

4    either owned or controlled by Abish-husbondi; is that correct?

5          **MR. BUNDY:**  No, I'm exercising a Constitutional

6    right.

7          **MR. STIDHAM:**  To not answer that question; correct?

8          **MR. BUNDY:**  Yeah, I have a Constitutional right to

9    not answer that question, that's correct.

10         **MR. STIDHAM:**  Mr. Bundy, do you still have any

11   custody or -- excuse me.

12         Do you still have any shares with Abish-husbondi that

13   you own personally?

14         **MR. BUNDY:**  Well, we talked, and given your legal

15   advice, you're saying I don't.  I'll probably just invoke the

16   Fifth on that as well.

17         **MR. STIDHAM:**  Okay.  So just so we're clear, let me

18   just ask the question, Mr. Bundy, so you can get your Fifth

19   Amendment plea on the record and it's clear.

20         Mr. Bundy, do you currently own any shares in

21   Abish-husbondi?

22         **MR. BUNDY:**  I believed I did when I filled out the

23   form, but as I sent to Mr. Rose amendment on my application, I

24   now am showing that I don't own --

25         **MR. STIDHAM:**  Okay.  So just -- I'm sorry to ask the

**Exhibit E, Page 8**

1    question again, but I just want to make sure I understand.

2          Are you saying that you do not currently own any

3    shares in Abish-husbondi?

4          **MR. BUNDY:**  I think legally I do not own any of

5    those, yeah.

6          **MR. STIDHAM:**  Mr. Bundy, do you still have any

7    control, any rights to any of the shares in Abish-husbondi that

8    are currently in the name of some other person or entity?

9          **MR. BUNDY:**  I don't believe at this point I do

10   legally.  I don't believe I do.

11         **MR. STIDHAM:**  Okay.  Mr. Bundy, I understand -- and I

12   don't want to replow questions, I understood you answered to me

13   in the previous session.  But can you explain to me what

14   Mr. Jones provided in exchange for his shares, the shares that

15   you contend he owns in Abish-husbondi?

16         **MR. BUNDY:**  (Inaudible)

17         **MR. STIDHAM:**  I think you froze on the screen,

18   Mr. Bundy.

19         **MR. BUNDY:**  I said, "I'll invoke the Fifth."

20         **MR. STIDHAM:**  Mr. Bundy, can you tell us what, if

21   anything, you received personally from Global Investments in

22   exchange for any shares they may have owned or currently own in

23   Abish-husbondi?

24         **MR. BUNDY:**  I'll invoke the Fifth.

25         **MR. STIDHAM:**  Mr. Bundy, have you ever filed personal

1  tax -- Mr. Bundy, have you filed any personal tax returns since

2  2008?

3          **MR. BUNDY:** Yes.

4          **MR. STIDHAM:** Okay. When is the last time you filed

5  a personal tax return, Mr. Bundy?

6          **MR. BUNDY:** I believe the last time I filed a

7  personal tax return was shortly before I was put in prison,

8  falsely, I might add. Sometime around then. I'd have to go

9  look at the exact records.

10          **MR. STIDHAM:** And I apologize, Mr. Bundy. I don't

11  know the exact timing of that. So let me just pick a date that

12  I understand to be after that.

13          Have you filed any personal tax returns since 2010?

14          **MR. BUNDY:** So I'll invoke the Fifth on this. And I

15  know that, Mr. Stidham, we had a conversation and I disclosed

16  this to you and so I'm glad to see you want to use it against

17  me. But I do believe, and it wasn't by -- I think I told you

18  2008, and I meant 2018. So I think I have an obligation,

19  because of our conversation, to clarify that. And that was

20  just a simple mistake, it was not -- just -- it was a mistake.

21  I told you 2008 and I meant 2018 in our conversation. So

22  anyway, I -- I --

23          **MR. STIDHAM:** So let me just ask --

24          **MR. BUNDY:** I'm still invoking the Fifth, but I

25  wanted to clarify (inaudible). I couldn't remember if I told

1   you 2018 or 2008, and so being that obviously this is coming

2   up, I must have told you 2008 and I meant 2018, so I apologize.

