Erik F. Stidham (Idaho Bar No. 5483) (Admitted pro hac vice)
Robert A. Faucher (Idaho Bar No. 4745) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In Re: | Case No. 24-23530-WTT |
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | |

**NOTICE OF ST. LUKE'S PARTIES' MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER SECTION 727**

**OBJECTION DEADLINE: OCTOBER 11, 2024**

PLEASE TAKE NOTICE that St. Luke's Health System, Ltd., St. Luke's Regional

Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP (the

"**St. Luke's Parties**"), by and through their attorneys, Holland & Hart LLP, have filed in the

above-captioned case their Motion to Extend Time to File a Complaint Objecting to Discharge under Section 727 (the "**Motion**").

The Motion seeks a 90-day extension to the present October 15, 2024 deadline for the filing of a complaint by the St. Luke's Parties against Debtor to deny him his discharge under Section 727 of the Bankruptcy Code. A copy of the Motion is enclosed with this Notice, but if you would like an additional copy of the Motion or more information about the Motion, please email Robert A. Faucher at rfaucher@hollandhart.com.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**NO HEARING WILL BE CONDUCTED ON THE MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE <u>OBJECTION DEADLINE</u> SET FORTH BELOW.**

If you do not want the Court to grant the relief requested in the Motion, then you or your attorney must:

1.      On or before **<u>October 11, 2024</u>** (the "**Objection Deadline**"), file with the Bankruptcy Court a written response, explaining your position, at:

> **United States Bankruptcy Court**
> **350 South Main Street, Room 301**
> **Salt Lake City, UT 84101**
> **(if mailed)**
>
> **or**
>
> **United States Bankruptcy Court**
> **Orrin G. Hatch U.S. Courthouse**
> **351 South West Temple, Rm. 1.100**
> **Salt Lake City, Utah 84101**

2

**(if delivered in person).**

If you mail your response to the Bankruptcy Court for filing you must mail it early

enough so that the Court will receive it on or before the Objection Deadline of October 11, 2024.

You must also mail or e-mail a copy to the attorney for the St. Luke's Parties at:

> Erik F. Stidham
> Robert A. Faucher
> Darren G. Reid
> Engels Tejeda
> Benjamin D. Passey
> HOLLAND & HART LLP
> 222 S. Main Street, Suite 2200
> Salt Lake City, UT 84101
> Telephone: (801) 799-5800
> dgreid@hollandhart.com
> ejtejeda@hollandhart.com
> bdpassey@hollandhart.com
> efstidham@hollandhart.com
> rfaucher@hollandhart.com

2.     Attend a hearing on the Motion on **<u>October 23, 2024 at 2:00 p.m.</u>** before the

Honorable William T. Thurman. This hearing will be held by Zoom. Parties should log in to

Zoom at www.zoomgov.com/join at least ten (10) minutes before the scheduled time for the

hearing. Meeting ID and Passcode for each judge are as follows:

Judge William T. Thurman Meeting ID: 160 7523 8590; Passcode: 9626637

Parties who wish to participate in the hearing should consult the Bankruptcy Court's

website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-

date information regarding telephonic participation at a hearing.

**There will be no further notice of the hearing, and failure to attend the hearing will**

**be deemed a waiver of your response or objection**.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you

do not oppose the relief sought in the Motion and may enter an order granting that relief. In the

absence of a timely filed and served response, the undersigned counsel may and will ask the

Court to enter an order approving the Motion without hearing.

Dated September 24, 2024.

HOLLAND & HART LLP


By:/s/ Robert A. Faucher
    Erik F. Stidham, of the firm
    Robert A. Faucher, of the firm

HOLLAND & HART LLP


By:/s/ Engels J. Tejeda
    Darren G. Reid, of the firm
    Engels J. Tejeda, of the firm
    Ben D. Passy, for the firm
    *Attorneys for the St. Luke's Parties*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. I further certify that where indicated, I served the parties or counsel by First Class Mail, U.S. postage prepaid on the same date:

Ammon Edward Bundy, *pro se*                    ⊠        U.S. First Class Mail – postage prepaid
P.O. Box 1062
Cedar City, UT  84721


Mark C. Rose, Trustee
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov




                                                       /s/ Engels J. Tejeda
                                                       of Holland & Hart LLP


33028463_v1