**This order is SIGNED.**

Dated: September 23, 2024



WILLIAM T. THURMAN
U.S. Bankruptcy Judge

Erik F. Stidham (Idaho Bar No. 5483) (Admitted pro hac vice)
Robert A. Faucher (Idaho Bar No. 4745 (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 24-23530 |
|---|---|
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

# ORDER GRANTING ST. LUKE'S PARTIES' MOTION PURSUANT TO FED.R.BANKR.PRO. 2004 FOR AN ORDER AUTHORIZING AN EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY, THE DEBTOR

The Court having reviewed and considered The St. Luke's Parties' Motion Pursuant to Fed. R. Bankr. Pro. 2004 for an Order Authorizing an Examination of, and Production of Documents by, the Debtor filed on September 20, 2024 (the "Motion"); and

Good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd. Chris Roth, Natasha Erickson and Tracy Jungman, or any of them, are authorized to issue subpoenas to the Debtor (1) for production of documents by him with at least 14 days' prior written notice; and (2) for an oral examination of him with at least 14 days' prior written notice.

------------ End of Document ------------

### **DESIGNATION OF PARTIES TO BE SERVED**

Service for the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system.

| | |
|---|---|
| Mark C. Rose | trustee@mbt-law.com |
| McKay, Burton & Thurman, P.C. | |
| | |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| | |
| Darren G. Reid | dgreid@hollandhart.com |
| Engels Tejeda | ejtejeda@hollandhart.com |
| Benjamin D. Passey | bdpassey@hollandhart.com |
| Erik F. Stidham | efstidham@hollandhart.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Holland & Hart LLP | |

**By U.S. Mail / Electronic Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served Notice pursuant to Fed. R. Civ. P. 5(b).

**By U.S. First Class Mail – postage prepaid:**

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmoney, UT 84757


Dated: September ___, 2024.


/_____

United States Bankruptcy Court
District of Utah

| | |
|---|---|
| In re: | Case No. 24-23530-WTT |
| Ammon Edward Bundy | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 1088-4   User: admin   Page 1 of 2
Date Rcvd: Sep 23, 2024   Form ID: pdfor1   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ammon Edward Bundy, P.O. Box 1062, Cedar City, UT 84721-0991 |
| | | Ammon Edward Bundy, 896 E 400 S, New Harmoney, UT 84757 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin David Passey | on behalf of Creditor St. Luke's Regional Medical Center  Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Chris Roth bdpassey@hollandhart.com  phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor St. Luke's Health System  Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Tracy Jungman  N.P. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Natasha Erickson  M.D. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Darren G. Reid | |

| | | |
|---|---|---|
| District/off: 1088-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 23, 2024 | Form ID: pdfor1 | Total Noticed: 2 |

on behalf of Creditor Tracy Jungman  N.P. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Creditor Chris Roth dgreid@hollandhart.com  cfries@hollandhart.com

Darren G. Reid
    on behalf of Creditor Natasha Erickson  M.D. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Creditor St. Luke's Health System  Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Creditor St. Luke's Regional Medical Center  Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Engels Tejeda
    on behalf of Creditor Natasha Erickson  M.D. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor St. Luke's Health System  Ltd. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor Chris Roth ejtejeda@hollandhart.com
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor St. Luke's Regional Medical Center  Ltd. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor Tracy Jungman  N.P. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Erik F. Stidham
    on behalf of Creditor Tracy Jungman  N.P. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
    on behalf of Creditor Natasha Erickson  M.D. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
    on behalf of Creditor Chris Roth efstidham@hollandhart.com  dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
    on behalf of Creditor St. Luke's Regional Medical Center  Ltd. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
    on behalf of Creditor St. Luke's Health System  Ltd. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Mark C. Rose tr
    on behalf of Trustee Mark C. Rose tr trustee@mbt-law.com  UT32@ecfcbis.com

Mark C. Rose tr
    trustee@mbt-law.com  UT32@ecfcbis.com

Matthew James Burne
    on behalf of U.S. Trustee United States Trustee matthew.burne@usdoj.gov
James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt
@usdoj.gov

Robert A. Faucher
    on behalf of Creditor Chris Roth rfaucher@hollandhart.com

Robert A. Faucher
    on behalf of Creditor Natasha Erickson  M.D. rfaucher@hollandhart.com

Robert A. Faucher
    on behalf of Creditor Tracy Jungman  N.P. rfaucher@hollandhart.com

Robert A. Faucher
    on behalf of Creditor St. Luke's Regional Medical Center  Ltd. rfaucher@hollandhart.com

Robert A. Faucher
    on behalf of Creditor St. Luke's Health System  Ltd. rfaucher@hollandhart.com

United States Trustee
    USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 29