**This order is SIGNED.**

**Dated: September 23, 2024**





**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

*msc*

Erik F. Stidham (Idaho Bar No. 5483)
 (Admitted *Pro Hac Vice*)
Robert A. Faucher (Idaho Bar No. 4745)
 (Admitted *Pro Hac Vice*)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com


Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com


*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.,*
*Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 24-23530 |
|---|---|
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

## ORDER GRANTING ST. LUKE'S PARTIES' MOTION PURSUANT TO FED.R.BANKR.PRO. 2004 FOR AN ORDER AUTHORIZING AN EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY, LISA BUNDY

The Court having reviewed and considered The St. Luke's Parties' Motion Pursuant to

Fed. R. Bankr. Pro. 2004 for an Order Authorizing an Examination of, and Production of

Documents by, Lisa Bundy filed on September 20, 2024 (the "Motion"); and

Good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      St. Luke's Health  System, Ltd., St. Luke's Regional Medical Center, Ltd. Chris

Roth, Natasha Erickson and  Tracy Jungman, or any of them, are authorized to issue subpoenas

to Lisa Bundy (1) for production of documents by her with at least 14 days' prior written notice;

and (2) for an oral examination of her with at least 14 days' prior written notice.

------------ End of  Document ------------

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:**  I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system.

| | |
|---|---|
| Mark C. Rose | trustee@mbt-law.com |
| McKay, Burton & Thurman, P.C. | |
| | |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| | |
| Darren G. Reid | dgreid@hollandhart.com |
| Engels Tejeda | ejtejeda@hollandhart.com |
| Benjamin D. Passey | bdpassey@hollandhart.com |
| Erik F. Stidham | efstidham@hollandhart.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Holland & Hart LLP | |

**By U.S. Mail / Electronic Mail:**  In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served Notice pursuant to Fed. R. Civ. P. 5(b).

**By U.S. First Class Mail – postage prepaid:**

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

Dated:  September ___, 2024.

/_____

32813091_v1

United States Bankruptcy Court

District of Utah

In re:                                                                    Case No. 24-23530-WTT

Ammon Edward Bundy                                                        Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-4                     User: admin                                    Page 1 of 2

Date Rcvd: Sep 23, 2024                  Form ID: pdfor1                             Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

**Recip ID             Recipient Name and Address**
db              +   Ammon Edward Bundy, P.O. Box 1062, Cedar City, UT 84721-0991

                    Ammon Edward Bundy, 896 E 400 S, New Harmony, UT 84757

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024                       Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:

**Name**                          **Email Address**

Benjamin David Passey
                    on behalf of Creditor St. Luke's Regional Medical Center  Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com

Benjamin David Passey
                    on behalf of Creditor Chris Roth bdpassey@hollandhart.com  phowell@hollandhart.com

Benjamin David Passey
                    on behalf of Creditor St. Luke's Health System  Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com

Benjamin David Passey
                    on behalf of Creditor Tracy Jungman  N.P. bdpassey@hollandhart.com, phowell@hollandhart.com

Benjamin David Passey
                    on behalf of Creditor Natasha Erickson  M.D. bdpassey@hollandhart.com, phowell@hollandhart.com

Darren G. Reid

District/off: 1088-4                          User: admin                                    Page 2 of 2

Date Rcvd: Sep 23, 2024                       Form ID: pdfor1                                 Total Noticed: 2

    on behalf of Creditor Tracy Jungman  N.P. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

    on behalf of Creditor Chris Roth dgreid@hollandhart.com  cfries@hollandhart.com

Darren G. Reid

    on behalf of Creditor Natasha Erickson  M.D. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

    on behalf of Creditor St. Luke's Health System  Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

    on behalf of Creditor St. Luke's Regional Medical Center  Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Engels Tejeda

    on behalf of Creditor Natasha Erickson  M.D. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda

    on behalf of Creditor St. Luke's Health System  Ltd. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda

    on behalf of Creditor Chris Roth ejtejeda@hollandhart.com
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda

    on behalf of Creditor St. Luke's Regional Medical Center  Ltd. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda

    on behalf of Creditor Tracy Jungman  N.P. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Erik F. Stidham

    on behalf of Creditor Tracy Jungman  N.P. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

    on behalf of Creditor Natasha Erickson  M.D. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

    on behalf of Creditor Chris Roth efstidham@hollandhart.com  dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

    on behalf of Creditor St. Luke's Regional Medical Center  Ltd. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

    on behalf of Creditor St. Luke's Health System  Ltd. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Mark C. Rose tr

    on behalf of Trustee Mark C. Rose tr trustee@mbt-law.com  UT32@ecfcbis.com

Mark C. Rose tr

    trustee@mbt-law.com  UT32@ecfcbis.com

Matthew James Burne

    on behalf of U.S. Trustee United States Trustee matthew.burne@usdoj.gov
James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt
@usdoj.gov

Robert A. Faucher

    on behalf of Creditor Chris Roth rfaucher@hollandhart.com

Robert A. Faucher

    on behalf of Creditor Natasha Erickson  M.D. rfaucher@hollandhart.com

Robert A. Faucher

    on behalf of Creditor Tracy Jungman  N.P. rfaucher@hollandhart.com

Robert A. Faucher

    on behalf of Creditor St. Luke's Regional Medical Center  Ltd. rfaucher@hollandhart.com

Robert A. Faucher

    on behalf of Creditor St. Luke's Health System  Ltd. rfaucher@hollandhart.com

United States Trustee

    USTPRegion19.SK.ECF@usdoj.gov


TOTAL: 29