David W. Newman (USB #15901)
Assistant United States Trustee
Matthew J. Burne (USB #18605)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
405 South Main Street, Suite 300
Washington Federal Bank Building
Salt Lake City, UT 84111
Telephone: (801) 524-5734
Facsimile: (801) 524-5628
Email: Matthew.Burne@usdoj.gov

Attorneys for Patrick S. Layng
United States Trustee, Region 19

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>AMMON EDWARD BUNDY<br><br>Debtor. | Bankruptcy Case No. 24-23530<br>Chapter 7<br><br>Hon. William T. Thurman<br><br>**Hearing Date: October 23, 2024 at 2:00 p.m.**<br>**Objection Deadline: October 15, 2024** |

**NOTICE OF MOTION TO EXTEND DEADLINE FOR FILING COMPLAINTS OBJECTING TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727 AND NOTICE OF OPPORTUNITY FOR HEARING**

PLEASE TAKE NOTICE that the United States Trustee has filed with the United States Bankruptcy Court for the District of Utah a Motion seeking the extension of time for the United States Trustee to object to the Debtor's discharge. The United States Trustee is seeking the extension to allow him time to complete his inquiry into the Debtor's bankruptcy related disclosures and current financial circumstances.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.**

If you do not want the Court to grant the relief requested in the United States Trustee's Motion, then you or your attorney must take the following two steps:

(1) On or before October 15, 2024, file with the Bankruptcy Court a written objection explaining your position. Your written objection must be filed electronically, by mail, or by hand-delivery.

To file your objection by mail, send it to:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101

To hand-deliver your objection, go to:

Orrin G. Hatch U.S. Courthouse
351 South West Temple
Salt Lake City, UT

If you mail your objection to the Bankruptcy Court for filing, it must be deposited in the U.S. Mail in sufficient time for it to be **received** by the Court on or before October 15, 2024.

(2) Attend a hearing on October 23, 2024 at 2:00 pm before the Honorable William T. Thurman, United States Bankruptcy Judge. The hearing, if held, will be held by Zoom. Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-date information regarding video conference participation at a hearing. At the time of this Notice, parties wishing to participate in hearings before the Honorable William T. Thurman should log in to Zoom at www.zoomgov.com at least ten (10) minutes before the scheduled date and time for the hearing.   Meeting ID and Passcode for the Zoom hearing is as follows:

**Meeting ID: 160 7523 8590; Passcode: 9626637**

**There will be no further notice of the hearing,** and failure to attend the hearing will be deemed a waiver of your objection. If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the requested relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the motion without hearing.

      The foregoing Motion set forth herein is on file with the Clerk of the Bankruptcy Court and may be reviewed during regular business hours. Copies may also be obtained by sending a written request to the United States Trustee by email at David.W.Newman@usdoj.gov or Lindsey.Huston@usdoj.gov.

Date:   September 26, 2024          UNITED STATES TRUSTEE
                                                    Patrick S. Layng

                                        By: /s/ *David W. Newman*
                                              David W. Newman
                                              Attorney for the United States Trustee

## CERTIFICATE OF SERVICE BY ELECTRONIC NOTICE (CM/ECF)

I hereby certify that, on September 26, 2024, I caused the foregoing document to be electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

- Matthew James Burne    matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- Robert A. Faucher    rfaucher@hollandhart.com
- Benjamin David Passey    bdpassey@hollandhart.com, phowell@hollandhart.com
- Darren G. Reid    dgreid@hollandhart.com, cfries@hollandhart.com
- Mark C. Rose tr    trustee@mbt-law.com, UT32@ecfcbis.com
- Erik F. Stidham    efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com
- Engels Tejeda    ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

## CERTIFICATE OF SERVICE BY MAIL OR OTHER MEANS

I hereby certify that on September 25, 2024, I served the foregoing document by First-class U.S. mail, postage pre-paid, addressed to:

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E. 400 S.
New Harmony, UT 84757

Date: September 26, 2024                             */s/ Lindsey Huston*
                                                        Lindsey Huston