*Order prepared by*:
David W. Newman (USB #15901)
Assistant United States Trustee
Matthew J. Burne (USB #18605)
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
Washington Federal Bank Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111
Telephone: (801) 524-5734
Facsimile: (801) 524-5628
E-mail: David.W.Newman@usdoj.gov
E-mail: Matthew.Burne@usdoj.gov

Attorneys for Patrick S. Layng
United States Trustee, Region 19

---

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Case No. 24-23530 |
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Hon. William T. Thurman |

### ORDER AUTHORIZING THE UNITED STATES TRUSTEE TO CONDUCT AN EXAMINATION OF LIFE PAX PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Upon the Court's consideration of the *Ex-Parte* Motion for an Order Authorizing United States Trustee to Conduct an Examination of Life Pax pursuant to Rule 2004 of the Federal Rule of Bankruptcy Procedure ("Bankruptcy Rules") and good cause appearing:

IT IS HEREBY ORDERED that the United States Trustee is authorized to conduct the examination of Life Pax pursuant to Bankruptcy Rule 2004, by Subpoena Duces Tecum, and/or by oral examination, to the extent necessary, either in person at the office of the United States Trustee or via video conference to be facilitated by Behmke Reporting and Video Services, Inc. The proceedings will be recorded by stenographic means and will continue until adjourned. The recording of the examination shall only be transcribed upon request and payment of the transcription costs shall be by the requesting party;

IT IS FURTHER ORDERED that, unless otherwise stipulated in writing, Life Pax will receive not less than 14 days written notice of the examination and date for production of documents; and

IT IS FURTHER ORDERED that the United States Trustee may issue subpoenas to compel attendance and production of documents pursuant to Bankruptcy Rule 2004(c).

-------------------------------------END OF DOCUMENT-------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing order through the CM/ECF system:

- Matthew James Burne     matthew.burne@usdoj.gov,
  James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachell
  e.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- Robert A. Faucher     rfaucher@hollandhart.com
- Benjamin David Passey     bdpassey@hollandhart.com, phowell@hollandhart.com
- Darren G. Reid     dgreid@hollandhart.com, cfries@hollandhart.com
- Mark C. Rose tr     trustee@mbt-law.com, UT32@ecfcbis.com
- Erik F. Stidham     efstidham@hollandhart.com,
  dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com
- Engels Tejeda     ejtejeda@hollandhart.com,
  slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com
- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E. 400 S.
New Harmony, UT 84757

Date: September 27, 2024

/s/ *Matthew J. Burne*
Matthew J. Burne