David W. Newman (USB #15901)
Assistant United States Trustee
Matthew J. Burne (USB#18605)
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
Washington Federal Bank Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111
Telephone:     (801) 524-5734
Facsimile:      (801) 524-5628
Email: David.W.Newman@usdoj.gov
Email: Matthew.Burne@usdoj.gov

Attorneys for Patrick S. Layng
United States Trustee, Region 19

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Case No. 24-23530 |
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Hon. William T. Thurman |

### *EX-PARTE* MOTION FOR AN ORDER AUTHORIZING UNITED STATES TRUSTEE TO CONDUCT AN EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 OF NATHAN JONES

The United States Trustee ("UST") through his undersigned counsel, hereby moves this Court *ex-parte* for an order allowing the examination of Nathan Jones pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

In support of this Motion, the UST respectfully represents as follows:

1.      The Court has jurisdiction of this matter under 28 U.S.C. §§ 1334(a) and (b); 28

U.S.C. §§ 157(a) and (b)(1); and 28 U.S.C. §151. This Motion is filed pursuant to Fed. R. Bankr. P. 4004(b).

2. On July 17, 2024 ("Petition Date") the Debtor, acting pro se, filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq (the "Bankruptcy Code").

3. The Debtor disclosed an Abish-husbondi, Inc. on his Statement of Financial Affairs as an entity he owned within 4 years prior to the Petition Date and listed on Schedule A/B, he a 0% ownership interest in 20,000 shares of Abish-husbondi, Inc. *See* Dkt. 5.

4. On July 17, 2024, Mark C. Rose ("Trustee") was appointed as the chapter 7 Trustee in the case and continues to serve in that capacity.

5. On August 14, 2024, the 11 U.S.C. §341 Meeting of Creditors ("Meeting of Creditors") was held and was continued to August 19, 2024. On August 19, 2024, the Meeting of Creditors was conducted and various parties, including counsel for the UST, questioned the Debtor for approximately two hours.

6. On August 14, 2024, the Trustee conducted the 11 U.S.C. §341 Meeting of Creditors ("Meeting of Creditors") and continued the meeting to August 19, 2024. On August 19, 2024, the Meeting of Creditors was conducted and various parties, including counsel for the UST, questioned the Debtor for approximately two hours.

7. During the 341 Meeting, the Debtor testified that he owned 20,000 shares of Abish-husbondi, Inc. and that the other owners were Nathan Jones, Nathan Jones, and two of the Debtor's sons.

8. On September 3, 2024, the Debtor filed an Amended Schedule A/B listing a 2%

Case 24-23530 Doc 71 Filed 09/27/24 Entered 09/27/24 14:16:25 Desc Main
Document Page 3 of 4

ownership interest in Abish-husbondi, Inc. *See* Dkt. 19.

9. Thereafter, the UST received communications, and obtained information and regarding the Debtor's financial condition and disclosures. Accordingly, the UST has opened a review and inquiries of the Debtor's bankruptcy related disclosures and current financial circumstances.

10. The UST obtained information from public records regarding Debtor's financial condition, but additional information and documents are needed. Those records indicate Debtor likely has or had interests in business entities and assets which have not been fully disclosed or were transferred. The UST has requested documents from St. Luke's Health System's attorneys but has not received the documents.

11. The UST seeks leave to conduct an examination of Nathan Jones to further investigate the Debtor's transactions, investments, disclosures, financial affairs and other aspects of the case. Based on information and belief, the Debtor, or an insider of the Debtor, owns or controls Nathan Jones. Furthermore, Nathan Jones may have information regarding the Debtor's financial condition and disclosures in this Case.

12. The UST proposes to conduct the Rule 2004 Examination of Nathan Jones, by way of a subpoena *duces tecum*, and/or by way of an oral examination, to the extent necessary, either in person at the office of the UST or via video conference to be facilitated by Behmke Reporting and Video Services, Inc. The proceedings will be recorded by stenographic means and will continue until adjourned. The recording of the examination shall only be transcribed upon request and payment of the transcription costs shall be by the requesting party.

13. To the extent it becomes necessary, the UST may seek to use the transcript of such Rule 2004 Examination in any action commenced by the UST or any other party against the Debtor under § 727 of the Bankruptcy Code or other applicable law.

14. Unless otherwise stipulated in writing, the UST will provide Nathan Jones not less than 14 days written notice of the examination and the attendance of Nathan Jones and the production of documents will comply with Bankruptcy Rule 2004(c).

WHEREFORE, the United States Trustee prays that this Court enter an order allowing the examination of Nathan Jones pursuant to Federal Rule of Bankruptcy Procedure 2004.

Date:  September 27, 2024                          UNITED STATES TRUSTEE
                                                   Patrick S. Layng


                                                    */s/ Matthew J. Burne*
                                                   Matthew J. Burne
                                                   Attorney for the United States Trustee