**This order is SIGNED.**

**Dated: October 1, 2024**

*/s/ William T. Thurman*

**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



msc

*Order Prepared and Submitted by:*
Erik F. Stidham (Idaho Bar No. 5483) (Admitted pro hac vice)
Robert A. Faucher (Idaho Bar No. 4745) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 24-23530 |
|---|---|
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

# ORDER GRANTING THE ST. LUKE'S CREDITORS' MOTION PURSUANT TO FED.R.BANKR.PRO. 2004 FOR AN ORDER AUTHORIZING AN EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY, CHAPTER 7 TRUSTEE MARK C. ROSE

The Court having reviewed and considered The St. Luke's Creditors' Motion Pursuant to Fed. R. Bankr. Pro. 2004 for an Order Authorizing an Examination of, and Production of Documents by, Chapter 7 Trustee Mark C. Rose (the "Motion"); and

Good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd. Chris Roth, Natasha Erickson and Tracy Jungman, or any of them, are authorized to issue subpoenas to Chapter 7 Trustee Mark C. Rose (1) for production of documents by him with at least 14 days' prior written notice, absent consent by him to a shorter time; and (2) for an oral examination of him with at least 14 days' prior written notice, absent consent by him to a shorter time.

------------ End of Document ------------

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I electronically filed the foregoing **ORDER GRANTING THE ST. LUKE'S CREDITORS' MOTION PURSUANT TO FED.R.BANKR.PRO. 2004 FOR AN ORDER AUTHORIZING AN EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY, CHAPTER 7 TRUSTEE MARK C. ROSE** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

> United States Trustee
> USTPRegion19.SK.ECF@usdoj.gov
>
> Mark C. Rose, Trustee
> trustee@mbt-law.com
>
> Matthew James Burne
> matthew.burne@usdoj.gov
> David W. Newman
> david.w.newman@usdoj.gov
> *Attorneys for United States Trustee*

**By first class U.S. mail on September 27, 2024, to the following Debtor:**

> Ammon Edward Bundy, *pro se*
> P.O. Box 1062
> Cedar City, UT 84721

                                                   */s/ Christa L. Fries*

33049218_v4