**This order is SIGNED.**

**Dated: October 1, 2024**

*William J. Thurman*
**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**



*msc*

*Order Prepared and Submitted by:*
Erik F. Stidham (Idaho Bar No. 5483) (Admitted pro hac vice)
Robert A. Faucher (Idaho Bar No. 4745) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No. 24-23530 |
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

**ORDER GRANTING ST. LUKE'S PARTIES' MOTION PURSUANT TO
FED.R.BANKR.PRO. 2004 FOR AN ORDER AUTHORIZING AN EXAMINATION
OF, AND PRODUCTION OF DOCUMENTS BY,
LYDIA BUNDY, d/b/a BUNDY'S BRAZILIAN STEAKHOUSE**

The Court having reviewed and considered The St. Luke's Parties' Motion Pursuant to Fed. R. Bankr. Pro. 2004 for an Order Authorizing an Examination of, and Production of Documents by, Lydia Bundy, d/b/a Bundy's Brazilian Steakhouse (the "Motion"), filed on September 30, 2024; and

Good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.   The Motion is GRANTED.

2.   St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd. Chris Roth, Natasha Erickson and Tracy Jungman, or any of them, are authorized to issue subpoenas to Lydia Bundy, d/b/a Bundy's Brazilian Steakhouse (1) for production of documents by her with at least 14 days' prior written notice; and (2) for an oral examination of her with at least 14 days' prior written notice.

------------ End of Document ------------

## **DESIGNATION OF PARTIES TO BE SERVED**

Service for the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system.

> Mark C. Rose                              trustee@mbt-law.com
> McKay, Burton & Thurman, P.C.
>
> U.S. Trustee                                  USTPRegion19.SK.ECF@usdoj.gov
>
> Darren G. Reid                           dgreid@hollandhart.com
> Engels Tejeda                             ejtejeda@hollandhart.com
> Benjamin D. Passey                  bdpassey@hollandhart.com
> Erik F. Stidham                          efstidham@hollandhart.com
> Robert A. Faucher                    rfaucher@hollandhart.com
> Holland & Hart LLP

**By U.S. Mail / Electronic Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served Notice pursuant to Fed. R. Civ. P. 5(b).

**By U.S. First Class Mail – postage prepaid:**

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721


Dated: October ___, 2024.


                                                                    /_____

33004520_v2

3