**This order is SIGNED.**

Dated: September 30, 2024

WILLIAM T. THURMAN
U.S. Bankruptcy Judge



*Order prepared by*:
David W. Newman (USB #15901)
Assistant United States Trustee
Matthew J. Burne (USB #18605)
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
Washington Federal Bank Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111
Telephone: (801) 524-5734
Facsimile: (801) 524-5628
E-mail: David.W.Newman@usdoj.gov
E-mail: Matthew.Burne@usdoj.gov

Attorneys for Patrick S. Layng
United States Trustee, Region 19

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Case No. 24-23530 |
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Hon. William T. Thurman |

**ORDER AUTHORIZING THE UNITED STATES TRUSTEE TO CONDUCT AN EXAMINATION OF AARON WELLING PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

Upon the Court's consideration of the *Ex-Parte* Motion for an Order Authorizing United States Trustee to Conduct an Examination of Aaron Welling pursuant to Rule 2004 of the Federal Rule of Bankruptcy Procedure ("Bankruptcy Rules") and good cause appearing:

IT IS HEREBY ORDERED that the United States Trustee is authorized to conduct the examination of Aaron Welling pursuant to Bankruptcy Rule 2004, by Subpoena Duces Tecum, and/or by oral examination, to the extent necessary, either in person at the office of the United States Trustee or via video conference to be facilitated by Behmke Reporting and Video Services, Inc.  The proceedings will be recorded by stenographic means and will continue until adjourned. The recording of the examination shall only be transcribed upon request and payment of the transcription costs shall be by the requesting party;

IT IS FURTHER ORDERED that, unless otherwise stipulated in writing, Aaron Welling will receive not less than 14 days written notice of the examination and date for production of documents; and

IT IS FURTHER ORDERED that the United States Trustee may issue subpoenas to compel attendance and production of documents pursuant to Bankruptcy Rule 2004(c).

---------------------------------------END OF DOCUMENT-------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing order through the CM/ECF system:

- Matthew James Burne    matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- Robert A. Faucher    rfaucher@hollandhart.com
- Benjamin David Passey    bdpassey@hollandhart.com, phowell@hollandhart.com
- Darren G. Reid    dgreid@hollandhart.com, cfries@hollandhart.com
- Mark C. Rose tr    trustee@mbt-law.com, UT32@ecfcbis.com
- Erik F. Stidham    efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com
- Engels Tejeda    ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E. 400 S.
New Harmony, UT 84757

Date: September 27, 2024

/s/ *Matthew J. Burne*
Matthew J. Burne

United States Bankruptcy Court
District of Utah

In re:  Case No. 24-23530-WTT
Ammon Edward Bundy  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-4      User: admin      Page 1 of 3
Date Rcvd: Oct 01, 2024      Form ID: pdfor1      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ammon Edward Bundy, P.O. Box 1062, Cedar City, UT 84721-0991 |
|  | Ammon Edward Bundy, 896 E 400 S, New Harmony, UT 84757 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin David Passey | on behalf of Creditor St. Luke's Regional Medical Center Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Chris Roth bdpassey@hollandhart.com phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor St. Luke's Health System Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Tracy Jungman N.P. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Natasha Erickson M.D. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Darren G. Reid | |

Case 24-23530    Doc 115    Filed 10/03/24    Entered 10/04/24 06:15:33    Desc Imaged
Certificate of Notice    Page 5 of 6

| | | |
|---|---|---|
| District/off: 1088-4 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 01, 2024 | Form ID: pdfor1 | Total Noticed: 2 |

on behalf of Creditor Tracy Jungman N.P. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

on behalf of Creditor Chris Roth dgreid@hollandhart.com cfries@hollandhart.com

Darren G. Reid

on behalf of Creditor Natasha Erickson M.D. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

on behalf of Creditor St. Luke's Health System Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

on behalf of Creditor St. Luke's Regional Medical Center Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

David W. Newman tr

on behalf of U.S. Trustee United States Trustee david.w.newman@usdoj.gov
James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Engels Tejeda

on behalf of Creditor Natasha Erickson M.D. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda

on behalf of Creditor St. Luke's Health System Ltd. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda

on behalf of Creditor Chris Roth ejtejeda@hollandhart.com
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda

on behalf of Creditor St. Luke's Regional Medical Center Ltd. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda

on behalf of Creditor Tracy Jungman N.P. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Erik F. Stidham

on behalf of Creditor Tracy Jungman N.P. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

on behalf of Creditor Natasha Erickson M.D. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

on behalf of Creditor Chris Roth efstidham@hollandhart.com dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

on behalf of Creditor St. Luke's Regional Medical Center Ltd. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

on behalf of Creditor St. Luke's Health System Ltd. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Mark C. Rose tr

on behalf of Trustee Mark C. Rose tr trustee@mbt-law.com UT32@ecfcbis.com

Mark C. Rose tr

trustee@mbt-law.com UT32@ecfcbis.com

Matthew James Burne

on behalf of U.S. Trustee United States Trustee matthew.burne@usdoj.gov
James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Robert A. Faucher

on behalf of Creditor Chris Roth rfaucher@hollandhart.com spturner@hollandhart.com

Robert A. Faucher

on behalf of Creditor Natasha Erickson M.D. rfaucher@hollandhart.com, spturner@hollandhart.com

Robert A. Faucher

on behalf of Creditor Tracy Jungman N.P. rfaucher@hollandhart.com, spturner@hollandhart.com

Robert A. Faucher

on behalf of Creditor St. Luke's Regional Medical Center Ltd. rfaucher@hollandhart.com, spturner@hollandhart.com

Robert A. Faucher

on behalf of Creditor St. Luke's Health System Ltd. rfaucher@hollandhart.com, spturner@hollandhart.com

| District/off: 1088-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2024 | Form ID: pdfor1 | Total Noticed: 2 |

United States Trustee
          USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 30