**This order is SIGNED.**

Dated: October 1, 2024





**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

*Order Prepared and Submitted by:*
Erik F. Stidham (Idaho Bar No. 5483) (Admitted pro hac vice)
Robert A. Faucher (Idaho Bar No. 4745) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 24-23530 |
|---|---|
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

**ORDER GRANTING ST. LUKE'S PARTIES' MOTION PURSUANT TO
FED.R.BANKR.PRO. 2004 FOR AN ORDER AUTHORIZING AN EXAMINATION
OF, AND PRODUCTION OF DOCUMENTS BY,
LYDIA BUNDY, d/b/a BUNDY'S BRAZILIAN STEAKHOUSE**

The Court having reviewed and considered The St. Luke's Parties' Motion Pursuant to Fed. R. Bankr. Pro. 2004 for an Order Authorizing an Examination of, and Production of Documents by, Lydia Bundy, d/b/a Bundy's Brazilian Steakhouse (the "Motion"), filed on September 30, 2024; and

Good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd. Chris Roth, Natasha Erickson and Tracy Jungman, or any of them, are authorized to issue subpoenas to Lydia Bundy, d/b/a Bundy's Brazilian Steakhouse (1) for production of documents by her with at least 14 days' prior written notice; and (2) for an oral examination of her with at least 14 days' prior written notice.

------------ End of Document ------------

**DESIGNATION OF PARTIES TO BE SERVED**

Service for the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system.

| | |
|---|---|
| Mark C. Rose | trustee@mbt-law.com |
| McKay, Burton & Thurman, P.C. | |
| | |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| | |
| Darren G. Reid | dgreid@hollandhart.com |
| Engels Tejeda | ejtejeda@hollandhart.com |
| Benjamin D. Passey | bdpassey@hollandhart.com |
| Erik F. Stidham | efstidham@hollandhart.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Holland & Hart LLP | |

**By U.S. Mail / Electronic Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served Notice pursuant to Fed. R. Civ. P. 5(b).

**By U.S. First Class Mail – postage prepaid:**

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721


Dated: October ___, 2024.


/_____

33004520_v2

United States Bankruptcy Court
District of Utah

In re: Case No. 24-23530-WTT
Ammon Edward Bundy Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-4      User: admin      Page 1 of 3
Date Rcvd: Oct 01, 2024      Form ID: pdfor1      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ammon Edward Bundy, P.O. Box 1062, Cedar City, UT 84721-0991 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Benjamin David Passey
     on behalf of Creditor St. Luke's Regional Medical Center Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com

Benjamin David Passey
     on behalf of Creditor Chris Roth bdpassey@hollandhart.com phowell@hollandhart.com

Benjamin David Passey
     on behalf of Creditor St. Luke's Health System Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com

Benjamin David Passey
     on behalf of Creditor Tracy Jungman N.P. bdpassey@hollandhart.com, phowell@hollandhart.com

Benjamin David Passey
     on behalf of Creditor Natasha Erickson M.D. bdpassey@hollandhart.com, phowell@hollandhart.com

Darren G. Reid
     on behalf of Creditor Chris Roth dgreid@hollandhart.com cfries@hollandhart.com

| | | |
|---|---|---|
| District/off: 1088-4 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 01, 2024 | Form ID: pdfor1 | Total Noticed: 1 |

Darren G. Reid
    on behalf of Creditor Natasha Erickson M.D. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Creditor St. Luke's Health System Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Creditor St. Luke's Regional Medical Center Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Creditor Tracy Jungman N.P. dgreid@hollandhart.com, cfries@hollandhart.com

David W. Newman tr
    on behalf of U.S. Trustee United States Trustee david.w.newman@usdoj.gov
James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Engels Tejeda
    on behalf of Creditor Natasha Erickson M.D. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor St. Luke's Health System Ltd. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor Chris Roth ejtejeda@hollandhart.com
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor St. Luke's Regional Medical Center Ltd. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor Tracy Jungman N.P. ejtejeda@hollandhart.com,
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Erik F. Stidham
    on behalf of Creditor Tracy Jungman N.P. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
    on behalf of Creditor Natasha Erickson M.D. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
    on behalf of Creditor Chris Roth efstidham@hollandhart.com dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
    on behalf of Creditor St. Luke's Regional Medical Center Ltd. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
    on behalf of Creditor St. Luke's Health System Ltd. efstidham@hollandhart.com,
dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Mark C. Rose tr
    on behalf of Trustee Mark C. Rose tr trustee@mbt-law.com UT32@ecfcbis.com

Mark C. Rose tr
    trustee@mbt-law.com UT32@ecfcbis.com

Matthew James Burne
    on behalf of U.S. Trustee United States Trustee matthew.burne@usdoj.gov
James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Robert A. Faucher
    on behalf of Creditor Chris Roth rfaucher@hollandhart.com spturner@hollandhart.com

Robert A. Faucher
    on behalf of Creditor Natasha Erickson M.D. rfaucher@hollandhart.com, spturner@hollandhart.com

Robert A. Faucher
    on behalf of Creditor Tracy Jungman N.P. rfaucher@hollandhart.com, spturner@hollandhart.com

Robert A. Faucher
    on behalf of Creditor St. Luke's Regional Medical Center Ltd. rfaucher@hollandhart.com, spturner@hollandhart.com

Robert A. Faucher
    on behalf of Creditor St. Luke's Health System Ltd. rfaucher@hollandhart.com, spturner@hollandhart.com

United States Trustee

| District/off: 1088-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2024 | Form ID: pdfor1 | Total Noticed: 1 |

USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 30