Ammon Edward Bundy
P.O. Box 1062
Cedar City, Utah
84720-1062

# UNITED STATES BANKRUPTCY COURT,
## DISTRICT OF UTAH

| | | |
|---|---|---|
| Ammon Edward Bundy | ( | Case No: 24-23530 |
| | ( | Chapter 7 |
| | ( | WILLIAM T. THURMAN |
| | ( | |

**RESPONSE TO ST. LUKES CREDITORS' OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS**

Ammon Edward Bundy, a Sui Juris defendant, comes now in response to St. Luke's objection to creditors' claimed exemptions. Mr. Bundy has offered to give everything he owns to the St. Luke's Parties for peace on five different occasions. St. Luke's attorneys have records of these offers. The most recent offer is attached (Exhibit A). St. Luke's Parties have rejected all offers for peace and ignored the last two offers altogether, forcing Mr. Bundy to continue in bankruptcy for relief.

    In response to St. Luke's objecting to Mr. Bundy and his family keeping any of their property to survive; Mr. Bundy solely leaves that up to the court. He has offered it all to St. Luke's many times for peace anyway. If they will feel better by taking everything and the court allows it, then let them come get it. Not having tools, transportation, some cash, clothing and the other items that were listed will be very difficult for the Bundy family at first, but if the St.

Luke's CEO (Chris Roth), Executives and Attorneys think they need it more, want to take it and the court is okay with it, then so be it. God will be the final judge.

**DATED THIS DAY,** the 1st of October, 2024.

*[signature]*

Ammon Bundy

| CERTIFICATE OF SERVICE

I certify that on this day I served a copy of the attached to:

UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH

| | 350 S Main St, Salt Lake City, UT 84101 | [X] | USPS Mail |
|---|---|---|---|
| Mark C. Rose, Trustee | mrose@mbt-law.com | [X] | Email |
| Erik Stidham | efstidham@hollandhart.com | [X] | Email |

**DATED THIS DAY,** the 1st of October, 2024.

*[signature]*

Ammon Bundy

# EXHIBIT A



Ammon Bundy <aebundy@bundyfarms.com>

## Bundy / Stidham Phone Call.
1 message

**Ammon Bundy** <aebundy@bundyfarms.com>  Fri, Aug 16, 2024 at 4:08 PM
To: Erik Stidham <efstidham@hollandhart.com>

Erik,
This is my offer again in writing:

**I will give you everything I own, if you, your firm and your clients (St. Lukes Parties) drop all legal actions against me and leave me alone.**

Once you/they agree to this offer, I will produce documentation of all what I own, including going under oath, if your clients desire. This disclosure would include all assets (to the best of my knowledge) of any entity that I am in ownership of.

Per our phone conversation:

Marrisa & Levi Anderson (Baby Cyrus' parents) were terrified by Dr. Natash Erickson's threat of contacting CPS if they did not obey her medical demands. Once they left the hospital they were determined to not go back because of Dr. Erickson's threat and postering.

They sought for other medical advice and attended three doctor appointments the following week, including the weigh in appointment. That Friday morning, Marissa called in and canceled a doctor's appointment because she was not feeling well. When the report came back to Dr. Erikson that Marrisa missed an appointment, she spoke with Dr Dykstra right before he called CPS, not hard to make a connection there. Mind you, that the missed appointment was the third doctor's appointment that Cyrus and Marissa attended in 5 days. Shortly after the cancellation, St. Luke's CARES Center staff got involved and left multiple messages with the family. These messages further terrified the family after they looked up what CARES stood for (Children At Risk Evaluation Service). I would have also been terrified, what caring parent would not be?

These young parents were terrified that your clients were going to steal their baby and deprive him of their needed care. Rather than helping them, Dr. Erikson threatened them and caused them not to trust anyone at St. Luke's. Dr. Erickson started this with several threatening conversations with the family. (Attached is Dr. Erickson's Medical Record stating that she would refer them to CPS if they were discharged without her permission.)

I don't know if you have children, but ANY talk about calling CPS is a threat and is terrifying to a family, especially when it comes from someone in authority like a doctor, like Dr. Erickson. St. Luke's staff and CPS contacted Meridian Police and they took the baby away from these young, exceptional parents, who did nothing wrong. While their baby was being taken, they contacted me in horror and I advocated for them until miraculously they got the baby back, six days later.

Now, somehow, for money, you have turned this all around and claimed that I advocated for the family for money and fame. That I had no basis for my advocacy and was only motivated to get popular and rich. Erik, if you do not repent of these terrible lies you will stand in judgment before your creator and my creator, which is the same God, the God of Justice!

Dr. Racheal Thomas also crafted many lies after the facts. I do not know if these lies were in conspiracy with you, preparing for trial, or if she made them up herself. However, you know and will also be held accountable to our creator for these lies if you were involved in the crafting and presenting of them. Baby Cyrus did not look like a Haiti baby that had been malnutritioned. Lie! Baby Cyrus was not too weak to sit up on his own. Lie! Baby Cyrus was not transferred to Boise St. Lukes Hospital for medical reasons. Lie! (see attachments). I could go on but you get the point. Dr Thomas is a liar and you know it and even prompted her saying these things to the jury.

After the family got baby Cyrus back I was grateful and went back to what I was doing before. I had no plan or desire

to say anything more about St. Luke's. However, St. Luke's sued me to make the bad actions against this innocent little family look like something else. Even then, I said almost nothing for many months. It was not until I was forced to respond in defense that I began to publicly respond.

Erik, I pray for you. I pray that you will know my heart and see what you have done. What you have done to my family. What you have done to many people that have tried to help me (like Aaron Welling) and what you have done to me. I pray that you will see what you have caused and know what is right. I pray that you will change, sincerely ask God for forgiveness and do your best to correct your damages to others. I pray that one day you will be able to stand guiltless before God because you repented and used the atoning sacrifice of our Lord Jesus Christ.

I pray that I can forgive you and your clients, I am working on it. However, my forgiveness or not, you will be held accountable for what you have done in this case. God knows my heart and He knows your heart and He knows the complaint and legal action you have taken against me are unjust.

Ammon Bundy

**2 attachments**


**Dr. Erickson Threats CPS.png**
427K


**Text about Dr. Erickson & CPS.jpeg**
206K