George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Proposed attorneys for Ellen E. Ostrow
Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| In re | Bankruptcy No. 23-25871 (JTM) |
|---|---|
| KENNETH TRUMAN THOMSON, | Chapter 7 |
| Debtor. | |

**ORDER APPROVING EMPLOYMENT OF ATTORNEYS FOR TRUSTEE**

The Court having reviewed the Application of the Trustee to employ counsel and the Declaration of Proposed Attorney in support thereof, and it appearing that George Hofmann and the firm of Cohne Kinghorn are disinterested persons and that the employment of George Hofmann and the firm of Cohne Kinghorn generally by the Trustee is in the best interest of this estate, it is hereby

4880-9295-9981, v. 1

**ORDERED** that the Trustee is authorized to employ George Hofmann and the firm of Cohne Kinghorn as attorneys for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

--- END OF ORDER ---

2

4880-9295-9981, v. 1

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Matthew James Burne**　matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Robert A. Faucher**　rfaucher@hollandhart.com, spturner@hollandhart.com
- **David W. Newman tr**　david.w.newman@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Benjamin David Passey**　bdpassey@hollandhart.com, phowell@hollandhart.com
- **Darren G. Reid**　dgreid@hollandhart.com, cfries@hollandhart.com
- **Mark C. Rose tr**　trustee@mbt-law.com, UT32@ecfcbis.com
- **Erik F. Stidham**　efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com
- **Engels Tejeda**　ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com
- **United States Trustee**　USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84721

　　　　　　　　　　　　　　　　　　　　　　　/s/ George Hofmann