Ammon Edward Bundy
P.O. Box 1062
Cedar City, Utah
84720-1062

Amo
FILED* US Bankruptcy Court-UT
OCT 7 2024 PM 1:52

# UNITED STATES BANKRUPTCY COURT,
## DISTRICT OF UTAH

Ammon Edward Bundy

Case No: 24-23530
Chapter 7
WILLIAM T. THURMAN

**RESPONSE TO MOTION TO EXTEND DEADLINE FOR THE UNITED STATES TRUSTEE TO FILE A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE UNDER 11 U.SC. 727**

Ammon Edward Bundy, a Sui Juris defendant, comes now in response to the motion to extend the deadline for the United States Trustee Office to file a complaint objecting to debtor's discharge. Mr. Bundy does not object to the motion to extend requested by the United States Trustee Office. If they need more time to establish the honesty of Mr. Bundy, he does not object. However, he does ask the court to consider a few realities.

Mr. Bundy's one claimed creditor has harassed him and his family for nearly 3 years. With tens of thousands of legal documents served upon him, at times daily. The Bundy family has had their home and farm taken from them and Mr. Bundy has lost several income sources due to the acts of the creditor. Mr. Bundy's family, with multiple teenage children and younger, have been displaced, now living in a one bedroom one bathroom attic apartment, provided by a good family friend. Both Mr. and Mrs. Bundy's bank accounts have been seized by the creditor, forcing the family to function on trade and cash only. There is no practical way that Mr. Bundy

16

can reasonably pay the $53,000,000.00 the creditor claims he owes them. Without a discharge the creditor will continue to enslave Mr. Bundy, claiming even the food and clothing he provides to his children. Mr. Bundy will have no choice but to physically fight back for his family and his survival. Never has there been a greater need to relieve a family from the aggression of a creditor.

## RELEVANT FACTS

Sometime in 2023, St. Luke's Health System, Chris Roth, CEO, Natasha D. Erikson, M.D. and Tracy Jungman, NP, obtained an approximant $53,000,000.00 judgment against Mr. Bundy. The jury, who determined the punitive damages were lied to several times by the St. Luke's witnesses, prompted primarily by Erik Stidham, St. Luke's lead council. Erik Stidham's proffers to the jury include; Ammon Bundy and Diego Rodriguez being "white nationalist" who desire to execute St. Luke's employees for being *"traitors to the white race"*. Beside the ridiculousness of this trail proffer, Diego Rodriguez is of Hispanic descent and his grandson Cyrus (in which the controversy was over) is also of Hispanic descent with racially mixed parents. Why would Ammon Bundy become associated and stand up for people of Hispanic and mixed-race descent if he was a *"white nationalist"* as St. Luke's attorneys proffered to the jury? Attorney Erik Stidham possesses the knowledge that Mr. Bundy and Baby Cyrus' family are longtime friends. However, he proffered these lies to the jury and the court to unethically win a judgment. Many other misrepresentations were hand fed to the jury; Dr. Natasha Erickson threatening the Anderson family with CPS if they did not obey her medical demands was one of them. Also, that Ammon Bundy was in a *"gun fight with law enforcement"*. The jury and the

court were also deceived with an audio recording of Mr. Bundy that was spliced multiple times to grossly misrepresent his words. Many other misrepresentations were presented to the jury. Mr. Bundy did not have the means to defend himself against the allegations and made no appearances in the case.

Mr. Bundy knew the Anderson family before Baby Cyrus was born. He held Cyrus when he was only a few days old. He cares for Cyrus and his family very much. He knew of Cyrus' newly formed condition when eating solid foods. He was aware of all the efforts that his parents and the medical professionals were making to find a good solution to his food sensitivity. Therefore, when the Meridian Police Officer "Stephen Hansen" ripped Cyrus from his mother's arms, Ammon Bundy knew that CPS and the Meridian Police were in the wrong and that Cyrus should not be taken from his parents. Mr. Bundy also knew that Cyrus was breastfeeding and in spite of a food allergies, breastmilk was the food source that Cyrus relied on. He was concerned for Cyrus' wellbeing when he was separated from his mother. It made no sense that Meridian Police (who claimed they were taking Cyrus for *"his well-being"*) would forcefully separate him from his primary source of nutrition and care, his mother! Mr. Bundy, as a father of six children and one grandchild, is vehemently opposed to the state taking children from any loving and caring parent. If the police were really concerned for Cyrus' wellbeing, they would have kept his mother with him. It is a systematic arrogant indoctrination that causes a person to believe the state can care for a child better than his loving parents. Only an institutionalized stooge would believe such a thing. Stooges like the people we read about in 1930's Germany. Ammon Bundy did not come to the defense of the Anderson family to *"gain money"* or to get *"publicity for himself"* as the St. Luke's parties shamefully proffered to the jury. He came to the defense of the

family to get Cyrus out of the hands of institutionalized stooges and back to his loving and caring parents where he belonged.

