Erik F. Stidham (Idaho Bar No. 5483) (Admitted pro hac vice)
Robert A. Faucher (Idaho Bar No. 4745) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No. 24-23530 |
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

## MOTION FOR ADMISSION PRO HAC VICE AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Bejamin D. Passey, hereby move the pro hac vice admission of applicant to practice in

this Court. I hereby agree to serve as designated local counsel for the subject case; to readily

communicate with opposing counsel and the Court regarding the conduct of this case; and to

accept papers when served and recognize my responsibility and full authority to act for and on

behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and

trials, should applicant fail to respond to any Court order.

DATED this 8th day of October, 2024.

*/s/ Benjamin D. Passey*
Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone:  (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd.,*
*St. Luke's Regional Medical Center, Ltd.,*
*Chris Roth, Natasha D. Erickson, M.D., and*
*Tracy W. Jungman, NP*

## APPLICATION FOR ADMISSION PRO HAC VICE

Applicant, Jennifer M. Jensen, hereby requests permission to appear pro hac vice in the subject case.  Applicant states under penalty of perjury that she is a member in good standing of the bar of Idaho; is (i) a non-resident of the state of Utah and, (ii) under DUCivR83-1.1(d) and Local Rule 2090-1, has associated local counsel in this case.  Applicant's address, office telephone, fax number, e-mail address and the courts to which admitted, and the respective dates of admission are provided as required.

Applicant designates Benjamin D. Passey as associate local counsel.

Dated:  October 8, 2024

*/s/ Jennifer M. Jensen*
Jennifer M. Jensen

**APPLICATION FOR ADMISSION PRO HAC VICE, CONTINUED**

Name of Applicant: Jennifer M. Jensen
Business Address: Holland & Hart LLP, 800 West Main Street, Suite 1750, Boise, ID 83702
Telephone: (208) 342-5000
E-mail Address: jmjensen@hollandhart.com

**BAR ADMISSION HISTORY**

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| Idaho State Bar | Idaho | 10/2/2013 |
| Ninth Circuit U.S. Court of Appeals | 9th Circuit | 10/2/2013 |
| United States District Court | Idaho | 12/4/2014 |
| Sixth Circuit U.S. Court of Appeals | 6th Circuit | 6/17/2022 |

**PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT**

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| | None | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2024, I caused the foregoing to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Mark C. Rose
    McKay, Burton & Thurman, P.C.
    trustee@mbt-law.com

    U.S. Trustee
    USTPRegion19.SK.ECF@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants by U.S. First Class Mail and/or e-mail as indicated:

    By U.S. First Class Mail – postage prepaid:

        Ammon Edward Bundy, *pro se*
        P.O. Box 1062
        Cedar City, UT 84721

        Ammon Edward Bundy
        896 E 400 S
        New Harmony, UT 84757

    By E-Mail:

        Ammon E. Bundy
        aebundy@bundyfarms.com

                    */s/ Benjamin D. Passey*
                    for Holland & Hart LLP

33171119_v1

5