**This order is SIGNED.**

**Dated: October 9, 2024**

*William T. Thurman*



**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

*msc*

*Order Prepared and Submitted by:*
Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

Erik F. Stidham (Idaho Bar No. 5483) (Admitted pro hac vice)
Robert A. Faucher (Idaho Bar No. 4745) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.,*
*Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 24-23530 |
|---|---|
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

It appearing to the Court that Applicant, Jennifer M. Jensen, meets the pro hac vice

admission requirements of DUCiv R 83-1.1(d)(1) and Bankr D. Ut. LBR 2090-1, the Motion for

Admission Pro Hac Vice of Jennifer M. Jensen in the United States Bankruptcy Court, District of

Utah in the subject case is GRANTED.

---END OF DOCUMENT---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October, 2024, I caused the foregoing to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mark C. Rose
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants by U.S. First Class Mail and/or e-mail as indicated:

By U.S. First Class Mail – postage prepaid:

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

By E-Mail:

Ammon E. Bundy
aebundy@bundyfarms.com

*/s/ Benjamin D. Passey*
Benjamin D. Passey
for Holland & Hart LLP

33171374_v1