**This order is SIGNED.**

**Dated: October 11, 2024**



WILLIAM T. THURMAN
U.S. Bankruptcy Judge

slo

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy Number: 24-23530<br><br>Chapter 7 |

### ORDER SETTING DEADLINE FOR DEBTOR TO FILE AMENDED SCHEDULE C AND SETTING EVIDENTIARY HEARING ON ST. LUKE'S CREDITORS' OBJECTION TO DEBTORS' CLAIMED EXEMPTIONS (DOCKET NO. 22) AND TRUSTEE'S OBJECTION TO EXEMPTIONS (DOCKET NO. 20) AND SETTING A NEW DATE FOR FINAL HEARING

The Court held a preliminary hearing on the St. Luke's Creditors' Objection to Debtors' Claimed Exemptions (Docket No. 22) and the Trustee's Objection to Exemptions (Docket No. 20) on October 9, 2024. Ammon Bundy appeared on his own behalf as Debtor in the above-captioned case. Mark C. Rose appeared as Chapter 7 Trustee. George B. Hofmann appeared on behalf of the Chapter 7 Trustee. Engels Tejeda, Robert A. Faucher, and Jennifer Jensen appeared on behalf of St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP (the "St. Luke's Creditors").

The Court reviewed the relevant documents and heard argument from the parties on the record. Consequently, the Court set the following times and deadlines on the record at the hearing. Times and deadlines set forth herein may not be modified without the approval of the Court and on a showing of good cause. NOTE: After further review, the Court has elected to hold a final hearing on Zoom rather than in person. Pursuant thereto,

**IT IS HEREBY ORDERED** that:

1. **DEADLINE TO FILE AMENDED SCHEDULE C**: No later than **November 12, 2024** the Debtor may file an amended schedule C setting forth his interest in property and referencing the appropriate exemption statute. The Court strongly recommends that the

   Debtor seek the assistance of counsel to assist him in the bankruptcy proceeding and/or case, including assisting him in the preparation of an amended schedule C.

2. **DEADLINE TO FILE SUPPLEMENTAL PLEADINGS**: The parties may file supplemental pleadings related to this matter no later than **November 17, 2024.**

3. **EVIDENTIARY HEARING**: An evidentiary hearing is scheduled for **December 6, 2024 starting at 1:00 p.m.** and will be heard by the Honorable William T. Thurman via Zoom.gov videoconference.[1] Parties who wish to appear at the hearing should consult the Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom.

4. **WITNESSES AND EXHIBITS**: To the extent the parties wish to present documentary evidence or testimony, the parties must exchange their final list of witnesses and exhibits **no later than 11/15/2024**. The parties will have 7 days after service of the final lists of witnesses and exhibits to raise objections under Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(a)(3)(B). An objection not so made – except for one under Fed. R. Evid. 402 or 403 – is waived unless excused by the Court for good cause.

   By the same deadline, each party shall have also lodged with the Courtroom Deputy the following:

   a. An original and two (2) bound, hard copy of all exhibits marked for identification with external tabs (plaintiff's exhibits identified by numbers and defendant's exhibits by letter). The bound exhibits should include a cover page with the case caption.

   b. An electronic copy of all exhibits in a .PDF format with searchable text enabled, and with a table of contents with bookmarks or links to each exhibit (please link to the first page of the actual exhibit and not to the cover page of the exhibit). The PDF copy of the exhibits may be emailed to the Courtroom Deputy (Thurman_Chambers@utb.uscourts.gov).

   c. A list of witnesses with correct spelling of the witnesses' full names.

   No witness whose name has not been provided hereby shall be permitted to testify at trial and no exhibit that has not been exchanged and specifically identified as required hereby shall be admitted into evidence at the upcoming hearing absent a showing of good cause.

---

[1] At the preliminary hearing held on October 9, 2024 the Court set the evidentiary hearing for December 6, 2024 as an in-person hearing in St. George, Utah. However, upon further review of the Court's available facilities, the Court has determined that the hearing will be held by Zoom.gov videoconference.

5. **CONDUCT DURING HEARING**: Although conducted using videoconferencing technology, the hearing is a court proceeding. The formalities of the courtroom shall be observed. Counsel and witnesses shall dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. The federal rules of civil procedure and evidence shall apply.

6. **RECORDING PROHIBITED; OFFICIAL RECORD**: No person may record the proceedings from any location by any means. The audio recording maintained by the Court shall be the sole basis for creation of a transcript that constitutes the official record of the hearing.

