Erik F. Stidham (Admitted pro hac vice)
Robert A. Faucher (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (#11163)
Engels Tejeda (#11427)
Benjamin D. Passey (#19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re:<br><br>AMMON EDWARD BUNDY<br><br>Debtor. | Bankruptcy No. 24-23530<br><br>Chapter 7<br><br>Honorable William T. Thurman |
|---|---|

**DECLARATION OF JENNIFER M. JENSEN IN SUPORT OF ST. LUKE'S PARTIES' REPLY IN SUPPOPRT OF THEIR MOTION TO EXTEND TIME TO FILE SECTION 727 COMPLAINT**

I, Jennifer M. Jensen, declare and state as follows:

1. I am a partner in the Boise office of the law firm of Holland & Hart LLP and am licensed to practice law in the State of Idaho. Along with my colleagues identified above, I am counsel for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth,

Natasha D. Erickson, M.D., and Tracy W. Jungman, NP (collectively, the "St. Luke's Creditors" or the "St. Luke's Creditors"). I am familiar with the facts and proceedings in this matter and have personal knowledge of the matters stated in this Declaration.

2. I served as trial counsel on behalf of the St. Luke's Creditors in the underlying litigation in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, Case No. CV01-22-06789 (the "Ada County Case"). The Ada County Case resulted in a judgment of $51,928,306.20 against Ammon Bundy for defamation and other intentional torts.

3. I have also served as counsel on behalf of the St. Luke's Creditors in the fraudulent conveyance litigation against Ammon Bundy in the District Court of the Third Judicial District of the State of Idaho, in and for the County of Gem, Case No. CV23-23-0551 (the "Gem County Case").

4. In the course of the Ada County Case and the Gem County Case, the St. Luke's Creditors served discovery requests and notices of deposition on Bundy. Bundy did not produce any documents, answer any interrogatories or requests for admission, or appear for his deposition. The St. Luke's Creditors moved to compel more than once.

5. The court in the Ada County Case entered orders on July 12, 2022 and April 24, 2023 requiring Bundy to respond to discovery. The Ada County court also ordered on September 8, 2022 and April 24, 2023 that Bundy appear for his deposition. Bundy did not comply with the Ada County court's orders.

6. On November 13, 2023 and January 25, 2024, the court in the Gem County Case ordered Bundy to respond to discovery and sit for his deposition. Bundy did not comply with the

Gem County court's orders. The Gem County court charged Bundy with contempt for this violation of the order and issued a warrant of attachment. The contempt action is pending in Gem County.

7. Bundy also stymied the St. Luke's Creditors' efforts to serve him with court filings more than once, which delayed proceedings in the underlying cases. Two illustrative examples follow. First, at the beginning of 2023, Bundy made criminal complaints to the Gem County Sheriff's office (the sheriff of the county where he then resided) against private process servers who served papers at his home. By April 2023, most private process servers refused to serve Bundy, expressing concern about criminal complaints and/or violence. I personally tried to hire private process servers on behalf of my clients during the early months of 2023 and at times could not find any private process server who would agree to serve Bundy. My firm also had the Gem County Sheriff's Office effect service on more than one occasion. However, on April 12, 2023, the Gem County Sheriff informed my office that "service on Ammon Bundy is becoming a concern. Mr. Bundy has avoided service and when he is contacted, he is becoming more and more aggressive with his behavior with the civil paper servers." Attached hereto as **Exhibit A** is a true and correct copy of this letter from the Gem County Sheriff. On April 13, 2023, the Gem County Sheriff's counsel confirmed that the Gem County Sheriff would no longer effect service on Bundy. Attached hereto as **Exhibit B** is a true and correct copy of this confirmation. On April 17, 2023, the St. Luke's Creditors filed with the Idaho Supreme Court a Petition for Writ of Mandamus to compel the Gem County Sheriff to serve process (Docket No. 50697-2023). The Gem County Sheriff subsequently re-committed to serve process in a sworn declaration dated April 20, 2023.

8.  Second, Bundy left Idaho in November 2023. After moving away, he did not include his new address on papers he filed in the Gem County Case. On January 25, 2024, the Gem County court ordered Bundy to include his address as required by Idaho Rule of Civil Procedure 11(a). Bundy did not provide his address.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of October, 2024.

