**Form 240**[Memo Re: Fees Due]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:  
    Ammon Edward Bundy  
        Debtor(s).

Case No. 24–23530 WTT  
Chapter 7

## MEMORANDUM RE: FEES DUE

Pursuant to 28 U.S.C. § 1930(b), you are required to pay a fee as follows:

    Clerk's Notice of Fees Due (related document(s):161 Amended Schedules/List of Creditors/Statements). Amount Due: $34.00. Fee due by 10/31/2024. (tdg)

    This fee should be paid in full by the deadline shown above payable to the Clerk of Court for the United States Bankruptcy Court for the District of Utah (no personal checks). If fees are owed for a dismissed voluntary petition, the unpaid balance is still due and owing.

Dated: October 21, 2024

                              David A. Sime  
                              Clerk of Court

File all documents and mail to:

Clerk, U.S. Bankruptcy Court  
350 South Main #301  
Salt Lake City, UT 84101