**This order is SIGNED.**

Dated: October 21, 2024




**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge

msc

---

George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Proposed attorneys for Mark C. Rose
Chapter 7 Trustee

---

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| In re | Bankruptcy No.  24-23530 (WTT) |
|---|---|
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | |

**ORDER APPROVING EMPLOYMENT OF ATTORNEYS FOR TRUSTEE**

The Court having reviewed the Amended Application of the Trustee to employ counsel and the Declaration of Proposed Attorney in support thereof, and it appearing that George Hofmann and the firm of Cohne Kinghorn are disinterested persons and that the employment of George Hofmann and the firm of Cohne Kinghorn generally by the Trustee is in the best interest of this estate, it is hereby

4880-9295-9981, v. 1

**ORDERED** that the Trustee is authorized to employ George Hofmann and the firm of Cohne Kinghorn as attorneys for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

**--- END OF ORDER ---**

4880-9295-9981, v. 1

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Matthew James Burne**  matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Robert A. Faucher**  rfaucher@hollandhart.com, spturner@hollandhart.com
- **George B. Hofmann**  ghofmann@ck.law, mparks@ck.law
- **David W. Newman tr**  david.w.newman@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Benjamin David Passey**  bdpassey@hollandhart.com, phowell@hollandhart.com
- **Darren G. Reid**  dgreid@hollandhart.com, cfries@hollandhart.com
- **Mark C. Rose tr**  trustee@mbt-law.com, UT32@ecfcbis.com
- **Erik F. Stidham**  efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com
- **Engels Tejeda**  ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com
- **United States Trustee**  USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84721

/s/ George Hofmann

4880-9295-9981, v. 1

United States Bankruptcy Court

District of Utah

In re:  
Ammon Edward Bundy  
    Debtor

Case No. 24-23530-WTT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1088-4     User: admin     Page 1 of 3  
Date Rcvd: Oct 21, 2024     Form ID: pdfor1     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ammon Edward Bundy, P.O. Box 1062, Cedar City, UT 84721-0991 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin David Passey | on behalf of Creditor St. Luke's Regional Medical Center Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Chris Roth bdpassey@hollandhart.com phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Plaintiff Natasha Erickson M.D. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor St. Luke's Health System Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Plaintiff Tracy Jungman N.P. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Tracy Jungman N.P. bdpassey@hollandhart.com, phowell@hollandhart.com |

Case 24-23530    Doc 167    Filed 10/23/24    Entered 10/23/24 22:22:15    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 1088-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: pdfor1 | Total Noticed: 1 |

Benjamin David Passey
    on behalf of Plaintiff St. Luke's Regional Medical Center Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com

Benjamin David Passey
    on behalf of Creditor Natasha Erickson M.D. bdpassey@hollandhart.com, phowell@hollandhart.com

Benjamin David Passey
    on behalf of Plaintiff Chris Roth bdpassey@hollandhart.com phowell@hollandhart.com

Darren G. Reid
    on behalf of Creditor Chris Roth dgreid@hollandhart.com cfries@hollandhart.com

Darren G. Reid
    on behalf of Creditor St. Luke's Health System Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Creditor Tracy Jungman N.P. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Plaintiff Natasha Erickson M.D. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Plaintiff Chris Roth dgreid@hollandhart.com cfries@hollandhart.com

Darren G. Reid
    on behalf of Plaintiff St. Luke's Regional Medical Center Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Creditor Natasha Erickson M.D. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Creditor St. Luke's Regional Medical Center Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid
    on behalf of Plaintiff Tracy Jungman N.P. dgreid@hollandhart.com, cfries@hollandhart.com

David W. Newman tr
    on behalf of U.S. Trustee United States Trustee david.w.newman@usdoj.gov
    James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Engels Tejeda
    on behalf of Plaintiff St. Luke's Health System Ltd. ejtejeda@hollandhart.com,
    slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor Natasha Erickson M.D. ejtejeda@hollandhart.com,
    slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor St. Luke's Health System Ltd. ejtejeda@hollandhart.com,
    slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Plaintiff Chris Roth ejtejeda@hollandhart.com
    slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor Chris Roth ejtejeda@hollandhart.com
    slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Plaintiff Tracy Jungman N.P. ejtejeda@hollandhart.com,
    slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Plaintiff Natasha Erickson M.D. ejtejeda@hollandhart.com,
    slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor Tracy Jungman N.P. ejtejeda@hollandhart.com,
    slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Creditor St. Luke's Regional Medical Center Ltd. ejtejeda@hollandhart.com,
    slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Engels Tejeda
    on behalf of Plaintiff St. Luke's Regional Medical Center Ltd. ejtejeda@hollandhart.com,
    slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com

Erik F. Stidham
    on behalf of Plaintiff Natasha Erickson M.D. efstidham@hollandhart.com,

Case 24-23530    Doc 167    Filed 10/23/24    Entered 10/23/24 22:22:15    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 1088-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: pdfor1 | Total Noticed: 1 |

| | |
|---|---|
| | dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com |
| Erik F. Stidham | on behalf of Creditor Natasha Erickson  M.D. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com |
| Erik F. Stidham | on behalf of Creditor Chris Roth efstidham@hollandhart.com  dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com |
| Erik F. Stidham | on behalf of Creditor St. Luke's Health System  Ltd. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com |
| Erik F. Stidham | on behalf of Creditor Tracy Jungman  N.P. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com |
| Erik F. Stidham | on behalf of Plaintiff Tracy Jungman  N.P. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com |
| Erik F. Stidham | on behalf of Creditor St. Luke's Regional Medical Center  Ltd. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com |
| George B. Hofmann | on behalf of Trustee Mark C. Rose tr ghofmann@ck.law  mparks@ck.law |
| Mark C. Rose tr | on behalf of Trustee Mark C. Rose tr trustee@mbt-law.com  UT32@ecfcbis.com |
| Mark C. Rose tr | trustee@mbt-law.com  UT32@ecfcbis.com |
| Matthew James Burne | on behalf of U.S. Trustee United States Trustee matthew.burne@usdoj.gov James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov |
| Robert A. Faucher | on behalf of Creditor Natasha Erickson  M.D. rfaucher@hollandhart.com, spturner@hollandhart.com |
| Robert A. Faucher | on behalf of Creditor St. Luke's Regional Medical Center  Ltd. rfaucher@hollandhart.com, spturner@hollandhart.com |
| Robert A. Faucher | on behalf of Plaintiff Natasha Erickson  M.D. rfaucher@hollandhart.com, spturner@hollandhart.com |
| Robert A. Faucher | on behalf of Creditor Chris Roth rfaucher@hollandhart.com  spturner@hollandhart.com |
| Robert A. Faucher | on behalf of Creditor Tracy Jungman  N.P. rfaucher@hollandhart.com, spturner@hollandhart.com |
| Robert A. Faucher | on behalf of Creditor St. Luke's Health System  Ltd. rfaucher@hollandhart.com, spturner@hollandhart.com |
| Robert A. Faucher | on behalf of Plaintiff Tracy Jungman  N.P. rfaucher@hollandhart.com, spturner@hollandhart.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 48