**This order is SIGNED.**

**Dated: October 24, 2024**




**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy Number: 24-23530<br><br>Chapter 7<br><br>Hon. William T. Thurman |

### ORDER ESTABLISHING BRIEFING SCHEDULE AND SETTING HEARING ON MOTION TO QUASH

Lisa Bundy filed a Motion to Quash Subpoena for Lisa M. Bundy (ECF No. 163, the "Motion to Quash"). The Court deems it necessary to establish a briefing schedule and set a hearing on the Motion to Quash. Accordingly, and pursuant to the Court's authority to manage its docket, the Court hereby **ORDERS:**

1. Parties in interest shall have until **November 7, 2024** to file a response to the Motion to Quash and must serve a copy of any response on Mrs. Bundy by that date.

2. Mrs. Bundy shall have until **November 21, 2024** to file a reply.

3. The Court will conduct a hearing via Zoom on the Motion to Quash on **December 4, 2024 at 2:00 p.m.**

_____END OF DOCUMENT_____

_____ooo0ooo_____

**DESIGNATION OF PARTIES TO RECEIVE NOTICE**

Service of the foregoing **ORDER ESTABLISHING BRIEFING SCHEDULE AND SETTING HEARING ON MOTION TO QUASH** shall be served to the parties and in the manner designated below.

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

| | |
|---|---|
| Matthew James Burne | matthew.burne@usdoj.gov |
| Robert A. Faucher | rfaucher@hollandhart.com |
| George B. Hofmann | ghofmann@ck.law |
| David W. Newman | david.w.newman@usdoj.gov |
| Benjamin David Passey | bdpassey@hollandhart.com |
| Darren G. Reid | dgreid@hollandhart.com |
| Mark C. Rose | trustee@mbt-law.com, UT32@ecfcbis.com |
| Erik F. Stidham | efstidham@hollandhart.com |
| Engels Tejeda | ejtejeda@hollandhart.com |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

- Lisa M. Bundy
  P.O. Box 1062
  Cedar City, UT 84720-1062

- Ammon Bundy
  P.O. Box 1062
  Cedar City, UT 84721