**This order is SIGNED.**

Dated: October 24, 2024



WILLIAM T. THURMAN
U.S. Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy Number: 24-23530<br><br>Chapter 7<br><br>Hon. William T. Thurman |

ORDER ESTABLISHING BRIEFING SCHEDULE AND
SETTING HEARING ON MOTION TO QUASH

---

Lisa Bundy filed a Motion to Quash Subpoena for Lisa M. Bundy (ECF No. 163, the "Motion to Quash"). The Court deems it necessary to establish a briefing schedule and set a hearing on the Motion to Quash. Accordingly, and pursuant to the Court's authority to manage its docket, the Court hereby **ORDERS**:

1. Parties in interest shall have until **November 7, 2024** to file a response to the Motion to Quash and must serve a copy of any response on Mrs. Bundy by that date.

2. Mrs. Bundy shall have until **November 21, 2024** to file a reply.

3. The Court will conduct a hearing via Zoom on the Motion to Quash on **December 4, 2024 at 2:00 p.m.**

_____END OF DOCUMENT_____

_____ooo0ooo_____

**DESIGNATION OF PARTIES TO RECEIVE NOTICE**

Service of the foregoing **ORDER ESTABLISHING BRIEFING SCHEDULE AND SETTING HEARING ON MOTION TO QUASH** shall be served to the parties and in the manner designated below.

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

| | |
|---|---|
| Matthew James Burne | matthew.burne@usdoj.gov |
| Robert A. Faucher | rfaucher@hollandhart.com |
| George B. Hofmann | ghofmann@ck.law |
| David W. Newman | david.w.newman@usdoj.gov |
| Benjamin David Passey | bdpassey@hollandhart.com |
| Darren G. Reid | dgreid@hollandhart.com |
| Mark C. Rose | trustee@mbt-law.com, UT32@ecfcbis.com |
| Erik F. Stidham | efstidham@hollandhart.com |
| Engels Tejeda | ejtejeda@hollandhart.com |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

- Lisa M. Bundy
  P.O. Box 1062
  Cedar City, UT 84720-1062

- Ammon Bundy
  P.O. Box 1062
  Cedar City, UT 84721

2

United States Bankruptcy Court

District of Utah

In re:  Case No. 24-23530-WTT

Ammon Edward Bundy  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-4     User: admin     Page 1 of 3
Date Rcvd: Oct 24, 2024     Form ID: pdfor1     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ammon Edward Bundy, P.O. Box 1062, Cedar City, UT 84721-0991 |
| intp | + | Lisa M. Bundy, P.O. Box 1062, Cedar City, UT 84721-0991 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin David Passey | on behalf of Creditor St. Luke's Regional Medical Center Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Chris Roth bdpassey@hollandhart.com phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Plaintiff Natasha Erickson M.D. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor St. Luke's Health System Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Plaintiff Tracy Jungman N.P. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | |

