**This order is SIGNED.**

**Dated: November 1, 2024**




**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge

msc

*Order Prepared and Submitted by:*

Erik F. Stidham (Admitted pro hac vice)
Robert A. Faucher (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels J. Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re:<br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy No. 24-23530<br><br>Chapter 7<br><br>Honorable William T. Thurman |
|---|---|

**ORDER GRANTING ST. LUKE'S PARTIES' MOTION TO EXTEND TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER SECTION 727**

THIS CAUSE having come before the Court on the St. Luke's Parties' Motion to Extend Time to File a Complaint Objecting to Discharge under Section 727 at docket no. 32 on September 24, 2024 (the "Motion"); and

The movants, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D. and Tracy Jungman, NP (collectively the "St. Luke's Parties"), having filed on September 24, 2024 at docket no. 33, and served on Debtor, a notice of opportunity to object to the Motion and notice of a hearing on the Motion; and

Debtor not having objected to the Motion; and

The St. Luke's Parties nonetheless having filed a reply and declaration of Jennifer M. Jensen in support of the Motion at docket nos. 158 and 159, respectively; and

The Motion having come before the Court for hearing on October 23, 2024 (the "Hearing"); and

Attorneys Robert A. Faucher and Engels J. Tejeda having appeared for the St. Luke's Parties at the Hearing; and

Debtor not having appeared at the Hearing; and

The Court having addressed the merits of the Motion at the hearing; and

There being good cause therefor,

**IT IS HEREBY ORDERED AND THIS DOES ORDER:**

1. The Motion is granted; and
2. The deadline for the St. Luke's Parties to file a complaint objecting to Debtor's discharge under 11 U.S.C. § 727 is extended to **January 13, 2025**.

----------------------------------------END OF DOCUMENT----------------------------------------

2

## **DESIGNATION OF PARTIES TO BE SERVED**

Service for the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Matthew James Burne**   matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Robert A. Faucher**   rfaucher@hollandhart.com, spturner@hollandhart.com
- **George B. Hofmann**   ghofmann@ck.law, mparks@ck.law
- **David W. Newman tr**   david.w.newman@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Benjamin David Passey**   bdpassey@hollandhart.com, phowell@hollandhart.com
- **Darren G. Reid**   dgreid@hollandhart.com, cfries@hollandhart.com
- **Mark C. Rose tr**   trustee@mbt-law.com, UT32@ecfcbis.com
- **Erik F. Stidham**   efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com
- **Engels Tejeda**   ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;lahansen@hollandhart.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E. 400 S.
New Harmony, UT 84757

Date: November 1, 2024.

                                                                        /s/
                                                                    Engels J. Tejeda

33399618_v2

4