Erik F. Stidham (*Admitted pro hac vice*)
Robert A. Faucher (*Admitted pro hac vice*)
Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 24-23530 |
|---|---|
| AMMON EDWARD BUNDY | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

---

**DECLARATION OF ERIK F. STIDHAM REGARDING ST. LUKE'S CREDITORS' MOTION TO COMPEL TESTIMONY OF DEBTOR DESPITE FIFTH AMENDMENT OBJECTIONS**

---

I, Erik F. Stidham, declare and state as follows:

1.      I am a partner in the Boise office of the law firm of Holland & Hart LLP and am

licensed to practice law in the State of Idaho. I am admitted to this Court *pro hac vice* for this

case. Along with my colleagues above, I am counsel for St. Luke's Health System, Ltd., St.

Luke's Regional Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W.

Jungman, NP (collectively, the "St. Luke's Creditors"). I am familiar with the facts and

proceedings in this matter and have personal knowledge of the matters stated in this Declaration.

2.    Attached hereto as **Exhibit A** are true and correct copies of excerpts from

Bundy's August 14, 2024 meeting of creditors.

3.    Attached hereto as **Exhibit B** are true and correct copies of excerpts from the

August 19, 2024 continued meeting of creditors.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed this 7th day of November, 2024.


*/s/ Erik F. Stidham*
Erik F. Stidham

**DECLARATION OF ERIK F. STIDHAM REGARDING ST. LUKE'S CREDITORS'
MOTION TO COMPEL TESTIMONY OF DEBTOR DESPITE FIFTH AMENDMENT
OBJECTIONS – Page 2**

CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I electronically filed the foregoing
**DECLARATION OF ERIK F. STIDHAM REGARDING ST. LUKE'S PARTIES'
MOTION TO COMPEL TESTIMONY OF DEBTOR DESPITE FIFTH AMENDMENT
OBJECTIONS** with the United States Bankruptcy Court for the District of Utah by using the
CM/ECF system. I further certify that the parties of record in this case, as identified below, are
registered CM/ECF user.

| | |
|---|---|
| Matthew James Burne | matthew.burne@usdoj.gov; james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov; rachell.e.d.hughes@usdoj.gov; brittany.deweitt@usdoj.gov |
| George B. Hoffmann | ghofmann@ck.law; mparks@ck.law |
| David W. Newman | david.w.newman@usdoj.gov; james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov; rachell.e.d.hughes@usdoj.gov; brittany.deweitt@usdoj.gov |
| Mark C. Rose | trustee@mbt-law.com; UT32@ecfcbis.com |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**By U.S. First Class Mail with postage pre-paid:**

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84720

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

By Internet email:

Ammon Edward Bundy
aebundy@bundyfarms.com
aebundy@msn.com

HOLLAND & HART LLP

*/s/ Erik F. Stidham*
Erik F. Stidham (Admitted Pro Hac Vice)
Robert A. Faucher (Admitted Pro Hac Vice)

HOLLAND & HART LLP
As local counsel

*/s/ Engels Tejeda*
Darren G. Reid (#11163)
Engels Tejeda (#11427)
Benjamin D. Passey (#19234)

Attorneys for St. Luke's Health System, Ltd.,
St. Luke's Regional Medical Center, Ltd.,
Chris Roth, Natasha Erickson, M.D., and
Tracy Jungman, NP

33605696_v1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION


In re:                        )
                              )   Bankruptcy Case No. 24-23530
                              )
Ammon Edward Bundy,           )
                              )
        Debtor.               )
_____)



FIRST MEETING OF CREDITORS

(Volume One)


Date:  August 14, 2024


Transcribed from audio by Teena Green, RPR, CRR, CBC

        Orrin G. Hatch United States Courthouse
        351 South West Temple, 7.430
        Salt Lake City, Utah   84101
        (801) 910-4092
        teena_green@utd.uscourts.gov

Exhibit A, Page 1

1   too fast.

2         Then where you would have signed, just right above

3   that, there's one, two, three, four, five paragraphs.  They all

4   begin with the letter "I" and there's just a big whiteout on

5   the version I have.  I just was wondering if this was

6   intentionally blocked out or if that just was a result of how

7   it was filed.

8         **MR. BUNDY:**  I'm not sure, because my -- I guess this

9   one here -- actually, I would have sent in the originals and

10  I'm not sure I have an exact copy of the originals.  Then on my

11  copy it doesn't show what you're talking about so I'm not --

12        **MR. ROSE:**  Okay.  And maybe a better question would

13  be, did you modify the petition in any way to remove any

14  language before you signed it?  Maybe that's the better

15  question.

16        **MR. BUNDY:**  No, I did not.

17        **MR. ROSE:**  Okay.  Before you signed your petition,

18  schedules and statements that you filed with the bankruptcy

19  court, did you review those to make sure they were truthful and

20  correct to the best of your knowledge?

21        **MR. BUNDY:**  Yes.

22        **MR. ROSE:**  And to the best of your knowledge, is the

23  information contained in your petition, schedules and

24  statements truthful and correct?

25        **MR. BUNDY:**  Yes, to the best of my knowledge.

1    **MR. ROSE:**  Did you list all of your assets and all of

2    your debts?

3        **MR. BUNDY:**  Yes, my personal assets, yes.

4        MR. ROSE:  Okay.  Are you aware of any errors or

5    omissions that need to be brought to my attention?

6        MR. BUNDY:  Other than I think there's a section in

7    there where it talks about funds that were owed to me for some

8    work and stuff, you know, that's changed because I've been

9    paid.  So it's been, you know, a month or so, so that's changed

10   a little bit.

11       MR. ROSE:  Okay.  And are you referring to

12   Schedule A/B where it asked you -- let me go to that portion --

13   so on No. 30, there's a question, other amounts people owed

14   you.  I don't see that you scheduled -- was it the wages 1099,

15   the 11,000, the account receivable, is that what you're

16   referring to?

17       MR. BUNDY:  Correct, yeah, that's what I'm referring

18   to.

19       MR. ROSE:  Okay.  So -- and briefly on that, were

20   those wages that had not been paid to you, like somebody was

21   past due paying the obligation to you or were those just wages

22   that were earned but the pay cycle hadn't ended to where you'd

23   gotten your paycheck?

24       MR. BUNDY:  Where I hadn't got my paycheck.  I've got

25   paid for those.

1    **MR. ROSE:**  Would the 19th work for you, Mr. Newman?

2    **MR. NEWMAN:**  That would be great.

3    **MR. ROSE:**  Sorry, Mr. Bundy, we were kind of seeing

4    if we could narrow down any conflicts.

5    Would next Monday, August 19th, at 8:30 a.m. work?

6    **MR. BUNDY:**  Just double-checking here.

7    **MR. ROSE:**  Okay.

