Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

Erik F. Stidham (*Admitted Pro Hac Vice*)
Robert A. Faucher (*Admitted Pro Hac Vice*)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 24-23530 |
|---|---|
| AMMON EDWARD BUNDY | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

## DECLARATION OF ROBERT A. FAUCHER REGARDING LISA BUNDY'S RULE 2004 EXAMINATION

I, Robert A. Faucher, declare and state as follows:

1.       I am a partner in the Boise office of the law firm of Holland & Hart LLP and am

licensed to practice law in the State of Idaho.  I am admitted to this Court *pro hac vice* for this

case.  Along with my colleagues identified above, I am counsel for St. Luke's Health System, Ltd.,

St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W.

Jungman, NP (collectively, the "St. Luke's Creditors"). I am familiar with the facts and proceedings in this matter and have personal knowledge of the matters stated in this Declaration.

2. This Court entered an order as Docket No. 29 granting the St. Luke's Creditors' motion to take a rule 2004 examination of Lisa Bundy ("Mrs. Bundy").

3. Attached hereto as **Exhibit A** is a true and complete copy of a notice of personal service with respect to St. Luke's subpoena upon Lisa Bundy (the "Original Subpoena"). The Original Subpoena, however, mistakenly demanded that Mrs. Bundy appear for her oral examination in Salt Lake City, which is more than 100 miles from Mrs. Bundy's home. The Original Subpoena was issued in error.

4. Once the undersigned counsel realized his error, he immediately revised the Original Subpoena to change the place of Mrs. Bundy's oral examination to St. George, Utah. St. George is within 100 miles of Mrs. Bundy's residence. However, the St. Luke's Creditors were unsuccessful serving the revised subpoena by means of personal service upon Mrs. Bundy because she was evading and refusing service. Attached hereto as **Exhibit B** is a true and complete copy of the notice of non-service.

5. The St. Luke's Creditors served the corrected subpoena on Mrs. Bundy on or about October 2, 2024. That October 2 service is summarized as follows:

    (a)  <u>U.S. Postal Service – Priority Mail</u>, Tracking No. 9114 9022 0078 9336 5331 77 addressed to Lisa Bundy, P.O. Box 1062, Cedar City, UT 84721.

    (b)  <u>UPS Overnight</u>, Tracking No.1Z E79 W29 01 9011 9706, addressed to Lisa Bundy, 896 E 400 S, New Harmony, UT 84757.

       (c)    <u>By E-Mail</u>, addressed to Lisa Bundy, at bundlm.lb@gmail.com and

bundylmlb@msn.com.

6.     Attached hereto as **Exhibit C** is a true and correct copy of the USPS tracking document reflecting that the package was mailed to the Bundys' post office box.

7.     Attached hereto as **Exhibit D** is a true and complete copy of the UPS tracking document. The tracking shows that the package was successfully received at its destination (the Bundys' residence).

8.     Attached hereto as **Exhibit E** is a true and correct copy of the e-mail transmission to Mrs. Bundy.  I did not receive a bounce-back indicating that my e-mail transmission was unsuccessful.

9.     Attached hereto as **Exhibit F** is a true and correct copy of the follow-up email correspondence I sent to Mrs. Bundy, reminding Mrs. Bundy of her obligations under the subpoena.

10.    The subpoena obligated Mrs. Bundy to produce documents on October 17 and to appear for an oral examination in St. George on October 21.

11.    Mrs. Bundy responded to service of the Original Subpoena by making a post regarding it on her Facebook page.  A true and complete copy of the post is attached hereto as **Exhibit G**.

12.    Mrs. Bundy never responded directly to me by any means.

13.    Because Mrs. Bundy had not informed me that she would not show up for her scheduled oral examination on October 21 in St. George, I travelled from Boise to St. George for the examination.  I prepared for the examination in advance of the examination.  A court reporter,

a videographer and a  court reporter were all present for the oral examination on Monday, October

21, at 9:00 a.m. Mrs. Bundy did not show.

14.     To date, Mrs. Bundy has not produced any documents in response to the St. Luke's

Creditors' subpoenas.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed this 7th day of November, 2024.

*/s/ Robert A. Faucher* _____
Robert A. Faucher

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I electronically filed the foregoing with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF user.

| | |
|---|---|
| Matthew James Burne | matthew.burne@usdoj.gov; james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov; rachell.e.d.hughes@usdoj.gov; brittany.deweitt@usdoj.gov |
| George B. Hoffmann | ghofmann@ck.law; mparks@ck.law |
| David W. Newman | david.w.newman@usdoj.gov; james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov; rachell.e.d.hughes@usdoj.gov; brittany.deweitt@usdoj.gov |
| Mark C. Rose | trustee@mbt-law.com; UT32@ecfcbis.com |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**By U.S. First Class Mail with postage pre-paid:**

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84720

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

/HOLLAND & HART LLP

*/s/ Erik F. Stidham*
Erik F. Stidham (Admitted Pro Hac Vice)
Robert A. Faucher (Admitted Pro Hac Vice)

HOLLAND & HART LLP
As local counsel

*/s/ Engels Tejeda*
Darren G. Reid (#11163)
Engels Tejeda (#11427)
Benjamin D. Passey (#19234)

Attorneys for St. Luke's Health System, Ltd.,
St. Luke's Regional Medical Center, Ltd.,
Chris Roth, Natasha Erickson, M.D., and
Tracy Jungman, NP

33426445_v2

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*:  Lisa Bundy
on *(date)*  09/24/24  .

[X] I served the subpoena by delivering a copy to the named person as follows:  by delivering to Lisa Bundy after refusal to accept service at 896 E 400 S, New Harmony UT 84757 at 3:10 pm
_____ on *(date)* 09/24/2024_____ ; or

[ ] I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $  251.26                    .

My fees are $ _____ for travel and $ 115.00   for services, for a total of $ 115.00   .

I declare under penalty of perjury that this information is true and correct.

Date:  09/26/2024_____

_____
*Server's signature*

Randy Earl, G102068
_____
*Printed name and title*

Beehive Attorney Service
107 S 1470 E, Suite 201
St George, UT 84790
*Server's address*

Additional information concerning attempted service, etc.:
SUBPOENA FOR RULE 2004 EXAMINATION; $251.26; FRCP 45; EXHIBIT A

**Exhibit A, Page 1**

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of __Utah__

| | |
|---|---|
| In re __Ammon Edward Bundy__ | Case No. __24-23530__ |
| Debtor | Chapter __7__ |

## SUBPOENA FOR RULE 2004 EXAMINATION

To: __Lisa Bundy__

*(Name of person to whom the subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE | DATE AND TIME |
|---|---|
| Holland & Hart LLP<br>222 S. Main Street, Suite 2200<br>Salt Lake City, UT  84101 | October 15, 2024<br>9:00 a.m. MDT |

The examination will be recorded by this method: _____
produce

☒ *Production:* You, or your representatives, must also ~~bring with you to the examination~~ the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See Exhibits A, A.1 & A.2. Your production is due by October 10, 2024 at Holland & Hart LLP, 222 S. Main St., Ste. 2200 Salt Lake City, UT 84101.

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __September 24, 2024__

CLERK OF COURT

OR

_____              _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
__St. Luke's Health System, Ltd.__ , who issues or requests this subpoena, are:

Robert A. Faucher, Holland & Hart LLP, 800 W. Main St., Ste. 1750, Boise, ID 83702 (208) 342-5000
rfaucher@hollandhart.com, Attorneys for St. Luke's Health System, Ltd.

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Exhibit A, Page 2**

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true and correct.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information concerning attempted service, etc.:

**Exhibit A, Page 3**

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 3)

## Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
### (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
(A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
*(A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
*(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
*(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
*(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
*(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
*(A) Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
*(B) Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
*(C) Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
*(D) Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
*(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
*(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.
…
**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

**Exhibit A, Page 4**

EXHIBIT A

To Subpoena for Rule 2004 Examination, issued to Lisa Bundy
*In Ammon Edward Bundy*, Case No. 24-23530, United States Bankruptcy Court, District of Utah

You are obligated to produce the documents identified below, in accordance with the Definitions set forth below, no later than October 9, 2024. You shall produce copies of those documents at the following location:

> Holland & Hart LLP
> 222 South Main Street
> Suite 2200
> Salt Lake City, UT 84101

Or, you may deliver the documents to that location and make them available for copying by the parties who issued the subpoena. Or, you may deliver the documents in electronic form to:

> efstidham@hollandhart.com  and
> rfaucher@hollandhart.com

You shall identify, with respect to all of the produced Documents, the paragraph number of the request(s) below to which such Document is responsive.

The parties issuing this Subpoena are already in possession of the Already-Obtained Statements. You need not produce them.

## DEFINITIONS

"Abish-husbondi" means Abish-husbondi Inc., a Wyoming corporation now known as Kekoa Grove, Inc.

"Already-Obtained Statements" means those bank account statements and credit union account statements identified at Exhibit A.1 hereto.

"Bankruptcy Case" means *In re Ammon Edward Bundy*, Case No. 24-23530, United States District Court, District of Utah.

"Books" means Documents consisting of books and records of a business enterprise, including without limitation, articles of organization, articles of incorporation, by-laws, meeting minutes, stock transfer ledgers, stock certificates or other evidence of equity ownership, indemnification agreements and shareholders' agreements.

"Bundys" means You and Ammon Edward Bundy.

"Cash Transfers" means those cash deposits Ammon Bundy made into Abish-husbondi bank accounts or credit union accounts as follows:

**Exhibit A, Page 5**

| Date | Amount |
|------|--------|
| August 14, 2020 | $69,000.00 |
| August 19, 2020 | $26,600.00 |
| December 14, 2020 | $50,000.00 |
| February 26, 2021 | $49,800.00 |
| May 17, 2021 | $40,000.00 |
| August 10, 2021 | $  9,980.00 |
| August 18, 2021 | $59,800.00 |
| September 17, 2021 | $50,000.00 |
| May 31, 2023 | $14,800.00 |
| October 12, 2023 | $17,500.00 |

"Chambers Transfer" means a transfer of money in the approximate amount of $487,167.36 from the law offices of Harris, Preston & Chambers to the MA Account.

"Document" or "Documents" shall mean the original, all copies and drafts of papers and writings and data of every kind, description and form, whether handwritten or typed, and all mechanical, magnetic media and electronic recordings, records and data of every kind, description and form, and all photographs of every kind, and including, without limiting the generality of the foregoing, the following: correspondence, letters, texts, voice messages, instant messages, notes, e-mails, computer files, memoranda, reports, notebooks, binders, drawings, studies, analyses, drafts, diaries, calendars, datebooks, appointment books, day-timers, intra- or inter-office communications, canceled checks, minutes, bulletins, circulars, pamphlets, telegrams, instructions, work assignments, messages (including reports, notes and memoranda of telephone conversations and conferences), telephone statements, calendar and diary entries, desk calendars, appointment books, job or transaction files, books of account, ledgers, bank statements, promissory notes, invoices, charge slips, working papers, graphs, charts, lab books, lab notes, lab journals or notebooks, evaluation or appraisal reports, pleadings, transcripts of testimony or other documents filed or prepared in connection with any court or agency or other proceeding, deeds, mortgages, deeds of trust, contracts, agreements, assignments, instruments, charges, opinions, official statements, prospectuses, appraisals, feasibility studies, trust, releases of claims, charters, certificates, licenses, leases, invoices, computer printouts or programs, summaries, audio, video or sound recordings, cassette tapes, video recorded, electronic or laser recorded, or photographed information. Documents are to be taken as including all attachments, enclosures and other documents that are attached to, relate to or refer to such documents. "Documents" shall include "Electronically Stored Information" as defined herein. "Documents" shall include all of the foregoing transmitted through, or stored in, without limitation, the Signal messaging service. "Documents" shall mean all of the foregoing Documents in Your custody or control.

"Electronically Stored Information" means information made, maintained, retained, stored, or archived by computer or electronic means in any medium, including but not limited to word processing documents, email, email attachments, databases, spreadsheets, writings, drawings, graphs, photographs, sound recordings, images, data, and data compilations. Electronically Stored Information shall include prior versions of information, as defined above, as well as all attachments, and shall include information stored on personal digital assistants, cell phones,

EXHIBIT A TO SUBPOENA - 2

Blackberries, personal laptop computers, hard drives, portable hard drives, and other similar devices.

"Estopped Certificate" means that Estopped [sic] Certificate, Release & Waiver attached to this subpoena as Exhibit A.2.

"Financial Account Statements" means Documents, including account statements and correspondence, with respect to any financial accounts, including without limitation bank accounts, credit union accounts, securities accounts, credit card accounts, commodities accounts, retirement accounts, 401(k) accounts, Roth accounts, IRA accounts and investment accounts, including all attachments to such statements (such as copies of checks); provided, however, that the term does not include the Already-Obtained Statements.

"Financial Records" means Documents consisting of Financia Account Statements, financial records and software of a business enterprise, whether or not incorporated, including without limitation account and other ledgers, bookkeeping data, accounting data, QuickBooks, etc.

"Former Residence" means that real property in Gem County, Idaho with a street address of 4615 Harvest Lane, Emmett, ID 83617.

"Idaho Litigation" means that lawsuit styled *St. Luke's Health System, Ltd., et al. v. Ammon Bundy, et al.*, Case No. CV-01-22-06789, Fourth Judicial District Court, State of Idaho, County of Ada.

"Judgment" means, collectively, the following court filings in the Idaho Litigation: (i) Default Judgment entered August 29, 2023; (ii) Order on Verdict and Default Judgment entered August 29, 2023.

