Erik F. Stidham (*Admitted pro hac vice*)
Robert A. Faucher (*Admitted pro hac vi*ce)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In Re:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Case No. 24-23530-WTT<br><br>Chapter 7 |

**NOTICE OF MOTIONS, OBJECTION DEADLINE, AND OPPORTUNITY FOR A HEARING ON THE ST. LUKE'S CREDITORS' MOTIONS TO COMPEL DISCOVERY FROM
AMMON BUNDY, LISA BUNDY AND BUNDY MOTORS COMPANY**

**OBJECTION DEADLINE: NOVEMBER 25, 2024**

PLEASE TAKE NOTICE that St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP

(collectively, the "**St. Luke's Creditors**"), by and through their attorneys, Holland & Hart LLP, have filed in the above-captioned case (the "**Case**") the following four motions:

- The St. Luke's Creditors' Motion to Compel Ammon Bundy's Compliance With Rule 2004 Subpoena and for Sanctions;

- St. Luke's Creditors' Motion to Compel Testimony of Debtor Despite Fifth Amendment Objections;

- The St. Luke's Creditors' Motion to Compel Lisa Bundy's Compliance with Rule 2004 Subpona; and

- The St. Luke's Creditors' Motion to Compel Bundy Motors Company's Compliance with Rule 2004 Subpoena.

These four motions are collectively referred to as the "Motions."

The Motions have been served herewith and interested parties are referred to the Motions for a full statement of their terms and the relief requested therein.

**YOUR RIGHTS MAY BE AFFECTED. You should read the Motions and this Notice carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested in the Motions, or any one or more of them, then you or your attorney must, with respect to the Motion or Motions at issue:

1. On or before **November 25, 2024** (the "**Objection Deadline**"), file with the Bankruptcy Court a written response or objection, explaining your position as to those of the Motions that you oppose, at:

> **United States Bankruptcy Court**
> **350 South Main Street, Room 301**
> **Salt Lake City, UT 84101**
> **(if mailed)**
>
> **or**
>
> **United States Bankruptcy Court**
> **Orrin G. Hatch U.S. Courthouse**

2

> **351 South West Temple, Rm. 1.100**
> **Salt Lake City, Utah 84101**
> **(if delivered in person).**

If you mail your response to the Bankruptcy Court for filing you must mail it early enough so that the Court will receive it on or before the Objection Deadline of November 28, 2024. You must also mail or e-mail a copy to the attorney for the St. Luke's Creditors at:

> Erik F. Stidham
> Robert A. Faucher
> Engels Tejeda
> Benjamin D. Passey
> HOLLAND & HART LLP
> 222 S. Main Street, Suite 2200
> Salt Lake City, UT 84101
> Telephone: (801) 799-5800
> ejtejeda@hollandhart.com
> bdpassey@hollandhart.com
> efstidham@hollandhart.com
> rfaucher@hollandhart.com

2. Attend a hearing on the Objection on **December 4, 2024 at 2:00 p.m. MST** before the Honorable William T. Thurman. This hearing will be held by Zoom. Parties should log in to Zoom at www.zoomgov.com/join at least ten (10) minutes before the scheduled time for the hearing. Meeting ID and Passcode for each judge are as follows:

Judge William T. Thurman Meeting ID: 160 7523 8590; Passcode: 9626637

Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-date information regarding telephonic participation at a hearing.

**There will be no further notice of the hearing, and failure to attend the hearing will be deemed a waiver of your response or objection**.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motions and may enter an order granting that relief. In the

3

absence of a timely filed and served response, the undersigned counsel may and will ask the

Court to enter an order approving the Motions without conducting the hearing.

    Dated November 7, 2024.

                              HOLLAND & HART LLP

                              By: */s/ Erik F. Stidham*
                                  Erik F. Stidham, of the firm
                                  Robert A. Faucher, of the firm

                              HOLLAND & HART LLP
                              LOCAL COUNSEL

                              By: */s/ Engels J. Tejeda*
                                  Engels J. Tejeda, of the firm
                                  Ben D. Passy, for the firm
                                  *Attorneys for the St. Luke's Creditors*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 7, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. I further certify that where indicated, I served the parties or counsel by First Class Mail, U.S. postage prepaid on the same date:

| | | |
|---|---|---|
| Ammon Edward Bundy<br>P.O. Box 1062<br>Cedar City, UT  84721 | ☒ | U.S. First Class Mail – postage prepaid |
| Ammon Edward Bundy<br> 896 E 400 S<br>New Harmony, UT  84657 | ☒ | UPS Overnight Courier Service |
| Ammon Edward Bundy<br>aebundy@bundyfarms.com<br>aebundy@msn.com | ☒ | Internet E-mail |
| Lisa Bundy<br>P.O. Box 1062<br>Cedar City, UT  84721 | ☒ | U.S. First Class Mail – postage prepaid |
| Lisa Bundy<br>896 E 400 S<br>New Harmony, UT  84657 | ☒ | UPS Overnight Courier Service |
| Lisa  Bundy<br>bundylmlb@gmail.com<br>bundylm.lb@gmail.com | ☒ | Internet E-mail |
| Bundy Motors Company<br>Attn:  Ryan Bundy<br>Registered Agent<br>361 Riverside Road<br>Mesquite, NV 89027 | ☒ | U.S. First Class Mail – postage prepaid |
| Bundy Motors Company<br>Attn:  Ryan Bundy<br>Bundymotors27@gmail.com | ☒ | Internet E-mail |

HOLLAND & HART LLP

By: */s/ Erik F. Stidham*
    Erik F. Stidham, of the firm
    Robert A. Faucher, of the firm

HOLLAND & HART LLP
LOCAL COUNSEL

By: */s/ Engels J. Tejeda*
    Engels J. Tejeda, of the firm
    Ben D. Passy, for the firm
    *Attorneys for the St. Luke's Creditors*

33591379_v3

6