Erik F. Stidham (ISB #5483) (Admitted pro hac vice)
Robert A. Faucher (ISB#4745) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re:<br><br>AMMON EDWARD BUNDY<br><br>Debtor. | Bankruptcy No. 24-23530<br><br>Chapter 7<br><br>Honorable William T. Thurman |
|---|---|

**ST. LUKE'S CREDITORS' WITNESS LIST AND EXHIBIT LIST FOR DECEMBER 6, 2024 HEARING REGARDING EXEMPTIONS**

St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP (together the "St. Luke's Creditors"), submit their witness list and exhibit list for the Zoom evidentiary hearing set for December 6, 2024 regarding Debtor's claims of exemptions.

## WITNESS LIST

The St. Luke's Creditors may call the following witnesses at the hearing:

1. Jennifer Jensen, Holland & Hart LLP.

2. Ammon Bundy, debtor.

3. Mark Rose, chapter 7 trustee.

The St. Luke's Creditors also reserve the right to call (1) any witness called by any other party, and (2) rebuttal witnesses to rebut any witness called by any other party.

## EXHIBIT LIST

The St. Luke's Creditors will or may seek to introduce the following exhibits into evidence at the hearing:

5. Debtor's most recent Schedule C, docket no. 161, pages 18-19.

6. Deed granted by Bundys to White Barn Enterprises LLC.

7. Lease between Bundys and White Barn Enterprises LLC.

8. Deed granted by White Barn Enterprises LLC to St. Luke's Health System, Ltd.

9. Facebook post of Lisa Bundy dated November 13, 2023.

10. Default Judgment dated August 29, 2023.

11. Order on Verdict and Default Judgment dated August 29, 2023.

The St. Luke's Creditors' exhibits commence with number 5 so that they follow in sequence with the pre-marked exhibits of chapter 7 trustee Mark Rose.

DATED this 15th day of November, 2024.

> HOLLAND & HART LLP
>
> */s/ Engels J. Tejeda*
> Engels Tejeda (11427)
> Benjamin D. Passey (19234)
> Erik F. Stidham (*Admitted Pro Hac Vice*)
> Robert A. Faucher (*Admitted Pro Hac Vice*)
>
> *Attorneys for St. Luke's Health System, Ltd.,*
> *St. Luke's Regional Medical Center, Ltd.,*
> *Chris Roth, Natasha Erickson, M.D., and*
> *Tracy Jungman, NP*

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, I electronically filed the foregoing with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF user.

| | |
|---|---|
| Matthew James Burne | matthew.burne@usdoj.gov; james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov; rachell.e.d.hughes@usdoj.gov; brittany.deweitt@usdoj.gov |
| George B. Hoffmann | ghofmann@ck.law; mparks@ck.law |
| David W. Newman | david.w.newman@usdoj.gov; james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov; rachell.e.d.hughes@usdoj.gov; brittany.deweitt@usdoj.gov |
| Mark C. Rose | trustee@mbt-law.com; UT32@ecfcbis.com |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**By U.S. First Class Mail with postage prepaid:**

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84720

**By UPS Overnight Courier:**

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

*/s/ Engels J. Tejeda*
Engels J. Tejeda