Erik F. Stidham (Admitted pro hac vice)
Robert A. Faucher (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re: | Bankruptcy No. 24-23530 |
|---|---|
| AMMON EDWARD BUNDY <br><br> Debtor. | Chapter 7 <br><br> Honorable William T. Thurman |

**AMENDED CERTIFICATE OF SERVICE REGARDING ST. LUKE'S CREDITORS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL LISA BUNDY's COMPLIANCE WITH RULE 2004 SUBPOENA**

I hereby certify that on November 30, 2024, I served a copy of the *St. Luke's Creditors' Reply in Support of their Motion to Compel Lisa Bundy's Compliance with Rule 2004 Subpoena* (the "Reply") (Dkt. 193), along with a copy of this Amended Certificate of Service, by First Class Mail, U.S. postage prepaid upon:

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84721-0991

Lisa M. Bundy
P.O. Box 1062
Cedar City, UT 84720-1062

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

I certify further that on November 30, 2024, I served a copy of this Amended Certificate of Service electronically through the CM/ECF system upon the following registered CM/ECF users, all of whom received service of the Reply via the same method on November 29, 2024:

| | |
|---|---|
| Matthew James Burne | matthew.burne@usdoj.gov; james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov; rachell.e.d.hughes@usdoj.gov; brittany.deweitt@usdoj.gov |
| George B. Hoffmann | ghofmann@ck.law; mparks@ck.law |
| David W. Newman | david.w.newman@usdoj.gov; james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov; rachell.e.d.hughes@usdoj.gov; brittany.deweitt@usdoj.gov |
| Mark C. Rose | trustee@mbt-law.com; UT32@ecfcbis.com |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |

Dated November 30, 2024

        HOLLAND & HART LLP

        */s/ Engels J. Tejeda*
        Engels Tejeda
        *Attorneys for St. Luke's Creditors*

33767824_v1

2