Ammon E. Bundy
P.O. Box 1062
Cedar City, Utah
84720-1062

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH

Ammon Edward Bundy              (          Case No: 24-23530
                                (          Chapter 7
                                (          WILLIAM T. THURMAN

## MOTIONS TO SEAL DOCUMENTS RELATING TO LISA BUNDY'S MEDICAL RECORDS

Ammon Edward Bundy, comes now seeking the court to seal documents relating to Lisa Bundy and her medical record. To bring clarity to the court of the condition of Mrs. Bundys health, certain medical records should be presented in this case, However, it is the fear of Mr. Bundy that St. Luke's Health System CEO, Chris Roth, Dr. Natasha Erickson and Tracy Jungman, NG with their attorneys will try to exploit Lisa Bundy's medical records against her and her husband to further their ongoing lies and attacks.

Therefore, Mr. Bundy asks this court to seal any document relating to Lisa Bundy's medical record that are presented in this case.

**DATED THIS DAY,** the 3rd of December, 2024.

*/s/ Ammon Bundy*

Ammon Bundy



| CERTIFICATE OF SERVICE

I certify that on this day I served a copy of the attached to:

UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH

| | | | |
|---|---|---|---|
| | 350 S Main St, Salt Lake City, UT 84101 | [X] | USPS Mail |
| Mark C. Rose, Trustee | mrose@mbt-law.com | [X] | Email |
| Erik Stidham | efstidham@hollandhart.com | [X] | Email |

**DATED THIS DAY,** the 3rd of December, 2024.

*/s/ Ammon Bundy*

Ammon Bundy