**Form 240**[Memo Re: Fees Due]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>    Ammon Edward Bundy<br>           Debtor(s). | Case No. 24–23530 WTT<br>Chapter 7 |

MEMORANDUM RE: FEES DUE

Pursuant to 28 U.S.C. § 1930(b), you are required to pay a fee as follows:

    Second Clerk's Notice of Fees Due (related document(s):161 Amended Schedules/List of Creditors/Statements). Amount Due: $34.00. Fee due by 12/19/2024. (gci)

This fee should be paid in full by the deadline shown above payable to the Clerk of Court for the United States Bankruptcy Court for the District of Utah (no personal checks). If fees are owed for a dismissed voluntary petition, the unpaid balance is still due and owing.

Dated: December 9, 2024

                                          David A. Sime
                                          Clerk of Court

File all documents and mail to:

Clerk, U.S. Bankruptcy Court
350 South Main #301
Salt Lake City, UT 84101