**This order is SIGNED.**

**Dated: December 11, 2024**

*William J. Thurman*
**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



msc

Erik F. Stidham (Idaho Bar No. 5483) (Admitted pro hac vice)
Robert A. Faucher (Idaho Bar No. 4745 (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 24-23530 |
|---|---|
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

**ORDER GRANTING ST. LUKE'S PARTIES' MOTION PURSUANT TO FED.R. BANKR.PRO. 2004 FOR AN ORDER AUTHORIZING AN EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY, BUNDY FARMS, LLC**

The Court having reviewed and considered the *Motion Pursuant to Fed. R. Bankr. Pro. 2004 for an Order Authorizing an Examination of, and Production of Documents by, the non-debtor Bundy Farms, LLC* (the "Motion") filed on December 10, 2024 by St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd. Chris Roth, Natasha Erickson and Tracy Jungman (collectively, the "St. Luke's Creditors"), and good cause appearing therefor,

**HEREBY ORDERS THAT:**

IT IS HEREBY ORDERED that the St. Luke's Creditors are authorized to examine Bundy Farms, LLC pursuant to Bankruptcy Rule 2004, by Subpoena Duces Tecum, and/or by oral examination, to the extent necessary, either in person or remote via video conference as designated in the subpoena regarding the same. The proceedings will be recorded by stenographic means and will continue until adjourned. The recording of the examination shall only be transcribed upon request and payment of the transcription costs shall be by the requesting party;

IT IS FURTHER ORDERED that, unless otherwise stipulated in writing, Bundy Farms, LLC will receive not less than 14 days written notice of the examination and date for production of documents; and

IT IS FURTHER ORDERED that the St. Luke's Creditors may issue subpoenas to compel attendance and production of documents pursuant to Bankruptcy Rule 2004(c).

------------ End of Document ------------

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system.

    Mark C. Rose                                               trustee@mbt-law.com
    McKay, Burton & Thurman, P.C.

    U.S. Trustee                                                  USTPRegion19.SK.ECF@usdoj.gov

    Darren G. Reid                                        dgreid@hollandhart.com
    Engels Tejeda                                       ejtejeda@hollandhart.com
    Benjamin D. Passey                            bdpassey@hollandhart.com
    Erik F. Stidham                                     efstidham@hollandhart.com
    Robert A. Faucher                                rfaucher@hollandhart.com
    Holland & Hart LLP

**By U.S. Mail / Electronic Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served Notice pursuant to Fed. R. Civ. P. 5(b).

    **By U.S. First Class Mail – postage prepaid:**

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmoney, UT 84757

Date: December 11, 2024

                                      */s/Engels J. Tejeda*
                                      Engels J. Tejeda
                                      of Holland & Hart, LLP