Crazy Court Hearing (like a den of thieves)
https://youtu.be/qsF5QEYnulo
12/4/2024
Ammon Bundy Youtube Channel

00:00
start the video now um had a court hearing today in the bankruptcy case and just had to get kind of off my chest of what happened um I haven't I don't think recorded or spoke about this case since the last time I had a hearing um and St Luke's is again they they sued me for $53 million uh because I helped a family uh that St Luke's participated in uh taking their baby away this was a really good family that uh their baby had a uh allergy to basically proteins uh they were working with doctors and

01:02
he got uh dehydrated because they were trying different things St Luke's had the ability to give him an ID IV so they took him to St Luke's and St Luke's deemed him underweight for his age called CPS and ridian police came and basically took their baby away um the crazy thing was is when they took the baby away way they had a foster parent waiting for them for baby Cyrus to take him home and uh these little parents you know young parents hadn't done anything wrong they are wonderful people they you know she was

01:48
breastfeeding the husband works providing beautiful uh Christian family and uh I had done nothing wrong and that doctor uh at same sorry I keep getting phone calls I'm not sure how to turn them off while I'm doing a video so I think that's why it cut out hopefully they don't call back but anyway that doctor uh threatened to call uh CPS when they were in the hospital and so they end up staying a couple days longer tried to make the doctor happy and ultimately she end up uh contacting CPS through another doctor

02:33
anyway anyway I exposed all this and uh we got the baby back and then St Luke sued me and uh they just just buried me in the courts with millions of dollars of um you know they end up ultimately you know spending you know who knows how much at this point it's got to be a couple million dollars uh just on their end just to pay their attorneys um and I didn't really fight it uh I I didn't feel like I could counter their legal Maneuvers and so I didn't fight it I didn't really participate and a lot of

03:15
people say that I should have um and you know I guess they have their opinion but all I would have done is legitimize their process um so they got a conviction against me of $53 million and against Diego the grand dad of baby Cyrus which is crazy and the thing about it is is

they said that and a lot of you might already know this but they actually said that I um that I did it to get money and to get uh Fame they said that I went and advocated for this mother and father um and this little baby that I did it

04:03
for money and for popularity and uh I guess that's the hardest to swallow the key people in this that are causing you know that are pushing this is is a CEO of St Luke's Chris Roth and of course he's trying to protect uh C uh St Luke's because you know they're a children's hospital their big hospital chain they run on a $600 million annual budget and he's trying to protect you know his his uh Corporation from becoming uh reputable for taking babies uh but that's exactly what happened this this family was you know just a

04:48
beautiful family and um they had this little baby and they loved him and taking care of him as their first baby and then when he gets old enough they're trying to feed him solid foods and he starts like throwing it up vomiting and and so he can go back on breast milk and anyway that happened they were working with doctors try to figure out what it was you know wasn't nothing major and then um and then they tried several things and you know he wasn't he was little he was a little under the what they call the BMI body mass

05:21
index and uh they tried some things and he ends up you know throwing up a lot so they were worried about dehydration so they him to St Luke's to get help right for medical assistance to get help so that they can rehydrate him they think oh they'll go in he'll get you know they'll put an IV in him and then they'll be out in a couple hours next thing you know 4 days later the doctor's threatening them and uh they finally get out of there basically under the doctor's you know control and then ultimately uh she

05:59
called calls the uh CPS and maybe I'll just give you a little bit of background there too because what happened was the doctor says well I'll release you from the hospital but you got to go into get weighin appointments and so Marissa went I think on Monday to get a which is marish is the mother she went on Monday to get a weighin appointment she went on Wednesday to get a weighin appointment and she met with an uh doctors in between that for the actual cause not the St Luke's doctor her normal

06:32
doctors um and then on Friday Marissa was sick well no wonder she was sick she literally was held in the hospital St L's hospital for four three or I think almost four days uh the prior week up until the weekend and then she's going to doctors and visits and everything else all that week and Friday she wakes up she's not feeling well she's feeling sick and so she calls into the

the doctor that you know the St Luke's doctor doing the weigh-in appointments and she cancels the appointment and as soon as

