Electronically Filed
10/20/2023 8:12 PM
Fourth Judicial District, Ada County
Trent Tripple, Clerk of the Court
By: Kelsey Robbins, Deputy Clerk

Erik F. Stidham (ISB #5483)
Robert A. Faucher (ISB #4745)
Jennifer M. Jensen (ISB #9275)
Alexandra S. Grande (ISB #9566)
Zachery J. McCraney (ISB #11552)
Anne E. Henderson (ISB #10412)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone:  208.342.5000
Facsimile:  208.343.8869
E-mail:  efstidham@hollandhart.com
         rfaucher@hollandhart.com
         jmjensen@hollandhart.com
         asgrande@hollandhart.com
         zjmccraney@hollandhart.com
         aehenderson@hollandhart.com

*Counsel for Plaintiffs*

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD; ST. LUKE'S REGIONAL MEDICAL CENTER, LTD; CHRIS ROTH, an individual; NATASHA D. ERICKSON, MD, an individual; and TRACY W. JUNGMAN, NP, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMMON BUNDY, an individual; AMMON BUNDY FOR GOVERNOR, a political organization; DIEGO RODRIGUEZ, an individual; FREEDOM MAN PRESS LLC, a limited liability company; FREEDOM MAN PAC, a registered political action committee; and PEOPLE'S RIGHTS NETWORK, a political organization,<br><br>    Defendants. | Case No. CV01-22-06789<br><br>**MOTION FOR CONTEMPT AGAINST AMMON BUNDY, PEOPLE'S RIGHTS NETWORK, AND AMMON BUNDY FOR GOVERNOR** |

MOTION FOR CONTEMPT AGAINST AMMON BUNDY, PEOPLE'S RIGHTS
NETWORK, AND AMMON BUNDY FOR GOVERNOR - 1

Plaintiffs, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP ("Plaintiffs"), by and through their attorneys of record, Holland & Hart LLP, hereby move this Court to hold Ammon Bundy, Ammon Bundy for Governor and People's Rights Network in contempt pursuant to Idaho Code § 7-601 *et seq.* and Idaho Rule of Civil Procedure 75.

Plaintiffs seek their reasonable costs and attorney fees incurred in prosecuting the contempt proceedings under Idaho Rule of Civil Procedure 75(m).

This Motion is supported by the pleadings and documents on file herein, along with the Memorandum in Support of Motion for Contempt and the Affidavit of Jennifer Jensen filed contemporaneously herewith.

Oral argument is requested.

DATED: October 20, 2023.

HOLLAND & HART LLP

By:*/s/ Erik F. Stidham*
Erik F. Stidham
*Counsel for Plaintiffs*

MOTION FOR CONTEMPT AGAINST AMMON BUNDY, PEOPLE'S RIGHTS NETWORK, AND AMMON BUNDY FOR GOVERNOR - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2023, I caused to be filed and served, via iCourt, a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Ammon Bundy for Governor<br>People's Rights Network<br>c/o Ammon Bundy<br>P.O. Box 370<br>Emmett, ID 83617 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☒ Email/iCourt/eServe:  aebundy@bundyfarms.com |
| Ammon Bundy<br>Ammon Bundy for Governor<br>People's Rights Network<br>c/o Ammon Bundy<br>4615 Harvest Ln.<br>Emmett, ID 83617-3601 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Freedom Man PAC<br>Freedom Man Press LLC<br>c/o Diego Rodriguez<br>1317 Edgewater Dr., #5077<br>Orlando, FL 32804 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email/iCourt/eServe: |
| Diego Rodriguez<br>1317 Edgewater Dr., #5077<br>Orlando, FL 32804 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☒ Email/iCourt/eServe:<br>freedommanpress@protonmail.com |

/s/ *Erik F. Stidham*
Erik F. Stidham
OF HOLLAND & HART LLP

30739811_v1

MOTION FOR CONTEMPT AGAINST AMMON BUNDY, PEOPLE'S RIGHTS NETWORK, AND AMMON BUNDY FOR GOVERNOR - 3