| Date of Item | File Name | Link to Source online |
|---|---|---|
| 9/12/2023 | The saddest thing I have seen in a long time | https://www.youtube.com/watch?v=GzC5fYUnFPM |
| 9/13/2023 | Will They Kill to Silence - Is this Really about Defamation? | https://www.youtube.com/watch?v=UpWmjQTiKrI |
| 9/29/2023 | Oh boy, do I have some information for you! | https://www.youtube.com/watch?v=4dA4lFq7da0 |
| 10/6/2023 | Judges, Lawyers & Bureaucrats are destroying this country! | https://www.youtube.com/watch?v=xYyDUfch0vU |
| 10/6/2023 | Spreaker_Larry Klayman_Govt Corruption Takes Sinister Turn w Child - 00_13_53.99 - 00_40_00.68 | https://www.spreaker.com/user/10617621/sep-16-17_1 |
| 10/6/2023 | 2023-10-06 Spreaker_Larry Klayman_Govt Corruption Takes Sinister Turn w Child - 00_13_53.99 - 00_40_00.68 | https://www.spreaker.com/user/10617621/sep-16-17_1 |
| 10/19/2023 | 2023-10-19 Joe Oltmann Live with Ammon Bundy: Evil Targets the Best of Men - Biden Admin Embarrasses US With Treatment of Israel Conflict | https://rumble.com/v3q8941-19-october-2023-joe-oltmann-live-12pm-est.html |
| 1/6/2024 | No wonder the Idaho establishment tried to silence Ammon Bundy

The Idaho good old boys make millions off of children sex change surgeries. They are pushing a transgender/homosexual agenda in Idaho. I have exposed these people many times and they hate me for it. So, they use the liberal courts to financially destroy and try and silence me. Here is a good example of what I do to make them so motivated to silence me.

St. Lukes ordered Youtube to take this video down once, we did some minor editing to satisfy Youtube and reposted it.

Long live the truth! | https://www.youtube.com/watch?v=c3pyzErrj08&t=4s |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 1/7/2024 | $250,000 warrant was issued for publishing this video!<br><br>Idaho Judge, Nancy Baskin, issued a $250,000 warrant for Ammon Bundy's arrest for publishing this video and others like it.<br><br>The Idaho good old boys will do just about anything to silence those who oppose their authoritarian agenda. They believe they have the power to take anything the wish away, including babies from parents.<br><br>Youtube was ordered by St. Luke's attorney to take this video down. After making minor edits to satisfy YouTube we republished it.<br><br>Long Live the Truth! | https://www.youtube.com/watch?v=i2CNNyZG-T8&t=10s |
| 1/8/2024 | They took a baby, got paid and lied about it!<br><br>CPS Agents, Meriden Police, St. Lukes Medical Staff FLAT-OUT lied about why they took Baby Cyrus. Here is the evidence. Then they got their attorneys to try and cover it all up using the courts.<br><br>Youtube was ordered by St. Luke's attorney to take this video down. After making minor edits to satisfy YouTube we republished it.<br><br>Long Live the Truth! | https://www.youtube.com/watch?v=0LufO632o70&t=7s |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 1/9/2024 | Our officers will kill you if you don't shut up! A Banana Republic….<br><br>St. Luke's controls IACI and IACI controls the Idaho government. They have taken Ammon's home, driven him from Idaho and put a $250,000 warrant out for his arrest. The police in Idaho will kill Ammon or Diego if they do not comply with silence. St. Lukes and the Good Old Boys of Idaho have become a Banana Republic.<br><br>This video gives compelling evidence that St. Lukes executives and staff were not defamed but will use any force necessary to silence Bundy and Rodriguez. | https://www.youtube.com/watch?v=aal8TmauA0E |
| 2/17/2024 | They took a baby from loving parents because they missed one doctors appointment<br><br>Your child or grand child gets sick, you are doing all you can to care for him but a doctor calls Child Protection Services because you miss a medical appointment. CPS uses this missing a medical appointment to take your child away and the police comes in force and rips your child from your arms. This could happen to anyone. | https://www.youtube.com/watch?v=t5HDyVlMMiA |
| 2/20/2024 | Want to know where Ammon Bundy is? | https://www.youtube.com/watch?v=6Yf4Wgd8sIg |
