PROSE, 727OBJ, DELAYDISC, CLKFEE

## U.S. Bankruptcy Court
## District of Utah (St. George)
## Bankruptcy Petition #: 24-23530

| | |
|---|---|
| *Assigned to:* William T. Thurman | *Date filed:* 07/17/2024 |
| Chapter 7 | *341 meeting:* 08/19/2024 08:30 AM |
| Voluntary | *Original Deadline for filing claims:* 12/02/2024 |
| Asset | *Deadline for objecting to discharge:* 10/15/2024 |

**Debtor**
**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721
WASHINGTON-UT
208-872-4030
SSN / ITIN: xxx-xx-7962

represented by **Ammon Edward Bundy**
PRO SE

**Trustee**
**Mark C. Rose tr**
McKay, Burton & Thurman, P.C.
2180 South 1300 East
Suite 400
Salt Lake City, UT 84106
801-521-4135
trustee@mbt-law.com

represented by **George B. Hofmann**
Cohne Kinghorn PC
111 East Broadway
11th Floor
Salt Lake City, UT 84111
(801) 363-4300
Fax : (801) 363-4378
Email: ghofmann@ck.law

**Mark C. Rose tr**
McKay, Burton & Thurman, P.C.
2180 South 1300 East
Suite 400
Salt Lake City, UT 84106
801-521-4135
Fax : 801-521-4252
Email: trustee@mbt-law.com

**U.S. Trustee**
**United States Trustee**
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111
USTPRegion19.SK.ECF@usdoj.gov

represented by **Matthew James Burne**
Office of the United States Trustee
405 South Main Street
Suite 300
Salt Lake City, UT 84111
801-524-5734
Fax : 801-524-5628
Email: matthew.burne@usdoj.gov

**David W. Newman tr**
Office of United States Trustee
Washington Federal Bank Building
405 South Main Street

Suite 300
Salt Lake City, UT 84111
801-524-5149
Fax : 801-524-5628
Email: david.w.newman@usdoj.gov

**Debtor(s) email addresses used for BNC noticing ONLY**

| Filing Date | # | Docket Text |
|---|---|---|
| 12/09/2024 | 197 (1 pg) | Second Clerk's Notice of Fees Due (related document(s):161 Amended Schedules/List of Creditors/Statements). Amount Due: $34.00. Fee due by 12/19/2024. (gci) (EOD: 12/09/2024) |
| 12/04/2024 | | Minute Entry Re: (related document(s):20 Objection to Debtor's Claim of Exemptions filed by Mark C. Rose tr, 22 Objection to Debtor's Claim of Exemptions filed by Chris Roth, St. Luke's Health System, Ltd, St. Luke's Regional Medical Center, Ltd, Natasha Erickson, M.D, Tracy Jungman, N.P.). Appearances: Appearances: Eric Stidham, Engels Tejeda, Robert Faucher (Natasha Erickson, M.D, Tracy Jungman, N.P, Chris Roth, St. Luke's Health System, Ltd, St. Luke's Regional Medical Center, Ltd.); Mark Rose(TR); Jeffrey Trousedale(Atty for TR); Ammon Bundy(DB); Lisa Bundy(Interested Party); Ryan Bundy(Interested Party). At the hearings on 12/4/24, the evidentiary hearing on the Objections to Debtor's Claim of Exemptions set for Friday, December 6, 2024 was discussed and it was determined that objections are moot and the hearing is stricken. (skr) (EOD: 12/04/2024) |
| 12/04/2024 | | Minute Entry Re: 177 Motion to Compel Filed by Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.. Appearances: Eric Stidham, Engels Tejeda, Robert Faucher (Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.); Mark Rose(TR); Jeffrey Trousedale(Atty for TR); Ammon Bundy(DB); Lisa Bundy(Interested Party); Ryan Bundy(Interested Party). Matter taken under advisement. (skr) (EOD: 12/04/2024) |
| 12/04/2024 | | Minute Entry Re: 181 Motion to Compel Filed by Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.. Appearances: Eric Stidham, Engels Tejeda, Robert Faucher (Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.); Mark Rose(TR); Jeffrey Trousedale(Atty for TR); Ammon Bundy(DB); Lisa Bundy(Interested Party); Ryan Bundy(Interested Party). Matter taken under advisement. (skr) (EOD: 12/04/2024) |
| 12/04/2024 | | Minute Entry Re: 179 Motion to Compel Filed by Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd..Appearances: Eric Stidham, Engels Tejeda, Robert Faucher (Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.); Mark Rose(TR); Jeffrey Trousedale(Atty for TR); Ammon Bundy(DB); Lisa Bundy(Interested Party); Ryan Bundy(Interested Party). Matter taken under advisement. (skr) (EOD: 12/04/2024) |

| | | |
|---|---|---|
| 12/04/2024 | | Minute Entry Re: 163 Motion to Quash Filed by Lisa M. Bundy. Appearances: Eric Stidham, Engels Tejeda, Robert Faucher (Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.); Mark Rose(TR); Jeffrey Trousdale(Atty for TR); Ammon Bundy(DB); Lisa Bundy(Interested Party); Ryan Bundy(Interested Party). Matter taken under advisement. During the course of the hearing Ammon Bundy made a motion to seal the medical records regarding Lisa Bundy which motion was granted requiring compliance by December 13, 2024. (skr) (EOD: 12/04/2024) |
| 12/04/2024 | | Minute Entry Re: 183 Motion to Compel Filed by Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.. Appearances: Eric Stidham, Engels Tejeda, Robert Faucher (Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.); Mark Rose(TR); Jeffrey Trousdale(Atty for TR); Ammon Bundy(DB); Lisa Bundy(Interested Party); Ryan Bundy(Interested Party). Matter taken under advisement. (skr) . (EOD: 12/04/2024) |
| 12/04/2024 | 196 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 12/4/2024 2:01:55 PM ]. File Size [ 37032 KB ]. Run Time [ 01:17:09 ]. (Motion to Compel Ammon Bundy's Compliance with Rule 2004 Subpoena and For Sanctions [Dkt. 181]). (admin). (EOD: 12/04/2024) |
| 12/04/2024 | 195 (2 pgs) | Motion to Seal Documents Relating to Lisa Bundy's Medical Records. Filed by Ammon Edward Bundy. (tdg) (EOD: 12/04/2024) |
| 12/02/2024 | | Creditor Request for Notices. Creditor Added: Chris Roth. Filed by Chris Roth. (Tejeda, Engels) (EOD: 12/02/2024) |
| 11/30/2024 | 194 (2 pgs) | Supplemental Certificate of Service (related document(s):193 Reply) Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St Luke's Regional Medical Center, Ltd. St. Luke's Health System, Ltd. St. Luke's Health System, Ltd. St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/30/2024) |
| 11/29/2024 | 193 (5 pgs) | Reply to (related document(s):179 Motion to Compel) *LISA BUNDYs COMPLIANCE WITH RULE 2004 SUBPOENA* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St Luke's Regional Medical Center, Ltd. St. Luke's Health System, Ltd. St. Luke's Health System, Ltd. St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/29/2024) |
| 11/27/2024 | 192 (12 pgs) | Notice (related document(s):34 Order on Motion for Examination) *Notice of Intent to Serve Subpoena to Mountain America Federal Credit Union, d/b/a Mountain America Credit Union.* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. St Luke's Regional Medical Center, Ltd. St. Luke's Health System, Ltd. St. Luke's Health System, Ltd. St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/27/2024) |

