The Order of the Court is stated below:
Dated: April 22, 2024          /s/   ERIC A LUDLOW
       04:31:18 PM             District Court Judge

Darren G. Reid (11163)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
dgreid@hollandhart.com
*Attorneys for Plaintiffs and Judgment Creditors*

## IN THE FIFTH JUDICIAL DISTRICT COURT
## IN AND FOR WASHINGTON COUNTY, STATE OF UTAH

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD.; ST. LUKE'S REGIONAL MEDICAL CENTER, LTD.; CHRIS ROTH; NATASHA ERICKSON, M.D.; and TRACY JUNGMAN, N.P.;<br><br>    Plaintiffs and Judgment Creditors,<br><br>v.<br><br>AMMON BUNDY, an individual; AMMON BUNDY FOR GOVERNOR, a political organization; DIEGO RODRIGUEZ, an individual; FREEDOM MAN PRESS LLC, a limited liability company; FREEDOM MAN PAC, a registered political action committee; and PEOPLE'S RIGHTS NETWORK, a political organization and an unincorporated association;<br><br>    Defendants and Judgment Debtors. | **ORDER GRANTING EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Case No. 246501034<br><br>Judge Eric A. Ludlow |

Having reviewed the Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion"), and for good cause otherwise appearing, the Court hereby ORDERS the following:

1.  1.   Ammon Bundy and the named Defendants shall appear for a hearing as scheduled by the Court to determine whether a preliminary injunction shall be entered in this matter.

2.  2.   Until the scheduled hearing regarding a preliminary injunction, Ammon Bundy and all the named Defendants are immediately and temporarily enjoined and restrained from, directly or indirectly, whether alone or in concert with others, from accessing, using, or transferring any funds or assets located (a) in the Abish-husbondi Inc. account(s) at Mountain America Credit Union including but not limited to Account Number 501013664849 / ABA Routing Number 324079555; (b) in all other Abish-husbondi accounts located at banks or credit unions with a presence in Utah; (c) in all other accounts in the names of Defendants located at banks or credit unions with a presence in Utah; (d) all other accounts related to the following addresses located at banks or credit unions with a presence in Utah: P.O. Box 1062, Cedar City, UT 84721; 946 E 400 S, New Harmony, UT 84757; 389 S 300 E, Cedar City, 84720; and 4615 Harvest Lane Emmett, ID 83617; and (e) all other accounts related to Lisa Bundy or Dono Custos located at banks or credit unions with a presence in Utah.

3.  3.   Until further order from the Court, all funds or assets located in the Mountain America Credit Union Account—or any of the other above-named accounts at banks or credit unions with a presence in Utah—shall be immediately and temporarily frozen.  No banks or credit unions in Utah shall allow such funds or assets to be accessed, used, or transferred.

**SO ORDERED.**

2

In accordance with Utah R. Civ. P. 10(e) and Utah State District Courts Efiling Standard No. 4, this Order does not bear the handwritten signature of the Court, but instead displays an electronic signature at the top of the first page of this Order.