Darren G. Reid (11163)
Erik Stidham (*admitted pro hac vice*)
Benjamin D. Passey (19324)
HOLLAND & HART LLP
222 S. Main St., Suite 2200
Salt Lake City, Utah 84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700
dgreid@hollandhart.com
efstidham@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for Plaintiffs and Judgment Creditors*

---

**IN THE FIFTH JUDICIAL DISTRICT COURT
IN AND FOR WASHINGTON COUNTY, STATE OF UTAH**

---

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD. ST. LUKE'S REGIONAL MEDICAL CENTER, LTD., CHRIS ROTH, NATASHA ERICKSON, M.D., and TRACY JUNGMAN, N.P., <br><br> Plaintiffs and Judgment Creditors, <br><br> v. <br><br> AMMON BUNDY, an individual; AMMON BUNDY FOR GOVERNOR, a political organization; DIEGO RODRIGUEZ, an individual; FREEDOM MAN PRESS LLC, a limited liability company; FREEDOM MAN PAC, a registered political action committee; and PEOPLE'S RIGHTS NETWORK, a political organization, and an unincorporated association, <br><br> Defendants and Judgment Debtors. | **NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF EX PARTE MOTION TO ENFORCE ORDER AND FOR SANCTIONS** <br><br> Case No. 246501034 <br><br> Judge Eric A. Ludlow |

St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth,

Natasha Erickson, M.D., and Tracy Jungman, N.P., (collectively "Plaintiffs" and "Judgment

Creditors") submit the following supplemental evidence in support of their Ex Parte Motion to

Enforce Order and for Sanctions:

1. **<u>EXHIBIT A</u>** - YouTube Video posted by Ammon Bundy (and reposted by Ammon Bundy for Governor) on June 17, 2024, entitled "Big Health, Corrupt Courts and the Bundy Family - Part 1" available at

   https://www.youtube.com/watch?v=Ge0BEEbyFoA.

2. **<u>Exhibit B</u>** - YouTube Video posted by Ammon Bundy (and reposted by Ammon Bundy for Governor) on June 17, 2024, entitled "Big Health, Corrupt Courts and the Bundy Family - Part 2" available at

   https://www.youtube.com/watch?v=aJYJRKbQvfI.

   a. The following timestamps, although containing misinformation, nonetheless evidence Bundy's knowledge of the ongoing proceedings in this Court:

      i. 0:41 – "These wicked lawyers and Executives have continued to pursue Bundy. In the last few months, St. Luke's attorneys have continued to file hundreds of court documents against him. They have retained law firms not only in Idaho but also in Wyoming, Utah, Nevada, and Florida."

      ii. 0:58 – "Recently, they obtained a ruling that neither Ammon nor his wife Lisa could own or control a bank account in Utah."

      iii. 4:02 – "They pursued him with even more Vigor, retaining six teams of attorneys in five states."

       iv.  5:02 "In a secret court hearing they convinced the judge to seize

her [Lisa Bundy's] father's business bank account without notice it

is seized to this day."

3.    **<u>EXHIBIT C</u>** - Article entitled "The Tragic Story of the Abuse of the Ammon

Bundy Family" posted on June 14, 2024 on the People's Rights Network

Newsroom; available at https://www.peoplesrights.us/news_view?/the-tragic-story-

of-the-abuse-of-the-ammon-bundy-family&id=50963ab9-b7ee-4267-9836-

5119534b6bb1.

4.    **<u>EXHIBIT D</u>** - Open letter entitled, "Come No More Upon Me, a Warning Letter

from Ammon Bundy" originally posted on January 17, 2023 on the Peoples' Rights

Network Newsroom and revised on June 18, 2024; available at

https://www.peoplesrights.us/news_view?/come-no-more-upon-me-a-warning-

letter-from-ammon-bundy&id=f6984a7c-eafc-4082-a3b4-e99dfe129733.

DATED this 25th day of June, 2024.

               **Holland & Hart LLP**

               */s/ Darren G. Reid*
               Darren G. Reid
               Erik Stidham (*admitted pro hac vice*)
               Benjamin D. Passey

               *Attorneys for Plaintiffs and Judgment Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2024, I caused to be electronically filed with the Clerk of the Court, via the Green Filing electronic filing system, which served notification upon all counsel of record, a true and correct copy of the **NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF EX PARTE MOTION TO ENFORCE ORDER AND FOR SANCTIONS.**

A copy of said documents were also mailed by United States mail, postage thereon fully prepaid, to the judgment debtor, this 25th day of June, 2024, addressed as follows:

Ammon Bundy
P.O. Box 1062
Cedar City, UT 84721

Ammon Bundy
4615 Harvest Lane
Emmett, ID 83617

Ammon Bundy for Governor
4615 Harvest Lane
Emmett, ID 83617

Diego Rodriguez
1317 Edgewater Drive #5077
Orlando, FL 32804

Freedom Man Press LLC
1317 Edgewater Drive #5077
Orlando, FL 32804

Freedom Man PAC
Attn: Levi Anderson
3400 E. River Valley St.
Meridian, ID 83646

People's Rights Network
4615 Harvest Lane
Emmett, ID 83617

*/s/ Darren G. Reid*

4

**Exhibit K, Page 4**

# EXHIBIT A

# VIDEO ON
# FLASH DRIVE

# EXHIBIT B

# VIDEO ON
# FLASH DRIVE

# EXHIBIT C

People's Rights    Your Rights    Maintaining Rights    Resources    Newsroom    Join    Login

*"Nothing is more powerful than an idea whose time has come."*

Welcome to PeoplesRights.US --- Long live the truth.

Alternate Website Access: 185.191.124.118    Learn More

## Newsroom

‹ Back 



### The Tragic Story of the Abuse of the Ammon Bundy Family

Ammon Bundy and his family have suffered devastating abuse at the hands of the evil, corrupt courts and Idaho 'establishment'. They continue to be abused. What can We The People do to stop this tyranny?

Case    Jun 14, 2024

Utah 2, Utah 3A, Utah 3B, Utah 4, Utah 5A, Utah 5B, Utah 6, Utah 7, Utah 8, Utah 9, Utah 10, Utah 11, Utah 12, Utah 13

Share (Alt)

Last week I wrote a short story about myself on Facebook. This story is a bit longer and of a very serious nature that quite literally hurts my heart! It's not about me - it's about all of us! Please read and share!

My dear friends, Ammon and Lisa Bundy and their children lived in Emmett, Idaho for nearly 9 years in their dream home. (American Dream, right?) They had 5 acres of irrigated land with 360 fruit trees - many that they planted themselves, a beautiful, spacious home with an amazing view, a large shop where Ammon and his boys worked on many vehicles and made great memories doing so, there was lots of room for the children and grandchildren to work, run, and play.

Unfortunately, this strong, loving family were compelled to leave like criminals in the night. For 48 hours, a crew of about 15 people packed and loaded trailers, as inconspicuously as possible. Early the morning of the third day, the Bundys drove out of Idaho with hopes of peace and a brighter future.

The Monday previous, Judge Brent Whiting (a Brad Little appointee) ruled that the lawyers who had been attacking Ammon and his family for years could freely go into the Bundy home and inspect the family's possessions in preparation to take everything! He ordered that Lisa and the Bundy children could be present while these attorneys browsed through their home but Ammon must not be there when they came. The judge also ordered the Gem County Sheriff to escort the lawyers through the Bundy's home as they went from room to room looking through all the family's personal and private possessions. No search warrant was issued! No criminal investigation was pending!

Ammon said, speaking of Judge Whiting's order, "Our Constitution declares that a person has an inalienable right to be secure in their home. A family's home is their most secure, private, and sacred place. My family would have never been the same if this intrusion would have been tolerated."

Like robbers, the very people who had attacked and threatened the Bundys for so long, were seeking to go through their home, into their bedrooms and closets, casing their possessions like thieves, deciding what they were going to steal, right in front of the family, with a sheriff's escort! Meanwhile, their protector and provider would be compelled to be somewhere else, banned by a corrupt judge from being at his own home while his enemies sifted through everything and intimidated his loved ones!

Ammon asked, "How would I explain to my little children why these men were in their bedrooms looking through their things with a police officer? What would I say to them when they asked, 'Daddy, where were you?' I could not let this happen!"

The Bundy family already suffered much for the stands for freedom and liberty they have made. This violation, among the many, was too great. These people had taken so much from them and Ammon felt he could not let them take the peace and security his family felt in their home.

The St. Luke's Hospital lawyers and their confidante judge, Brent Whiting, had gone too far. In their hate and spite, they wanted to show Ammon Bundy that they had full power over him and his family. That they could do whatever they wanted, even enter his home, violate his family's privacy, go through their possessions, and smugly intimidate them in their own home, and that law enforcement officers would do anything they told them to do.

"I had a choice to make" said Ammon, "Would I stand at the front door of my home with a shotgun or remove my family from the situation all together and try to find peace and a home somewhere else?"

For many years, Ammon has been successfully standing up for people - his father on his ranch, the Hammond family in Oregon, being instrumental in getting Baby Cyrus returned to his loving, caring parents, and many others. He also stood against Governor Little's Covid lockdowns and helped keep Idaho one of the freest places in the world during the pandemic scare.

Then he ran for governor.

At first, the establishment thought his campaign would be a joke. However, they soon found out how seriously supported and organized he was. Within a few months, nearly 20% of Idaho voters were behind him! This shook the Idaho establishment to the core, and they had to do something about his message of freedom that was spreading like wildfire. Like liberal democrats (posing as Republicans), rather than facing Bundy's policies of freedom, they used the corrupted courts to defame and consume him.

As the primary influencer in the most powerful Idaho political group (IACI), St. Luke's Health System executives sued Bundy, sued the Ammon Bundy for Governor Campaign, and sued his Campaign Advisor, Diego Rodriguez, Baby Cyrus' grandfather (no coincidence there, right?). This was an effort to defame and sway the Idaho public against Ammon Bundy. As a candidate for governor, Ammon ignored the litigation as much as possible, focusing on spreading his campaign message of peace and freedom throughout Idaho.

However, tens of thousands of documents were being filed in the courts against Ammon, Diego and the Campaign. Well-funded, with taxpayer dollars, St. Luke's executives hired multiple teams of attorneys to bury Bundy with mountains of legal documents and court proceedings. It was obvious what they were doing – lawfare is the correct term, and no Idaho judge was going to stop them. Why would they, when they are part of the Idaho establishment? Ammon Bundy represented a loss of their power and he had to be stopped at any cost!

In open corruption and violation of the Idaho Rules of Civil Procedure, a $53 million dollar judgement was obtained against the Bundy parties. The presiding judge, Lynn Norton, was personally motivated to destroy any influence Bundy had in Idaho. Her husband, Bundy learned, was a highly paid employee of the Bureau of Land Management – the same agency that came after the Bundy Family in Nevada and the Hammond Family in Oregon. The same agency that had Bundy, his brothers and father, and others arrested and thrown in federal prison for TWO years without any convictions! The same agency caught red-handed in prosecutorial misconduct and forced to release the Bundy defendants as innocent men, allowing them to return to their families.

The fact that Judge Norton did not recuse herself, knowing her own bias, is proof of the court's corruption. Many of Lynn Norton's colleagues in the court must have known her and her husband's conflicted connections to the Bundy family. Yet, none of them mention it until after a judgement was secured and the connection was exposed. To this day, the Idaho courts have done nothing with the evidence of this corruption.

With the judgement, St. Luke's attorneys have taken Ammon and Lisa Bundy's home, seized their bank accounts, driven them out of Idaho, dismantled their commercial property business, and locked up all of Bundy's personal and business assets. These evil, corrupt St. Luke's executives and attorneys, aided by tax-payer dollars, have seized over $4.5 million dollars from the Bundy family. Furthermore, they convinced a judge to issue a $250,000 warrant for Bundy's arrest, claiming that he has not obeyed the gag order in the case. (Amendment VIII of the United States Constitution states, "Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted." All of these have been violated in this case!)

Since leaving Idaho, these wicked lawyers and executives have continued to pursue Bundy. In the last few months, St. Luke's attorneys have filed hundreds of court documents against him. They have retained law firms not only in Idaho, but also Wyoming, Utah, Nevada, and Florida. Recently, they obtained a ruling that neither Ammon nor his wife, Lisa could own or control a bank account in Utah where they relocated. All of their efforts seem directed to harass and destroy the Bundy family's peace and future.

"Bankruptcy has been discussed many times" says Ammon, "However, after talking to multiple attorneys, bankruptcy is discouraging. Evidently, bankruptcy may not protect against the type of lawsuit that St. Luke's lawyers used against me. I am certain this was their design from the beginning."

Bundy continued, "Even before the judgement, I reached out to the St. Luke's executives and offered to give them everything I own for peace. Our Lord, Jesus Christ, directed us to do this when we are sued at the law. I have officially made offers to the executives of St. Luke's four times now. The latest offer was made a little over a month ago. I sincerely offered to give them everything I own and anything I had influence over, totaling $3.5 million - $5 million. That I would give it to them for peace. I offered them everything, even the clothing in my children's closets. All I wanted in return was peace. However, each time they have rejected my offers and responded with heavy pursuits in the courts."

One must wonder what it is they want?!?! Except for his family, his liberty, or his life, what more could he offer them?

Contrary to the corporate media reports over the past decade, Bundy has maintained peace in all his efforts to stand up for others. Never has he been anything but peaceful. Speaking on this topic, he said, "I have spent the last decade trying te disprove these that believe violence is the only way. In this current dispute, I left my home, my community, my living, nearly everything, for peace. My family and I now live in a one-bedroom attic apartment. I work for cash just to keep food on the table. All of this, right or wrong, is because I have taken the path of peace."

Ammon goes on, "I am not naive to the fact that I could have rallied thousands of people to protect me and my home from the unlawful action of these modern-day robbers. I have done this for others in the past. But, sooner or later, violence from those who are "only doing their job" would have ensued. Their masters must be obeyed and te them the people are despicable dogs that must be beaten once-in-a-while to keep them in line. As a people we have become desperately weak. I weighed these facts many times over and ultimately decided that my home, my wealth, and even my community was worth leaving for peace. It broke our hearts, but we left it all."

Bundy's hope was that the Idaho establishment, including the St. Luke's executives would be satisfied with driving him out of Idaho and taking everything he owned. That they would leave him alone and allow him and his family to rebuild their lives once they had financially ruined him and compelled him to leave the state. However, for motives that are unclear, they have pursued him with even more vigor. Retaining six teams of attorneys in five states. Even after he offered everything he and his family own for peace.

Bundy asks, "What do they want? It must be my liberty or my blood, or maybe they want Lisa and my children to completely break down from hardship and leave me. What else could they want? I have offered them everything else. The St. Luke's parties with the assistance of their attorneys will take even the food out of my children's mouths if they could. They have no intention on allowing me to provide for my family again. In their view, I am their plantation worker, their slave, anything I do, any wealth I create, any effort I make, they believe belongs to them."

Even Bundy's wife, Lisa, could not get a job without St. Luke's executives garnishing everything she made. Recently, she was doing the bookkeeping for her father's company, and he paid her in cash. When St. Luke's lawyers found out about it, in a secret court hearing, they convinced the judge to seize her father's business bank account without notice. It is seized to this today.

If you're saying to yourself, "they can't do that!". Bundy's response to you is, "Don't be so naive! If someone has enough money to pay attorneys long enough, they can get anything done in the deteriorated and corrupt court system, especially when the defendant has been diminished from resources to stop them. The courts are no longer about justice, sadly, it is history repeating itself."

With all of this the Bundy family has adjusted. They have continued to love God and love each other. Responding to their circumstances, Ammon stated, "In



*many ways we have become even closer to each other, especially learning how to share one bathroom."*

For those with a strong sense of justice it is hard to see this awful wickedness prevail over good people. It is difficult to see our courts (originally designed to bring justice) being manipulated to hurt people standing for good. The Bundy family overall has been the canary in the coal mine. They warned us of what was happening to our country ten years ago. Now it is happening. Ammon Bundy has been yelling at the top of the mountain about what Idaho will become if Idahoans are not vigilant. Will they listen or like the Bundy family, be driven from their homes and everything taken from them by the state?  Will this be the fate of many other people?

I pray daily that God, our father will bring peace, prosperity, and justice to the Bundy Family soon.  I pray that We The People will come to know what we can do to insure these blessings, these God-given rights to Ammon, Lisa, and their beautiful family and to all.

