FIFTH JUDICIAL DISTRICT - ST GEORGE DISTRICT COURT

WASHINGTON COUNTY, STATE OF UTAH

| | |
|---|---|
| ST LUKES HEALTH SYSTEM LTD   et al.,<br>Plaintiff,<br><br>vs.<br>AMMON BUNDY   et al.,<br>Defendant. | NOTICE OF<br>EVIDENTIARY HEARING<br><br>Case No: 246501034 FJ<br>Judge: ERIC A LUDLOW<br>Date: June 26,2024 |

**EVIDENTIARY HEARING is scheduled.**

    Date: 09/05/2024

    Time: 09:30 a.m.

    Location: Courtroom 2A

    SAINT GEORGE COURTHOUSE

    206 WEST TABERNACLE

    SAINT GEORGE, UT 84770

    Before Judge: ERIC A LUDLOW

UCJA Rule 4-401.02: court proceedings, including electronic proceedings, may NOT be recorded, photographed, or transmitted. Failure to comply with this prohibition may be treated as contempt of court, punishable by fine and time in jail.

\* The court will provide an interpreter upon request. If you need an interpreter, please notify the court at (435)986-5700 five days before the hearing.

\* El tribunal proveerá un intérprete si lo solicita. Si usted necesita un intérprete, por favor notifique al tribunal llamando al número (435)986-5700 cinco días antes de la audiencia.

Individuals needing special accommodations (including auxiliary communicative aids and services) should call the clerk at (435)986-5700 three days prior to the hearing.  For TTY service call Utah Relay at 800-346-4128.

Exhibit L, Page 1

## CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the following people for case 246501034 by the method and on the date specified.

EMAIL: AMMON BUNDY aebundy@bundyfarms.com

EMAIL: BENJAMIN PASSEY BDPASSEY@HOLLANDHART.COM

EMAIL: DARREN REID DGREID@HOLLANDHART.COM

|  |  |
|---|---|
| 06/26/2024 | /s/ MARTHA FLORES |
| Date: _____ | _____ |
|  | Signature |