Erik F. Stidham (ISB #5483) (Admitted pro hac vice)
Robert A. Faucher (ISB #4745) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID  83702-5974
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Ben Passey (19324)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH**

| In re:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy Case No.:  24-23530 WTT<br><br>Chapter 7<br><br>Honorable William T. Thurman |
|---|---|

**NOTICE of ST. LUKE'S CREDITORS'**
**MOTION FOR RELIEF FROM BANKRUPTCY STAY**

**and**

**NOTICE OF HEARING**
**(Objection Deadline: Monday, December 30, 2024**
**(Hearing Date: Wednesday, January 8, 2025 at 2:00 p.m. Mountain Time)**

PLEASE TAKE NOTICE that St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP (collectively "Plaintiffs" or "St. Luke's Creditors"), by and through their counsel, Holland & Hart LLP, have filed with the United States Bankruptcy Court of the District of Utah, a Motion for Relief from Bankruptcy Stay (the "Motion").

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

In the Motion, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP (together "St. Luke's Creditors"), ask the Court for an order lifting the automatic stay pursuant to section 362(d)(1) of the Bankruptcy Code so that a court in the State of Utah may enforce the terms of a pre-petition permanent injunction, which prohibits Debtor Amon Bundy from engaging in ongoing defamation of the St. Luke's Creditors, and requires him to remove defamatory statements from internet sites and accounts he controls. The St. Luke's Creditors seek a waiver of the 14-day stay of an order granting the Motion pursuant to Fed. R. Bankr. P. 4001(a)(3).

**If you do not want the Court to grant the relief requested in the Motion, then you or your attorney must take the following two steps:**

(1) On or before **December 30, 2024 (the "Objection Deadline")**, file with the Bankruptcy Court a written Objection to the Motion explaining your position at:

    United States Bankruptcy Court
    350 South Main Street, Room 301
    Salt Lake City, UT 84101
    (if mailed)

2

or

United States Bankruptcy Court
Orrin G. Hatch U.S. Courthouse
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101
(if delivered in person)

If you mail your objection to the Bankruptcy Court for filing, it must be deposited in the U.S. Mail in sufficient time for it to be **received** by the Court **on or before the Objection Deadline**. You must also mail a copy to the undersigned counsel at:

HOLLAND & HART LLP
Attn: Erik F. Stidham
222 S. Main Street, Suite 2200, Salt Lake City, UT 84101
Email: efstidham@hollandhart.com

If an objection is not timely filed the moving party may request, and the Court may grant, the relief requested without a hearing pursuant to Local Rule 9013-1(f).

(2)  You must attend the hearing on **Wednesday, January 8, 2025, at 2:00 p.m. Mountain Time (the "Hearing"),** before the Honorable William T. Thurman. The Hearing will be held via Zoom at ZoomGov.com/join Meeting ID: 160 7523 8590 Passcode: 9626637, Phone No. 1-669-254-5252. Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-date information regarding participation at a hearing.

Failure to attend the Hearing will be deemed a waiver of your objection. If you or your attorney do not appear at the Hearing, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the Motion.

DATED this 13th day of December, 2024.

       */s/Erik F. Stidham*
Erik F. Stidham (Idaho Bar No. 5483)
Robert A. Faucher (Idaho Bar No. 4745)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com


       */s/Engel Tejeda*
Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com


*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mark C. Rose
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants by U.S. First Class Mail and/or e-mail as indicated:

By U.S. First Class Mail – postage prepaid:

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmoney, UT 84757

*/s/Erik F. Stidham*
Erik F. Stidham
of Holland & Hart LLP

33842053_v1

5