**This order is SIGNED.**

**Dated: December 11, 2024** 



**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

Erik F. Stidham (Idaho Bar No. 5483) (Admitted pro hac vice)
Robert A. Faucher (Idaho Bar No. 4745 (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd.,*
*Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 24-23530 |
|---|---|
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

**ORDER GRANTING ST. LUKE'S PARTIES' MOTION PURSUANT TO FED.R.
BANKR.PRO. 2004 FOR AN ORDER AUTHORIZING AN EXAMINATION OF, AND
PRODUCTION OF DOCUMENTS BY, BUNDY FAMILY FOUNDATION**

The Court having reviewed and considered the *Motion Pursuant to Fed. R. Bankr. Pro. 2004 for an Order Authorizing an Examination of, and Production of Documents by, the non-debtor Bundy Family Foundation* (the "Motion") filed on December 10, 2024 by St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd. Chris Roth, Natasha Erickson and Tracy Jungman (collectively, the "St. Luke's Creditors"), and good cause appearing therefor,

**HEREBY ORDERS THAT:**

IT IS HEREBY ORDERED that the St. Luke's Creditors are authorized to examine Bundy Family Foundation pursuant to Bankruptcy Rule 2004, by Subpoena Duces Tecum, and/or by oral examination, to the extent necessary, either in person or remote via video conference as designated in the subpoena regarding the same. The proceedings will be recorded by stenographic means and will continue until adjourned. The recording of the examination shall only be transcribed upon request and payment of the transcription costs shall be by the requesting party;

IT IS FURTHER ORDERED that, unless otherwise stipulated in writing, Bundy Family Foundation will receive not less than 14 days written notice of the examination and date for production of documents; and

IT IS FURTHER ORDERED that the St. Luke's Creditors may issue subpoenas to compel attendance and production of documents pursuant to Bankruptcy Rule 2004(c).

------------ End of Document ------------

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system.

| | |
|---|---|
| Mark C. Rose | trustee@mbt-law.com |
| McKay, Burton & Thurman, P.C. | |
| | |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| | |
| Darren G. Reid | dgreid@hollandhart.com |
| Engels Tejeda | ejtejeda@hollandhart.com |
| Benjamin D. Passey | bdpassey@hollandhart.com |
| Erik F. Stidham | efstidham@hollandhart.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Holland & Hart LLP | |

**By U.S. Mail / Electronic Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served Notice pursuant to Fed. R. Civ. P. 5(b).

**By U.S. First Class Mail – postage prepaid:**

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmoney, UT 84757

Date: December 11, 2024

*/s/Engels J. Tejeda*
Engels J. Tejeda
of Holland & Hart, LLP

3

United States Bankruptcy Court
District of Utah

In re:                                                              Case No. 24-23530-WTT

Ammon Edward Bundy                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1088-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: pdfor1 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ammon Edward Bundy, P.O. Box 1062, Cedar City, UT 84721-0991 |
| 12562604 | | Ammon Edward Bundy, 896 East 400 South, New Harmoney, UT 84757 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin David Passey | on behalf of Creditor St. Luke's Regional Medical Center  Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Chris Roth bdpassey@hollandhart.com  phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Plaintiff Natasha Erickson  M.D. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor St. Luke's Health System  Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Plaintiff Tracy Jungman  N.P. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | |

District/off: 1088-4     User: admin     Page 2 of 3

Date Rcvd: Dec 11, 2024     Form ID: pdfor1     Total Noticed: 2

on behalf of Creditor Tracy Jungman  N.P. bdpassey@hollandhart.com, phowell@hollandhart.com

Benjamin David Passey

on behalf of Plaintiff St. Luke's Regional Medical Center  Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com

Benjamin David Passey

on behalf of Creditor Natasha Erickson  M.D. bdpassey@hollandhart.com, phowell@hollandhart.com

Benjamin David Passey

on behalf of Plaintiff Chris Roth bdpassey@hollandhart.com  phowell@hollandhart.com

Darren G. Reid

on behalf of Creditor Chris Roth dgreid@hollandhart.com  cfries@hollandhart.com

Darren G. Reid

on behalf of Creditor St. Luke's Health System  Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

on behalf of Creditor Tracy Jungman  N.P. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

on behalf of Plaintiff Natasha Erickson  M.D. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

on behalf of Plaintiff St. Luke's Regional Medical Center  Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

on behalf of Creditor Natasha Erickson  M.D. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

on behalf of Plaintiff Chris Roth dgreid@hollandhart.com  cfries@hollandhart.com

Darren G. Reid

on behalf of Creditor St. Luke's Regional Medical Center  Ltd. dgreid@hollandhart.com, cfries@hollandhart.com

