Ammon Bundy
P.O. Box 1062
Cedar City, Utah
84720-1062

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH

| | | |
|---|---|---|
| Ammon Edward Bundy | ( | Case No: 24-23530 |
| | ( | Chapter 7 |
| | ( | WILLIAM T. THURMAN |

## MOTIONS TO WITHDRAW REQUEST TO SEAL LISA BUNDY'S MEDICAL RECORDS

Ammon Edward Bundy, seeking the court to withdraw his motion to seal Lisa Bundy's medical records.

After the last hearing, in listening to a few things Judge Thurman said, such as Ryan Bundy's explanation of what happen to baby Cyrus being a *"spin"*, or how he explained that Mr. Bundy. *"...may not like what his decision will be..."* regarding the releasing of Mrs. Bundy's medical records. Mr. Bundy has no faith that this court will protect Mrs. Bundy's medical records. Therefore, Mrs. Bundy medical record will be withheld from the court altogether and Mr. Bundy seeks to withdraw his motion to seal the records.

**DATED THIS DAY,** the 10th of October, 2024.

Ammon Bundy

| CERTIFICATE OF SERVICE

I certify that on this day I served a copy of the attached to:

UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH

| | | | |
|---|---|---|---|
| | 350 S Main St, Salt Lake City, UT 84101 | [X] | USPS Mail |
| Mark C. Rose, Trustee | mrose@mbt-law.com | [X] | Email |
| Erik Stidham | efstidham@hollandhart.com | [X] | Email |

DATED THIS DAY, the 10th of October, 2024.

Ammon Bundy