Ammon Edward Bundy
P.O. Box 1062
Cedar City, Utah
84720-1062

FILED* US Bankruptcy Court-UT
DEC 30 2024 PM 12:41

## UNITED STATES BANKRUPTCY COURT,
### DISTRICT OF UTAH

Ammon Edward Bundy

Case No: 24-23530
Chapter 7
WILLIAM T. THURMAN

### RESPONSE TO ST. LUKES COMPLAINING TO THE COURT ABOUT NOT BEING ABLE TO SERVE AMMON BUNDY

Ammon Edward Bundy, a Sui Juris defendant, comes now in response to St. Luke's complaining about not being able to serve him.

For years now St. Luke's attorneys have harassed the Bundy family with thousands upon thousands of documents, served or delivered to their home, places of work and even upon neighbors. Garbage dumpsters have overflown with papers labeled "Holland and Hart" addressed to Ammon Bundy. Fed-Ex, UPS, US Postal Service, private carriers, personal servicers and even Sheriff deputies drowned the Bundy home with documents day after day, week after week, month after month, for years until the Bundy family was finally forced to move. It would have taken teams of attorneys just to read the documents, let alone legally respond to them in writing. Something that Mr. Bundy knew he could not afford.

**What the St. Luke's executives and lawyers are doing is called lawfare.**



**Lawfare:**

<u>The use of a legal systems to damage or delegitimize an opponent, or to deter an individual's usage of their legal rights. Lawfare may refer to the use of legal systems against an enemy, such as by damaging or delegitimizing them, wasting their time and money through strategic lawsuits against public participation, or winning a public relations victory. Alternatively, lawfare may be described as a tactic used by large institutions or governments to label and discourage individuals from claiming their legal rights. This is especially common in situations when individuals and civil society use nonviolent methods to highlight discrimination, persecution, corruption, lack of democracy, limiting freedom of speech, violations of human rights and violations of international humanitarian law</u>. *(https://en.wikipedia.org/wiki/Lawfare).*

A better definition of what St. Luke's executives and attorneys are doing to Mr. Bundy could not be offered.

**In a 2022 petitioning to a U.S. Court, Mr. Bundy wrote in part the following:**

*"Utilizing heavy-handed tactics from one of Idaho's largest law firms, Respondents [St. Luke's Health System] have served tens of thousands of pages upon Petitioner Ammon Bundy, a single pro se litigant. Before being able to respond to the initial complaint, Petitioner was swarmed with more documents. This has continued throughout the proceeding and the frustration of not being able to respond has had the State Court*

*issuing a Contempt Warrant for the Arrest of Petitioner Ammon Bundy, criminalizing a once civil case.*

*Moreover, the Respondents have squandered valuable judicial resources and engaged in frivolous litigation to attack Petitioner at the unlawful expense of both Federal and State taxpayers whom bear the burden of the expenses at the end of the day. Diego Rodriguez as a single pro se litigant has suffered similarly at the hands of the Respondents with tens of thousands of pages served upon him. Unable to respond or even practically read to understand the mountains of legal documents coming from the Respondents, frustration has mounted with the Petitioners and little hope that justice will be met in the State Court exists."*

**Additionally, at the end of 2022, Ammon Bundy filed a Memorandum to the U.S. Court in part writing:**

*"Fictioneer, Erik Stidham (University of Virginia Graduate), and Judge Lynn Norton (University of Alabama Graduate) are examples of Southern carpetbaggers dispensing their own unlawful form of justice by swarming pro se Defendants in a civil action. Judge Norton misrepresented the truth under oath to gain her paycheck for months without ordering the entry of Default, then conspired with Plaintiffs to keep on amending their complaints to increase higher amounts of fictitious damages and unjust enrichment for their clients. The false narrative of Respondents claiming that Petitioners are a part of some kind of dangerous armed terrorist organization is another gross misrepresentation of the truth presented in the State Court, designed to scare witnesses and taint a jury pool*

*by swaying the general public against the Petitioners. Petitioner Ammon Bundy takes offense to anyone who claims he is a violent person. Nothing in his past actions have proven him to be anything but peaceful, although one may have to reject the media hype and look into federal court records for such truth. Furthermore, Petitioner Bundy has no ongoing personal issue with any nurse or doctor at St. Luke's, nor their affiliates. It is the policies and practices of St. Luke's executives and their council, including the use of lawfare to silence dissenters and the collusions between St. Luke's and Idaho Department of Health and Welfare for financial benefit, endangering families, that Ammon Bundy takes offense to.*

*St. Luke's claims to be a non-profit organization, collecting donations and tax payer funds in the way of loans, grants and other financial means. St. Luke's uses these taxpayer funds to militarize the Courts, lobbying, and other payouts to promote their agenda of conspiring to obstruct Idahoan's civil rights, slander the same with a false agenda promoted in the media, and further erode Idaho citizens of their rights to free speech and due process under the law in concerted efforts of manipulation.*

