Erik F. Stidham (Idaho State Bar #5483) (admitted *pro hac vice*)
Robert A. Faucher (Idaho State Bar #4745) (admitted *pro hac vice*)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID  83702-5974
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

Engels J. Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH**

| In re:<br>AMMON EDWARD BUNDY,<br>Debtor. | Bankruptcy Case No.:  24-23530 WTT<br>Chapter 7<br>Honorable William T. Thurman |
|---|---|

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 2091-2, Robert A. Faucher of the law firm of Holland & Hart LLP hereby withdraws as counsel for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP (collectively "St. Luke's Creditors") in the above-captioned matter and requests that his name be removed from all certificates of service and mailing lists.  Withdrawal is permitted without a court order because

the St. Luke's Creditors will continue to be represented by Erik Stidham (admitted *pro hac vice*), Engels Tejeda, and Benjamin Passey.

DATED this 24th day of January, 2025.

/s/ Robert A. Faucher
Erik F. Stidham (Idaho State Bar #5483) (admitted *pro hac vice*)
Robert A. Faucher (Idaho State Bar #4745) (admitted *pro hac vice*)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com
rfaucher@hollandhart.com

/s/ Engels J. Tejeda
Engels J. Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd.,
St. Luke's Regional Medical Center, Ltd.,
Chris Roth, Natasha Erickson, M.D., and
Tracy Jungman, NP*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 24th day of January, 2025, I caused the foregoing to be electronically filed with the United State Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users:

    Mark C. Rose
    McKay, Burton & Thurman, P.C.
    trustee@mbt-law.com; UT32@ecfbis.com

    David W. Newman
    Matthew J. Burne
    U.S. Department of Justice
    david.w.newman@usdoj.gov; matthew.burne@usdoj.gov;
    james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov;
    rachelle.d.hughes@usdoj.gov; Brittany.dewitt@usoj.gov

    U.S. Trustee
    USTPRegion19.SK.ECF@usdoj.gov

    George B. Hofmann
    ghofmann@ck.law; mparks@ck.law

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants by First Class U.S. Mail, with postage prepaid, addressed as follows:

    Ammon Edward Bundy, *pro se*      Lisa M. Bundy
    P.O. Box 1062      P.O. Box 1062
    Cedar City, UT 84721-0991      Cedar City, UT 84721-0991

    Ammon Edward Bundy
    896 E 400 S
    New Harmony, UT 84757

                                    */s/ Engels J. Tejeda*
                                    Engels J. Tejeda
                                    of Holland & Hart LLP

34039340_v1