**This order is SIGNED.**

**Dated: February 7, 2025**



**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**

msc

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

| In re:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy Number: 24-23530<br><br>Chapter 7<br><br>Hon. William T. Thurman |
|---|---|

## ORDER REGARDING MOTIONS TO COMPEL AND QUASH

On December 4, 2024, the Court conducted a hearing on the following motions: (1) *St. Luke's Creditors' Motion to Compel Bundy Motors Company's Compliance with Rule 2004 Subpoena* (ECF No. 183, the "Motion to Compel Bundy Motors Company"); (2) *Motion to Quash Subpoena for Lisa M. Bundy* (ECF No. 163, the "Motion to Quash"); (3) *St. Luke's Creditors' Motion to Compel Lisa Bundy's Compliance with Rule 2004 Subpoena* (ECF No. 179, the "Motion to Compel Lisa Bundy"); (4) *St. Luke's Creditors' Motion to Compel Ammon Bundy's Compliance with Rule 2004 Subpoena and for Sanctions* (ECF No. 181, the "Motion to Compel Ammon Bundy"); and (5) *St. Luke's Creditors' Motion to Compel Testimony of Debtor Despite Fifth*

*Amendment Objections* (ECF No. 177, the "Motion to Compel Testimony").[1] Ryan Bundy appeared as a representative of Bundy Motors Company; Ammon Bundy and Lisa Bundy appeared *pro se*; Erik Stidham, Robert Faucher, and Engels Tejeda appeared on behalf of the St. Luke's Creditors[2]; and Jeffrey Trousdale appeared on behalf of Mark Rose, the Chapter 7 Trustee, who was also present. After hearing oral argument from the parties, the Court took the Motions under advisement.

After considering the Motions, the related declarations and attached exhibits, and any responses, objections, or other documents relevant thereto; after considering the parties' oral arguments at the December 4 hearing; and after conducting its own independent research of applicable law, the Court issued its ruling on the Motions from the bench on January 30, 2025, making its findings of fact and conclusions of law on the record. Based on those findings and conclusions, which the Court incorporates herein by reference, the Court hereby **ORDERS:**

1. The Motion to Compel Bundy Motors Company is DENIED without prejudice.

2. The Motion to Quash is GRANTED IN PART AND DENIED IN PART.

3. The Motion to Compel Lisa Bundy is GRANTED IN PART AND DENIED IN PART.

4. Lisa Bundy must produce the documents in categories 4, 5, 10, 12, 13, 14, 19, 20, and 21 in Exhibit A attached to the Second Amended Subpoena[3] by **February 20, 2025**.

---

[1] Collectively, the Court will refer to the Motion to Compel Bundy Motors Company, the Motion to Quash, the Motion to Compel Lisa Bundy, the Motion to Compel Ammon Bundy, and the Motion to Compel Testimony as the "Motions."

[2] As defined in the Motion to Compel Bundy Motors Company, the Motion to Compel Lisa Bundy, the Motion to Compel Ammon Bundy, and the Motion to Compel Testimony.

[3] As defined in the Court's January 30 ruling. For the sake of clarity, the Second Amended Subpoena, along with Exhibit A, can be found at ECF No. 180, pp. 50-57.

2

5. Lisa Bundy is not required to produce the documents in categories 1, 2, 3, 6, 7, 8, 9, 11, 15, 16, 17, and 18 in Exhibit A attached to the Second Amended Subpoena.

6. Lisa Bundy must attend a Rule 2004 exam conducted by the St. Luke's Creditors, which shall be conducted remotely using Zoom or a similar videoconferencing program, by no later than **February 27, 2025**, the exact date and time of which will be scheduled by the St. Luke's Creditors with at least 14 days' notice to Mrs. Bundy.

7. The Motion to Compel Ammon Bundy is GRANTED IN PART AND DENIED IN PART.

8. Ammon Bundy must produce the documents required by the Amended Subpoena[4] by **February 20, 2025**.

9. Ammon Bundy must attend a Rule 2004 exam conducted by the St. Luke's Creditors, which shall be conducted remotely using Zoom or a similar videoconferencing program, by no later than **February 27, 2025**, the exact date and time of which will be scheduled by the St. Luke's Creditors with at least 14 days' notice to Mr. Bundy.

10. The Motion to Compel Testimony is GRANTED.

_____END OF DOCUMENT_____

---

[4] As defined in the Court's January 30 ruling. For the sake of clarity, the Amended Subpoena can be found at ECF No. 157, pp. 10-19.

_____ooo0ooo_____

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER REGARDING MOTIONS TO COMPEL AND QUASH** shall be served to the parties and in the manner designated below.

**By Electronic Service:** To all registered CM/ECF users in the above-captioned case:

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Ammon Bundy
Lisa Bundy
P.O. Box 1062
Cedar City, UT 84721

Ammon Bundy
Lisa Bundy
896 E 400 S
New Harmony, UT 84757

Bundy Motors Company
361 Riverside Road
Mesquite, NV 89027