**This order is SIGNED.**

**Dated: February 13, 2025**

_William J. Thurman_
**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



mm

_Order Prepared By:_
David W. Newman (USB #15901)
Assistant United States Trustee
Matthew J. Burne (USB #18605)
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
405 South Main Street, Suite 300
Washington Federal Bank Building
Salt Lake City, UT 84111
Telephone: (801) 524-5734
Facsimile: (801) 524-5628
Email: Matthew.Burne@usdoj.gov

Attorney for Gregory M. Garvin
Acting United States Trustee, Region 19

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| In re: | Bankruptcy Case No. 24-23530 |
|---|---|
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Hon. William T. Thurman |

**ORDER GRANTING SECOND MOTION TO EXTEND DEADLINE FOR THE UNITED STATES TRUSTEE TO FILE A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727**

Upon considering the *Second Motion to Extend Deadline for the U.S. Trustee to File a Complaint Objecting to the Debtor's Discharge Under 11 U.S.C. § 727* (the "Motion"), the Court having found that notice of the Motion was proper, the Court commenced a hearing on February 5, 2025 during which appearances were made by counsel for the U.S. Trustee, Ammon E. Bundy ("Debtor"), counsel for the Chapter 7 Trustee and counsel for Natasha Erickson, M.D., Tracy Jungman, NP, Chris Roth, St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd. (collectively, the "St. Luke's Parties"). After consideration of the Motion and the Debtor's response thereto, and for the reasons set forth on the record at the hearing, and for good cause appearing:

It is hereby **ORDERED** as follows:

1. The Motion is granted; and

2. The deadline for the U.S. Trustee to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727 is extended to **April 7, 2025**.

----------------------------------------END OF DOCUMENT----------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Matthew James Burne**  matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Robert A. Faucher**  rfaucher@hollandhart.com, intaketeam@hollandhart.com
- **George B. Hofmann**  ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- **Jennifer M Jensen**  jmjensen@hollandhart.com
- **David W. Newman tr**  david.w.newman@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Benjamin David Passey**  bdpassey@hollandhart.com, phowell@hollandhart.com
- **Darren G. Reid**  dgreid@hollandhart.com, cfries@hollandhart.com
- **Mark C. Rose tr**  trustee@mbt-law.com, UT32@ecfcbis.com
- **Erik F. Stidham**  efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com
- **Engels Tejeda**  ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **United States Trustee**  USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84721

Lisa M. Bundy
P.O. Box 1062
Cedar City, UT 84720-1062

Date: February 5, 2025

                                                    /s/ *Matthew J. Burne*
                                                    Matthew J. Burne