**Exhibit A**

 **@MelonsandMaters** 57 minutes ago

Where are you going for deposition?  Can people come and watch the devil work?

👍 4   👎   Reply

 • 1 reply

 **@RealAmmonBundy**   43 minutes ago (edited)

It will be recorded by Zoom, so I'll post a link.

👍 3   👎   Reply