**This order is SIGNED.**

**Dated: February 24, 2025**



WILLIAM T. THURMAN
U.S. Bankruptcy Judge



*slo*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 24-23530 WTT |
|---|---|
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Hon. William T. Thurman |

### ORDER DENYING WITHOUT PREJUDICE ST. LUKE'S CREDITORS' EMERGENCY EX-PARTE MOTION REGARDING RULE 2004 EXAMINATION OF AMMON E. BUNDY

This matter came before the Court on Movants St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP's (the "St. Luke's Creditors") motion for the entry of an ex-parte order limiting attendance at the Rule 2004 examination of Debtor Ammon E. Bundy scheduled for February 25, 2025 (the "Motion").

The Court, having reviewed the St. Luke's Creditors' Motion at Dkt. No. 389 and the accompanying Exhibits, hereby DENIES the Motion without prejudice.

-----------------------------------END OF DOCUMENT-----------------------------------

_____ooo0ooo_____

# DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER DENYING WITHOUT PREJUDICE ST. LUKE'S CREDITORS' EMERGENCY EX-PARTE MOTION REGARDING RULE 2004 EXAMINATION OF AMMON E. BUNDY** shall be served to the parties and in the manner designated below.

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

- Matthew James Burne    matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

- George B. Hofmann    ghofmann@ck.law, mparks@ck.law;enilson@ck.law

- Jennifer M Jensen    jmjensen@hollandhart.com

- David W. Newman tr    david.w.newman@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

- Benjamin David Passey    bdpassey@hollandhart.com, phowell@hollandhart.com

- Darren G. Reid    dgreid@hollandhart.com, cfries@hollandhart.com

- Mark C. Rose tr    trustee@mbt-law.com, UT32@ecfcbis.com

- Erik F. Stidham    efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

- Engels Tejeda    ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Ammon Edward Bundy
P.O. Box 1062

Cedar City, UT 84721

Lisa M. Bundy
P.O. Box 1062
Cedar City, UT 84720-1062