Erik F. Stidham (Idaho Bar No. 5483) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 24-23530 |
|---|---|
| AMMON EDWARD BUNDY | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

**ST. LUKE'S CREDITORS' MOTION PURSUANT TO FED. R. BANKR. PRO. 2004 FOR AN ORDER AUTHORIZING AN EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY, TLA ENTERPRISES, LLC DBA SENTINEL SERVICES CONSULTING, WITHOUT PRIOR NOTICE OR HEARING PURSUANT TO LOCAL RULE 2004-1**

St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP (together "St. Luke's Creditors"), submit this motion for relief against non-debtor TLA Enterprises, LLC dba Sentinel Services Consulting ("TLA/Sentinel") under Bankruptcy Rule 2004 and Local Rule 2004-1 as follows.

1.      The St. Luke's Creditors are judgment creditors of debtor Ammon Bundy ("Debtor"). The Debtor committed intentional torts against St. Luke's Creditors, and they obtained a judgment in Idaho in excess of $50 million against Debtor. As of July 17, 2024, (the "Petition Date") the Debtor's judgment liability remained in excess of $50 million.

2.      On August 14, 2024, the Chapter 7 Trustee appointed in this case conducted a meeting of creditors under 11 U.S.C. § 341 (the "341 Meeting") during which the Debtor gave incomplete or deficient responses about his assets and pre-petition transfers of the same.

3.      Subsequently, the St. Luke's Creditors obtained information from the Debtor during his Rule 2004 Examination that he likely has or had interests in TLA/Sentinel and assets in bank account(s) that have not been disclosed or were transferred pre-petition, including to or from TLA/Sentinel.

4.      Debtor testified that he started the TLA/Sentinel business in his father-in-law's name. Debtor's father-in-law is Mr. Sundloff. Debtor further testified that when Debtor's customers wanted to pay him by check, his father-in-law incorporated TLA/Sentinel and provided Debtor a way to accept the money by establishing a bank account to avoid collection by St. Luke's Creditors.

5.      The St. Luke's Creditors wish to conduct an examination of TLA/Sentinel to discover whether Debtor used TLA/Sentinel, to save, conceal and transfer funds that belonged to him.

6.      Under Bankruptcy Rule 2004, this Court can empower the St. Luke's Creditors to take discovery from TLA/Sentinel. Under Local Rule 2004-1, the Court can order such discovery without notice or hearing.

7.      The St. Luke's Creditors move this Court to enter an Order authorizing the St. Luke's Creditors to conduct an examination of TLA/Sentinel and compel production of documents from TLA/Sentinel.

8.      The St. Luke's Creditors will give TLA/Sentinel no fewer than 14 days' prior written notice of the examination in accordance with Local Rule 2004-1(3)(A).

9.      Moreover the St. Luke's Creditors will compel TLA/Sentinel's attendance by a subpoena in accordance with Bankruptcy Rule 2004(c), Bankruptcy Rule 9106, and Local Rule 2004-1(3)(A).

WHEREFORE, the St. Luke's Creditors seek relief under Bankruptcy Rule 2004 as set forth above without further notice or hearing.  A proposed order has been lodged herewith.

DATED this 14th day of March, 2025.

HOLLAND & HART LLP

*/s/ Erik F. Stidham*
Erik F. Stidham

/s/ Engels J. Tejeda
Engels Tejeda
*Attorneys for St. Luke's Health System, Ltd.,
St. Luke's Regional Medical Center, Ltd.,
Chris Roth, Natasha Erickson, M.D., and
Tracy Jungman, NP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of March, 2025, I caused the foregoing to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mark C. Rose
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants by U.S. First Class Mail and/or e-mail as indicated:

By U.S. First Class Mail – postage prepaid:

Ammon Edward Bundy
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

Emails: aebundy@bundyfarms.com; aebundy@msn.com

*/s/ Erik F. Stidham*
Erik F. Stidham
of Holland & Hart LLP

34413839_v2