Signed as modified by the Court to state that a hearing was held and note appearances made on the record.

**This order is SIGNED.**

**Dated: March 27, 2025**

*William J. Thurman*

**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



*slo*

---

PREPARED AND SUBMITTED BY:

George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Chapter 7 Trustee

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re | Bankruptcy No. 24-23530 (WTT) |
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | |

### ORDER GRANTING MOTION FOR TURNOVER

THIS MATTER came before the Court upon Motion of Mark C. Rose, in his capacity as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Ammon Edward Bundy (the "Debtor") for turnover of property [Docket No. 386] (the "Motion").

The Court held a hearing on the Motion on March 26, 2025. George B. Hofmann appeared on behalf of the Chapter 7 Trustee, Mark C. Rose. Eric Stidham and Engels Tejada appeared on behalf of St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman,

2

4907-7493-3550, v. 1

NP. No one else appeared. The Court having considered the Motion and, notice of the Motion having been given to the Debtor, and no other or further notice required, and no objections having been filed to the Motion, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is hereby granted as specified in this Order.

2. Within fourteen days of written demand from the Trustee after entry of this Order, the Debtor shall turnover to the Trustee the following property:

   a. 2019 Ford Expedition;

   b. 2020 Ford F 250;

   c. 2007 Chevrolet 2500;

   d. 2006 Gearbox Trailer;

   e. 2010 Polaris Sportsman 550;

   f. 2010 Polaris Sportsman 550; and

   g. $4,000 cash

— END OF ORDER —

## DESIGNATION OF PARTIES TO BE SERVED

The undersigned hereby designates the following parties to be served a copy of the foregoing **ORDER GRANTING MOTION FOR TURNOVER.**

**By Electronic Service**: I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Matthew James Burne**  matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **George B. Hofmann**  ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- **Jennifer M Jensen**  jmjensen@hollandhart.com
- **David W. Newman tr**  david.w.newman@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Benjamin David Passey**  bdpassey@hollandhart.com, phowell@hollandhart.com
- **Darren G. Reid**  dgreid@hollandhart.com, cfries@hollandhart.com
- **Mark C. Rose tr**  trustee@mbt-law.com, UT32@ecfcbis.com
- **Erik F. Stidham**  efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com
- **Engels Tejeda**  ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **Jeffrey L. Trousdale**  jtrousdale@cohnekinghorn.com, mparks@ck.law;enilson@ck.law
- **United States Trustee**  USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

☐ None

☒ Other:
**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721

**Lisa M. Bundy**
P.O. Box 1062
Cedar City, UT 84720-1062

☐ All parties on the Court's official case matrix.

/s/ George Hofmann

4907-7493-3550, v. 1