| | |
|---|---|
| **From:** | Erik Stidham |
| **Sent:** | Monday, March 3, 2025 2:37 PM |
| **To:** | 'bundymotors27@gmail.com' |
| **Subject:** | RE: 2025-02-14 Letter and Amended Subpoena - Ryan Bundy  Bundy Motors.pdf |
| **Importance:** | High |

Mr. Bundy,

You failed to show for your examination this morning.

The examination of Bundy Motors is set for tomorrow at 9am. A proper subpoena was sent to you for this examination.

If you are not going to attend, could you do us the courtesy of stating that. I would like to avoid wasting the court reporter's time again.

Regards,

**Erik Stidham**
Partner, Holland & Hart LLP

efstidham@hollandhart.com | **T:** (208) 383-3934 | **M:** (208) 283-8278

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

---

**From:** Erik Stidham
**Sent:** Monday, March 3, 2025 9:12 AM
**To:** bundymotors27@gmail.com
**Subject:** Re: 2025-02-14 Letter and Amended Subpoena - Ryan Bundy Bundy Motors.pdf

Mr. Bundy,

We are waiting for you to show up for your examination.

Please respond.

Erik Stidham
208-283-8278

Get Outlook for iOS

---

**From:** Erik Stidham
**Sent:** Sunday, March 2, 2025 8:00:21 PM
**To:** bundymotors27@gmail.com <bundymotors27@gmail.com>
**Subject:** RE: 2025-02-14 Letter and Amended Subpoena - Ryan Bundy Bundy Motors.pdf

Mr. Bundy,

Will you respond?

Thank you.

Regards,

**Erik Stidham**
Partner, Holland & Hart LLP

efstidham@hollandhart.com | **T:** (208) 383-3934 | **M:** (208) 283-8278

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

---

**From:** Erik Stidham
**Sent:** Sunday, March 2, 2025 8:10 AM
**To:** bundymotors27@gmail.com
**Subject:** 2025-02-14 Letter and Amended Subpoena - Ryan Bundy Bundy Motors.pdf

Mr. Bundy,

Attached are the two subpoenas that you received on or about February 14, 2025. As you know your individual examination is set for tomorrow, March 3, 2025. The examination of Bundy Motors is set for March 4, 2025.

If you are going to be representing Bundy Motors, we can combine your individual deposition with the deposition of Bundy Motors on March 3, 2025, or on March 4, 2025. Please email or call me if you regarding your preference.

Note also that the documents requested in the subpoenas need to be brought to the examinations.

Please call if you have any questions.

Regards,



**Erik Stidham**

Partner

**HOLLAND & HART LLP**

800 W. Main Street, Suite 1750, Boise, ID 83702

efstidham@hollandhart.com | **T:** (208) 383-3934 | **M:** (208) 283-8278

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.