| | |
|---|---|
| **From:** | Erik Stidham |
| **Sent:** | Tuesday, March 4, 2025 5:25 AM |
| **To:** | 'bundymotors27@gmail.com' |
| **Cc:** | aebundy@bundyfarms.com; 'aebundy@msn.com' |
| **Subject:** | RE: 2025-02-14 Letter and Amended Subpoena - Ryan Bundy  Bundy Motors.pdf |
| **Importance:** | High |

Mr. Ryan Bundy and Mr. Ammon Bundy,

I notified that Court Reporter that the examination set for Bundy Motors today is going to have to be reset with assistance from the Court.

Given Mr. Ryan Bundy's failure to show yesterday and given your failure to respond, I cannot waste more time and expense .

My clients do not waive their right to seek costs and other sanctions.

Regards,

**Erik Stidham**
**Partner, Holland & Hart LLP**

efstidham@hollandhart.com | **T:** (208) 383-3934 | **M:** (208) 283-8278

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**From:** Erik Stidham
**Sent:** Monday, March 3, 2025 4:48 PM
**To:** bundymotors27@gmail.com
**Cc:** aebundy@bundyfarms.com; aebundy@msn.com
**Subject:** RE: 2025-02-14 Letter and Amended Subpoena - Ryan Bundy Bundy Motors.pdf

Mr. Ryan Bundy,

Please advise if you are going to show up tomorrow for the deposition of Bundy Motors. I would like to give the Court Reporter the courtesy of knowing whether she needs to show up tomorrow.

Mr. Ammon Bundy,

You know your brother's failure to show will be presented to the Court. Please assist in getting me a response.

It would be in everyone's best interest if Ryan Bundy would show up.

Regards,

**Erik Stidham**
**Partner, Holland & Hart LLP**

efstidham@hollandhart.com | **T:** (208) 383-3934 | **M:** (208) 283-8278

terCONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

**From:** Erik Stidham
**Sent:** Monday, March 3, 2025 2:37 PM
**To:** bundymotors27@gmail.com
**Subject:** RE: 2025-02-14 Letter and Amended Subpoena - Ryan Bundy Bundy Motors.pdf
**Importance:** High

Mr. Bundy,

You failed to show for your examination this morning.

The examination of Bundy Motors is set for tomorrow at 9am. A proper subpoena was sent to you for this examination.

If you are not going to attend, could you do us the courtesy of stating that. I would like to avoid wasting the court reporter's time again.

Regards,

**Erik Stidham**
**Partner, Holland & Hart LLP**

efstidham@hollandhart.com | **T:** (208) 383-3934 | **M:** (208) 283-8278

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

---

**From:** Erik Stidham <EFStidham@hollandhart.com>
**Sent:** Monday, March 3, 2025 9:12 AM
**To:** bundymotors27@gmail.com
**Subject:** Re: 2025-02-14 Letter and Amended Subpoena - Ryan Bundy Bundy Motors.pdf

Mr. Bundy,

We are waiting for you to show up for your examination.

Please respond.

Erik Stidham
208-283-8278

Get Outlook for iOS

---

**From:** Erik Stidham
**Sent:** Sunday, March 2, 2025 8:00:21 PM
**To:** bundymotors27@gmail.com <bundymotors27@gmail.com>
**Subject:** RE: 2025-02-14 Letter and Amended Subpoena - Ryan Bundy Bundy Motors.pdf

Mr. Bundy,

Will you respond?

Thank you.

Regards,

**Erik Stidham**
Partner, Holland & Hart LLP

efstidham@hollandhart.com | **T:** (208) 383-3934 | **M:** (208) 283-8278
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.

---

**From:** Erik Stidham
**Sent:** Sunday, March 2, 2025 8:10 AM
**To:** bundymotors27@gmail.com
**Subject:** 2025-02-14 Letter and Amended Subpoena - Ryan Bundy Bundy Motors.pdf

Mr. Bundy,

Attached are the two subpoenas that you received on or about February 14, 2025. As you know your individual examination is set for tomorrow, March 3, 2025. The examination of Bundy Motors is set for March 4, 2025.

If you are going to be representing Bundy Motors, we can combine your individual deposition with the deposition of Bundy Motors on March 3, 2025, or on March 4, 2025. Please email or call me if you regarding your preference.

Note also that the documents requested in the subpoenas need to be brought to the examinations.

Please call if you have any questions.

Regards,



**Erik Stidham**

Partner

**HOLLAND & HART LLP**

800 W. Main Street, Suite 1750, Boise, ID 83702

efstidham@hollandhart.com | **T:** (208) 383-3934 | **M:** (208) 283-8278
CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this email.