Erik F. Stidham (Idaho State Bar #5483) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com

Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy No. 24-23530<br><br>Chapter 7<br><br>Honorable William T. Thurman |
|---|---|

**NOTICE OF ST. LUKE'S CREDITORS' MOTIONS TO COMPEL (1) ARDEN BUNDY, (2) LYDIA BUNDY D/B/A BUNDY BRAZILIAN STEAKHOUSE, (3) BUNDY INDUSTRIES LLC, AND (4) RYAN BUNDY AND BUNDY MOTORS COMPANY, TO COMPLY WITH DEPOSITION AND DOCUMENT SUBPOENAS UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURES 2004**

**NOTICE OF HEARING**

**(Objection Deadline: Monday, May 5, 2025)**

**(Hearing Date: Wednesday June 4, 2025 at 2:00 p.m. Mountain Time)**

---

PLEASE TAKE NOTICE that the St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP

(collectively, "St. Luke's Creditors"), by and through their counsel, Holland & Hart LLP, have filed with the United States Bankruptcy Court of the District of Utah, four Motions to Compel (the "Motions") the following persons or entities (the "Witnesses") to comply with deposition and document Subpoenas issued under Federal Rule of Bankruptcy Procedure 2004:

(1) Arden Bundy,

(2) Lydia Bundy d/b/a Bundy Brazilian Steakhouse,

(3) Bundy Industries LLC, and

(4) Ryan Bundy and Bundy Motors Company.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

The Motions asks the Court to order the Witnesses to comply with deposition and document Subpoenas issued by the St. Luke's Creditors to the Witnesses pursuant to previously issued court orders under Rule 2004.

The Motions are on file with the Court and you can obtain a copy of the Motions through the Clerk's office or by contacting the attorneys for the St. Luke's Creditors at the addresses, emails or telephone numbers indicated above.

**If you do not want the Court to grant the relief requested in the Motions, then you or your attorney must take the following two steps:**

(1) On or before **May 5, 2025 (the "Objection Deadline")**, file with the Bankruptcy Court a written Objection to the Application explaining your position at:

2

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101
(if mailed)

or

United States Bankruptcy Court
Orrin G. Hatch U.S. Courthouse
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101
(if delivered in person)

If you mail your objection to the Bankruptcy Court for filing, it must be deposited in the U.S. Mail in sufficient time for it to be **received** by the Court **on or before the Objection Deadline**. You must also mail a copy to the undersigned counsel at:

HOLLAND & HART LLP
Attn: Erik F. Stidham
222 S. Main Street, Suite 2200, Salt Lake City, UT 84101
Email: efstidham@hollandhart.com

(2) You must also attend the hearing on **Wednesday, June 4, 2025 at 2:00 p.m. (the "Hearing"),** before the Honorable William T. Thurman. The Hearing will be held via Zoom at ZoomGov.com/join Meeting ID: 160 7523 8590 Passcode: 9626637, Phone No. 1-669-254-5252. Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-date information regarding participation at a hearing.

Failure to attend the Hearing could be deemed a waiver of your objection. If you or your attorney do not appear at the Hearing, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motions and may enter an order grating the Motions.

DATED this 15th day of April, 2025.

        HOLLAND & HART LLP

        */s/ Erik F. Stidham*
        Erik F. Stidham (Admitted Pro Hac Vice)

        HOLLAND & HART LLP
        As local counsel

        */s/ Engels Tejeda*
        Engels Tejeda
        Benjamin D. Passey

        Attorneys for St. Luke's Health System, Ltd.,
        St. Luke's Regional Medical Center, Ltd.,
        Chris Roth, Natasha Erickson, M.D., and
        Tracy Jungman, NP

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I electronically filed the foregoing with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF user.

Mark C. Rose
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com; UT32@ecfbis.com

David W. Newman
Matthew J. Burne
U.S. Department of Justice
david.w.newman@usdoj.gov; matthew.burne@usdoj.gov; james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov; rachelle.d.hughes@usdoj.gov; Brittany.dewitt@usoj.gov

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov

George B. Hofmann
ghofmann@ck.law; mparks@ck.law

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants by First Class U.S. Mail, with postage prepaid, addressed as follows:

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721-0991

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

Lydia Bundy
Bundy's Brazilian Steakhouse
850 S. Bluff St
St. George, UT 84770

By Internet email:
    Ammon Edward Bundy
    aebundy@bundyfarms.com
    aebundy@msn.com

    Lydia Bundy
    Bundy's Brazilian Steakhouse
    lydiaandcello@yahoo.com
    ardenlair1@live.com

    */s/ Engels Tejeda*
    Engels Tejeda

34631346_v1