George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Mark C. Rose,
Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy No. 24-23530 (WTT)<br><br>Chapter 7 |

### NOTICE OF MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE, THE DEBTOR, AND MRS. BUNDY; AND NOTICE OF HEARING

**(Objection Deadline: May 5, 2025)**
**(Hearing Date: June 4, 2025 at 2:00 p.m.)**

**PLEASE TAKE NOTICE** that Mark C. Rose, in his capacity as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Ammon Edward Bundy (the "Debtor"), has filed with the United States Bankruptcy Court for the District of Utah, the Motion for Approval of Settlement Agreement Between the Trustee, the Debtor, and Mrs. Bundy (the "Motion").

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested in the Motion then you or your attorney must take the following two steps:

**(1)** on or before **May 5, 2025**, file with the Bankruptcy Court a written response to the Motion, explaining your position, at:

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, UT 84101.

If you mail your objection to the Bankruptcy Court for filing, it must be deposited in the U.S. Mail in sufficient time for it to be **received** by the Court on or before **May 5, 2025**. You must also mail a copy to the undersigned counsel at:

> George Hofmann
> Cohne Kinghorn, P.C.
> 111 East Broadway, 11th Floor
> Salt Lake City, UT 84111.

**(2)** You must attend the hearing on the Motion which is set for **June 4, 2025 at 2:00 p.m.** before the Honorable William T. Thurman. The hearing will be held by Zoom. Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-date information regarding participation at a hearing.

At the time of this Notice, parties wishing to participate in hearings before the Honorable William T. Thurman should log into Zoom at https://www.zoomgov.com at least ten (10) minutes before the scheduled date and time for the hearing: Meeting ID and Passcode for the Honorable William T. Thurman are as follows:

Meeting ID: 160 7523 8590; Passcode: 9626637

Failure to attend the hearing will be deemed a waiver of your objection. If you or your attorney do not take these two steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter an order approving the Motion without hearing.

Dated: April 18, 2025　　　　　　　　**COHNE KINGHORN, PC**

　　　　　　　　　　　　　　　　　　/s/ George Hofmann
　　　　　　　　　　　　　　　　　　George Hofmann
　　　　　　　　　　　　　　　　　　Attorneys for the Chapter 7 Trustee