Erik F. Stidham (*Admitted pro hac vice*)
Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com

Engels Tejeda (11427)
Benjamin D. Passey (19234)
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No. 24-23530 WTT |
| AMMON EDWARD BUNDY | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

---

## DECLARATION OF ERIK F. STIDHAM IN SUPPORT OF ST. LUKE'S CREDITORS' OBJECTION TO TRUSTEE'S MOTION TO APPROVE SETTLEMENT AGREEMENT

---

I, Erik F. Stidham, declare and state as follows:

1.      I am a partner in the Boise office of the law firm of Holland & Hart LLP and am licensed to practice law in the State of Idaho. I am admitted to this Court *pro hac vice* for this case. Along with my colleagues identified above, I am counsel for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W.

Jungman, NP (collectively, the "St. Luke's Creditors"). I am familiar with the facts and proceedings in this matter and have personal knowledge of the matters stated in this Declaration.

2.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the Rule 2004 Examination of Ammon Bundy dated February 25, 2025.

3.      Attached hereto as **Exhibit B** is a true and correct copy of an article from The Idaho Statesman newspaper entitled, "Ammon Bundy defaults on St. Luke's lawsuit, claims he is 'surrounded by law enforcement,'" dated April 24, 2023.

4.      Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the Rule 2004 Examination of Mark C. Rose dated December 2, 2024.

5.      Attached hereto as **Exhibit D** is a true and correct copy of an article from The Idaho Statesman newspaper entitled, "Ammon Bundy settle in Utah as a wanted man. 'They can find me any time they want,'" dated April 29, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of May, 2025.

*/s/ Erik F. Stidham*_____
Erik F. Stidham

– Page 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of May, 2025, I caused the foregoing to be electronically filed with the United State Bankruptcy Court for the District of Utah by using the CM/ECF system.  I further certify that the parties of record in this case, as identified below, are registered CM/ECF users:

Mark C. Rose
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com; UT32@ecfbis.com

David W. Newman
Matthew J. Burne
U.S. Department of Justice
david.w.newman@usdoj.gov; matthew.burne@usdoj.gov;
james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov;
rachelle.d.hughes@usdoj.gov; Brittany.dewitt@usoj.gov

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov

George B. Hofmann
ghofmann@ck.law; mparks@ck.law

AND I FURTHER CERTIFY that on May 6, 2025, I served the foregoing on the following non-CM/ECF Registered Participants by First Class U.S. Mail, with postage prepaid, addressed as follows:

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721-0991

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

*/s/ Engels J. Tejeda*
Engels J. Tejeda
of Holland & Hart LLP

34789020_v1

**– Page 3**

**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

```
- - - - - - - - - - - - - -x Bankruptcy Number:
                          : 24-23530
In Re:                    :
                          :
AMMON EDWARD BUNDY        :
                          :
          Debtor.         :
                          :
- - - - - - - - - - - - - -x
```

REMOTE VIDEOTAPED DEPOSITION OF AMMON BUNDY

February 25, 2025

Pages 1 - 265

Reported by
Brooke R. Bohr
IDAHO CSR No. 753
Federal Certified Realtime Reporter
NCRA Registered Professional Reporter

**Exhibit A**

Case 24-25520y Doc 421   Filed 05/05/25   Entered 05/05/25 23:56:54 / 29:20 Min   Desc Main
Re: Ammon Edward Bundy       Document       Page 5 of 36

Page 2

1      REMOTE VIDEOTAPED DEPOSITION OF AMMON BUNDY,

2   taken at the instance of the Creditors, VIA ZOOM,

3   commencing at 9:04 a.m., on February 25, 2025,

4   before Brooke R. Bohr, Court Reporter, Registered

5   Professional Reporter by Testing, a Notary Public

6   in and for the State of Idaho, pursuant to notice,

7   and in accordance with the applicable rules of

8   civil procedure.

9

10

11                A P P E A R A N C E S

12

13   FOR ST. LUKE'S CREDITORS (APPEARING REMOTELY)

14       Erik F. Stidham, Esq.
         HOLLAND & HART
15       800 W. Main St., Suite 1750
         P.O. Box 2527
16       Boise, ID 83701-2527
         Phone: 208-342-5000
17       efstidham@hollandhart.com

18

19   ALSO PRESENT:  Ammon Bundy, Pro Se
                    (Appearing Remotely)
20
                    David Cromwell, Videographer
21                  (Appearing Remotely)

22

23                    * * * * *
24

25

Exhibit A

Page 10

```
 1        MR. STIDHAM:  And I -- yeah, I -- Mr. Bundy,

 2   that's fine.  And that's fine.  I don't think

 3   that's a trivial matter.

 4            But what I'm just asking, so we can

 5   move forward, is are you going to comply with the

 6   rules that govern this court and swear to tell

 7   the truth, under -- under video -- pursuant to,

 8   you know, the statement made by the court

 9   reporter?

10        THE WITNESS:  And I asked, who am I taking

11   the oath to?

12        MR. STIDHAM:  Mr. Bundy, I already explained

13   you're taking the oath to the court.

14        THE WITNESS:  Okay.

15        MR. STIDHAM:  And the United States

16   Government and being subject to its laws.  And

17   you're -- and you're putting yourself at risk

18   that if you were to be -- give false testimony,

19   you would be subject to criminal prosecution for

20   perjury.

21        THE WITNESS:  Yeah.  Then if I'm making it

22   to the court, then I will take the oath.

23

24

25
```

**Exhibit A**

Page 186

 1       A.   You are a thief that has stole multiple

 2   incomes from me --

 3       Q.   **Mr. Bundy --**

 4       A.   And then when I articulate that, you

 5   want to act like --

 6       Q.   **Mr. Bundy, you're rambling.  You are**

 7   **rambling.**

 8       THE COURT REPORTER:  I'm going to go off

 9   the record, Erik, unless you want me to --

10       MR. STIDHAM:  I think we need to, until he

11   settles down.  There's really nothing else we can

12   do.

