

Ammon Bundy
P.O. Box 1062
Cedar City, Utah
84720-1062

# UNITED STATES BANKRUPTCY COURT,
## DISTRICT OF UTAH

| | | |
|---|---|---|
| Ammon Edward Bundy | ( | Case No. 24-23530 |
| | ( | Chapter 7 |
| | ( | WILLIAM T. THURMAN |

## DECLARATION OF AMMON EDWARD BUNDY IN SUPPORT OF MOTION TO QUASH RULE 2004 SUBPOENA AND FOR PROTECTIVE ORDER

I, Ammon Edward Bundy, being of lawful age and under penalty of perjury, declare the following:

1. I am Ammon Bundy in the above-captioned bankruptcy proceeding. I submit this declaration in support of my Motion to Quash Rule 2004 Subpoena and for Protective Order.

2. On February 25, 2025, I appeared for my Rule 2004 examination via Zoom, as ordered by the Court. The session lasted approximately seven hours.

3. The transcript shows about five and a half hours on the record. The discrepancy is because Mr. Erik Stidham, counsel for St. Luke's Creditors, repeatedly went off the record despite my objections.

4. I did not plead the Fifth Amendment at any time during the examination.

5. I answered all questions in good faith unless the question related to matters outside the scope of my personal bankruptcy, such as corporate matters involving Abish-husbondi, Inc.

6. I disclosed my ownership of shares in Abish-husbondi, Inc. in my bankruptcy schedules. I did not list corporate assets because they are not my personal property.

7. I have searched for, but have been unable to locate, a copy of a written loan agreement between Abish-husbondi, Inc. and Ryan Bundy. I believe Ryan may have a copy.
8. The $200,000 in cash referenced in the examination belongs to Abish-husbondi, Inc., not me personally.
9. The Capital One credit card account mentioned has been closed, and I no longer have access to the statements. I do not possess digital or physical copies.
10. During my move to Utah, my family packed our possessions—including my filing cabinet—into a 53-foot trailer. That cabinet is at the front and would require days to access due to lack of staging space and labor.
11. I currently live in a one-room attic apartment with my wife and children. I do not have an office, storage space, or the ability to easily retrieve old documents.
12. Mr. Stidham has portrayed me as violent in filings. I fear being in the same room with him would create a hostile environment. I strongly object to any in-person continuation of the examination.
13. I am not refusing to comply with the subpoena. I have produced everything I can access and am doing my best under challenging circumstances.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**DATED THIS DAY**, the 4th of June, 2025.

*[signature]*

Ammon Bundy

CERTIFICATE OF SERVICE

I certify that on this day I served a copy of the attached to:

UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH

| | | | |
|---|---|---|---|
| 350 S Main St, Salt Lake City, UT 84101 | [X] | USPS Mail |
| Mark C. Rose, Trustee | mrose@mbt-law.com | [X] | Email |
| Erik Stidham | efstidham@hollandhart.com | [X] | Email |

**DATED THIS DAY,** the 4th of June, 2025.

Ammon Bundy