**This order is SIGNED.**

**Dated: June 18, 2025**

*William J. Thurman*

**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



mm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 24-23530 |
|---|---|
| AMMON EDWARD BUNDY, | Honorable William T. Thurman |
| Debtor. | Chapter 7 |

**ORDER SETTING AMMON BUNDY'S MOTION TO QUASH [DKT. 434] FOR HEARING ON JULY 2, 2025 AT 3:00 PM (MST)**

**IT IS HEREBY ORDERED**:

That Ammon Bundy's *Motion to Quash* [Dkt. 434] shall be heard in conjunction with the St. Luke's Creditors' *Second Motion to Compel Debtor's Compliance with Rule 2004 Subpoena for Examination and Production of Documents* [Dkt. 424], currently scheduled for July 2, 2025 at 3:00 pm (MST). No responsive briefing from the St. Luke's Creditors is required.

**END OF ORDER**

## Designation of Parties to be Served

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Matthew James Burne**  matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov
- **George B. Hofmann**  ghofmann@ck.law, mparks@ck.law; enilson@ck.law
- **Jennifer M Jensen**  jmjensen@hollandhart.com
- **David W. Newman tr**  david.w.newman@usdoj.gov; Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov
- **Benjamin David Passey**  bdpassey@hollandhart.com, phowell@hollandhart.com
- **Darren G. Reid**  dgreid@hollandhart.com, cfries@hollandhart.com
- **Mark C. Rose tr**  trustee@mbt-law.com, UT32@ecfcbis.com
- **Erik F. Stidham**  efstidham@hollandhart.com, dljenkins@hollandhart.com; boiseintaketeam@hollandhart.com
- **Engels Tejeda**  ejtejeda@hollandhart.com, slclitdocket@hollandhart.com; intaketeam@hollandhart.com; jjbutton@hollandhart.com
- **Jeffrey L. Trousdale**  jtrousdale@cohnekinghorn.com, mparks@ck.law; enilson@ck.law
- **United States Trustee**  USTPRegion19.SK.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721

**Lisa M. Bundy**
P.O. Box 1062
Cedar City, UT 84720-1062