Erik F. Stidham (Idaho State Bar #5483) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re: | Bankruptcy No. 24-23530 |
|---|---|
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

**NOTICE OF ST. LUKE'S CREDITORS' MOTION FOR ORDER TO SHOW CAUSE REGARDING FAILURE TO COMPLY WITH RULE 2004 SUBPOENA**

**NOTICE OF HEARING**

**(Objection Deadline: Monday, July 7, 2025)**

**(Hearing Date: Wednesday, July 30, 2025 at 2:00 p.m. Mountain Time)**

PLEASE TAKE NOTICE that the St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP (collectively, "St. Luke's Creditors"), by and through their counsel, Holland & Hart LLP, have

filed with the United States Bankruptcy Court of the District of Utah, their Motion for Order to Show Cause Regarding Failure to Comply with Rule 2004 Subpoena (the "Motion").

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

The Motion asks the Court to order TLA Enterprises LLC dba Sentinel Services Consulting ("TLA/Sentinel") and Thomas Sundloff to appear and show cause why they should not be held in contempt for failure to comply with a duly issued and served Rule 2004 subpoena. The Motion also asks that TLA/Sentinel and Thomas Sundloff be required to comply with the subpoena within a specified timeframe or face sanctions for contempt.

A copy of the Motion has been served with this Notice. The Motion is also on file with the Court and you can obtain a copy of the Motion through the Clerk's office or by contacting the attorneys for the St. Luke's Creditors at the addresses, emails or telephone numbers indicated above.

**If you do not want the Court to grant the relief requested in the Motion, then you or your attorney must take the following two steps:**

(1) On or before **July 7, 2025 (the "Objection Deadline")**, file with the Bankruptcy Court a written Objection to the Motion explaining your position at:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101
(if mailed)

or

United States Bankruptcy Court
Orrin G. Hatch U.S. Courthouse
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101
(if delivered in person)

If you mail your objection to the Bankruptcy Court for filing, it must be deposited in the U.S. Mail in sufficient time for it to be **received** by the Court **on or before the Objection Deadline**. You must also mail a copy to the undersigned counsel at:

HOLLAND & HART LLP
Attn: Erik F. Stidham
222 S. Main Street, Suite 2200, Salt Lake City, UT 84101
Email: efstidham@hollandhart.com

(2) You must also attend the hearing on **Wednesday, July 30, 2025 at 2:00 p.m. (the "Hearing"),** before the Honorable William T. Thurman. The Hearing will be held via Zoom at ZoomGov.com/join Meeting ID: 160 7523 8590 Passcode: 9626637, Phone No. 1-669-254-5252. Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-date information regarding participation at a hearing.

Failure to attend the Hearing could be deemed a waiver of your objection. If you or your attorney do not appear at the Hearing, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the Motion.

///

3

DATED this 20th day of June, 2025.

        HOLLAND & HART LLP

        */s/ Erik F. Stidham*
        Erik F. Stidham (Admitted Pro Hac Vice)

        HOLLAND & HART LLP, As local counsel

        */s/ Engels Tejeda*
        Engels Tejeda

        Attorneys for St. Luke's Health System, St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP

# CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I caused a true and correct copy of the foregoing to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Mark C. Rose
    McKay, Burton & Thurman, P.C.
    Chapter 7 Trustee
    trustee@mbt-law.com; UT32@ecfbis.com

    U.S. Trustee
    USTPRegion19.SK.ECF@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants by:

First Class U.S. Mail, with postage and email to:

    Ammon Edward Bundy, *pro se*
    P.O. Box 1062
    Cedar City, UT 84721-0991

    Ammon Edward Bundy
    896 E 400 S
    New Harmony, UT 84757

Emails: aebundy@bundyfarms.com; aebundy@msn.com

    TLA Enterprises LLC dba Sentinel Services Consulting
    c/o Melodie Sundloff, Managing Agent
    293 Grace Way
    Washington, UT 84780

    Thomas Sundloff
    293 Grace Way
    Washington, UT 84780

    */s/ Engels Tejeda*
    Engels Tejeda
    of Holland & Hart LLP

35213007_v1