Ammon E. Bundy
P.O. Box 1062
Cedar City, Utah 84720
208-872-4030

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH



FILED* US Bankruptcy Court-UT
JUN 27 2025 PM 1:34

| | |
|---|---|
| In re:<br>AMMON E. BUNDY, | Chapter 7<br>Case No. 24-23530<br>Judge William T. Thurman |

## MOTION TO CONTINUE HEARING ON MOTION TO COMPEL

Ammon Edward Bundy, referenced in the above-captioned matter, respectfully moves the Court to continue the hearing currently scheduled for **July 2, 2025**, on St. Luke's Motion to Compel. In support of this request, Mr. Bundy states the following:

1. A hearing on St. Luke's Motion to Compel is currently set for **July 2, 2025**.
2. Mr. Bundy and his family have had a significant family event planned for **July 2 through July 6, 2025**, involving both immediate and extended family. This event has been coordinated over the past year, with logistical planning involving Mr. Bundy, his wife, children, brothers, cousins, and uncles.
3. Mr. Bundy's immediate family requires his presence and participation to travel to and attend the event. His absence would cause substantial disruption and hardship to the family and compromise the planned event.
4. This request is made in good faith and not for purposes of delay. Mr. Bundy intends to comply with all Court orders and is willing to appear at a rescheduled hearing date after July 6, 2025.
5. On June 22, 2025, Mr. Bundy emailed counsel for St. Luke's, Mr. Erik Stidham, to inquire whether they would oppose or consent to the requested continuance. As of the



time of this filing, no response has been received. This is noted pursuant to Local Rule 9013-1(c).

**WHEREFORE**, Mr. Bundy respectfully requests that the Court continue the hearing currently scheduled for July 2, 2025, to a date after July 6, 2025, and grant such other and further relief as the Court deems just and proper.

Executed this 23rd day of June, 2025.

**Ammon Bundy**

CERTIFICATE OF SERVICE

I certify that on this day I served a copy of the attached to:

UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH

| | | | |
|---|---|---|---|
| 350 S Main St, Salt Lake City, UT 84101 | | [X] | USPS Mail |
| Mark C. Rose, Trustee | mrose@mbt-law.com | [X] | Email |
| Erik Stidham | efstidham@hollandhart.com | [X] | Email |

DATED THIS DAY, the 23rd of June, 2025.

*[signature]*

Ammon Bundy