Ammon E. Bundy
P.O. Box 1062
Cedar City, Utah 84720
208-872-4030

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

FILED* US Bankruptcy Court-UT
JUN 27 2025 PM1:35

In re:  
AMMON E. BUNDY,

Chapter 7  
Case No. 24-23530  
Judge William T. Thurman

## MOTION TO EXPEDITE CONSIDERATION OF MOTION TO CONTINUE HEARING

Ammon Edward Bundy, hereby moves the Court to expedite consideration of his Motion to Continue the July 2, 2025 hearing on St. Luke's Creditors' Motion to Compel. Good cause exists to expedite consideration because the hearing is scheduled to occur in less than ten days, and Mr. Bundy has a longstanding, immovable family obligation that conflicts with that date.

WHEREFORE, Mr. Bundy respectfully requests that the Court consider his Motion to Continue on an expedited basis and enter a ruling prior to the scheduled hearing date.

Executed this 23rd day of June, 2025.

*/s/ Ammon Bundy*

**Ammon Bundy**



CERTIFICATE OF SERVICE

I certify that on this day I served a copy of the attached to:

UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH

| | | | |
|---|---|---|---|
| | 350 S Main St, Salt Lake City, UT 84101 | [X] | USPS Mail |
| Mark C. Rose, Trustee | mrose@mbt-law.com | [X] | Email |
| Erik Stidham | efstidham@hollandhart.com | [X] | Email |

**DATED THIS DAY,** the 23rd of June, 2025.

*[signature]*

Ammon Bundy