**This order is SIGNED.**

**Dated: June 27, 2025**



**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



mm

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 24-23530 |
|---|---|
| AMMON EDWARD BUNDY, | Honorable William T. Thurman |
| Debtor. | Chapter 7 |

**ORDER GRANTING DEBTOR'S MOTION TO EXPEDITE [DKT. 445], GRANTING DEBTOR'S MOTION TO CONTINUE HEARING ON MOTION TO COMPEL [DKT. 444], AND MODIFYING ORDER SETTING DATES AND DEADLINES FOR EVIDENTIARY HEARING ON THE CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SETTLEMENT AGREEMENT [DKT. 429]**

Upon due consideration and for good cause shown, **it is hereby ordered that:**

1. Debtor's Motion to Expedite Consideration of Motion to Continue Hearing [Dkt. 445] is GRANTED.

2. Debtor's Motion to Continue Hearing on Motion to Compel [Dkt. 444] is GRANTED.

3. The hearing on the St. Luke's Creditors' *Second Motion to Compel Debtor's Compliance with Rule 2004 Subpoena for Examination and Production of Documents* [Dkt. 424] is rescheduled from July 2, 2025 at 3:00pm (MST) to July 7, 2025 at 2:00pm (MST).

4. The hearing on the St. Luke's Creditors' *Motion to Compel Ryan Bundy and Bundy Motors Compliance with Rule 2004 Subpoenas for Examinations and Production of Documents* [Dkt. 414] is rescheduled from July 2, 2025 at 3:00pm (MST) to July 7, 2025 at 2:00pm (MST).

5. The hearing on Debtor Bundy's *Motion to Quash Rule 2004 Subpoena and for a Protective Order* [Dkt. 434] is rescheduled from July 2, 2025 at 3:00pm (MST) to July 7, 2025 at 2:00pm (MST).

6. The hearing on the Chapter 7 Trustee's *Motion to Approve Settlement Agreement* [Dkt. 417] is rescheduled from July 14, 2025 at 10:00am (MST) to July 28, 2025 at 2:00pm (MST).

7. The Court's *Order Setting Dates and Deadlines for Evidentiary Hearing on the Chapter 7 Trustee's Motion to Approve Settlement Agreement* [Dkt. 429] is hereby MODIFIED as follows:

> Paragraph 6: PRE-HEARING PROCEDURE: The following must be organized in 3-ring binders and delivered to the Court at the Orrin G. Hatch U.S. Courthouse located at 351 S. West Temple, Salt Lake City, Utah 84101, no later than July 17, 2025:
>
> a. One set of original exhibits; and
>
> b. Two sets of copies of exhibits.
>
> If the parties submit a single joint set of exhibits, then the exhibits should be marked with numbers. If the parties submit separate sets of exhibits, the St. Luke's Creditors must use numbers to mark their exhibits, and the Trustee must use letters.

**END OF ORDER**

## DESIGNATION OF PARTIES TO BE SERVED

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Matthew James Burne** matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **George B. Hofmann** ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- **Jennifer M Jensen** jmjensen@hollandhart.com
- **David W. Newman tr** david.w.newman@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Benjamin David Passey** bdpassey@hollandhart.com, phowell@hollandhart.com
- **Darren G. Reid** dgreid@hollandhart.com, cfries@hollandhart.com
- **Mark C. Rose tr** trustee@mbt-law.com, UT32@ecfcbis.com
- **Erik F. Stidham** efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com
- **Engels Tejeda** ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **Jeffrey L. Trousdale** jtrousdale@cohnekinghorn.com, mparks@ck.law;enilson@ck.law
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721

**Lisa M. Bundy**
P.O. Box 1062
Cedar City, UT 84720-1062

**Ryan Bundy**
361 Riverside Road Mesquite, NV 89027-5905

**Ammon Edward Bundy**
896 E 400 S New Harmony, UT 84757

**Bundy Motors Company**
Attn: Ryan Bundy
361 Riverside Road Mesquite, NV 89027-5905