**This order is SIGNED.**

Dated: July 7, 2025



**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



mm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 24-23530 |
|---|---|
| AMMON EDWARD BUNDY, | Honorable William T. Thurman |
| Debtor. | Chapter 7 |

### ORDER GRANTING AND MODIFYING THE ST. LUKE'S CREDITORS' SECOND MOTION TO COMPEL AND DENYING DEBTOR'S MOTION TO QUASH

Before the Court is the St. Luke's Creditors' Second Motion to Compel Debtor's Compliance with Rule 2004 Subpoena for Examination and Production of Documents (the "Motion to Compel") [Dkt. 424]. In support of the Motion to Compel, Erik Stidham filed a Declaration [Dkt. 425] to which he has attached several exhibits. In response to the Motion to Compel, Mr. Bundy filed a Motion to Quash [Dkt. 434] and a Memorandum in Support thereof [Dkt. 438], which the Court interprets both as a motion in and of itself and as a response to the Motion to Compel. Mr. Bundy also filed a Response to the Motion to Compel [Dkt. 437]. The St. Luke's Creditors then filed a Reply in support of their Motion to Compel [Dkt. 447].

The Court conducted a hearing on July 7, 2025, where it considered Motion to Compel and the Motion to Quash together. Erik Stidham and Engels Tejeda appeared on behalf of the St. Luke's Creditors. George Hofmann appeared on behalf of Mark Rose, the Chapter 7 Trustee. Mr. Bundy appeared on behalf of himself.

The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334(b), as well as under the Order of Reference of the United States District Court for the District of Utah at DUCivR 83-6.1. The Court determines that notice of the Motion to Compel and the Motion to Quash is appropriate and sufficient. Venue is appropriate under 28 U.S.C. § 1408.

The Court heard arguments from all parties and after due consideration read a ruling into the record.

Pursuant to the Court's oral ruling at the hearing on July 7, 2025, **IT IS HEREBY ORDERED**:

1. The Motion to Quash is DENIED.
2. The Motion to Compel is GRANTED and MODIFIED as follows:
    a. Mr. Bundy is ORDERED to sit for a Rule 2004 examination within 18 days of the date of the hearing (by July 25, 2025).
    b. Mr. Bundy is ORDERED to answer all questions set forth in Exhibit F of Erik Stidham's Declaration [Dkt. 425-6].
    c. The St. Luke's Creditors shall be limited to two-and-a-half hours of on-the-record examination time for this 2004 examination. Insofar as this Order also extends to a deposition taken of Mr. Bundy in connection with the Chapter 7 Trustee's Motion to Approve Settlement [Dkt. 417], the total deposition and examination time of Mr. Bundy shall not exceed two-and-a-half hours on the record.
    d. If Mr. Bundy affirms under oath that he does not know the answer to a question, the St. Luke's Creditors must take that answer at face value.

e. Mr. Bundy is ORDERED to affirm, under penalty of perjury, that he is participating in his Rule 2004 examination alone in a room, without anyone participating or observing his testimony.

f. The 2004 examination is CLOSED from public observation, and Mr. Bundy is ORDERED to refrain from livestreaming or publishing his examination.

g. Subject to paragraph 2(e) and (f), Mr. Bundy is permitted to attend his Rule 2004 examination and his potential deposition via remote means.

h. Mr. Bundy is ORDERED to produce all documents set forth in Exhibit G to Erik Stidham's Declaration [Dkt. 425-7], as modified by the Court in its oral ruling, within 14 days of the hearing (by July 21, 2025).

i. Mr. Bundy may submit an application for his reasonable costs and expenses in finding and producing relevant documents, which the St. Luke's Creditors will be ordered to pay.

**--END OF ORDER--**

## DESIGNATION OF PARTIES TO BE SERVED

**Electronic Mail Notice List:**

- **Matthew James Burne**   matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov

- **George B. Hofmann**   ghofmann@ck.law, mparks@ck.law; enilson@ck.law

- **Jennifer M Jensen**   jmjensen@hollandhart.com

- **David W. Newman tr**   david.w.newman@usdoj.gov, Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov

- **Benjamin David Passey**   bdpassey@hollandhart.com, phowell@hollandhart.com

- **Darren G. Reid**   dgreid@hollandhart.com, cfries@hollandhart.com

- **Mark C. Rose tr**   trustee@mbt-law.com, UT32@ecfcbis.com

- **Erik F. Stidham**   efstidham@hollandhart.com, dljenkins@hollandhart.com; boiseintaketeam@hollandhart.com

- **Engels Tejeda**   ejtejeda@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com; jjbutton@hollandhart.com

- **Jeffrey L. Trousdale**   jtrousdale@cohnekinghorn.com, mparks@ck.law; enilson@ck.law

- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

**Manual Notice List:**

**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721

**Ammon Edward Bundy**

896 E 400 S New Harmony, UT 84757

**Lisa M. Bundy**
P.O. Box 1062
Cedar City, UT 84720-1062