**This order is SIGNED.**

**Dated: July 7, 2025**



**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge

mm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Number: 24-23530 |
| AMMON EDWARD BUNDY, | Honorable William T. Thurman |
| Debtor. | Chapter 7 |

**ORDER TO SHOW CAUSE AS TO WHY RYAN BUNDY AND BUNDY MOTORS SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILURE TO RESPOND TO SUBPOENAS**

Before the Court is the St. Luke's Creditors' *Motion to Compel Ryan Bundy's and Bundy Motors Company's Compliance with Rule 2004 Subpoenas for Examinations and Production of Documents* (the "Motion") [Dkt. 414].

The Court conducted a hearing on the Motion on July 7, 2025. Engels Tejeda and Erik Stidham appeared on behalf of the St. Luke's Creditors. George Hofmann appeared on behalf of the Chapter 7 Trustee, Mark Rose. Ryan Bundy did not appear. A representative of Bundy Motors Company did not appear. Debtor Bundy was present at the hearing, although this order does not pertain to him.

The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334(b), as well as under the Order of Reference of the United States District Court for the District of Utah at DUCivR 83-6.1. The Court determines that notice of the Motion is adequate and proper. Venue is appropriate under 28 U.S.C. § 1408.

The Court heard arguments from the parties at the hearing and has duly considered the Motion.

Pursuant to Federal Rule of Civil Procedure 45(g), made applicable to this Court through Federal Rule of Bankruptcy Procedure 9016, the Court hereby **ORDERS** Ryan Bundy and Bundy Motors Company to **SHOW CAUSE AS TO WHY THEY SHOULD NOT BE HELD IN CONTEMPT OF COURT** for their failure to respond or comply with certain subpoenas served on them by the St. Luke's Creditors.[1]

Within 15 days of the entry of this Order, Ryan Bundy and Bundy Motors Company must either **COMPLY** with the subpoenas served on them or **FILE A RESPONSE** with this Court detailing why they should not be held in contempt of court for their failure to respond or comply with the subpoenas served on them.

If Ryan Bundy and/or Bundy Motors fail to comply with this Order within 15 days of its entry, they may be held in contempt of court at a subsequent scheduled hearing as may be requested by any party.

**--END OF ORDER--**

---

[1] *See* Dkt. 414, ¶ 10; Dkt. 415, ¶ 5; Dkt. 415-2.

## DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER

**Electronic Mail Notice List**

- **Matthew James Burne**  matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov
- **George B. Hofmann**  ghofmann@ck.law, mparks@ck.law; enilson@ck.law
- **Jennifer M Jensen**  jmjensen@hollandhart.com
- **David W. Newman tr**  david.w.newman@usdoj.gov, Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov
- **Benjamin David Passey**  bdpassey@hollandhart.com, phowell@hollandhart.com
- **Darren G. Reid**  dgreid@hollandhart.com, cfries@hollandhart.com
- **Mark C. Rose tr**  trustee@mbt-law.com, UT32@ecfcbis.com
- **Erik F. Stidham**  efstidham@hollandhart.com, dljenkins@hollandhart.com; boiseintaketeam@hollandhart.com
- **Engels Tejeda**  ejtejeda@hollandhart.com, slclitdocket@hollandhart.com, intaketeam@hollandhart.com; jjbutton@hollandhart.com
- **Jeffrey L. Trousdale**  jtrousdale@cohnekinghorn.com, mparks@ck.law; enilson@ck.law
- **United States Trustee**  USTPRegion19.SK.ECF@usdoj.gov

**Manual Notice List**

**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721

**Ammon Edward Bundy**
896 E 400 S New Harmony, UT 84757

**Lisa M. Bundy**
P.O. Box 1062
Cedar City, UT 84720-1062

**Ryan Bundy**
361 Riverside Road Mesquite, NV 89027-5905

**Bundy Motors Company**
Attn: Ryan Bundy
361 Riverside Road Mesquite, NV 89027-5905