Ammon E. Bundy
P.O. Box 1062
Cedar City, Utah 84720
208-872-4030

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

Ref:
**AMMON EDWARD BUNDY**

Case No.: 24-23530
Chapter 7
William T. Thurman

## APPLICATION FOR COSTS AND EXPENSES

In Compliance with Court Order Regarding Rule 2004 Document Production

**Ammon Edward Bundy**, referenced above in this Chapter 7 case, respectfully submits this application for reasonable and necessary costs in locating and retrieving documents from long-term storage, as authorized by this Court's order. Mr. Bundy asks that these expenses be paid up front to alleviate burden.

### I. Background

On July 7, 2025 the Court entered an order authorizing Mr. Bundy to submit an application for recovery of reasonable expenses that will be incurred in producing documents in response to the Rule 2004 subpoena served by St. Luke's Creditors. The Court held:

> "Mr. Bundy may submit an application for his reasonable costs and expenses in finding and producing relevant documents, which the St. Luke's Creditors will be ordered to pay."



The documents are stored in a fully packed 53-foot trailer requiring specialized equipment and multiple personnel to access.

## II. Itemized Costs and Expenses

| Description | Quantity / Detail | Unit Cost | Total Cost |
| --- | --- | --- | --- |
| Forklift rental (Gradeall) | 1 day | $384.00 | $384.00 |
| Forklift delivery & pickup fee | Flat fee | $175.00 | $175.00 |
| Labor assistance | 4 workers | $230.00 | $920.00 |
| Storage rental | 1 month | $112.00 | $112.00 |
| Trucking/Hauling fee | Flat rate | $287.00 | $287.00 |
| Fuel costs | Actual cost | $143.00 | $143.00 |
| Tarp & weatherproofing materials | Supplies | $168.00 | $168.00 |
| Total | | | $2,189.00 |

Respectfully submitted,

Dated: July 08, 2025

*[signature]*

Ammon E. Bundy

I certify that on this day I served a copy of the attached to:

UNITED STATES BANKRUPTCY COURT, DISTRICT OF UTAH

| | | | |
|---|---|---|---|
| 350 S Main St, Salt Lake City, UT 84101 | | [X] | USPS |
| Mark C. Rose, Trustee | mrose@mbt-law.com | [X] | Email |
| Erik Stidham | efstidham@hollandhart.com | [X] | Email |

**DATED THIS DAY,** the 8th of July, 2025.

*[signature]*

Ammon Bundy