Erik F. Stidham (Idaho State Bar #5483) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| In re:<br><br>AMMON EDWARD BUNDY<br><br>Debtor. | Bankruptcy No. 24-23530<br><br>Chapter 7<br><br>Honorable William T. Thurman |
|---|---|

**ST. LUKE'S CREDITORS' RESPONSE TO DEBTOR'S APPLICATION FOR COSTS AND EXPENSES**

St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP (together "St. Luke's Creditors") respectfully object to Debtor Ammon Edward Bundy's Application for Costs and Expenses (the "Application") dated July 8, 2025. Dkt. 457.

Instead, the St. Luke's Creditors respectfully request that the Court either (a) order the Debtor to produce the documents *first*, and then afford the St. Luke's Creditors an opportunity to respond to the Debtor's Application in light of his production; or (b) if the Debtor chooses not to

produce the documents before the Court considers his Application, then prohibit the Debtor from introducing, or otherwise relying on the alleged existence of, the stored documents for any purpose in the above-captioned case.

## BACKGROUND

1. The Court has ordered Debtor to retrieve and produce all documents set forth in the Declaration of Erik F. Stidham that appears as Docket No. 425-7, as modified by the Court in its oral ruling made on July 7, 2025. Dkt. 451 (Order Granting and Modifying the St. Luke's Creditors' Second Motion to Compel and Denying Debtor's Motion to Quash).

2. The Debtor alleged certain documents are stored in the back end of a storage trailer and are thus burdensome to access. *See* Dkt. 434. Namely, debtor assert that "corporate share ledgers" and "share stubs" are stored in the trailer. *Id.* The Debtor does not otherwise describe or identify these documents, their quantity, or quality. Nor doe the Debtor describe in detail the documents' relevance to the discharge he has voluntarily sought in his Chapter 7 case.

3. Instead, on July 8, 2025, the Debtor sent his "Application for Costs and Expenses" seeking $2,189 to be paid **to him upfront**—before he gathers or produces the documents.

4. In response, the St. Luke's Creditors informed the Debtor, through counsel, that they would rather him hold off on producing the documents than pay the amount he demanded preproduction, so long as they preserve the right to object to the Debtor's introduction of any documents he has not produced later in in this case.[1]

---

[1] The St. Luke's Creditors' response is based on the Debtor's history of refusing to comply with court orders or participate in the discovery process in good faith.

5. WHEREFORE, the St. Luke's Creditors respectfully request that the Court: (a) deny or table the Application as premature, (b) order the Debtor to produce the documents *first*, and then afford the St. Luke's Creditors an opportunity to respond to the Debtor's Application in light of his production; or (c) if the Debtor chooses not to produce the documents before the Court considers his Application, then prohibit the Debtor from introducing, or otherwise relying on the alleged existence of, the stored documents for any purpose in the above-captioned case.

DATED this 11th day of July, 2025.

HOLLAND & HART LLP

*/s/ Erik F. Stidham*
Erik F. Stidham (Admitted Pro Hac Vice)

HOLLAND & HART LLP
As local counsel

*/s/ Engels Tejeda*
Darren G. Reid (#11163)
Engels Tejeda (#11427)
Benjamin D. Passey (#19234)
*Attorneys for St. Luke's Health System, Ltd.,*
*St. Luke's Regional Medical Center, Ltd.,*
*Chris Roth, Natasha Erickson, M.D., and*
*Tracy Jungman, NP*

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I electronically filed the foregoing with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF user.

Mark C. Rose
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com; UT32@ecfbis.com

David W. Newman
Matthew J. Burne
U.S. Department of Justice
david.w.newman@usdoj.gov; matthew.burne@usdoj.gov;
james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov;
rachelle.d.hughes@usdoj.gov; Brittany.dewitt@usoj.gov

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov

George B. Hofmann
ghofmann@ck.law; mparks@ck.law

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants by First Class U.S. Mail, with postage prepaid, addressed as follows:

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721-0991

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

*/s/ Engels Tejeda*
Engels Tejeda

35386315_v2