**This order is SIGNED.**

**Dated: July 15, 2025**





**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

*mm*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Number: 24-23530 |
| AMMON EDWARD BUNDY, | Honorable William T. Thurman |
| Debtor. | Chapter 7 |

### ORDER DENYING DEBTOR'S APPLICATION FOR COSTS AND EXPENSES

The Court considered Debtor's Application for Costs and Expenses [Dkt. 457] (the "Application") at a hearing conducted on July 15, 2025. Objecting to the Application, the St. Luke's Creditors filed a Response [Dkt. 458]. Appearing at the hearing was Ammon Bundy on behalf of himself. Also appearing at the hearing was Erik Stidham, Engels Tejeda, and Jennifer Jensen on behalf of the St. Luke's Creditors.

The Court re-iterates its ruling and order of July 7, 2025[Dkts. 450 and 451], in response to the St. Luke's Creditors' Second Motion to Compel [Dkt. 424], that Debtor must produce all responsive documents prior to applying for reimbursement from the Court. Only after producing all responsive documents to the St. Luke's Creditors may Debtor apply for reimbursement.

Therefore, Debtor's Application is denied.

**END OF ORDER**

## Designation of Parties to be Served

**Electronic Mail Notice List:**

- **Matthew James Burne**    matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov
- **George B. Hofmann**    ghofmann@ck.law; mparks@ck.law; enilson@ck.law
- **Jennifer M Jensen**    jmjensen@hollandhart.com
- **David W. Newman tr**    david.w.newman@usdoj.gov, Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov
- **Benjamin David Passey**    bdpassey@hollandhart.com, phowell@hollandhart.com
- **Darren G. Reid**    dgreid@hollandhart.com, cfries@hollandhart.com
- **Mark C. Rose tr**    trustee@mbt-law.com, UT32@ecfcbis.com
- **Erik F. Stidham**    efstidham@hollandhart.com, dljenkins@hollandhart.com; boiseintaketeam@hollandhart.com
- **Engels Tejeda**    ejtejeda@hollandhart.com, slclitdocket@hollandhart.com; intaketeam@hollandhart.com; jjbutton@hollandhart.com
- **Jeffrey L. Trousdale**    jtrousdale@cohnekinghorn.com, mparks@ck.law; enilson@ck.law
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov

**Manual Notice List:**

**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721

**Ammon Edward Bundy**
896 E 400 S
New Harmony, UT 84757

**Lisa M. Bundy**
P.O. Box 1062
Cedar City, UT 84720-1062