George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Mark C. Rose,
Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re | Bankruptcy No. 24-23530 (WTT) |
|---|---|
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | |

## WITNESS AND EXHIBIT LIST FOR EVIDENTIARY HEARING ON MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE, THE DEBTOR, AND MRS. BUNDY

Chapter 7 Trustee Mark C. Rose (the "Trustee"), through his undersigned counsel, states that he intends to call the witnesses identified below to testify at the evidentiary hearing (the "Hearing") on his Motion for Approval of Settlement Agreement Between the Trustee, the Debtor, and Mrs. Bundy [Docket No. 417]. The Hearing is scheduled to commence July 28, 2025 at 2:00 p.m. The Trustee will call the following witnesses to testify at the Hearing:

1.    Mark C. Rose

2.    Ammon Edward Bundy

3.    David A. Olsen

The Trustee <u>may call</u> the following witnesses to testify at the Hearing:  Any

witnesses which may be designated by any other participant in the Hearing.

In addition, the Trustee intends to introduce the following exhibits at the Hearing:

1.    Settlement Agreement [Docket No. 417 at pages 10-17]

2.    Erkelens & Olson Appraisal Report [Docket No. 422 at page 12]

3.    Email from David A. Olson to George Hofmann dated February 27, 2025

4.    Email from David A. Olson to George Hofmann dated May 14, 2025

5.    Warranty Deed for Cedar Creek property

6.    Garfield County tax record for Cedar Creek property

7.    Pictures of mechanic's tools and cases

8.    Demonstrative exhibit concerning asset values [Docket No. 422 at page 4]

9.    Voluntary Petition [Docket No. 1]

10.    Original bankruptcy schedules [Docket No. 5]

11.    First amended bankruptcy schedules [Docket No. 19]

12.    Second amended bankruptcy schedules [Docket No. 161]

13.    Loan Agreement dated July 1, 2019

14.    Deed of Trust and Assignment of Rents dated October 3, 2019

15.    Assignment of Loan dated June 14, 2023

16.    Estopped Certificate, Release & Waiver dated January 5, 2024

17.    Abish Husbondi Inc. Mountain American Credit Union statement for

January 2024

4918-0516-6934, v. 1

18.     Abish Husbondi Inc. Mountain American Credit Union statement for March 2024

19.     Any exhibits which may be designated by any other participant in the Hearing

The Trustee reserves his right to introduce additional exhibits or call additional witnesses as may become necessary to rebut any evidence or testimony offered by the any other participants in the Hearing.

Dated:        July 16, 2025

**COHNE KINGHORN, P.C.**

/s/ George Hofmann
GEORGE HOFMANN

ATTORNEYS FOR MARK C. ROSE,
CHAPTER 7 TRUSTEE

4918-0516-6934, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2025, I cause a true and correct copy of the foregoing **WITNESS AND EXHIBIT LIST FOR EVIDENTIARY HEARING ON MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE, THE DEBTOR, AND MRS. BUNDY** to be served on all counsel of record by filing said document with the court's ECF/CM filing systems.

/s/ George Hofmann

4918-0516-6934, v. 1