Erik F. Stidham (Idaho State Bar #5483) (Admitted pro hac vice)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: (208) 342-5000
efstidham@hollandhart.com

Darren G. Reid (11163)
Engels Tejeda (11427)
Benjamin D. Passey (19234)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
dgreid@hollandhart.com
ejtejeda@hollandhart.com
bdpassey@hollandhart.com

*Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| In re:<br><br>AMMON EDWARD BUNDY<br><br>Debtor. | Bankruptcy No. 24-23530<br><br>Chapter 7<br><br>Honorable William T. Thurman |
|---|---|

**ST. LUKE'S CREDITORS' WITNESS AND EXHIBIT LIST FOR EVIDENTIARY HEARING ON MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE, THE DEBTOR, AND MRS. BUNDY**

St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP (together "St. Luke's Creditors"), state that they intends to call the witnesses identified below to testify at the evidentiary hearing (the "Hearing") on the Trustee's Motion for Approval of Settlement Agreement Between the Trustee, the Debtor,

and Mrs. Bundy [Docket No. 417]. The Hearing is scheduled to commence July 28, 2025 at 2:00 p.m. St. Luke's Creditors will call the following witnesses to testify at the Hearing:

1. Ammon E. Bundy

2. Ryan Bundy

3. Mark C. Rose

4. Joseph Mallet.

St. Luke's Creditors may call the following witnesses to testify at the Hearing: Any witnesses which may be designated by any other participant in the Hearing.

In addition, St. Luke's Creditors intend to introduce the following exhibits at the Hearing:

Exhibit 1. 2005-09-28 Cedar Property Warranty Deed

Exhibit 2. 2023-04-24 Judge says A.Bundy defaulted-St. Luke's lawsuit_ID Statesman

Exhibit 3. 2024-01-23 PM0206 J.Chambers Eml Re_ Branson_Bundy Update

Exhibit 4. 2024-08-17 Schedule A_B Property - form_b106ab

Exhibit 5. 2024-08-26 Appraisal Report_vehicles

Exhibit 6. 2024-08-26 Cedar Property Tax History

Exhibit 7. 2024-09-02 Schedule C_ The Property Claimed as Exempt - form_b_106c

Exhibit 8. 2024-09-03no019 Debtor Bundy's Amended Schedules

Exhibit 9. 2024-10-14 Official Form 106C Schedule C Exemption Form (rec'd by email)

Exhibit 10. Bundy JAN 2024 Statement

Exhibit 11. Bundy FEB 2024 Statement

Exhibit 12. Bundy MARCH 2024 Statement

Exhibit 13. Bundy APRIL 2024 Statement

Exhibit 14. 2024-10-17 AM0823 A.Bundy Eml re Bank Statements

Exhibit 15. 2024-08-30 AM1018 M.Rose Eml re A.Bundy

Exhibit 16. 2024-08-16 AM1013 A.Bundy Eml re Abish-husbondi Inc. & Shareholders

Exhibit 17. 2023-09-05 PM0629 A.Bundy Eml re Your email today

Exhibit 18. 2025-02-27no001 Complaint 25-02019

Exhibit 19. 2025-03-12 PM0332 A.Bundy Eml re Turnover Motion

Exhibit 20. 2025-03-12 PM0956 A.Bundy Eml re Notice of Hearing

Exhibit 21. 2025-03-20 PM0227 A.Bundy Eml re Follow Up

Exhibit 22. 2025-03-28 PM0259 Re Proceed Explanation

Exhibit 23. 2025-03-28 PM0301 re Proceed Explanation

Exhibit 24. 2025-03-28 PM0302 re Proceed Explanation

Exhibit 25. 2025-03-31 PM0736 A.Bundy Eml re Proceed Explanation

Exhibit 26. 2025-04-03 PM0106 A.Bundy Eml re Proceed Explanation

Exhibit 27. 2025-04-06no001 Complaint 25-02034

Exhibit 28. 2025-04-07 AM0837 G.Hofmann Eml re Proceed Explanation

Exhibit 29. 2025-04-07 AM0934 A.Bundy Eml re Proceed Explanation

Exhibit 30. 2025-04-08 AM1009 A.Bundy Eml re Proceed Explanation

Exhibit 31. 2025-04-08 AM1103 G.Hoffman Eml re Mammoth Creek attaching Docs

Exhibit 32 .2025-04-09 AM0733 G.Hofmann Eml re Proceed Explanation

Exhibit 33. 2025-04-11 AM1022 A.Bundy Eml re Proceed Explanation

Exhibit 34. 2025-04-14 AM0902 G.Hofmann Eml re Settlement for your execution

Exhibit 35. 2025-04-15 AM0847 A.Bundy Eml re Settlement for your execution

Exhibit 36. 2025-04-15 AM1119 G.Hofmann Eml re Fully Executed Settlement

Exhibit 37. 2025-05-14 AM0906 D.Olson Gun Values

Exhibit 38. 2025-05-15 AM0832 G.Hofmann Eml re Reply in support of settlement

Exhibit 39. 2025-05-15 AM0951 A.Bundy Eml re Reply in support of settlement

Exhibit 40. Bundy Motors 92024 bank statement

Exhibit 41. State of Nevada Secretary of State documents re Bundy Motors

Exhibit 42. Schedule C - Exemption Form

Exhibit 43. Ammon Bundy Transcript & Exs

Exhibit 44. Mark Rose Transcript & Exs

Exhibit 45. 2024-01-01 Nutragem Commercial Lease

Exhibit 46. 2024-01-05 Estopped Certificate Release & Waiver

Exhibit 47. 2024-02-21 State of Utah Certificate of Organization for TLA Enterprizes, L.L.C.

Exhibit 48. 2024-04-15 T.Branson Transcript & Exs

Exhibit 49. 2025-02-27 AM0800 D.Olson Eml re tool valuation

Exhibit 50. 2025-07-08 Arden Bundy Transcript & Ex

Exhibit 51. 2024-04-15 R Branson Transcript & Exs

Exhibit 52. Ammon Bundy Continued Transcript & Exs

DATED this 18th day of July, 2025.

        HOLLAND & HART LLP

        */s/ Erik F. Stidham*
        Erik F. Stidham (Admitted Pro Hac Vice)

HOLLAND & HART LLP
As local counsel

*/s/ Engels Tejeda*
Darren G. Reid (#11163)
Engels Tejeda (#11427)
Benjamin D. Passey (#19234)

Attorneys for St. Luke's Health System, Ltd., St. Luke's Regional Medical Center, Ltd., Chris Roth, Natasha Erickson, M.D., and Tracy Jungman, NP

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, I electronically filed the foregoing with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF user.

Mark C. Rose
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com; UT32@ecfbis.com

David W. Newman
Matthew J. Burne
U.S. Department of Justice
david.w.newman@usdoj.gov; matthew.burne@usdoj.gov;
james.gee@usdoj.gov; lindsey.huston@usdoj.gov; rinehart.peshell@usdoj.gov;
rachelle.d.hughes@usdoj.gov; Brittany.dewitt@usoj.gov

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov

George B. Hofmann
ghofmann@ck.law; mparks@ck.law

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants by First Class U.S. Mail, with postage prepaid, addressed as follows:

Ammon Edward Bundy, *pro se*
P.O. Box 1062
Cedar City, UT 84721-0991

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

                                                                */s/ Engels Tejeda*
                                                                Engels Tejeda

35436021_v1