**This order is SIGNED.**

**Dated: July 31, 2025**



**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge

mm

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Number: 24-23530 |
| AMMON EDWARD BUNDY, | Honorable William T. Thurman |
| Debtor. | Chapter 7 |

**ORDER FURTHER MODIFYING ORDER ON THE ST. LUKE'S CREDITORS' SECOND MOTION TO COMPEL [DKT. 451], IN RESPONSE TO DEBTOR'S NOTICE OF IMPOSSIBILITY OF COMPLIANCE**

The Court conducted a hearing on Debtor's *Notice of Impossibility of Compliance with July 21 Deadline, Request for Modification of Order, and Declaration of Ammon Edward Bundy* (the "Notice") [Dkt. 466] and the St. Luke's Creditors' *Response* thereto [Dkt. 465] on July 30, 2025. Erik Stidham and Engels Tejeda appeared on behalf of the St. Luke's Creditors. Ammon Bundy appeared representing himself.

The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334(b), as well as under the Order of Reference of the United States District Court for the District of Utah at DUCivR 83-6.1. The Court determines that notice of the *Notice of Impossibility* was proper, given that the St. Luke's Creditors filed a response. Venue is appropriate under 28 U.S.C. § 1408.

The Court heard arguments from all parties at the hearing and after due consideration read a ruling into the record.

Pursuant to the Court's oral ruling at the hearing on July 30, 2025, **IT IS HEREBY ORDERED**:

1. Mr. Bundy must make available to counsel for the St. Luke's Creditors all documents responsive to the document requests within the St. Luke's Creditors' Rule 2004 Subpoena (the document requests being located at Docket Number 425-7) by midnight on August 13, 2025.

2. Mr. Bundy must diligently search his travel trailer and his other properties to produce responsive documents to the document requests of Docket Number 425-7.

3. Mr. Bundy may apply to the Court for reimbursement of expenses from the St. Luke's Creditors, arising from his search of his travel trailer pursuant to this Order, after he produces all responsive documents.

4. If Mr. Bundy affirms under oath and after a diligent search of his travel trailer and other properties that no such responsive documents exist, the St. Luke's Creditors must take that representation at face value.

5. No further extensions of deadlines for compliance with this Order will be provided.

**--END OF ORDER--**

## DESIGNATION OF PARTIES TO BE SERVED

**Electronic Mail Notice List:**

- Matthew James Burne    matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov

- George B. Hofmann    ghofmann@ck.law; mparks@ck.law; enilson@ck.law

- Jennifer M Jensen    jmjensen@hollandhart.com

- David W. Newman tr    david.w.newman@usdoj.gov, Lindsey.Huston@usdoj.gov; Rinehart.Peshell@usdoj.gov; Rachelle.D.Hughes@usdoj.gov; Brittany.Dewitt@usdoj.gov

- Benjamin David Passey    bdpassey@hollandhart.com, phowell@hollandhart.com

- Darren G. Reid    dgreid@hollandhart.com, cfries@hollandhart.com

- Mark C. Rose tr    trustee@mbt-law.com, UT32@ecfcbis.com

- Erik F. Stidham    efstidham@hollandhart.com, dljenkins@hollandhart.com; boiseintaketeam@hollandhart.com

- Engels Tejeda    ejtejeda@hollandhart.com, slclitdocket@hollandhart.com; intaketeam@hollandhart.com; jjbutton@hollandhart.com

- Jeffrey L. Trousdale    jtrousdale@cohnekinghorn.com, mparks@ck.law; enilson@ck.law

- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**Manual Notice List:**

- Ammon Edward Bundy
  P.O. Box 1062
  Cedar City, UT 84721

- Ammon Edward Bundy
  896 E 400 S New Harmony, UT 84757

- Lisa M. Bundy
  P.O. Box 1062
  Cedar City, UT 84720-1062