3           **MR. STIDHAM:** So -- no problem, Mr. Bundy.

4           Just so the record's clear, let me ask this question

5   in this way: Mr. Bundy, have you filed any tax returns,

6   personal tax returns, since 2018?

7           **MR. BUNDY:** So I still invoke the Fifth on this.

8           **MR. STIDHAM:** Okay. Thank you, Mr. Bundy.

9           Has Abish-husbondi ever filed any tax returns?

10          **MR. BUNDY:** Are you talking about husbondi?

11          **MR. STIDHAM:** Yes. I'm sorry if I mispronounced the

12  name of the entity.

13          Has Abish-husbondi filed any tax returns?

14          **MR. BUNDY:** I'll invoke the Fifth on that.

15          **MR. STIDHAM:** Mr. Bundy, do you get paid directly

16  from -- excuse me.

17          Mr. Bundy, can you tell me, what business is

18  Abish-husbondi in, other than holding the commercial -- the

19  four commercial real estate properties in Emmett, Idaho?

20          **MR. BUNDY:** So we lease those properties as part of

21  the holdings. We used to, anyway. And also, there are some

22  loans that have been issued (inaudible) for records that we

23  used to own where it was financed, but that's -- that's it,

24  primarily. There are still other little things, but nothing to

25  really mention.

1   good signal on my end, it seems like it's correct, but if

2   you're not getting it on your end, I'll try to be -- I'll try

3   to understand that.

4          **MR. STIDHAM:**  Okay.  Thank you, Mr. Bundy.

5          Mr. Bundy, along those lines, relating to Abish,

6   you'd indicated there's some other shareholders.

7          Are distributions made from Abish to Mr. Jones,

8   Global Investments, and to your sons?

9          **MR. BUNDY:**  I'll invoke the Fifth on that.

10         **MR. STIDHAM:**  Mr. Bundy, have you -- has Abish

11  distributed any payments at any point in time to Global

12  Investments?

13         **MR. BUNDY:**  I'll invoke the Fifth.

14         **MR. STIDHAM:**  And just to be clear, I'm -- by "Global

15  Investments" I'm meaning to refer to that entity that you

16  indicated owned approximately 700,000 shares in Abish.

17         Did you understand that?

18         **MR. BUNDY:**  Yes, I understood that.

19         **MR. STIDHAM:**  And, Mr. Bundy, how many shares are

20  outstanding at Abish-husbondi, with Abish-husbondi?

21         **MR. BUNDY:**  What do you mean by outstanding?

22         **MR. STIDHAM:**  Well, I will represent to you I

23  understand from the corporate filings that there was initially

24  a million shares issued when Abish was created.

25         And let me ask it this way:  Since the formation of

1  don't know if Mr. Rose could hear you, but you cut out on my

2  end.

3      **MR. ROSE:**  Yeah, I -- I didn't -- I was not able to

4  catch that.

5      **MR. BUNDY:**  Let me just walk around a little bit.

6  This is what I was afraid of.  The service is just terrible

7  here, so...

8          Can you hear me now?

9      **MR. STIDHAM:**  Yes, I can hear you now.

10     **MR. BUNDY:**  Okay.  So the answer to that question is

11 I spoke to Tom (inaudible) I believe Saturday, and I hadn't

12 talked to him for quite some time before that.

13     **MR. STIDHAM:**  Okay.  And did you -- what did you

14 discuss with Mr. Branson as it relates to any ownerships of

15 shares in Abish?

16     **MR. BUNDY:**  I just spoke to him about what his intent

17 with those were, how he viewed them and whether he wanted to

18 defend or not or what -- you know, what was his -- what was his

19 desire in the matter.

20     **MR. STIDHAM:**  And what did Mr. Branson tell you?

21     **MR. BUNDY:**  I'll invoke the Fifth on that.

22     **MR. STIDHAM:**  Okay.  Are you -- just maybe a shortcut

23 to this.  Are you invoking the Fifth regarding any

24 communications you had with Mr. Branson regarding the shares in

25 Abish, at least as far as that conversation you say you had on

1    Saturday?

2         **MR. BUNDY:**  Yes.