St. Luke's Plaintiff's, manipulated by lead attorney Erik Stidham (Holland & Hart), have defamed Mr. Bundy numerous times by claiming that he accused them of *"widespread kidnapping, trafficking, sexual abuse and killing of Idaho Children"*. Mr. Bundy denies ever saying such things. Mr. Bundy has challenged the St. Luke's parties and others to produce evidence that he has said such things. No evidence has been produced to this date. Diego Rodriguez has made relative claims, but Ammon Bundy has never accused the St. Luke's parties of engaging in *"widespread kidnapping, trafficking, sexual abuse and killing of Idaho Children"* as Erik Stidham and the St. Luke's parties misrepresented to the jury. Mr. Bundy has pointed out many times that the Idaho Department of Health and Welfare receives significant federal funds when they take a child from his or her parents. St. Luke's Health System billed the state and federal governments at least $30,000 for the few days of "care" they gave Cyrus. Mr. Bundy takes issue with institutions like the Idaho Department of Welfare (CPS) and St. Luke's Health System financially benefiting when they take a child from his or her parent(s). Financial gain is a powerful and long-lasting motivation, especially to large institutions that seek consistent revenue streams. That being said, Mr. Bundy has never said or claimed that the St. Luke's Health System, *"engaging in widespread kidnapping, trafficking, sexual abuse, and killing of Idaho children"*. These lies about Mr. Bundy were told by St. Luke's attorneys to sway the public and the jury against him. It is a lie that the St. Luke's parties continue to spew to this day. Beside the taking of Baby Cyrus and a few other incidences where St. Luke's Health System participation in removing children from loving parents and St. Luke's Health System's participation in sex

change surgeries on minors, Mr. Bundy does not have evidence of St. Luke's engaging in the widespread harming of children.

Because Mr. Bundy & Diego Rodriguez (Cyrus' grandfather) publicly spoke out about Cyrus being taken from his parents, including St. Luke's involvement. St. Luke's parties sued them. This type of lawsuit is prohibited in most states. <u>SLAPP suites are intended to censor, intimidate, and silence critics by burdening them with the cost of a legal defense until they abandon their criticism or opposition.</u> The Idaho courts allowed this lawsuit to continue to the detriment of free speech in Idaho. The Idaho legislators stood by as silent witnesses to this lawsuit and the chilling effect it had on freedom of speech. The people of Idaho should be protected when they speak out against large institutions like St. Luke's Health System. Instead, they are left to wonder if they too would be hung to dry in the courts if they also voiced their apprehensions with any large institution.

In open corruption and in violation of the Idaho Rules of Civil Procedure, a $53 million dollar judgement was obtained against Mr. Bundy. The presiding judge, Lynn Norton, was personally motivated to destroy any influence Mr. Bundy had in Idaho. <u>Her husband</u>, Bundy learned later, is a highly paid employee of the Bureau of Land Management. The same agency that came after the Bundy Family in Nevada and the Hammond Family in Oregon. The same agency that had Bundy, his brothers and father, and others arrested and thrown in federal prison for TWO years <u>without any convictions!</u> The same agency caught red-handed lying to the court and reprimanded for <u>prosecutorial misconduct.</u> Finally, they were forced to release the Bundy defendants as innocent men, allowing them to return to their families.

The fact that Judge Norton did not recuse herself, knowing her own bias, is proof of the Ada County court's corruption. Many of Lynn Norton's colleagues in the court must have known her and her husband's conflicted connections to the Bundy family. Yet, none of them mention it until after a judgement was secured and the connection was exposed. To this day, the Idaho courts have done nothing with the evidence of this corruption.

<u>The judgment against Ammon Bundy will never be just and God will be the final judge!</u>

## PRECAUTIONS

St. Luke's executives and attorneys have publicly misrepresented Mr. Bundy's beliefs many times. Using their misrepresentation, they justify themselves in defaming and damaging Mr. Bundy and his family. Therefore, as a matter of precaution Mr. Bundy outlines his political beliefs so the court may have a clear understanding.