END OF DOCUMENT

## DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER

Service of the foregoing **ORDER SETTING DEADLINE FOR DEBTOR TO FILE AMENDED SCHEDULE C AND SETTING EVIDENTIARY HEARING ON ST. LUKE'S CREDITORS' OBJECTION TO DEBTORS' CLAIMED EXEMPTIONS (DOCKET NO. 22) AND TRUSTEE'S OBJECTION TO EXEMPTIONS (DOCKET NO. 20)** shall be served on the parties in the manner designated below:

**By Electronic Service**: The parties of record in this case, as identified below, are registered CM/ECF users.

- Matthew James Burne    matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- Robert A. Faucher    rfaucher@hollandhart.com, spturner@hollandhart.com
- George B. Hofmann    ghofmann@ck.law, mparks@ck.law
- David W. Newman tr    david.w.newman@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- Benjamin David Passey    bdpassey@hollandhart.com, phowell@hollandhart.com
- Darren G. Reid    dgreid@hollandhart.com, cfries@hollandhart.com
- Mark C. Rose tr    trustee@mbt-law.com, UT32@ecfcbis.com
- Erik F. Stidham    efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com
- Engels Tejeda    ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail**: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84721

United States Bankruptcy Court
District of Utah

In re:  
Ammon Edward Bundy  
    Debtor

Case No. 24-23530-WTT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1088-4      User: admin      Page 1 of 3  
Date Rcvd: Oct 11, 2024      Form ID: pdfor1      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ammon Edward Bundy, P.O. Box 1062, Cedar City, UT 84721-0991 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin David Passey | on behalf of Creditor St. Luke's Regional Medical Center Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Chris Roth bdpassey@hollandhart.com phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor St. Luke's Health System Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Tracy Jungman N.P. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Natasha Erickson M.D. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Darren G. Reid | on behalf of Creditor Chris Roth dgreid@hollandhart.com cfries@hollandhart.com |

| District/off: 1088-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 11, 2024 | Form ID: pdfor1 | Total Noticed: 1 |

Darren G. Reid
    on behalf of Creditor Natasha Erickson M.D. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Creditor St. Luke's Health System Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Creditor St. Luke's Regional Medical Center Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Creditor Tracy Jungman N.P. dgreid@hollandhart.com, cfries@hollandhart.com

David W. Newman tr
    on behalf of U.S. Trustee United States Trustee david.w.newman@usdoj.gov James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Engels Tejeda
    on behalf of Creditor Natasha Erickson M.D. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor St. Luke's Health System Ltd. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor Chris Roth ejtejeda@hollandhart.com slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor St. Luke's Regional Medical Center Ltd. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor Tracy Jungman N.P. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Erik F. Stidham
    on behalf of Creditor Tracy Jungman N.P. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
    on behalf of Creditor Natasha Erickson M.D. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
    on behalf of Creditor Chris Roth efstidham@hollandhart.com dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
    on behalf of Creditor St. Luke's Regional Medical Center Ltd. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
    on behalf of Creditor St. Luke's Health System Ltd. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

George B. Hofmann
    on behalf of Trustee Mark C. Rose tr ghofmann@ck.law mparks@ck.law

Mark C. Rose tr
    on behalf of Trustee Mark C. Rose tr trustee@mbt-law.com UT32@ecfcbis.com

Mark C. Rose tr
    trustee@mbt-law.com UT32@ecfcbis.com

Matthew James Burne
    on behalf of U.S. Trustee United States Trustee matthew.burne@usdoj.gov James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Robert A. Faucher
    on behalf of Creditor Chris Roth rfaucher@hollandhart.com spturner@hollandhart.com

Robert A. Faucher
    on behalf of Creditor Natasha Erickson M.D. rfaucher@hollandhart.com, spturner@hollandhart.com

Robert A. Faucher
    on behalf of Creditor Tracy Jungman N.P. rfaucher@hollandhart.com, spturner@hollandhart.com

Robert A. Faucher
    on behalf of Creditor St. Luke's Regional Medical Center Ltd. rfaucher@hollandhart.com, spturner@hollandhart.com

Robert A. Faucher

District/off: 1088-4 | User: admin | Page 3 of 3
Date Rcvd: Oct 11, 2024 | Form ID: pdfor1 | Total Noticed: 1

on behalf of Creditor St. Luke's Health System  Ltd. rfaucher@hollandhart.com, spturner@hollandhart.com

United States Trustee
   USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 31