*/s/ Jennifer M. Jensen*
Jennifer M. Jensen

# CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, I electronically filed the foregoing with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF user.

| | |
|---|---|
| Matthew James Burne | matthew.burne@usdoj.gov; james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov; rachell.e.d.hughes@usdoj.gov; brittany.deweitt@usdoj.gov |
| George B. Hoffmann | ghofmann@ck.law; mparks@ck.law |
| David W. Newman | david.w.newman@usdoj.gov; james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov; rachell.e.d.hughes@usdoj.gov; brittany.deweitt@usdoj.gov |
| Mark C. Rose | trustee@mbt-law.com; UT32@ecfcbis.com |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**By U.S. First Class Mail with postage pre-paid:**

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84720

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

*/s/ Engels J. Tejeda*
Engels J. Tejeda

33266727_v3



# SHERIFF'S OFFICE
## GEM COUNTY

Donnie Wunder, Sheriff
Dave Timony, Chief Deputy

410 E. 1st St.
Emmett, ID 83617

P: 208.365.3521
F: 208.365.9687

April 12, 2024

To whom this may concern,

The Gem County Sheriff's office has been utilized for civil services on Ammon Bundy. In the course of providing this intermediary service as the Sheriff's Office does for anyone requesting the services, service on Ammon Bundy is becoming a concern. Mr. Bundy has avoided service and when he is contacted, he is becoming more and more aggressive with his behavior with the civil paper servers.

Gem County Deputies served civil process on Mr. Bundy on 04/06/2023. At that time Mr. Bundy became very confrontational with the deputies. Mr. Bundy called the Sheriff's office dispatch after the deputies left his home, and wanted it on record the deputies were trespassed from his home property. Per dispatch, Mr. Bundy has previously trespassed paper servers from his property.

I talked with Mr. Bundy via telephone on April 10th. Mr. Bundy expressed to me that he feels like he is being harassed by all the papers that have been served on him (by mail and personnel service). Mr. Bundy went on to also say that he is at his breaking point. By the tone in his voice I believe he is.

In my opinion, if this continues, there is potential for someone to getting hurt. My concern is with the safety of process servers and my deputies. I do not want to risk harm over a civil issue.

Sheriff Donnie Wunder

**EXHIBIT A**

**Erik Stidham**

---

**From:** Erick Thomson <ethomson@co.gem.id.us>
**Sent:** Friday, April 14, 2023 8:48 AM
**To:** Erik Stidham
**Subject:** RE: Records Request

External Email

Good morning Erik,

Yes, your description of the situation is accurate. If there's anything else you need, please don't hesitate to contact me.

Best,
Erick

---

**From:** Erik Stidham [mailto:EFStidham@hollandhart.com]
**Sent:** Thursday, April 13, 2023 4:13 PM
**To:** Erick Thomson <ethomson@co.gem.id.us>
**Subject:** RE: Records Request

Erick,

Thanks. And I want to make sure I understand the current situation. My understanding is that Mr. Bundy has made a trespass complaint relating to service of civil process by the Gem County Sheriff's Office of legal documents in the St. Luke's lawsuit against Mr. Bundy. I also understand that Mr. Bundy has made formal complaints of trespass against the private process servers my office has used in this lawsuit. Based on Mr. Bundy's trespass complaint, the Gem County Sheriff's Office will not be serving Mr. Bundy on behalf of my client unless or until directed to do so by a Court with proper jurisdiction and authority. Further, based on Mr. Bundy's trespass complaints against the private process servers, those process servers are at risk of being cited for trespass.

I understand the difficult position Mr. Bundy is creating for the Sherriff. We intend to take action to get these issues addressed by a Court of proper jurisdiction. Given Mr. Bundy's history, I believe that is the safest and, really, only route forward.

Regards,

**Erik Stidham**
He / Him / His   (What's this?)
Partner, Holland & Hart LLP

efstidham@hollandhart.com | **T:** (208) 383-3934 | **M:** (208) 283-8278

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

---

**From:** Erick Thomson <ethomson@co.gem.id.us>
**Sent:** Thursday, April 13, 2023 3:01 PM
**To:** Erik Stidham <EFStidham@hollandhart.com>
**Subject:** Records Request

1

**EXHIBIT B, Page 1 of 2**

**External Email**

Mr. Stidham,

My sheriff drafted a document on April 12 that's now sitting down in records. It details the current issues he is having with civil service on Mr. Bundy. It might be worth making a public records request to obtain it.

Best,
Erick Thomson

---

GEM COUNTY CONFIDENTIALITY DISCLAIMER: *This message (including any attachments) may be privileged, confidential and/or protected from disclosure under applicable law. It is intended only for the use of the individual or entity above-named. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you are not the intended recipient please notify the sender by reply email and immediately delete this email.*

2

**EXHIBIT B, Page 2 of 2**