| | |
|---|---|
| | on behalf of Creditor Tracy Jungman N.P. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | |
| | on behalf of Plaintiff St. Luke's Regional Medical Center Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | |
| | on behalf of Creditor Natasha Erickson M.D. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | |
| | on behalf of Plaintiff Chris Roth bdpassey@hollandhart.com phowell@hollandhart.com |
| Darren G. Reid | |
| | on behalf of Creditor Chris Roth dgreid@hollandhart.com cfries@hollandhart.com |
| Darren G. Reid | |
| | on behalf of Creditor St. Luke's Health System Ltd. dgreid@hollandhart.com, cfries@hollandhart.com |
| Darren G. Reid | |
| | on behalf of Creditor Tracy Jungman N.P. dgreid@hollandhart.com, cfries@hollandhart.com |
| Darren G. Reid | |
| | on behalf of Plaintiff Natasha Erickson M.D. dgreid@hollandhart.com, cfries@hollandhart.com |
| Darren G. Reid | |
| | on behalf of Plaintiff St. Luke's Regional Medical Center Ltd. dgreid@hollandhart.com, cfries@hollandhart.com |
| Darren G. Reid | |
| | on behalf of Creditor Natasha Erickson M.D. dgreid@hollandhart.com, cfries@hollandhart.com |
| Darren G. Reid | |
| | on behalf of Plaintiff Chris Roth dgreid@hollandhart.com cfries@hollandhart.com |
| Darren G. Reid | |
| | on behalf of Creditor St. Luke's Regional Medical Center Ltd. dgreid@hollandhart.com, cfries@hollandhart.com |
| Darren G. Reid | |
| | on behalf of Plaintiff Tracy Jungman N.P. dgreid@hollandhart.com, cfries@hollandhart.com |
| David W. Newman tr | |
| | on behalf of U.S. Trustee United States Trustee david.w.newman@usdoj.gov James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov |
| Engels Tejeda | |
| | on behalf of Plaintiff St. Luke's Health System Ltd. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com |
| Engels Tejeda | |
| | on behalf of Creditor Natasha Erickson M.D. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com |
| Engels Tejeda | |
| | on behalf of Creditor St. Luke's Health System Ltd. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com |
| Engels Tejeda | |
| | on behalf of Plaintiff Chris Roth ejtejeda@hollandhart.com slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com |
| Engels Tejeda | |
| | on behalf of Creditor Chris Roth ejtejeda@hollandhart.com slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com |
| Engels Tejeda | |
| | on behalf of Plaintiff Tracy Jungman N.P. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com |
| Engels Tejeda | |
| | on behalf of Plaintiff Natasha Erickson M.D. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com |
| Engels Tejeda | |
| | on behalf of Creditor St. Luke's Regional Medical Center Ltd. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com |
| Engels Tejeda | |
| | on behalf of Plaintiff St. Luke's Regional Medical Center Ltd. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com |
| Engels Tejeda | |
| | on behalf of Creditor Tracy Jungman N.P. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com |

District/off: 1088-4    User: admin    Page 3 of 3
Date Rcvd: Oct 24, 2024    Form ID: pdfor1    Total Noticed: 2

| | |
|---|---|
| Erik F. Stidham | on behalf of Plaintiff Natasha Erickson M.D. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com |
| Erik F. Stidham | on behalf of Creditor Natasha Erickson M.D. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com |
| Erik F. Stidham | on behalf of Creditor Chris Roth efstidham@hollandhart.com dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com |
| Erik F. Stidham | on behalf of Creditor St. Luke's Health System Ltd. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com |
| Erik F. Stidham | on behalf of Creditor Tracy Jungman N.P. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com |
| Erik F. Stidham | on behalf of Plaintiff Tracy Jungman N.P. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com |
| Erik F. Stidham | on behalf of Creditor St. Luke's Regional Medical Center Ltd. efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com |
| George B. Hofmann | on behalf of Trustee Mark C. Rose tr ghofmann@ck.law mparks@ck.law |
| Mark C. Rose tr | on behalf of Trustee Mark C. Rose tr trustee@mbt-law.com UT32@ecfcbis.com |
| Mark C. Rose tr | trustee@mbt-law.com UT32@ecfcbis.com |
| Matthew James Burne | on behalf of U.S. Trustee United States Trustee matthew.burne@usdoj.gov James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov |
| Robert A. Faucher | on behalf of Plaintiff Tracy Jungman N.P. rfaucher@hollandhart.com, spturner@hollandhart.com |
| Robert A. Faucher | on behalf of Creditor Natasha Erickson M.D. rfaucher@hollandhart.com, spturner@hollandhart.com |
| Robert A. Faucher | on behalf of Creditor St. Luke's Regional Medical Center Ltd. rfaucher@hollandhart.com, spturner@hollandhart.com |
| Robert A. Faucher | on behalf of Plaintiff Natasha Erickson M.D. rfaucher@hollandhart.com, spturner@hollandhart.com |
| Robert A. Faucher | on behalf of Creditor Chris Roth rfaucher@hollandhart.com spturner@hollandhart.com |
| Robert A. Faucher | on behalf of Creditor Tracy Jungman N.P. rfaucher@hollandhart.com, spturner@hollandhart.com |
| Robert A. Faucher | on behalf of Creditor St. Luke's Health System Ltd. rfaucher@hollandhart.com, spturner@hollandhart.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 48