8    **MR. BUNDY:**  Yes, that should work.

9    **MR. ROSE:**  Okay.

10   **MR. BUNDY:**  That's Monday the 19th, correct?

11   **MR. ROSE:**  Monday the 19th, correct.  So it would be

12   8:30 a.m.  And then for all creditors present on this meeting,

13   just please take note, we'll continue this meeting to

14   August 19th, 2024, at the hour of 8:30 a.m.  The log-in

15   credentials for that meeting will be the same as today so

16   everything will be identical to today except for we'll just

17   continue this to August 19th.  And I apologize to everyone.  I

18   think everyone somewhat understands the limited time that we've

19   got for these, so I hate to cut anyone off or not give somebody

20   the opportunity that probably waited over an hour to

21   participate here, but unfortunately it's just what we've got.

22   But we will continue to August 19th at 8:30 a.m.  And we'll --

23   **MR. FAUCHER:**  Thank you, Mr. Rose.

24   **MR. BUNDY:**  May we understand who is on here, is that

25   something that we could do here?

1          **MR. ROSE:**  Yeah, we could make a record real quick of

2     just who's present on the case just so we are aware.  If

3     there's any other creditors that want to at least make an

4     appearance so we can have a record, that would be helpful.

5          Okay.  No one's required to make an appearance,

6     Mr. Bundy, so I didn't hear anyone else make an appearance and

7     I don't know -- I mean, obviously, I know Mr. Newman from the

8     United States Receiver's Office, but I don't know anyone else.

9     And so, unfortunately, that's all the information we have for

10    today.

11         **MR. BUNDY:**  Okay.

12         **MR. ROSE:**  All right.  We'll see everyone on

13    August 19th at 8:30.

14         Thank you, Mr. Bundy.

15         **MR. NEWMAN:**  Thank you.

16         **MR. FAUCHER:**  Thank you.

17         (Concluded for the day.)

18

19

20

21

22

23

24

25

CERTIFICATE OF COURT REPORTER

This is to certify that the audio recorded

proceedings in the foregoing matter were taken by me

stenographically from the audio file, to the best of my ability

in hearing the audio, and thereafter transcribed into written

form by me and/or under my supervision and direction;

That said proceedings were taken at the time and

place herein named;

I further certify that I am not of kin or otherwise

associated with any of the parties of said cause of action and

that I am not interested in the event thereof.

In witness whereof I have subscribed my name this

23rd day of August 2024.

Teena Green

_____
Teena Green, RPR, CSR, CRR, CBC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION


In re:                         )
                               )   Bankruptcy Case No. 24-23530
                               )
Ammon Edward Bundy,            )
                               )
       Debtor.                 )
_____)



FIRST MEETING OF CREDITORS

(Volume Two beginning on page 21)


Date:  August 19, 2024


Transcribed from audio by Teena Green, RPR, CRR, CBC

     Orrin G. Hatch United States Courthouse
     351 South West Temple, 7.430
     Salt Lake City, Utah   84101
     (801) 910-4092
     teena_green@utd.uscourts.gov

**Exhibit B, Page 1**

1    August 19, 2024

2                    **P R O C E E D I N G S**

3          **MR. ROSE:**  Okay.  We'll go ahead and get started with

4    the continued first meeting of creditors in the case of Ammon

5    Edward Bundy.  This is Bankruptcy Case 24-23530.

6              My name is Mark Rose and I've been appointed as the

7    trustee in this case.  We're here for a continued first meeting

8    of creditors.  The original meeting was held on August 14th,

9    2024, and we continued the meeting to today.

10             When we continued the meeting, we did give notice to

11   all creditors at the last meeting, just so the record's clear

12   there.

13             Mr. Bundy, I'm going to start by just confirming your

14   identification again.  I did receive in your case your U.S.

15   Passport and was able to confirm your identification last time.

16   I'm going to do the same thing here, just so the record's

17   clear.  Give me one second.

18             Okay.  So I've received a copy of a United States of

19   America Passport for Mr. Bundy and I can confirm his

20   identification through that.

21             Mr. Bundy, I think I'm still waiting for confirmation

22   of your Social Security number.

23             Did you by chance have a -- did you have a chance to

24   track down anything that could confirm your Social Security,

25   like a W-2 or a Social Security card, or anything like that?

1          Okay.  And I do have an address, and I don't need you

2     to state the address or anything like that, but I do have an

3     address for you in New Harmony on your petition.

4          Is that still a good address for you?

5          **MR. BUNDY:**  Yeah, for the time being.

6          **MR. ROSE:**  Okay.  Okay.  I'm going to --

7          **MR. STIDHAM:**  Mr. Rose, sorry to interrupt.

8          **MR. ROSE:**  No, you're good.

9          **MR. STIDHAM:**  I don't know if you're going to do this

10    but you may wish to remind Mr. Bundy that he is testifying

11    under oath.

12         **MR. ROSE:**  I just put him under oath again, so...

13         **MR. STIDHAM:**  Okay.  Sorry for that.

14         **MR. ROSE:**  That's okay.  So he's back under oath now.

15         So what I'll do is, again, I'll turn some time over

16    to Mr. Stidham to ask questions, and then any other creditors,

17    and then I do have some questions, and then I believe

18    Mr. Newman might have some questions for you.

19         So with that, Mr. Stidham, I'll turn the time over to

20    you.

21         **MR. STIDHAM:**  Thank you.

22         And, Mr. Bundy, as you know, I represent St. Luke's

23    and some of the another creditors.

24         Mr. Bundy, we have records that indicate that, on

25    January 5th, 2024, that $487,000 was transferred from Global

1   question again, but I just want to make sure I understand.

2          Are you saying that you do not currently own any

3   shares in Abish-husbondi?

4          **MR. BUNDY:**  I think legally I do not own any of

5   those, yeah.

6          **MR. STIDHAM:**  Mr. Bundy, do you still have any

7   control, any rights to any of the shares in Abish-husbondi that

8   are currently in the name of some other person or entity?

9          **MR. BUNDY:**  I don't believe at this point I do

10  legally.  I don't believe I do.

11         **MR. STIDHAM:**  Okay.  Mr. Bundy, I understand -- and I

12  don't want to replow questions, I understood you answered to me

13  in the previous session.  But can you explain to me what

14  Mr. Jones provided in exchange for his shares, the shares that

15  you contend he owns in Abish-husbondi?

16         **MR. BUNDY:**  (Inaudible)

17         **MR. STIDHAM:**  I think you froze on the screen,

18  Mr. Bundy.

19         **MR. BUNDY:**  I said, "I'll invoke the Fifth."

20         **MR. STIDHAM:**  Mr. Bundy, can you tell us what, if

21  anything, you received personally from Global Investments in

22  exchange for any shares they may have owned or currently own in

23  Abish-husbondi?

24         **MR. BUNDY:**  I'll invoke the Fifth.