"PRN" means People's Rights Network, an unincorporated association with which You have been affiliated.

"Schedules" means the schedule of assets, schedule of liabilities and other schedules filed at docket nos. 5 and 19 in the Bankruptcy Case.

"Statements" means Your statement of financial affairs and other statements filed at docket no. 5 in the Bankruptcy Case.

"You" means Lisa Bundy, your agents, attorneys, employees, representatives, investigators, consultants and attorneys, and "Your" is the possessive form of You.

## Documents You are Obligated to Produce

1. All Books of You from January 1, 2020-present.

2. All Financial Records of You from January 1, 2020-present.

EXHIBIT A TO SUBPOENA - 3

**Exhibit A, Page 7**

3. All Financial Account Statements of You from January 1, 2020-present other than the Already-Obtained Statements.

4. All Documents relating to or evidencing assets in your possession or ownership at any date subsequent to January 1, 2020 of a value exceeding $500, whether those assets consist of financial accounts (e.g., bank accounts, credit union accounts, securities accounts, commodity accounts, insurance accounts, etc.), financial assets, notes, bonds, stock certificates, equity interests, jewelry, motor vehicles, equipment, household goods, cash, claims, real property, or any other kind of asset, whether tangible or intangible. Notwithstanding the foregoing, you need not produce any documents relating to your Former Residence.

5. All Documents relating to or evidencing assets conveyed to You or by You subsequent to January 1, 2020 of a value exceeding $500, whether those assets consist of financial accounts (e.g., bank accounts, credit union accounts, securities accounts, commodity accounts, insurance accounts, etc.), financial assets, notes, bonds, jewelry, motor vehicles, equipment, household goods, cash, claims, real property, or any other kind of asset, whether tangible or intangible. Notwithstanding the foregoing, you need not produce any documents relating to your Former Residence.

6. Your personal federal tax returns and schedules for the years 2020-present

7. Your personal state tax returns and schedules for the years 2020-present.

8. Your most recently filed federal income tax return.

9. Your most recently filed state income tax return.

10. All tax forms statements issued to you on and after January 1, 2020, such as IRS Form 1099, IRS Form W-2, and IRS Schedule K-1.

11. All Documents pertaining to the Cash Transfers and the transactions that gave rise to them, other than Already-Obtained Statements, including without limitation agreements, receipts, or invoices.

12. All Documents pertaining to any transfers of value of more than $500 from Bundys to any other person from the period January 1, 2022-present.

13. Documents consisting of any trust agreements pertaining to any trust as to which You are or have been since January 1, 2020, a grantor, trustee, or beneficiary.

14. All Documents evidencing or relating to Your interest in any real property which you now own or have owned since January 1, 2000.

15. All Documents relating to the Estopped Certificate.

EXHIBIT A TO SUBPOENA - 4

**Exhibit A, Page 8**

16. All Documents relevant to all transactions in which You or Ammon Bundy has engaged to hinder, delay or impair the St. Luke's Parties' efforts to collect on or enforce the Judgment, including without limitation the Chambers Transfer but not including Documents pertaining to the Former Residence.

17. All Documents in Your possession or control relating to (1) websites operated by PRN or associated with PRN's activities, and (2) websites affiliated with St. Luke's Exposed or Stlukesexposed.

18. All Documents exchanged between the Bundys and Jane Valenzuela, an Arizona resident, and all documents pertaining to the transactions between Valenzuela and any the Bundys.

19. All Documents pertaining to any asset in which You have any beneficial interest but in the possession or control or ownership of another person, including without limitation any asset which You believe should be returned to You or Ammon Bundy at some point in the future.

20. All Documents evidencing or pertaining to any property you inherited since January 1, 2020.

21. Any Documents in Your possession evidencing an inaccuracy in the Schedules or the Statements.

EXHIBIT A TO SUBPOENA - 5

**Exhibit A, Page 9**

EXHIBIT A.1

**Already Obtained Statements**

CLARITY CREDIT UNION ACCOUNT STATEMENTS

| Account Holder | Account Number | Dates |
|---|---|---|
| **Abish-Husbondi** | ***1572 | Aug 31, 2020 - March 31, 2024 |
| **Ammon Bundy – Ammon Bundy for Governor** | ***2161 | May 31, 2021 – Feb 28, 2023 |
| **Bowen Bundy (Lisa Bundy joint holder)** | ***2128 | May 31, 2021 – March 31, 2024 |
| **Dono Custos INC** | ***1719 | Oct 31, 2020 – March 31, 2024 |
| **Farm Inc Bundy** | ***1571 | Aug 31, 2020 - Jan 31, 2023 |
| **Hayden Bundy** | ***2127 | May 31, 2021 - March 31, 2024 |
| **Lisa Bundy** | ***1616 | Sep 30, 2020 – March 31, 2024 |

EXHIBIT A.1 TO SUBPOENA - 1

**Exhibit A, Page 10**

| WELLS FARGO BANK ACCOUNT STATEMENTS | | |
|---|---|---|
| **Account Holder** | **Account Number** | **Dates** |
| **Abish Husbondi Inc** | ******4772 | Aug 30, 2019 – Dec 31, 2020 |
| **Abish Husbondi Inc** | ******7284 | Aug 31, 2019 - Oct 31, 2020 |
| **Abish Husbondi Inc** | ******4778 | Aug 31, 2019 – Dec 31, 2020 |
| **Ammon Bundy** | ******4297 | Oct 17, 2018 - Jan 16, 2020 |
| **Bundy Farm Inc AKA Bundy Melons** | ******7835 | Feb 29, 2020 – Dec 31, 2020 |
| **Halle Bundy** | ******2035 | Feb 29, 2020 |
| **Halle Bundy** | ******7147 | Feb 28, 2020 - Sep 28, 2020 |
| **Lisa Bundy** | ******0547 | Oct 22, 2018 - Sep 30, 2020 |
| **Lisa Bundy** | ******9358 | Oct 22, 2018 - Sep 30, 2020 |
| **Valet Fleet Services, LLC** | ******6948 | June 30, 2019 – Sep 30, 2023 |
| **Valet Fleet Services, LLC** | ******6955 | Jan 1, 2018 – May 31, 2019 |

32863387_v1

EXHIBIT A.1 TO SUBPOENA - 2

**Exhibit A, Page 11**



## ESTOPPED CERTIFICATE,
## RELEASE & WAIVER

## Recitals

Global Trading & Investments, Inc., an Idaho corporation (**"GT&I"**) is in possession of certain funds belonging to Ammon E. and Lisa M. Bundy (collectively **"Bundy"**). GT&I and its principals desire to distribute the funds to Bundy (or to such party or parties as Bundy directs) and upon distributions be released of any further liability with regards to said funds.

## Estoppel, Release & Waiver

NOWTHEREFORE, for good and valuable consideration, and GT&I's reliance on Bundy's execution of this instrument, the parties to this agreement represent and agree to the following:

**A.   Waiver of Accounting.** Bundy waives any further accounting of the funds. Upon receipt of the signed release GT&I shall cause to be disbursed to Abish-husband, Inc., the sum of $487,167.36 ($507,167.36473,000 less $$20,000.00).

**B.   Full & Complete Distribution.** Except for the $20,000 fee the distribution represents a full and complete satisfaction of Bundy's interest in the funds and GT&I's obligation to Bundy.

**C.   Release.** Bundy releases and forever discharges GT&I, their officers, directors, shareholders, agents, attorneys, accountants and/or other representatives, from all actions, claims and demands whatsoever including but not limited to any claim(s) relating to the Loan Servicing and Stock Investment Arrangements, and any other act, matter, cause, or thing whatsoever arising out of the aforesaid transactions or the administration of such funds received from Bundy. ***Bundy understands that they have the right to obtain advice concerning this instrument from independent legal counsel of their choice, at their cost, and represents that they have either done so prior to executing this instrument or have knowingly elected voluntarily to waive any such right at this time.***

**D.   Estoppel Certificate.** Bundy understands and agrees that by executing this instrument that GT&I and its agents are relying on the Bundy's representation in this instrument in making the distribution as directed by Bundy, instead of interpleading the funds into a court to obtain court approval. Bundy understands and agrees that if they sign this instrument, they will be forever estopped from challenging this instrument in any fashion

**E.   Indemnification.** Bundy agrees to indemnify and hold harmless (from Bundy's own assets) GT&I, its officers, directors, shareholders, agents, attorneys, accountants and/or other representatives against any cost or expense (including counsel

**Exhibit A.2, Page 1**

**Exhibit A, Page 12**

fees) or liability arising out of any acts which breach this instrument including, but not limited to, any legal or non-legal action which seeks to challenge, void or set aside this instrument (whether successful or unsuccessful) initiated by Bundy.

**F.    Entire Understanding and Agreement - Integration Clause.**    This Instrument constitutes the entire understanding and agreement between the parties and supersedes any and all prior or contemporaneous negotiations, representations and/or agreements, whether written or oral. This instrument may be amended only by written instrument expressly referring hereto, and duly signed by both the Bundy and GT&I. In the event any provision or portion hereof is held to be invalid or unenforceable, the remaining provisions and/or portions shall remain valid and enforceable.

_____          _____
Signature                                Signature

_____          _____
Printed Name                             Printed Name

STATE OF  Utah       )
                         :ss.
County of  Iron      )

     On  the  5th  day  of  January  _____  2025,  before  me,
Alexis Winkler _____, (NAME OF NOTARY) the undersigned Notary Public,
personally appeared, Ammon and Lisa Bundy.

          ___ who is personally known to me, or
          _X_ who proved to me on the basis of satisfactory evidence

to be the person(s) whose name is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same. Witness my hand and official seal.

_____
Notary Public

ALEXIS WINKLER
Notary Public - State of Utah
Comm. No. 720311
My Commission Expires on
Sep 3, 2025

(This area for official Notarial seal)

**Exhibit A.2, Page 2**
**Exhibit A, Page 13**



## MOUNTAIN AMERICA
### CREDIT UNION

**Mountain America Credit Union**
**Account Number Specification Sheet**
**Wire Instructions**

ID: 50

Description: Business Checking

This specification sheet is for the following credit union member(s):

ABISH HUSBONDI INC
3061 RIVERSIDE ROAD
MESQUITE,  89027

ABA Routing Number: 324079555

Account Number:  501013664849

Wire Instructions:

*Please note Mountain America Credit Union **does not** have a **"Swiftcode."** We do not handle exchange of foreign currency. The originating bank should have a corresponding bank in the United States they use to send wires through for this purpose. They will then forward to Mountain America Credit Union's routing number and the member's account number.

Incoming wire fee: $10.00

If you have further questions regarding these instructions, please contact the Mountain America Credit Union Service Center at 1-800-748-4302.

**This order is SIGNED.**

**Dated: September 23, 2024**  



**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

*msc*

---

Erik F. Stidham (Idaho Bar No. 5483)
 (Admitted *Pro Hac Vice*)
Robert A. Faucher (Idaho Bar No. 4745)
 (Admitted *Pro Hac Vice*)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com


Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com


*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.,*
*Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

---

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No. 24-23530 |
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

**ORDER GRANTING ST. LUKE'S PARTIES' MOTION PURSUANT TO
FED.R.BANKR.PRO. 2004 FOR AN ORDER AUTHORIZING AN EXAMINATION
OF, AND PRODUCTION OF DOCUMENTS BY, LISA BUNDY**

The Court having reviewed and considered The St. Luke's Parties' Motion Pursuant to

Fed. R. Bankr. Pro. 2004 for an Order Authorizing an Examination of, and Production of

Documents by, Lisa Bundy filed on September 20, 2024 (the "Motion"); and

Good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED.

2.    St. Luke's Health  System, Ltd., St. Luke's Regional Medical Center, Ltd. Chris

Roth, Natasha Erickson and  Tracy Jungman, or any of them, are authorized to issue subpoenas

to Lisa Bundy (1) for production of documents by her with at least 14 days' prior written notice;

and (2) for an oral examination of her with at least 14 days' prior written notice.

------------ End of  Document ------------

2

**Exhibit A, Page 16**

## <u>DESIGNATION OF PARTIES TO BE SERVED</u>

Service for the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:**  I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system.

Mark C. Rose                          trustee@mbt-law.com
McKay, Burton & Thurman, P.C.

U.S. Trustee                          USTPRegion19.SK.ECF@usdoj.gov

Darren G. Reid                        dgreid@hollandhart.com
Engels Tejeda                         ejtejeda@hollandhart.com
Benjamin D. Passey                    bdpassey@hollandhart.com
Erik F. Stidham                       efstidham@hollandhart.com
Robert A. Faucher                     rfaucher@hollandhart.com
Holland & Hart LLP

**By U.S. Mail / Electronic Mail:**  In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served Notice pursuant to Fed. R. Civ. P. 5(b).

**By U.S. First Class Mail – postage prepaid:**

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

Dated:  September ___, 2024.

/_____

3

**Exhibit A, Page 17**

32813091_v1

4

**Exhibit A, Page 18**

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: Lisa Bundy

on *(date)*  9/25/2024 .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because:   09/25/2024 07:00 PM No answer at the door, people are inside but refuse to come

 to the door. 09/26/2024 01:06 PM No answer at the door. Called number posted on Bundy Motors website and reached subject via phone
who stated she will not speak to me and hung up.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the
witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

 My fees are $ _____ for travel and $ 57.50 for services, for a total of $ 57.50 .

        I declare under penalty of perjury that this information is true and correct.