07:09
he cancel the appointment Dr Natasha Ericson from St Luke's and Dr dyra or whatever you call him he's a doctor or nurse or going to be a doctor they call CPS and M and police comes and basically uh surrounds them at a gas station and Yanks a baby out of their H their hands and after they lied to Marissa and said that you know she could go with them they get her in the ambulance and then rip the baby out of her hands and then they take the baby Cyrus to the St Luke's hospital where they have a foster parent that's waiting

07:48
there to take the baby home that night I mean and the ambulance said that baby Cyrus was okay I mean the medical records are there the doctor the admitting doctor in the ER uh Rachel Thompson I think or Thomas I believe Thomas um said that that the baby had no life-threatening uh that there was no interventions and she's the one that said you know take to the foster parents take the baby you know quickly and uh it was just a kidnapping that's all it was it's just a damn kidnapping anyway so the next morning or

08:35
that night I get involved and I demand at the hospital they give the baby back and they arrest me trespassing of course and they convicted me for that and uh and then uh and then we rally hundreds of people you know ultimately thousands of people all over and we start have H hundreds of people at the hospital we start putting pressure on politicals we put pressure on the judge and all those things and we put enough pressure on them that they give the baby away back to the parents after 6 days and St Luke's want to say

09:14
no and CPS is want says no we were going to give that baby back to him anyway that's not true because the judge actually ruled that Wednesday that they were going to keep the baby in the state's care until the next hearing would which was the middle of the next month but we put enough pressure on them that they give the baby away back to the parents um in six days and it was a miracle and I truly believe that we did the right thing and everything I said and everything I did was honest and true I just expressed this story to other

09:49
people exactly what I'm saying now and uh couple weeks later they St Luke sued me and went through the whole process just buried me with tons and tons of legal documents tens of thousands of legal documents and got a $53 million judgment against me and Diego the grandfather and so obviously there's not much I could do about $53 million uh they took my

home my home was worth about $1.4 to $1.8 million um I also used the shop next to my home which was my shop part of the home home property I used it for an

10:31
income because I would work on trucks and so forth so they took that income for me and then also they took my commercial properties uh and I had about you know three and three and a half to $4 million worth of commercial properties they took all those and that was a revenue to me and you know I'm not I'm I'm saying we were very blessed I mean I was able to buy those commercial properties because I started a Fleet Maintenance business a diesel truck uh shop uh and I ran that for 25 years became one one of the you

11:08
know most reputable diesel shops in uh Phoenix Arizona and uh I also created a software for the uh diesel Fleet Maintenance uh industry and I sold that and that that was that with those monies is what I bought the commercial properties with and that took me you know the the first 40 years of my life to make that wealth and then I bought these commercial properties and now in just a uh you know a year or so not even a year so uh St Luke just takes it takes it like nothing like you know and then they want

11:50
more you know they take the about $5 million from me and then they but they now they're coming after me for the remainder of the 53 million and so the only thing I could do is uh I go bankrupt right so I'm thinking I'm going to be able to go bankrupt I feel that it's right and so I file bankruptcy and as soon as I file Here Comes St Luke's and just so you know before I filed I had lost my home moved to Utah they're still chasing me before I filed St Luke's had five teams oh no excuse me six teams of attorneys after for me in

12:31
five different they were litigating in five different states against me and in nine different courts think about that all of them you know all those legal teams have all these assistants and and uh other attorneys and they're litigate against me in nine different courts uh and I think what they believe is that they think I got a whole bunch more money um which they're incorrect they've cleaned me completely out um at least I want to think that it's at least what they think otherwise I don't have any

13:10
idea why they would continue to be chasing me because they've and they know they they know they have you know everything that I've made they've done all the research they've looked at it so you know I guess I give I'm giving the benefit of the doubt that they think I have more money but to be honest with you I think they're just trying to harass and hurt my family anyway I

4

Exhibit B, Page 4

appreciate you listening to this because I'm kind of just going through the story and uh discussing it um so we end up to the point where you

13:47
know I have them litigating against me in nine different courts there's six attorneys in five different states and I think that the only way I can have a future is to go bankrupt and I filed for bankruptcy and I exposed you know all my you know what I have left which wasn't much um I said that you know I have my tools I have you know the furniture and stuff that was in our house uh I have I had 400 $4,000 worth of cash is what I was trying to you know keep because they I also seized all our bank accounts by