| 2/27/2024 | This is what political corruption looks like! Everyone knows that the BLM (Bureau of Land Management) and the FBI hate the Bundy's. So why was Judge Lynn Norton assigned to preside over the St. Luke's lawsuit? Also why was the FBI behind the scenes manipulating St. Luke's after Baby Cyrus was taken? | https://www.youtube.com/watch?v=J1rJogfCJdM |
| 3/3/2024 | I will give you $10,000 cash! | https://www.youtube.com/watch?v=Pa6U78z5FTA&t=1s |
| 3/18/2024 | $10,000 is still up for grabs | https://www.youtube.com/watch?v=xI7dnLACawQ |
| 6/17/2024 | Big Health, Corrupt Courts and the Bundy Family - Part 1 | https://youtu.be/Ge0BEEbyFoA |
| 6/17/2024 | Big Health, Corrupt Courts and the Bundy Family - Part 2 | https://youtu.be/aJYJRKbQvfI |
| 12/5/2024 | Only 13 hospitals do this in the United States | https://youtu.be/5ReZq6qg1Xs |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 8/30/2023 | I'm not going anywhere… | https://www.facebook.com/realammonbundy/videos/1298346761049257/ |
| 8/30/2023 | I'm not going anywhere… | https://www.facebook.com/realammonbundy/videos/1298346761049257/ |
| 9/13/2023 | This is one of the saddest things I've seen in a long time… | |
| 9/13/2023 | This is one of the saddest things I've seen in a long time… | https://www.facebook.com/realammonbundy/videos/990251258972261/ |
| 9/13/2023 | Will They Kill to Silence? Is this Really about Defamation?<br><br>Damning evidence that Idaho CPS, Meridian Police and St. Luke's Hospital wrongfully took a baby and will stop at nothing to silence. | https://www.facebook.com/realammonbundy/videos/846571486746773/ |
| 9/13/2023 | Will They Kill to Silence? Is this Really about Defamation? | https://www.facebook.com/realammonbundy/videos/846571486746773/ |
| 9/29/2023 | Oh boy, do I have some information for you! The truth will prevail, just as it always has. | https://www.facebook.com/realammonbundy/videos/165100789982091 |
| 9/29/2023 | Oh boy, do I have some information for you! The truth will prevail, just as it always has. | https://www.facebook.com/realammonbundy/videos/165100789982091/ |
| 10/8/2023 | Judges, Lawyers & Bureaucrats are destroying this country! | https://www.facebook.com/realammonbundy/videos/250434284227044/ |
| 10/8/2023 | Judges, Lawyers & Bureaucrats are destroying this country! | https://www.facebook.com/realammonbundy/videos/250434284227044/ |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 10/23/2023 | They think that they can come into our homes! The email: 🌩️🌩️🌩️ Mr. Bundy, In light of your e-mail of last night refusing to agree to a date and time, I'm serving on you a notice that unilaterally schedules the visit by the appraiser and me to your house on Thursday, October 26, at 10:00 a.m. Under the rules that govern these sorts of things, we're entitled to inspect the house because it's relevant to the lawsuit even though I know that wouldn't be your preference. My appraiser has told me the inspection will not last more than one hour. Please confirm you will permit the inspection at that time. I scheduled it at a time when I assume your children will be at school.<br><br>I look forward to your anticipated cooperation then. Please let me know if you have any questions or concerns.<br>Bob Faucher<br>Holland & Hart<br>RFaucher@hollandhart.com | https://fb.watch/qkAwnQDk9q/ |
| 11/1/2023 | Update - Forced Entry, Contempt Charges, Football Boys, Car Projects… | https://fb.watch/qkAU9zh0-5/ |
| 11/1/2023 | Police LIED to take this baby from his mother!<br><br>🌩️<br>Visit freedomman.org/cyrus for the full story | https://fb.watch/qkCcucbtHH/ |
| 11/2/2023 | The state taking children from parents is a serious matter. Should the courts be used to destitute a family for speaking against it? Here is what is happening to the Bundy family and why it is dangerous territory for all of us.<br>The Cost of Standing for a Baby<br>🌩️🌩️<br>https://twitter.com/realabundy/status/1720131414790693013… | https://www.facebook.com/photo/?fbid=649328354050997&set=a.161344339516070 |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 11/8/2023 | CPS took Cyrus from his loving parents and tried to give him to foster parents. Thousands of people fought to get him back and he was returned in 6 days!! Baby Cyrus is now happy and healthy in his parents' loving care!<br>Learn more here 👉 freedomman.org/cyrus | https://www.facebook.com/realammonbundy/videos/308552085431354 |