| Date | Document | Description |
|---|---|---|
| 11/27/2024 | [191](#) (14 pgs) | Notice (related document(s):113 Order on Motion for Examination) *Notice of Intent to Serve Subpoena Upon Lydia Bundy* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St Luke's Regional Medical Center, Ltd. St. Luke's Health System, Ltd. St. Luke's Health System, Ltd. St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/27/2024) |
| 11/27/2024 | [190](#) (7 pgs; 2 docs) | Motion for Examination Under Rule 2004 *of RYAN C. BUNDY* Filed by Natasha D. Erickson, Natasha Erickson, M.D. Tracy W. Jungman, Tracy Jungman, N.P. Chris Roth, St Luke's Regional Medical Center, Ltd. St. Luke's Health System, Ltd. St. Luke's Health System, Ltd. St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Attachments: # 1 Proposed Order GRANTING ST. LUKES CREDITORS MOTION PURSUANT TO FED.R. BANKR.PRO. 2004 FOR AN ORDER AUTHORIZING AN EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY, RYAN C. BUNDY) (Tejeda, Engels) (EOD: 11/27/2024) |
| 11/26/2024 | | Creditor Request for Notices. Creditor Added: St. Luke's Health System, Ltd. Filed by St. Luke's Health System, Ltd. (Tejeda, Engels) (EOD: 11/26/2024) |
| 11/26/2024 | | Creditor Request for Notices. Creditor Added: St. Luke's Health System, Ltd. Filed by St. Luke's Health System, Ltd. (Tejeda, Engels) (EOD: 11/26/2024) |
| 11/26/2024 | | Creditor Request for Notices. Creditor Added: St. Luke's Regional Medical Center, Ltd. Filed by St Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/26/2024) |
| 11/26/2024 | | Creditor Request for Notices. Creditor Added: Natasha D. Erickson. Filed by Natasha D. Erickson. (Tejeda, Engels) (EOD: 11/26/2024) |
| 11/25/2024 | [189](#) (29 pgs) | Response to St. Lukes Motion to Compel Lisa Bundy's Compliance With Rule 2004 Subpoena (related document(s):179 Motion to Compel) Filed by Lisa M. Bundy. (tdg) (EOD: 11/25/2024) |
| 11/25/2024 | | Creditor Request for Notices. Creditor Added: Tracy W. Jungman. Filed by Tracy W. Jungman. (Tejeda, Engels) (EOD: 11/25/2024) |
| 11/15/2024 | [188](#) (5 pgs) | Reply to (related document(s):138 Reply) *in Support of St. Luke's Creditors Objection to Debtor's Claimed Exemptions* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/15/2024) |
| 11/15/2024 | [187](#) (9 pgs) | Notice *of Intent to Serve Subpoena* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/15/2024) |
| 11/15/2024 | [186](#) (4 pgs) | Exhibit *List and Witness List of St, Luke's Creditors for December 6, 2024 Hearung Regarding Exemptions* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/15/2024) |
| 11/08/2024 | | Clerk's Notice of Activated Hearing. The hearing in this matter will go forward per Request of Chambers. (related document(s):177 Motion to |

| Date | Doc # | Description |
|---|---|---|
| | | Compel filed by Chris Roth, St. Luke's Health System, Ltd, St. Luke's Regional Medical Center, Ltd, Natasha Erickson, M.D, Tracy Jungman, N.P, 179 Motion to Compel filed by Chris Roth, St. Luke's Health System, Ltd, St. Luke's Regional Medical Center, Ltd, Natasha Erickson, M.D, Tracy Jungman, N.P, 181 Motion to Compel filed by Chris Roth, St. Luke's Health System, Ltd, St. Luke's Regional Medical Center, Ltd, Natasha Erickson, M.D, Tracy Jungman, N.P, 183 Motion to Compel filed by Chris Roth, St. Luke's Health System, Ltd, St. Luke's Regional Medical Center, Ltd, Natasha Erickson, M.D, Tracy Jungman, N.P.) (jst) (EOD: 11/08/2024) |
| 11/08/2024 | | Hearing Set (related document(s):177 Motion to Compel) Hearing scheduled for 12/4/2024 at 02:00 PM at ZoomGov.com/join - WTT: Meeting ID: 160 7523 8590, Passcode: 9626637, Phone 1-669-254-5252. (jst) (EOD: 11/08/2024) |
| 11/08/2024 | | Hearing Set (related document(s):179 Motion to Compel) Hearing scheduled for 12/4/2024 at 02:00 PM at ZoomGov.com/join - WTT: Meeting ID: 160 7523 8590, Passcode: 9626637, Phone 1-669-254-5252. (jst) (EOD: 11/08/2024) |
| 11/08/2024 | | Hearing Set (related document(s):183 Motion to Compel) Hearing scheduled for 12/4/2024 at 02:00 PM at ZoomGov.com/join - WTT: Meeting ID: 160 7523 8590, Passcode: 9626637, Phone 1-669-254-5252. (jst) (EOD: 11/08/2024) |
| 11/08/2024 | 185 (6 pgs) | Notice and Opportunity for Hearing (related document(s):181 Motion to Compel) Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. Hearing scheduled for 12/4/2024 at 02:00 PM at ZoomGov.com/join - WTT: Meeting ID: 160 7523 8590, Passcode: 9626637, Phone 1-669-254-5252. Deadline for filing objections: 11/25/2024. (Tejeda, Engels). Related document(s) 177 Motion to Compel *Testimony Despite Fifth Amendment Objection* filed by Creditor Chris Roth, Creditor St. Luke's Health System, Ltd., Creditor St. Luke's Regional Medical Center, Ltd., Creditor Natasha Erickson, M.D., Creditor Tracy Jungman, N.P., 179 Motion to Compel *Lisa Bundy's Compliance with Rule 2004 Subpoena* filed by Creditor Chris Roth, Creditor St. Luke's Health System, Ltd., Creditor St. Luke's Regional Medical Center, Ltd., Creditor Natasha Erickson, M.D., Creditor Tracy Jungman, N.P., 183 Motion to Compel *Bundy Motors Company's Compliance with Rule 2004 Subpoena* filed by Creditor Chris Roth, Creditor St. Luke's Health System, Ltd., Creditor St. Luke's Regional Medical Center, Ltd., Creditor Natasha Erickson, M.D., Creditor Tracy Jungman, N.P.. Modified on 11/8/2024 (jst). (EOD: 11/08/2024) |
| 11/07/2024 | 184 (41 pgs) | Declaration re: *of Robert A. Faucher Regarding Bundy Motors Company's Rule 2004 Examination* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/07/2024) |
| 11/07/2024 | 183 (9 pgs) | Motion to Compel *Bundy Motors Company's Compliance with Rule 2004 Subpoena* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/07/2024) |
| 11/07/2024 | 182 (37 pgs) | Declaration re: (related document(s):181 Motion to Compel) *Ammon Bundy's Compliance With Rule 2004* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/07/2024) |