WendyKay

🗨 View 3 Comments

🔗 Spread It!  📢

Copy Link

Alternate Link

COPY

*Click a button above to copy the address (URL) of this page to your system clipboard.*

🏠 Back to Newsroom

# EXHIBIT D

People's Rights   ⚡ Your Rights   ✴ Maintaining Rights   📁 Resources   📰 Newsroom          👤 Join   ⊕ Login

*"Nothing is more powerful than an idea whose time has come."*

Welcome to PeoplesRights   — Long live the truth.

Alternate Website Access: **185.191.124.118**   Learn More

# 📱 Newsroom

‹ Back   [f] [t] [t] [✉] [☁] [🔗]

UPDATES **19**

## Come No More Upon Me, A Warning Letter From Ammon Bundy

To date, St Luke's team of attorneys have used the courts to put a lien on my home, forcing me to sell it. I have been forced to liquidate all my assets except a few and my family and I have no idea when any of this will end. St. Luke's CEO, Chris Roth, has given Holland & Hart a blank check to financially destroy Diego and I. Mis-using the courts, they have put us under constant threat of losing everything we have worked for our entire lives.

📁 Case   🖊 Jan 17, 2023   🕐 Jun 18, 2024          **34,963** **782** **35**

🏳 Idaho 1N, Idaho 2, Idaho 4NE, Idaho 4NW, Idaho 4SE, Idaho 4SW, Idaho 5, Idaho 6, Idaho 7, Idaho 8, Idaho 9, Idaho 10, Idaho 11, Idaho 12, Idaho 13, Idaho 14, Idaho 15          🔗 Share (Alt)

From: Ammon Bundy

To: Blake Higley; Scott Bedke; Whitney Welsh; Chris Roth; Anne McDevitt; Erik Stidham; Brad Little; Keith Reynolds;

RE: Warning

I Ammon Bundy respectfully come seeking relief that my family and I may live in peace and not be harassed at your hands anymore.

As much as it pains me to do so, it is my duty to plead my case to you in why I have acted the way I have over the past few years. I pray that you will understand my intentions and see how my actions have been based in love for God and my fellow man, including yourself.

In February of 2020 I made a vow that I would not live or allow my family and friends to be compelled to live under the delusional control of tyrants pushing lockdown mandates using health orders as the excuse. I made this vow immediately after becoming aware of what officials in the state of California were doing to the people in that area. I had hoped that the same type of action would not come to Idaho, but my hopes were in vain, as in mid-March of 2020, Brad Little, Governor of Idaho, issued a statewide stay-home-order, much like California's Governor Gavin Newsom did earlier that month.

Knowing very well that no state or other official has been granted the authority to order my friends, family or I to remain in our homes until we have their permission to leave. Knowing that no man or group of people have the right to order other men or women to stop trading with each other in an effort to provide for their families. Knowing that no man or group of people have the right to order other men or women not to visit and care for each other. Knowing that state officials have only been granted authority enumerated in the state and United States Constitutions. Knowing above all things that the right to travel, the right to visit with and care for each other, the right to leave our homes at will, the right to trade and provide for our families are endowed by God the Almighty Creator to each of His children residing upon this earth, and that no government official has the authority to alienate these rights from His children unless in defense of their own rights.

Knowing these things, I began to act openly in peaceful defiance of the immoral and unconstitutional usurpations coming from government officials within the state of Idaho. Holding regular public meetings, an Easter service, peacefully protesting at a Meridian police officer's home for arresting a mother who took her children to the park and organizing people to peacefully stand for the rights that God had given them. Never once did I damage any property, commit any violence or harm any person. It is not in my nature to do so.

However, these simple peaceful acts of non-compliance caused heads of several government agencies to communicate with each

However, these simple peaceful acts of non compliance caused heads of several government agencies to communicate with each other about what should be done with Ammon Bundy. In one email chain between the head of the Idaho State Police, Colonel Kendrick Wills, Meridian Police Chief, Meridian Mayor, Robert Simison, the FBI JTTF (Joint Terrorist Task Force), Ada County Sheriff, Steve Bartlett, and several other heads of government agencies and offices in Idaho, all discussed to potentially raid the Easter service I had planned and mass arrest those attending. Imagine, in the United States of America, in the State of Idaho, heads of law enforcement and other officials plotting to raid a Christian worship service on Easter. And doing so because those assembling to worship God did not have permission from government officials to do so. Ultimately, these officials decided not to move forward with the raid and mass arrests because the Easter service was held in Gem County on private property. It is my belief that the Gem County Sheriff and Emmett Mayor did not support the action so they did not move forward with the raid.

In August 2020, Governor Little called for a special legislative session to gain legal immunity for the action of state officials during the lock-down orders. When the session began, hundreds of people came to the Idaho capitol building to attend. However, Scott Bedke, Speaker of the House, ordered the House gallery doors to be locked, guarded by Idaho State Police Troopers; stopping hundreds of people from legally attending the session. This caused many people to become very upset and eventually we pushed our way through the locked doors. I must mention that Idaho State law prohibits the doors to the House or Senate galleries from being locked at any time during a regular or special session. Regardless, this law did not seem to matter to Speaker Scott Bedke or to the Idaho State Police Troopers. In-fact, instead of apologizing to the people for illegally blocking the doors, the next day, nearly half of all the ISP Troopers in Idaho were ordered to report for duty at the capitol building. That afternoon an incident with the independent media was fabricated and I was arrested. My crime was sitting quietly and non disruptive in a public room in the Idaho capitol building (the Lincoln auditorium), during open hours, where no proceedings were taking place. The Lincoln auditorium doors were always open to the public until 7 PM each day. However, that day, at 5 PM, over 60 police officers entered the room and area and ordered me to leave. When I did not leave immediately, I was arrested and trespassed from the capitol building for a year. During my trial, over a year later, multiple police officers testified that I was *"not being disruptive and had broken no rules"* (please watch this video).

I do admit, at this point I became somewhat irrational. For I believed that I had a right to go into the Idaho capitol building and participate in the legislative process. I believed that the capitol building belonged to the people and not the government. I believed that somehow the people were going to make a difference in the capitol building and that I was to help motivate and unite them. And, I believe that I was targeted and falsely arrested so I could not influence the legislators or the people during that and the following sessions. Ultimately, I was arrested 3 more times for going back to the capitol building to attend legislative proceedings. Each time I was thrown in jail and sorely abused under the hand of the Ada County jailers.

To make matters worse, when I showed up to my first trespass trial, I was not allowed in the Ada County Courthouse because I would not wear a mask. After many attempts to get permission to go into the courthouse to attend my own trial, over a dozen Ada County Sheriff deputies exited the courthouse and arrested me for Failure to Appear (FTA) to my trial. On this occasion I spent 32 hours in an extremely cold holding cell in the Ada County Jail. The jailers refer to this cell as *"the cold box"*. It was very miserable and cruel.

For the next year and a half, I spent much of my life litigating these cases. Never once had I damaged any property, committed any violence or harmed any person. Yet, I was viciously prosecuted at the hands of a team of Ada County Attorneys. In the middle of these trials, I was also sentenced to 10 days in jail and fined $3,000 (the maximum sentence possible) for Contempt of Court (COC). Judge Annie McDevitt disagreed with me in using campaign service hours for public service time. So, with no opportunity to redo the hours and with no jury involved, she threw the book at me and I spent 10 more days in solitary confinement in the Ada County Jail. I am sure to this day she believes that I deserve such a harsh punishment, but even my critics vocalized their surprise at her extreme and unusual sentence.

In early March of 2022, I received a call from my friend's daughter Marissa Anderson. She was surrounded by police officers threatening to take her baby away. The Chavoya family are good friends of my family and we have spent much time together. They are one of the most loving, caring and politically active families that I know. The love and care they display to each other and to their friends is inspiring to all those who know them. Marissa's father Diego and I, during 2020, became two of the most public figures in Idaho speaking out against the governor's lockdown orders. Especially against the massive federal funds that were being distributed into Idaho institutions due to Governor Little keeping Idahoans under executive emergency powers for over 2 years.

So, after participating in much public scrutiny against the most powerful people in Idaho, police officers surrounded Diego's family and forcefully took his grandson under a false pretense of child neglect. Eventually, the accusations against the family were all proven to be absolutely false. Over time, the state had to give baby Cyrus back, drop the CPS case all together and dismiss the criminal charges against Marissa the mother and Miranda the aunt. However, I do not find it a coincidence that St. Luke's Hospital, the #1 PRIVATE

beneficiary of the federal COVID funds coming through Governor Little and the Idaho Department of Health and Welfare (IDHW), the #1 PUBLIC beneficiary of the COVID funds, are the two institutions that carried out the assault against the Chavoya family, who happens to also be some of my best friends. They did so by falsely reporting baby Cyrus' condition and sending the police after them.

That night, being extremely concerned for baby Cyrus, the family and the entire injustice of the situation, I showed up at St. Luke's Hospital where baby Cyrus was taken, demanding that he be given back to his family. After many demands, Meridian Police Officers arrested me and took me to the Ada County Jail. I must say, even though the Meridian Police Officers were completely in the wrong and acted to enforce the will of people grossly abusing the law, they were also lied to by officials from the Idaho Department of Health and Welfare (CPS). They were told that baby Cyrus was Failing to Thrive (FTT) and that he must be taken to the hospital for immediate care.

However, the evidence tells an entirely different story. Baby Cyrus was not taken to the hospital for care, he was forcefully taken from his parents and brought to the hospital to be immediately given to foster parents. Yes, this is correct, waiting there patiently in Meridian St. Luke Hospital were baby Cyrus' new foster parent(s). Baby Cyrus was deemed *"a healthy baby"* by the medical staff who told the foster parent(s) to "leave promptly". However, because of the commotion that I and those with me were causing outside the hospital by peacefully demanding Cyrus be given back to his parents, the foster parents had lost their will to take the baby and therefore Cyrus was transferred to Boise St. Luke's Hospital instead.

Read these hospital reports from that night:

> *"Health and welfare identified a foster family but due to protesters surrounding the hospital regarding this case, it was felt that discharge with the family foster family from the emergency department was unsafe for all involved."*

> *"The sending physician handed us the pt [i.e. patient] secured in his car seat. She indicated the patient was in stable condition and requested that we leave promptly. She stated, "just go! This is a healthy baby with no interventions"...no acute life threats noted."*

The Idaho Department of Health and Welfare (CPS) mis-represented the truth about baby Cyrus, causing this entire situation. Baby Cyrus was and has always been cared for and loved to the extreme by his parents and family. His mother was breastfeeding and he had been thriving since birth, even though recently he was not reacting well to solid foods (not atypical for his age). CPS with the help of Meridian Police Officers took Cyrus away from his main source of nutrition (his mother), which was very concerning to many people, including myself. I felt I had the ability to bring attention to the matter and did so at the hospital by demanding that baby Cyrus be returned to his nursing mother.

Because of this incident, I and my family have once again suffered under the hands of Ada County Prosecutors for an additional year. The CPS case against baby Cyrus' parents was dropped, the criminal case against baby Cyrus' aunt was dismissed, the criminal case against baby Cyrus' mother was dropped, but the case against me continues to go on and is scheduled for trial this month. If convicted, I face heavy fines and up to 1 year in jail. The Ada County Chief Judge, in the middle of these proceedings, reassigned my case to Judge Annie McDevitt, the same judge who already threw the book at me once and sentenced me to 10 days in jail and a $3000 fine. Normally, Contempt of Court (COC) is a fine of a few hundred dollars with no jail time. So, it doesn't take legal training to understand what she will try and do to me if I am convicted this time for helping baby Cyrus and his family.

It took about 6 days to get baby Cyrus back to his parents. The people at the Idaho Department of Health and Welfare (CPS) and Judge Laurie Fortier did not like the public scrutiny they were receiving and gave baby Cyrus back after about a week of hundreds of people protesting at St Luke's Hospital, the CPS office and the Judge's home. A few weeks later, St. Luke's Hospital sued Diego Rodriguez (Cyrus' grandfather) and myself for saying negative things about them. They retained Holland & Hart, LLP a law firm that also represents Governor Brad Little, Scott Bedke and the Idaho Department of Health & Welfare.

Each week, going on 5 months now, Diego and I have received mountains of court documents. Holland & Hart is sending documents to my business, home and associates, by personal service companies, Gem County Sheriff's deputies, US Postal Service, Fed-Ex and UPS. Some documents are too big to print so they send electronic files in packages to contain it all. Without exaggerating, I could have filled up a garbage dumpster to contain the amount of legal documents I have received from Holland & Hart. After speaking to an Idaho law firm (in hopes to defend myself) I was told that it would take at least 3 full time attorneys to respond to Holland & Hart's litigation in this case. Because this case may continue for several years, it is not impractical to calculate that it would take hundreds of thousands of dollars to properly defend against the onslaught of litigation paid for by donations given to St. Luke's Hospital.

I was informed by two very creditable, independent sources (one a high-ranking Ada County Official and the other an attorney who works with St. Luke's hospital) that St. Luke's CEO gave Holland & Hart a blank check to financially destroy Diego and I for speaking out against them in the role they played in taking baby Cyrus. So, rather than taking action to ensure that the situation with baby Cyrus does not happen again, instead, St Luke's CEO, Chris Roth, has authorized hundreds of thousands of dollars of donations given to St. Luke's Hospital to pay a law firm to financially destroy baby Cyrus' family and those who stood with them. I don't believe this is why people donate to St. Luke's Hospital. I believe those who donate to St. Luke's Hospital are under the impression that their donations are going to medically help children and other patients, not to fund a team of $600 per hour bureaucrat attorneys sent to even a political score.

To date, St Luke's team of attorneys have used the courts to put a lien on my home, forcing me to sell it. I have been forced to liquidate all my assets except a few and my family and I have no idea when any of this will end. St. Luke's CEO, Chris Roth, has given Holland & Hart a blank check to financially destroy Diego and I. Mis-using the courts, they have put us under constant threat of losing everything we have worked for our entire lives. Never once have I knowingly stepped inside a St. Luke's medical facility in Idaho. Never have I or my family received any medical treatment from a St. Luke's provider. I owe them nothing, yet they are trying to take everything. Anything I said about them (which was very minimal) I believe to be absolutely true, but they are using the courts to chill free speech and punish anyone who exposes them to the public. All of this, when they are the people who participated in stealing a baby from loving parents. Holland & Hart receiving open payments from St. Luke's Hospital to destroy lives by abusing the court is a prime example of Judicial Terrorism (JT).

In the last few years, I have been criminally charged many times for defending what the Idaho State and U.S. Constitutions were designed to protect. I have had so many court hearings that I have lost track of the number. I have endured multiple trials and spent weeks in solitary confinement in the Ada County Jail. I have been forced to sell my home and assets, been fined thousands of dollars and have not been able to rightfully provide for my family. Now, in less than a week, I will be forced to defend myself again in trial against criminal trespass charges, facing a team of government attorneys, for peacefully standing outside St. Luke's Hospital demanding that they give baby Cyrus back to his loving parents. If convicted, I will be fined thousands of dollars and will most likely spend months, if not a year in jail, away from my little family who need me, sentenced by Judge Annie McDevitt. I am certain if I am thrown in jail, by the time I get out, St. Luke's Executives and Holland & Hart Partners with help from a few Ada County Judges, will do their best to take everything they can from me and strip my family from anything we have left.

Never once have I damaged any property, committed any violence or harmed any person. I have remained peaceful and stood for peaceful remedies even when forceful actions in defense may have been justified. I have stood as a barrier in protecting the very people who are harming me from those who believe that sometimes a way to right a wrong is not always peaceful. Everything I have done has been peaceful, even when police officers have falsely arrested me, abused me, my family and my friends and caused me to bleed by violence. Even when jailers have cruelly forced me to suffer for days. Even when judges have taken my income, wealth and stripped me of my rights. Even when the courts have allowed judicial terrorists to use the force of law to harass and financially assault my family. I pray every day to my Father in Heaven for the resolve to remain peaceful, but feel I have the justification to call upon my friends and defend myself by any means, even though I have no intention at this point to do so.

My only desire is to be left alone! But I cannot stand by when the rights to life, liberty and property are being violated all around me. It is my belief that if a man or woman smites me or my family once I should bear it patiently and not revile against them. If they smite me or my family a second time, I should not revile against them. But if they smite me or my family a third time I should bear it patiently as a testimony against them, but warn them, in the name of Jesus Christ, that they come no more upon me or my family, and if they do so, God will deliver them into my hands. However, if they repent at any time, I should forgive them. I have full faith in these words and intend to live by them.