Darren G. Reid

on behalf of Plaintiff Tracy Jungman  N.P. dgreid@hollandhart.com, cfries@hollandhart.com

David W. Newman tr

on behalf of U.S. Trustee United States Trustee david.w.newman@usdoj.gov
James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Engels Tejeda

on behalf of Plaintiff St. Luke's Health System  Ltd. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Engels Tejeda

on behalf of Creditor Natasha Erickson  M.D. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Engels Tejeda

on behalf of Creditor St. Luke's Health System  Ltd. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Engels Tejeda

on behalf of Creditor Tracy W. Jungman ejtejeda@hollandhart.com
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Engels Tejeda

on behalf of Plaintiff Chris Roth ejtejeda@hollandhart.com
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Engels Tejeda

on behalf of Creditor Chris Roth ejtejeda@hollandhart.com
slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Engels Tejeda

on behalf of Plaintiff Tracy Jungman  N.P. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Engels Tejeda

on behalf of Plaintiff Natasha Erickson  M.D. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Engels Tejeda

on behalf of Creditor St. Luke's Regional Medical Center  Ltd. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Engels Tejeda

on behalf of Creditor Tracy Jungman  N.P. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

District/off: 1088-4 | User: admin | Page 3 of 3
Date Rcvd: Dec 11, 2024 | Form ID: pdfor1 | Total Noticed: 2

Engels Tejeda
  on behalf of Plaintiff St. Luke's Regional Medical Center  Ltd. ejtejeda@hollandhart.com,
  slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Engels Tejeda
  on behalf of Creditor Natasha D. Erickson ejtejeda@hollandhart.com
  slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Engels Tejeda
  on behalf of Creditor St Luke's Regional Medical Center  Ltd. ejtejeda@hollandhart.com,
  slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Erik F. Stidham
  on behalf of Plaintiff Natasha Erickson  M.D. efstidham@hollandhart.com,
  dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
  on behalf of Creditor Natasha Erickson  M.D. efstidham@hollandhart.com,
  dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
  on behalf of Creditor Chris Roth efstidham@hollandhart.com  dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
  on behalf of Creditor St. Luke's Health System  Ltd. efstidham@hollandhart.com,
  dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
  on behalf of Creditor Tracy Jungman  N.P. efstidham@hollandhart.com,
  dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
  on behalf of Plaintiff Tracy Jungman  N.P. efstidham@hollandhart.com,
  dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham
  on behalf of Creditor St. Luke's Regional Medical Center  Ltd. efstidham@hollandhart.com,
  dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

George B. Hofmann
  on behalf of Trustee Mark C. Rose tr ghofmann@ck.law  mparks@ck.law

Mark C. Rose tr
  on behalf of Trustee Mark C. Rose tr trustee@mbt-law.com  UT32@ecfcbis.com

Mark C. Rose tr
  trustee@mbt-law.com  UT32@ecfcbis.com

Matthew James Burne
  on behalf of U.S. Trustee United States Trustee matthew.burne@usdoj.gov
  James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt
  @usdoj.gov

Robert A. Faucher
  on behalf of Plaintiff Tracy Jungman  N.P. rfaucher@hollandhart.com, spturner@hollandhart.com

Robert A. Faucher
  on behalf of Creditor Natasha Erickson  M.D. rfaucher@hollandhart.com, spturner@hollandhart.com

Robert A. Faucher
  on behalf of Creditor St. Luke's Regional Medical Center  Ltd. rfaucher@hollandhart.com, spturner@hollandhart.com

Robert A. Faucher
  on behalf of Plaintiff Natasha Erickson  M.D. rfaucher@hollandhart.com, spturner@hollandhart.com

Robert A. Faucher
  on behalf of Creditor Chris Roth rfaucher@hollandhart.com  spturner@hollandhart.com

Robert A. Faucher
  on behalf of Creditor Tracy Jungman  N.P. rfaucher@hollandhart.com, spturner@hollandhart.com

Robert A. Faucher
  on behalf of Creditor St. Luke's Health System  Ltd. rfaucher@hollandhart.com, spturner@hollandhart.com

United States Trustee
  USTPRegion19.SK.ECF@usdoj.gov


TOTAL: 51