*Strategic Lawsuits Against Public Participation (SLAPP) [lawsuits] are illegal in many states. In Idaho, it is up to a judge to stop these types of lawsuits. However, Judge Lynn Norton has failed to protect the rights of the Idaho public to freely speak, freely assemble and receive just due process. She has allowed the largest private institution in Idaho, in conjunction with one of the most powerful law firms in Idaho to engage in lawfare upon a*

*grandfather and his friend for publicly and peacefully speaking out against the unlawful taking of Petitioner Rodriguez's only grandchild."*

**Yet another corrupt State Judge allowing Lawfare**

It is ripe to note that after a $53 million dollar judgement was obtained against Mr. Bundy. It was found out that Presiding Judge, Lynn Norton, was personally motivated to destroy any influence Mr. Bundy had in Idaho. Her husband (Mr. Bundy learned later), is a highly paid employee of the Bureau of Land Management. The same agency that came after the Bundy Family in Nevada and the Hammond Family in Oregon. The same federal agency that had Bundy, his brothers and father, and others arrested and thrown in federal prison for multiple years without a single conviction. The same agency caught red-handed participation in prosecutorial misconduct hiding over 3000 files of exculpatory documents. Finally, they were forced to release the Bundy defendants as innocent men, allowing them to return to their families.

The fact that Judge Norton did not recuse herself in the case against Mr. Bundy, knowing her own bias, knowing her husband worked for the BLM, is proof of the Idaho State Court's corruption. Many of Lynn Norton's colleagues in the Idaho Court (Ada County) must have known of her and her husband's conflicted connections to the Bundy family. Yet, none of them mention it until after a judgement was secured and the connection was exposed. To this day, the Idaho courts have done nothing with the evidence of this corruption.

**After leaving Idaho, St. Luke's executives & attorneys continued to harass and pursue Ammon Bundy and his family.**

Since leaving Idaho, the St. Luke's lawyers and executives have continued to vigorously pursue Mr. Bundy. In the months leading up to filing bankruptcy, St. Luke's attorneys filed hundreds of court documents against him. They retained law firms not only in Idaho, but also Wyoming, Utah, Nevada, and Florida. They obtained a ruling that neither Ammon nor his wife, Lisa could own or control a bank account. All of their efforts seem directed to harass and destroy the Bundy family's peace and future.

Mr. Bundy's hope was that the Idaho establishment, including the St. Luke's executives would be satisfied with driving him out of Idaho and taking everything he owned. That they would leave him alone and allow him and his family to rebuild their lives once they had financially ruined him and compelled him to leave the state. However, for motives that are unclear, they have pursued him with even more vigor. Up until the filing of bankruptcy, St. Luke's executives had retained 6 teams of attorneys in 5 states and were litigating against Mr. Bundy in 9 different courts. Even after he offered them everything he and his family owned for peace they continued to seek to destroy him.

**In a recent interview, Mr. Bundy said:**

> *"What do they want? It must be my liberty or my blood, or maybe they want Lisa and my children to completely break down from hardship and leave me. What else could they want? I have offered them everything else. The St. Luke's parties with the assistance of their attorneys will take even the food out of my children's mouths if they could. They have no intention on allowing me to provide for my family again. In their view, I am their plantation worker, their slave, anything I do, any wealth I create, any effort I make, they believe belongs to them."*

Even Mrs. Bundy could not get a job without St. Luke's executives blocking her from receiving money through her employment. Recently, she was doing the bookkeeping for her father's company, and he paid her in cash. When St. Luke's lawyers found out about it, in a secret court hearing, they convinced the judge to seize her father's business bank account without notice. It is seized to this today.

**St. Luke's executives are once again building an army of attorneys to go against Mr. Bundy in this bankruptcy court.**

It seems daily now St. Luke's council are filing motions to add attorneys to this case. To date, they are up to 6 or 7 attorneys on record. One of the most recent ones that just joined the fight against Mr. Bundy is "Jennifer Jensen". In her affidavit filed in this court, she failed to mention that in Idaho she took it upon herself to go to the Bundy home to serve Mr. Bundy personally with more papers. When one of the Bundy children answered, she demanded to talk to their father. When she was informed that he was not home she threw the papers at the feet of Mrs. Bundy and her children and fanatically screamed "YOU HAVE BEEN SERVED!", jolting Mrs. Bundy and her children. Her passion seemed to be motivated by hate for the Bundy family. However, in Idaho, serving minors or others in the household is not a legal form of service.

In the last hearing that Mr. Bundy attended in this case, at least 4 or 5 St. Luke's attorneys were in attendance. Mr. Bundy was alone, as he always has been in any of the St. Luke's preceding. One must ask; *What in the world are the St. Luke's executives wanting to accomplish by using so many attorneys? Why do they care so much about one man?* In this bankruptcy case St. Luke's attorneys have already filed over 1000 pages of documents in the court so far. Each paper has been sent to Mr. Bundy by mail, and evidently, they have tried to serve him personally many

times as well. Supposedly, it is their legal prerogative to create and serve Mr. Bundy with so many legal documents. But no one can blame a person for trying to avoid this type of harassment. Especially, after the ongoing lawfare Mr. Bundy and his family have already endured from these people over the past few years.