13       THE VIDEOGRAPHER:  All right.  The time is

14   1:47 p.m.  Off the record.

15       (Off the record.)

16       THE VIDEOGRAPHER:  All right.  The time is

17   1:48 p.m.  Back on the record.

18       Q.   **BY MR. STIDHAM:  Mr. Bundy, did you**

19   **make accurate financial disclosures when you were**

20   **applying for public defender?**

21       A.   I don't even know what you're talking

22   about.  What period of time?

23       Q.   **Well, you -- you've made some**

24   **disclosures in order to get a public defender,**

25   **correct, and then you withdrew that?**

**Exhibit A**

```
 1              Did you make -- were those disclosures
 2    accurate?
 3         A.   I don't know.  That was several years
 4    ago.  I don't even recall the transactions or what
 5    my reports were.  If I did it, I would have done
 6    it intentionally to be honest.
 7         Q.   Okay.  Mr. Bundy, I've got another
 8    question, but I'll probably just go to the
 9    transcript relating to the video post you did for
10    your followers on the 22nd.
11              You said that at the time of the
12    lawsuit, you had a net worth of -- I want to make
13    sure I've got this correct.
14              You said you had a net worth of -- I
15    think you said maybe 7 million?
16         A.   I said 5 or 6 or maybe 7 million.
17         Q.   Okay.  Fair enough.
18              And I want to understand what those
19    components are.  And I know that we -- could you
20    just kind of break down how you get there, so we
21    can understand what those assets were?  And I --
22    I'm comfortable at a general level.  I know we've
23    got Abish, which included some real property.  But
24    could you just help me get to the components that
25    get to $7 million that you had at the time of the
```

**Exhibit A**

Page 188

1    lawsuit?

2         A.    You know, just Abish shares, my home,

3    just different properties.

4         Q.    What were the Abish -- what were your

5    shares in Abish valued at around that time?  What

6    was your guess?  What was your estimate?

7         A.    I mean, I don't know.  I -- I just

8    broke it down, you know, total wealth, the

9    total portfolio of everything is 5 to 6, maybe

10   $7 million.

11        Q.    And -- and I want to make sure I've got

12   the major components of that wealth, so we can

13   make sure that we've covered it.

14              You mentioned the home on Harvest Lane,

15   correct?

16        A.    I did.  That's obviously part of it.

17        Q.    And I believe you stated in various

18   postings to your followers that you estimated that

19   it had a value of about $1.8 million; is that

20   accurate?

21        A.    It is -- well, I guess I'll just

22   object.  I don't -- I just don't think it is

23   appropriate for you to spend this entire

24   deposition --

25        Q.    Mr. Bundy, I'm just trying to get to

**Exhibit A**

Page 189

1   some statements --

2        A.   Hear me out.  Hear me out.

3        Q.   I'm trying to get to some statements

4   that you made.

5        A.   I know, but you're spending this entire

6   time not in the bankruptcy realm.  You're just

7   doing it to set yourself up for either protection

8   against litigation in the future over the shares

9   or so that you can litigate -- litigate against me

10  as the owner of Abish-husbondi.  I mean, it is

11  obviously what you're doing.  And I wish you would

12  move on from this.  The bankruptcy court is not to

13  help you collect or litigate in another court.  It

14  is just not for that.

15       Q.   Mr. Bundy, I'll disagree with you on

16  that.

17            Are you ready to move on?

18       A.   Are you ready to ask a question?

19       Q.   Yeah.

20            You estimated that your home at Harvest

21  Lane --

22       A.   I'm objecting to this line of

23  questioning.

24       Q.   -- was about $1.8 million in value; is

25  that correct?

**Exhibit A**

Page 265

1                    REPORTER'S CERTIFICATE

2          I, BROOKE R. BOHR, CSR No. 753,

3    Certified Shorthand Reporter, certify:

4          That the foregoing proceedings were

5    taken before me at the time and place therein set

6    forth, at which time the witness was put under

7    oath by me.

8          That the testimony and all objections

9    made were recorded stenographically by me and

10   transcribed by me or under my direction.

11         That the foregoing is a true and correct

12   record of all testimony given, to the best of my

13   ability.

14         I further certify that I am not a

15   relative or employee of any attorney or party, nor

16   am I financially interested in the action.

17         IN WITNESS WHEREOF, I set my hand and

18   seal this 3rd day of March, 2025.

19

20                            _Brooke R. Bohr_____

21                            Brooke R. Bohr, CSR No. 753

22                            Notary Public

23

24

25   Commission Expires:  October 23, 2025

**Exhibit A**

**Exhibit B**

Friday, April 28, 2023

Today's eEdition

Account

59°F 74° 44°

SUBSCRIBER EDITION

Part of the McClatchy Media Network

Local News    Sports    Opinion    Obituaries    Idaho Politics    •    Personal Finance    Words & Deeds    Changing Climate    Outdoors

BOISE & GARDEN CITY

# Ammon Bundy defaults on St. Luke's lawsuit, claims he is 'surrounded by law enforcement'

BY SALLY KRUTZIG

UPDATED APRIL 24, 2023 3:24 PM





Supporters of Ammon Bundy gather at his property in Emmett, Monday, April 24, 2023, after they were told his arrest was imminent. DARIN OSWALD *doswald@idahostatesman.com*

**Exhibit B**

After Ammon Bundy repeatedly failed to appear in court, a judge entered a default order against the far-right activist in a lawsuit filed by St. Luke's Health System — which essentially could mean that Bundy has forfeited the case.