3         **MR. STIDHAM:**  Mr. Bundy, did you have any discussions

4    with Mr. Jones recently regarding whether or not Mr. Jones owns

5    any shares in Abish?

6         **MR. BUNDY:**  Not necessarily whether or not he owns

7    any, but I did have a conversation with him about whether he

8    wants to defend them or, you know, what his intention

9    (inaudible).

10        **MR. STIDHAM:**  And what did Mr. Jones say in that

11   regard?

12        **MR. BUNDY:**  I'll also invoke the Fifth on that.

13        **MR. STIDHAM:**  Okay.  Mr. Bundy, you previously

14   identified your sons as having some ownership interest in

15   Abish-husbondi.

16        Do you still contend that your sons have ownership

17   interest in Abish-husbondi?

18        **MR. BUNDY:**  Yeah, I do contend that.  They -- I mean

19   they worked for a summer and they did get compensation for

20   those because of that.  Of course, your legal advice was that

21   that's not going to hold up, (inaudible) not going to hold up.

22   And so, you know, whether they want to defend those or not, I

23   don't know.

24        **MR. STIDHAM:**  So Mr. -- I'm sorry, Mr. Bundy.  Go

25   ahead.

1     **MR. ROSE:** You cut out.

2     **MR. STIDHAM:** Yeah, you did.

3     **MR. BUNDY:** The answer to the question was yes.

4     **MR. STIDHAM:** Okay.  And, Mr. Bundy, how were those

5 rental payments distributed as among the shareholders in

6 Abish-husbondi?

7     **MR. BUNDY:** I invoke the Fifth on that.

8     **MR. STIDHAM:** Mr. Bundy, did you -- well, strike

9 that.

10    Mr. Bundy, did you -- and I apologize if this

11 overlaps a little bit with the previous question, but let me

12 try to ask it this way, just so I'm clear:  Does Abish-husbondi

13 have any business other than the ownership of the commercial --

14 the four commercial real estate properties in Emmett, Idaho,

15 and the collection of rents relating to leasing of portions of

16 those properties, any business other than that?

17     **MR. BUNDY:** I'll invoke the Fifth on that.

18     **MR. STIDHAM:** Mr. Bundy, to your knowledge, does

19 Abish-husbondi have any debt?

20     **MR. BUNDY:** I do not believe -- so let me answer that

21 question, there's -- no, I would say no.  There might be a

22 couple thousand dollars on a credit card that technically would

23 be expenses there but, you know, I'll probably take care of

24 that personally if this bankruptcy doesn't clear it, and I

25 don't -- anyway, so the answer is no.  No, there's no debt.

1    **MR. STIDHAM:**  Okay.  So maybe just related to that,

2    does Abish-husbondi have its own -- does it have separate bank

3    accounts?  Or strike that.

4         Could you identify the bank accounts that were used

5    by Abish-husbondi and/or continued to be used by

6    Abish-husbondi?

7    **MR. BUNDY:**  There are no bank accounts that are used

8    by Abish-husbondi at this time.  As you are aware, they --

9    those bank accounts have all been seized by St. Luke's.

10    **MR. STIDHAM:**  Mr. Bundy, just as kind of a

11    clarification on kind of the residential address issue, I

12    understand from your petition that the 896 East 400 South,

13    New Harmony, Utah, is the address, but based on your prior

14    testimony, we understood you were at Mr. Nielson's address,

15    which is 946 East 400 South, New Harmony.

16         Could you clarify which of those addresses you're

17    currently residing at.

18    **MR. BUNDY:**  Let me go to my record really quick just

19    to verify.  Hold on.

20         Okay.  The address is 896 East 400 South.

21    **MR. STIDHAM:**  Thank you, Mr. Bundy.

22         Mr. Bundy, I understand from testimony from the

23    Bransons that you had Mrs. Branson purchase some stock holdings

24    in her name, even though you funded and controlled those stock

25    assets, in order to conceal funds from St. Luke's.