1) Mr. Bundy believes that Jesus Christ is the creator of the universe and that He created all men equally. That all men are given by their Creator certain rights that should not be infringed upon. These rights are the right to life, liberty to act freely and the right to pursue happiness, including the right to own and control property without fear of compulsion.

2) Mr. Bundy believes that governments were instituted by men for the purpose of securing the rights their Creator has equally given them; and that God, their Creator,

holds men accountable for their acts in government, both in making laws and in administering them.

3) Mr. Bundy believes that no government can exist in peace except laws are framed and upheld as to secure to each individual the free exercise of conscience, the right and control of property, and the protection of life.

4) Mr. Bundy believes that all men are subject to the laws of nature and the supreme laws of their Creator, and that their actions, good or evil, will be rewarded or punished by that same Creator.

5) Mr. Bundy believes a man should be free to do all things as his conscience will allow, unless his actions infringe upon the rights and liberties of another person, and that no government officer(s) or person(s) should restrain otherwise.

6) Mr. Bundy does not believe that human law has a right to interfere in prescribing rules of worship to bind the consciences of men; that civil magistrates should restrain crime, but never control conscience; should punish guilt, but never suppress freedom.

7) Mr. Bundy believes in the necessity of laws being in place for the protection of the innocent and the punishment of the guilty (those who infringe upon individual rights); and to those Constitutional laws supporting the principles of freedom maintaining the rights belonging to all mankind, he believes, all men owe respect and deference, as without them peace and harmony would be supplanted with tyranny and/or anarchy.

8) Mr. Bundy believes that crime (the infringement of individual rights) should be punished according to the nature of the offense; that murders, robbers, thieves in all

respects, should be punished according to their criminality by the laws of that government in which the offense is committed.

9) Mr. Bundy believes that men should appeal to the civil law for redress of wrongs and grievances, where personal abuse is inflicted or the right of property infringed, but he believes that all men are justified in defending themselves, their families, their friends, and property, from the unlawful assaults and encroachments of all persons, including those who act in the color of law.

10) Mr. Bundy believes that whenever any form of government becomes destructive to the life, liberty and property of men and women, it is the right of the people to alter or to abolish that government and to institute new government, organizing its powers as to most likely affect the safety of the rights given to them by their Creator.

11) Mr. Bundy believes that when a long train of abuses and usurpations are pursued by those in government as a design to reduce the people under despotism, it is the right of the people, it is their duty, to separate from such government, and to provide new guards for their future security.

## THE BUNDY FAMILY'S CONDITION

In November 2023, Ammon Bundy and his family, due to St. Luke's litigation, urgently abandoned their home in Idaho and moved to New Harmony, Utah. With one child married and another serving a full time mission in Washington D.C for the Church of Jesus Christ of Latter-Day Saints, Ammon, Lisa Bundy and their remaining four children (at the graces of a lifelong

friend) moved to a one bedroom, one bathroom attic apartment. All six have now lived there for 10 months.

Mr. Bundy's hope was that the Idaho establishment, including the St. Luke's executives would be satisfied with driving him out of Idaho and taking everything he owned. That they would leave him alone and allow him and his family to rebuild their lives once they had financially ruined him and compelled him to leave the state. However, for motives that are unclear, they have pursued him with even more vigor. Retaining 6 teams of attorneys in 5 states, litigating against him in 9 different courts, not including this court. Even after he offered them everything he and his family owned for peace.

Before and after the judgement, Mr. Bundy reached out to the St. Luke's executives and offered to give them everything he owned for peace. He said; *"I have officially made offers to the executives of St. Luke's five times now. The latest offer was made a little over a month ago. I sincerely offered to give them everything I own and anything I had influence over, totaling $3.5 million - $5 million. That I would give it to them for peace. I offered them everything, even the clothing in my children's closets. All I wanted in return was peace. However, each time they have rejected my offers and responded with heavy pursuits in the courts."* One must wonder what it is they want? Except for his family, his liberty, and his life, what more could Mr. Bundy offer them?

With the judgement, St. Luke's attorneys have taken Ammon and Lisa Bundy's home, seized their bank accounts, driven them out of Idaho, dismantled their commercial property

business, and locked up Bundy's personal and business assets. St Luke's executives and attorneys, paid by tax-payer dollars, have seized over $4 million from the Bundy family. Furthermore, they convinced a judge to issue a $250,000 warrant for Bundy's arrest, claiming that he had not obeyed the gag order in the case.