25         **MR. STIDHAM:**  Mr. Bundy, have you ever filed personal

**Exhibit B, Page 4**

1   tax -- Mr. Bundy, have you filed any personal tax returns since

2   2008?

3       **MR. BUNDY:** Yes.

4       **MR. STIDHAM:** Okay. When is the last time you filed

5   a personal tax return, Mr. Bundy?

6       **MR. BUNDY:** I believe the last time I filed a

7   personal tax return was shortly before I was put in prison,

8   falsely, I might add. Sometime around then. I'd have to go

9   look at the exact records.

10      **MR. STIDHAM:** And I apologize, Mr. Bundy. I don't

11  know the exact timing of that. So let me just pick a date that

12  I understand to be after that.

13      Have you filed any personal tax returns since 2010?

14      **MR. BUNDY:** So I'll invoke the Fifth on this. And I

15  know that, Mr. Stidham, we had a conversation and I disclosed

16  this to you and so I'm glad to see you want to use it against

17  me. But I do believe, and it wasn't by -- I think I told you

18  2008, and I meant 2018. So I think I have an obligation,

19  because of our conversation, to clarify that. And that was

20  just a simple mistake, it was not -- just -- it was a mistake.

21  I told you 2008 and I meant 2018 in our conversation. So

22  anyway, I -- I --

23      **MR. STIDHAM:** So let me just ask --

24      **MR. BUNDY:** I'm still invoking the Fifth, but I

25  wanted to clarify (inaudible). I couldn't remember if I told

1    you 2018 or 2008, and so being that obviously this is coming

2    up, I must have told you 2008 and I meant 2018, so I apologize.

3            **MR. STIDHAM:**  So -- no problem, Mr. Bundy.

4            Just so the record's clear, let me ask this question

5    in this way:  Mr. Bundy, have you filed any tax returns,

6    personal tax returns, since 2018?

7            **MR. BUNDY:**  So I still invoke the Fifth on this.

8            **MR. STIDHAM:**  Okay.  Thank you, Mr. Bundy.

9            Has Abish-husbondi ever filed any tax returns?

10           **MR. BUNDY:**  Are you talking about husbondi?

11           **MR. STIDHAM:**  Yes.  I'm sorry if I mispronounced the

12   name of the entity.

13           Has Abish-husbondi filed any tax returns?

14           **MR. BUNDY:**  I'll invoke the Fifth on that.

15           **MR. STIDHAM:**  Mr. Bundy, do you get paid directly

16   from -- excuse me.

17           Mr. Bundy, can you tell me, what business is

18   Abish-husbondi in, other than holding the commercial -- the

19   four commercial real estate properties in Emmett, Idaho?

20           **MR. BUNDY:**  So we lease those properties as part of

21   the holdings.  We used to, anyway.  And also, there are some

22   loans that have been issued (inaudible) for records that we

23   used to own where it was financed, but that's -- that's it,

24   primarily.  There are still other little things, but nothing to

25   really mention.

1          **MR. STIDHAM:** Okay. Mr. Bundy, I think you indicated

2    in your filings that there's an accountant, Brent or Brad

3    Parker --

4          **MR. BUNDY:** Correct.

5          **MR. STIDHAM:** -- who handles the accountings for

6    Abish.

7          Is that correct, sir?

8          **MR. BUNDY:** Yeah, he's just newly -- I newly hired

9    him, if you will. He hasn't been handling them for years, just

10   recently.

11         **MR. STIDHAM:** So, Mr. Bundy, are you -- do you have

12   control over and possession of all the corporate records and

13   financial records relating to Abish-husbondi?

14         **MR. BUNDY:** Yeah, the ones that I have, yeah,

15   absolutely.

16         **MR. STIDHAM:** Okay. And did Abish-husbondi -- you

17   indicated, if I understood correctly, in your bankruptcy

18   filings, that Abish-husbondi is your -- is currently your

19   employer?

20         **MR. BUNDY:** Yes, has been.

21         **MR. STIDHAM:** Okay.

22         **MR. BUNDY:** Yeah.

23         **MR. STIDHAM:** Okay. So -- and does Abish-husbondi

24   withhold employment taxes and Social Security on your behalf?

25         **MR. BUNDY:** (Inaudible) contracted and just paid.

**Exhibit B, Page 7**

1        **MR. STIDHAM:**  So Mr. Bundy, can you understand -- I'm

2    just trying to understand how the business works.

3        What is the business function of Abish-husbondi as it

4    relates to you?  I mean, what is -- what's the corporate

5    function as it relates to you having monies sent to

6    Abish-husbondi and then paid over to you?

7        **MR. BUNDY:**  Well, Abish is paid -- there's different

8    contracts and different lease agreements that are paid to

9    Abish, and then Abish pays me for my services in managing and

10   controlling the affairs of Abish.

11       **MR. STIDHAM:**  Okay.  But I understood from your

12   bankruptcy filing, and maybe I misunderstood, that Abish is

13   also receiving payments on your behalf relating to your work as

14   a mechanic?

15       **MR. BUNDY:**  No, that's not correct.

16       **MR. STIDHAM:**  Okay.  I apologize.  I misunderstood.

17       With regard to your work as an accountant [sic], do

18   those funds go through Abish or not?

19       **MR. BUNDY:**  As a mechanic (inaudible)?

20       **MR. STIDHAM:**  Yes.

21       **MR. BUNDY:**  No, they do not go through Abish.

22       **MR. STIDHAM:**  Okay.  And I apologize.  I'm not trying

23   to interrupt you, Mr. Bundy.  Your video's just a little

24   choppy, so I apologize if I speak over you.

25       **MR. BUNDY:**  Great.  I'll be aware of that.  I have

1   good signal on my end, it seems like it's correct, but if

2   you're not getting it on your end, I'll try to be -- I'll try

3   to understand that.

4            MR. STIDHAM:  Okay.  Thank you, Mr. Bundy.

5            Mr. Bundy, along those lines, relating to Abish,

6   you'd indicated there's some other shareholders.

7            Are distributions made from Abish to Mr. Jones,

8   Global Investments, and to your sons?

9            MR. BUNDY:  I'll invoke the Fifth on that.

10            MR. STIDHAM:  Mr. Bundy, have you -- has Abish

11   distributed any payments at any point in time to Global

12   Investments?

13            MR. BUNDY:  I'll invoke the Fifth.

14            MR. STIDHAM:  And just to be clear, I'm -- by "Global

15   Investments" I'm meaning to refer to that entity that you

16   indicated owned approximately 700,000 shares in Abish.

17            Did you understand that?

18            MR. BUNDY:  Yes, I understood that.

19            MR. STIDHAM:  And, Mr. Bundy, how many shares are

20   outstanding at Abish-husbondi, with Abish-husbondi?