Date:  10/07/2024

                                                    _____
                                                           *Server's signature*

                                                    Randy Earl, G102068
                                                    _____
                                                           *Printed name and title*
                                                    Beehive Attorney Service
                                                    107 S 1470 E, Suite 201
                                                    St George, UT 84790
                                                    _____
                                                           *Server's address*

Additional information concerning attempted service, etc.:

AMENDED SUBPOENA FOR RULE 2004 EXAMINATION; FRCP 45; EXHIBIT A; ORDER GRANTING
ST. LUKE'S PARTIES' MOTION PURSUANT TO FED.R.BANKR.PRO. 2004 FOR AN ORDER
AUTHORIZING AN EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY, LISA BUNDY

**Exhibit B, Page 1**

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of ___Utah___

| | |
|---|---|
| In re ___Ammon Edward Bundy___ | Case No. ___24-23530___ |
| Debtor | Chapter ___7___ |

## AMENDED SUBPOENA FOR RULE 2004 EXAMINATION

To: ___Lisa Bundy___

*(Name of person to whom the subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE | DATE AND TIME |
|---|---|
| 1819 S 120 E | October 21, 2024 |
| St. George, UT 84790 | 9:00 a.m. MDT |

The examination will be recorded by this method: ___by stenographic means and audio-visual recording.___

☒ *Production:* You, or your representatives, must also ~~bring with you to the examination~~ produce the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

*See* Exhibits A, A.1 & A.2. Your production is due by October 15, 2024 at Holland & Hart LLP, 222 S. Main St., Ste. 2200 Salt Lake City, UT 84101.

---

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ___September 25, 2024___

CLERK OF COURT

OR

_____          _____
Signature of Clerk or Deputy Clerk              *Attorney's signature*

---

The name, address, email address, and telephone number of the attorney representing *(name of party)* ___St. Luke's Health System, Ltd.___ , who issues or requests this subpoena, are:

Robert A. Faucher, Holland & Hart LLP, 800 W. Main St., Ste. 1750, Boise, ID 83702 (208) 342-5000
rfaucher@hollandhart.com, Attorneys for St. Luke's Health System, Ltd.

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Exhibit B, Page 2**

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the
witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

  My fees are $ _____ for travel and $_____ for services, for a total of $_____ .


    I declare under penalty of perjury that this information is true and correct.

Date: _____

                                        _____
                                                        *Server's signature*

                                        _____
                                                        *Printed name and title*

                                        _____
                                                        *Server's address*


Additional information concerning attempted service, etc.:


**Exhibit B, Page 3**

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 3)

# Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
## (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
(A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
*(A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
*(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
*(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
*(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
*(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
*(A) Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
*(B) Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
*(C) Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
*(D) Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
*(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
*(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.
…

**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

**Exhibit B, Page 4**

EXHIBIT A

To Subpoena for Rule 2004 Examination, issued to Lisa Bundy
*In Ammon Edward Bundy*, Case No. 24-23530, United States Bankruptcy Court, District of Utah

You are obligated to produce the documents identified below, in accordance with the Definitions set forth below, no later than October 15, 2024.  You shall produce copies of those documents at the following location:

> Holland & Hart LLP
> 222 South Main Street
> Suite 2200
> Salt Lake City, UT 84101

Or, you may deliver the documents to that location and make them available for copying by the parties who issued the subpoena.  Or, you may deliver the documents in electronic form to:

> efstidham@hollandhart.com  and
> rfaucher@hollandhart.com

You shall identify, with respect to all of the produced Documents, the paragraph number of the request(s) below to which such  Document is responsive.

The parties issuing this Subpoena are already in possession of the Already-Obtained Statements.  You need not produce them.

## DEFINITIONS

"Abish-husbondi" means Abish-husbondi Inc., a Wyoming corporation now known as Kekoa Grove, Inc.

"Already-Obtained Statements" means those bank account statements and credit union account statements identified at Exhibit A.1 hereto.

"Bankruptcy Case" means *In re Ammon Edward Bundy*, Case No. 24-23530, United States District Court, District of Utah.

"Books" means Documents consisting of books and records of a business enterprise, including without limitation, articles of organization, articles of incorporation, by-laws, meeting minutes, stock transfer ledgers, stock certificates or other evidence of equity ownership, indemnification agreements and shareholders' agreements.

"Bundys" means You and Ammon Edward Bundy.

"Cash Transfers" means those cash deposits Ammon Bundy made into Abish-husbondi bank accounts or credit union accounts as follows:

**Exhibit B, Page 5**

| Date | Amount |
|---|---|
| August 14, 2020 | $69,000.00 |
| August 19, 2020 | $26,600.00 |
| December 14, 2020 | $50,000.00 |
| February 26, 2021 | $49,800.00 |
| May 17, 2021 | $40,000.00 |
| August 10, 2021 | $ 9,980.00 |
| August 18, 2021 | $59,800.00 |
| September 17, 2021 | $50,000.00 |
| May 31, 2023 | $14,800.00 |
| October 12, 2023 | $17,500.00 |

"Chambers Transfer" means a transfer of money in the approximate amount of $487,167.36 from the law offices of Harris, Preston & Chambers to the MA Account.

"Document" or "Documents" shall mean the original, all copies and drafts of papers and writings and data of every kind, description and form, whether handwritten or typed, and all mechanical, magnetic media and electronic recordings, records and data of every kind, description and form, and all photographs of every kind, and including, without limiting the generality of the foregoing, the following: correspondence, letters, texts, voice messages, instant messages, notes, e-mails, computer files, memoranda, reports, notebooks, binders, drawings, studies, analyses, drafts, diaries, calendars, datebooks, appointment books, day-timers, intra- or inter-office communications, canceled checks, minutes, bulletins, circulars, pamphlets, telegrams, instructions, work assignments, messages (including reports, notes and memoranda of telephone conversations and conferences), telephone statements, calendar and diary entries, desk calendars, appointment books, job or transaction files, books of account, ledgers, bank statements, promissory notes, invoices, charge slips, working papers, graphs, charts, lab books, lab notes, lab journals or notebooks, evaluation or appraisal reports, pleadings, transcripts of testimony or other documents filed or prepared in connection with any court or agency or other proceeding, deeds, mortgages, deeds of trust, contracts, agreements, assignments, instruments, charges, opinions, official statements, prospectuses, appraisals, feasibility studies, trust, releases of claims, charters, certificates, licenses, leases, invoices, computer printouts or programs, summaries, audio, video or sound recordings, cassette tapes, video recorded, electronic or laser recorded, or photographed information. Documents are to be taken as including all attachments, enclosures and other documents that are attached to, relate to or refer to such documents. "Documents" shall include "Electronically Stored Information" as defined herein. "Documents" shall include all of the foregoing transmitted through, or stored in, without limitation, the Signal messaging service. "Documents" shall mean all of the foregoing Documents in Your custody or control.

"Electronically Stored Information" means information made, maintained, retained, stored, or archived by computer or electronic means in any medium, including but not limited to word processing documents, email, email attachments, databases, spreadsheets, writings, drawings, graphs, photographs, sound recordings, images, data, and data compilations. Electronically Stored Information shall include prior versions of information, as defined above, as well as all attachments, and shall include information stored on personal digital assistants, cell phones,

EXHIBIT A TO SUBPOENA - 2

**Exhibit B, Page 6**

Blackberries, personal laptop computers, hard drives, portable hard drives, and other similar devices.

"Estopped Certificate" means that Estopped [sic] Certificate, Release & Waiver attached to this subpoena as Exhibit A.2.

"Financial Account Statements" means Documents, including account statements and correspondence, with respect to any financial accounts, including without limitation bank accounts, credit union accounts, securities accounts, credit card accounts, commodities accounts, retirement accounts, 401(k) accounts, Roth accounts, IRA accounts and investment accounts, including all attachments to such statements (such as copies of checks); provided, however, that the term does not include the Already-Obtained Statements.

"Financial Records" means Documents consisting of Financia Account Statements, financial records and software of a business enterprise, whether or not incorporated, including without limitation account and other ledgers, bookkeeping data, accounting data, QuickBooks, etc.

"Former Residence" means that real property in Gem County, Idaho with a street address of 4615 Harvest Lane, Emmett, ID 83617.

"Idaho Litigation" means that lawsuit styled *St. Luke's Health System, Ltd., et al. v. Ammon Bundy, et al.*, Case No. CV-01-22-06789, Fourth Judicial District Court, State of Idaho, County of Ada.

"Judgment" means, collectively, the following court filings in the Idaho Litigation: (i) Default Judgment entered August 29, 2023; (ii) Order on Verdict and Default Judgment entered August 29, 2023.

"PRN" means People's Rights Network, an unincorporated association with which You have been affiliated.

"Schedules" means the schedule of assets, schedule of liabilities and other schedules filed at docket nos. 5 and 19 in the Bankruptcy Case.

"Statements" means Your statement of financial affairs and other statements filed at docket no. 5 in the Bankruptcy Case.

"You" means Lisa Bundy, your agents, attorneys, employees, representatives, investigators, consultants and attorneys, and "Your" is the possessive form of You.

### Documents You are Obligated to Produce

1. All Books of You from January 1, 2020-present.

2. All Financial Records of You from January 1, 2020-present.

EXHIBIT A TO SUBPOENA - 3

**Exhibit B, Page 7**

3. All Financial Account Statements of You from January 1, 2020-present other than the Already-Obtained Statements.

4. All Documents relating to or evidencing assets in your possession or ownership at any date subsequent to January 1, 2020 of a value exceeding $500, whether those assets consist of financial accounts (e.g., bank accounts, credit union accounts, securities accounts, commodity accounts, insurance accounts, etc.), financial assets, notes, bonds, stock certificates, equity interests, jewelry, motor vehicles, equipment, household goods, cash, claims, real property, or any other kind of asset, whether tangible or intangible. Notwithstanding the foregoing, you need not produce any documents relating to your Former Residence.

5. All Documents relating to or evidencing assets conveyed to You or by You subsequent to January 1, 2020 of a value exceeding $500, whether those assets consist of financial accounts (e.g., bank accounts, credit union accounts, securities accounts, commodity accounts, insurance accounts, etc.), financial assets, notes, bonds, jewelry, motor vehicles, equipment, household goods, cash, claims, real property, or any other kind of asset, whether tangible or intangible. Notwithstanding the foregoing, you need not produce any documents relating to your Former Residence.

6. Your personal federal tax returns and schedules for the years 2020-present

7. Your personal state tax returns and schedules for the years 2020-present.

8. Your most recently filed federal income tax return.

9. Your most recently filed state income tax return.

10. All tax forms statements issued to you on and after January 1, 2020, such as IRS Form 1099, IRS Form W-2, and IRS Schedule K-1.

11. All Documents pertaining to the Cash Transfers and the transactions that gave rise to them, other than Already-Obtained Statements, including without limitation agreements, receipts, or invoices.

12. All Documents pertaining to any transfers of value of more than $500 from Bundys to any other person from the period January 1, 2022-present.

13. Documents consisting of any trust agreements pertaining to any trust as to which You are or have been since January 1, 2020, a grantor, trustee, or beneficiary.

14. All Documents evidencing or relating to Your interest in any real property which you now own or have owned since January 1, 2000.

15. All Documents relating to the Estopped Certificate.

16. All Documents relevant to all transactions in which You or Ammon Bundy has engaged to hinder, delay or impair the St. Luke's Parties' efforts to collect on or enforce the Judgment, including without limitation the Chambers Transfer but not including Documents pertaining to the Former Residence.

17. All Documents in Your possession or control relating to (1) websites operated by PRN or associated with PRN's activities, and (2) websites affiliated with St. Luke's Exposed or Stlukesexposed.

18. All Documents exchanged between the Bundys and Jane Valenzuela, an Arizona resident, and all documents pertaining to the transactions between Valenzuela and any the Bundys.

19. All Documents pertaining to any asset in which You have any beneficial interest but in the possession or control or ownership of another person, including without limitation any asset which You believe should be returned to You or Ammon Bundy at some point in the future.