14:28
the way so you know we we haven't been able to we've been running on a cash basis for the last year uh we can't own a bank account as soon as we try to do anything in banking they just grab it and seize it and they've already seized all our bank accounts and any money we had in the bank accounts and so forth they even seized my father-in-law's business bank account because my daughter or my wife was on it and so that's how far they've gone and uh anyway way um so so then I um I file bankruptcy and I

15:08
basically on in the bankruptcy schedules I say the things that I want that I need not want the things I need uh to be exemptions from them taking like my wife's vehicle my tools you know uh my children's clothing my clothing of course my wife too um and $4,000 worth of cash and uh a couple other things I put as an exemption and St Luke's filed and with the court asking the court not to exempt anything that they want to take everything from me this is a this is a children's hospital right and they're wanting to

15:53
destitute my children because I guess they're my children uh you know somehow that doesn't makes sense to me how how in the world do they want to destitute my children and then on the other hand they want to somehow say that they're there as a children's hospital one of their hospitals Children's Hospital to help children and so anyway so then we had a hearing and I told you about that hearing and ultimately I went back to the judge and I said look you know it's your job to protect me from these people so you do

16:28
whatever you want want to do and today in the hearing he just said he's not going to do anything he's going to let them take it that's what he said he said he's not going to let them do he's not going to do anything and so I guess I don't know what that means I guess that means they're going to take everything every leaving my children's clothes even the the little cash I have

5

left and so you know we'll see what St Luke's does because I'm not going to negotiate with thieves you know to keep my tools so

17:00
that I can make a living for my family I'm not willing to do that these people are thieves they're liars and that's how they got the conviction they lied to the jury you know they said things like that you know um that I was a white supremist or excuse me yeah white supremist that uh that wanted to uh have the CEO of St Luke's uh hung that that that type of stuff that's what they said to the jury just crazy stuff um so they convince the jury and the jury's like oh this am he's got to be so bad and next thing you know $53

17:41
million judgment against me and uh anyway I'm kind of backing out but so that happened in the hearing the judge is pretty much just like well uh I'm not going to do anything I'm not going to protect you I'm not going to rule I'm not going to do any of that and so that'll be very interesting you know uh I wonder if the court will order that I have to just give everything to St Luke's just give it all and destitute my family I me I'm talking about everything like clothes on our back a little bit of

18:14
cash we have left um my tools my wife's vehicle I like everything and uh you know don't worry about it we'll be okay I you know we'll be okay I'll you know I'll got family friends and you know figured out but I'm not wanting people that like send me money or anything I never wanted anybody money I don't want you to send money what I want you to do is I want you to you know stand up for what is right don't be sending me no money I don't want your money and I don't want to I don't want you to think that you've

18:53
done your job as a a citizen of this country by sending me money after some place like St Luke's Health System um has done what they did to me I don't I don't want your hundred bucks or I don't want your $5500 whatever what I want is Justice to be served and I'll tell you what the head attorney on this is a wicked wicked person his name is Eric stum and he works for Holland and Hart and he is a wicked wicked individual and the fact that they would keep pushing and try to keep destroying my family the way they are and it's

19:35
authorized by the St Luke's board of directors and primarily who sets on the board of directors Chris Roth and I tell you what I don't condone it but I completely understand now why that murder happen to what was his name uh Brian Thompson of the United uh Insurance group or what your insurance whatever it was United Insurance I think it just happened today in New

6

York or maybe yesterday uh someone came up behind him and shot him in the back multiple times and I don't agree with that but I completely

20:18
understand it because I suppress those feelings every day I mean I do in the sense that I'm a Christian person and so I am not supposed to think that way so I have to push that away constantly there we go give me a thumbs up if you can hear me okay it looks like I'm back on so anyway um as I was saying I understand it because you know I I'm almost guaranteed that this person this Brian Thompson which you know I don't want to speak things that I don't know but I'm I am assuming uh because of the situation that I have

21:02
seen and a been in that that person or his company had really hurt somebody a family or maybe a whole bunch of people and they probably hid behind their lawyers because they could pay them millions of dollars and they could manipulate the courts and you know and that individual probably just saw the Injustice and couldn't live with it and couldn't allow it to continue and I'm totally guessing here but I would bet I would bet if I was a betting man I would bet that that's what went on and if they