| 11/13/2023 | Today Judge Baskin issued a $250,000 warrant for my arrest. The only thing I care to say is that I don't regret any of it. I was honest in everything I said and getting Baby Cyrus back makes all of the trouble worth it. Please pray for my family. | https://www.facebook.com/photo/?fbid=654867763497056&set=pcb.654868070163692 |
| 11/21/2023 | St. Luke's attorneys would love nothing more than for me to counter sue them. They would make thousands of dollars an hour for many more years. A complete win for them no matter how it goes. The other winner would be the attorneys we hire. We would need to raise hundred of thousands of dollars to pay them. When people lose interest and stoped donating I would be left to pay the legal expenses. Finally, I don't believe there is a court in Idaho that would rule for the people and against the establishment.<br><br>I did not ask for people to donate to counter sue St. Luke's. That link was posted by someone who had access to my social media accounts. I just found out about it today.<br><br>If you wish to be refunded then I will ask the person who collected the funds to return it. Sorry for the confusion! | https://www.facebook.com/realammonbundy |
| 12/2/2023 | My response to the Atlantic Report: This case has been very intense on both sides. Many people on each side have said terrible things. It is dishonest for a reporter to take the anonymous words in a single voice mail or email and try to make it look like the mainstream. Jacob knows better than to do this. However, I'm not surprised as he is the son of two D.C. lawyers and works for a liberal rag. | https://www.facebook.com/photo?fbid=664223985894767&set=a.161344339516070 |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 12/2/2023 | St. Luke's Health System and CEO Chris Roth have officially taken ownership of my home and farm in Emmett. My family and I had many amazing memories there and it is very sad to us. When I purchased the home nearly a decade ago we dreamed of living in Emmett the rest of our lives. I pray that the Lord will bless my family with peace. I don't want to withhold anything from the Lord and I don't regret standing for baby Cyrus, but the cost has been terrible. I somehow believed that if I kept beating the drum of truth something would break loose and this attack on my family and I would not prevail. Losing our home hurts. Speaking out against the rich and powerful in the United States is expensive and dangerous. | https://www.facebook.com/photo?fbid=664681822515650&set=a.161344339516070 |
| 12/4/2023 | St. Luke's Health System took my home. Who are they and what does this mean for Idahoans? #idpol #idleg #savebabycyrus #takecareofmaya | https://www.facebook.com/realammonbundy/videos/1026670188408448 |
| 12/21/2023 | Until we defend each other, and I'm not talking in some de-facto court, we will be reduced to nothing. Fighting any other way is a waste of time and resources. People want to be popular and ask for other people's money. They claim to have the solution and that they are fighting the right way but it has all gone astray. As a people we must build a physical defense against the wicked or they will keep taking until everyone has nothing left. Just simply history.<br>☁️☁️<br>https://www.youtube.com/live/UtYyeN7QIhw?si=lslaOOVnpeVeglL_ | https://www.facebook.com/realammonbundy/videos/1023399335622011 |
| 12/22/2023 | The loss of freedom is synonymous with the consolidation of power. For Idahoans, healthcare services are becoming a massive colossus under the control of a single entity. This same power is controlling much of Idaho's government agencies and funding. St. Lukes Executives and Board of Directors are controlling much more than hospitals. For more info click here 👉 | https://www.facebook.com/realammonbundy |
| 12/28/2023 | Update on the money St.Luke's CEO stole right before Christmas | https://www.facebook.com/realammonbundy/videos/330420596502471 |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 1/6/2024 | The Idaho good old boys make millions off of sex change surgeries on children. They are pushing a transgender/homosexual agenda in Idaho. I have exposed these people many times and they hate me for it. So, they use the liberal courts to financially destroy and try to silence me. Here is a good example of what I do to make them so motivated to silence me. https://youtu.be/c3pyzErrj08?si=xxGTe9iooEjhWnZZ | https://www.facebook.com/realammonbundy/videos/321334327558044 |