| Date | Doc | Description |
|---|---|---|
| 11/07/2024 | [181](#) (11 pgs) | Motion to Compel *Ammon Bundy's Compliance with Rule 2004 Subpoena and For Sanctions* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/07/2024) |
| 11/07/2024 | [180](#) (95 pgs) | Declaration re: (related document(s):[179](#) Motion to Compel) *Lisa Bundy's Compliance with Rule 2004 Subpoena* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/07/2024) |
| 11/07/2024 | [179](#) (8 pgs) | Motion to Compel *Lisa Bundy's Compliance with Rule 2004 Subpoena* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/07/2024) |
| 11/07/2024 | [178](#) (45 pgs) | Declaration re: (related document(s):[177](#) Motion to Compel) *Testimony of Debtor Despite Fifth Amendment Objections* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/07/2024) |
| 11/07/2024 | [177](#) (15 pgs) | Motion to Compel *Testimony Despite Fifth Amendment Objection* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/07/2024) |
| 11/07/2024 | [176](#) (9 pgs) | Response to (related document(s):[163](#) Motion to Quash) *Subpoena to Lisa M. Bundy* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 11/07/2024) |
| 11/03/2024 | [175](#) (8 pgs) | Certificate of Service Re: Order. (related document(s):[174](#) Order on Motion to Extend Time to Oppose Discharge) Notice Date 11/03/2024. (Admin.) (EOD: 11/03/2024) |
| 11/01/2024 | [174](#) (5 pgs) | Order Granting Motion to Extend Time to Oppose Discharge for St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. Only (Related Doc # [32](#)). Deadline to Oppose Discharge extended to 1/13/2025. (tdg) (EOD: 11/01/2024) |
| 11/01/2024 | [173](#) (5 pgs) | Pending Order Re: [32](#) Motion to Extend Time to Oppose Discharge. (Tejeda, Engels) [Order# 456097] (EOD: 11/01/2024) |
| 10/27/2024 | [172](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):[170](#) Order on Motion to Extend Time to Oppose Discharge) Notice Date 10/27/2024. (Admin.) (EOD: 10/27/2024) |
| 10/26/2024 | [171](#) (5 pgs) | Certificate of Service Re: Order. (related document(s):[169](#) Order to Continue Hearing) Notice Date 10/26/2024. (Admin.) (EOD: 10/26/2024) |
| 10/25/2024 | [170](#) (3 pgs) | Order Granting Motion to Extend Time to Oppose Discharge for United States Trustee Only (Related Doc # [37](#)). Deadline to Oppose Discharge extended to 1/13/2025. (am) (EOD: 10/25/2024) |
| 10/24/2024 | [169](#) (2 pgs) | Order Establishing Briefing Schedule and Setting Hearing on Motion to Quash (related document(s):[163](#) Motion to Quash) Hearing scheduled for 12/4/2024 at 02:00 PM at ZoomGov.com/join - WTT: Meeting ID: 160 |

| Date | Doc # | Description |
|---|---|---|
| | | 7525 8590, Passcode: 9026637, Phone 1-669-254-5252. (tdg) (EOD: 10/24/2024) |
| 10/24/2024 | 168 (3 pgs) | Pending Order Re: 37 Motion to Extend Time to Oppose Discharge. (Burne, Matthew) [Order# 455737] (EOD: 10/24/2024) |
| 10/23/2024 | 167 (6 pgs) | Certificate of Service Re: Order. (related document(s):160 Order on Application to Employ Attorney) Notice Date 10/23/2024. (Admin.) (EOD: 10/23/2024) |
| 10/23/2024 | 166 (4 pgs) | Certificate of Service Re: Miscellaneous Pleadings Notice Date 10/23/2024. (Admin.) (EOD: 10/23/2024) |
| 10/23/2024 | 165 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 10/23/2024 2:10:07 PM ]. File Size [ 7843 KB ]. Run Time [ 00:16:20 ]. (Motion To Extend Time to Object to the Discharge [Dkt. 32]). (admin). (EOD: 10/23/2024) |
| 10/23/2024 | | Minute Entry Re: 37 Motion to Extend Time to Oppose Discharge Filed by United States Trustee. Appearances: Engels Tejeda, Robert Faucher (Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.); George Hofmann (TR); Matthew Burne (UST); No appearance on behalf of Debtor. Motion is granted. Deadline to object to discharge is extended to 01/13/2025. OTF-Burne. Pending Order Deadline due by 11/06/2024. (mfr) (EOD: 10/23/2024) |
| 10/23/2024 | | Minute Entry Re: 32 Motion to Extend Time to Oppose Discharge Filed by Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.. Appearances: Engels Tejeda, Robert Faucher (Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.); George Hofmann (TR); Matthew Burne (UST); No appearance on behalf of Debtor. Motion is granted. Deadline to object to discharge is extended to 01/13/2025. OTF-Faucher. Pending Order Deadline due by 11/06/2024. (mfr) (EOD: 10/23/2024) |
| 10/22/2024 | 164 | Correspondence. Regarding motion to quash. (jtt) (EOD: 10/22/2024) |
| 10/22/2024 | 163 (7 pgs) | Motion to Quash Subpoena Served by St Luke's Parties Upon Lisa Bundy (related document(s):29 Order on Motion for Examination) Filed by Lisa M. Bundy. (jtt) (EOD: 10/22/2024) |
| 10/21/2024 | 162 (1 pg) | Clerk's Notice of Fees Due (related document(s):161 Amended Schedules/List of Creditors/Statements). Amount Due: $34.00. Fee due by 10/31/2024. (tdg) (EOD: 10/21/2024) |
| 10/21/2024 | 161 (19 pgs) | Amended Schedules A/B, C, E/F. Fee Amount $34. Filed by Ammon Edward Bundy. (tdg) (EOD: 10/21/2024) |
| 10/21/2024 | 160 (3 pgs) | Order Granting Application to Employ Attorney George Hofmann. (Related Doc # 146) (tdg) (EOD: 10/21/2024) |
| 10/18/2024 | 159 (8 pgs) | Declaration re: *of Jennifer M. Jensen in Support of St. Luke's Parties' Reply in Support of Their Motion to Extend Time to File Section 727 Complaint* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. |