I therefore warn; Blake Higley, Scott Bedke, Whitney Welsh, Chris Roth, Annie McDevitt, Erik Stidham, Brad Little and Keith Reynolds, in the name of Jesus Christ, that you come no more upon me or my family. I pray that I will be even more patience than I have been and hope that you will repent of your violations against the people of Idaho and myself. There is not one person that I hate or wish harm to come upon. I only hope that you will see that all men and women are equal to you and that you have no right to deprive anyone of the gifts that God has given them, no matter what authority or power you think you possess.

Humbly,



Ammon Bundy

Attachments

📄 screenshot-2023-05-11-at-2-20-28-pm.png (921 KB)    📄 screenshot-2023-05-11-at-2-37-38-pm.png (2 MB)

📄 signal-2023-04-09-192042-002.jpg (273 KB)

💬 View 36 Comments

## Big Health, Corrupt Courts and the Bundy Family

UPDATE 19

🔗 Jun 18, 2024   🕐 Jun 18, 2024

🔗 Permalink (Alt)

Part 1 is hard to believe but part 2 is difficult to consider.

Click to listen:



Original Article: https://pplsrghts.net/50963ab9-b7ee-4267-9836-5119534b6bb1

Attachments

📄 screen-shot-2021-11-20-at-7-39-55-am-2.jpg (1 MB)

## The Cost of Saving a Baby

UPDATE 18

🔗 Nov 28, 2023   🕐 Nov 28, 2023

🔗 Permalink (Alt)





*Cyrus & Marissa Anderson with Ammon Bundy*

What is happening to the Bundy family and why it is dangerous territory for all of us.

<u>THE LEGALITIES</u>

In an attempt to silence criticism, on April 11, 2022 St. Luke's Health System filed a complaint against Ammon Bundy and Diego Rodriguez for speaking out against St. Luke's involvement in taking a baby from his loving and caring parents. (See E1)

Bundy, unfortunately familiar with the modern courts, understood early in the litigation the design of the St. Luke's lawsuit. It was not designed to win, but instead to burden he and Diego with massive legal defense costs until they abandoned their criticism or run out of money. The fact that St. Luke's executives originally sued for only $50,000 and then immediately buried Bundy and Rodriguez with tens of thousands of legal documents, and procedures costing hundreds of thousand in attorney fees, indicates that St. Luke's executives did not care to prevail in the lawsuit, but instead intended to censor Bundy and Rodriguez by overburdening them with legal proceeding, paperwork and attorneys fees. This type of lawsuit is called a SLAPP lawsuit, used primarily by large corporations with robust legal funds and is illegal in many states. (See E1a)

From the beginning of this litigation Mr. Bundy considered the enormous burden that fighting this case would put on his family and finances. He deliberately decided not to appear, which would require Judge Lynn Norton to default him under the Idaho Rules of Civil Procedure, Rule 55 (a)(1). At the start of the case St. Luke's executives were only suing for $50,000. Therefore, rather than hiring attorneys and spending years in litigation, costing him hundreds of thousands of dollars, Bundy believed defaulting would be the least time consuming and least expensive way to mitigate the lawsuit. However, Judge Lynn Norton intentionally did not default Bundy as required by the law (I.R.C.P, 55 (a)(1)). Instead, she kept the case going for nearly a year, leaving it wide open for St. Luke's attorneys to amend the complaint 4 times, rack up around an $800,000 legal bill, increase the punitive damages to $52 million, and then she issued a civil warrant for Bundy's arrest because he continued to speak publicly about the case. Shortly after, Judge Norton recused herself from the case leaving the enforcement of her actions to another judge. (See E1c)

Bundy's choice not to participate in the proceeding of this case was a strategic legal move to force the court to an early default, stopping St. Luke's executives from spending millions of public dollars hiring attorneys to financially destroy him. However, because of corruption in the Ada County court, Bundy's legal entitlement to a default was denied, causing him massive damages, including a $52 million judgment.

Idaho Rules of Civil Procedure 55 (a)(1)): *"When a party against whom a judgment for affirmative relief is sought*
*has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the court must order*
*entry of the party's default.*" (See E1b)

After arresting Bundy on a $10,000 bond, a bench trial was scheduled for November 13, 2023. On October 20, 2023
the St. Luke's attorneys filed a load more of contempt charges against Mr. Bundy because he continued to speak out
against the lawsuit, airing the details of what St. Luke's Parties did to the Anderson family that instigated the state
wrongfully ripping a baby out of his loving mother's arms and forcing treatment upon the child. These new gag order
charges led to a $250,000 warrant for Bundy's arrest. (See E2) (See E3) (See E4) (See E4a)

WHAT REALLY HAPPENED WITH BABY CYRUS

Baby Cyrus, at the time, was experiencing an undiagnosed condition called Cyclic Vomiting Syndrome (CVS). Worried
about dehydration, Cyrus' parents came to a St. Luke's facility for assistance. Dr. Natasha Erickson was assigned
to Cyrus. However, she misdiagnosed the child and declared him Failure to Thrive (FTT) instead. (See E5)  Dr. Erickson
threatened to contact CPS if the family did not obey her medical demands. (See E6)  St. Luke's employees coerced the
family into keeping baby Cyrus in their facility for several days while they billed significant amounts for their services.

After leaving the hospital, that following week the Andersons took Cyrus to a doctor on Monday, Tuesday and
Thursday. (See E7)  However, Friday morning, Marissa, Cyrus' mother, woke up not feeling well and canceled the
doctor's appointment for that day. Because of the cancellation, Dr. Erickson assumed the family was not obeying her
medical demands. After communication with Aaron Dykstra, a nurse with Functional Medicine of Idaho, a CPS referral
was made and Meridian Police became involved. (See E8) Because of the missed appointment, Detectives Jeff Fuller
and Steve Hansen initiated a BOLO ("Be On the Lookout") alert, attempted to enter the grandfather's home without a
warrant and made plans with CPS workers to take baby Cyrus from his parents that day and give him to foster
parents. (See E10)

As planned, the Anderson family was pulled over and while Sargent Christopher McGilvery and Detective Hansen were
lying to Cyrus' mother about being able to stay with her baby, they coaxed her into an ambulance, ripped the baby
from her arms and took him to a St. Luke's facility where foster parents were already scheduled to take him home that
night. (See E12)

St. Luke's Admin Doctor, Racheal Thomas says, speaking of Cyrus that night, "*This is a healthy baby with no
intervention.*"(See E13)  After examining the baby, medical staff also wrote, "*Patient does not seem to be in any
physical distress.*" They also reported, "*No acute life threats noted.*". (See E14)  Mr. Bundy has posted many YouTube
videos of baby Cyrus just before they took him, all the video have been recently taken down. However, medical staff
took pictures of Cyrus that night. In each video or picture, it is clear to see that Cyrus is alert, attentive, physically
active and does not look like a baby in medical distress. (See E15), (See E16), (See E17)

Because many concerned people showed up at the Meridian St. Luke's facility that night (including Ammon Bundy),
CPS workers, Meridian police officers and St. Luke's staff made a new plan to get Cyrus to the foster parent's
home. (See E12)  Instead of sending him that night, risking the chance of people following the foster parents, they
would transport Cyrus by ambulance to the St. Luke's Boise facility, keep him that night and then send him with the
foster parent the next day when no one was watching. When making the plan, the St. Luke's administrator in charge

foster parent the next day when no one was watching. When making the plan, the St. Luke's administrator in charge,
Dr. Racheal Thomas said,

> "Here's the thing, I need to have more degrees of separation to protect this poor foster mom that's going to
> take this kid, everything else. So, what I want to do, is admit the baby to Boise, not because it is medically
> necessary, the kid has lost weight and needs to be, not in all of this (using her hands to indicted the hospital),
> but what I want to do is send the baby to Boise, because then that's a few more degrees of separation, keep
> him overnight and then sometime tomorrow, when they don't know, get the baby out with CPS to foster
> parents.' (See E19)

Cyrus was not taken to the St. Luke's Boise facility because he was in medical need. He was taken to Boise to trick the
people concerned about Cyrus so they could get him secretly to a foster home. St. Luke's staff, Meridian police officers
and CPS workers plotted to send Cyrus to a foster home that night and when that did not work, they plotted again to
send him to a foster home the next day. Cyrus was not sent to either St. Luke's facility because of the need for
imminent medical treatment. Dr. Natasha Erickson made this point in her medical notes when she wrote:

> "He [Cyrus] was brought to the Meridian ED for evaluation. Health and welfare identified a foster family but due
> to protesters surrounding the hospital regarding this case, it was felt that discharge with the foster family from
> the ED was unsafe for all involved. For this reason, the patient was transferred to Boise for further care.'(See
> E10)

While in the St. Luke's Boise facility, hundreds of concerned people peacefully assembled outside the building. CPS
workers decided not to send Cyrus to a foster home the next day but instead kept him at the St. Luke's Boise facility.
Cyrus had become a hot topic and no foster parent wanted to take him home. (See E20) Meanwhile a serious
condition was developing. Cyrus needed his mother. He needed her for nutrition and he needed her for care and
nurturing. But, CPS workers, St. Luke's employees and the police were keeping his mother away from him. (See
E20a)

In St. Luke's care Cyrus:

- Was not taking the bottle well. (See E21)
- Was not defecating. (See E22)
- Was becoming lethargic and less responsive to the medical staff. (See E23)
- Was vomiting often and excessively. (See E24)
- Had to receive fluids through an IV. (See E25)
- Staff had to insert a nasal feeding tube (NG) to get him nutrients. (See E26)
- Was being restrained by the medical staff so he would not pull his tubes out. (See E27)

All of these negative developments occurred while Cyrus was in the care of St. Luke's staff. Nearly all of these effects
were caused because Cyrus was being held away from his nursing and caring mother. (See E28) They brought baby
Cyrus to the Boise facility to be transported to a foster home the next day. When a foster home was not feasible "for
safety reasons", they continued to keep him from his mother and caused several medical conditions. Cyrus needed his
mother breastmilk and his mothers care. It's a systematic arrogant indoctrination that causes a person to believe the
state can care for a child better than his loving parents.

Eventually Cyrus' mother was allowed to come in and breastfeed him. Because of the national attention Cyrus was getting, CPS workers had no place to put Cyrus. In an unprecedented move and contrary to the CPS judge's orders, Cyrus was given back to his parents and the case was dropped. (See E29)  Cyrus has since been properly diagnosed by competent doctors (not employed by St. Luke's Health System) with CVS (Cyclic Vomiting Syndrome) and treated; (See E31) all while in the care of his loving family. Cyrus is a happy and healthy toddler today, loved and cared for by his mother and father. (See E32)

Mr. Bundy, as a father of 6 children and 1 grandchild, is vehemently opposed to the state taking children from any loving and caring parent. (See E37)  If the police were really concerned for Cyrus' well being, they would have kept his mother with him, which is the thing Bundy was demanding. Only extreme institutionalized individuals believe that the state can take care of a baby better than loving parents can. People like those we learn about in Germany during the 1930's and 40's. (See E38)  Mr. Bundy did not come to the defense of the Anderson family to "gain money" or to gain "publicity for himself" as St. Luke's Parties shamefully claim.  He came to the defense of the family to get Cyrus out of the hands of institutionalized subordinates and back to his loving and caring parents where he belongs. (See E39)


THE CURRENT SITUATION

Mr. Bundy has continued to air the facts of this case and in an effort to stop him, St. Luke's executives hired teams of attorneys to bury him in the courts and force his mouth shut. (See E40)  On October 20, 2023, St. Luke's attorneys filed more contempt charges hoping the court would arrest him again. These charges have resulted into a $250,000 warrant for Bundy's arrest. Because of the truthfulness of his statements, Mr. Bundy denied the allegations and moved the court to consolidate all the contempt proceeding into one and schedule a trial for March of 2024. The court denied his request. He faces up to 6 month in jail and $180,000 in fines.

St. Luke's executives are also suing Bundy and his wife Lisa in another lawsuit trying to take their home. In this case, St Luke's council Robert Faucher & Eric Stidham is attempting to enter the Bundy's home to personally "inspect it". Ammon Bundy has refused entry multiple times, stating, "This level of harassment will not be tolerated". Faucher is now seeking to force entry by appealing to an Ada County judge, claiming St. Luke's has a right to enter his home to determine the value of Bundy's possessions. Judge Brent Whiting ordered the sheriff department to escort the St. Lukes attorneys into Mr. Bundy's home while he is not allowed to be present. Meanwhile, St. Luke's attorneys are in the process of taking everything Bundy owns including issuing Writs of Executions, seeking the Ada County judge to order the Gem County Sheriff to confiscate and sell his property. The same judge has seized Bundy assets and bank accounts making it difficult for Bundy to provide for his family or hire an attorney.

LET'S CONTEMPLATE

Was Mr. Bundy wrong for standing for this baby and his family? Should Bundy be stripped of his possession and put in jail for speaking out against the government and St. Luke's? A judgment has been ordered, therefore should the people of Idaho stand by and allow this injustice to take place? If Bundy could hire an attorney, should he spend hundreds of thousands of dollars to defend himself, potentially losing everything anyway? Is this the new Idaho, part of the new America that we are to accept and pass onto our children?

Here is the pattern; You or your neighbors rights are violated by the state or a large institution; You speak out against it; They prosecute/sue you for speaking against them; You don't have the means to fight the attorneys in the courts; The courts forcefully take everything you own. This is the pattern we are seeing all over the county. The only way to avoid this happening to you is to NOT speak out when you or your neighbors rights are violated. *"Just keep your mouth shut while they violate you, even when they take your children, don't say a word or they will punish you through the law."*

What is the founding mechanism designed to stop this type of abuse? (See 41) When the rights listed in the 1st Amendment; to speak, to peacefully assemble and to grieve government officials for redress is not protected by the courts and result in the state stripping people of their property and much of their liberty; when the law has deteriorated this far, what is the mechanism to stop it?

---



Ammon & Lisa Bundy Family

💬 View 4 Comments

---

## $52 Million! No Wonder! They Lied to the Jury!

**UPDATE 17**

🏷 Aug 7, 2023    🕐 Aug 7, 2023

🔗 Permalink (Alt)

St. Lukes executives, lawyers & witnesses lied to the jury many times. Here is a few examples of them lying to the jury. No wonder the jury was so motivated to hang Diego & Ammon with $52 Million. Idaho is not a place for lying doctors, lawyers, executives and reporters...go somewhere else to do your lying!



💬 View 4 Comments

## Why Appealing the St. Lukes Case Would Not be Worth It!

UPDATE 16

✏ Jul 28, 2023    🕐 Jul 28, 2023

🔗 Permalink (Alt)

I am surprised that so many people believe that the remedy for these types of matters will be found in the courts. As I explained in my last video the courts have often been used by the rich and the powerful to hurt innocent people. But let me explain here why appealing this case in the courts is not feasible for people like me. When I say people like me, I mean people who are ideologically hated by most of the judges, lawyers and staff that control the lower courts and who do not have the financial means to combat massively funded legal teams. Let me explain.

At this point this is what it would take for me to get this case to the U.S. Supreme Court. First, I would have to appeal to the Idaho Appellate Court, that would take me at least two years, most likely three just to be heard. Litigation in this court would take another couple years. Through the entire process St. Luke's would be burying me with legal papers created by their team of $600 per hour attorneys. Of course, I would have to respond to every document they filed or the case would be compromised. Responding to St. Luke's litigation would be impossible unless I hire a team of attorneys also. The average cost for a decent attorney in Idaho is $250-$350 per hour. It would take at least 3 attorneys, most likely more, from what I am being told by a knowledgeable Idaho law firm. Legal assistants could be utilized but only for certain things. Even with a legal team it would be hard to read and respond to all the documents that the St. Luke's team would be throwing at us. We know this from what they have done in the past. Then in the end, I would most certainly lose in the Idaho Appellate Court. The same people that make up the Ada County Court also make up the Idaho Appellate Court. Most of the judges chosen for the Appellate Court come from the Ada County Court and live in or associate closely with Ada County.

After the loss in the Idaho Appellate Court, I could then appeal to the U.S. District Court. However, this court I have already appealed to and they rejected taking up the case then awarded St. Luke's over $18,000 in legal fees as punishment to me for filing in their court. Remember the U.S. District Court of Idaho are all judges from Idaho and it is still the Idaho Good Old Boys that influence that court even though it is a U.S. Court. Therefore, it would also take several years (paying that team of attorneys) to get through the U.S. District Court and in the end, it would most certainly be a loss. Don't think I'm just being a Debby Downer here; this analysis is simply a very practical projection of what would happen based upon the present legal system and our current political climate.