St. Luke's Health System may run on a $600,000,000.00 annual budget, they may be able to hire teams of attorneys to harass and destroy a person for speaking out against their participation in stealing a baby from a loving family. They may have the means to cover their crimes against good upstanding loving parents. But Mr. Bundy has not the means, time or desire to defend himself in courts against a lie. He does not wish to legitimize corrupt courts that allow money to replace justice. Justice is not whatever teams of attorneys can get away with in a court. Truth is not whatever teams of highly paid attorneys can convince a judge or a jury of. Justice is making wrongs right and truth is what really happened. But if paid enough and allowed, teams of attorneys can craft any action into looking good or bad. If paid enough, conspiring attorneys can manipulate the courts into giving them just about anything. Especially when their opponent has limited resources to object.

Imagine a video game where the cars go faster when the players put money in the dispenser. The winner is determined by the one who spends the most money. So it is with the U.S. justice system, it's a game of dispensing coins into lawyers' pockets. If you have more money than the other guy, then you can keep paying lawyers to overwhelm the opponent and win the game. In the end it all looks legal, it all looks proper, but it is not justice, it's not right and it's not what we as a people should be proud of. The courts in the U.S. have been bought and paid for because judges do not stop the abuses of highly paid attorneys overwhelming their opponent because

their clients have the funds to do so. The courts have become nothing more than judicial prostitutes. The one thing that people on the left and people on the right agree upon, is that the U.S. court system is broken!

**It is not illegal for Mr. Bundy to avoid being served and harassed.**

With no means to retain teams of attorneys to defend himself against the St. Luke's onslaught, Mr. Bundy has resulted to find peace and slow the army of lawyers down by avoiding being served. As far as he is aware this is not illegal and he intends to continue in this effort. The court, eventually, will likely give the player with the most money what they want. Eventually the court will likely use the threat of force to compel Mr. Bundy to give the St. Luke's attorneys everything they desire. When this happens, the brigade of St Luke's attorneys will use the information to further harass and destroy anyone who has ties to Mr. Bundy and his family. The ironic thing about all of this, is that Mr. Bundy is not hiding any finances or any wrong doings in any way. When Erik Stidham and his band of robbers have had their *"look under the hood"* they are going to see that there is no motor, there is no transmission, that there is no electronics or steering column. All they are going to see is a horn and a few dangling wires and hoses. They are going to find that they have already robbed the vehicle of its worth. However, they will not stop until they have sent the remainder of the truck to the scrap yard to be crushed. They will seek to ensure that no one rebuilds the vehicle again. And after they have crushed the chassis and have nothing more to consume, they will look around the parking lot like a pack of savage dogs and attack anyone who has ever parked close to the Bundy's, finding their next meal. Mr. Bundy intends on preventing this for as long as he can or until someone puts away the rabid dogs.

**Mr. Bundy filed bankruptcy hoping to find relief.**

After enduring the years of continued harassment from the St. Luke's executives and attorneys Mr. Bundy believed that to find relief and a new start, bankruptcy would be a path that would slow down the attackers and eventually stop them. But the opposite has occurred. This court has done nothing to curb the assault on the Bundy family. It seems that the court is afraid that the St. Luke's highly paid army of license bar attorneys will turn on them as well. That they will try and devour the court with mountains of legal documents and procedures. These types of St. Luke's threats and intimidation have occurred several times in this matter. For example; When the Gem County Sheriff informed St. Luke's attorneys that they were no longer going to serve Mr. Bundy at his home, the St. Luke's attorneys threatened to sue Gem County. After finding out about the threats, the County Attorney's Office (Erik Thomson) was terrified and expressed to Sheriff Wonder how he needed to comply because "the county could not afford a legal attack from St. Luke's". So, one must ask; *If the county can't afford a legal attack from St. Luke's Health System, then how is it expected that Mr. Bundy could withstand such an attack?*

**Conclusion**

It would be reasonable to conclude that the duty to ensure lawfare is not used in a court, would fall upon the presiding judge in the case. Who else would be responsible to stop it?

**DATED THIS DAY,** the 29th[t] of October, 2024.

Ammon Bundy

| CERTIFICATE OF SERVICE

I certify that on this day I served a copy of the attached to:

UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH

| | | | |
|---|---|---|---|
| | 350 S Main St, Salt Lake City, UT 84101 | [X] | USPS Mail |
| Mark C. Rose, Trustee | mrose@mbt-law.com | [X] | Email |
| Erik Stidham | efstidham@hollandhart.com | [X] | Email |

**DATED THIS DAY,** the 29th of October, 2024.

*/s/ Ammon Bundy*

Ammon Bundy