The order came after a week of tension in the case. An Ada County judge issued a civil arrest warrant for Bundy, and the Idaho Supreme Court was asked to step in to compel the Gem County Sheriff's Office to serve legal papers to Bundy. The sheriff's office had said it was going to refuse, indicating that doing so could endanger deputies and noting that Bundy was "becoming more and more aggressive" toward civil process servers.

St. Luke's filed the lawsuit last May after Bundy and an associate, Diego Rodriguez, led protests at the hospital over a child welfare case involving Rodriguez's grandchild, the Idaho Statesman previously reported. The lawsuit names as defendants Bundy, Rodriguez, Bundy's People's Rights Network, and other business entities affiliated with Bundy and Rodriguez. The suit claims the defendants posted lies about the hospital system online.

Bundy has chosen not to participate in the lawsuit. He failed to appear in court four times, and the defendants also refused to comply with discovery requests.

**TOP VIDEOS**



Elk carried rope swing stuck on antlers for 6 months. He's finally free

Fourth District Judge Lynn Norton issued a civil arrest warrant last Tuesday for contempt of court at the plaintiff's request, and then issued the default judgment Monday. Idaho Rule 55 mandates that when one party has "failed to plead or otherwise defend," the judge must enter such a default order, according to the Idaho State Bar Association.

**Exhibit B**

The order means that because the defense failed to participate in the litigation, the plaintiff's allegations will be taken as true and the court will move to the next step in the legal process by determining damages.

St. Luke's attorney Erik Stidham told the Idaho Statesman by phone that the judge will hold a hearing to decide whether she or a jury should determine damages.

"They then hear evidence from our clients about the amount of damages they've suffered and about the amount of punitive damages that are appropriate," Stidham said. "And then they make a ruling just like they would at trial about how much they believe St. Luke's and the individual plaintiffs are entitled to for damages. Then they determine whether any punitive damages or damages to punish the parties are appropriate, and how much."



Ammon Bundy ran for governor in the 2022 election. Sarah A. Miller *smiller@idahostatesman.com*

The judge also filed an order on Monday compelling Bundy and the defendants to do several things. Bundy must answer document requests made by St. Luke's by May 8 and sit for a deposition by May 24. Bundy's gubernatorial campaign committee, Ammon Bundy for Governor, and his People's Rights Network must do the same, plus designate a representative for the deposition by May 1.

"What nobody's really seen before are the financial documents and information relating to how Mr. Bundy is paid and compensated by PRN, and how the money moves between Bundy and PRN and his governor's campaign," Stidham said.

Stidham said St. Luke's especially wants those documents because they could back up allegations that the defendants lied about the hospital for monetary gain.

"We think that they took advantage of the situation and turned it into a grift to feed this machine that Mr. Bundy has built in the People's Rights Network in order to raise his profile, get more members in the People's Rights Network and profit financially," Stidham said.

**Exhibit B**

Failure to comply with the judge's order could lead to further repercussions, including contempt of court and monetary fines.

The default order may not come as a surprise to Bundy, who indicated in a [video on Wednesday](#) that he doesn't want to fight the lawsuit.

"I've asked for St. Luke's to leave me alone," Bundy said in the video. "They haven't. I haven't fought them in the courts and have expected the judge to give them default judgment so they can try to take my coat."

Yet Bundy seemed to contradict this attitude at other times. Gem County Sheriff Donnie Wunder said Bundy has been avoiding servers and has been confrontational when they succeed in contacting him.

St. Luke's and Wunder said in a joint statement on Thursday that they were concerned about the situation escalating and "agree that Mr. Bundy poses a real threat of physical violence."

Bundy, known for armed standoffs with federal officials in 2014 and 2016, has suggested he could take a similar position if pushed in the St. Luke's lawsuit. He told the Idaho Dispatch in December that he would "meet 'em on the front door with my friends and a shotgun."



**Exhibit B**

Bundy's group sent two identical notifications to members on Monday, at 9:30 a.m. and 10:19 a.m.

"PEOPLE'S RIGHTS EMERGENCY ALERT- Ammon Bundys home in idaho is currently surrounded by law enforcement. He is calling for people to come to his aid. 4615 Harvest Lane, Emmett Idaho. Please spread the word as best you can and respond if possible. Call Gem County Sheriff and let them know this is not OK," the message read.

A third message sent at 12:47 p.m. invited people to a barbecue at Bundy's house Monday night at 6.

The Gem County Sheriff's Office told the Statesman that no deputies were at Bundy's home as of 10 a.m. on Monday.

"We've gotten several phone calls here recently from people that are under the assumption that we're 'surrounding his home.' That's a quote from a caller, not from me," the dispatcher said by phone. "And that's not accurate. That is not happening."

Statesman journalists went to Bundy's house and saw no police activity.

In a Facebook Live video from about 9 a.m. on Monday, Bundy supporter Garth Gaylord can be seen driving toward Bundy's home. Near the home, he passes a white truck marked as a sheriff's truck and a second unmarked white truck, both driving away. Gaylord arrives and talks to multiple men standing on a porch. One of the men tells Gaylord that deputies asked whether Ammon was home.