1              Is that accurate?

2         **MR. BUNDY:**  I invoke the Fifth on that.

3         **MR. STIDHAM:**  Mr. Bundy, did you in fact receive a

4    distribution from the Bransons and/or Global Investments

5    regarding the stock holdings that you had Mrs. Branson take in

6    your name in order to conceal those funds from St. Luke's?

7         **MR. BUNDY:**  I think I'll invoke the Fifth on that,

8    too.

9         **MR. STIDHAM:**  Mr. Bundy, do you still have any of the

10   funds -- or, Mr. Bundy, let me ask you this:  How much did you

11   receive in a distribution from Global Investments for the stock

12   that was held in Ms. Branson's name?

13        **MR. BUNDY:**  I'll invoke the Fifth on that.

14        **MR. STIDHAM:**  Mr. Bundy, would you identify any

15   actions that you've taken since 2022 in order conceal assets

16   from St. Luke's and my clients?

17        **MR. BUNDY:**  Could you restate that.

18        **MR. STIDHAM:**  Sure.

19             Could you identify each and every action that you've

20   taken to conceal assets from my client, St. Luke's?

21        **MR. BUNDY:**  I don't quite understand the question.  I

22   mean are you asking --

23        **MR. STIDHAM:**  Sure.

24        **MR. BUNDY:**  -- if I have concealed or withheld or --

25        **MR. STIDHAM:**  Let me ask it this way, Mr. Bundy,

1  that's fair.  I need to ask that question better.

2        Mr. Bundy, did you engage in transactions with Global

3  Investments in order to conceal assets from St. Luke's'

4  collection?

5        **MR. BUNDY:**  I'll invoke the Fifth on that.

6        **MR. STIDHAM:**  Mr. Bundy, did you engage in

7  transactions with Mr. Jones since 2022 when St. Luke's filed

8  its lawsuit in order to conceal assets from St. Luke's'

9  collection?

10        **MR. BUNDY:**  I'll invoke the Fifth.

11        **MR. STIDHAM:**  Since St. Luke's filed its lawsuit

12  against you in 2022, Mr. Bundy, have you engaged in any

13  transactions with your sons in order to hide assets from

14  St. Luke's' collections?

15        **MR. BUNDY:**  I'll invoke the Fifth.

16        **MR. STIDHAM:**  Mr. Bundy, have you -- since St. Luke's

17  filed this lawsuit in 2022, have you transferred any money into

18  your wife's name in order to avoid collection of those assets

19  by St. Luke's?

20        **MR. BUNDY:**  No.

21        **MR. STIDHAM:**  Mr. Bundy, I understand that -- strike

22  that.

23        We do have records from a -- did you use a Clarity

24  Credit Union account from 2020 to late 2023?

25        **MR. BUNDY:**  Yes, I -- are you talking about

1           Did you have a -- did you sell property in Arizona

2   and hold a note on it and have it -- and hold a note on it?

3           **MR. BUNDY:**  I personally did not.

4           **MR. STIDHAM:**  Okay.  Who held the note?

5           **MR. BUNDY:**  I invoke the Fifth on that.

6           **MR. STIDHAM:**  Okay.  Mr. Bundy, can you tell me who

7   was the borrower on that note?

8           **MR. BUNDY:**  I'll invoke the Fifth on that as well.

9           **MR. STIDHAM:**  On who the borrower was on the real

10  estate that you owned in Arizona?

11          **MR. BUNDY:**  I don't know --

12          **MR. STIDHAM:**  You invoke the Fifth on that?

13          **MR. BUNDY:**  What do you mean by the borrower?

14  Like --

15          **MR. STIDHAM:**  Let me ask you this way, Mr. Bundy.

16          Did you have real estate property in Arizona that you

17  sold to an individual and then carried a note on that debt?

18          **MR. BUNDY:**  On that, I'll invoke the Fifth.

19          **MR. STIDHAM:**  Okay.  Mr. Bundy, I'll represent to you

20  that we understand that about $450,000 associated with that

21  real estate was transferred to you sometime in late 2023 or

22  early 2024.