In the last few months, St. Luke's attorneys have continued to file hundreds of court documents against him and Lisa. They also obtained a ruling that restricts Ammon & Lisa Bundy from owning or controlling a bank account. All of their efforts are directed to harass and destroy the Bundy family's peace and future.

Contrary to the corporate media reports over the past decade, Mr. Bundy has maintained peace in all his efforts to stand up for others. Never has he been anything but peaceful. Speaking on this topic, he said, *"I have spent the last decade trying to disprove those that believe violence is the only way. In this current dispute, I left my home, my community, my living, nearly everything, for peace. My family and I now live in a one-bedroom attic apartment. I work for cash just to keep food on the table. All of this, right or wrong, is because I have taken the path of peace."*

Mr. Bundy goes on, *"I am not naïve to the fact that I could have rallied thousands of people to protect me and my home from the immoral action of these modern-day robbers. I have done this for others in the past. But, sooner or later, violence from those who are "only doing their job" would have ensued. Their masters must be obeyed and to them the people are despicable dogs that must be beaten once-in-a-while to keep them in line. As a people we have*

*become desperately weak. I weighed these facts many times over and ultimately decided that my home, my wealth, and even my community was worth leaving for peace. It broke our hearts, but we left it all."*

Bundy further said, *"What do they want? It must be my liberty or my blood, or maybe they want Lisa and my children to completely break down from hardship and leave me. What else could they want? I have offered them everything else. The St. Luke's parties with the assistance of their attorneys will take even the food out of my children's mouths if they could. They have no intention of allowing me to provide for my family again. In their view, I am their plantation worker, their slave; anything I do, any wealth I create, any effort I make, they believe belongs to them."* Even Mrs. Bundy could not get a job without St. Luke's executives garnishing everything she made. Without a bankruptcy discharge the Bundy family will be left with only three options: 1) Survive on cash and under the table jobs while being harassed by St. Luke's executives and attorneys for the rest of Mr. and Mrs. Bundy's lives. 2) Leave the country and try and start over in a foreign land. 3) Rally friends and family in open defense of Mr. Bundy's rights to live, to be free and to own property.

This bankruptcy is not about finances, as Mr. Bundy has been responsible with his finances and has no debt besides the $53,000,000.00 that St. Luke's executives are claiming he owes them due to the things he said about them taking a baby from loving and caring parents. This bankruptcy, however, is about an honest person seeking relief from a vindictive political institution who has grossly abused the courts. As stated on the U.S. Bankruptcy website, *"One of the primary purposes of bankruptcy is to discharge certain debts to give an*

*honest individual debtor a "fresh start."* Never has there been a greater need to relieve a family from the aggression of a creditor than in this case!

### RESPONSE & CLARIFICATIONS TO THE U.S. TRUSTEES CLAIMED FACTS

I.      1. – 5.      No response needed

6. In this section of the proffered facts presented to the court, a United States Trustee's attorney stated that, *"An Idaho Statesman Article indicated that an attorney representing St. Luke's Health System has asserted that Debtor [Mr. Bundy] was a multi-millionaire at the time of the verdict in favor of St. Luke's Health System."* It can't get more loose than that. A U.S. Trustee Attorney read an article from a liberal Idaho news outlet that *"indicated"* an attorney working for the people who sued Mr. Bundy *"asserted"* that Mr. Bundy was a multi-millionaire at the time of the verdict. I hope this is not what the Trustees office meant when stating they, *"obtained information from a public record database regarding Debtors financial situation."*

7. The disclosure statement of Mr. Bundy in the financial affairs questions relating to his home valued at 1.4 million, should stand as a testimony that Mr. Bundy is an honest participant in this bankruptcy case.

8. One of the increasing hardships of the Bundy family has been that any and all bank accounts that Ammon or Lisa Bundy had, have been seized by St. Luke's Health System, beginning in November of 2023. This includes all corporate bank accounts that Mr. Bundy had control of. The Bundy family has been forced to work on a primary cash or trade system to feed, clothe and house the family since.