21            MR. BUNDY:  What do you mean by outstanding?

22            MR. STIDHAM:  Well, I will represent to you I

23   understand from the corporate filings that there was initially

24   a million shares issued when Abish was created.

25            And let me ask it this way:  Since the formation of

1   Abish, have there been -- has the company issued any additional

2   shares?

3           **MR. BUNDY:**  More than a million?

4           **MR. STIDHAM:**  Yes, any --

5           **MR. BUNDY:**  I'm not understanding your question.

6           **MR. STIDHAM:**  Yeah, let me try to rephrase it.

7           There were some shares issued when Abish was

8   initially formed.  Since those initial shares, have there been

9   any additional shares issued by Abish?

10          **MR. BUNDY:**  No, it's still at a million.

11          **MR. STIDHAM:**  Okay.  Mr. Bundy, have you had any

12   discussions with anyone regarding Global Investments regarding

13   Global Investment giving back to you shares from Abish that

14   were purported to be transferred to Global Investments in 2022?

15          **MR. BUNDY:**  Can you restate the question?

16          **MR. STIDHAM:**  Yeah.  Let me try to ask the

17   question --

18          **MR. BUNDY:**  Clarify it just a little bit.

19          **MR. STIDHAM:**  Sure.  I'll try to give you a better

20   question.

21          Have you had any discussions with anyone relating to

22   Global Investments regarding Global Investments turning back in

23   or transferring back to you any shares from Abish-husbondi?

24          **MR. BUNDY:**  (Inaudible)

25          **MR. STIDHAM:**  I apologize, Mr. Bundy.  Maybe -- I

1  don't know if Mr. Rose could hear you, but you cut out on my

2  end.

3       **MR. ROSE:**  Yeah, I -- I didn't -- I was not able to

4  catch that.

5       **MR. BUNDY:**  Let me just walk around a little bit.

6  This is what I was afraid of.  The service is just terrible

7  here, so...

8       Can you hear me now?

9       **MR. STIDHAM:**  Yes, I can hear you now.

10       **MR. BUNDY:**  Okay.  So the answer to that question is

11  I spoke to Tom (inaudible) I believe Saturday, and I hadn't

12  talked to him for quite some time before that.

13       **MR. STIDHAM:**  Okay.  And did you -- what did you

14  discuss with Mr. Branson as it relates to any ownerships of

15  shares in Abish?

16       **MR. BUNDY:**  I just spoke to him about what his intent

17  with those were, how he viewed them and whether he wanted to

18  defend or not or what -- you know, what was his -- what was his

19  desire in the matter.

20       **MR. STIDHAM:**  And what did Mr. Branson tell you?

21       **MR. BUNDY:**  I'll invoke the Fifth on that.

22       **MR. STIDHAM:**  Okay.  Are you -- just maybe a shortcut

23  to this.  Are you invoking the Fifth regarding any

24  communications you had with Mr. Branson regarding the shares in

25  Abish, at least as far as that conversation you say you had on

1   Saturday?

2            **MR. BUNDY:**  Yes.

3            **MR. STIDHAM:**  Mr. Bundy, did you have any discussions

4   with Mr. Jones recently regarding whether or not Mr. Jones owns

5   any shares in Abish?

6            **MR. BUNDY:**  Not necessarily whether or not he owns

7   any, but I did have a conversation with him about whether he

8   wants to defend them or, you know, what his intention

9   (inaudible).

10            **MR. STIDHAM:**  And what did Mr. Jones say in that

11   regard?

12            **MR. BUNDY:**  I'll also invoke the Fifth on that.

13            **MR. STIDHAM:**  Okay.  Mr. Bundy, you previously

14   identified your sons as having some ownership interest in

15   Abish-husbondi.

16            Do you still contend that your sons have ownership

17   interest in Abish-husbondi?

18            **MR. BUNDY:**  Yeah, I do contend that.  They -- I mean

19   they worked for a summer and they did get compensation for

20   those because of that.  Of course, your legal advice was that

21   that's not going to hold up, (inaudible) not going to hold up.

22   And so, you know, whether they want to defend those or not, I

23   don't know.

24            **MR. STIDHAM:**  So Mr. -- I'm sorry, Mr. Bundy.  Go

25   ahead.

1    **MR. BUNDY:**  Anyway, so -- but, yeah, that's the -- I

2    guess the situation (inaudible).

3    **MR. STIDHAM:**  Yes.  And, well, I guess along the

4    similar lines of what you indicated relating to Mr. Jones and

5    Mr. Branson of Global Investments, to your understanding, are

6    your sons going to be contending that they continue to have an

7    ownership interest in Abish?

8    **MR. BUNDY:**  I don't know that.

9    **MR. STIDHAM:**  Okay.  Did you discuss this with them,

10   Mr. Bundy, this issue regarding your bankruptcy and disputes

11   regarding the ownership in Abish-husbondi?

12   **MR. BUNDY:**  Not as of recent, no.

13   **MR. STIDHAM:**  Okay.

14   **MR. BUNDY:**  I have -- one's on an LDS mission and --

15   out East, and the other is working in -- working in Arizona,

16   preparing to go on a mission, so I haven't -- I have not

17   brought that up to them as of recently.

18   **MR. STIDHAM:**  Mr. Bundy, you'd indicated that part of

19   the business of Abish-husbondi was receiving rental payments;

20   is that correct?

21   **MR. BUNDY:**  (Inaudible)

22   **MR. STIDHAM:**  I apologize, Mr. Bundy, but I couldn't

23   hear you again.  I think it's just choppy video.  I don't know

24   whether Mr. Rose is having the same problem.

25   **MR. BUNDY:**  Did I cut out?

1          **MR. ROSE:**  You cut out.

2          **MR. STIDHAM:**  Yeah, you did.

3          **MR. BUNDY:**  The answer to the question was yes.

4          **MR. STIDHAM:**  Okay.  And, Mr. Bundy, how were those

5     rental payments distributed as among the shareholders in

6     Abish-husbondi?

7          **MR. BUNDY:**  I invoke the Fifth on that.

8          **MR. STIDHAM:**  Mr. Bundy, did you -- well, strike

9     that.

10         Mr. Bundy, did you -- and I apologize if this

11    overlaps a little bit with the previous question, but let me

12    try to ask it this way, just so I'm clear:  Does Abish-husbondi

13    have any business other than the ownership of the commercial --

14    the four commercial real estate properties in Emmett, Idaho,

15    and the collection of rents relating to leasing of portions of

16    those properties, any business other than that?

17         **MR. BUNDY:**  I'll invoke the Fifth on that.