20. All Documents evidencing or pertaining to any property you inherited since January 1, 2020.

21. Any Documents in Your possession evidencing an inaccuracy in the Schedules or the Statements.

EXHIBIT A TO SUBPOENA - 5

EXHIBIT A.1

**Already Obtained Statements**

| CLARITY CREDIT UNION ACCOUNT STATEMENTS | | |
|---|---|---|
| **Account Holder** | **Account Number** | **Dates** |
| Abish-Husbondi | ***1572 | Aug 31, 2020 – March 31, 2024 |
| Ammon Bundy – Ammon Bundy for Governor | ***2161 | May 31, 2021 – Feb 28, 2023 |
| Bowen Bundy (Lisa Bundy joint holder) | ***2128 | May 31, 2021 – March 31, 2024 |
| Dono Custos INC | !***1719 | Oct 31, 2020 – March 31, 2024 |
| Farm Inc Bundy | ***1571 | Aug 31, 2020 - Jan 31, 2023 |
| Hayden Bundy | ***2127 | May 31, 2021 - March 31, 2024 |
| Lisa Bundy | !***1616 | Sep 30, 2020 – March 31, 2024 |

EXHIBIT A.1 TO SUBPOENA - 1

WELLS FARGO BANK ACCOUNT STATEMENTS

| Account Holder | Account Number | Dates |
|---|---|---|
| Abish Hushondi Inc | ******4772 | Aug 30, 2019 – Dec 31, 2020 |
| Abish Hushondi Inc | ******7284 | Aug 31, 2019 - Oct 31, 2020 |
| Abish Hushondi Inc | ******4778 | Aug 31, 2019 – Dec 31, 2020 |
| Ammon Bundy | ******4297 | Oct 17, 2018 - Jan 16, 2020 |
| Bundy Farm Inc AKA Bundy Melons | ******7835 | Feb 29, 2020 – Dec 31, 2020 |
| Halle Bundy | ******2035 | Feb 29, 2020 |
| Halle Bundy | ******7147 | Feb 28, 2020 - Sep 28, 2020 |
| Lisa Bundy | ******0547 | Oct 22, 2018 - Sep 30, 2020 |
| Lisa Bundy | ******9358 | Oct 22, 2018 - Sep 30, 2020 |
| Valet Fleet Services, LLC | ******6948 | June 30, 2019 – Sep 30, 2023 |
| Valet Fleet Services, LLC | ******6955 | Jan 1, 2018 – May 31, 2019 |

32863387_v1

EXHIBIT A.1 TO SUBPOENA - 2

Exh No. __6__
Date _4-15-24_
Name _I, Bronson_
Word 4 Word Court Reporting

## ESTOPPED CERTIFICATE,
## RELEASE & WAIVER

## Recitals

Global Trading & Investments, Inc., an Idaho corporation ("GT&I") is in possession of certain funds belonging to Ammon E. and Lisa M. Bundy (collectively "Bundy"). GT&I and its principals desire to distribute the funds to Bundy (or to such party or parties as Bundy directs) and upon distributions be released of any further liability with regards to said funds.

## Estoppel, Release & Waiver

NOWTHEREFORE, for good and valuable consideration, and GT&I's reliance on Bundy's execution of this instrument, the parties to this agreement represent and agree to the following:

**A.  Waiver of Accounting.** Bundy waives any further accounting of the funds. Upon receipt of the signed release GT&I shall cause to be disbursed to Abish-husband, Inc., the sum of $487,167.36 ($507,167.36473,000 less $$20,000.00).

**B.  Full & Complete Distribution.** Except for the $20,000 fee the distribution represents a full and complete satisfaction of Bundy's interest in the funds and GT&I's obligation to Bundy.

**C.  Release.** Bundy releases and forever discharges GT&I, their officers, directors, shareholders, agents, attorneys, accountants and/or other representatives, from all actions, claims and demands whatsoever including but not limited to any claim(s) relating to the Loan Servicing and Stock Investment Arrangements, and any other act, matter, cause, or thing whatsoever arising out of the aforesaid transactions or the administration of such funds received from Bundy. *Bundy understands that they have the right to obtain advice concerning this instrument from independent legal counsel of their choice, at their cost, and represents that they have either done so prior to executing this instrument or have knowingly elected voluntarily to waive any such right at this time.*

**D.  Estoppel Certificate.** Bundy understands and agrees that by executing this instrument that GT&I and its agents are relying on the Bundy's representation in this instrument in making the distribution as directed by Bundy, instead of interpleading the funds into a court to obtain court approval. Bundy understands and agrees that if they sign this instrument, they will be forever estopped from challenging this instrument in any fashion

**E.  Indemnification.** Bundy agrees to indemnify and hold harmless (from Bundy's own assets) GT&I, its officers, directors, shareholders, agents, attorneys, accountants and/or other representatives against any cost or expense (including counsel

fees) or liability arising out of any acts which breach this instrument including, but not limited to, any legal or non-legal action which seeks to challenge, void or set aside this instrument (whether successful or unsuccessful) initiated by Bundy.

**F.    Entire Understanding and Agreement - Integration Clause.**   This Instrument constitutes the entire understanding and agreement between the parties and supersedes any and all prior or contemporaneous negotiations, representations and/or agreements, whether written or oral. This instrument may be amended only by written instrument expressly referring hereto, and duly signed by both the Bundy and GT&I. In the event any provision or portion hereof is held to be invalid or unenforceable, the remaining provisions and/or portions shall remain valid and enforceable.

_____
Signature

_Ammon Bundy_
Printed Name

_____
Signature

_Lisa Bundy_
Printed Name

STATE OF __Utah__    )
                              :ss.
County of __Iron__    )

On the __5th__ day of __January__ 202**4**, before me, __Alexis Winkler__, (NAME OF NOTARY) the undersigned Notary Public, personally appeared, __Ammon and Lisa Bundy__.

        who is personally known to me, or
        x who proved to me on the basis of satisfactory evidence

to be the person(s) whose name is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same. Witness my hand and official seal.

_____
Notary Public

ALEXIS WINKLER
Notary Public - State of Utah
Comm. No. 720311
My Commission Expires on
Sep 3, 2025

(This area for official Notarial seal)

2 | Page

**Exhibit A.2, Page 2**

**Exhibit B, Page 13**



## MOUNTAIN AMERICA
### CREDIT UNION

**Mountain America Credit Union**
**Account Number Specification Sheet**
**Wire Instructions**

ID: 50

Description: Business Checking

This specification sheet is for the following credit union member(s):

ABISH HUSBONDI INC
3061 RIVERSIDE ROAD
MESQUITE, 89027

ABA Routing Number: 324079555

Account Number: 501013664849

Wire Instructions:

*Please note Mountain America Credit Union **does not** have a **"Swiftcode."** We do not handle exchange of foreign currency. The originating bank should have a corresponding bank in the United States they use to send wires through for this purpose. They will then forward to Mountain America Credit Union's routing number and the member's account number.

Incoming wire fee: $10.00

If you have further questions regarding these instructions, please contact the Mountain America Credit Union Service Center at 1-800-748-4302.

**This order is SIGNED.**

**Dated: September 23, 2024**    *William J. Thurman*



**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

*msc*

Erik F. Stidham (Idaho Bar No. 5483)
 (Admitted *Pro Hac Vice*)
Robert A. Faucher (Idaho Bar No. 4745)
 (Admitted *Pro Hac Vice*)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.,*
*Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No. 24-23530 |
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

**ORDER GRANTING ST. LUKE'S PARTIES' MOTION PURSUANT TO
FED.R.BANKR.PRO. 2004 FOR AN ORDER AUTHORIZING AN EXAMINATION
OF, AND PRODUCTION OF DOCUMENTS BY, LISA BUNDY**

The Court having reviewed and considered The St. Luke's Parties' Motion Pursuant to

Fed. R. Bankr. Pro. 2004 for an Order Authorizing an Examination of, and Production of

Documents by, Lisa Bundy filed on September 20, 2024 (the "Motion"); and

Good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd. Chris

Roth, Natasha Erickson and Tracy Jungman, or any of them, are authorized to issue subpoenas

to Lisa Bundy (1) for production of documents by her with at least 14 days' prior written notice;

and (2) for an oral examination of her with at least 14 days' prior written notice.

------------ End of Document ------------

2

**Exhibit B, Page 16**

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system.

| | |
|---|---|
| Mark C. Rose | trustee@mbt-law.com |
| McKay, Burton & Thurman, P.C. | |
| | |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| | |
| Darren G. Reid | dgreid@hollandhart.com |
| Engels Tejeda | ejtejeda@hollandhart.com |
| Benjamin D. Passey | bdpassey@hollandhart.com |
| Erik F. Stidham | efstidham@hollandhart.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Holland & Hart LLP | |

**By U.S. Mail / Electronic Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served Notice pursuant to Fed. R. Civ. P. 5(b).

**By U.S. First Class Mail – postage prepaid:**

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

Dated: September ___, 2024.

/_____

**Exhibit B, Page 17**

32813091_v1

4

**Exhibit B, Page 18**



**UNITED STATES POSTAL SERVICE**®

USPS TRACKING #

9114 9022 0078 9336 5331 77

$009.80
10/02/2024 ZIP 83702
043M31213660

**FIRST CLASS MAIL**

**// Holland & Hart**

800 W. Main Street, Suite 1750
Boise, ID 83702-5974
**MAILING ADDRESS**
P.O. Box 2527
Boise, ID 83701-2527

**PRIORITY MAIL**

Lisa Bundy
P.O. Box 1062
Cedar City, UT  84721









**Exhibit C, Page 1**

LISA BUNDY
PO BOX 1062
CEDAR CITY UT **84721-0991**

| CARRIER ROUTE | COUNTY | DELIVERY POINT CODE |
|---|---|---|
| B003 | IRON | 62 |

| CHECK DIGIT | COMMERCIAL MAIL RECEIVING AGENCY | LAC™ |
|---|---|---|
| 1 | N | - |

| eLOT™ | eLOT ASCENDING/DESCENDING INDICATOR | RECORD TYPE CODE |
|---|---|---|
| 0005 | A | P |

| PMB DESIGNATOR | PMB NUMBER | DEFAULT FLAG |
|---|---|---|
| - | - | - |

| EWS FLAG | DPV CONFIRMATION INDICATOR |
|---|---|
| - | Y |

**Exhibit C, Page 2**



**Reusable Express Envelope**

Extremely Urgent

This envelope is for use with the following services:
UPS Next Day Air®
UPS Worldwide Express℠
UPS 2nd Day Air®

UPS
WE ♥ LOGISTICS™

SHIP TO:
LISA BUNDY
BISA BUNDY
NEW HARMONY UT 84657

UPS NEXT DAY AIR
TRACKING #: 1Z E79 W29 01 9011 9706

UT 847 1-02

0.3 LBS LTR          1 OF 1

171604 8/18 BP

Visit ups.com for details on our privacy practices.

Logistics is all about efficiency, service and smart ways of moving things around the planet.
This envelope made of recycled paper can be used twice - a more intelligent use of resources.

Exhibit D, Page 1



Your shipment
**1ZE79W290190119706**

✓ Delivered On
**Friday, October 04 at 1:32 P.M. See Delivery Photo**

**Delivered To**
NEW HARMONY, UT US

Proof of Delivery ❯

✓ **Label Created**
United States
10/02/2024, 3:36 P.M.

✓ **We Have Your Package**
Boise, ID, United States
10/02/2024, 5:42 P.M.

✓ **On the Way**
Cedar City, UT, United States
10/04/2024, 9:51 A.M.

→ **Delivered**
NEW HARMONY, UT, US
10/04/2024, 1:32 P.M.

View All Shipping Details ❯



**Get Answers Fast**
If you need help, use the Virtual Assistant. Still stuck? Try our Tracking Support for more
specific guidance.

**Exhibit D, Page 2**

**Shipment Progress**    Shipment Details

**You've Got the Details**
You're seeing what customer service agents would share with you. If you need more support, use the Virtual Assistant or contact your shipper.

Times shown are in Local Time    Change

| | |
|---|---|
| 10/04/2024<br>1:32 P.M. | **Delivered**<br>DELIVERED<br>NEW HARMONY, UT, US |
| 10/04/2024<br>9:51 A.M. | **On the Way**<br>Loaded on Delivery Vehicle<br>Cedar City, UT, United States |
| 10/04/2024<br>8:16 A.M. | Processing at UPS Facility<br>Cedar City, UT, United States |
| 10/04/2024<br>7:54 A.M. | Arrived at Facility<br>Cedar City, UT, United States |
| 10/04/2024<br>2:54 A.M. | Departed from Facility<br>Salt Lake City, UT, United States |
| 10/03/2024<br>9:41 P.M. | Arrived at Facility<br>Salt Lake City, UT, United States |
| 10/03/2024<br>9:16 P.M. | Departed from Facility<br>Salt Lake City, UT, United States |
| 10/03/2024<br>1:37 P.M. | Pickup Scan<br>Salina, UT, United States |
| 10/03/2024<br>9:07 A.M. | We've corrected the postal code, and the package is on its way to the updated address.<br>Salina, UT, United States |
| 10/03/2024<br>6:00 A.M. | Departed from Facility<br>Salt Lake City, UT, United States |
| 10/03/2024<br>4:52 A.M. | Arrived at Facility<br>Salt Lake City, UT, United States |

2

**Exhibit D, Page 3**

| 10/03/2024 | Departed from Facility |
| 2:17 A.M. | Ontario, CA, United States |

| 10/02/2024 | Arrived at Facility |
| 8:04 P.M. | Ontario, CA, United States |

| 10/02/2024 | Departed from Facility |
| 7:01 P.M. | Boise, ID, United States |

| 10/02/2024 | **We Have Your Package** |
| 5:42 P.M. | Arrived at Facility |
| | Boise, ID, United States |

| 10/02/2024 | **Label Created** |
| 3:36 P.M. | Shipper created a label, UPS has not received the package yet. |
| | United States |

**Exhibit D, Page 4**

| | |
|---|---|
| **From:** | Robert Faucher |
| **Sent:** | Wednesday, October 2, 2024 4:19 PM |
| **To:** | bundylmlb@gmail.com; bundylm.lb@gmail.com |
| **Cc:** | A Bundy; aebundy@msn.com |
| **Subject:** | In re Ammon Bundy, Case No. 24-23530, United States Bankruptcy Court, District of Utah |
| **Attachments:** | 4035_001.pdf; 4034_001.pdf |

Dear Mrs. Bundy,

I'm hereby serving upon you a second amended subpoena in the Ammon Bundy bankruptcy case.

Please call me if you have any questions or concerns.