21:37
find this guy I would bet that it comes down to an individual who was wronged by this Corporation and and by this CEO because they think they're Gods and just like Chris Roth I mean he's pushed this and pushed this and he's got his buddy uh Eric stum his attorney and he's G him a blank check and and they've just you know Holland Hart has made Millions off the donations that were given to St Luke's and people give those donations to St Luke so they they thought they were going to help a you know a child out or a family out

22:19
that couldn't pay their their bills and they're using it to pay high dollar you know attorneys to punish their political enemy and uh anyway uh so then the hearing goes on um basically they had subpoenaed my wife she's been through a lot of trauma um trying to get her to be interrogated listen to this they actually admitted to the judge today that they were going to try to inter you know to interrogate my wife in St George Utah in a hotel room can't make this stuff up and so you know of course I objected

23:10
to it and I've been trying to you know motion and get her out of being under this control and uh okay looks like I'm back and uh so the that part of this hearing was you know whether she was going to have to uh testify or not testify but well yeah testify under oath in this deposition and possibly you know testify against me and uh and the the judge you know he didn't rule on

7

that um uh so hopefully he'll decide not to you know put my wife through that trauma I don't have any faith though uh but I think you

23:57
know these judges are they're so institutionalized they don't think about people in their lives they don't they're just like the Sadducees in Christ time it's all about the law the law has nothing to do with why the law was there or why the courts were ordered or organized I mean the courts were organized for the people and the law was there to protect people and the it's completely eroded and these judges you know they come out of they go into Elementary into this into an institution they go all through high school they go

24:33
into college they come right into college into law school and they go right law school right into the institutions of the courts or whatever and then they stay in it until they're retired and you know 60 70 years old and they've never ever ever had to deal with what we as a people have to deal with n they've been completely institutionalized they don't even they don't even think about what is right or wrong moral good bad just unjust it's all just about the law and the law has been corrupted because it's been eroded

25:09
from case law clear to this point for example like the fourth amendment in the Constitution which is you know where they have to get a search uh warrant in order to search and seiz somebody's property well did you know there's like 460 something exemptions in the the court where the if a if an officer violates the Fourth Amendment but he does it under one of these exemptions he's not held accountable and it still holds up in court that's called the erosion that's corruption or at least erosion of our rights of the

25:46
Constitution that's why these courts they're completely eroded you can't trust them and these judges they do not have any perception of really what really real people have to go through they can only talk to lawyers they don't even like to talk to normal people in the courtroom and it's sad what's going on and this you know this judge you know I'm not saying he's a terrible person I don't know if he is or not but I'm saying he is completely institutionalized he can't even communicate with normal people and yet

26:19
he's trying to be some judge to judge people in what they're doing and it's just the whole thing is sour in fact I'll tell you something very interesting and he the judge is not going to like this but my brother was in on it because they seened my brother's company who who I'm working with and uh and and they subpoenaed him and so my brother was involved in it and he

8

was there and he very I thought clearly and quite eloquently articulated what happened with baby Cyrus and how injust it is what's what it's what's happening to me

27:01
now and the judge listened to it and then when he was done this is exactly what he said he said well that's an interesting spin on your interpretation of what happened he actually used that word well that's an interesting spin and my brother was just clear and he was I mean he said it the way it actually happened he was there there it wasn't hearsay and the judge he exposed himself and then later he says oh well that was probably a poor CH choice of words you know spin was probably not the right word but it it exposed

27:43
him he he'll believe whatever the St Luke's attorneys tell him and anybody that's outside of the the attorneys the courts they he just he can't even relate to he has no no connection nothing whatsoever and um it it's sad it's sad but that's where we're at that's where the courts are and so anyway this hearing was crazy I appreciate I've been rattling on for now 28 minutes and I appreciate you listening and hopefully you share this um because you know right now where we stand this is another thing I mean I