| 1/8/2024 | Idaho Judge, Nancy Baskin, issued a $250,000 warrant for Ammon Bundy's arrest for publishing this video and others like it. The Idaho good old boys will do just about anything to silence those who oppose their authoritarian agenda. They believe they have the power to take anything they wish away, including babies from parents. Youtube was ordered by St. Luke's attorney to take this video down. After making minor edits to satisfy YouTube we republished it. https://youtu.be/i2CNNyZG-T8?si=5TqFDyFbm0IaawN- Long Live the Truth! | https://www.facebook.com/realammonbundy/videos/927818778695541 |
| 1/9/2024 | They took a baby, got paid and lied about it! CPS Agents, Meriden Police, St. Lukes Medical Staff FLAT-OUT lied about why they took Baby Cyrus. Here is the evidence. Then they got their attorneys to try and cover it all up using the courts. | https://www.facebook.com/realammonbundy/videos/359073530086723 |
| 2/22/2024 | They took a baby from loving parents because they missed one doctor's appointment! | https://www.facebook.com/realammonbundy/videos/1576073056491525/ |
| 2/26/2024 | Want to know where Ammon Bundy is? | https://www.facebook.com/realammonbundy/videos/1174890043473864/ |
| 2/29/2024 | This is what POLITICAL CORRUPTION looks like! Everyone knows that the BLM (Bureau of Land Management) and the FBI hate the Bundys. So why was Judge Lynn Norton assigned to preside over the St. Luke's lawsuit? Also why was the FBI behind the scenes manipulating St. Luke's after Baby Cyrus was taken? | https://www.facebook.com/realammonbundy/videos/363015776606531 |
| 3/4/2024 | I will give you $10,000 cash on one condition. | https://www.facebook.com/realammonbundy/videos/772393078142923 |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 3/14/2024 | I have been asked this several times. "Why did you not mobilize PRN to defend your house that St Luke's seized? Like you defended the Bundy Ranch before." | https://www.facebook.com/photo/?fbid=721877080129457&set=a.161344339516070 |
| 4/24/2024 | Hey everyone, I just wanted to update you all on something important. I recently offered $10,000 to anyone who could prove I ever lied. Despite facing a massive $53 million lawsuit from St Luke's Hospital, no one has been able to show where I lied. It's frustrating because this lawsuit has cost me everything - my home, my life, and even drove me out of Idaho. It's baffling that despite all this, no one can come up with any evidence. So, I'm upping the stakes. I'm now offering $20,000 to any member of the jury from my trial if they can prove I lied. | https://www.facebook.com/realammonbundy/videos/353710577702024 |
| 6/22/2024 | Big Health, Corrupt Courts and the Bundy Family - Part 1<br>The same story as the many others who have spoken out against those in power. It just happened to Bundy first. | https://www.facebook.com/realammonbundy/videos/1185131482525546 |
| 6/22/2024 | Big Health, Corrupt Courts and the Bundy Family - Part 2<br>The same story as the many others who have spoken out against those in power. It just happened to Bundy first. | https://www.facebook.com/realammonbundy/videos/1216564472837750 |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 8/30/2023 | I'm not going anywhere… | https://twitter.com/RealABundy/status/1696940304627097887 |
| 8/30/2023 | I'm not going anywhere… | |
| 9/13/2023 | This is one of the saddest things I've seen in a long time | https://twitter.com/RealABundy/status/1702121766066217056 |
| 9/13/2023 | This is one of the saddest things I've seen in a long time | https://twitter.com/RealABundy/status/1702121766066217056 |
| 9/13/2023 | Will They Kill to Silence? Is this Really about Defamation? Damning evidence that Idaho CPS, Meridian Police and St. Luke's Hospital wrongfully took a baby and will stop at nothing to silence. Check this video out for more evidence. They even lied to the jury! | https://twitter.com/RealABundy/status/1702187197741334757 |