| Date | Document | Description |
|---|---|---|
| | | Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 10/18/2024) |
| 10/18/2024 | 158 (6 pgs) | St. Luke's Creditors Reply in Support of Their Motion For Extension of Time To File Their Section 727 Complaint (related document(s):32 Motion to Extend Time to Oppose Discharge) Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 10/18/2024) |
| 10/17/2024 | 157 (34 pgs) | Declaration re: (related document(s):32 Motion to Extend Time to Oppose Discharge) Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 10/17/2024) |
| 10/15/2024 | 156 (55 pgs) | Adversary Proceeding 24-02130. Complaint by St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. Chris Roth, Natasha Erickson, M.D. Tracy Jungman, N.P. against Ammon Edward Bundy. Fee Amount $350. Payment to be made via Pay.gov. Nature of Suit(s): [68 (Dischargeability - 523(a)(6), willful and malicious injury)]. (Tejeda, Engels) (EOD: 10/15/2024) |
| 10/13/2024 | 154 (7 pgs) | Certificate of Service Re: Order. (related document(s):152 Order to Continue Hearing) Notice Date 10/13/2024. (Admin.) (EOD: 10/13/2024) |
| 10/11/2024 | 153 (6 pgs) | Certificate of Service Re: Order. (related document(s):149 Order on Motion to Appear Pro Hac Vice) Notice Date 10/11/2024. (Admin.) (EOD: 10/11/2024) |
| 10/11/2024 | 152 (4 pgs) | Order Setting Deadline for Debtor to File Amended Schedule C and Setting Evidentiary Hearing on St. Luke's Creditors Objections to Debtor's Claimed Exemptions and Setting a New Date for Final Hearing. (related document(s):20 Objection to Debtor's Claim of Exemptions, 22 Objection to Debtor's Claim of Exemptions) Hearing scheduled for 12/6/2024 at 01:00 PM at ZoomGov.com/join - WTT: Meeting ID: 160 7523 8590, Passcode: 9626637, Phone 1-669-254-5252. (tdg) (EOD: 10/11/2024) |
| 10/10/2024 | 151 (2 pgs) | Debtor's Certification of Completion of Instructional Course Concerning Financial Management. Filed by Ammon Edward Bundy. (jtt) (Received via the bankruptcy clerk's email) (EOD: 10/10/2024) |
| 10/09/2024 | 150 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 10/9/2024 2:12:34 PM ]. File Size [ 12055 KB ]. Run Time [ 00:25:07 ]. (Objection to Debtor's Claim of Exemptions [Dkt. 22]). (admin). (EOD: 10/09/2024) |
| 10/09/2024 | | Minute Entry Re: 22 Objection to Debtor's Claim of Exemptions Filed by Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.. Appearances: Ammon Bundy (Pro Se DB); Engels Tejeda, Robert Faucher, Jenn Jensen (Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.); George Hofmann, Mark Rose (TR). Debtor to file amended schedules by 11/12/2024. Evidentiary hearing to be held on 12/06/2024 at 1:00 PM in St. George (location to be determined). Court to prepare order. (mfr) (EOD: 10/09/2024) |