After the U.S District Court it is onto the U.S. 9th Circuit Court. By this time, I would most likely be in absolute destitute and my young children would be leaving the home with only a few memories of me not working on the legal case against St. Luke's. However, outside of the control of the Idaho establishment, I may find some traction in the 9th Circuit Court, but it is a crap shoot and would also take several years of responding to St. Luke's law fare. Tens of thousands of documents during each litigation. St. Luke's has endless funds to pay lawyers for the simple purpose of creating documents that I must respond to. But, finally, after 8-10 years of this intense litigation, if I could endure, I may make it to the U.S. Supreme Court. The litigation in the U.S. Supreme Court would be much less and I actually believe I might win (if the justices have not changed by then). But, in reality I would have already lost. I would have lost hundreds of thousands of dollars, thousands and thousands of hours of family and work time and most likely everything I own anyway just to pay for it all. You see, with our legal system, the process is the punishment, even when you win.

The estimate at a minimum is $700,000 and 10,000 hours to litigate this case to the U.S. Supreme Court, that is a minimum figure. It could take upwards to $2.5 million because of the mountains of legal responses that would be required due to St. Luke's team of attorneys. For St. Luke's to dump $3-5 million into attorneys is nothing. They run on a multi-billion-dollar annual budget. The U.S. legal system is not about justice but about who has the most money to spend on attorneys and litigation. My attorney fees in the Oregon and Nevada cases were $534,000. Incarcerated I was forced to fight in the courts then and it is by the grace of God that we are not in prison still, even though we were completely innocent. Yes, I could raise some money for legal expenses but my experience is that people would slowly stop caring about this case in less than a year and the rest of the financial burden would be mine to carry. Also, I have never been good at raising money. It is hard to ask people for money when it seems as if it is for yourself.

Hopefully this helps clarify why there is no win appealing to the courts. However, I have seen wins in other more practical ways but it takes courage, fortitude and God's favor to prevail. I intend on simply living and demanding that I am left alone. If not, I will defend myself and call on others to help.

Writing by Ammon Bundy

July 27, 2023



Other videos & links on this matter:

— 4 Reasons I have Not Defended Myself against St. Lukes in the Ada County Court

— Evidence that CPS Agents, Meridian Police & St Lukes Staff are Lying about Why They Took Baby Cyrus

— Letter to Erik Stidham, Lead St. Luke's Attorney

— Letter to Judge Baskin from Ammon Bundy

— St Lukes Hospital Executives Seek $7.5 Million & Ammon Bundy's Arrest

— All About the Baby Cyrus Case

💬 View 1 Comment

---

## 4 Reasons I have Not Defended Myself against St. Lukes in the Ada County Court

UPDATE 15

Jul 26, 2023    Jul 26, 2023

Permalink (Alt)

I am often asked, why I did not hire a team of attorneys and defend myself in court.

Here are 4 Reasons I have Not Defended Myself against St. Lukes in the Ada County Court

Click here for more information on this matter:

https://www.peoplesrights.org/cyrus

https://www.freedomman.ws/cyrus/

💬 View 8 Comments

---

## Evidence that CPS Agents, Meridian Police & St Lukes Staff are Lying about Why They Took Baby Cyrus

UPDATE 14

Jul 24, 2023    Jul 24, 2023

Permalink (Alt)

Evidence that CPS Agents, Meridian Police & St Lukes Staff are Lying about Why They Took Baby Cyrus

Before this is over you may have to decide who is right. Here is more evidence for you to consider. The information in this video is what Cyrus' grandfather and I exposed and are being sued for. Based on the evidence, you can decide for yourself if St. Lukes, CPS & Meridian Police where right in taking Baby Cyrus.





Ammon Bundy's Official Statement:

*Massive institutions combined with the state, financially benefiting when they take a child is one of the worst combination a parent can imagine. Therefore, to counter, the cost of stealing a baby must be extremely high and good people must assure strong consequences when it happens. Idaho CPS agents, Meridian police & St. Luke's staff so far have gotten off easy. They may have the means to use the courts to cover for their actions, but taking a baby from loving parents no matter how they abuse the courts is wrong and should never happen! People in a jury deciding how much St. Luke's is going to take from those who exposed the truth about them is a mockery to justice. When a baby is born he or she does not become property of the state or hospital executives, CPS agent, Meridian Police Officers and St. Luke's staff would do well to remember that.*

Click here for more information on this matter:

https://www.peoplesrights.org/cyrus

https://www.freedomman.ws/cyrus/

🗨 View Comments

---

## Letter to Erik Stidham, Lead St. Lukes Attorney

UPDATE 13

🖋 Jul 24, 2023    🕐 Jul 24, 2023

🔗 Permalink (49)

Mr. Erik Stidham,

If I do not have a right, protected by the first amendment, to speak about what your clients did and show the evidence to back it up, then what right do I have to speak at all?

Natasha Erickson threatened to call CPS on Cyrus' parents when they came to her for medical help, she then wrote in her doctor's notes that *"Patients family is connected to Ammon Bundy who is running for governor"* (g). Rachel Thomas, speaking of baby Cyrus said, *"We're just going to break some protocol and take the ambulance through a different entrance because it is a medically stable patient"* (b). The ambulance record read, *"This is a healthy baby with no interventions"..."no acute life threats noted"* (c). St. Luke's medical records show that Cyrus was going to be transferred immediately to foster parents from the hospital (d) (d1). A nurse report admits that baby Cyrus was laying in his vomit for some time and pictures prove that while in the care of St. Luke's doctors and nurses Cyrus' face was burned from laying too long in his own "emesis" (e), (f).

Evidence shows that Marissa (Cyrus' mother) informed Detective Hansen that Cyrus only took breastmilk and that Cyrus needed to be with her to nourish him (g). Detective took him away anyway, arresting Marissa for obstruction of justice (h). She was booked into Ada County jail.

Dr. Rachel Thomas fed Cyrus formula and gloated about it as if she fixed Cyrus all with one bottle. Later, St. Luke's employees put an IV in Cyrus (possibly multiple) and then a nasal feeding tube down his throat, all in hopes that baby Cyrus would keep down the supplements that the hospital employees were giving him (j). All of their efforts to feed him failed while his mother was outside the hospital crying and begging to get in to nurse and care for him.

All of this evidence and much more is in the criminal discovery from when I was trespassed. I received that discovery legally as the accused and have published it legally, well within my rights protected by the first amendment.

Your efforts in using the courts to stop the publication of the videos and documents are a grasp to silence the truth and chill free speech [m]. So, back to my original question; If I do not have the right to publish and speak about what the evidence shows happened to baby Cyrus, then what right do I have to speak at all?

Also, I wonder if Judge Norton would be so helpful to your side if she knew how you are misrepresenting things to her. Things like how you lied about me quoting the Bible. You took single words from my article, searched them in the Bible, made your own interpretations of threats and then insinuated that I quoted those verses from the Bible [n]. Very dirty work, very dishonest. I am, however, glad that you spent some time reading the Bible, you should do it daily with real intent. it will change your life [o].

If your clients are intimidated by the exposure of what they did, I cannot help that. I have never said anything that I absolutely did not believe to be true. I have never presented evidence that does not speak for itself (examples above). You and the St. Luke's executive have made this entire matter much worse and much more public than it ever would have been if St. Luke's would have just corrected the internal issue they had and moved on with taking care of people properly.

How many babies are not getting care because taxpayer funds and donations are going into you and your partner's pockets? How many children with cleft palates are suffering because St. Luke's directed those funds to your office rather than to pay for surgeries. This nonsense needs to end. It is a waste of everyone's time and only you and your partners financially win here.

As you are very well aware of, I have offered everything I own for your clients to stop this lawsuit and leave me, my family, and friends in peace [q] [p1]. St. Luke's CEO, Chris Roth, is obviously aware of this offer but must want more than I have to give him. The offer is still on the table! I will give you everything I own as an offering for peace. What more can I give you? No sanction or judgment can take more than I own and I cannot give you what I don't own. Make no mistake, you nor your clients deserve anything I own, but I do not believe I will get any form of justice in the Ada County courts and I desire peace. I have extended the olive branch to you by allowing St. Luke's executives to take all that I have and therefore financially ruin me. I am not afraid to rebuild and know I will be blessed for being a peacemaker. Please accept my offer and let's move on in peace. This offer will not remain indefinitely.

My initial concern from the beginning of this matter was with CPS workers authorizing the taking children from loving and caring parents using police powers with little resistance or checks and balances. My main concern had very little to do with St. Luke's hospital or employees. This lawsuit brought the actions of St. Luke's employees to the public's eyes more than any other action. St. Luke's doctors started this entire thing and now St. Luke's executives and council are keeping it going. Don't blame me for defending myself in the court of public opinion when your clients started the battle. Do I not have a right to speak about what I know and believe to be the truth? To defend my position, too; especially when it comes to a family and a baby that I love and cherish [t]?

Ammon Bundy

May, 15, 2023

🗨 View Comments

---

## Letter to Judge Baskin from Ammon Bundy

**UPDATE 12**

🗓 Jul 10, 2023   🕐 Jul 10, 2023

🔗 Permalink (Alt)
July 10, 2023
Case Number CV012206789

Dear Judge Nancy Baskin,

Being you have been recently assigned to this case and given the many injustices that you are inheriting by taking on this assignment, I believe it is only proper and just to express to you my views and position on this matter. Judge Lynn Norton, who previously presided over this case, violated the sense of justice in her administrations, and now, after much of the dirty work is done, she has dismissed herself from this case knowing her replacement will be left to administer the physical enforcement of her unjust and shameful decisions. As her replacement, you in a sense are being set up by your colleagues and if you try to enforce the unlawful and gross ruling of Judge Norton you will be faced with the greatest resistance of your career. On the other hand, if you seek to administer justice and begin to check and undo what Judge Lynn Norton did, you will face peer persecution, coercion, public ridicule and most likely the end of your career as a judge. Because you have taken over the rulings of an unjust judge, there is no way out of the trouble it will cause you, unless you also voluntarily recuse yourself as Judge Norton did when she foresaw the terrible consequences that her rulings will cause. Your recusal is not my desire or request.

This case began in March of last year when the State (CPS Agents with Meridian Police Officers) wrongfully took a loved and cared for baby from his parents. I knew this family very well and there is no room for any argument whether they were caring for and loving that baby, NONE! However, there are endless stories that can be told of good people taking their children to a hospital for care and a doctor with a god complex backed by the power of the State and financially influenced by greedy hospital administrators, enforces his/her will upon the parents. When the parent doesn't want the treatment or the test or the care all together, when the parent wants to leave the hospital, even to go to another doctor, that doctor threatens to call the State (CPS) to have their children taken away from them. This is a terrifying experience for loving parents and most just yield to the doctor's will, many times to the detriment of their child's healthcare, at times becoming financial slaves to the hospital for years. But what option do they have? Consent to the doctor's care or have your children taken away by the State. Parents can only imagine the hell their children will go through under the care of State agents. The high possibility of mentally, physically or sexually abused, dragged around from unknown place to place, all parental and medical decisions made by people employed by the state, most who have never had children themselves. The emotional trauma to the children and the parents is too much to even consider not being obedient to the medical personnel who believes he/she is justified to take away what God has given. It is my belief that all parents should fight vehemently against their children being stolen by the State on the recommendation of doctors or nurses. To avoid this fight however, I recommend to everyone I talk to about this matter to NEVER TAKE YOUR CHILDREN TO A LARGE HOSPITAL, IT IS TOO DANGEROUS. With doctors and nurses believing that they can morally take any child for any medical reason and with the State and hospital executives backing them, it is simply too risky for parents to advocate for their own children in a large hospital chain. Therefore, DON'T TAKE YOUR CHILDREN TO A LARGE HOSPITAL FOR MEDICAL CARE! If care is absolutely necessary, clinics or private doctors are typically much safer. This current case that you now preside over proves that the Anderson family should have never trusted their child's medical care to the St. Luke's staff and administrators.

As soon as Meridian Police Officers forcefully yanked the Anderson's baby out of his mother's arms, I began assembling people to St. Luke's hospitals. The following morning, I called on as many people as I could to come to the Boise hospital where they were holding Baby Cyrus. Over 400 people assembled at the hospital in just a few hours. I also began posting videos, expressing concern and educating people about what was happening to the Anderson family. Using first hand facts, I informed people about the situation, to this day there is not one word I said that can be refuted, even though St. Luke's executives have spent hundreds of thousands of dollars trying. As a judge I trust that you will recognize the protected rights listed in the First Amendment of the United States Constitution; the right to freely speak; the right to peacefully assemble; the right to grieve government officials for redress. These are supposedly protected rights of every resident within the borders of the United States, including Idaho. But, in the Ada County Court these rights are not protected, they are trampled upon and treated criminal or worse. What we did to St. Luke's staff, CPS agents and your colleague Judge Laurie Fortier was exactly what our founders prescribed when people in powerful positions (governments or otherwise) abuse, overstepped or infringe upon another's persons rights. With others, I spoke freely against them, assembled people at their facilities and grieved them for redress (to give the baby back), and it worked! Within a few days the baby was returned to his parents, shortly after the CPS case against the Anderson family was dismissed and the shameful criminal charges against the mother were dropped. It is hard to believe that Meridian Police Detective Steven Hansen charged the

mother with "Obstruction of Justice" when she did not freely hand her baby over to him. What a disgrace! No decent mother would hand her baby over to a police officer knowing she is a good mother and the police are terribly wrong. Still the same, we confirmed once again, that speaking freely to the public, peacefully assembling people and grieving officials for redress, works! Just as the First Amendment prescribes. It is peaceful and it works!

The old saying, "the truth hurts" is, in-fact, true, especially when institution like Idaho CPS and St. Luke's are trying to maintain a good reputation while being involved in dark actions. The Idaho Department of Health and Welfare (CPS) is responsible for taking an average of 4 children a day from Idaho parents. Nobody knows the exact amount of money each child is worth to the department but recent studies show each child to be worth $1- $3 million dollars cumulatively to all of the various institutions who get paid once these children are kidnapped.  Many of these children are taken to medical facilities like St. Luke's where the federal government is billed, without restrictions, for the child's "care." Baby Cyrus was in St. Luke's possession for approximately 5 days and St. Luke's billed, and was paid, at least $30,000 for the forced "care" on Baby Cyrus. What a cash cow for St. Luke's Executives and for the IDHW agents, including the CPS agents. Monetarily incentivizing institutions in taking children is the worst nightmare any Idaho parent could have. The misrepresentations bureaucrats and staff will conjure up to justify the taking of children from parents is highly motivated when the incentive is to fund themselves and the institution they work for.

Because I freely spoke the truth about what happened to the Anderson family, St Luke's retained one of Idaho's most powerful law firms, Holland & Hart. The same law firm that represents Governor Little, Scott Bedke, IACI and most of Idaho's Good Old Boys, the same people I have been politically fighting the past few years. I don't think that is a coincidence. Utilizing heavy-handed tactics, Holland & Hart Attorneys have served tens of thousands of pages of legal documents to my home. Before being able to respond to the initial complaint I was swarmed with more documents. This has continued throughout the proceeding, ultimately resulting in Judge Norton issuing a contempt warrant for my arrest, criminalizing a once civil case. Unable to respond or even practically read the mountains of legal documents coming from St. Luke's counsel, frustrations have mounted and little hope that justice will be met in this court exists. The slang term for this type of attack is called LAWFARE, something you should be familiar with and something Judge Norton should have stopped long ago. I am certain that this court has not been able to read the tens of thousands of pages that St. Luke's attorneys have filed. There is simply no way Judge Lynn Norton could have physically read all the documents. The docket in the case is 77 pages long to date, just the docket alone!

Strategic Lawsuits Against Public Participation (SLAPP Lawsuits) are illegal in most States because they empower wealthy institutions to use the courts to silence those who do not have the money or ability to practically defend themselves. In Idaho, it is up to the judge to stop these types of lawsuits. However, Judge Lynn Norton failed to protect the rights of the Idaho public to freely speak, freely assemble and freely grieve the government for redress. She allowed this case to continue for more than a year knowing that St. Luke Executives gave a blank check to a powerful law firm to bury me in legal proceedings and papers for speaking out against them.