"I have no idea," the man in the video said he responded. "I know my dad's not here."

The sheriff's office confirmed that a "minimal" number of deputies had briefly stopped by Bundy's home, but he was not there and they left. The office said it had not had contact or arrested Bundy as of 2 p.m. Monday.

Bundy did not respond to the Statesman's request for comment.

This story was originally published April 24, 2023, 2:51 PM.



**SALLY KRUTZIG**

🐦 f ✉ 📞 (208) 614-0079

Reporter Sally Krutzig covers local government, growth and breaking news for the Idaho Statesman. She previously covered the Idaho State Legislature for the Post Register.

**Take Us With You**

Real-time updates and all local stories you want right in the palm of your hand.

**Exhibit B**



IDAHO STATESMAN APP  →

VIEW NEWSLETTERS  →

SUBSCRIPTIONS

Start a Subscription

Customer Service

eEdition

Vacation Hold

Pay Your Bill

LEARN MORE

About Us

Contact Us

Newsletters

Archives

Personal Finance

ADVERTISING

McClatchy Advertising

Place an Ad

Place a Classified Ad

Place an Obituary

Staffing Solutions

Political Advertising

Part of the McClatchy Media Network

COPYRIGHT      PRIVACY POLICY      YOUR PRIVACY CHOICES      TERMS OF SERVICE

Exhibit B

1

**Exhibit C**

1

2

3          IN THE UNITED STATES BANKRUPTCY COURT

4          DISTRICT OF UTAH, CENTRAL DIVISION

5                        * * *

6                              )
                             )   Remote Rule 2004
7     In re:                 )   Examination
                             )
8     AMMON EDWARD BUNDY,    )   MARK C. ROSE
                             )
9         Debtor,            )   Case No. 24-23530
                             )
10                            )   Chapter 7
                             )
11                        * * *

12

13

14

15          December 2, 2024 * 1:33 p.m. MST

16

17

18                Witness located in:
19                Salt Lake City, Utah

20                     **COPY**

21

22                        * * *

23

24          Reporter:  Lindsay Payeur, RPR, CSR

25

**Exhibit C**

IN RE: AMMON EDWARD BUNDY
Mark C. Rose

December 02, 2024

2

```
1                    A P P E A R A N C E S

2      FOR ST. LUKE'S HEALTH SYSTEM, LTD:

3               Erik Stidham
                HOLLAND & HART
4               Attorney at Law
                800 West Main Street
5               Suite 1750
                Boise, Idaho 83702
6               Tel:   208-342-5000
                Email: efstidham@hollandhart.com
7
       FOR MARK C. ROSE, TRUSTEE:
8
                George B. Hofmann, IV
9               COHNE KINGHORN
                Attorney at Law
10              111 East Broadway
                Eleventh Floor
11              Salt Lake City, Utah 84111
                Tel:   801-363-4300
12              Email: ghofmann@ck.law

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Exhibit C**

IN RE: AMMON EDWARD BUNDY
Mark C. Rose

December 02, 2024

3

```
 1                    I N D E X

 2     MARK C. ROSE                                    PAGE

 3         Examination by Mr. Stidham                    4

 4

 5

 6

 7

 8

 9

10

11

12                    E X H I B I T S

13     NUMBER                                          PAGE

14     1    MACU bank statement for Abish Husbondi, Inc.
            Statement date 1/04/24 - 01/31/24           19
15
       2    MACU bank statement for Abish Husbondi, Inc.
16          Statement date 2/01/24 - 2/29/24            21

17     3    MACU bank statement for Abish Husbondi, Inc.
            Statement date 3/01/24 - 3/31/24            23
18
       4    MACU bank statement for Abish Husbondi, Inc.
19          Statement date 4/01/24 - 4/30/24            25

20     16   Cloud PBX voicemail transcript
            dated 8/14/2024                             30
21
       18   Form 106A/B - Schedule A/B: Property        32
22
       28   Email from Ammon Bundy to Mark Rose,
23          dated September 14, 2024,
            re: Bundy/Abish-husbands Inc.               35
24