23          Can you tell me where those funds are now?

24          **MR. BUNDY:**  I'll invoke the Fifth.

25          Did you get an answer?

1       **MR. STIDHAM:**  Do you have in your possession the tax

2   returns that were filed -- that have been filed by

3   Abish-husbondi?

4       **MR. BUNDY:**  No, I do not have in my possession those.

5       **MR. STIDHAM:**  Okay.  Has Abish-husbondi ever filed

6   any tax returns?

7       **MR. BUNDY:**  I'll invoke the Fifth on that.

8       **MR. ROSE:**  So, Mr. Bundy, just a couple more

9   questions about Abish-husbondi.

10      Did Abish-husbondi use a Mountain America checking

11  account or checking account in 2024?

12      **MR. BUNDY:**  Yes.

13      **MR. STIDHAM:**  Other than -- did Abish-husbondi use

14  any bank accounts in addition to those we've already identified

15  at Clarity and at Mountain America?

16      **MR. BUNDY:**  Yeah, prior to Clarity, as I mentioned,

17  we used Wells Fargo.

18      **MR. STIDHAM:**  Fair enough.  I should have asked,

19  since 2022, let's say, in addition to Wells Fargo, Clarity and

20  Mountain America, has Abish used any other checking or savings

21  accounts?

22      **MR. BUNDY:**  I'm just thinking to make sure.

23      **MR. STIDHAM:**  Understood.

24      **MR. BUNDY:**  No.

25      **MR. STIDHAM:**  I understand from the deposition that

1  **MR. BUNDY:**  No.

2  **MR. STIDHAM:**  Did you or your wife provide any

3  funding to your brother regarding either of those businesses,

4  the steak house or the brake operation?

5  **MR. BUNDY:**  To answer that question -- let's see.

6  No.  Our -- I just invoke the Fifth on that.  I'm going to

7  invoke the Fifth on that one.

8  **MR. STIDHAM:**  Okay.  And, Mr. Bundy, I want to ask

9  that question just a little bit differently, and then, of

10  course, you can invoke the Fifth if you feel that's

11  appropriate.

12  Did you and/or your wife provide any financial

13  support for either the Bundy Brake and Exhaust or the Bundy

14  Steak House?

15  **MR. BUNDY:**  I'll invoke the Fifth on that.

16  **MR. STIDHAM:**  Mr. Bundy, have you transferred -- I've

17  already -- have you transferred any funds to any family members

18  in order to conceal those assets from St. Luke's and its

19  efforts to collect the judgment?

20  **MR. BUNDY:**  I'll invoke the Fifth on that.

21  **MR. STIDHAM:**  Mr. Bundy, do you have any ownership

22  interest in any real property?

23  **MR. BUNDY:**  Yeah, I've listed it on the bankruptcy I

24  believe A/B Schedule.

25  **MR. STIDHAM:**  Are you talking about the Harvest Lane

1   get representation.

2          **MR. STIDHAM:**  Fair enough, Mr. Bundy.  Let me ask you

3   a more specific question, then.

4          Have you or your wife taken any actions within the

5   last year -- based on any advice from attorneys, have you taken

6   actions to conceal assets from St. Luke's' collection efforts?

7          **MR. BUNDY:**  I -- I don't believe -- I think the

8   answer has to be no.  I don't -- I don't think so.

9          **MR. STIDHAM:**  Mr. Bundy, do you and/or your wife own

10   any stocks?

11          **MR. BUNDY:**  I'll invoke the Fifth on that.

12          **MR. STIDHAM:**  Mr. Bundy, do you and your wife --

13   and/or your wife, excuse me, own any bonds?

14          **MR. BUNDY:**  I'll invoke the Fifth on that.

15          **MR. STIDHAM:**  Mr. Bundy, do you and your wife own

16   more than a half a million dollars in assets in the form of

17   stocks?

18          **MR. BUNDY:**  I'll invoke the Fifth on that.

19          **MR. STIDHAM:**  Mr. Bundy, do you and/or your wife own

20   more than a million dollars in stocks?

21          **MR. BUNDY:**  I'll invoke the Fifth on that.