9. Mr. Bundy does not recall stating that Dono Costo, Inc or Bundy Farms, Inc. ended in June of 2024. Both of those companies have been dissolved or not renewed for some time. As for Abish-hubondi, Inc. it is Mr. Bundy's understanding that St. Luke's took over Abish-husbondi, Inc. by mis-claiming all the shares, and that Abish-husbondi, Inc. shares were transferred to a St. Luke's Company on June 28, 2024. Mr. Bundy owned 20,000 Abish-husbondi, Inc. shares before June 2024. As for the ownership percentage listed in the A/B Schedules for Abish-Husbondi Inc. Mr. Bundy did not understand the proper way to calculate ownership of a C corporation until his accountant recently explained it to him. Mr. Bundy intends to amend the A/B Schedule again based upon this information. Because Dono Costo, Inc and Bundy Farms Inc. have been inactive for some time now, Mr. Bundy did not claim any shares or ownership. Mr. Bundy does not have any *"undisclosed interest in other corporate entities, joint ventures, or partnerships."*

10.    No response needed

11.    It is the opinion of Mr. Bundy that the presented facts about the creditors meeting have been misrepresented to the court. Mr. Bundy answered every question that Trustee attorney Mark C. Rose and the others attending U.S. Trustee attorney asked. Mr. Bundy did assert his Fifth Amendment Right several times when questioned by St. Luke's council. As a matter of statutory privilege, the U.S. Trustee's Office never granted Mr. Bundy immunities (if they had authority to do so), nor did the court require or approve any questions to be answered. Mr. Bundy was fully within his right to invoke his Constitutional protection not to be a witness against himself. As a matter of information, St. Luke's council has filed numerous

motions in several courts seeking to criminally charge Mr. Bundy in relation to his right to free speech, causing multiple warrants and arrests relating to the lawsuit. Mr. Bundy has every reason to believe that St. Luke's attorneys will use any information they can to harm and damage him, including seeking more frivolous criminal charges against him. Mr. Bundy intends to invoke the Fifth on any question that can (and most likely will) be used against him.

12. As explained in response 8. Mr. Bundy and his family have been reduced to running their finances on a cash basis due to St. Luke's Health System seizing their bank accounts. It should be no surprise that from July 17, 2024 to September 3, 2024 the Bundy family's "cash" amount changed by $1,500. The same would be true for the account receivables or commissions declared on the A/B Schedule.

13. Sounds like the U.S. Trustee Office is planning on going fishing. That is fine with Mr. Bundy, but if they fish in a pond with no fish, they are bound to catch nothing. Unless of course they put a fish in the pond themselves. U.S. Attorneys in Mr. Bundy's experience have been known to do such things. Which is another reason Mr. Bundy intends to keep the Fifth close by. Mr. Bundy has been involved in several business ventures in his life. He has been an entrepreneur for over 35 years and hopes to continue after the court discharges the St. Luke's claim.

14. No response needed.

15. Mr. Bundy is eager to hear about these 17 entities that are mentioned. Maybe he has been more of an entrepreneur than even he knows. When Mr. Bundy was attending Virgin Valley High School he started his first business, fabricating horse corrals for people in the community. He discontinued the business when he graduated

in 1993 over 31 years ago. Mr. Bundy wonders if this is one of the 17 entities that the U.S. Trustee Office will seek to examine and/or obtain documents from.

16. St. Luke's attorneys (Holland & Hart) will file thousands of documents and motions in this case if this court allows. They have access to an immense amount of public funds and are being paid thousands of dollars an hour to litigate against Mr. Bundy. Mr. Bundy has filled dumpsters full of Holland & Hart documents. If this court does not stop them St. Luke's council will continue to harass and harm the Bundy family indefinitely.

## CONCLUSION

Mr. Bundy has promptly provided every document and information that the U.S Trustee Attorneys have requested. The U.S. Trustee's Office has had sufficient time to request additional information from Mr. Bundy and they have not. This case is not complex. Mr. Bundy is not jointly filing, he has only one creditor and has interest in only one active entity. Any other entities Mr. Bundy has been involved in are inactive or dissolved as easily found on public record. All the speculations of Mr. Bundy having interest in other entities is just that, speculation. Mr. Bundy and his family will be patient with the U.S. Trustee's Office if the court grants their motion to extend. However, they pray that the time for relief will come soon.

**DATED THIS DAY,** the 1st of October, 2024.

*[signature]*

Ammon Bundy

| CERTIFICATE OF SERVICE

I certify that on this day I served a copy of the attached to:

UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH

| | | | |
|---|---|---|---|
| | 350 S Main St, Salt Lake City, UT 84101 | [X] | USPS Mail |
| Mark C. Rose, Trustee | mrose@mbt-law.com | [X] | Email |

**DATED THIS DAY,** the 1st of October, 2024.

*[signature]*

Ammon Bundy