18         **MR. STIDHAM:**  Mr. Bundy, to your knowledge, does

19    Abish-husbondi have any debt?

20         **MR. BUNDY:**  I do not believe -- so let me answer that

21    question, there's -- no, I would say no.  There might be a

22    couple thousand dollars on a credit card that technically would

23    be expenses there but, you know, I'll probably take care of

24    that personally if this bankruptcy doesn't clear it, and I

25    don't -- anyway, so the answer is no.  No, there's no debt.

1    **MR. STIDHAM:**  Okay.  So maybe just related to that,

2    does Abish-husbondi have its own -- does it have separate bank

3    accounts?  Or strike that.

4         Could you identify the bank accounts that were used

5    by Abish-husbondi and/or continued to be used by

6    Abish-husbondi?

7    **MR. BUNDY:**  There are no bank accounts that are used

8    by Abish-husbondi at this time.  As you are aware, they --

9    those bank accounts have all been seized by St. Luke's.

10   **MR. STIDHAM:**  Mr. Bundy, just as kind of a

11   clarification on kind of the residential address issue, I

12   understand from your petition that the 896 East 400 South,

13   New Harmony, Utah, is the address, but based on your prior

14   testimony, we understood you were at Mr. Nielson's address,

15   which is 946 East 400 South, New Harmony.

16        Could you clarify which of those addresses you're

17   currently residing at.

18   **MR. BUNDY:**  Let me go to my record really quick just

19   to verify.  Hold on.

20        Okay.  The address is 896 East 400 South.

21   **MR. STIDHAM:**  Thank you, Mr. Bundy.

22        Mr. Bundy, I understand from testimony from the

23   Bransons that you had Mrs. Branson purchase some stock holdings

24   in her name, even though you funded and controlled those stock

25   assets, in order to conceal funds from St. Luke's.

1    Is that accurate?

2    **MR. BUNDY:**  I invoke the Fifth on that.

3    **MR. STIDHAM:**  Mr. Bundy, did you in fact receive a

4    distribution from the Bransons and/or Global Investments

5    regarding the stock holdings that you had Mrs. Branson take in

6    your name in order to conceal those funds from St. Luke's?

7    **MR. BUNDY:**  I think I'll invoke the Fifth on that,

8    too.

9    **MR. STIDHAM:**  Mr. Bundy, do you still have any of the

10   funds -- or, Mr. Bundy, let me ask you this:  How much did you

11   receive in a distribution from Global Investments for the stock

12   that was held in Ms. Branson's name?

13   **MR. BUNDY:**  I'll invoke the Fifth on that.

14   **MR. STIDHAM:**  Mr. Bundy, would you identify any

15   actions that you've taken since 2022 in order conceal assets

16   from St. Luke's and my clients?

17   **MR. BUNDY:**  Could you restate that.

18   **MR. STIDHAM:**  Sure.

19   Could you identify each and every action that you've

20   taken to conceal assets from my client, St. Luke's?

21   **MR. BUNDY:**  I don't quite understand the question.  I

22   mean are you asking --

23   **MR. STIDHAM:**  Sure.

24   **MR. BUNDY:**  -- if I have concealed or withheld or --

25   **MR. STIDHAM:**  Let me ask it this way, Mr. Bundy,

1        Is that accurate?

2        **MR. BUNDY:**  I invoke the Fifth on that.

3        **MR. STIDHAM:**  Mr. Bundy, did you in fact receive a

4    distribution from the Bransons and/or Global Investments

5    regarding the stock holdings that you had Mrs. Branson take in

6    your name in order to conceal those funds from St. Luke's?

7        **MR. BUNDY:**  I think I'll invoke the Fifth on that,

8    too.

9        **MR. STIDHAM:**  Mr. Bundy, do you still have any of the

10   funds -- or, Mr. Bundy, let me ask you this:  How much did you

11   receive in a distribution from Global Investments for the stock

12   that was held in Ms. Branson's name?

13       **MR. BUNDY:**  I'll invoke the Fifth on that.

14       **MR. STIDHAM:**  Mr. Bundy, would you identify any

15   actions that you've taken since 2022 in order conceal assets

16   from St. Luke's and my clients?

17       **MR. BUNDY:**  Could you restate that.

18       **MR. STIDHAM:**  Sure.

19       Could you identify each and every action that you've

20   taken to conceal assets from my client, St. Luke's?

21       **MR. BUNDY:**  I don't quite understand the question.  I

22   mean are you asking --

23       **MR. STIDHAM:**  Sure.

24       **MR. BUNDY:**  -- if I have concealed or withheld or --

25       **MR. STIDHAM:**  Let me ask it this way, Mr. Bundy,

1   that's fair.  I need to ask that question better.

2           Mr. Bundy, did you engage in transactions with Global

3   Investments in order to conceal assets from St. Luke's'

4   collection?

5           **MR. BUNDY:**  I'll invoke the Fifth on that.

6           **MR. STIDHAM:**  Mr. Bundy, did you engage in

7   transactions with Mr. Jones since 2022 when St. Luke's filed

8   its lawsuit in order to conceal assets from St. Luke's'

9   collection?

10          **MR. BUNDY:**  I'll invoke the Fifth.

11          **MR. STIDHAM:**  Since St. Luke's filed its lawsuit

12  against you in 2022, Mr. Bundy, have you engaged in any

13  transactions with your sons in order to hide assets from

14  St. Luke's' collections?

15          **MR. BUNDY:**  I'll invoke the Fifth.

16          **MR. STIDHAM:**  Mr. Bundy, have you -- since St. Luke's

17  filed this lawsuit in 2022, have you transferred any money into

18  your wife's name in order to avoid collection of those assets

19  by St. Luke's?

20          **MR. BUNDY:**  No.

21          **MR. STIDHAM:**  Mr. Bundy, I understand that -- strike

22  that.

23          We do have records from a -- did you use a Clarity

24  Credit Union account from 2020 to late 2023?

25          **MR. BUNDY:**  Yes, I -- are you talking about

1   personally or for business or for Abish or --

2          **MR. STIDHAM:**  That's fair.

3          Could you identify the accounts you had at Clarity

4   Credit Union from 2020 to 2023 and what the purpose of those

5   accounts were.

6          **MR. BUNDY:**  I mean I don't have the records in front

7   of me so I don't --

8          **MR. STIDHAM:**  Can you generally tell me -- I'm sorry,

9   Mr. Bundy.  I interrupted you again.  Sorry.

10         **MR. BUNDY:**  No, go ahead.

11         **MR. STIDHAM:**  Did Abish-husbondi have an account at

12  Clarity Credit Union from 2020 until late 2023?

13         **MR. BUNDY:**  I'm not certain about the dates, but,

14  yes, Abish-husbondi had an account with Clarity Credit Union.

15         **MR. STIDHAM:**  So how would you determine when

16  using -- and did you also have a personal account at Clarity

17  Credit Union during the same time period?

18         **MR. BUNDY:**  Yes.