**Bob Faucher**
Partner

**HOLLAND & HART LLP**
800 W. Main Street, Suite 1750, Boise, ID 83702
rfaucher@hollandhart.com | **T:** (208) 383-3941   |   **M:** (208) 283-6781   |   **F:** (208) 343-8869

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Exhibit E, Page 1**

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of _____Utah_____

| | |
|---|---|
| In re  Ammon Edward Bundy | Case No.  24-23530 |
| Debtor | Chapter  7 |

## SECOND AMENDED SUBPOENA FOR RULE 2004 EXAMINATION

To:  Lisa Bundy
_____

*(Name of person to whom the subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE | DATE AND TIME |
|---|---|
| 1819 S 120 E | October 21, 2024 |
| St. George, UT  84790 | 9:00 a.m. MDT |

The examination will be recorded by this method:  by stenographic means and audio-visual recording.

☒ *Production:* You, or your representatives, must also ~~bring with you to the examination~~ produce the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

*See* Exhibits A, A.1 & A.2. Your production is due by October 17, 2024 at Holland & Hart LLP, 222 S. Main St., Ste. 2200 Salt Lake City, UT 84101.

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ~~September 25, 2024~~ *Octobr 2, 2024*

CLERK OF COURT

OR

_____         _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
St. Luke's Health System, Ltd.    , who issues or requests this subpoena, are:

Robert A. Faucher, Holland & Hart LLP, 800 W. Main St., Ste. 1750, Boise, ID 83702 (208) 342-5000
rfaucher@hollandhart.com, Attorneys for St. Luke's Health System, Ltd.

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Exhibit E, Page 2**

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the
witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true and correct.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information concerning attempted service, etc.:

**Exhibit E, Page 3**

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 3)

## Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
### (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
(A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
*(A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
*(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
*(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
*(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
*(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
*(A) Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
*(B) Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
*(C) Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
*(D) Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
*(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
*(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.
...
**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

**Exhibit E, Page 4**

## EXHIBIT A

To Subpoena for Rule 2004 Examination, issued to Lisa Bundy
*In Ammon Edward Bundy*, Case No. 24-23530, United States Bankruptcy Court, District of Utah

You are obligated to produce the documents identified below, in accordance with the Definitions set forth below, no later than October 15, 2024. You shall produce copies of those documents at the following location:

Holland & Hart LLP
222 South Main Street
Suite 2200
Salt Lake City, UT 84101

Or, you may deliver the documents to that location and make them available for copying by the parties who issued the subpoena. Or, you may deliver the documents in electronic form to:

efstidham@hollandhart.com and
rfaucher@hollandhart.com

You shall identify, with respect to all of the produced Documents, the paragraph number of the request(s) below to which such Document is responsive.

The parties issuing this Subpoena are already in possession of the Already-Obtained Statements. You need not produce them.

### DEFINITIONS

"Abish-husbondi" means Abish-husbondi Inc., a Wyoming corporation now known as Kekoa Grove, Inc.

"Already-Obtained Statements" means those bank account statements and credit union account statements identified at Exhibit A.1 hereto.

"Bankruptcy Case" means *In re Ammon Edward Bundy*, Case No. 24-23530, United States District Court, District of Utah.

"Books" means Documents consisting of books and records of a business enterprise, including without limitation, articles of organization, articles of incorporation, by-laws, meeting minutes, stock transfer ledgers, stock certificates or other evidence of equity ownership, indemnification agreements and shareholders' agreements.

"Bundys" means You and Ammon Edward Bundy.

"Cash Transfers" means those cash deposits Ammon Bundy made into Abish-husbondi bank accounts or credit union accounts as follows:

| Date | Amount |
|------|--------|
| August 14, 2020 | $69,000.00 |
| August 19, 2020 | $26,600.00 |
| December 14, 2020 | $50,000.00 |
| February 26, 2021 | $49,800.00 |
| May 17, 2021 | $40,000.00 |
| August 10, 2021 | $ 9,980.00 |
| August 18, 2021 | $59,800.00 |
| September 17, 2021 | $50,000.00 |
| May 31, 2023 | $14,800.00 |
| October 12, 2023 | $17,500.00 |

"Chambers Transfer" means a transfer of money in the approximate amount of $487,167.36 from the law offices of Harris, Preston & Chambers to the MA Account.

"Document" or "Documents" shall mean the original, all copies and drafts of papers and writings and data of every kind, description and form, whether handwritten or typed, and all mechanical, magnetic media and electronic recordings, records and data of every kind, description and form, and all photographs of every kind, and including, without limiting the generality of the foregoing, the following: correspondence, letters, texts, voice messages, instant messages, notes, e-mails, computer files, memoranda, reports, notebooks, binders, drawings, studies, analyses, drafts, diaries, calendars, datebooks, appointment books, day-timers, intra- or inter-office communications, canceled checks, minutes, bulletins, circulars, pamphlets, telegrams, instructions, work assignments, messages (including reports, notes and memoranda of telephone conversations and conferences), telephone statements, calendar and diary entries, desk calendars, appointment books, job or transaction files, books of account, ledgers, bank statements, promissory notes, invoices, charge slips, working papers, graphs, charts, lab books, lab notes, lab journals or notebooks, evaluation or appraisal reports, pleadings, transcripts of testimony or other documents filed or prepared in connection with any court or agency or other proceeding, deeds, mortgages, deeds of trust, contracts, agreements, assignments, instruments, charges, opinions, official statements, prospectuses, appraisals, feasibility studies, trust, releases of claims, charters, certificates, licenses, leases, invoices, computer printouts or programs, summaries, audio, video or sound recordings, cassette tapes, video recorded, electronic or laser recorded, or photographed information. Documents are to be taken as including all attachments, enclosures and other documents that are attached to, relate to or refer to such documents. "Documents" shall include "Electronically Stored Information" as defined herein. "Documents" shall include all of the foregoing transmitted through, or stored in, without limitation, the Signal messaging service. "Documents" shall mean all of the foregoing Documents in Your custody or control.

"Electronically Stored Information" means information made, maintained, retained, stored, or archived by computer or electronic means in any medium, including but not limited to word processing documents, email, email attachments, databases, spreadsheets, writings, drawings, graphs, photographs, sound recordings, images, data, and data compilations. Electronically Stored Information shall include prior versions of information, as defined above, as well as all attachments, and shall include information stored on personal digital assistants, cell phones,

EXHIBIT A TO SUBPOENA - 2

**Exhibit E, Page 6**

Blackberries, personal laptop computers, hard drives, portable hard drives, and other similar devices.

"Estopped Certificate" means that Estopped [sic] Certificate, Release & Waiver attached to this subpoena as Exhibit A.2.

"Financial Account Statements" means Documents, including account statements and correspondence, with respect to any financial accounts, including without limitation bank accounts, credit union accounts, securities accounts, credit card accounts, commodities accounts, retirement accounts, 401(k) accounts, Roth accounts, IRA accounts and investment accounts, including all attachments to such statements (such as copies of checks); provided, however, that the term does not include the Already-Obtained Statements.

"Financial Records" means Documents consisting of Financia Account Statements, financial records and software of a business enterprise, whether or not incorporated, including without limitation account and other ledgers, bookkeeping data, accounting data, QuickBooks, etc.

"Former Residence" means that real property in Gem County, Idaho with a street address of 4615 Harvest Lane, Emmett, ID 83617.

"Idaho Litigation" means that lawsuit styled *St. Luke's Health System, Ltd., et al. v. Ammon Bundy, et al.*, Case No. CV-01-22-06789, Fourth Judicial District Court, State of Idaho, County of Ada.

"Judgment" means, collectively, the following court filings in the Idaho Litigation: (i) Default Judgment entered August 29, 2023; (ii) Order on Verdict and Default Judgment entered August 29, 2023.

"PRN" means People's Rights Network, an unincorporated association with which You have been affiliated.

"Schedules" means the schedule of assets, schedule of liabilities and other schedules filed at docket nos. 5 and 19 in the Bankruptcy Case.

"Statements" means Your statement of financial affairs and other statements filed at docket no. 5 in the Bankruptcy Case.

"You" means Lisa Bundy, your agents, attorneys, employees, representatives, investigators, consultants and attorneys, and "Your" is the possessive form of You.

## Documents You are Obligated to Produce

1.  All Books of You from January 1, 2020-present.

2.  All Financial Records of You from January 1, 2020-present.

EXHIBIT A TO SUBPOENA - 3

3.  All Financial Account Statements of You from January 1, 2020-present other than the Already-Obtained Statements.

4.  All Documents relating to or evidencing assets in your possession or ownership at any date subsequent to January 1, 2020 of a value exceeding $500, whether those assets consist of financial accounts (e.g., bank accounts, credit union accounts, securities accounts, commodity accounts, insurance accounts, etc.), financial assets, notes, bonds, stock certificates, equity interests, jewelry, motor vehicles, equipment, household goods, cash, claims, real property, or any other kind of asset, whether tangible or intangible. Notwithstanding the foregoing, you need not produce any documents relating to your Former Residence.

5.  All Documents relating to or evidencing assets conveyed to You or by You subsequent to January 1, 2020 of a value exceeding $500, whether those assets consist of financial accounts (e.g., bank accounts, credit union accounts, securities accounts, commodity accounts, insurance accounts, etc.), financial assets, notes, bonds, jewelry, motor vehicles, equipment, household goods, cash, claims, real property, or any other kind of asset, whether tangible or intangible. Notwithstanding the foregoing, you need not produce any documents relating to your Former Residence.

6.  Your personal federal tax returns and schedules for the years 2020-present

7.  Your personal state tax returns and schedules for the years 2020-present.

8.  Your most recently filed federal income tax return.

9.  Your most recently filed state income tax return.

10. All tax forms statements issued to you on and after January 1, 2020, such as IRS Form 1099, IRS Form W-2, and IRS Schedule K-1.

11. All Documents pertaining to the Cash Transfers and the transactions that gave rise to them, other than Already-Obtained Statements, including without limitation agreements, receipts, or invoices.

12. All Documents pertaining to any transfers of value of more than $500 from Bundys to any other person from the period January 1, 2022-present.

13. Documents consisting of any trust agreements pertaining to any trust as to which You are or have been since January 1, 2020, a grantor, trustee, or beneficiary.

14. All Documents evidencing or relating to Your interest in any real property which you now own or have owned since January 1, 2000.

15. All Documents relating to the Estopped Certificate.

EXHIBIT A TO SUBPOENA - 4

16. All Documents relevant to all transactions in which You or Ammon Bundy has engaged to hinder, delay or impair the St. Luke's Parties' efforts to collect on or enforce the Judgment, including without limitation the Chambers Transfer but not including Documents pertaining to the Former Residence.

17. All Documents in Your possession or control relating to (1) websites operated by PRN or associated with PRN's activities, and (2) websites affiliated with St. Luke's Exposed or Stlukesexposed.

18. All Documents exchanged between the Bundys and Jane Valenzuela, an Arizona resident, and all documents pertaining to the transactions between Valenzuela and any the Bundys.

19. All Documents pertaining to any asset in which You have any beneficial interest but in the possession or control or ownership of another person, including without limitation any asset which You believe should be returned to You or Ammon Bundy at some point in the future.

20. All Documents evidencing or pertaining to any property you inherited since January 1, 2020.

21. Any Documents in Your possession evidencing an inaccuracy in the Schedules or the Statements.

EXHIBIT A TO SUBPOENA - 5

**Exhibit E, Page 9**

EXHIBIT A.1

**Already Obtained Statements**

| CLARITY CREDIT UNION ACCOUNT STATEMENTS | | |
|---|---|---|
| **Account Holder** | **Account Number** | **Dates** |
| **Abish-Husbondi** | ****1572 | Aug 31, 2020 - March 31, 2024 |
| **Ammon Bundy – Ammon Bundy for Governor** | ****2161 | May 31, 2021 – Feb 28, 2023 |
| **Bowen Bundy (Lisa Bundy joint holder)** | ****2128 | May 31, 2021 – March 31, 2024 |
| **Dono Custos INC** | ****1719 | Oct 31, 2020 – March 31, 2024 |
| **Farm Inc Bundy** | ****1571 | Aug 31, 2020 - Jan 31, 2023 |
| **Hayden Bundy** | ****2127 | May 31, 2021 - March 31, 2024 |
| **Lisa Bundy** | ****1616 | Sep 30, 2020 – March 31, 2024 |

EXHIBIT A.1 TO SUBPOENA - 1

## WELLS FARGO BANK ACCOUNT STATEMENTS

| Account Holder | Account Number | Dates |
| --- | --- | --- |
| Abish Husbondi Inc | ******4772 | Aug 30, 2019 – Dec 31, 2020 |
| Abish Husbondi Inc | ******7284 | Aug 31, 2019 - Oct 31, 2020 |
| Abish Husbondi Inc | ******4778 | Aug 31, 2019 – Dec 31, 2020 |
| Ammon Bundy | ******4297 | Oct 17, 2018 - Jan 16, 2020 |
| Bundy Farm Inc AKA Bundy Melons | ******7835 | Feb 29, 2020 – Dec 31, 2020 |
| Halle Bundy | ******2035 | Feb 29, 2020 |
| Halle Bundy | ******7147 | Feb 28, 2020 - Sep 28, 2020 |
| Lisa Bundy | ******0547 | Oct 22, 2018 - Sep 30, 2020 |
| Lisa Bundy | ******9358 | Oct 22, 2018 - Sep 30, 2020 |
| Valet Fleet Services, LLC | ******6948 | June 30, 2019 – Sep 30, 2023 |
| Valet Fleet Services, LLC | ******6955 | Jan 1, 2018 – May 31, 2019 |

32863387_v1

EXHIBIT A.1 TO SUBPOENA - 2



## ESTOPPED CERTIFICATE,
## RELEASE & WAIVER

### Recitals

Global Trading & Investments, Inc., an Idaho corporation (**"GT&I"**) is in possession of certain funds belonging to Ammon E. and Lisa M. Bundy (collectively **"Bundy"**). GT&I and its principals desire to distribute the funds to Bundy (or to such party or parties as Bundy directs) and upon distributions be released of any further liability with regards to said funds.