28:22
could go on but right now where we stand is they are St Luke's is asking that they take everything from us I mean I'm talking about they've already taken my wealth they've already taken my income they did that a while ago they take my home um they took you know my farm all my fruit trees all of that they took all of that and then but now they want to take what we moved with my furniture my tools that I that I make a living with and they want to take my children's clothing they want to take the the remainder of the cash that we

28:57
have my ve my my vehicle so that we can't we live 30 miles out of town we transport our kids every day into school and so they that's what they want to do and and then not on then on top of that St Luke's actually filed with the um Court to take all my stuff but then not allow me to go bankrupt that's right they filed with the court trying to get the court to not discharge the debt to not allow me to go bankrupt and so we have a hearing on January 13th on that and uh the court accepted the motion and said yeah we'll

29:41
hear it and so now we have a hearing and they're actually going to determine whether they're even going to let me go bankrupt this is after six plus months of the proceedings so in the end they'll take everything I got even my children's clothing my vehicles my tools RS everything literally completely destitute us and then not discharge the debt not allow us to go bankrupt so

9

that they can continue to every every dollar I make every $100 I make they try to get it and they'll do this for the rest of

    30:13

my life how is that Justice tell me how is this Hospital in any way even viewed as anything good these people use the name of St Luke's they they defil the name of f St Luke's because St Luke's would be turning is probably turning over in his grave well no he's probably resurrected so but the fact that they would Lo use his name and then do so much bad this is the same company that pushed all the co that you know thousands of people died in you know because they put them on respirators and R Desir and all this

    30:53

stuff that's proven now to be a killer and they proven that they knew it that back then too maybe not the lower levels but the uppers did and then and then they also this is the what the one Hospital out of only 13 hospitals in the United States that will perform excuse me perform sex chain surgeries on minors on little children this is St Luke's and you know the fact that they have been allowed to do what they're doing and they still have a reputation and you know I don't know I of course I'm sour I am sour um I'm sour of the

    31:34

whole thing and I've just wanted them to leave me alone leave my family alone but they will not they will not and they want to harass me for the rest of my life so anyway thank you for listening

---

DENY, DEFEND, DEPOSE - CEO & LAWYERS
https://youtu.be/2oNBT1nowDk
December 7, 2024
Ammon Bundy Youtube Channel

00:02
I'm out here taking a little walk it's a beautiful in fact I don't know if the sun will allow you to see it but some deer on the road right here got my buddy's horse right there the Sun's Up and anyway it's chilly out here but just beautiful and uh I had a few things that I wanted to discuss the deer don't know what to do they're going to Orchard anyway just a beautiful morning and uh I wanted to uh discuss with you a couple that I think are applicable right now oh and by the way yeah I don't wear my cowboy hat

00:53
all the time um I mean most of the time almost all the time but when I'm exercising or which I'm doing right now I guess I'm on a walk I've been doing a little better about that I a big getting a little out of hand making these brakes exhaust brakes um has been really good and working on them uh but it's been not very physical work and so I have anyway the need to start to exercise more and I don't wear my cowboy hat I wear it when I'm sleeping and I wear it when I'm eating and I wear it when I'm uh doing anything

01:37
else it's exaggeration anyway um wanted to uh talk to you a little bit about this Brian Thompson the CEO of United Health whatever uh group or I can't remember the full name of it anyway uh I just find it really interesting because when that first happened that same day I said that I would actually if I was a betting man say that uh someone had a a grudge or the CEO or United Health company was you know doing somebody wrong and this was their retaliation they uh shot the CEO of of the company and it may have been uh most

02:36
likely sanctioned uh by the CEO but I would almost guarantee that it wasn't him that did all the hurting it was his the lawyers or the company's lawyers and I understand this completely because of what has happened to me uh where a CEO sanctions something and then uh uses the money of the company to hire you know teams of attorneys to just crush and Destroy somebody now you might be saying oh I'm just speaking uh you know because of the experience that I have and I'm just saying this you know because uh this is what I want to say in

03:24
order to you know basically correlate the story or correlate the incidences and that's certainly a little bit of it but I want to point out that before I said that the other day uh I don't think people knew that on the shell casings uh that were found at the scene when Brian

11

Thompson was shot the shell casings had three words on it and they were deny defend depose and when I heard that and you know I saw it on the news I knew exactly what that meant exactly and I knew exactly why the shooter would have put those words on