| 9/13/2023 | Will They Kill to Silence? Is this Really about Defamation? Damning evidence that Idaho CPS, Meridian Police and St. Luke's Hospital wrongfully took a baby and will stop at nothing to silence. Check this video out for more evidence. They even lied to the jury! | https://twitter.com/RealABundy/status/1702187197741334757 |
| 9/29/2023 | The truth will prevail, just as it always has | https://twitter.com/RealABundy/status/1707959883138465920 |
| 9/29/2023 | The truth will prevail, just as it always has | https://twitter.com/RealABundy/status/1707959883138465920 |
| 10/8/2023 | Judges, Lawyers & Bureaucrats are destroying this country! | https://twitter.com/RealABundy/status/1711163533159723172 |
| 10/8/2023 | Judges, Lawyers & Bureaucrats are destroying this | https://twitter.com/RealABundy/status/1711163533 |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 10/23/2023 | They think that they can come into our homes!<br>.<br>The email:<br>👇👇👇<br>Mr. Bundy,<br><br>In light of your e-mail of last night refusing to agree to a date and time, I'm serving on you a notice that unilaterally schedules the visit by the appraiser and me to your house on Thursday, October 26, at 10:00 a.m.  Under the rules that govern these sorts of things, we're entitled to inspect the house because it's relevant to the lawsuit even though I know that wouldn't be your preference. My appraiser has told me the inspection will not last more than one hour.<br><br>Please confirm you will permit the inspection at that time.  I scheduled it at a time when I assume your children will be at school.<br><br>I look forward to your anticipated cooperation then. Please let me know if you have any questions or concerns.<br>Bob Faucher<br>Holland & Hart<br>RFaucher@hollandhart.com | https://twitter.com/RealABundy/status/1716683152515543145 |
| 11/1/2023 | Forced Entry, Contempt Charges, Football Boys, Car Projects…10/24 Update | https://twitter.com/RealABundy/status/1719698428655993190 |
| 11/1/2023 | Police LIED to take this baby from his mother!<br>👇<br>Visit http://freedomman.org/cyrus for the full story | https://twitter.com/RealABundy/status/1719911028924776848 |
| 11/2/2023 | The state taking children from parents is a serious matter. Should the courts be used to destitute a family for speaking against it? Here is what is happening to the Bundy family and why it is dangerous territory for all of us.<br><br>The Cost of Standing for a Baby<br>👇👇<br>https://pplsrghts.org/43ecaf2b-41d2-4c94-8f80-0793ef7ce319 | https://twitter.com/RealABundy/status/1720131414790693013 |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 11/8/2023 | CPS took Cyrus from his loving parents and tried to give him to foster parents. Thousands of people fought to get him back and he was returned in 6 days!! Baby Cyrus is now happy and healthy in his parents' loving care!<br><br>Learn more here 👉 http://freedomman.org/cyrus | https://twitter.com/RealABundy/status/1722485923504439579 |
| 11/13/2023 | Today Judge Baskin issued a $250,000 warrant for my arrest. The only thing I care to say is that I don't regret any of it. I was honest in everything I said and getting Baby Cyrus back makes all of the trouble worth it. Please pray for my family. | https://twitter.com/RealABundy/status/1724248718352740798/photo/1 |
| 11/21/2023 | St. Luke's attorneys would love nothing more than for me to counter sue them. They would make thousands of dollars an hour for many more years. A complete win for them no matter how it goes. The other winner would be the attorneys we hire. We would need to raise hundred of thousands of dollars to pay them. When people lose interest and stoped donating I would be left to pay the legal expenses. Finally, I don't believe there is a court in Idaho that would rule for the people and against the establishment.<br><br>I did not ask for people to donate to counter sue St. Luke's. That link was posted by someone who had access to my social media accounts. I just found out about it today.<br><br>If you wish to be refunded then I will ask the person who collected the funds to return it. Sorry for the confusion! | https://twitter.com/RealABundy/status/1727076810330964336 |