| Date | Doc # | Description |
|---|---|---|
| 10/09/2024 | 149 (3 pgs) | Order Granting Motion for Attorney Jennifer M Jensen for Chris Roth; St. Luke's Health System, Ltd.; St. Luke's Regional Medical Center, Ltd.; Natasha Erickson, M.D. and Tracy Jungman, N.P. To Appear Pro Hac Vice (Related Doc # 144) (tdg) (EOD: 10/09/2024) |
| 10/09/2024 | | Unsigned Order (related document(s):141 Pending Order filed by George B. Hofmann). Reason Order Was Unsigned: An amended application and alternate proposed order have been filed. (tdg) (EOD: 10/09/2024) |
| 10/09/2024 | 148 (3 pgs) | Pending Order Re: 145 Pending Order. (Passey, Benjamin) [Order# 455195] (EOD: 10/09/2024) |
| 10/09/2024 | | Unsigned Order (related document(s):145 Pending Order filed by Benjamin David Passey). Reason Order Was Unsigned: Order does not comply with Local Rule 5005-3(a). Please resubmit with correct margins. (tdg) (EOD: 10/09/2024) |
| 10/09/2024 | 147 (3 pgs) | Pending Order Re: 146 Amended Application. (Hofmann, George) [Order# 455170] (EOD: 10/09/2024) |
| 10/09/2024 | 146 (8 pgs) | Amended Application (related document(s):139 Application to Employ Attorney) Filed by Mark C. Rose tr. (Hofmann, George) (EOD: 10/09/2024) |
| 10/08/2024 | 145 (3 pgs) | Pending Order Re: 144 Motion to Appear pro hac vice. (Passey, Benjamin) [Order# 455157] (EOD: 10/08/2024) |
| 10/08/2024 | | Receipt of Filing Fee for Motion to Appear pro hac vice( 24-23530) [motion,mprohac] ( 50.00). Receipt Number A27679588, Amount $ 50.00 (Re: Doc# 144). (U.S. Treasury) (EOD: 10/08/2024) |
| 10/08/2024 | 144 (5 pgs) | Motion Requesting Admission of Attorney Jennifer M. Jensen to Practice Pro Hac Vice. Fee Amount: $50. Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Passey, Benjamin) Modified on 10/9/2024 (msc). (EOD: 10/08/2024) |
| 10/07/2024 | 143 (16 pgs) | Response to Motion to Extend Time to Oppose Discharge (related document(s):37 Motion to Extend Time to Oppose Discharge Filed by United States Trustee) Filed by Ammon Edward Bundy (tdg). Modified on 10/15/2024 (mfr). (EOD: 10/07/2024) |
| 10/07/2024 | 142 (4 pgs) | Response to Objection to Debtor's Claim of Exemptions (related document(s):22 Objection to Debtor's Claim of Exemptions) Filed by Ammon Edward Bundy. (tdg). Modified on 10/8/2024 (mfr). (EOD: 10/07/2024) |
| 10/07/2024 | 141 (3 pgs) | Pending Order Re: 139 Application to Employ Attorney. (Hofmann, George) [Order# 455073]. **This order replaces the prior pending order# 455067.** (EOD: 10/07/2024) |
| 10/07/2024 | 140 (3 pgs) | Pending Order Re: 139 Application to Employ Attorney. (Hofmann, George) [Order# 455067] (EOD: 10/07/2024) |
| 10/07/2024 | 139 (7 pgs) | Application to Employ George Hofmann and the law firm of Cohne Kinghorn, P.C. as Attorney *for Chapter 7 Trustee* Filed by Mark C. Rose tr. |

| Date | Doc # | Description |
|---|---|---|
| | | (Hofmann, George) (EOD: 10/07/2024) |
| 10/04/2024 | [138](#) (9 pgs; 2 docs) | ST. Luke's Creditors Reply in Support of Their Objection to Debtor's Claims of Exemption (related document(s):22 Objection to Debtor's Claim of Exemptions) Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Attachments: # 1 Exhibit Debtor's Response to St. Luke's Objection to Debtor's Exemptions) (Tejeda, Engels) Modified on 10/7/2024 (tdg). (EOD: 10/04/2024) |
| 10/03/2024 | [137](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):113 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [136](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):112 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [135](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):111 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [134](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):106 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [133](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):105 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [132](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):104 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [131](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):103 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [130](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):102 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [129](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):101 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [128](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):100 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [127](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):99 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [126](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):98 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [125](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):97 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [124](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):96 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [123](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):95 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |

| | | |
|---|---|---|
| 10/03/2024 | [122](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):94 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [121](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):93 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [120](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):92 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [119](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):91 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [118](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):90 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [117](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):89 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [116](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):88 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [115](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):87 Order on Motion for Examination) Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/03/2024 | [114](#) (7 pgs) | Certificate of Service Re: Miscellaneous Pleadings Notice Date 10/03/2024. (Admin.) (EOD: 10/04/2024) |
| 10/01/2024 | [113](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # 84). Person or Entity Being Examined: Lydia Bundy dba Bundy's Brazilian Steakhouse (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [112](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # 39). Person or Entity Being Examined: Chapter 7 Trustee, Mark C. Rose (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [111](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # 82). Person or Entity Being Examined: Bundy Motors Company (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [110](#) (3 pgs) | Pending Order Re: 84 Motion for Examination Under Rule 2004. (Tejeda, Engels) [Order# 454869] (EOD: 10/01/2024) |
| 10/01/2024 | [109](#) (3 pgs) | Pending Order Re: 39 Motion for Examination Under Rule 2004. (Tejeda, Engels) [Order# 454868] (EOD: 10/01/2024) |
| 10/01/2024 | [108](#) (3 pgs) | Pending Order Re: 82 Motion for Examination Under Rule 2004. (Tejeda, Engels) [Order# 454867] (EOD: 10/01/2024) |
| 10/01/2024 | | Unsigned Order (related document(s):85 Pending Order filed by Engels Tejeda). Reason Order Was Unsigned: As previously discussed in docket #34, please delete clause #3 and then resubmit. (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | | Unsigned Order (related document(s):83 Pending Order filed by Engels Tejeda). Reason Order Was Unsigned: As previously discussed in docket #34, please delete |

| | | clause #3 and then resubmit. (tdg) (EOD: 10/01/2024) |
|---|---|---|
| 10/01/2024 | [106](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [79](#)). Person or Entity Being Examined: WhiteBarn Enterprises (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [105](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [77](#)). Person or Entity Being Examined: WFB Steel, LLC (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [104](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [75](#)). Person or Entity Being Examined: Valet Fleet Services (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [103](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [73](#)). Person or Entity Being Examined: Red Eye Radiator and DPF Specialists, LLC (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [102](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [71](#)). Person or Entity Being Examined: Nathan Jones (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [101](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [69](#)). Person or Entity Being Examined: Lisa Bundy (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [100](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [67](#)). Person or Entity Being Examined: Life Pax (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [99](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [65](#)). Person or Entity Being Examined: Haybo Truck Leasing, LLC (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [98](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [63](#)). Person or Entity Being Examined: Global Investments (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [97](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [61](#)). Person or Entity Being Examined: Dono-Custo, Inc (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [96](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [59](#)). Person or Entity Being Examined: Bundy Farms, LLC (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [95](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [57](#)). Person or Entity Being Examined: Bundy Farms, Inc (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [94](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [55](#)). Person or Entity Being Examined: Bundy Family Foundation (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [93](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [53](#)). Person or Entity Being Examined: Bundy Coatings, LLC (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [92](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [51](#)). Person or Entity Being Examined: Brant Parker (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | [91](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [49](#)). Person or Entity Being Examined: Ammon Edward Bundy (tdg) (EOD: 10/01/2024) |