From the beginning of this litigation, I considered the enormous burden that fighting this case would put on my family & finances. I deliberately decided not to appear, requiring Judge Norton to default me under the Idaho Rules of Civil Procedure, Rule 55 (a)(1). At the start of the case St. Luke's Executives were only seeking $50,000 from me personally. Therefore, rather than hiring attorneys and spending years in litigation, I believed defaulting would be the least time consuming and least expensive way to mitigate this lawsuit. However, Judge Lynn Norton intentionally did not promptly default me as required by the law (I.R.C.P, 55 (a)(1)). Instead, she left the case open for nearly an entire year, leaving the door open for St. Luke's attorneys to amend the complaint 4 times, increase the punitive damages to $7.5 million dollars, rack up around a $700,000 legal bill and then she issued a civil warrant for my arrest. Judge Norton put a protective order on the case after St. Luke's counsel convinced her that my speaking publicly about the case was somehow "be threatening to the witnesses". Never have I threatened anyone in this case, I continued to freely speak about the case and about those who took part in taking the Andersons baby, but not threaten. I don't need the courts permission to freely speak, I still consider speech as a protected right, even when the Ada County Courts do not consider it so. To further the court's corruption, shortly before Judge Norton recused herself, just days after she entered the default, I appeared for the first time in the case, motioning the court to "Set Aside the Default". Judge Norton ignored my motion and moved forward

time in the case, mistrusting the clerk to "correlate the default rodage never expired my action and moved forward with determining damages anyway. You and I both know that that is a violation of the court's rules. I suppose she did not want to open up the opportunity to undo all the work that she did to help St. Luke's Executives obtain a $7.5 million dollar default.

The courts only duty is to administer justice in the protection of an individual's rights, especially in matters of life, liberty and the pursuit of happiness. As a Judge, you have been trained to turn off your judicial intelligence when words like "rights", "liberties" or "the Constitution" arise. I ask you to push off the bureaucratic training and influences to hear me out on this. This case is very simple!  A baby was wrongfully taken by the state at the recommendation of a St. Luke's employee. I became aware and spoke publicly against it. Because I spoke against St. Luke's and made them look bad, St. Luke's CEO, Chris Roth, hired a powerful law firm to silence me, knowing that these highly paid, highly trained attorneys would drown me in the courts and eventually get the judge to help them take everything I own. All because I publicly spoke against them! Can you imagine what this case is doing to "free speech" in Idaho? This court is sending the message that anyone without hundreds of thousands of dollars to legally defend themselves must keep their mouth shut, even when they see something wrong. Just shut up and don't say a thing or we will take everything you own. If you, as the presiding judge allow it, the effects of the case will chill free speech in Idaho for decades! Is that what you want?  Punishing people for speaking against powerful institutions is not American. The American way is to speak up when you see something wrong, to shine a light on injustice, to stand for your neighbors when they are being abused. In the United States even the little guy can speak up and voice his thoughts and opinions. However, the Ada County Courts are sending a clear message to the little guy, "You had better not speak out against the government or any other powerful institution, if you do, we will not protect you from them, in fact we will help them crush you".

Judge Baskin, what has transpired in this court is so egregious and the consequences to freedom so damaging that I cannot yield to it. My right and the rights of every Idahoan to speak out when they see injustice is too precious to lose. I cannot allow the silencing of my voice to set the example to millions of people. I humbly ask that you stop this attack on free speech. This cannot become the Idaho Court precedent for people that speak against the rich and the powerful. This case cannot become the rule!

You are now entering into the default judgment portion of this case. As the new presiding judge, you are now administering the process that will allow St. Luke's Executives to take everything I own, by force. This is not justice in any way and I will not allow my property to be taken by force as long as I am alive and free. God our Father will protect. I have offered many times to give St. Luke's Executives everything I own for peace, they have rejected these offers of peace and therefore I will not permit them to take all that I have earned in my life by force, nor will I consent while this matter sets the example of what will happen to others if they speak against the government or a powerful institution. God will not permit me to do so. I must not yield to this injustice! I desire peace and I ask you to bring peace to this situation! Please stop this assault on my life, liberty and my family's pursuit of happiness. Please leave me alone! Please, do not give rich and powerful people false justification to destroy my life. Please do not sanction a war that may end in innocent blood and require others to bring justice upon those who are responsible for shedding it. I plead with you in all the sincerity that I can muster, please stop this injustice from coming upon me and my family. Please! I know it may cost you your judgment seat to make this matter right, but for peace, justice and liberty I ask anyway. My prayers and fasting will be for you. I will ask all the people that I know to pray and fast for you as well. I know God loves you and everyone else in this case. He is no respecter of persons. I pray for His favor in this matter and I ask for yours as well. May God bless you with the strength to do what is right and to let the consequences follow. In the sacred name of Jesus Christ I write this letter.

Sincerely,

Ammon Bundy

### Please Pray and Fast for Judge Baskin



Judge Nancy Baskin

💬 View Comments

---

## PLEASE COME and demonstrate at the Gem County Sheriff Office

**CALL-TO-ACTION!** 🏃

🖋 Jul 10, 2023   🕐 Jul 10, 2023   📅 **Jun 8, 2023**, 3:30 pm MDT → **Jun 8, 2023**, 6:30 pm MDT

🔗 Permalink [Alt]

### CALL TO ACTION

We are asking everyone (in or outside of Gem County) who care about the right to speak against those who would take children from loving parent to call or email Gem County Sheriff Donnie Wunder (starting today) and ask him to stop doing the bidding of Ada County and leave Ammon Bundy and his family alone.

Sheriff Wunder's phone number is: (208) 477-2026, his email is sheriff@co.gem.id.us

Ammon Bundy has chosen not to allow himself to be arrested and refuses to be a fugitive in his own home. Sheriff Wunder has not sent his deputies to the Bundy home in over 6 weeks, but because of recent political pressure he sent his deputies to the home again. Ammon recently told Sheriff Wunder that he will not run and hide in his own home and that he will not allow them to terrorize his family and arrest him.

We need to do all we can to show solidarity and help protect a family. **PLEASE COME and demonstrate at the Gem County Sheriff Office TOMORROW AFTERNOON between 3:30PM - 6:30PM. (Thursday June 8th)**

Gem County Sheriff Office Address: 415 E Main Street, Emmett, ID 83617 (on the corner across from the park). Hotdogs and drinks will be provided.





Cyrus & Ammon

The people of Gem County should be very concerned for their safety. Gem County Sheriff Donnie Wunder has compromising their rights with the following recent actions:

1. Signed an affidavit to do whatever an Ada judge tells him to.

2. Agreed to allow Ada County to handle all Gem County's cyber security, allowing Ada County to spy on the people of Gem County when they are online or on their phones.

3. Unwilling to defend the people of Gem County from Ada County because of "legal expenses".

See you Thursday!

Area 10 Assistants

For more information on this matter go to: https://www.peoplesrights.org/cyrus

💬 View Comments

---

### Ammon Bundy Files in Federal Court to Stop St. Luke's Abuses

**UPDATE 11**

🖉 Jul 10, 2023   🕐 Jul 10, 2023

🔗 Permalink [Alt]

## Ammon Bundy Files in Federal Court to Stop St. Luke's Abuses



In an unpredictable move, Ammon Bundy is turning to the Federal Court system for protection from the largest institution in Idaho and an Ada County Judge. He is claiming that his Constitutional protected rights have been grossly violated and that the U.S. Courts have a duty to protect him. In the Petition to a federal judge, Bundy argues that because of the Constitutional violation against him and Diego Rodriguez, federal courts have jurisdiction to take up the case and stop the violations.

*"Petitioners [Ammon Bundy & Diego Rodriguez] have been put in jeopardy by Idaho's largest private institution, represented by one of Idaho's largest law firms and by an Idaho State Court, for exercising their right of free speech, their right to assemble, and their right to grieve government for redress, all protected acts listed in the 1st Amendment of the United States Constitution. Additionally, pursuant to the Preamble of the U.S. Constitution, "Life, liberty and the pursuit of happiness" clause, Petitioners have been deprived of their right of procedural due process pursuant to the 5th and 6th Amendments, and finally the right of equal*

**Exhibit K, Page 30**

*rights pursuant to the 14th Amendment...The heavy-handed tactics against pro se litigants are not just by the Respondent's counsel but by the State Court as well, depriving Petitioners of meaningful and procedural due process under color of law. The State Case raises issues of Federal Constitutional magnitude that cannot be addressed in the State Court forum due to the current tactics by Respondents and the State Court itself.*

Explaining the abusive action led by Erik Stidham of Holland & Hart, St Lukes attorneys, Bundy writes:

*"Utilizing heavy-handed tactics from one of Idaho's largest law firms, Respondents have served tens of thousands of pages upon Petitioner Ammon Bundy, a single pro se litigant. Before being able to respond to the initial complaint, Petitioner was swarmed with more documents. This has continued throughout the proceeding and the frustration of not being able to respond has had the State Court issuing a Contempt Warrant for the Arrest of Petitioner Ammon Bundy, criminalizing a once civil case."*

Article 3, section 2 of the U.S. Constitution outlines the type of cases the federal courts have jurisdiction over. Bundy states more reasons the Federal Court has jurisdiction to take up the case:

*"...as a defendant in the proceeding in State Court, Diego Rodriguez is not currently nor has been since on or about May of 2021 a citizen of Idaho, he is a citizen of Florida. There exists a controversy over Diversity of Citizenship (28 U.S.C. Section 1441(b) that this Court has authority to rule upon."*

Bundy also states that this case involves a federal question, emphasizing the court's obligation to take it up, referencing Title 28 U.S.C. Section 31. and Title 28 U.S.C. Sections 1343(3) and (4).

Finally, Bundy states that while the abuse to Diego and him are of great concern, it also involves the taxpayers across the country, as St. Luke's draws heavily on State and Federal funding to function:

*"Moreover, the Respondents have squandered valuable judicial resources and engaged in frivolous litigation to attack Petitioner at the unlawful expense of both Federal and State taxpayers whom bear the burden of the expenses at the end of the day. Diego Rodriguez as a single pro se litigant has suffered similarly at the hands of the respondents with tens of thousands of pages served upon him. Unable to respond or even practically read to understand the mountains of legal documents coming from the respondents, frustration has mounted with the petitioners and little hope that justice will be met in the State Court exists."*

If the federal judge decides to take up the case, then all of the Ada County Judges action against Ammon Bundy and Diego Rodriguez will become null and the case will be reset for litigation.

Written by Joseph Brown

PR Editor - A dead man from Texas

See attachment for full PETITION TO TRANSFER CASE FROM STATE COURT TO FEDERAL COURT.

View Comments

---

## Citizens Ask Sheriffs in Idaho Counties Not to Arrest Ammon Bundy

UPDATE 10

Jul 10, 2023    Jul 10, 2023

Permalink (Alt)

## Citizens Ask Sheriffs in Idaho Counties Not to Arrest Ammon Bundy

Concerned Citizens of five Idaho Counties have come together to ask their sheriffs and chiefs of police to order their departments not to arrest Ammon Bundy while the Petition in the federal court is pending.

Two days ago, in an unpredictable move, Ammon Bundy & Diego Rodriguez filed with the federal courts to take the case away from Ada

County and into the U.S. District Courts. If a federal judge will take up the case it will be reset and litigation will start anew. Bundy & Rodriguez have complained that "They have not and will never get justice in the Ada County Courts". After the COVID prosecutions in Ada County, anyone who did not agree with the mandates can easily understand their claims.

In the letter from the Concerned Citizens of the Idaho Counties, some of the abuse and corruption of Judge Lynn Norton against Bundy & Rodriguez are described. It appears that the Ada County Judge had a legal duty to close the case promptly after it was obvious that Bundy was not going to participate. Being a civil lawsuit, none of the parties are compelled to appear. But by law, if a party does not appear the court MUST enter default against the non-attending party and close the case. According to the letter, Judge Norton kept the case open for "nearly a year" allowing St. Lukes to continue to amend the complaint and raise the lawsuit to $7.5 million, plus lawyer fees and wiggle in a civil arrest for Bundy. Prior to the amendments St. Lukes was only suing Bundy personally for $50,000, with a promise that they would give it to a charity. Several other serious abuses by the judge and St. Lukes are listed in the letter as well. Enjoy!

CLICK below if YOU SUPPORT this LETTER!

# 780

People Supported

Dear Sheriff [_____],

This letter serves as NOTICE to you and your department that Ammon Bundy has filed in the United States District Court a Petition to Transfer the Pending Civil Lawsuit against him from State Court to Federal Court. A federal judge is obligated to rule upon the matter within 20 days. Out of respect for the lawful process, we ask that you do not execute the arrest warrant upon Ammon Bundy while the matter is pending in federal court:

Federal courts have Subject Matter Jurisdiction over civil rights violations (U.S.C. Title 28 Section 1446 & U.S.C. Title 28 Section 1391). The federal courts have Original Jurisdiction over federal questions (Title 28 U.S.C. Section 31. and Title 28 U.S.C. Sections 1343(3) and (4)). The federal courts have Diversified Jurisdiction when the parties to the controversy do not reside in the same States (U.S.C. Title 28, Section 1441 (b)(2) and U.S.C. Title 28, Section 1332).  Due to the facts and circumstances in this case it is highly probable that the federal courts will take up the matter.

Ammon Bundy & Diego Rodriguez have been put in jeopardy by Idaho's largest private institution (St. Luke's Hospital), represented by one of Idaho's largest law firms (Holland & Hart) and by an Idaho State Court, for exercising their right of free speech, their right to assemble, and their right to grieve government for redress, all protected acts listed in the 1st Amendment of the United States Constitution. Additionally, pursuant to the Preamble of the U.S. Constitution, "Life, liberty and the Pursuit of Happiness" clause, Mr. Bundy & Mr. Rodriguez have been deprived of their right of procedural due process pursuant to the 5th and 6th Amendments, and finally the right of equal rights pursuant to the 14th Amendment.

Utilizing heavy-handed tactics from one of Idaho's most powerful law firms, Holland & Hart has served tens of thousands of pages upon Mr. Bundy. Before being able to respond to the initial complaint, Mr. Bundy was swarmed with more documents. This has continued throughout the proceeding and the frustration of not being able to respond has had the State Court issuing a Contempt Warrant for the arrest of Mr. Bundy, criminalizing a once civil case. Moreover, St. Luke's Hospital has squandered valuable judicial resources and engaged in frivolous litigation to attack Mr. Bundy & Mr. Rodriguez at the unlawful expense of both Federal and State taxpayers who bear the burden of the expenses at the end of the day.

Mr. Rodriguez has suffered similarly at the hands of St. Luke's counsel with tens of thousands of pages served upon him.

Unable to respond or even practically read to understand the mountains of legal documents coming from St. Luke's counsel, Holland & Hart; frustration has mounted with Mr. Bundy & Mr. Rodriguez and little hope that justice will be met in the State Court exists.

The heavy-handed tactics against Mr. Bundy & Mr. Rodriguez are not just by the St. Luke's counsel but by the State Court as well, depriving them of meaningful and procedural due process under color of law. This State Case raises issues of Federal Constitutional magnitude that cannot be addressed in the State Court forum due to the current tactics by St. Luke's and the State

Court itself.

Strategic Lawsuits Against Public Participation (SLAPP) are illegal in most states. In Idaho, it has been up to the judge to stop these types of lawsuits. However, Judge Lynn Norton has failed to protect the rights of the Idaho public to freely speak, freely assemble and freely grieve government for redress. She has allowed this case against Mr. Bundy & Mr. Rodriguez to continue for more than a year.

After considering the enormous burden that fighting this case would put on his family & finances, Mr. Bundy decided not to appear, requiring Judge Norton to default him under I.R.C.P Rule 55 (a)(1). At the beginning of the case St. Luke's executives were only seeking $50,000 from Mr. Bundy. Therefore, rather than hiring attorneys and spending years in litigation, he believed defaulting would be the least time consuming and least expensive way to mitigate the lawsuit. However, Judge Lynn Norton did not promptly default Mr. Bundy for his lack of appearance, as required by law. Instead, she left the case open for nearly an entire year, allowing St. Lukes to amend the complaint 4 times, increased the punitive damages to $7.5 million dollars and then issued a civil warrant for Mr. Bundy's arrest. Judge Norton put a gag order on Mr. Bundy for speaking to the public about the case. St. Luke's counsel convinced Judge Norton that Mr. Bundy speaking about the case was "dangerous" to St. Lukes and Holland & Hart and that he needed to be arrested. Only after Mr. Bundy was put in extreme jeopardy of losing all his property and his liberty did Judge Norton enter a default judgment, granting St. Luke's authority to lien everything he owns.