25
```

**Exhibit C**

December 02, 2024                                          Mark C. Rose

4

1                   P R O C E E D I N G S

2

3                   MARK C. ROSE,

4    called as a witness by and on behalf of St. Luke's

5    Health Systems, being duly sworn, was examined and

6                   testified as follows:

7

8                   EXAMINATION

9    BY MR. STIDHAM:

10        Q.    Thanks, Mr. Rose.  I do appreciate you

11   making the time today.

12              As you know, I'm one of the lawyers

13   representing the St. Luke's -- what we've referred

14   to as the St. Luke's parties' creditors in this

15   bankruptcy filed by Mr. Bundy.

16              Mr. Rose, if you need to take a pause for

17   any reason, so long as -- just give me a heads-up,

18   we'll take a pause if one's needed.  I do hope that

19   this will be a relatively short examination.  The

20   only thing I'd ask, Mr. Rose, is if I ask a question,

21   if for any reason you don't understand it, please

22   don't hesitate to ask me to rephrase; is that fair?

23        A.    Yes.

24        Q.    And if for some reason -- if you do answer

25   the question, I'll assume you understood the

**Exhibit C**

8

1    or actions he's taken relating to assets.

2            So let me ask it this way:  What do you

3    recall regarding conversations you've had with

4    Mr. Bundy relating to this bankruptcy?

5        A.    So early on, as I recall it, we had

6    conversations about, you know, how a Chapter 7

7    bankruptcy worked in the sense that it was my

8    responsibility to identify and liquidate any

9    nonexempt property that he owned and use the

10   proceeds from that property to pay his creditors as

11   best as possible.  Early on, he was cooperative with

12   that in the sense that he understood that he would

13   be losing certain property.

14           I remember having a call with him I believe

15   after he provided an email to me that listed out

16   various assets.  There was also an appraisal report

17   from Erkelens & Olson.  We had discussions about the

18   process of getting that liquidated to pay creditors,

19   and all of that seemed very amicable and normal.

20           Once your clients and the U.S. Trustee

21   sought to extend the discharge deadline, I believe I

22   only had one or two more conversations with Mr. Bundy

23   after those motions were filed to extend the deadline.

24   I was always very careful in what I explained to

25   Mr. Bundy, but I was -- he had several questions on

**Exhibit C**

9

1   what would happen if his discharge was denied, and

2   when I explained that, you know, I still had my

3   responsibility to liquidate assets and return funds

4   to creditors as best as possible, he did not

5   appreciate -- in my mind, he did not appreciate that

6   his discharge could be denied and he would still

7   lose property, and essentially that ended any

8   further amicable dialogue between us.

9           Since that date, I don't believe I've

10  talked to Mr. Bundy.  That conversation, he was not

11  happy and, you know, again, could not reconcile those

12  two items, and that was the end of our conversation,

13  and then I have not talked to him since.

14      Q.   Okay.  And -- thank you, Mr. Rose.  That's

15  very helpful.

16          With regard to the conversation that you

17  recall in which, if I understood correctly,

18  Mr. Bundy had asked you some questions about, you

19  know, property getting liquidated and yet his

20  ultimate discharge being denied, do you know about

21  when that conversation occurred?

22      A.   That would have been with -- I could -- I

23  don't know off the top of my head, but it was within

24  the last 30 days.

25      Q.   Okay.

**Exhibit C**

IN RE: AMMON EDWARD BUNDY

December 02, 2024                                              Mark C. Rose

10

1     A.    And was more than probably two weeks ago --

2     Q.    Okay.

3     A.    -- so somewhere around there.

4     Q.    And, again, I do want to make this as

5  quick as possible, but as we do -- look at a couple

6  documents, I'll pull up for you some of the things

7  you've produced that might help you with the time

8  frame on that with regard to -- you know, you've

9  been kind enough to share with us your notes as to

10 when Mr. Bundy called and those things, so maybe

11 we'll try to pin it down a little bit later, okay?

12    A.    That's fair.

13    Q.    Am I correct in understanding that Mr. --

14 what is the current status of the liquidation of

15 Mr. Bundy's assets that have been previously

16 identified?

17    A.    Because there is pending issues related to

18 exemptions that were previously claimed, there

19 hasn't been any further steps taken to liquidate any

20 of the property that was either sent to me in the

21 email or that was valued by Erkelens & Olson.  We've

22 been waiting to have the exemption issue resolved,

23 and then that's when I plan to take the next steps

24 with respect to liquidation efforts.

25    Q.    Fair enough.

**Exhibit C**

IN RE: AMMON EDWARD BUNDY

December 02, 2024                                              Mark C. Rose

51

1                    C E R T I F I C A T E

2    STATE OF UTAH              )

3    COUNTY OF SALT LAKE        )

4          THIS IS TO CERTIFY that the deposition of

5    Mark C. Rose was taken before me, Lindsay Payeur, a

6    Registered Professional Reporter in and for the

7    State of Utah.

8          That the said witness was by me, before

9    examination, duly sworn to testify the truth, the

10   whole truth, and nothing but the truth in said

11   cause.

12         That the testimony was reported by me in

13   Stenotype, and thereafter transcribed by computer

14   under my supervision, and that a full, true, and

15   correct transcription is set forth in the foregoing

16   pages.

17         I further certify that I am not of kin or

18   otherwise associated with any of the parties to said

19   cause of action and that I am not interested in the

20   event thereof.

21         WITNESS MY HAND this 5th day of December 2024.

22

23

24                              Lindsay Payeur, RPR

25

**Exhibit C**

**IDAHO NEWS**

## Ammon Bundy settles in Utah as a wanted man. 'They can find me any time they want'

By **Mark Eddington** *The Salt Lake Tribune*

April 29, 2025 4:00 AM



Protestors surround Boise hospital after Ammon Bundy call

00:00                                                                    00:36

Protesters gather outside of St. Luke's Boise Medical Center in downtown Boise Tuesday, March 15, 2022, holding signs and shouting at Boise police who responded as the medical facility went into a security lockdown. By Darin Oswald