22          **MR. STIDHAM:**  Mr. Bundy, do you and your wife own any

23   commodities?

24          **MR. BUNDY:**  I'll invoke the Fifth on that.

25          **MR. STIDHAM:**  Mr. Bundy, do you and your wife own any

1    gold or other precious metals?

2        **MR. BUNDY:**  I'll invoke the Fifth on that.

3        **MR. STIDHAM:**  Mr. Bundy, do you and your wife --

4    and/or your wife own any cryptocurrency?

5        **MR. BUNDY:**  I will invoke the Fifth on that.

6        **MR. STIDHAM:**  Mr. Bundy, are you the -- Mr. Bundy,

7    have you or your wife created any trusts in order to avoid a

8    collection by St. Luke's of its judgment?

9        **MR. BUNDY:**  I'll invoke the Fifth on that.

10        **MR. STIDHAM:**  Mr. Bundy, are you and your -- excuse

11    me.

12        Mr. Bundy, have you or your wife transferred any

13    assets into trusts in order to avoid St. Luke's' efforts to

14    collect its judgment?

15        **MR. BUNDY:**  I'll invoke the Fifth on that.

16        **MR. STIDHAM:**  Mr. Bundy, have you and/or your wife

17    used any foreign bank accounts in order to hide assets from

18    St. Luke's' collection efforts?

19        **MR. BUNDY:**  I'll invoke the Fifth on that.

20        **MR. STIDHAM:**  Mr. Bundy, do you currently have any

21    bank holdings in foreign countries?

22        **MR. BUNDY:**  I'll invoke the Fifth on that.

23        **MR. STIDHAM:**  Mr. Trustee, I'm sure we'll be asking

24    to follow up on some of this, but I appreciate your indulgence

25    to let me ask those questions.  I don't think we have any

CERTIFICATE OF COURT REPORTER

1

2        This is to certify that the audio recorded

3  proceedings in the foregoing matter were taken by me

4  stenographically from the audio file, to the best of my ability

5  in hearing the audio, and thereafter transcribed into written

6  form by me and/or under my supervision and direction;

7        That said proceedings were taken at the time and

8  place herein named;

9        I further certify that I am not of kin or otherwise

10 associated with any of the parties of said cause of action and

11 that I am not interested in the event thereof.

12        In witness whereof I have subscribed my name this

13 23rd day of August 2024.

14 Teena Green
   _____
15 Teena Green, RPR, CSR, CRR, CBC

16

17

18

19

20

21

22

23

24

25

**From:** Robert Faucher
**Sent:** Monday, September 9, 2024 1:47 PM
**To:** trustee@mbt-law.com
**Cc:** Erik Stidham <EFStidham@hollandhart.com>; Carolyn Montgomery <CRMontgomery@hollandhart.com>
**Subject:** In re Bundy

Mark,

I write to confirm the request I made in our telephone call of this afternoon that you send to me the correspondence and documents you have received from the debtor.

Thanks again for taking my call.



**Bob Faucher**
Partner
**HOLLAND & HART LLP**
800 W. Main Street, Suite 1750, Boise, ID 83702
rfaucher@hollandhart.com | **T:** (208) 383-3941   |   **M:** (208) 283-6781   |   **F:** (208) 343-8869

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Exhibit F, Page 1**

**From:** Robert Faucher
**Sent:** Monday, September 23, 2024 6:57 PM
**To:** A Bundy <aebundy@bundyfarms.com>
**Subject:** Stipulation to Extend Time to File Complaint Objecting to Discharge

Mr. Bundy:

Please let me know if you are willing to stipulate to a 60-day extension of the time for my client and the U.S. Trustee's office to file a complaint objecting to your discharge.

If so, I'll prepare it and send it to you for your signature.

Thanks. I look forward to hearing from you.



**Bob Faucher**
Partner
**HOLLAND & HART LLP**
800 W. Main Street, Suite 1750, Boise, ID 83702
rfaucher@hollandhart.com | **T:** (208) 383-3941   |   **M:** (208) 283-6781   |   **F:** (208) 343-8869

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Exhibit G, Page 1**