19         **MR. ROSE:**  And did your wife have an account at

20  Clarity -- a separate account at Clarity Credit Union at that

21  time?

22         **MR. BUNDY:**  I know she did.  When I said a personal

23  account, I considered her account as that.

24         **MR. STIDHAM:**  Oh, understood.

25         So you and your wife had a personal account with

1   Clarity Credit Union, is that fair, during that period?

2          **MR. BUNDY:**  Yes.  I was not on the account all the

3   time but, yes, we had an account that we used for personal

4   reasons, yes.

5          **MR. STIDHAM:**  And I'll represent to you, based on

6   those bank records that we saw, we saw about $350,000 that was

7   deposited into the Abish -- what we understood to be the

8   Abish-husbondi Clarity Credit Union -- in paper money deposits.

9   Is that accurate, to your recollection?

10          **MR. BUNDY:**  Again, I know that there was some cash

11   deposits, yes, but I'm not sure enough to answer your question.

12          **MR. STIDHAM:**  Okay.  Fair enough.

13          **MR. BUNDY:**  As far as the amount and stuff.

14          **MR. STIDHAM:**  Well, I'll represent to you that, at

15   least based on our calculations, there was about $350,000 in

16   cash deposits into those Clarity accounts during that time

17   period.

18          Can you tell me where those funds are now?

19          **MR. BUNDY:**  So that went into the Clarity account?

20          **MR. STIDHAM:**  Yes.  About $350,000 in cash

21   accounts -- excuse me, cash deposits, went into the Clarity

22   accounts, based on the bank records.

23          Can you tell me where those funds are now?

24          **MR. BUNDY:**  You would have those records, the Clarity

25   records, and they show clearly where those funds went, at least

1    as far as going out of the account.

2            **MR. STIDHAM:**  Okay.  And I'll just represent to you a

3    lot of them refer to just ATM withdrawals or personal checks

4    between the family.

5            So can you identify where those funds are now, if

6    anywhere, in your custody or control?

7            **MR. BUNDY:**  Can you clarify what you mean by personal

8    checks or ATM withdrawals.

9            **MR. STIDHAM:**  Just that.  We're just talking about

10   the bank records, Mr. Bundy.  I don't want to belabor it.  I

11   guess we might have a chance to go over this in more detail

12   with the records, but let me try just one more time.  And I'm

13   just trying to get a general understanding.  Okay?

14           From the bank records, we see ATM withdrawals and

15   checks just written either to cash or things along those lines.

16           Does any cash from those accounts still exist within

17   your custody or control?

18           **MR. BUNDY:**  So to clarify, if there was a check that

19   was made or a transfer that was made personally, that was then

20   for wages.  The cash that you're talking about that was

21   withdrawn, I think it would be a very non-substantial amount

22   and it would have been for, you know, just covering expenses

23   for the warehouse or, you know, maybe paying someone for some

24   services.  They would have been pretty small amounts because I

25   never dealt with cash as far as the business goes very often.

1    **MR. STIDHAM:** Okay. Where did those cash deposits

2    come from that went to -- apparently were being paid to Abish?

3    **MR. BUNDY:** If I understand correctly, the amount --

4    or the deposits that you're talking about, they were

5    transferred. At one time, they were in the Wells Fargo

6    accounts, I think you're familiar with that account. During

7    COVID, they didn't have an ATM -- or, excuse me, a drive-up

8    window, and they were requiring masks and so forth, and I would

9    not go in the facility without -- with a mask. So I ended up

10   withdrawing all that money cash-wise. And then, eventually, I

11   deposited it in the Abish-husbondi Clarity account.

12   I believe, if -- again, without seeing the actual

13   records of which transactions you're talking about, the

14   amounts, I believe that is the amount -- or that is the cash

15   deposit that we are talking about.

16   **MR. STIDHAM:** Okay. Mr. Bundy, I understand that you

17   had a debt that was owed to you by a Joan Valenzuela in 2023,

18   and that debt was about $450,000 or so.

19   Can you tell me where -- I understand also that she

20   had that debt paid off.

21   Can you tell me where the funds associated with

22   Ms. Valenzuela paying off that debt is?

23   **MR. BUNDY:** I don't recognize it. Joan -- a Joan

24   Valenzuela?

25   **MR. STIDHAM:** Well, maybe I've got the name wrong.

1               Did you have a -- did you sell property in Arizona

2       and hold a note on it and have it -- and hold a note on it?

3               **MR. BUNDY:**  I personally did not.

4               **MR. STIDHAM:**  Okay.  Who held the note?

5               **MR. BUNDY:**  I invoke the Fifth on that.

6               **MR. STIDHAM:**  Okay.  Mr. Bundy, can you tell me who

7       was the borrower on that note?

8               **MR. BUNDY:**  I'll invoke the Fifth on that as well.

9               **MR. STIDHAM:**  On who the borrower was on the real

10      estate that you owned in Arizona?

11              **MR. BUNDY:**  I don't know --

12              **MR. STIDHAM:**  You invoke the Fifth on that?

13              **MR. BUNDY:**  What do you mean by the borrower?

14      Like --

15              **MR. STIDHAM:**  Let me ask you this way, Mr. Bundy.

16              Did you have real estate property in Arizona that you

17      sold to an individual and then carried a note on that debt?

18              **MR. BUNDY:**  On that, I'll invoke the Fifth.

19              **MR. STIDHAM:**  Okay.  Mr. Bundy, I'll represent to you

20      that we understand that about $450,000 associated with that

21      real estate was transferred to you sometime in late 2023 or

22      early 2024.

23              Can you tell me where those funds are now?

24              **MR. BUNDY:**  I'll invoke the Fifth.

25              Did you get an answer?

1    **MR. STIDHAM:**  I did.  I heard you say that you were

2    invoking the Fifth.

3         Did I hear correctly, sir?

4    **MR. BUNDY:**  Yes, correct.

5    **MR. STIDHAM:**  Mr. Bundy, do you still have any

6    ownership or interest in the Fullbay software product?

7    **MR. BUNDY:**  The only -- during the transaction of

8    that, I did negotiate to hold on to 100 clients, meaning I

9    could use those clients for ten years, basically log-ins and

10   that's the only thing that I would retain -- or that I own or

11   whatever at this time.

12   **MR. STIDHAM:**  Okay.  And can you provide any

13   assessment regarding the economic worth of that?

14   **MR. BUNDY:**  I don't believe that they have any value,

15   unless someone has a shop to be able to use them, because they

16   were not transferable or being -- or able to be used by anybody

17   else but me.  I believe that contractually that's what's in the

18   contract.  And either way, you know, you'd have to specifically

19   use those for the purpose -- it's a very specific software for

20   commercial truck services.  I don't know how I would value

21   those or if that they'd be valuable at all to anybody else.