### Estoppel, Release & Waiver

NOWTHEREFORE, for good and valuable consideration, and GT&I's reliance on Bundy's execution of this instrument, the parties to this agreement represent and agree to the following:

**A.   Waiver of Accounting.** Bundy waives any further accounting of the funds. Upon receipt of the signed release GT&I shall cause to be disbursed to Abish-husband, Inc., the sum of $487,167.36 ($507,167.36473,000 less $$20,000.00).

**B.   Full & Complete Distribution.** Except for the $20,000 fee the distribution represents a full and complete satisfaction of Bundy's interest in the funds and GT&I's obligation to Bundy.

**C.   Release.** Bundy releases and forever discharges GT&I, their officers, directors, shareholders, agents, attorneys, accountants and/or other representatives, from all actions, claims and demands whatsoever including but not limited to any claim(s) relating to the Loan Servicing and Stock Investment Arrangements, and any other act, matter, cause, or thing whatsoever arising out of the aforesaid transactions or the administration of such funds received from Bundy. *Bundy understands that they have the right to obtain advice concerning this instrument from independent legal counsel of their choice, at their cost, and represents that they have either done so prior to executing this instrument or have knowingly elected voluntarily to waive any such right at this time.*

**D.   Estoppel Certificate.** Bundy understands and agrees that by executing this instrument that GT&I and its agents are relying on the Bundy's representation in this instrument in making the distribution as directed by Bundy, instead of interpleading the funds into a court to obtain court approval. Bundy understands and agrees that if they sign this instrument, they will be forever estopped from challenging this instrument in any fashion

**E.   Indemnification.** Bundy agrees to indemnify and hold harmless (from Bundy's own assets) GT&I, its officers, directors, shareholders, agents, attorneys, accountants and/or other representatives against any cost or expense (including counsel

1 | 1 |

**Exhibit A.2, Page 1**

**Exhibit E, Page 12**

fees) or liability arising out of any acts which breach this instrument including, but not limited to, any legal or non-legal action which seeks to challenge, void or aside this instrument (whether successful or unsuccessful) initiated by Bundy.

       **F.**   **Entire Understanding and Agreement – Integration Clause.**  This Instrument constitutes the entire understanding and agreement between the parties and supersedes any and all prior or contemporaneous negotiations, representations and/or agreements, whether written or oral. This instrument may be amended only by written instrument expressly referring hereto, and duly signed by both the Bundy and GT&I. In the event any provision or portion hereof is held to be invalid or unenforceable, the remaining provisions and/or portions shall remain valid and enforceable.

_____     _____
Signature                                    Signature

_____     _____
Printed Name                              Printed Name

STATE OF  Utah     )
                           :ss.
County of  Iron     )

      On the  5th  day of  January      2024, before me,  Alexis Winkler   , (NAME OF NOTARY) the undersigned Notary Public, personally appeared,  Ammon and Lisa Bundy.

      who is personally known to me, or
      x who proved to me on the basis of satisfactory evidence

to be the person(s) whose name is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same. Witness my hand and official seal.

_____
Notary Public

ALEXIS WINKLER
Notary Public - State of Utah
Comm. No. 720311
My Commission Expires on
Sep 3, 2025

(This area for official Notarial seal)

**Exhibit A.2, Page 2**

**Exhibit E, Page 13**



## MOUNTAIN AMERICA
### CREDIT UNION

**Mountain America Credit Union**
**Account Number Specification Sheet**
**Wire Instructions**

ID: 50

Description: Business Checking

This specification sheet is for the following credit union member(s):

ABISH HUSBONDI INC
3061 RIVERSIDE ROAD
MESQUITE,  89027

ABA Routing Number: 324079555

Account Number: 501013664849

Wire Instructions:

*Please note Mountain America Credit Union **does not** have a **"Swiftcode."** We do not handle exchange of foreign currency. The originating bank should have a corresponding bank in the United States they use to send wires through for this purpose. They will then forward to Mountain America Credit Union's routing number and the member's account number.

Incoming wire fee: $10.00

If you have further questions regarding these instructions, please contact the Mountain America Credit Union Service Center at 1-800-748-4302.

**Exhibit A.2, Page 3**

**Exhibit E, Page 14**

**This order is SIGNED.**

**Dated: September 23, 2024**

*William J. Thurman*

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

*msc*

Erik F. Stidham (Idaho Bar No. 5483)
 (Admitted *Pro Hac Vice*)
Robert A. Faucher (Idaho Bar No. 4745)
 (Admitted *Pro Hac Vice*)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.,*
*Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy No. 24-23530<br><br>Chapter 7<br><br>Honorable William T. Thurman |

### ORDER GRANTING ST. LUKE'S PARTIES' MOTION PURSUANT TO FED.R.BANKR.PRO. 2004 FOR AN ORDER AUTHORIZING AN EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY, LISA BUNDY

The Court having reviewed and considered The St. Luke's Parties' Motion Pursuant to Fed. R. Bankr. Pro. 2004 for an Order Authorizing an Examination of, and Production of Documents by, Lisa Bundy filed on September 20, 2024 (the "Motion"); and

Good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED.

2.    St. Luke's Health  System, Ltd., St. Luke's Regional Medical Center, Ltd. Chris Roth, Natasha Erickson and  Tracy Jungman, or any of them, are authorized to issue subpoenas to Lisa Bundy (1) for production of documents by her with at least 14 days' prior written notice; and (2) for an oral examination of her with at least 14 days' prior written notice.

------------ End of  Document ------------

2

**Exhibit E, Page 16**

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system.

| | |
|---|---|
| Mark C. Rose | trustee@mbt-law.com |
| McKay, Burton & Thurman, P.C. | |
| | |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| | |
| Darren G. Reid | dgreid@hollandhart.com |
| Engels Tejeda | ejtejeda@hollandhart.com |
| Benjamin D. Passey | bdpassey@hollandhart.com |
| Erik F. Stidham | efstidham@hollandhart.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Holland & Hart LLP | |

**By U.S. Mail / Electronic Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served Notice pursuant to Fed. R. Civ. P. 5(b).

### By U.S. First Class Mail – postage prepaid:

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

Dated:  September ___, 2024.

_____

**Exhibit E, Page 17**

32813091_v1

4

**Exhibit E, Page 18**



Holland & Hart

**Robert A. Faucher**
**Partner**
**Phone** 208.383.3941
**Fax** 208.343.8869
rfaucher@hollandhart.com

October 2, 2024

**VIA INTERNET EMAIL** [bundylm.lb@gmail.com; bundylmlb@gmail.com]

**Next Day Priority Mail USPS Service**

Lisa Bundy
P.O. 1062
Cedar City, UT 84721

**UPS Overnight Courier Service**

Lisa Bundy
896 E 400 S
New Harmony, UT 84657

Re:  **In re Ammon Edward Bundy**
     **Case No. 24-23530, United States Bankruptcy Court, District of Utah**

Dear Mrs. Bundy:

As you know, you were served with a subpoena on September 24, 2024.  The subpoena pertains to a document production due by you on October 10, 2024 and a deposition on October 15, 2024 in Salt Lake City.

I have tried to serve an amended subpoena on you in person, but the process server tells me that has been difficult.

Accordingly, I'm now serving a second amended subpoena on you by overnight mail to the Cedar City post office box, overnight UPS to your house, and e-mail.

The second amended subpoena is enclosed.  Like the original subpoena, the second amended subpoena demands production of documents and your appearance for a deposition.  However, the second amended subpoena postpones the production of documents to October 17, and postpones the deposition to October 22.  Also, the deposition will now go forward in St. George, Utah, not Salt Lake City.

With respect to the production of documents, you can produce those by mailing them to me or e-mailing them to me. There is no requirement that you appear in Salt Lake City.

**Location**
800 W. Main Street, Suite 1750
Boise, ID 83702-7714

**Mailing Address**
P.O. Box 2527
Boise, ID 83701-2527

**Contact**
p: 208.342.5000 | f: 208.343.8869
www.hollandhart.com

Holland & Hart LLP   Anchorage   Aspen   Billings   Boise   Boulder   Cheyenne   Denver   Jackson Hole   Las Vegas   Reno   Salt Lake City   Santa Fe   Washington, D.C.

**Exhibit E, Page 19**

**Holland & Hart**

Please call or write if you have any questions.  Thank you.

Very truly yours,

Robert A. Faucher
Partner
of Holland & Hart LLP

Enclosure
cc:   Ammon Bundy (by Internet e-mail (aebundy@bundyfarms.com; aebundy@msn.com)
      Erik F. Stidham, Esq.

33117382_v1

| **From:** | Robert Faucher |
| **Sent:** | Thursday, October 17, 2024 11:50 AM |
| **To:** | bundylmlb@gmail.com; bundylm.lb@gmail.com |
| **Cc:** | A Bundy; aebundy@msn.com; Erik Stidham |
| **Subject:** | Lisa Bundy Rule 2004 Examination |
| **Attachments:** | 2024-10-02 Second Amended Subpoena for Rule 2004 Examination of Lisa Bundy.pdf; 2024-10-07 Lisa Bundy's Motion to Quash St Luke's Plaintiffs' Subpoena for Lisa Bundy (rec'd by email).pdf |

Mrs. Bundy,

As you know, I served a subpoena upon you.  I've attached it again for your reference.

Today is the day for you to produce documents.  Please confirm you are producing documents.  Please let me know how you intend to produce them. Please let me know if I can assist.

Your oral examination is set for Monday, October 21 in St. George.  I would appreciate the courtesy of you confirming that you intend to appear. I will be in  St. George for that deposition, along with a court reporter and videographer.

I acknowledge that my office has previously received a "Motion to Quash Subpoena for Lisa M. Bundy."  I've attached that motion for your reference. However, that motion has never been filed with the Court.  Also, it was unsigned. Accordingly, I don't consider it to be relevant to your examination, with the exception identified in the next paragraph.

In your motion, you discuss the burden the proposed discovery places upon you.  If you or Mr. Bundy wish to discuss with me ways by which we can better balance (1) my clients' rights to obtain discovery with (2) your desire to reduce the toll upon you, I'm happy to commence those discussions.  Just let me know by e-mail or by telephone.

Thanks.



**Bob Faucher**
Partner

**HOLLAND & HART LLP**
800 W. Main Street, Suite 1750, Boise, ID 83702
rfaucher@hollandhart.com **| T:** (208) 383-3941   |   **M:** (208) 283-6781   |   **F:** (208) 343-8869

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Exhibit F, Page 1**

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of ____Utah____

In re ____Ammon Edward Bundy____          Case No. __24-23530__
          Debtor

          Chapter __7__

## SECOND AMENDED SUBPOENA FOR RULE 2004 EXAMINATION

To: ____Lisa Bundy____

*(Name of person to whom the subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE | DATE AND TIME |
|---|---|
| 1819 S 120 E<br>St. George, UT 84790 | October 21, 2024<br>9:00 a.m. MDT |

The examination will be recorded by this method: ____by stenographic means and audio-visual recording.____

☒ *Production:* You, or your representatives, must also ~~bring with you to the examination~~ produce the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

*See* Exhibits A, A.1 & A.2. Your production is due by October 17, 2024 at Holland & Hart LLP, 222 S. Main St., Ste. 2200 Salt Lake City, UT 84101.

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ~~September 25, 2024~~ *October 2, 2024*

CLERK OF COURT

                    OR

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
St. Luke's Health System, Ltd.____ , who issues or requests this subpoena, are:

Robert A. Faucher, Holland & Hart LLP, 800 W. Main St., Ste. 1750, Boise, ID 83702 (208) 342-5000
rfaucher@hollandhart.com, Attorneys for St. Luke's Health System, Ltd.

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Exhibit F, Page 2**

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true and correct.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information concerning attempted service, etc.:

**Exhibit F, Page 3**

## Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
### (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
(i) is a party or a party's officer; or
(ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
(A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
*(A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
*(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
*(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
(i) fails to allow a reasonable time to comply;
(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
(iv) subjects a person to undue burden.
*(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
*(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
*(A) Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
*(B) Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
*(C) Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
*(D) Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
*(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
(i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
*(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.
...
**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

**Exhibit F, Page 4**

EXHIBIT A

To Subpoena for Rule 2004 Examination, issued to Lisa Bundy
*In Ammon Edward Bundy*, Case No. 24-23530, United States Bankruptcy Court, District of Utah

You are obligated to produce the documents identified below, in accordance with the Definitions set forth below, no later than October 15, 2024. You shall produce copies of those documents at the following location:

Holland & Hart LLP
222 South Main Street
Suite 2200
Salt Lake City, UT 84101

Or, you may deliver the documents to that location and make them available for copying by the parties who issued the subpoena. Or, you may deliver the documents in electronic form to:

efstidham@hollandhart.com and
rfaucher@hollandhart.com

You shall identify, with respect to all of the produced Documents, the paragraph number of the request(s) below to which such Document is responsive.

The parties issuing this Subpoena are already in possession of the Already-Obtained Statements. You need not produce them.

**DEFINITIONS**

"Abish-husbondi" means Abish-husbondi Inc., a Wyoming corporation now known as Kekoa Grove, Inc.

"Already-Obtained Statements" means those bank account statements and credit union account statements identified at Exhibit A.1 hereto.