04:19
the shell casings and what message he was conveying now I also want to make it really really clear man look just how beautiful it is here let me flip this around get it down here got this mountain here and maybe when I come back the sun will be high enough you can see these red red mountains over here but right now you can't it's just the glare of the sun's too too bright but it's just so beautiful out here the deer here anyway I'm grateful to be here I'm grateful for my buddy who's allowed us to live here in his apartment we live in

05:05
an attic apartment it's been very interesting uh cuz all of us all uh six or seven of us cuz my boys have come and gone so there's been seven of us at one time but six or seven of us all lived in a attic little attic apartment one bedroom and we've been there for now over a year uh anyway it's it's been kind of a wild ride but we're very very grateful for my friend and just everybody who's been so good to us and uh anyway that's how we get through hard times we have family and friends that step up and help you pick up pieces and

05:49
as long as you don't become dependent on them and and you pull your weight then that's just how we we get through things so anyway back to uh back to um this Brian Thompson and the shooter I do want to say right off the bat that I don't condone what this shooter did it's uh he took Vengeance into his own hands and unfortunately through that process he may lose his soul and that is uh sad to you know to to to know and it's also very sad that Brian Thompson um you know had lost his life and his family has to deal with that and

06:43
uh what I'm saying here is just a very real fact of what happened and um I do acknowledge that people and I'm not saying Brian Thompson I don't know accusing him I'm saying know this happens quite a bit I have experienced it quite where people go to work and they actually do things that really hurt people and then they go home to their family and they actually have you know sometimes they have a lots of money and they have a beautiful home and they actually have a a pretty good home life and uh you

07:23
know their their wives and children get to benefit from some of the terrible things that they do and and uh the reality is is sometimes that comes home and I don't know that this is the case with Brian Thompson or not I don't know who he is I don't know what he's done but I I do suspect that him and his company uh hurt somebody pretty badly and I would suspect that they

12

did it uh through attorneys and through the courts because one is that's what they do and two because that was the message that was

08:09
sent uh defend Deni or deny defend depose that is an explanation of lawfare cuz that is what they do that is what these corporate lawyers and CEOs do and I have experienced it personally so they defend they deny that they did you know anything wrong and they do it legally and they do it you know all out in you know uh sometimes well out in the open to the public they're try to deny and then they get all their lawyers and remember they have millions and millions of dollars to spend for example like St

08:47
Luke's uh you know I don't know how many millions they spent on attorneys just fight or just coming after me but I do know that St Luke's runs on a $600 million annual budget and a piece of that budget you know Millions goes to attorneys and so they use attorneys to defend and in my case they denied that they did anything wrong to baby cyers they denied and and then they crafted the story through the attorneys to defend their firm you know their well their their their institution St Luke's and then they just use tons and tons of

09:27
of lawfare to bury a person in the courts and to just cause them so much harm and pain and they do it through the Ayers and then the interesting part is part of the give me a thumbs up if you can hear me I think I lost you for a little bit anybody I'll just stay right here if uh if I can get a thumbs up looks like okay good uh I'll just stay right here then I kind of got a shadow anyway you could see me better so then it comes down to the uh depose process again this was this is all Court they they they deny it in the courts

10:13
they defend it in the courts and they depose in the courts and they do it because they have millions of dollars and an individual or a little family who had been hurt by these people by this company or these people they have no way of even countering the litigation and the you know millions of dollars that they're willing to spend to deny defend and depose let me tell you a little about the depose part part because that is the part where they make the individual's lives so miserable that they give up because they

10:52
just continue to depose they continue to subpoena they continue to serve and you're constantly drugg in and they're you know basically on the offense you know asking questions and they depose not only you but for example like my wife and they depose in fact in this case that's what we're going through right now uh St Luke's went and basically got all these entities

13

and all these people that have the the name of of last name of Bundy and they just deposing on them all like they have nothing to do with it like nothing to do

11:25
with it uh just because they have Bundy in their name then they depose them and what happens is people you know call me and they're like hey I got this letter like uh you know from the from uh St Luke's and the attorneys and they're saying that I have to show up for a deposition and what's this all about and like they have nothing to do with it but they make everybody's life so miserable by deposing deposing deposing and so this is how these people do it this is how they defend themselves and it's all