| 12/1/2023 | My response to the Atlantic Report: This case has been very intense on both sides. Many people on each side have said terrible things. It is dishonest for a reporter to take the anonymous words in a single voice mail or email and try to make it look like the mainstream. Jacob knows better than to do this. However, I'm not surprised as he is the son of two D.C. lawyers and works for a liberal rag. @TheAtlantic<br> #idpol #idleg #savebabycyrus #takecareofmaya | https://twitter.com/RealABundy/status/1730747287091945524 |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 12/2/2023 | St. Luke's Health System and CEO Chris Roth have officially taken ownership of my home and farm in Emmett. My family and I had many amazing memories there and it is very sad to us. When I purchased the home nearly a decade ago we dreamed of living in Emmett the rest of our lives. I pray that the Lord will bless my family with peace. I don't want to withhold anything from the Lord and I don't regret standing for baby Cyrus, but the cost has been terrible. I somehow believed that if I kept beating the drum of truth something would break loose and this attack on my family and I would not prevail. Losing our home hurts. Speaking out against the rich and powerful in the United States is expensive and dangerous. | https://twitter.com/RealABundy/status/1731046034904629476 |
| 12/4/2023 | St. Luke's Health System took my home. Who are they and what does this mean for Idahoans? #idpol #idleg #savebabycyrus #takecareofmaya | https://twitter.com/RealABundy/status/1731783290816745769 |
| 12/21/2023 | Until we defend each other, and I'm not talking in some de-facto court, we will be reduced to nothing. Fighting any other way is a waste of time and resources. People want to be popular and ask for other people's money. They claim to have the solution and that they are fighting the right way but it has all gone astray. As a people we must build a physical defense against the wicked or they will keep taking until everyone has nothing left. Just simply history.<br><br>🌩️ 🌩️<br>https://youtube.com/live/UtYyeN7QIhw?si=lslaOOVnpeVeglL_ | https://twitter.com/RealABundy/status/1738079030258114974 |
| 12/21/2023 | Until we defend each other, and I'm not talking in some de-facto court, we will be reduced to nothing. | https://twitter.com/RealABundy/status/1738079030258114974 |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 12/22/2023 | The loss of freedom is synonymous with the consolidation of power. For Idahoans, healthcare services are becoming a massive colossus under the control of a single entity.  This same power is controlling much of Idaho's government agencies and funding. St. Lukes Executives and Board of Directors are controlling much more than hospitals.<br><br>For more info click here 👉 https://nislowgrow.org/slog-blog/south-idaho-healthcare-colossus-st-luke<br><br>#idleg #savebabycyrus  #idpol | https://twitter.com/RealABundy/status/1738414694413590567 |
| 12/28/2023 | Update on the money St. Luke's CEO stole right before Christmas | https://twitter.com/RealABundy/status/1740586269804277954 |
| 1/6/2024 | The Idaho good old boys make millions off of sex change surgeries on children. They are pushing a transgender/homosexual agenda in Idaho. I have exposed these people many times and they hate me for it. So, they use the liberal courts to financially destroy and try to silence me. Here is a good example of what I do to make them so motivated to silence me. https://youtu.be/c3pyzErrj08?si=xxGTe9iooEjhWnZZ | https://twitter.com/RealABundy/status/1743868545405001854 |
| 1/8/2024 | Idaho Judge, Nancy Baskin, issued a $250,000 warrant for Ammon Bundy's arrest for publishing this video and others like it.<br><br>The Idaho good old boys will do just about anything to silence those who oppose their authoritarian agenda. They believe they have the power to take anything they wish away, including babies from parents.<br><br>Youtube was ordered by St. Luke's attorney to take this video down. After making minor edits to satisfy YouTube we republished it. https://youtu.be/i2CNNyZG-T8?si=5TqFDyFbm0IaawN-<br><br>Long Live the Truth! | https://twitter.com/RealABundy/status/1744424938373558378 |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 1/9/2024 | They took a baby, got paid and lied about it!<br><br>CPS Agents, Meriden Police, St. Lukes Medical Staff FLAT-OUT lied about why they took Baby Cyrus. Here is the evidence. Then they got their attorneys to try and cover it all up using the courts. | https://twitter.com/RealABundy/status/1744791268662591781 |