| Date | Doc # | Description |
|---|---|---|
| 10/01/2024 | 90 (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # 47). Person or Entity Being Examined: AE Bundy Enterprises, LLC (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | 89 (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # 45). Person or Entity Being Examined: Abish-Husbondi, Inc. (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | 88 (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # 43). Person or Entity Being Examined: Abish-Hunsbondi, Inc. (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | 87 (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # 41). Person or Entity Being Examined: Aaron Welling (tdg) (EOD: 10/01/2024) |
| 10/01/2024 |  | Unsigned Order (related document(s):40 Pending Order filed by Engels Tejeda). Reason Order Was Unsigned: As previously discussed in docket #34, please delete clause #3 and then resubmit. (tdg) (EOD: 10/01/2024) |
| 10/01/2024 | 86 (4 pgs) | Clerks Notice to File Financial Management Education Certificate (B23/423) (admin) (EOD: 10/01/2024) |
| 09/30/2024 | 85 (3 pgs) | Pending Order Re: 84 Motion for Examination Under Rule 2004. (Tejeda, Engels) [Order# 454822] (EOD: 09/30/2024) |
| 09/30/2024 | 84 (5 pgs) | Motion for Examination Under Rule 2004 *for an Order Authorizing an Examination of and Production of Documents by Lydia Bundy dba Bundy's Brazilian Steakhouse without Prior Notice or Hearing Pursuant to Local Rule 2004-1* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 09/30/2024) |
| 09/30/2024 | 83 (3 pgs) | Pending Order Re: 82 Motion for Examination Under Rule 2004. (Tejeda, Engels) [Order# 454819] (EOD: 09/30/2024) |
| 09/30/2024 | 82 (5 pgs) | Motion for Examination Under Rule 2004 *for an Order Authorizing an Examination of and Production of Documents by Bundy Motors Company Without Prior Notice or Hearing Pursuant to Local Rule 2004-1* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 09/30/2024) |
| 09/27/2024 | 81 (5 pgs) | Certificate of Service Re: Order. (related document(s):34 Order on Motion for Examination) Notice Date 09/27/2024. (Admin.) (EOD: 09/27/2024) |
| 09/27/2024 | 80 (3 pgs) | Pending Order Re: 79 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454775] (EOD: 09/27/2024) |
| 09/27/2024 | 79 (4 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of WhiteBarn Enterprises* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | 78 (3 pgs) | Pending Order Re: 77 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454774] (EOD: 09/27/2024) |
| 09/27/2024 | 77 (4 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of WFB Steel, LLC* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |

| | | |
|---|---|---|
| 09/27/2024 | [76](#) (3 pgs) | Pending Order Re: 75 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454773] (EOD: 09/27/2024) |
| 09/27/2024 | [75](#) (4 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Valet Fleet Services* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | [74](#) (3 pgs) | Pending Order Re: 73 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454772] (EOD: 09/27/2024) |
| 09/27/2024 | [73](#) (4 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Red Eye Radiator and DPF Specialists, LLC* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | [72](#) (3 pgs) | Pending Order Re: 71 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454769] (EOD: 09/27/2024) |
| 09/27/2024 | [71](#) (4 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Nathan Jones* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | [70](#) (3 pgs) | Pending Order Re: 69 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454768] (EOD: 09/27/2024) |
| 09/27/2024 | [69](#) (4 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Lisa Bundy* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | [68](#) (3 pgs) | Pending Order Re: 67 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454766] (EOD: 09/27/2024) |
| 09/27/2024 | [67](#) (4 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Life Pax* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | [66](#) (3 pgs) | Pending Order Re: 65 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454765] (EOD: 09/27/2024) |
| 09/27/2024 | [65](#) (4 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Haybo Truck Leasing, LLC* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | [64](#) (3 pgs) | Pending Order Re: 63 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454764] (EOD: 09/27/2024) |
| 09/27/2024 | [63](#) (4 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Global Investments* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | [62](#) (3 pgs) | Pending Order Re: 61 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454763] (EOD: 09/27/2024) |
| 09/27/2024 | [61](#) (4 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Dono-Custo, Inc.* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | [60](#) (3 pgs) | Pending Order Re: 59 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454759] (EOD: 09/27/2024) |

| | | |
|---|---|---|
| 09/27/2024 | 59 (4 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Bundy Farms, LLC* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | 58 (3 pgs) | Pending Order Re: 57 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454758] (EOD: 09/27/2024) |
| 09/27/2024 | 57 (3 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Bundy Farms, Inc.* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | 56 (3 pgs) | Pending Order Re: 55 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454757] (EOD: 09/27/2024) |
| 09/27/2024 | 55 (3 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Bundy Family Foundation* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | 54 (3 pgs) | Pending Order Re: 53 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454756] (EOD: 09/27/2024) |
| 09/27/2024 | 53 (3 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Bundy Coatings, LLC* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | 52 (3 pgs) | Pending Order Re: 51 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454755] (EOD: 09/27/2024) |
| 09/27/2024 | 51 (3 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Brant Parker* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | 50 (3 pgs) | Pending Order Re: 49 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454754] (EOD: 09/27/2024) |
| 09/27/2024 | 49 (4 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Ammon Edward Bundy* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | 48 (3 pgs) | Pending Order Re: 47 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454752] (EOD: 09/27/2024) |
| 09/27/2024 | 47 (3 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of AE Bundy Enterprises, LLC* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | 46 (3 pgs) | Pending Order Re: 45 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454751] (EOD: 09/27/2024) |
| 09/27/2024 | 45 (3 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Abish-Husbondi, Inc.* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | 44 (3 pgs) | Pending Order Re: 43 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454750] (EOD: 09/27/2024) |
| 09/27/2024 | 43 (3 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Abish-Hunsbondi, Inc.* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | 42 (3 pgs) | Pending Order Re: 41 Motion for Examination Under Rule 2004. (Burne, Matthew) [Order# 454749] (EOD: 09/27/2024) |