Mr. Bundy and Mr. Rodriguez have and will continue to suffer the unlawful conduct of St. Luke's and the Ada County Court until or unless a federal judge removes the case from state jurisdiction and transfers it to the United States District Court. They have petitioned the United States Court for an ORDER TRANSFERRING the Idaho Civil Case, CASE NO. CV01-22-06789 to the jurisdiction of the United States District Court for The District of Idaho, as soon as possible, that they may be heard and federal questions addressed, as well as any other relief deemed just and proper under the circumstances.

Therefore, out of respect for the legal process and to avoid a civil rights lawsuit against your department, we ask that you do not exercise the arrest warrant issued by Ada County Judge, Lynn Norton for Ammon Bundy while the federal petition is pending.

Thank you,

Concerned Citizens of Gem, Ada, Canyon, Elmore, Adams & Payette County

CLICK below if YOU SUPPORT this LETTER!

# 780

People Supported

This Letter was Notarized and Served to Sheriff & Chiefs of Police in 5 Counties

💬 View Comments

## FBI Most Wanted Drop Ammon Bundy Name                                    UPDATE 9

✏️ Apr 23, 2023    🕐 Apr 23, 2023

🔗 Permalink (Alt)

In the CBS hit series FBI Most Wanted Ammon Bundy's name was dropped in an infamous way. This episode aired the same day a civil warrant for his arrest was issued. What are they up to?



Here is a professional analysis proving that the episode was edited to put Ammon Bundy's name in. The questions remain, why? Why did they air this episode the same day as the rest warrant and who is pulling the strings to make this happen?

💬 View Comments

---

## Bundy's Sheriff Caved to St. Lukes in Less than Two Days

**UPDATE 8**

🖋 Apr 23, 2023   🕒 Apr 23, 2023

🔗 Permalink (Alt)

There is this idea, this perception that the sheriff is the protector of the people in the county, the elected person sanctioned by the people to protect them, but the reality if far from the concept, at least in Idaho and Gem County Sheriff, Donnie Wunder has recently brought this misconception to light.

St. Luke's hospital executives & staff participated in taking Baby Cyrus from his parents even though there was no evidence of abuse or neglect, which is required by law before a child can legally be taken by the state. St. Luke's doctor Natasha Erickson knew she had the power to control Cyrus' parents and force them to do as she wanted, even though she had misdiagnosed baby Cyrus. The parents, terrified by Dr. Erickson's threats to call CPS, did what she required them to, but she called CPS anyway. Of course, CPS, motivated to take children in order to justify their existence and to qualify for more federal funds, directed the Meridian Police Department to take Baby Cyrus by force, detaining his father while arresting his mother and aunt.

When Ammon Bundy caught word of what was happening he immediately went to Meridian St. Lukes hospital where he anticipated them taking the baby. Standing in the ambulance bay, in the middle of the night, he and a few others demanded that St. Luke's staff and Meridian Police give back the child. Cyrus, already struggling with (CVS) Cyclical Vomiting Syndrome (not diagnosed by St. Luke's doctors) needed his nursing mother to nourish him because all other ways of feeding him resulted in vomiting. Ammon Bundy understood this fragile situation because he is good friends with Cyrus' grandfather and family. He has been part of Cyrus' life since the day he was born. So, when Baby Cyrus began vomiting everything but his mother's milk up at about 9 months old, he along with others family and friends began praying for Cyrus. Knowing the babys condition Mr. Bundy was very concerned when Cyrus was taken from his only source of nutrition, his mother.

That night St. Luke's ER doctor Rachel Thomas reported to the Meridian police officers that Baby Cyrus *"took the bottle just fine and is sleeping"*. She did so with a kind of smugness on her face. I'm sure all involved thought they were justified in taking the baby and that they could take care of him better than his parents. This is the thinking of institutionalized people that is very dangerous for all parents. A few hours later Cyrus did what he always does when fed anything but his mother milk, he threw it all up. But this time his mother was not there to bathe him, change his clothing, change his bedding, to nurse and love him. A St. Luke's medical report reveals that Baby Cyrus laid in his vomit for sometime before anyone noticed. After trying to feed him with a bottle St. Luke's staff injected Cyrus with an IV multiple times. It is unclear if Cyrus was injected with several IVs or if the staff tried to get an IV in multiple times, he had several injection bruises over his body. Knowing that it would be "unhealthy" for Baby Cyrus to survive on an IV alone, St. Luke's staff inserted a nasal feeding tube down Cyrus' throat. All of these tubes and needles were to compensate for breastfeeding, meanwhile his mother was not allowed to visit, feed or see him. Baby Cyrus did not die in St. Lukes care, thank goodness, but only a few days in and Cyrus became lethargic. Finally, a decent ISP officer advocated for the family and got the mother in to visit and feed him.



These burn marks on his cheeks came
from the vomiting that they just left on
him because they were not tending to
him properly.                          3m

Meanwhile, Diego Rodriguez, Cyrus' grandfather, and Mr. Bundy were raising as much attention to the situation as they could. They believed Cyrus was in danger and had good reason to. Both Diego and Bundy have repeatedly said that they truthfully reported to the people what they believed was happening and why. No matter what side people are on, the facts of this case are established; the parents cared for and loved Baby Cyrus; there was no evidence of abuse or neglect to Cyrus in any manner; St. Luke's doctors mis-diagnosed Cyrus multiple times; St. Luke's staff took poor care of Baby Cyrus while he was in their facilities; and Baby Cyrus needed his mother to survive naturally without IV's and feeding tubes. In other words the St. Luke's staff, CPS workers and Meridian Police Officers were wrong to take him and wrong in the assumption that the state could take care of Baby Cyrus better than his parents.

After an intense political battle in front of the St. Luke Boise hospital and over the ethernet, Baby Cyrus was given back to his parents. Typically it takes at least 2-3 month before a child to be given back, if ever. The institutions responsible for taking Cyrus were concerned about the build up of public outrage over their action and released him within 7 days. Ultimately, the political pressure worked. But, St. Lukes was scorned, their reputation tattered. In the past, when anyone would speak bad about St. Lukes, attorneys would send them a Cease and Desist letter and threaten a lawsuit to shut them up. However, with Diego and Bundy, St. Luke's executives found that they could not be intimated. A lawsuit in the Fourth District Court of Idaho in-sued but Bundy refused to participate, calling it *"abuse of the courts"*. In multiple videos Ammon Bundy said, *"There is no way I can practically defend myself in this case"*. Recently, by video, he told St. Luke's CEO Chis Roth that he would give them everything he owns in exchange for peace. St. Lukes has been sending mountains of documents by mail and process servers daily including from Gem County Sheriff's Deputies. But a few weeks ago the harassment got to Bundy when one of the sheriff deputies went into a building on his property. He trespassed the deputies and told them to never come back.

Sheriff Wunder published a letter stating that he was not going to serve Ammon Bundy at his home anymore. St. Lukes attorneys immediately filed with the Idaho Supreme Court to force the sheriff to do their bidding. The sheriff did not even put up a fight and cowered to the private attorneys. Most likely he was told that Gem County did not have the funds to fight the case against the giant St. Lukes. Which is the very same reason Ammon Bundy has refused to fight St. Lukes in the courts. The only difference is Mr. Bundy has held strong for years on his right to speak out against those he does not agree with and Sheriff Wunder basically did nothing to protect the rights of Mr. Bundy. In fact, because he used the excuse of violence he put Bundy and his family in danger. In a stem letter to the Sheriff, Bundy expresses the danger the sheriff has put him and his family in.

It may not be fair to solely blame the Sheriff's in Idaho for the people's misconception in thinking the sheriff is bound to defend their rights. Although the Sheriff and his deputies take an oath to uphold the Idaho & US Constitutions, and both constitutions outline clearly that the rights of the people are to be secured, the Idaho state statutes, prescribing the duties of the sheriff, say nothing about protecting the people or

securing their rights. The Idaho Legislature evidently forgot that part and have statutorily made the sheriff nothing more than a bailiff for the state, someone who serves the bureaucracies, institutions and judges of Idaho. So the people's idea of being protected by a solely elected sheriff is only that, an idea. Idahoans need to understand that there is no position in the State of Idaho that is charged statutorily with protecting their rights. They are left to themselves and Gem County Sheriff Donnie Wunder is a perfect example of it. After being confronted with a little pressure from St. Lukes attorneys Sheriff Wunder chose to follow the state statutes rather than his oath to protect, leaving not only Ammon Bundy and his family without civil protection of their rights but also all the people of Gem County.

Joseph Brown

PR Editor - A dead man from Texas

💬 View Comments

---

### Sheriff Donnie Wunder, too weak to protect. Letter to the Sheriff

**UPDATE 7**

📅 Apr 20, 2023   🕐 Apr 20, 2023

🔗 Permalink (Alt)

Sheriff Donnie Wunder, too weak to protect. Letter to the Sheriff



**Idaho Statesman**
**Idaho sheriff will serve legal docs to Ammon Bundy. St. Luke's to withdraw court request**

Sarah A. Miller/smiller@idahostatesman.com

Sheriff Wunder,

There comes a time in everyone's life when they have to choose to do what is right no matter the consequences. That choice affects them for the rest of eternity. I believe yours may have come this past week. You had an opportunity to stand for what is good rather than what is bad. You showed that when confronted with just a little pressure you could not hold up to it. I appreciate your effort and desire in not wanting to resume serving me at my home, but using the excuse of potential violence to your deputies was a cop out and frankly a misrepresentation of the truth. Still the same, I appreciate the effort. However, what you should have done is protect the rights of my family and I. The narrative you set by insinuating that I am a danger to your deputies puts me and my family in imminent danger. Your deputies overstepped their duties by coming onto my property and going into a building. You have covered for them and put my family and I in danger rather than reprimand your deputies. When St. Lukes put a little pressure on you, you caved without even a fight. Do you not understand what this is all about?  This is about St. Lukes along with CPS wrongfully taking a baby from loving parents and his grandfather and I speaking out against it. It has been overwhelmingly proven that Baby Cyrus' parents loved and cared for him and were in no way abusing or neglecting him. But the wicked people you are willing to help and serve are the ones who took him away from his parents. How can you say that the law is for such action? How can you say that you must uphold that? Do you hear yourself? A baby was stolen by state and private institutions, the law was not upheld. The case against the parent was dismissed and the baby was given back in an unprecedented time. Why?  Because the intuitions were wrong! Now, you are willing to help them and put the people who stood against it in harms way, even their children.

I sit here writing this letter thinking that I am never going to reach you, That I am probably wasting my time. Can you not see what the law is intended to do? It is intended to protect from the wicked. Yet, somehow you not only justify your deputies' action in violating property rights, but you use the force of law to help powerful people wrongfully take children from parents. You would kill me and leave my family fatherless, justifying it legally, before you would choose not to do the bidding of St. Luke's executives. The same executive that makes millions of dollars off of performing sex change surgeries on children. Where is my protection going to come from if not from you? Who is going to protect the little guy? I don't have hundreds of thousands of dollars to defend myself. I don't have the ability to defend myself in the courts and still provide and take care of my little family. I broke no law in what I said and did to put pressure on St. Lukes and the IDHW to give Baby Cyrus back. I said and did nothing that is not protected in the Idaho and US Constitutions. So, who is going to protect my rights, my family? If I say I'm going to protect them myself, then you will say I am professing violence.

After a year of absolute harassment from people coming onto my property, I finally had enough when your deputies decided to go into a building to hunt me down so they could serve me St. Lukes papers. I told them to get off my property and not to come back. In no way did I threaten them with violence. But tell me, how do I stop the harassment? Do

I not have a right to live in peace on my own property? Does doing the bidding of wicked people mean more to you than my family's right to be secure in our home? What will it look like when you protect the process servers from trespassing on my property? Can you not see how the harassment will completely cause my family and I to have to leave our home or to defend it? You are going to cause major harm to my family and I if you do not protect us.

I don't know what else to say to you. You had a choice to protect good or bad, a choice to protect the intent of law or the will of the wicked. You chose, and now my family and I are left without civil protection.

Ammon Bundy

View 21 Comments

---

## St. Lukes Sues Gem County Sheriff While Judge Issues Warrant for Ammon Bundy's Arrest

**UPDATE 6**

Apr 19 2023   Apr 19 2023

Permalink (All)

Last week, April 18th, Erik Stidham, lead attorney for St. Luke's hospital filed a 335 page Writ of Mandamus against the Gem County Sheriff in the Idaho Supreme Court. Gem County Sheriff Donnie Wunder had prior to the court filing informed St. Luke's representatives that he will no longer serve legal papers to Ammon Bundy on his property. The week before, on the 6th of April, two Gem County Sheriff deputies came to Bundy's home to serve him more St Luke's documents. Not finding him in the home they began walking around the house and buildings knocking on and looking into windows. After going into a covered storage portion of a building they eventually found him in the work area of the shop and served him the papers. In an update on the case, written by Ammon Bundy, he admitted that he was very upset with the sheriff deputies walking around his property and going into buildings that they had no right to enter. After chasing them out, he told the deputies to leave and never come back. He further reported that he called the sheriff's department with his concerns and officially trespassed all the deputies.

Bundy claims that he could have filled a dumpster full of the papers that have been sent to him by St. Lukes, via Holland & Hart (St. Lukes law firm). Two days before the sheriff deputies served papers on him, another process server served the same papers on Mr. Bundy at his home. He also received the papers from the US Mail and then received the papers from Fed-Ex and again from UPS. Bundy stated that this has been going on for about a year now. On Monday April 10th Sheriff Wunder called Bundy to talk over the matter. Ammon Bundy reported that *"the conversation was good and the sheriff was respectful"* and that, *"the sheriff said he wanted to work with me, not against me"*. At the end of the conversation, Bundy said he emphasized to the sheriff, that after what happen with his deputies a few days ago, everyone from the sheriff's department is trespassed from his property. "Unless I have committed some crime no

one from your department is to come onto my property" he said.

The Idaho Statesman reported that the Sheriff has a legal obligation to serve Mr. Bundy, but the law appears to be gray in this area. The Idaho Constitution does give power to subpoena witnesses, but says nothing about a right to serve people on their own property. It does however state that, *"All men are by nature free and equal and have certain inalienable rights, among which are enjoying and defending life and liberty; acquiring and possessing and protecting property; pursuing happiness and securing safety."* (Article 1, Section 1). In the current 2023 Idaho legislative session a bill was presented that would protect process servers from being prosecuted for trespassing. However, the bill did not even make it out of the committee before it was killed, emphasizing the Idaho Legislature's opinion on the matter. Ammon Bundy said, *"Property rights mean a lot to Idahoans, so imagine not being able to be at peace in your home because people are coming to your house almost daily to serve you. Then imagine police roaming around your property with no warrant, no crime and no emergency looking into your windows just because they are bringing papers for someone. I don't think that is what the drafters of the Idaho Constitution intended when they wrote it."*

The editors at the Idaho Statesman wrote in a recent article that, *"...the current situation is largely a result of repeated failure to hold Bundy accountable for his action"*, making a list of Bundy's many stands against what some would call government overreach. The Idaho Statesman's article exposes how its editors actually despise the legal process while suggesting that Ammon Bundy should be arrested without committing a crime. The editors list of grievances against Mr. Bundy included the Bundy Ranch incident, where the Bundy family peacefully stood for their property rights and were held for two years in federal prison, only to be dismissed of all charges by a United States Chief Judge and then again by the 9th Circuit Court of Appeals. This happened after Ammon Bundy & his brother were acquitted by a federal jury during a 10-week trial in the District of Oregon.

The Statesman editors also added to their list the incident when Bundy and others pushed their way into the Idaho Capitol building during the 2020 special legislative session. But the Idaho Attorney General office disagreed with the Idaho Statesman editors when they published that Ammon Bundy and the others *"committed no crime"*. Did the label lynched outlaw know the law before pushing in the doors of the Idaho Capitol Building? The Idaho Law states that, *"The Chambers of the Senate and House of Representatives shall be opened, during any special or regular session..."*. So, who was breaking the law when the doors were closed and the Idaho State Police were charged not to allow anyone in? Maybe Mr. Bundy has been in the right this entire time?

Judge Lynn Norton must have read the Idaho Statesman's article because yesterday, April 18th she issued a warrant for Ammon Bundy's arrest. What is his crime, no one is sure, maybe that does not matter anymore. The lawsuit against Ammon Bundy is a civil case and if he chooses not to participate then the judge by law must enter default and the judge can rule for St. Lukes. This would end the case and St. Luke's would get what they asked for. But the fact that St. Luke's CEO, Chris Roth and Holland & Hart Attorney, Eric Stidham continue to request to have Ammon Bundy arrested says so much about what this suit is really about.