Only have a minute? Listen instead
Powered by **Trinity** Audio
00:00                                                                    18:48

*CEDAR CITY, UTAH*

For a wanted man, supposedly hiding from police, Ammon Bundy isn't all that difficult to find.

On a snowy March morning in southern Utah, the 49-year-old fugitive emerged from behind his pickup truck sporting his trademark beard and cowboy hat. Despite being on the run from Idaho police after fleeing trial on a contempt of court charge and on the hook for part of a $52.5 million judgment, he is surprisingly relaxed and blithely unconcerned about the ever-looming threat of arrest.

TOP VIDEOS

Exhibit D

Watch More

00:11                                                      02:00

"I've been doing (this) for a long, long time," Bundy said matter-of-factly. "I'm not running at all. I don't even have the location-share off on my phone. They can find me any time they want."

A longtime figurehead of the militia, anti-federal government movement in the West, Bundy rose to prominence when he joined his father, rancher Cliven Bundy, and hundreds of supporters in an armed standoff with agents from the Bureau of Land Management in 2014. For decades, the elder Bundy refused to pay fees to graze his cows on public lands and, in 2014, the agency moved to corral the cattle. Eventually, the government relented and released the Bundy family's cows.

Two years later, Bundy led a monthlong occupation of the Malheur National Wildlife Refuge in rural Oregon in an attempt to force the government to hand over the land to area ranchers. Weeks into the standoff, one of the occupiers was shot dead by police, while Bundy and several others were arrested for their role in the takeover.

Now, after decades of fighting the government, the crusader who ran as an independent for Idaho governor in 2022 is fleeing from that government — sort of. Since bolting across the state line before his trial in November 2023, Bundy has been lying low in the Beehive State.

Even with an Idaho warrant out for his arrest, Bundy said he is cautious but not overly concerned about being collared by police. He said he and his wife, Lisa, live simply, holed up with some of their six children and a grandchild in a friend's attic apartment in southern Utah, not far from family and his boyhood home in Bunkerville, Nevada.

Moreover, after abandoning his Idaho truck repair company when he fled to Utah, Bundy is back in business, manufacturing and selling truck parts online from the cramped confines of his workshop in Cedar City. He said he is back as a member in good standing of The Church of Jesus Christ of Latter-day Saints, holds a temple recommend, and enjoys attending the temple and Sunday services at his ward, or congregation.

Still, Bundy argues, he has paid a heavy price for absconding to Utah. Besides losing his business, he said, courts stripped him and his family of their $1.5 million home in Emmett, Idaho, and seized his commercial properties and bank accounts to help satisfy the judgment against him.

Exhibit D

Bundy said he also is constantly contacted by Idaho attorneys trying to collect on the debt from a defamation lawsuit an Idaho hospital won against him. And leery of drawing too much attention to himself, he no longer feels comfortable voicing his views to large crowds at speaking engagements.

Hoping to find a fresh start and peace in Utah, Bundy said he stays busy and does not spend much time looking over his shoulder.

"I was (thinking)," he said, "if I leave the state (of Idaho), maybe (police) would leave me alone."

They have — so far.



Ammon Bundy has so far lived a quieter life in southern Utah — despite still being subject to an arrest warrant in Idaho. Rick Egan *The Salt Lake Tribune*

## His 'band of merry men'

Evidently, Bundy may have little to worry about in Utah.

Lauren Montague, sheriff's spokesperson for Idaho's Ada County, confirmed that the warrant for Bundy's arrest allows for extradition but said the office lacks jurisdiction.

"I am not aware," she said, "of any attempt made by our agency to request the appropriate Utah agency to serve the warrant."

Gary Raney, former Ada County sheriff, where the arrest warrant was issued, believes police are not pursuing Bundy because the risk of provoking an armed standoff or similar confrontation in Utah outweighs the justice that would be served by arresting and extraditing him.

"I can tell you that 99 out of 100 people in Idaho are just happy he is in Utah," Raney said. "There's a sense of at least he's not here in Idaho pulling stunts ... with his little band of merry men."

Exhibit D

For his part, Bundy has no plans to return to his former haunts.

"If I was to go into Idaho … they probably would (arrest me)," he said. "But I'm outside their jurisdiction … (and) extradition is very rare unless it's (for) a violent crime or a felony."

As for police in Utah, Bundy suspects they show little interest in arresting him because, in his view, he is not worth the trouble.

"They understand (that the government) did that once before (to me and family members for the standoffs in Nevada and Oregon)," he said. The feds "arrested us and put us in prison for two years. We went through two major federal trials, and they lost both times. It made them look bad. So why would they want to do that over this deal?"

Sheriff Kenneth Carpenter, in Utah's Iron County, said he has not heard from Idaho authorities but added that he reached out to them after learning that Bundy was in southern Utah.

"It's a civil rather than a criminal warrant," he said, "so they really are not interested in getting him back. If a deputy comes across him, (he or she) would arrest him as long as Idaho is willing to extradite. But if Idaho isn't willing to extradite him, we can't arrest him."

Upon learning that Bundy was living in Washington County several months ago, Carpenter said he sent the fugitive's address to Washington County sheriff's officials but never heard back.

Washington County Sheriff Nate Brooksby did not respond to multiple Salt Lake Tribune requests for comment.

As for Bundy's current line of work — which he said he operates through Bundy Motors, his brother's business — Carpenter said it falls within Cedar City's jurisdiction, not his. Cedar City Police Chief Darin Adams said he is unaware of Bundy's business or whereabouts.

"Like most agencies," Adams said, "we are incredibly busy and understaffed, and we are focused on criminal investigations and things of that nature. That's not to say if we encountered him, and we had an active warrant, we wouldn't take action. But it certainly would not be at the top of our priority list."