22   **MR. STIDHAM:**  Mr. Bundy, during the period of 2022,

23   after my clients filed the lawsuit in Idaho against you, can

24   you estimate for me how much in distributions from

25   Abish-husbondi were made to you or your wife?

1    **MR. BUNDY:**  Anywhere from -- I think, as the records

2    show right now on the bankruptcy, you know, anywhere from --

3    you know, the compensation from Abish to myself or to my wife,

4    which, you know, we're the same thing, anywhere from 12- to

5    $9,000 a month until, I don't know, last year sometime,

6    November, you know.  And then -- anyway, so that's -- the 12-

7    to 9,000 a month.

8         **MR. STIDHAM:**  Okay.  And just so the record's clear,

9    during what period of time was Abish distributing to you and/or

10   your wife that 12- -- that 9- to $12,000 a month?  I'm not sure

11   I caught the time period, sir.

12        **MR. BUNDY:**  Well, I don't have the time period

13   exactly.  I just know that, you know, it -- because it would

14   depend on, you know, if (inaudible) terms were, but it was a

15   range between 12- to $9,000 for probably four -- close to four

16   years, right around four years, maybe, maybe a little longer.

17        **MR. STIDHAM:**  And what was the source of those

18   distributions?

19        **MR. BUNDY:**  Just the income from Abish-husbondi and,

20   you know, of course, Abish paid all expenses and different

21   things and put money away for a rainy day in repairs and so

22   forth.  And my compensation was 12- (inaudible) dollars.  That

23   was what my wages were.

24        **MR. STIDHAM:**  Okay.  And I apologize, sir, you're

25   cutting in and out a little bit, but I think I got that last

1  response.

2          So, Mr. Bundy, when did Abish stop making

3  distributions to you and/or your wife, if I understand your

4  testimony correctly?

5          **MR. BUNDY:**  I believe it was when you guys took over

6  the bank accounts we were unable -- no longer able to make

7  those transactions.  Then some checks were sent to us.  And,

8  anyway, that's when it became where I stopped taking those

9  wages.  It almost became impossible to take those wages anymore

10  and it significantly changed after that.

11          **MR. STIDHAM:**  Okay.  And Mr. Bundy, just for some

12  more clarification regarding Abish, I think you testified

13  during the last examination that Abish is a C corporation.

14          Is that correct?

15          **MR. BUNDY:**  Yes.

16          **MR. STIDHAM:**  Is it nevertheless -- even though it's

17  a C corporation, is it nevertheless set up to be kind of a

18  passthrough entity for income tax purposes?

19          **MR. BUNDY:**  I don't know what you mean by that.  No,

20  it was meant to be a business that holds assets, leases assets

21  and holds assets.

22          **MR. STIDHAM:**  Okay.

23          **MR. BUNDY:**  (Inaudible)

24          **MR. STIDHAM:**  Okay.  Do you have --

25          **MR. BUNDY:**  (Inaudible)

1          **MR. STIDHAM:**  Do you have in your possession the tax

2  returns that were filed -- that have been filed by

3  Abish-husbondi?

4          **MR. BUNDY:**  No, I do not have in my possession those.

5          **MR. STIDHAM:**  Okay.  Has Abish-husbondi ever filed

6  any tax returns?

7          **MR. BUNDY:**  I'll invoke the Fifth on that.

8          **MR. ROSE:**  So, Mr. Bundy, just a couple more

9  questions about Abish-husbondi.

10        Did Abish-husbondi use a Mountain America checking

11  account or checking account in 2024?

12          **MR. BUNDY:**  Yes.

13          **MR. STIDHAM:**  Other than -- did Abish-husbondi use

14  any bank accounts in addition to those we've already identified

15  at Clarity and at Mountain America?

16          **MR. BUNDY:**  Yeah, prior to Clarity, as I mentioned,

17  we used Wells Fargo.

18          **MR. STIDHAM:**  Fair enough.  I should have asked,

19  since 2022, let's say, in addition to Wells Fargo, Clarity and

20  Mountain America, has Abish used any other checking or savings

21  accounts?

22          **MR. BUNDY:**  I'm just thinking to make sure.

23          **MR. STIDHAM:**  Understood.

24          **MR. BUNDY:**  No.

25          **MR. STIDHAM:**  I understand from the deposition that

1   we took of the Bransons that you used the Signal messaging

2   software to communicate with them regarding financial

3   transactions.

4           Is that accurate?

5           **MR. BUNDY:**  I use Signal for almost everything to do

6   with -- I would not be surprised if I communicated with them in

7   that way.  It would not have been my only form of

8   communication, but, yeah, I very well could have used that form

9   of communication, yes.

10          **MR. STIDHAM:**  Mr. Bundy, we note that since you've

11  relocated down to Southern Utah, there's been a couple of

12  businesses opened up in the name of your brother, Arden.  One

13  is Bundy Brakes, and another is Bundy Steak House.

14          Do you have any financial connection to either of

15  those businesses?

16          **MR. BUNDY:**  Yeah, I worked with him in Bundy Brakes.

17  Had nothing to do with -- anything to do with Bundy's Brazilian

18  Steak House.

19          **MR. STIDHAM:**  Let me ask it this way, Mr. Bundy:  Do

20  you or your wife have any financial interest whatsoever in

21  Bundy Brake and Exhaust?

22          **MR. BUNDY:**  No.

23          **MR. STIDHAM:**  Do you and/or your wife have any

24  financial interest of any kind whatsoever in the Bundy Steak

25  House?

1    **MR. BUNDY:**  No.

2    **MR. STIDHAM:**  Did you or your wife provide any

3    funding to your brother regarding either of those businesses,

4    the steak house or the brake operation?

5    **MR. BUNDY:**  To answer that question -- let's see.

6    No.  Our -- I just invoke the Fifth on that.  I'm going to

7    invoke the Fifth on that one.

8    **MR. STIDHAM:**  Okay.  And, Mr. Bundy, I want to ask

9    that question just a little bit differently, and then, of

10   course, you can invoke the Fifth if you feel that's

11   appropriate.

12   Did you and/or your wife provide any financial

13   support for either the Bundy Brake and Exhaust or the Bundy

14   Steak House?

15   **MR. BUNDY:**  I'll invoke the Fifth on that.

16   **MR. STIDHAM:**  Mr. Bundy, have you transferred -- I've

17   already -- have you transferred any funds to any family members

18   in order to conceal those assets from St. Luke's and its

19   efforts to collect the judgment?

20   **MR. BUNDY:**  I'll invoke the Fifth on that.

21   **MR. STIDHAM:**  Mr. Bundy, do you have any ownership

22   interest in any real property?

23   **MR. BUNDY:**  Yeah, I've listed it on the bankruptcy I

24   believe A/B Schedule.

25   **MR. STIDHAM:**  Are you talking about the Harvest Lane

1   property, sir?