"Bankruptcy Case" means *In re Ammon Edward Bundy*, Case No. 24-23530, United States District Court, District of Utah.

"Books" means Documents consisting of books and records of a business enterprise, including without limitation, articles of organization, articles of incorporation, by-laws, meeting minutes, stock transfer ledgers, stock certificates or other evidence of equity ownership, indemnification agreements and shareholders' agreements.

"Bundys" means You and Ammon Edward Bundy.

"Cash Transfers" means those cash deposits Ammon Bundy made into Abish-husbondi bank accounts or credit union accounts as follows:

| Date | Amount |
|------|--------|
| August 14, 2020 | $69,000.00 |
| August 19, 2020 | $26,600.00 |
| December 14, 2020 | $50,000.00 |
| February 26, 2021 | $49,800.00 |
| May 17, 2021 | $40,000.00 |
| August 10, 2021 | $ 9,980.00 |
| August 18, 2021 | $59,800.00 |
| September 17, 2021 | $50,000.00 |
| May 31, 2023 | $14,800.00 |
| October 12, 2023 | $17,500.00 |

"Chambers Transfer" means a transfer of money in the approximate amount of $487,167.36 from the law offices of Harris, Preston & Chambers to the MA Account.

"Document" or "Documents" shall mean the original, all copies and drafts of papers and writings and data of every kind, description and form, whether handwritten or typed, and all mechanical, magnetic media and electronic recordings, records and data of every kind, description and form, and all photographs of every kind, and including, without limiting the generality of the foregoing, the following: correspondence, letters, texts, voice messages, instant messages, notes, e-mails, computer files, memoranda, reports, notebooks, binders, drawings, studies, analyses, drafts, diaries, calendars, datebooks, appointment books, day-timers, intra- or inter-office communications, canceled checks, minutes, bulletins, circulars, pamphlets, telegrams, instructions, work assignments, messages (including reports, notes and memoranda of telephone conversations and conferences), telephone statements, calendar and diary entries, desk calendars, appointment books, job or transaction files, books of account, ledgers, bank statements, promissory notes, invoices, charge slips, working papers, graphs, charts, lab books, lab notes, lab journals or notebooks, evaluation or appraisal reports, pleadings, transcripts of testimony or other documents filed or prepared in connection with any court or agency or other proceeding, deeds, mortgages, deeds of trust, contracts, agreements, assignments, instruments, charges, opinions, official statements, prospectuses, appraisals, feasibility studies, trust, releases of claims, charters, certificates, licenses, leases, invoices, computer printouts or programs, summaries, audio, video or sound recordings, cassette tapes, video recorded, electronic or laser recorded, or photographed information. Documents are to be taken as including all attachments, enclosures and other documents that are attached to, relate to or refer to such documents. "Documents" shall include "Electronically Stored Information" as defined herein. "Documents" shall include all of the foregoing transmitted through, or stored in, without limitation, the Signal messaging service. "Documents" shall mean all of the foregoing Documents in Your custody or control.

"Electronically Stored Information" means information made, maintained, retained, stored, or archived by computer or electronic means in any medium, including but not limited to word processing documents, email, email attachments, databases, spreadsheets, writings, drawings, graphs, photographs, sound recordings, images, data, and data compilations. Electronically Stored Information shall include prior versions of information, as defined above, as well as all attachments, and shall include information stored on personal digital assistants, cell phones,

EXHIBIT A TO SUBPOENA - 2

**Exhibit F, Page 6**

Blackberries, personal laptop computers, hard drives, portable hard drives, and other similar devices.

"Estopped Certificate" means that Estopped [sic] Certificate, Release & Waiver attached to this subpoena as Exhibit A.2.

"Financial Account Statements" means Documents, including account statements and correspondence, with respect to any financial accounts, including without limitation bank accounts, credit union accounts, securities accounts, credit card accounts, commodities accounts, retirement accounts, 401(k) accounts, Roth accounts, IRA accounts and investment accounts, including all attachments to such statements (such as copies of checks); provided, however, that the term does not include the Already-Obtained Statements.

"Financial Records" means Documents consisting of Financia Account Statements, financial records and software of a business enterprise, whether or not incorporated, including without limitation account and other ledgers, bookkeeping data, accounting data, QuickBooks, etc.

"Former Residence" means that real property in Gem County, Idaho with a street address of 4615 Harvest Lane, Emmett, ID 83617.

"Idaho Litigation" means that lawsuit styled *St. Luke's Health System, Ltd., et al. v. Ammon Bundy, et al.*, Case No. CV-01-22-06789, Fourth Judicial District Court, State of Idaho, County of Ada.

"Judgment" means, collectively, the following court filings in the Idaho Litigation: (i) Default Judgment entered August 29, 2023; (ii) Order on Verdict and Default Judgment entered August 29, 2023.

"PRN" means People's Rights Network, an unincorporated association with which You have been affiliated.

"Schedules" means the schedule of assets, schedule of liabilities and other schedules filed at docket nos. 5 and 19 in the Bankruptcy Case.

"Statements" means Your statement of financial affairs and other statements filed at docket no. 5 in the Bankruptcy Case.

"You" means Lisa Bundy, your agents, attorneys, employees, representatives, investigators, consultants and attorneys, and "Your" is the possessive form of You.

### Documents You are Obligated to Produce

1. All Books of You from January 1, 2020-present.

2. All Financial Records of You from January 1, 2020-present.

EXHIBIT A TO SUBPOENA - 3

3.  All Financial Account Statements of You from January 1, 2020-present other than the Already-Obtained Statements.

4.  All Documents relating to or evidencing assets in your possession or ownership at any date subsequent to January 1, 2020 of a value exceeding $500, whether those assets consist of financial accounts (e.g., bank accounts, credit union accounts, securities accounts, commodity accounts, insurance accounts, etc.), financial assets, notes, bonds, stock certificates, equity interests, jewelry, motor vehicles, equipment, household goods, cash, claims, real property, or any other kind of asset, whether tangible or intangible. Notwithstanding the foregoing, you need not produce any documents relating to your Former Residence.

5.  All Documents relating to or evidencing assets conveyed to You or by You subsequent to January 1, 2020 of a value exceeding $500, whether those assets consist of financial accounts (e.g., bank accounts, credit union accounts, securities accounts, commodity accounts, insurance accounts, etc.), financial assets, notes, bonds, jewelry, motor vehicles, equipment, household goods, cash, claims, real property, or any other kind of asset, whether tangible or intangible. Notwithstanding the foregoing, you need not produce any documents relating to your Former Residence.

6.  Your personal federal tax returns and schedules for the years 2020-present

7.  Your personal state tax returns and schedules for the years 2020-present.

8.  Your most recently filed federal income tax return.

9.  Your most recently filed state income tax return.

10. All tax forms statements issued to you on and after January 1, 2020, such as IRS Form 1099, IRS Form W-2, and IRS Schedule K-1.

11. All Documents pertaining to the Cash Transfers and the transactions that gave rise to them, other than Already-Obtained Statements, including without limitation agreements, receipts, or invoices.

12. All Documents pertaining to any transfers of value of more than $500 from Bundys to any other person from the period January 1, 2022-present.

13. Documents consisting of any trust agreements pertaining to any trust as to which You are or have been since January 1, 2020, a grantor, trustee, or beneficiary.

14. All Documents evidencing or relating to Your interest in any real property which you now own or have owned since January 1, 2000.

15. All Documents relating to the Estopped Certificate.

EXHIBIT A TO SUBPOENA - 4

**Exhibit F, Page 8**

16. All Documents relevant to all transactions in which You or Ammon Bundy has engaged to hinder, delay or impair the St. Luke's Parties' efforts to collect on or enforce the Judgment, including without limitation the Chambers Transfer but not including Documents pertaining to the Former Residence.

17. All Documents in Your possession or control relating to (1) websites operated by PRN or associated with PRN's activities, and (2) websites affiliated with St. Luke's Exposed or Stlukesexposed.

18. All Documents exchanged between the Bundys and Jane Valenzuela, an Arizona resident, and all documents pertaining to the transactions between Valenzuela and any the Bundys.

19. All Documents pertaining to any asset in which You have any beneficial interest but in the possession or control or ownership of another person, including without limitation any asset which You believe should be returned to You or Ammon Bundy at some point in the future.

20. All Documents evidencing or pertaining to any property you inherited since January 1, 2020.

21. Any Documents in Your possession evidencing an inaccuracy in the Schedules or the Statements.

EXHIBIT A TO SUBPOENA - 5

**Exhibit F, Page 9**

EXHIBIT A.1

**Already Obtained Statements**

| CLARITY CREDIT UNION ACCOUNT STATEMENTS | | |
|---|---|---|
| **Account Holder** | **Account Number** | **Dates** |
| **Abish-Husbondi** | ***1572 | Aug 31, 2020 - March 31, 2024 |
| **Ammon Bundy – Ammon Bundy for Governor** | ***2161 | May 31, 2021 – Feb 28, 2023 |
| **Bowen Bundy (Lisa Bundy joint holder)** | ***2128 | May 31, 2021 – March 31, 2024 |
| **Dono Custos INC** | ***1719 | Oct 31, 2020 – March 31, 2024 |
| **Farm Inc Bundy** | ***1571 | Aug 31, 2020 - Jan 31, 2023 |
| **Hayden Bundy** | ***2127 | May 31, 2021 - March 31, 2024 |
| **Lisa Bundy** | ***1616 | Sep 30, 2020 – March 31, 2024 |

EXHIBIT A.1 TO SUBPOENA - 1

**Exhibit F, Page 10**

### WELLS FARGO BANK ACCOUNT STATEMENTS

| Account Holder | Account Number | Dates |
|---|---|---|
| Abish Husbondi Inc | ******4772 | Aug 30, 2019 – Dec 31, 2020 |
| Abish Husbondi Inc | ******7284 | Aug 31, 2019 - Oct 31, 2020 |
| Abish Husbondi Inc | ******4778 | Aug 31, 2019 – Dec 31, 2020 |
| Ammon Bundy | ******4297 | Oct 17, 2018 - Jan 16, 2020 |
| Bundy Farm Inc AKA Bundy Melons | ******7835 | Feb 29, 2020 – Dec 31, 2020 |
| Halle Bundy | ******2035 | Feb 29, 2020 |
| Halle Bundy | ******7147 | Feb 28, 2020 - Sep 28, 2020 |
| Lisa Bundy | ******0547 | Oct 22, 2018 - Sep 30, 2020 |
| Lisa Bundy | ******9358 | Oct 22, 2018 - Sep 30, 2020 |
| Valet Fleet Services, LLC | ******6948 | June 30, 2019 – Sep 30, 2023 |
| Valet Fleet Services, LLC | ******6955 | Jan 1, 2018 – May 31, 2019 |

32863387_v1

EXHIBIT A.1 TO SUBPOENA - 2

**Exhibit F, Page 11**



## ESTOPPED CERTIFICATE,
## RELEASE & WAIVER

## Recitals

Global Trading & Investments, Inc., an Idaho corporation ("GT&I") is in possession of certain funds belonging to Ammon E. and Lisa M. Bundy (collectively "Bundy"). GT&I and its principals desire to distribute the funds to Bundy (or to such party or parties as Bundy directs) and upon distributions be released of any further liability with regards to said funds.

## Estoppel, Release & Waiver

NOWTHEREFORE, for good and valuable consideration, and GT&I's reliance on Bundy's execution of this instrument, the parties to this agreement represent and agree to the following:

**A.   Waiver of Accounting.** Bundy waives any further accounting of the funds. Upon receipt of the signed release GT&I shall cause to be disbursed to Abish-husband, Inc., the sum of $487,167.36 ($507,167.36473,000 less $$20,000.00).

**B.   Full & Complete Distribution.** Except for the $20,000 fee the distribution represents a full and complete satisfaction of Bundy's interest in the funds and GT&I's obligation to Bundy.

**C.   Release.** Bundy releases and forever discharges GT&I, their officers, directors, shareholders, agents, attorneys, accountants and/or other representatives, from all actions, claims and demands whatsoever including but not limited to any claim(s) relating to the Loan Servicing and Stock Investment Arrangements, and any other act, matter, cause, or thing whatsoever arising out of the aforesaid transactions or the administration of such funds received from Bundy. *Bundy understands that they have the right to obtain advice concerning this instrument from independent legal counsel of their choice, at their cost, and represents that they have either done so prior to executing this instrument or have knowingly elected voluntarily to waive any such right at this time.*

**D.   Estoppel Certificate.** Bundy understands and agrees that by executing this instrument that GT&I and its agents are relying on the Bundy's representation in this instrument in making the distribution as directed by Bundy, instead of interpleading the funds into a court to obtain court approval. Bundy understands and agrees that if they sign this instrument, they will be forever estopped from challenging this instrument in any fashion

**E.   Indemnification.** Bundy agrees to indemnify and hold harmless (from Bundy's own assets) GT&I, its officers, directors, shareholders, agents, attorneys, accountants and/or other representatives against any cost or expense (including counsel

1 | 1

**Exhibit A.2, Page 1**

**Exhibit F, Page 12**

fees) or liability arising out of any acts which breach this instrument including, but not limited to, any legal or non-legal action which seeks to challenge, void or set aside this instrument (whether successful or unsuccessful) initiated by Bundy.