11:59
done through the court and it's a wicked wicked thing and what happens is I'm I'm certain I I'm very certain that what happened in this case that an individual was either hurt or his family was hurt or something and he saw that there was never any going to be any justice uh in the courts because the courts are being used by these lawyers to actually hurt and harm and they're not being used to make things right they're not being used to to uh to bring Justice they're just being abused by the by people with money lots of money and

12:37
especially uh these large corporations who have teams and teams of attorneys that can just keep paying them and so it's a total corruption and and erosion of the courts and it causes people a tremendous amount of pain and they do it by denying defending and opposing and there's no coincidence in my mind of why um those shell casings had deny defend depose on it because whoever put that on those shell casings has been subject or has great knowledge of someone who has been subject of corporate CEOs and their

13:26
lawyers denying defending and deposing cling and the pain that it causes individuals and families because of that and it's exactly what Eric stum and Chris Roth the CEO of St Luke's is doing to me and so I understand it that's all I'm saying I'm just saying I understand it very clearly and I understood it when I first heard of the CEO getting shot and I'm almost like was very confident that that's what was going on and then now I'm very very confident because of what the individual wrote on the shell

13:58
casings deny defend oppose it's law fair and I don't know how to fix it um it's supposed to be fixed by the judges and in some you know States it's much harder for the corporations to do it well it's a little harder but they just find you a lawyer lawyers if you pay a lawyer a high dollar lawyer a firm whatever if you if you could pay them enough there's not there's very little you

can't get done in the courts it has nothing to do with right or wrong just or unjust it has nothing to do with you

14:31
know good or bad it's all about maneuvering in the courts and it's really devastating to individuals who cannot financially uh you know defend themselves or counter what is going on uh you know against in the court against like a large corporation it is so anyway I just want to point that out um I uh oh I'll show you here I got a good neighbor here uh he's got a big Trump sign up anyway he's uh he's got a little money uh he's still a really good guy though and uh I thought you'd show you the entrance to

15:13
his Ranch so um hopefully that makes sense and hopefully I didn't rattle on too long and uh just wanted to express that and I'm going to keep an eye on this uh because if they catch this guy which she's probably not an idiot um and but I'll bet you when this thing unwinds that we will find out that he was a disgruntled uh either customer uh that was denied or he was a family member of someone that was denied and probably someone lost their life you know because of it or something serious because uh it motivated him enough to

15:56
shoot the CEO of this uh Insurance Group and uh I don't condone that I'm not saying that at all and I got some messages from reporters yesterday I think you know trying to insinuate that I was um you know condoning the action of uh Brian Thomson being shot I'm not doing that um I don't think vengeance is uh mine or anybody else's but I do know very clearly and I'll make my point here and then end that if you have a system that's supposed to be a justice system that's supposed to make wrongs right in the s in in our in our society

16:36
and you have this system uh which is our court system now that favors uh and caters and basically makes it so that only the rich get what they want in it then people become uh you know very disgruntled uh and they they don't know how Justice is ever going to be brought about and so they begin to to think that the only way that they're going to get Justice is to bring Justice themselves and I think because of the court systems and because of these judges we have which most of them are just attorneys that have become

17:16
judges I think we're going to see this happen more and more I think we're going to see people become more and more disgruntled more and more um feeling like they got to take justice into to their own hands and uh that's unfortunate but it really is uh partially the Court's fault I'm not alleviating the you know the agency that a person has to make a decision whether they're

15

Exhibit B, Page 15

going to take someone's life or do something else but these court systems um are are a big cause of it and uh I have experienced it myself and so I

17:55
wanted to share that with you so anyway man I think uh three three videos in 4 days that's like a record and this time I don't even have my cowboy hat on so I hope you have a wonderful day I really wanted to show you these uh beautiful Red Rocks behind me but the sun is just glaring too much so I can't show you so anyway hope you have a beautiful Saturday a good evening or a good uh weekend and uh just know that my family and I are okay we are suffering and it is very difficult at times and we're suffering under the hand

18:29
of uh these the uh CEO Chris Roth and his attorneys his team of attorneys uh were suffering under their hand of of denying uh defending and opposing thank you