| 2/22/2024 | They took a baby from loving parents because they missed one doctor's appointment! | https://twitter.com/RealABundy/status/1760922054390382834 |
| 2/23/2023 | Imagine your child or grandchild gets sick and you are doing all you can to care for him, but a doctor calls Child Protection Services because you miss a medical appointment. CPS uses this missed medical appointment as a reason to take your child away and the police come in force and rip your child from your arms. This could happen to anyone. | https://twitter.com/RealABundy/status/1760924034940772556 |
| 2/26/2024 | Want to Know where Ammon Bundy is? | https://twitter.com/RealABundy/status/1762304969590419865 |
| 2/29/2024 | This is what POLITICAL CORRUPTION looks like! Everyone knows that the BLM (Bureau of Land Management) and the FBI hate the Bundys. So why was Judge Lynn Norton assigned to preside over the St. Luke's lawsuit? Also why was the FBI behind the scenes manipulating St. Luke's after Baby Cyrus was taken? | https://twitter.com/RealABundy/status/1763431080927932734 |
| 3/4/2024 | I will give you $10,000 cash on one condition. | https://twitter.com/RealABundy/status/1764897589982384450 |
| 3/14/2024 | I have been asked this several times.<br><br> "Why did you not mobilize PRN to defend your house that St Luke's seized? Like you defended the Bundy Ranch before."<br><br>Here is my answer: …. | https://twitter.com/RealABundy/status/1768305866304827692 |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| | Link to Instagram page | https://www.instagram.com/realammonbundy/ |
| 8/30/2023 | I'm not going anywhere… | https://www.instagram.com/p/Cwk-0XMNCA7/ |
| 9/13/2023 | This is one of the saddest things I've seen in a long time | https://www.instagram.com/p/CxKLdonO-Uz/ |
| 9/13/2023 | Will They Kill to Silence? Is this Really about Defamation? | https://www.instagram.com/p/CxKPSFuOCXD/ |
| 9/29/2023 | The truth will prevail, just as it always has | https://www.instagram.com/p/CxzPCPYNoRa/ |
| 9/29/2023 | The truth will prevail, just as it always has | |
| 10/8/2023 | Judges, Lawyers & Bureaucrats are destroying this country! | https://www.instagram.com/p/CyKBhgjNucu/ |
| 10/23/2023 | They think that they can come into our homes! | https://www.instagram.com/p/CyxPH53M5wU/ |
| 11/1/2023 | Police LIED to take this baby from his mother! | https://www.instagram.com/p/CzIGnqPtrnw/ |
| 11/1/2023 | Forced Entry, Contempt Charges, Football Boys, Car Projects…10/24 Update | https://www.instagram.com/p/CzGniTBOm7H/ |
| 11/2/2023 | The state taking children from parents is a serious matter | https://www.instagram.com/p/CzJ8IhHpr8v/ |
| 11/8/2023 | CPS took Cyrus from his loving parents and tried to give him to foster parents. | https://www.instagram.com/p/CzacwbDOlcx/ |
| 11/13/2023 | Today Judge Baskin issued a $250,000 warrant for my arrest. | https://www.instagram.com/p/Czm_QIBNt7V/?img_index=1 |
| 12/1/2023 | My response to the Atlantic Report: This case has been very intense on both sides. | https://www.instagram.com/p/C0VHb-ht4XU/ |
| 12/2/2023 | St. Luke's Health System and CEO Chris Roth have officially taken ownership of my home and farm in Emmett. | https://www.instagram.com/p/C0XSkJAJCIe/ |
| 12/4/2023 | St. Luke's Health System took my home. Who are they and what does this mean for Idahoans? | https://www.instagram.com/p/C0ciMhfpL6r/ |
| 12/21/2023 | Until we defend each other, and I'm not talking in some de-facto court, we will be reduced to nothing | https://www.instagram.com/p/C1JRDf3uk7w/ |
| 12/22/2023 | The loss of freedom is synonymous with the consolidation of power. For Idahoans, healthcare services are becoming a massive colossus under the control of a single entity | https://www.instagram.com/p/C1LoizmN0qf/ |
| 12/28/2023 | Update on the money St. Lukes CEO stole right before Christmas | https://www.instagram.com/p/C1bEfPut9Qf/ |
| 12/29/2023 | So Sorry the last video was cut off. Here's the full version! Update on the money St.Lukes CEO stole right before christmas | https://www.instagram.com/p/C1cIcpoupbQ/ |