| | | |
|---|---|---|
| 09/27/2024 | [41](#) (4 pgs) | Ex Parte Motion for Examination Under Rule 2004 *of Aaron Welling* Filed by United States Trustee. (Burne, Matthew) (EOD: 09/27/2024) |
| 09/27/2024 | [40](#) (3 pgs) | Pending Order Re: [39](#) Motion for Examination Under Rule 2004. (Tejeda, Engels) [Order# 454735] (EOD: 09/27/2024) |
| 09/27/2024 | [39](#) (5 pgs) | Motion for Examination Under Rule 2004 *of Chapter 7 Trustee, Mark C. Rose* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 09/27/2024) |
| 09/26/2024 | [38](#) (4 pgs) | Notice and Opportunity for Hearing (related document(s):[37](#) Motion to Extend Time to Oppose Discharge) Filed by United States Trustee. Hearing scheduled for 10/23/2024 at 02:00 PM at ZoomGov.com/join - WTT: Meeting ID: 160 7523 8590, Passcode: 9626637, Phone 1-669-254-5252. Deadline for filing objections: 10/15/2024. (Newman tr, David) (EOD: 09/26/2024) |
| 09/26/2024 | [37](#) (9 pgs) | Motion to Extend Time to Oppose Discharge Filed by United States Trustee. (Newman tr, David) (EOD: 09/26/2024) |
| 09/25/2024 | [36](#) (6 pgs) | Certificate of Service Re: Order. (related document(s):[29](#) Order on Motion for Examination) Notice Date 09/25/2024. (Admin.) (EOD: 09/25/2024) |
| 09/25/2024 | [35](#) (5 pgs) | Certificate of Service Re: Order. (related document(s):[28](#) Order on Motion for Examination) Notice Date 09/25/2024. (Admin.) (EOD: 09/25/2024) |
| 09/25/2024 | [34](#) (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc # [30](#)). Person or Entity Being Examined: Mountain America Credit Union. Signed as modified by the Court to delete clause #3. Should the Chapter 7 Trustee and/or the U.S. Trustee wish to participate in this or any other examination, they should file their own motion(s). (tdg) (EOD: 09/25/2024) |
| 09/24/2024 | [33](#) (5 pgs) | Notice and Opportunity for Hearing (related document(s):[32](#) Motion Extend Time) *to File a Complaint Objecting to Discharge Under Section 727* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. Hearing scheduled for 10/23/2024 at 02:00 PM at ZoomGov.com/join - WTT: Meeting ID: 160 7523 8590, Passcode: 9626637, Phone 1-669-254-5252. Deadline for filing objections: 10/11/2024. (Tejeda, Engels) (EOD: 09/24/2024) |
| 09/24/2024 | [32](#) (49 pgs) | Motion to Extend Time to Time to File a Complaint Objecting to Discharge Under Section 727 Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 09/24/2024) |
| 09/23/2024 | [31](#) (3 pgs) | Pending Order Re: [30](#) Motion for Examination Under Rule 2004. (Tejeda, Engels) [Order# 454495] (EOD: 09/23/2024) |
| 09/23/2024 | [30](#) (5 pgs) | Motion for Examination Under Rule 2004 *for an Order Authorizing Examination of and Production of Documents by Mountain America Credit Union Without Prior Notice or Hearing Pursuant to Local Rule 2004-1* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 09/23/2024) |

| | | |
|---|---|---|
| 09/23/2024 | 29 (4 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc 26). Person or Entity Being Examined: Lisa Bundy. (jtt) (EOD: 09/23/2024) |
| 09/23/2024 | 28 (3 pgs) | Order Granting Motion For Examination Under Rule 2004 (Related Doc 24). Person or Entity Being Examined: Ammon Edward Bundy, Debtor. (jtt) (EOD: 09/23/2024) |
| 09/20/2024 | 27 (4 pgs) | Pending Order Re: 26 Motion for Examination Under Rule 2004. (Tejeda, Engels) [Order# 454441] (EOD: 09/20/2024) |
| 09/20/2024 | 26 (6 pgs) | Motion for Examination Under Rule 2004 *for Production of Documents by Lisa Bundy* Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 09/20/2024) |
| 09/20/2024 | 25 (3 pgs) | Pending Order Re: 24 Motion for Examination Under Rule 2004. (Tejeda, Engels) [Order# 454439] (EOD: 09/20/2024) |
| 09/20/2024 | 24 (7 pgs) | Motion for Examination Under Rule 2004 Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 09/20/2024) |
| 09/17/2024 | | Notice of Appearance of Counsel and Request for Notice. Filed by United States Trustee. (Burne, Matthew) (EOD: 09/17/2024) |
| 09/16/2024 | 23 (5 pgs) | Notice and Opportunity for Hearing (related document(s):22 Objection to Debtor's Claim of Exemptions) Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. Hearing scheduled for 10/9/2024 at 02:00 PM at ZoomGov.com/join - WTT: Meeting ID: 160 7523 8590, Passcode: 9626637, Phone 1-669-254-5252. Deadline for filing objections: 10/3/2024. (Tejeda, Engels) (EOD: 09/16/2024) |
| 09/16/2024 | 22 (19 pgs) | Objection to Debtor's Claim of Exemptions Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 09/16/2024) |
| 09/13/2024 | 21 (4 pgs) | Notice and Opportunity for Hearing (related document(s):20 Objection to Debtor's Claim of Exemptions) Filed by Mark C. Rose tr. Hearing scheduled for 10/9/2024 at 02:00 PM at ZoomGov.com/join - WTT: Meeting ID: 160 7523 8590, Passcode: 9626637, Phone 1-669-254-5252. Deadline for filing objections: 10/4/2024. (Rose tr, Mark) (EOD: 09/13/2024) |
| 09/13/2024 | 20 (5 pgs) | Objection to Debtor's Claim of Exemptions Filed by Mark C. Rose tr. (Rose tr, Mark) (EOD: 09/13/2024) |
| 09/03/2024 | 19 (12 pgs) | Amended Schedules A/B, C. Filed by Ammon Edward Bundy. (jtt) (Received via the bankruptcy clerk's email) (EOD: 09/03/2024) |
| 09/01/2024 | 18 (6 pgs) | BNC Certificate of Service Re: Notice (related document(s):17 Trustee's Request for Creditors to File Claims) Notice Date 09/01/2024. (Admin.) (EOD: 09/01/2024) |