Ammon Bundy posted a video today on his YouTube channel telling CEO Chris Roth that he can have all that he owns. Bundy said he just wants peace. He quoted Matthew 5:40-41 and said he is going to exercise faith. All CEO Chris Roth has to do is send Mr. Bundy a letter of what he wants and he will give it to him. Settlements outside the court are usually better for both parties, but last time he tried to do that St. Lukes went back on their word and tried to put Bundy in jail. I think it is very obvious to most everyone that St. Luke's executives will not take this offer of peace. It is such a shame that they are using Saint Luke's name, even though they represent something completely different than peace and healing, not to mention they are not a Catholic or Lutheran hospital.

Eventually, they will arrest Mr. Bundy and drag him into the courtroom in an orange suit and leg irons. All for a civil case. If this was happening to anyone else the judge would have entered a default judgment many many months ago and the case would be over.

Joseph Brown

PR Editor- A dead man from Texas





Attachments

📄 notice-of-filing-of-petition-for-writ-of-mandamus.pdf (95 KB)

💬 View Comments

## Sheriff Deputies at My Home Over St. Lukes Hospital Lawsuit- Update On the Case Against Ammon Bundy (Diego Rodriguez)

**UPDATE 5**

📝 Apr 9, 2023    🕐 Apr 10, 2023

🔗 Permalink (Alt)

People continually ask me for an update on what is happening with the St. Luke's lawsuit. Of course, the criminal case is over. I tried to give St. Lukes a peace offering by settling the matter, but even with my token of peace, once in the courtroom St. Lukes went back on our deal and tried to pressure the judge to put me in jail. To keep me out I used jail time credit from when Judge McDevitt threw me in the Ada County slammer last March. If you remember, she gave me 10 days for using campaign hours as public service. All of that still seems off to me, I was running to be a "public servant" so how could those hours not be considered "public service hours"? Anyway, that interpretation cost me more than a week in solitary confinement right before the Republican primary. The positive side is that I was legally able to use that time as jail credit keeping St. Luke's exexecutives from getting their wishes. Now with that behind, St. Lukes is going full bore with the civil case against Diego and I. They intend on ruining us financially over our public opposition to their participation in the taking of baby Cyrus. St. Lukes has adjusted their punitive damages 4 times, suing us now for $7.5 million. Almost everyday I am sent reams of legal papers on the case, by the mail, by FedEx, by UPS, by private carriers, by process servers and now by the sheriff department.

Thursday, two Gem County Sheriff deputies came to my home to serve me more legal documents. They knocked on the door and my son told them I was not there (I was in the shop adjacent to the house). After they shut the door the deputies began going around my home looking in the windows. They then came over to the shop (where I was working) and started walking around the shop looking and knocking on the windows. I was sitting behind the tool boxes so they could not see me. They proceeded to snoop around until they came into the covered part of the building and knocked on the window closest to me. I could not believe the audacity of these deputies. When I saw that one of them had actually come into the covered storage section of the shop I began to yell at him to get off my property. I came out the door near him and chased him out of the storage area demanding that he get in his vehicle and leave. He did, but the second deputy wanted to confront me. Nose to nose I demanded that he leave my property immediately and never come back.

Just earlier that day I had received about 2 reams of legal papers from St. Lukes attorneys via UPS and USPS. The day before another 2 reams by mail came and the day before that a process server came to my home and served me with around 3 reams of legal documents. The day before that I received another 3 reams of papers with jump drives in the envelope. It feels like I can't go more than a few days without being hunted down by a process server on my own property. Now, sheriff deputies are snooping around my home knocking on windows going into buildings like they own the place. No warrant, no crime, no probable cause, no body in harms way, but somehow they believe that because they have a badge and uniform they can just do whatever they want on my property. After backing down the second deputy they both left. I have to admit I have not been that upset in many years, in-fact, I don't know if I have ever been that upset.

For years the media has portrayed me as a violent man, when in reality I have never maliciously hurt any person in my life. I have never condoned any offensive violence ever. There is nothing in my nature that desires in any way to use violence against another person, even in defense. I am not sure, even in defense, I could use violence againts a person unless it was to protect my family or someone else. After Thursday's confrontation with the Gem County Sheriff deputies I feel like they are going to keep pushing and pushing until I become what they say I am. I am constantly harassed in every direction. Most of the time I just shrug it off and keep calm and move on with the day. But this time, seeing the deputies lurking about my property, looking into windows and going into closed areas like they were exercising a warrant, searching for a criminal, terrorizing my family, worrying my neighbors, it just set me off and I have not come down from it completely yet. Do I not have a right to live in peace and be left alone, especially in my own home? When do I have a right to defend my happiness and property? What is the best way to defend against a harassing group of people that are mis-using the legal process to accomplish their purposes?

Please don't think that going to court is the solution for this. The courts are what have allowed this to go on for as long as it has. The state is what started the entire incident in the first place by emboldening doctors like Natasha Erickson to call CPS taking babies away from their loving and caring parents. Dr. Erickson knew she would justify her threatening baby Cyrus' parents if they did not do as she said. Even

when Cyrus' parents did as she demanded CPS was still called anyway, because of a missed doctor's appointment. Imagine having that much power over people; "Use my services and do what I say or I will call the state to take your child from you." I wonder how many times this has gone on in hospitals across Idaho.

Because baby Cyrus was kin to me I used my connections to publish what was happening to him by the St Luke's doctors, the judge, the CPS agents and Meridian police officers. All of them broke or used the law to take a baby from his loving parents. How arrogant of them to think that the state would take care of baby Cyrus better than his parents would. These people are so full of themselves that they have become dangerous to the rest of us and when we effectively politically oppose them, they run to the courts hiring expensive institutionalized law firms to go after their opponents, just like St. Luke's CEO, Chris Roth did by hiring the deep state law firm Holland & Hart.

St. Lukes finances rely on the community thinking that they are saints. So when Diego and I showed the people that they are devils they filed suit in the court hoping that it would stop the bleeding and get the community once again to believe they are holy and keep donating. But a bad tree cannot bring forth good fruit. The fact that the state legislature had to pass a law to stop St. Lukes from performing sex change surgeries on children in Idaho is another testimony of how demonic St. Luke's executives are. Only 13 hospitals in the entire nation would perform these surgeries on children, Boise St. Lukes is one of them. I am certain that St. Lukes attorneys will add this letter to the list of complaints and claim that this letter has caused them to lose millions more in donations. They will say the punitive damages against Diego and I must be increased. So far the court has allowed the suit to go from $300,000 to $7.5 million, this letter, I am certain, will be used as justification to increase that amount.

This lawsuit is not about defamation, it is about St. Lukes, in combination with the Department of Health and Welfare, protecting their names. St. Lukes nor CPS can have people believing that they are unjustly taking children from parents. The people will stop donating to St. Lukes and CPS may actually get the overhaul it so desperately needs, cleaning out the corruption and incompetence of its social workers. The recent report that Idaho's Attorney General Office is investigating CPS is a good sign that we made enough noise to bring attention to the violations and wickedness of these institutions. I hope the AG's office is vigilant in their actions and pray that a strong barrier of protection over children and their parents will be set in place. Biased doctors, greedy hospital executives and incompetent and corrupt state agents should not have the power to take babies from parents and make money from it. When it comes to taking children from parents the Idaho law is too vague and is a serious problem, but the law does state that abuse or neglect must be evident before a child can be taken from parents. It also says, "that the state of Idaho shall, to the fullest extent possible, seek to preserve, enhance, protect and reunite family relationships." However, this is not the policy of the Idaho CPS agents or their preferred Ada County judge Laurie Fortier.

There is no way I could ever practically defend myself in the courts against this team of high paid St. Lukes attorneys. Even if the court administered the law in a rightful manner could I defend myself. There is not enough time in a week to read the amount of legal documents I am receiving, in addition, time to draft a written response to all of them. I am certain that the judge with her assistants cannot keep up either. St. Luke's law firm Holland & Hart have put together a team of attorneys to bury Diego and I. They have already accumulated nearly a half of million dollars in legal fees, telling St. Lukes that Diego and I will have to pay the bill, not them. Every attorney I have talked to will not take this case for fear of the workload it would put on their firm. Even if I could find a team of attorneys to slap Holland & Hart down the legal cost would be enormous, every dollar and waking minute I have would need to be spent to manage this case. To top it all off, I would eventually be subject to a liberal Ada County Jury, and we know how they feel about me. St. Lukes executives know this and are sending the message to everyone in Idaho, "If you talk bad about us (even when it is true) we will spare no cost to take everything you own." Because of these facts, I have chosen to not respond to any of this legal garbage. Why would I? It would be futile to do so and only justify St. Lukes abuse of the court and the rights of every person to freely speak out against things they don't agree with.

Because I will not respond, Eric Stidham, St. Luke's lead bulldog has filed motions 4 different times asking the court to arrest and hold me in jail forcing me to respond or be dragged into the courtroom in chains. Judge Norton has denied their request 3 times, reminding them that this is a civil case not criminal. I have to admit that I am grateful that Judge Norton has not given them the power to arrest me yet. Lawdog Stidham and his team of bloodsuckers have taken this personally and just filed with the court to turn my arrest into a criminal matter, claiming that my last publication titled; "There is no silver bullet to secure liberty" was a direct threat to them and violated the courts protective orders. Eric and his team have no problem committing perjury to the court, taking sections of sentences I wrote and making it sound like I am sending a team of mercenaries to hunt down and kill all the St. Lukes plaintives. It really is a load of BS. If you read the article I wrote you will find that it does not mention or imply anything about this case or about anybody in the case. It is about how liberty is secured. Only a corrupt and grasping lawyer like Eric Stidham would try to manipulate a judge through mis-representations, hoping to exercise a vindictive arrest warrant upon someone he politically hates.

When it comes down to the brass tacks, I believe God will defend us. I believe that St. Lukes will not be able to prevail and we will once again be protected by His power, like my family and I have been so many times before. St. Lukes will only continue to hurt themselves as they follow

the legal advice of the Holland & Hart's politically charged attorneys. I may have to go through more jail time, I may have to forfeit the family vacations, or providing for my family or peace of mind & comfort for a while, but this too will work its way out and right and truth will prevail. St. Luke's executive & Holland & Hart attorneys will fall in the pit that they are digging for Diego and I. This I am certain of, because I have seen it so many times before. Maybe Idahoans will begin to see what is happening in our state and start to become less afraid to do what is right, maybe they won't. Either way I know that I can stand before God and say, I did all I could to get baby Cyrus back to his parents and bring light to the injustice that was taking place.

Ammon Bundy

Note: Because I have not been responding or paying close attention to this case I am not positive in how Diego is responding to the lawsuit. To our sadness, he and his family moved out of the state and we don't get to see or talk to them as much. I believe Diego is seeking to get the discovery in this case and St. Lukes is stalling on producing it. Why would they want people knowing their business? They don't want people to know how many children they assisted CPS in taking from parents, or how much money they receive from CPS each year for services on children they help take. How about how many times St. Luke's doctors have mis-diagnosed a child with Failure To Thrive (FTT) because the child has an underlying health problem or because of petite genetics from the parents. These are just a few things I am sure Diego is asking for and St. Lukes does not want to gove it up.

Just a few weeks ago Baby Cyrus' family sent me some pictures of Cyrus and he is happy, growing and very loved. It is amazing they have been able to care for Baby Cyrus without the intervention of CPS or St. Luke's hospital. How did anyone ever raise and care for their children before these institutions were established? LOL.

If you would like to get up to date on what Diego is doing (including in the baby Cyrus case) go to: https://freedomman.ws

- Diego just sent these to me:



Attachments

📄 screenshot-2023-04-09-at-7-56-40-pm.png (2 MB)

💬 View 8 Comments

---

## St Lukes Hospital Executives Seek $7.5 Million & Ammon Bundy's Arrest

UPDATE 4

✏️ Feb 10, 2023   🕐 Feb 11, 2023

🔗 Permalink (Alt)

### St Lukes Hospital Executives Seek $7.5 Million & My Arrest

St. Lukes Executives with Holland & Hart Attorneys filed two recent documents with the 4th District Court of Idaho. One document is seeking to have me arrested and held in jail while the other is seeking to amend the punitive damages seeking to require Diego & I to pay $7.5 million to them. Meanwhile the Senior Executives at St Luke's Hospital are getting away with committing horrible crimes against children in Idaho and using the courts to silence those who speak out against what they are doing. This is hard to believe so I have prepared a video with the details & evidence.



Article Links:

Diego a Rodriguez Issues Challenge to St. Luke's & Attorney Erik Stidham

There Is No Silver Bullet to Securing Liberty

The Baby Cyrus' Kidnaping Story

13 Hospitals Perform Gender Transition Surgeries On Minors

St. Lukes Children's Hospital - Children's Gender Transitions Services

St. Lukes Gender Transition Plastic Surgery & Services

Idaho Rep. Introduce Bill Blocking Child Genital Mutilation & Puberty Blockers

### Disclamer:

One of the screenshots I used in this video was from St. Luke's Hospital in Kansas (Transgender Services (Plastic Surgery) Page). Evidently St. Luke's Hospital Boise and St Luke's Hospital Kansas are not affiliated. However, on St. Luke's Hospital Boise website similar services are listed including **"Penis Tucking or Packing"** among others. Below are screenshots of the St. Luke's Boise page and the St. Luke's Kansas page so you may determine the difference.

### St. Luke's Boise

Medical options

Medical options for gender affirmation include:

- Hormone therapy. This is medicine to help increase or decrease sex characteristics. For example:
  - You may take testosterone to develop more masculine physical traits. These include hair growth on the face and body.
  - You may take estrogen to develop more feminine physical traits. These include breast development and a change in where body fat is stored. You may also take a medicine that blocks testosterone (anti-androgen) or a hormone called progestin.

- Puberty blockers. These are medicines that block the hormones that cause body changes during puberty. They can delay development of physical traits that don't match your gender identity.

- Surgery. There are different surgeries that can change the look and the function of your body. They can help your body match your gender identity.

## Nonmedical options

Nonmedical options for gender affirmation include:

- Living as your gender identity. You choose how you feel most comfortable expressing your gender identity. Non-medical options include:
  - Clothing, hairstyles, or makeup.
  - Voice therapy or coaching.
  - Hair removal.
  - Breast binding or padding.
  - Penis tucking or packing.
  - Name and gender marker corrections on official documents.

- Counseling. This is professional guidance to help a person, family, or group of people. It can be done one-on-one or as a family or group.

- Getting support. It can be comforting and helpful to talk to people who know what you're going through. You can find these people through local or online groups. If you don't know where to find support, check with:
  - Your doctor.



### Kristina A. Brown, DO

FAMILY MEDICINE

ST. LUKE'S HEALTH PARTNER

SEE FULL PROFILE >

Biography

Kristina Brown, DO practices family medicine with special interest in women's health, geriatrics, and osteopathic manipulative medicine (OMT). She has training and extensive experience in treating patients with general OMT, as well as the Fascial Distortion Model™. She also enjoys working with

Read More ▼
Availability
Accepting new patients.

Specialties, Conditions & Treatments

Family Medicine
See More



### Korey V. Ham, NP

FAMILY MEDICINE

ST. LUKE'S HEALTH PARTNER

SEE FULL PROFILE >

Biography

Korey V. Ham, DNP, NP-C is a nurse practitioner at St. Luke's Clinic – Eastern Oregon Medical Associates. He is trained in family medicine and has interests in diabetes management, gerontology, hospice and palliative care, as well as sexual and gender minority health.

Read More ▼
Availability
Accepting new patients.

Specialties, Conditions & Treatments

Family Medicine
See More



### Ashley J. King, MD

FAMILY MEDICINE

ST. LUKE'S HEALTH PARTNER

SEE FULL PROFILE >

Biography

Specialties, Conditions &



### Phyllis J. You, MD

FAMILY MEDICINE

ST. LUKE'S HEALTH PARTNER

SEE FULL PROFILE >

Biography

Phyllis You, MD provides family medicine care, including women's health, adult medicine, and pediatrics. She also enjoys caring for members of the LGBTQIA+ community and offers gender-affirming primary care for transgender patients, with referrals for hormone therapy and specialty care.