Turns out, according to Bundy, he has already had encounters with police in the Cedar City area. He said he was pulled over by the Utah Highway Patrol recently and cited for not wearing a seat belt.

"They ran my license, and they didn't do anything," he said. "They gave me a ticket … and then they left."

The Utah Department of Public Safety did not respond to requests to confirm that citation.

Exhibit D

That followed an incident last summer when Bundy said he witnessed an accident on Cedar City's Main Street and came to the aid of an injured driver, putting her in his truck and helping direct traffic around the crash until police arrived. At the police officer's request, he filed a report and "went on my merry way."

Bundy is not surprised he was not arrested either time.

"It's a political nuclear bomb if they want to make something of it," he said, noting there is no warrant for his arrest in Utah. "I hope that they would look at really what happened (in Idaho) … and determine for themselves that it was wrong."

Washington County Attorney Eric Clarke believes the reason Bundy was not arrested for the Utah traffic stop is that the Idaho civil warrant was probably not entered in the National Crime Information Center. So when officers ran his license plate, the warrant did not come up.

Moreover, he added, Bundy's odds of being extradited are low.

"I've never heard of an instance," Clarke said, "where someone was extradited for a civil warrant."



Ammon Bundy is presented with arraignment documents during his hearing Aug. 29, 2023, at the Ada County Courthouse in Boise. Sarah A. Miller *smiller@idahostatesman.com*

## On the lam, off church discipline

Bundy is seemingly as adept at dodging discipline from The Church of Jesus Christ of Latter-day Saints as he is from the law — at least in connection with the Idaho case. Asked how he can square being a fugitive with the faith's teachings that instruct members to be "subject to kings, presidents, rulers and magistrates, in obeying, honoring and sustaining the law," he has a ready answer.

Exhibit D

"We believe in being subject to them and in obeying, honoring and sustaining the law," he explained. "We don't believe in being obedient to them when they are not obeying, honoring and sustaining the law … So when they are (acting) way outside the Constitution, I have no obligation to honor, obey or be subject to them."

Familiar, as he said he is, with Latter-day Saint doctrine, Bundy is not a stranger to church discipline. He logged nearly two years in federal prison after the armed standoff at the family ranch in Nevada and the takeover of the wildlife refuge in Oregon.

Even though he was acquitted of all charges in the Oregon case and the charges for the Nevada skirmish were dropped due to prosecutorial misconduct, Bundy said a regional Latter-day Saint leader put him under church discipline when he was released from prison and moved with his family to Idaho in 2018.

That prevented him from attending the temple, baptizing some of his children and ordaining his sons to the all-male priesthood.

When those religious limits were lifted about 18 months later, Bundy said he asked his stake president "why he put me on church discipline. The only answer he gave me was that he wanted to know which side (I) was on."

A few years later, Bundy again fell out of the church's good graces.

During the COVID-19 pandemic in 2020, he organized the People's Rights Network, a coalition of about 20,000 followers spread over 16 states that the Institute for Research & Education on Human Rights and the Montana Human Rights Network characterized as a "dangerous new network of militia members, anti-maskers, conspiracists, preppers [and] anti-vaxxers."

He soon ran afoul of the law when he and his followers protested mask mandates at the Idaho Capitol and disrupted the Gem State's special three-day legislative session. When he refused police orders to leave, Bundy was arrested twice for trespassing and forcibly removed from the Capitol, the second time handcuffed to a wheelchair.

Exhibit D



Ammon Bundy is dragged from the Idaho Senate gallery by Idaho State Police after returning to the Idaho Statehouse on Aug. 26, 2020. Darin Oswald *doswald@idahostatesman.com*

Bundy said that prompted his regional leader to put him on church restrictions again. He was restored to full fellowship, Bundy said, three years later by a new stake president.

"I reached out to him and said, 'I would like to take the sacrament (or Communion) again … and I also would like to baptize my son," Bundy recalled. "… So when I talked to him, he gave me my temple recommend and lifted all of the church (restrictions)."

The faith leader "said he had called church headquarters and asked what standing (I) was in," Bundy continued. "And the lady there asked, 'Are you asking ecclesiastically or politically?' And he said, 'Well, I'm a stake president so I am asking ecclesiastically.' She said, 'According to our records, Ammon Bundy has always been in good standing in the church.' "

With rare exceptions, the church does not comment on membership discipline.

## Change in fortunes

In his numerous scraps with the law, Bundy ultimately has beaten most legal raps. But his fortunes took a turn during his failed run for Idaho governor.

In March 2022, a grandson of his friend, Diego Rodriguez, was put into protective care after staff at St. Luke's Boise Medical Center found the child to be suffering from severe malnutrition.

An emergency room physician later testified that the 10-month-old's stomach was distended, his eyes were hollow, and he was unable to sit up. Three other doctors concurred with that diagnosis, testifying that the infant was so malnourished and dehydrated that the baby would have died within days without protective care.

Exhibit D

"The medical professionals at St. Luke's saved the infant," said attorney Erik Stidham, who represented St. Luke's in the defamation case the hospital later brought against Bundy and Rodriguez. "And the Idaho court system was working as it should to reunite the infant with his parents when stabilized and under proper conditions for care."

Bundy disputes that assessment and calls the removal of his friend's grandson another egregious example of government overreach.

"How could I see my friend's baby kidnapped … when I know they are just this wonderful, beautiful family who loves the baby and has never neglected it?" he asked. "… When I see somebody take that baby away from them wrongfully by force and I have a voice … I have to respond."

That response, according to court documents, was to orchestrate a smear campaign against the hospital, doctors, nurses and protective care workers to intimidate them into returning the baby to the parents. To that end, Bundy and hundreds of his supporters — many of them armed — surrounded St. Luke's campuses in Boise and Meridian.