2      **MR. BUNDY:**   No, I'm talking about the -- that is

3   listed, yes, but I'm talking about the -- I think I stated it

4   as the Cedar City mountain property or something to that

5   effect, yeah.   Yeah.

6      **MR. STIDHAM:**   You're right, Mr. Bundy, I failed to

7   reference that.

8         Can you tell me what the value of that property is?

9      **MR. BUNDY:**   I don't know exactly, but I think it's

10  probably -- my portion or the entire -- I think it's

11  probably -- the entire property's probably worth, you know,

12  120,000.

13     **MR. STIDHAM:**   And what do you contend your ownership

14  interest is worth?

15     **MR. BUNDY:**   I own a fourth of it.

16     **MR. STIDHAM:**   Who are the other owners?

17     **MR. BUNDY:**   My brother, Dave Bundy, and then a man by

18  the name of Dan.   And Dave owns a quarter and Dan owns half of

19  it.

20     **MR. STIDHAM:**   Mr. Bundy, I think -- and I don't think

21  I missed this on your schedule, if I did -- or your filings --

22  I apologize, if I did, but do you own a 1966 Ford pickup?

23     **MR. BUNDY:**   No.

24     **MR. STIDHAM:**   Did you up until recently own a 1966

25  Ford pickup?

1           **MR. BUNDY:**  I haven't owned it since about 2020, I

2    believe, 2020 or 2021.

3           **MR. STIDHAM:**  And have you listed all the vehicles

4    that you have any ownership interest in on your -- in your

5    bankruptcy filings?

6           **MR. BUNDY:**  Yes.

7           **MR. STIDHAM:**  Is that a complete list?  Okay.

8           **MR. BUNDY:**  Yes, that is.

9           **MR. STIDHAM:**  Mr. Bundy, did you --

10          **MR. BUNDY:**  Yes.

11          **MR. STIDHAM:**  Sorry, sir.  And, again, I apologize

12    for speaking over you.

13        Mr. Bundy, did you and your wife engage in servings

14    with -- excuse me, engage the services recently of an attorney

15    named Mike Pearce in Wyoming to assist you with concealing

16    assets from St. Luke's' collection?

17          **MR. BUNDY:**  No.  I don't recognize that name.

18          **MR. STIDHAM:**  Okay.  Mr. Bundy, have you or your wife

19    consulted with any attorneys within the last year in an effort

20    to conceal any assets from St. Luke's' collection efforts?

21          **MR. BUNDY:**  I've talked to a lot of attorneys trying

22    to get representation for different -- for bankruptcy and then

23    also, you know, to try to help me with the lawsuit.  So I would

24    say the answer would probably have to be yes, I mean in the

25    sense of I spoke to different attorneys, you know, trying to

1    get representation.

2              **MR. STIDHAM:**  Fair enough, Mr. Bundy.  Let me ask you

3    a more specific question, then.

4              Have you or your wife taken any actions within the

5    last year -- based on any advice from attorneys, have you taken

6    actions to conceal assets from St. Luke's' collection efforts?

7              **MR. BUNDY:**  I -- I don't believe -- I think the

8    answer has to be no.  I don't -- I don't think so.

9              **MR. STIDHAM:**  Mr. Bundy, do you and/or your wife own

10   any stocks?

11             **MR. BUNDY:**  I'll invoke the Fifth on that.

12             **MR. STIDHAM:**  Mr. Bundy, do you and your wife --

13   and/or your wife, excuse me, own any bonds?

14             **MR. BUNDY:**  I'll invoke the Fifth on that.

15             **MR. STIDHAM:**  Mr. Bundy, do you and your wife own

16   more than a half a million dollars in assets in the form of

17   stocks?

18             **MR. BUNDY:**  I'll invoke the Fifth on that.

19             **MR. STIDHAM:**  Mr. Bundy, do you and/or your wife own

20   more than a million dollars in stocks?

21             **MR. BUNDY:**  I'll invoke the Fifth on that.

22             **MR. STIDHAM:**  Mr. Bundy, do you and your wife own any

23   commodities?

24             **MR. BUNDY:**  I'll invoke the Fifth on that.

25             **MR. STIDHAM:**  Mr. Bundy, do you and your wife own any

1   gold or other precious metals?

2          **MR. BUNDY:**  I'll invoke the Fifth on that.

3          **MR. STIDHAM:**  Mr. Bundy, do you and your wife --

4   and/or your wife own any cryptocurrency?

5          **MR. BUNDY:**  I will invoke the Fifth on that.

6          **MR. STIDHAM:**  Mr. Bundy, are you the -- Mr. Bundy,

7   have you or your wife created any trusts in order to avoid a

8   collection by St. Luke's of its judgment?

9          **MR. BUNDY:**  I'll invoke the Fifth on that.

10          **MR. STIDHAM:**  Mr. Bundy, are you and your -- excuse

11   me.

12          Mr. Bundy, have you or your wife transferred any

13   assets into trusts in order to avoid St. Luke's' efforts to

14   collect its judgment?

15          **MR. BUNDY:**  I'll invoke the Fifth on that.

16          **MR. STIDHAM:**  Mr. Bundy, have you and/or your wife

17   used any foreign bank accounts in order to hide assets from

18   St. Luke's' collection efforts?

19          **MR. BUNDY:**  I'll invoke the Fifth on that.

20          **MR. STIDHAM:**  Mr. Bundy, do you currently have any

21   bank holdings in foreign countries?

22          **MR. BUNDY:**  I'll invoke the Fifth on that.

23          **MR. STIDHAM:**  Mr. Trustee, I'm sure we'll be asking

24   to follow up on some of this, but I appreciate your indulgence

25   to let me ask those questions.  I don't think we have any

1       **MR. BUNDY:**  Thank you.  I just needed to make my

2  notes correct, so...

3       **MR. ROSE:**  Okay.  Well, thank you.  That will

4  conclude your meeting of creditors.  I appreciate your

5  attendance and that will be it for today.  Thank you.

6       **MR. BUNDY:**  Thank you.  Have a good day.

7       **MR. ROSE:**  You too.

8       (Concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    CERTIFICATE OF COURT REPORTER

2              This is to certify that the audio recorded

3    proceedings in the foregoing matter were taken by me

4    stenographically from the audio file, to the best of my ability

5    in hearing the audio, and thereafter transcribed into written

6    form by me and/or under my supervision and direction;

7              That said proceedings were taken at the time and

8    place herein named;

9              I further certify that I am not of kin or otherwise

10   associated with any of the parties of said cause of action and

11   that I am not interested in the event thereof.

12             In witness whereof I have subscribed my name this

13   23rd day of August 2024.

14   Teena Green
     _____
15   Teena Green, RPR, CSR, CRR, CBC

16

17

18

19

20

21

22

23

24

25
```