      **F.**   **Entire Understanding and Agreement – Integration Clause.** This Instrument constitutes the entire understanding and agreement between the parties and supersedes any and all prior or contemporaneous negotiations, representations and/or agreements, whether written or oral. This instrument may be amended only by written instrument expressly referring hereto, and duly signed by both the Bundy and GT&I. In the event any provision or portion hereof is held to be invalid or unenforceable, the remaining provisions and/or portions shall remain valid and enforceable.

Signature

Printed Name

Signature

Printed Name

STATE OF __Utan__ )
                           :ss.
County of __Iron__ )

      On the __5th__ day of __January__ 2025, before me, __Alexis Winkler__, (NAME OF NOTARY) the undersigned Notary Public, personally appeared, __Ammon and Lisa Bundy__.

        who is personally known to me, or
        x who proved to me on the basis of satisfactory evidence

to be the person(s) whose name is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same. Witness my hand and official seal.

Notary Public

ALEXIS WINKLER
Notary Public - State of Utah
Comm. No. 720311
My Commission Expires on
Sep 3, 2025

(This area for official Notarial seal)

**Exhibit A.2, Page 2**

**Exhibit F, Page 13**



**MOUNTAIN AMERICA**
CREDIT UNION

**Mountain America Credit Union**
**Account Number Specification Sheet**
**Wire Instructions**

ID: 50

Description: Business Checking

This specification sheet is for the following credit union member(s):

ABISH HUSBONDI INC
3061 RIVERSIDE ROAD
MESQUITE,  89027

ABA Routing Number: 324079555

Account Number: 501013664849

Wire Instructions:

*Please note Mountain America Credit Union **does not** have a **"Swiftcode."** We do not handle exchange of foreign currency. The originating bank should have a corresponding bank in the United States they use to send wires through for this purpose. They will then forward to Mountain America Credit Union's routing number and the member's account number.

Incoming wire fee: $10.00

If you have further questions regarding these instructions, please contact the Mountain America Credit Union Service Center at 1-800-748-4302.

**Exhibit A.2, Page 3**

**Exhibit F, Page 14**

**This order is SIGNED.**

**Dated: September 23, 2024**



**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

*msc*

Erik F. Stidham (Idaho Bar No. 5483)
 (Admitted *Pro Hac Vice*)
Robert A. Faucher (Idaho Bar No. 4745)
 (Admitted *Pro Hac Vice*)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.,*
*Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy No. 24-23530<br><br>Chapter 7<br><br>Honorable William T. Thurman |

## ORDER GRANTING ST. LUKE'S PARTIES' MOTION PURSUANT TO FED.R.BANKR.PRO. 2004 FOR AN ORDER AUTHORIZING AN EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY, LISA BUNDY

The Court having reviewed and considered The St. Luke's Parties' Motion Pursuant to

Fed. R. Bankr. Pro. 2004 for an Order Authorizing an Examination of, and Production of

Documents by, Lisa Bundy filed on September 20, 2024 (the "Motion"); and

Good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED.

2.    St. Luke's Health  System, Ltd., St. Luke's Regional Medical Center, Ltd. Chris

Roth, Natasha Erickson and  Tracy Jungman, or any of them, are authorized to issue subpoenas

to Lisa Bundy (1) for production of documents by her with at least 14 days' prior written notice;

and (2) for an oral examination of her with at least 14 days' prior written notice.

------------ End of  Document ------------

2

**Exhibit F, Page 16**

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:**  I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system.

| | |
|---|---|
| Mark C. Rose | trustee@mbt-law.com |
| McKay, Burton & Thurman, P.C. | |
| | |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| | |
| Darren G. Reid | dgreid@hollandhart.com |
| Engels Tejeda | ejtejeda@hollandhart.com |
| Benjamin D. Passey | bdpassey@hollandhart.com |
| Erik F. Stidham | efstidham@hollandhart.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Holland & Hart LLP | |

**By U.S. Mail / Electronic Mail:**  In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served Notice pursuant to Fed. R. Civ. P. 5(b).

**By U.S. First Class Mail – postage prepaid:**

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757


Dated:  September ___, 2024.

3

**Exhibit F, Page 17**

Case 24-23530    Doc 29    Filed 09/23/24    Entered 09/23/24 09:10:14    Desc Main
Document      Page 4 of 4

32813091_v1

**Exhibit F, Page 18**

Lisa M. Bundy
P.O. Box 1062
Cedar City, Utah
84720-1062

## UNITED STATES BANKRUPTCY COURT,
## DISTRICT OF UTAH

|  |  |  |
|---|---|---|
| | ( | |
| Ammon Edward Bundy | ( | Case No: 24-23530 |
| | ( | Chapter 7 |
| | ( | WILLIAM T. THURMAN |
| | ( | |

## MOTION TO QUASH SUBPOENA FOR LISA M. BUNDY

Comes now Lisa Bundy to move this court to quash the subpoena served by St. Luke's parties upon Lisa Bundy.

## **BACKGROUND**

St. Luke's sued Mr. Bundy, he never appeared in the case and eventually a $53 million default judgment was issued against him. To find relief from the relentless aggression of St. Luke's attorneys litigating against him with 6 teams of attorney in 5 states and in 9 separate courts Mr. Bundy filed bankruptcy in July of 2024. St. Luke Health System has spent over a million dollars litigating against Mr. Bundy. Lawfare is the term. To cause further suffering to the Bundy family, St. Luke's attorneys recently filed for permission to subpoena Mrs. Bundy in this bankruptcy case. This court recently authorized them to serve papers upon Mrs. Bundy for a subpoena. St. Luke attorneys want to get Mrs. Bundy in their office alone, to gang up and tear her down in hopes that she will say something that they can use against her husband. They know that Mr. and Mrs. Bundy have no means to practically hire an attorney. How would they pay the attorney? St Luke's attorneys know that they have seized the Bundy's bank accounts and funds.

Furthermore, Mrs. Bundy is a stay-at-home mother that cares for her family deeply. It is a low blow by the St. Luke's council to shamelessly involve her in this attack. Attacking women and children during conflict is something only dishonorable men do.

## ARGUMENT TO QUASH SUBPOENA FOR LISA BUNDY

The Subpoena is unauthorized pursuant to FRCP 45

(c) Place of Compliance.

    (1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

        (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

        (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

            (i)      is a party or a party's officer; or

            (ii)     is commanded to attend a trial and would not incur substantial expense.

            (iii)

Mrs. Bundy resides in New Harmony, Utah, nearly 4 hours away from the location of the set examination, approximately 270 miles from her residence. A far cry from the 100-mile circumference required by the federal rules. Additionally, Mrs. Bundy is not party to the bankruptcy nor a party's officer. The subpoena is not for a trial and it would cause Mrs. Bundy substantial hardship in expenses and otherwise which will be explained further. For these reasons the subpoena for Lisa Bundy should be quashed.

    (d) Protecting a Person Subject to a Subpoena; Enforcement.

      (1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

The St. Luke's attorneys have not taken reasonable steps to avoid imposing undue burden and expenses on Mrs. Bundy. St. Luke's council (Holland & Hart) expects Mrs. Bundy to pay for fuel, hotel, meals and other traveling expenses, driving over 540 miles. The trip would surely consist of 2 days after the drive up and the examination. St. Luke's council, shamelessly issued Mrs. Bundy a black and white check for $251.26. Mrs. Bundy is offended that St. Luke's attorney would issue a check in the first place. The last thing she wants is a little bit of money back that was stolen from her family in the first place. That said, what good is a check to Mrs. or Mr. Bundy? The St. Luke's attorneys know that they have seized all of the Bundy's bank accounts and that they cannot cash the check, even if they wanted to. It's like stealing out of a Canadian beggars pan, transferring the money to Mexican currency and then giving a little bit of it back to the beggar. What is the beggar supposed to do with it? How does it help him at all?

The Holland and Hart attorneys (St. Luke's council) are very much aware that Mrs. Bundy has no means of cashing a check. In fact, the black and white check was copy of a Mountain America Credit Union check. The same institution where Mrs. Bundy banked for over 25 years until her account was seized. The same credit union that St. Luke's team of attorneys recently subpoenaed in this court. The last time Mrs. Bundy tried to cash a check there, they looked up her account, saw that it was seized for some legal reason and told her that they could not help her.  Mrs. Bundy left in tears wondering how she was going to buy groceries. The St. Luke's attorneys know that Mrs. Bundy has no way of cashing a check and that the place of examination would cause extreme burden upon the Bundy family, these attorneys are in violation of FRCP 45(d)(1).

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

St. Luke's council has not shown any substantial need for Lisa Bundy to be examined. They have not shown that an interrogation of Mrs. Bundy would result in more than a bunch of "*I don't knows".*  Mrs. Bundy is not party in this case, nor in the lawsuit that resulted in the $53,000,000.00 judgment against her husband. Mrs. Bundy is not an officer to any party and she had nothing to do with any of the finances in any entity that Mr. Bundy controlled or was part of. The St. Luke's attorneys, at best, are assuming that Mrs. Bundy knows more than the household finances. If they wanted to know how much the Bundy family spent on groceries or how much the children's clothing cost in a year then Mrs. Bundy may have the answers. But questions about finances or transaction outside the household scope, Mrs. Bundy simply will not know and the St. Luke's attorneys have not shown any substantial need to interrogating Mrs. Bundy. Therefore, the court should quash the subpoena.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

Mrs. Bundy's expenses to travel across the State of Utah would be an extreme burden upon her and her children. As mentioned, Mrs. Bundy is a stay-at-home mother that transports her children approximately 30 miles to and from school. There are no bus transportations available for her younger children. The burden upon her and her family would be significant.

**<u>Furthermore, and most important;</u>** Mrs. Bundy has not stopped fretting and crying since the St. Luke's Parties served her with the subpoena. Because of the harassment and aggression of the St. Luke's council her life has been extremely disrupted for nearly three years now. Mrs. Bundy is not emotionally capable of being examined by the same people that have so viciously attacked her family for so long. In fact, Mrs. Bundy is not emotionally capable of being examined by any aggressor at this time. The emotion of being examined will be too burdensome upon her.

It was the hopes of the Bundy family that once they moved out of Idaho, left their home and community that St. Luke's executives and attorneys would be satisfied and leave them alone allowing them to rebuild, but instead they have pursued them with even more vigor. Even after taking title of their home, seizing their bank accounts and taking all the shares in Mr. Bundy's enterprises, the St. Luke's executives and attorneys are not content. Now, they are directly seeking to adversely interrogate Mrs. Bundy face to face for information that Mrs. Bundy has little or no knowledge of. This is harassment, causing further suffering to the Bundy family. Mrs. Bundy is not emotionally capable to endure such interrogations, the burden upon her is too much and therefore the court should quash the subpoena and order that no other subpoena be served upon Lisa Bundy in this case.

**Exhibit F, Page 23**

If the court chooses to order a professional evaluation of Mr. Bundy's emotional

condition, then there are not objections as long as it is within close proximity of her residence

and with a professional of her approval.

**DATED THIS DAY,** the 7th of October, 2024.

Lisa Bundy

| CERTIFICATE OF SERVICE

I certify that on this day I served a copy of the attached to:


UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH

|                           | 350 S Main St, Salt Lake City, UT 84101 | [X] | USPS Mail |
|---------------------------|------------------------------------------|-----|-----------|
| Mark C. Rose, Trustee     | mrose@mbt-law.com                        | [X] | Email     |
| Erik Stidham              | efstidham@hollandhart.com                | [X] | Email     |


**DATED THIS DAY,** the 7th of October, 2024.



Lisa Bundy





**Lisa Bundy**
October 1 at 12:46 PM · 🌐

I wake everyday hoping to be saved. I hurry to my phone to maybe see that I received a message saying..."you have been delivered"...that "God has finally showed his hand...and you are delivered". The peace and life you've always wanted is now your next chapter.

Yet. I sit here another day. Not delivered.

Harassment continues. Peace is not in the cards.

For there is no "Ammon Bundy" to care enough to do the right thing for US. Is there nobody else that cares enough to do the right thing. To stand in the gap of corruption. There is not.

My husband gave his all to multiple people. With my support. That were delivered!!! Yet, we sit here with no help. It is because he did what he did that puts us in this misery. Yet, would he do it again? Probably.

I've now been subpoenaed to testify for the very wicked people we seek deliverance from. In a bankruptcy case...have you even heard of such a thing.

There is no savior for us. Not even do I feel the saviors warm embrace that deliverance is nigh.

It is a wicked world.

I'm tired.

Don't mistake my smile for immense pain I hide deep in my soul.

😍😢👍 107                                        80 comments  4 shares

👍 Like                                                    ↪ Share

https://www.facebook.com/lisa.sundloffbundy/posts/pfbid0etdmSkCYgDYcNkxyd6S5aUqL9b9vRTDQFCrbE8WeQszaH9z7xqpfc74bq3geeMZQl

**From:**        Robert Faucher
**Sent:**        Monday, October 21, 2024 8:55 AM
**To:**          bundylm.lb@gmail.com; bundylmlb@gmail.com
**Cc:**          A Bundy; aebundy@msn.com
**Subject:**     This morning's oral examination

Good morning Mrs. Bundy,

I'm awaiting your appearance at the Hyatt Place in St. George for your oral examination, which is noticed for this morning.  You are not here, and the examination is scheduled to start in five minutes.  Please confirm you will be attending.

Thank you.



**Bob Faucher**
Partner

**H O L L A N D   &   H A R T   LLP**
800 W. Main Street, Suite 1750, Boise, ID 83702
rfaucher@hollandhart.com | **T:** (208) 383-3941   |   **M:** (208) 283-6781   |   **F:** (208) 343-8869

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**Exhibit H, Page 1**