| 1/6/2024 | The Idaho good ol boys make millions off of sex change surgeries on children. | https://www.instagram.com/p/C1yXmdDNtKI/ |
| 1/8/2024 | Idaho Judge, Nancy Baskin issued a $250,000 warrant for Ammon Bundy's arrest for publishing this video and others like it | https://www.instagram.com/p/C12TfNzuqh1/ |
| 1/9/2024 | They took a baby, got paid and lied about it! | https://www.instagram.com/p/C1474XGpWr9/ |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 2/23/2024 | Imagine your child or grandchild gets sick and you are doing all you can to care for him, but a doctor calls Child Protection Services because you miss a medical appointment | https://www.instagram.com/p/C3rmLFpOA_a/ |
| 2/26/2024 | Want to know where Ammon Bundy is? | https://www.instagram.com/p/C31Xyp9thvP/ |
| 2/29/2024 | This is what POLITICAL CORRUPTION looks like! Everyone knows that the BLM (Bureau of Land Management) and the FBI hate the Bundys. So why was Judge Lynn Norton assigned to preside over the St. Luke's lawsuit? Also why was the FBI behind the scenes manipulating St. Luke's after Baby Cyrus was taken? | https://www.instagram.com/p/C39YKkMtELk/ |
| 3/4/2024 | I will give you $10,000 cash on one condition. | https://www.instagram.com/p/C4HzNYzOE9m/ |
| 4/24/2024 | Hey everyone, I just wanted to update you all on something important. I recently offered $10,000 to anyone who could prove I ever lied. | https://www.instagram.com/reel/C6K6OowtVa2/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |
| 6/21/2024 | Big Health, Corrupt Courts and the Bundy Family - Part 1<br>The same story as the many others who have spoken out against those in power. It just happened to Bundy first. | https://www.instagram.com/reel/C8fvkyvJPhk/?utm_source=ig_web_copy_link |
| 6/21/2024 | Big Health, Corrupt Courts and the Bundy Family - Part 2<br>The same story as the many others who have spoken out against those in power. It just happened to Bundy first. | https://www.instagram.com/reel/C8hgUdGOgiK/?utm_source=ig_web_copy_link&igsh=MzRlODBiNWFlZA== |

| Date of Item | File Name | Link to Source online |
|---|---|---|
| 8/31/2023 | The Cost of Standing for a Baby - Update 25<br>The state taking children from parents is a serious matter. Should the courts be used to destitute a family for speaking against it? Here is what is happening to the Bundy family and why it is dangerous territory for all of us. | https://www.peoplesrights.ws/news_view?/the-cost-of-standing-for-a-baby&id=43ecaf2b-41d2-4c94-8f80-0793ef7ce319 |
| 11/28/2023 | Come No More Upon Me, A Warning Letter From, Ammon Bundy - Update 18 - To date, St Luke's team of attorneys have used the courts to put a lien on my home, forcing me to sell it. I have been forced to liquidate all my assets except a few and my family and I have no idea when any of this will end. St. Luke's CEO, Chris Roth, has given Holland & Hart a blank check to financially destroy Diego and I. Mis-using the courts, they have put us under constant threat of losing everything we have worked for our entire lives. | https://www.peoplesrights.ws/news_view?/come-no-more-upon-me-a-warning-letter-from-ammon-bundy&id=f6984a7c-eafc-4082-a3b4-e99dfe129733 |
| 12/27/2023 | The Legal Battle Against St. Lucifer's Hospital, Has Only Just Begun<br>St. Lucifer's Hospital will find out that sowing lies and injustice to the Bundy family will reap justice and truth against them. | https://www.peoplesrights.ws/news_view?/the-legal-battle-against-st-lucifer-s-hospital-has-only-just-begun&id=331bf032-7eff-4ec6-9b7e-9b1999767f57 |
| 1/26/2024 | UNDER ATTACK, the Peoples Rights System is Alive, Strong, and Well!<br>The People's Rights System (the website) has been under fierce "legal" attack during the last few months by those who do not like their actions being brought into view of the public eye. However, the system is still alive, strong and well. Please use www.PeoplesRights.WS to access the site. Your login and the functionality is all still the same as it was before. Read below for the gory details. | https://www.peoplesrights.ws/news_view?/under-attack-the-peoples-rights-system-is-alive-strong-and-well&id=eb1b3248-e7eb-4fc6-9bd0-86e52a925fee |