| Date | Doc | Description |
|---|---|---|
| 08/30/2024 | [17](#) (5 pgs) | Trustee's Request for Creditors to File Claims filed by Trustee. Proofs of Claims due by 12/2/2024. (Rose tr, Mark) (EOD: 08/30/2024) |
| 08/23/2024 | [16](#) (5 pgs) | Certificate of Service Re: Order. (related document(s):[14](#) Order on Motion to Appear Pro Hac Vice) Notice Date 08/23/2024. (Admin.) (EOD: 08/23/2024) |
| 08/23/2024 | [15](#) (5 pgs) | Certificate of Service Re: Order. (related document(s):[13](#) Order on Motion to Appear Pro Hac Vice) Notice Date 08/23/2024. (Admin.) (EOD: 08/23/2024) |
| 08/21/2024 | [14](#) (3 pgs) | Order Granting Motion for Attorney Erik F. Stidham for Natasha Erickson, M.D., Tracy Jungman, N.P., Chris Roth, and St. Luke's Regional Medical Center, Ltd To Appear Pro Hac Vice (Related Doc [11](#)) (tdg) (EOD: 08/21/2024) |
| 08/21/2024 | [13](#) (3 pgs) | Order Granting Motion for Attorney Robert A. Faucher for Natasha Erickson, M.D., Tracy Jungman,N.P. ,Chris Roth, and St. Luke's Regional Medical Center, Ltd. To Appear Pro Hac Vice (Related Doc [9](#)) (tdg) (EOD: 08/21/2024) |
| 08/21/2024 | [12](#) (3 pgs) | Pending Order Re: [11](#) Motion to Appear pro hac vice. (Passey, Benjamin) [Order# 453406] (EOD: 08/21/2024) |
| 08/21/2024 |  | Receipt of Filing Fee for Motion to Appear pro hac vice( [24-23530](#)) [motion,mprohac] ( 50.00). Receipt Number A27553382, Amount $ 50.00 (Re: Doc# [11](#)). (U.S. Treasury) (EOD: 08/21/2024) |
| 08/21/2024 | [11](#) (7 pgs; 3 docs) | Motion Requesting Admission of Attorney Erik Stidham to Practice Pro Hac Vice. Fee Amount: $50. Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Attachments: # [1](#) Exhibit Certificate of Good Standing (Idaho) # [2](#) Exhibit Certificate of Good Standing (California)) (Passey, Benjamin) (EOD: 08/21/2024) |
| 08/21/2024 | [10](#) (3 pgs) | Pending Order Re: [9](#) Motion to Appear pro hac vice. (Passey, Benjamin) [Order# 453399] (EOD: 08/21/2024) |
| 08/21/2024 |  | Receipt of Filing Fee for Motion to Appear pro hac vice( [24-23530](#)) [motion,mprohac] ( 50.00). Receipt Number A27553225, Amount $ 50.00 (Re: Doc# [9](#)). (U.S. Treasury) (EOD: 08/21/2024) |
| 08/21/2024 | [9](#) (5 pgs) | Motion Requesting Admission of Attorney Robert A. Faucher to Practice Pro Hac Vice. Fee Amount: $50. Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Passey, Benjamin) (EOD: 08/21/2024) |
| 08/19/2024 | 8 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Conducted or filed a document required by rule or statute related to a meeting of creditors required by 11 U.S.C. Section 341. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 8/19/2024). Filed by Mark C. Rose tr. (Rose tr, Mark) (EOD: 08/19/2024) |

| | | |
|---|---|---|
| 08/19/2024 | | Meeting of Creditors Held Debtor appeared. (Rose tr, Mark) (EOD: 08/19/2024) |
| 08/15/2024 | | Notice of Meeting of Creditors Continued. . on 8/19/2024 at 08:30 AM at Zoom.us/join - Rose: Meeting ID 560 048 9014, Passcode 4276295573, Phone 1-385-399-3808. Debtor appeared. (Rose tr, Mark) (EOD: 08/15/2024) |
| 07/26/2024 | | Notice of Appearance of Counsel and Request for Notice. Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Passey, Benjamin) (EOD: 07/26/2024) |
| 07/25/2024 | 7 (4 pgs) | 341 Meeting Notice (see image for details) and BNC Certificate of Service. (related document(s): First Meeting (Chapter 7)) Notice Date 07/25/2024. (Admin.) (EOD: 07/25/2024) |
| 07/23/2024 | | Notice of Appearance of Counsel and Request for Notice. Filed by Natasha Erickson, M.D. Tracy Jungman, N.P. Chris Roth, St. Luke's Health System, Ltd. St. Luke's Regional Medical Center, Ltd. (Tejeda, Engels) (EOD: 07/23/2024) |
| 07/23/2024 | | Notice of Appearance of Counsel and Request for Notice. Filed by Tracy Jungman, N.P. Natasha Erickson, M.D. St. Luke's Regional Medical Center, Ltd. St. Luke's Health System, Ltd. Chris Roth. (Reid, Darren) (EOD: 07/23/2024) |
| 07/18/2024 | | Creditor(s) uploaded (1 creditors). (jtt) (EOD: 07/18/2024) |
| 07/18/2024 | 6 (1 pg) | DEFICIENCY NOTICE. MISSING PAPERS REQUIRED TO BE FILED: List of Creditors, Incomplete Filings due by 7/31/2024. (amo) (EOD: 07/18/2024) |
| 07/17/2024 | | Voluntary Petition Filing Fee Payment. Receipt Number: 20004152 Fee Amount: $338.00 Paid by Ammon Bundy. (FL:RC:7). (admin) (EOD: 07/17/2024) |
| 07/17/2024 | | Meeting of Creditors & Notice of Appointment of Interim Trustee Mark C. Rose tr with 341(a) meeting to be held on 8/14/2024 via Zoom.us/join - Rose: Meeting ID 560 048 9014, Passcode 4276295573, Phone 1-385-399-3808. Last day to oppose discharge or dischargeability is 10/15/2024. (EOD: 07/17/2024) |
| 07/17/2024 | 5 (49 pgs) | Statement of Financial Affairs and Schedules Filed by Ammon Edward Bundy. (fsl) (EOD: 07/17/2024) |
| 07/17/2024 | 4 (3 pgs) | Chapter 7 Statement of Your Current Monthly Income Form 122A-1 Filed by Ammon Edward Bundy. (fsl) (EOD: 07/17/2024) |
| 07/17/2024 | 3 (1 pg) | Credit Counseling Agency Briefing Certificate (Prefiling) For Debtor Ammon Edward Bundy Filed by Ammon Edward Bundy. (fsl) (EOD: 07/17/2024) |
| 07/17/2024 | 2 | Debtor's Statement of Social Security Number(s) Filed by Ammon Edward Bundy. (fsl) (EOD: 07/17/2024) |

| 07/17/2024 | [1](#) (9 pgs) | Chapter 7 Voluntary Petition Filed by Ammon Edward Bundy. (fsl) (EOD: 07/17/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/09/2024 14:02:34 | | | |
| **PACER Login:** | HollandHart13 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 24-23530 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 15 | **Cost:** | 1.50 |