Read More ▼

Specialties, Conditions & Treatments

Family Medicine
See More

## Gender Health for Adolescents

A safe and affirming atmosphere



## St. Luke's Kansas

**Plastic surgery**

Transgender people who want to transition medically should look for qualified nurses and doctors who can provide the best treatments and care available. Saint Luke's Plastic Surgery team cares for the unique surgical needs of all transgender patients. They provide surgeries for female-to-male and male-to-female transitions, including:

- Mastectomy with nipple grafts
- Breast augmentation (mammoplasty)
- Facial feminization
- Body contouring
- Fat grafting
- Liposuction
- Orchiectomy
- Tummy tuck (abdominoplasty)

**Endocrinology**

Endocrinologists are physicians who specialize in glands and hormones. Playing a vital role in health care for the transgender population, they offer:

- Referrals for surgery
- Hormonal treatments

**Gynecology**

The transgender woman has special health needs and may visit a gynecologist for care after gender-affirmation surgery. On the other hand, a transgender man's needs must be addressed by a gynecologist. Our providers offer a wealth of services including:

Learn about Saint Luke's commitment to the LGBTQ community and connect with other local organizations.

## Providers

**Kris Humphreys, MD**
INTERNAL MEDICINE

**Thuan B Nguyen, MD**
PLASTIC AND RECONSTRUCTIVE
SURGERY, SURGERY (HAND)

**Amanda Megan Bell, MD**
ENDOCRINOLOGY, DIABETES, AND
METABOLISM

Attachments

📄 2023-02-08-order-granting-leave-to-file-third-amended-complaint-that-includes-punitive-damages-claim-all-ds.pdf (288 KB)

📄 memorandum-iso-motion-for-contempt.pdf (724 KB)

💬 View 1 Comment

## Update: They tried to put me in jail but I came home one more time

**UPDATE 3**

Jan 24, 2023 · Jan 24, 2023

Permalink (Alt)

UPDATE: THEY TRIED TO PUT ME IN JAIL BUT I CAME HOME ONE MORE TIME

January 24, 2023

Yesterday I was scheduled for trial for the criminal case. In this case St. Luke's hospital claimed to be a victim of mine and the state was prosecuting me with the potential of jail up to 1 year and up to a $10,000 fine. This was for going to St. Luke's Meridian hospital and demanding that they give baby Cyrus back to his parents. I was arrested for trespassing on the St. Lukes property. Last Friday the state, St. Luke's and I had come to a settlement agreement and Monday morning's court hearing was supposed to be just procedural. However, in a very rare turn of event, Judge Annie McDevitt, after hearing the details of the agreement, left the room for around 25 minutes and when she came back immediately ruled that she was not going to accept the agreement. She claimed that the Idaho Victims Act was the reason. She stated that she believed that St. Luke's (as the victim) was not really okay with the agreement and that she had an obligation to try and satisfy St. Luke's hospital with greater punishment. St. Luke's had a lawyer from Holland & Hart who then began to manipulate the entire proceeding. It was amazing to witness. St. Luke's hospital is the largest "private" employer in the state of Idaho and Holland & Hart is one of the largest law firms in the western United States. They are both tied closely to Governor Little and Scott Bedke. I would have never believed the power they hold over Idaho courts unless I had witnessed what I did yesterday in that courtroom.

Chris Topmiller, the state prosecutor, seemed upset as well. St. Luke's executives went back on the agreement because either they communicated with the judge while she was out (which is illegal by the way) or they saw that the judges had extreme contempt towards me and wanted to grasp the opportunity to go for blood. Mr. Topmiller said to me, *"The judge was going to do whatever St. Luke's wanted."* Ultimately, St. Luke's and Holland & Hart wanted me in jail, *I must go to jail.*

To make a long story short, after going back and forth for about an hour and a half, Chris Topmiller and St. Luke's lawyer came to an agreement that included proposed jail time. Initially, I rejected these offers and it finally came down to around 80 days suspended jail time and 5 days imposed jail time. With that as the proposed agreement, I asked if St. Lukes was going to stick with this agreement or go back on it again. I was told that they were in agreement. I then informed Chris Topmiller that I had several days of credit for jail time when I was thrown in jail prior and have a right to use those days of credit. This would keep me from actually going to jail. However, when the St. Luke's people heard about my jail credit, they threw a fit and tried to go back on the agreement again, insisting that I go to jail no matter what. The judge wanted me to agree to at least some imposed jail time, but I insisted that my credit days for jail were legal credits and that I had suffered these days in jail prior and had a right to use them. I also made it clear that if they would not accept the credits and tried to impose jail time, then I was ready to go to trial. Chris Topmiller made the statement that settling this matter was negotiations and everyone has to give.

Judge McDevitt finally decided that the days in jail were not worth going to trial and ruled that the agreement with the credit for time served was final. At the objections of the St. Lukes she ended the proceedings. This judge was put in a position of exposure, if she was to continue to give anymore to St. Luke's then her bias would have become more evident. She could see that St. Luke's executives were never going to be satisfied and would continue to go back on their agreements until I was in jail.

This is what happens when three wolves fight about how they are going to eat a lamb.

I must say that I do believe I would have prevailed in trial. My defense (see below) was very strong and although it is always a challenge to get the truth in front of the jury, I believe (by faith) that I would have succeeded. However, for months I have been asking the Lord to let me know His will in this matter. Ultimately, I came to understand that it did not matter if I went to trial or not, I was not going to prove anything and that I should use this opportunity to extend an olive branch to my enemies. So that is what I did. I do not believe St. Luke's and Holland & Hart accepted my token of peace because they continue to seek for blood. However, I extended it to them, as I believe God requires.

When the court proceedings were over I had a sweet woman insist that God had told her to pay all the fines imposed upon me, nearly $1200. She told me not to reject her offer because it was from God. Just seconds after that a tall man came up to me and asked me if he could pay all of the fines imposed upon me. Then after going down to the main floor of the courtroom I had another woman offer. Leaving the courthouse I called my wife to inform her of what had happened and to let her know that I was coming home one more time. She informed me that baby Cyrus' parents had just Venmoed us $1200 to pay the imposed fines. This love brought tears to both of our eyes. I know that the way we get through hard times is by the goodness of people around us. I am surrounded by the best people in the world. THANK YOU!

As long as I do not "commit any new crimes" for a year, the CRIMINAL case against me is over. I pray that St, Luke's will stop this attack on my family and I and end the CIVIL case against me as well (I am not holding my breath). Baby Cyrus back with his parents was worth it all. That is the ultimate win no matter what happens. I am certain that the Lord is pleased with everyone who acted to make that possible. My only desire is to be left alone and live my life in peace.

Ammon Bundy

Statement on defense if I was to go to trial:

In one of the body cam videos, Eron Sanchez, St. Luke's administrator, says *"go to the designated area off of St. Luke's property"*. I did not hear that when he said it at the time, no one did that I know of. All those I know who have gone through the videos did not pick up on this either. However, when I began to transcribe that video, I caught it. This was just a couple weeks ago. This did not have a huge impact on my defense because it was never about trespassing anyway. My defense was about baby Cyrus being taken from his nursing and caring mother. The reason we went to St. Luke's hospital in the first place.

My defense in trial was going to be a necessity defense. The state took baby Cyrus from his nursing mother. CPS, St. Luke's nor the foster parents understood what was going on with baby Cyrus. St. Luke's doctors had misdiagnosed baby Cyrus multiple times. Ultimately, another doctor diagnosed baby Cyrus later with Cyclical Vomiting Syndrome (CVS). If baby Cyrus would have been taken to foster parents that night when they did not understand his eating schedule, his vomiting syndrome, his sleeping schedule nor what to do to keep him from dehydrating when he vomits perfusly, there was a significant chance he would have lost his life. The evidence shows facts of this when baby Cyrus was taken to Boise St. Luke's rather than give to foster parents because of our actions that night. After St. Luke's nurses fed him with a bottle he threw the formula up. This happened multiple times and when the parents got baby Cyrus back he had a feeding tube down his throat and bruises all over his arms and legs were St. Luke's doctors injected him multiple times with IV needles. I believe it was not until his mother was allowed to give him breast milk and love him that baby Cyrus began to recover.

Ultimately, I and those with me that night stopped the process of baby Cyrus going to foster parents and very likely saved his life or at least from serious medical complications.

If a could prove in trial these legal elements and if the jury would be honest, I would have prevailed.

1) There was a specific threat of immediate harm to baby Cyrus,

2) I did not bring about the circumstances which created the threat of immediate harm,

3) I could not have prevented the threatened harm by any less offense, alternative,

4) The harm caused by staying in the St. Luke's ambulance bay was less than the threatened harm to baby Cyrus.

 View 2 Comments

## I made a peace offering, let's see if they take it.

UPDATE 2

✏️ Jan 21, 2023   🕐 Jan 21, 2023

🔗 Permalink (Alt)

## UPDATE: I MADE A PEACE OFFERING, LETS SEE IF THEY WILL TAKE IT.

January 21, 2023

Yesterday while I was out, two people came to the front door of my home and served my family with more legal papers from St. Luke's. The amount of mail and people serving legal papers (whether it be private servers or a sheriff deputy) coming to our home and mailbox is becoming extremely harassing. We are receiving typically at least a ream-size amount of papers weekly, many times much more. St. Luke's CEO, Chris Roth has authorized undefined amounts of funds to the Holland & Hart law firm to overwhelm the court with legal filings, motions and injunctions, seeking to ruin what finances and reputation I have left, (Diego too). There is simply no way I can respond to all the court filing or legal action from St. Luke's. I was told by an Idaho law firm that it would take at least 3 full time attorneys to respond to Holland & Hart's court filings on this case. I am certain St Luke's must have already accrued hundreds of thousands in attorney fees to pay for such a legal assault. Holland & Hart attorneys are not cheap. If I was to try and respond to every legal document sent to me it would have already cost myself nearly a hundred thousand dollars in legal fees, if not more. On top of that, I would be required to spend my entire life organizing a legal defense against St. Luke's.

The action from Holland & Hart, led by Eric Stidham is an extreme abuse of the Idaho courts and I am surprised that Judge Lynn Norton has allowed it to go on for this long. The Holland & Hart law firm has a lot of pull and I am certain Judge Norton is intimidated by them and the power they wield in Idaho. After all, Holland & Hart also represents Governor Little, former Speaker of the House Scott Bedke (now Lieutenant Governor) and the most powerful lobbyist group in Idaho, IACI. I don't envy the position she is in. Nonetheless, the courts should not allow themselves to be manipulated into becoming a tool for powerful people with endless funds trying to crush political enemies. But, when one looks at the history of courts, this type of abuse is a common occurrence. Just read the Bible or a few history books.

Without looking closely into the TWO St Luke's cases against me (1-CRIMINAL, 1-CIVIL), it may seem a bit confusing in what St. Luke's

executives are trying to do to me. With the CRIMINAL case, St. Luke's is claiming to be a victim of mine for when I went to their Meridian hospital demanding that they give baby Cyrus back to his parents (see details above). The CIVIL case is a lawsuit against Diego (baby Cyrus' grandfather) and I for speaking out against the actions of St. Luke's employees, CPS staff and Meridian police officers in taking baby Cyrus (read details above). In the CRIMINAL case, I have had no choice but to participate and show up to court or Judge McDevitt will send officers to kick in my door, terrorize my family and haul me off to jail; eventually pronouncing a sentence upon me. The CIVIL case is different. I must bear the cost of the legal defense (if I choose to have one). With the amount of legal preceding coming from Holland & Hart in this case, there is no way I can bear the expense (time or money) to defend myself, nor do I want to spend the next 5 years full-time doing so ( I have a family that I must provide for and tend to).

If Judge Norton does not see what is happening here and chooses not to stop it, eventually, she will grant St. Luke's executives "punitive damages" and expenses to be paid for the massive amount of legal fees that Holland & Hart attorneys have and will accumulate, and will order the Gem County Sheriff to take everything I own. Without going into hundreds of thousands of dollars in debt for legal fees, and spending the next several years fighting full-time, there is no way to legally fight against them. This is how the rich and powerful punish those who expose and stand up to them. Remember they took a baby from loving, caring parents without true cause and I simply stood for the family exposing the truth (see above for details).

So, with all of this going on, yesterday I made a peace offering to St. Luke's executives and settled the CRIMINAL case outside of court. Agreeing to a fine and a suspended sentence of 90 days jail. I have never done this before and it is certainly not my style. I prayed and pondered about this move for many days. I did not purger myself and kept this agreement within the moral boundaries that all of us must live by as children of God. This was not an act done in fear or desperation. This agreement will become official on Monday, so I will not be having a trial anymore. There is no need for people to come to the court-house to support me in trial any longer. Thank you so very much! Now be aware, the judge could reject the agreement and force me to trial, but that is extremely rare and would make her (Judge Annie McDevitt) look even more like the prejudiced judge she is.

My desire, in all I have done, was never to overturn the courts and make the judges start administering justice as the law prescribes. I never wanted to spend my life fighting in the courts. In-fact, after coming home from being in federal prison for two years - never convicted of even one charge - and going through two major federal trials, my desire was to never enter a courtroom again. I only wanted then, and still today, to be left alone. So, making this agreement in the CRIMINAL case is an effort to extend an olive branch to St. Luke's executives. To show that I simply want to be left alone. That I didn't just wake up in the middle of the night, drive an hour to one of their hospitals and cause a scene, because I hate them and wanted to cause them trouble. That I did not rally people to peacefully demonstrate outside one of their hospitals, several days in a row, because I despised them or wanted revenge for something. Making this peace offering I pray will serve as another testimony that I have tried from the beginning to only stand for my fellow man and do what is right before God. I pray that this olive branch will be accepted and that all of us can go about our way in peace.



Ammon Bundy

Attachments

📄 protective-order.pdf (126 KB)

💬 View 9 Comments

## Pretrial Hearing - January 18, 2023                                    UPDATE 1

🗓 Jan 19, 2023    🕐 Jan 19, 2023

🔗 Permalink (Alt)

A hearing was held at the Ada County courthouse today at 10:30 AM. Judge Anne McDevitt presided. Around 39 people came to support Ammon in the courtroom. St. Luke's attorneys from Holland & Hart were in attendance as well, they set behind Chris Topmiller the prosecutors in this case. When the hearing started Judge McDevitt began to question Ammon's main defense. She wanted to make a decision to allow or not allow him to use that defense in front of the jury. Ammon's defense is that baby Cyrus was in imminent danger of life because he was taken away from his nursing mother and if he did not



front of the jury. Ammon's defense is that baby Cyrus was in imminent danger of life because he was taken away from his nursing mother and if he did not act Cyrus would have been taken home by foster parents that night. Ammon explained that baby Cyrus was suffering from Cyclical Vomiting Syndrome (CVS) and was misdiagnosed by St. Luke's hospital. Being so close to the family he knew that the only food that Cyrus was keeping down was breast milk and that many other things such as being off on his eating schedule would exacerbate his vomiting causing severe dehydration along with other serious complications. Ammon explained that if Cyrus was to go to a foster parent, they, not knowing the seriousness of Cyrus' Health, not having his mother's breast milk, not having the ability to hydrate him, and possibly not caring for him like his mother was, would have put Cyrus' in imminent danger. He also explained how he did not cause the circumstance at St. Luke's hospital that night, that anything he is accused of doing is much less harm than the danger Cyrus was in and that he stopped Cyrus from going to the foster parents. The judge then questions Ammon if he could bring in a witness to present the evidence of his claims. Ammon replied that he had subpoenaed Dr. Rachel Thomas the ED Physician and that she would testify to it and would also cross examine Eron Sanchez the St. Luke's administrator to bring it in. Judge McDevitt said, *"So you hope he will testify to that in cross?"* Ammon responded, *"If he does not, then I will impeach him with the evidence from the ambulance records, the hospital records and CPS records."* Chris Topmiller had no meaningful response and the judge seemed satisfied that the defense could be used in trial.

A few other matters such having 50-65 people in the jury pool and setting were discussed. At the end of the hearing prosecutor Chris Topmiller asked if he could approach the judge. He and Ammon went up to the judge and discussed something with the judge without anyone else hearing. Ammon later said that the prosecutor had offered him a settlement plea and the opportunity to avoid trial and that Chris was informing the judge of that settlement possibility. The hearing lasted about an hour and then was dismissed.

Ammon's trial is scheduled for this Monday the 23rd and he would like people to support him by attending the trial at the Ada County Courthouse. The trial will most likely last two to three days.

Ammon is facing up to a $10,000 fine and 1 year in jail if convicted.

Click here to understand what happen with baby Cyrus. https://www.freedomman.ws/cyrus/story/

Attachments

📄 amended-notice-of-defenses.docx (39 KB)

💬 View 1 Comment

## 🔗 Spread It! 📢

Copy Link

### Alternate Link

COPY

Click a button above to copy the address (URL) of this page to your system clipboard.

📷 Back to Newsroom