Protesters gather outside of St. Luke's Boise Medical Center on March 15, 2022, holding signs and shouting at Boise police who responded as the medical facility went into a security lockdown. Far-right activist Ammon Bundy, who was arrested for trespassing at the St. Luke's Meridian hospital, called for the protest via social media video. Darin Oswald *doswald@idahostatesman.com*

As a result, ambulances carrying emergency patients had to be diverted to other medical facilities, hundreds of appointments were canceled, doctors and nurses were hindered from entering or exiting the buildings, and the Boise hospital was locked down at one point. Protesters also jammed phone lines with menacing messages, including death threats, according to court documents, and overwhelmed hospital servers with spam emails.

Exhibit D

Court papers also said that Bundy, Rodriguez and their supporters spread false narratives on social media and extremist websites, accusing hospital doctors and nurses of mistreating the infant, being pedophiles who were involved in sex trafficking, and conspiring with health authorities to kidnap children from "godly Christian families" to traffic them to "homos" who were likely to abuse and kill them.

Far from helping a friend, Stidham said, Bundy's true aim was to raise his media profile, recruit more members to his People's Rights Network, enrich himself and raise money for his gubernatorial campaign.

St. Luke's sued Bundy, his gubernatorial campaign, the People's Rights Network and Rodriguez for defamation in May 2022, resulting in an Ada County jury awarding the hospital $52.5 million in damages against Bundy and others in July 2023.

Bundy, who did not attend the trial, was arrested a month after the verdict for contempt of court after he refused to appear for the defamation lawsuit proceedings.

He was released on $10,000 bail.

Just before his contempt trial was to begin in November 2023, Bundy skipped town. In lieu of a personal appearance, Bundy sent the court an email explaining why he was a no-show.

"My entire life has been consumed by political prosecutions," Bundy wrote. "I must now do what is necessary to sustain my family."

A state judge then issued a warrant for his arrest and set bond at $250,000.

Bundy maintains the "harassment" he and his family endured from the courts and law enforcement left him little choice. At one point, he said, the court directed the sheriff to escort St. Luke's attorneys as they rifled through his home. Eventually, Bundy said, the legal tangles got so bad that he had to decide whether to stay there and "stand on the front porch" armed with a shotgun or flee.

Exhibit D



Supporters of Ammon Bundy gather at his property in Emmett in April 2023 after they were told his arrest was imminent. Darin Oswald *doswald@idahostatesman.com*

Raney, the former Ada County sheriff, scoffs at Bundy's assertion that he is a victim whose chief desire is to be left alone to pursue a life of peace.

"That's the most hypocritical statement I could imagine," Raney said, "coming from a person like him."

Stidham characterizes Bundy's exodus as an act of cowardice.

"Mr. Bundy had a full and fair opportunity to defend himself in the lawsuit and any subsequent trial for contempt," Stidham said. "Circumstances make clear that Mr. Bundy ran from the litigation not because he lacked funds for an attorney but because he knew that, when the evidence was presented at trial, an Idaho jury would reach a just verdict against him."

Thus far, St. Luke's attorneys have been able to acquire some of Bundy's properties worth a combined value of about $2.5 million but say they have been hampered in collecting more because Bundy is concealing his assets. Last July, Bundy filed for Chapter 7 bankruptcy in Utah, asking the court to discharge the $52.5 million judgment.

St. Luke's attorneys oppose the move.

### Little remorse, few regrets

Bundy shows little remorse over the hospital protests, although he concedes some may have been hurt. He pushes back, however, against arguments that he defamed doctors and hospital staff.

"I don't believe those people are innocent because of what they did," he said, "but I never intentionally tried to hurt anybody."

Bundy said he does, however, have one regret: not communicating better to try to convince people that his anti-government activism is about fighting to uphold freedom for everyone, including his grandchildren and great-grandchildren.

Exhibit D

"If you lose freedom, history proves that it takes hundreds of years and bloodshed to return if it returns at all," he said. "And if you lose the ability to control the land and resources, you can't survive as a people. I wish I could communicate that better."

Asked if he would do anything differently, Bundy said he grappled with that question when he was imprisoned in Nevada. Would he still square off against federal officers over public lands or involve himself in other disputes?

Bundy said he didn't have an answer until he rushed to the aid of a young man who was being brutally beaten by several other inmates. It was then, he added, that he realized that he was still willing to put himself at risk to help others.



For now, Bundy strives to minimize those risks. He insists he has not had any contact with Oath Keepers USA, a far-right group that now claims to be headquartered near Cedar City and has ties to protesters who took part in the Jan. 6 siege of the U.S. Capitol in 2021. However, Bundy added, he is considering a speaking invitation he received from the People's Rights Network.

When he fled to southern Utah, Bundy said he prayed for guidance and received a revelation from God telling him to live as normal a life as possible. If he lands in a legal tussle once again, Bundy insists he and his family are prepared.

"I guess it's been said before," Bundy stated, "but we've learned how to swim in deep waters."

**Want to see more content like this?** 👍 👎

🗞 **Morning Update**

A daily morning dispatch of local news, sports, business and opinion headlines.

| ldsquyres@hollandhart.com | | SIGN UP |
|---|---|---|

By submitting, I agree to the Privacy Policy and Terms of Service.

### Join the Conversation    FOLLOW

Your comments will appear under the nickname **User 137be70**. If you'd like to update your nickname, click here.

U1 | Join the conversation, User 137be70

Conversations are opinions of our readers and are subject to the Community Guidelines.

**ALL COMMENTS** 8                                    NEWEST ⌄  🔔

RO  **ROTNGUNS**  2 HRS AGO
Three words: Stay In Utah.
REPLY  👍 0

Exhibit D