George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Mark C. Rose,
Chapter 7 Trustee

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re | Bankruptcy No. 24-23530 (WTT) |
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

## EX PARTE APPLICATION FOR APPROVAL OF
## PAYMENT TO ERKELENS & OLSON

Mark C. Rose, in his capacity as Chapter 7 Trustee (the "Trustee") of the

bankruptcy estate of Ammon Edward Bundy (the "Debtor"), moves this Court pursuant

to Bankruptcy Code §§ 330 and 331 and Fed. R. Bankr. P. 2016, for entry of an order

authorizing compensation for professional services rendered (the "Application").  In

support of this Application, the Trustee respectfully states as follows:

### GENERAL BACKGROUND

1.    The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy

Code on July 17, 2024 commencing Case No. 24-23530 (the "Case"), which created a

bankruptcy estate pursuant to 11 U.S.C. § 541 (the "Estate").

1

2.      Mark C. Rose was appointed as the Chapter 7 Trustee for the Estate.

3.      The Trustee seeks approval of compensation for services rendered by Erkelens & Olson ("Olson"), a Court-approved Standing Auctioneer.

## SUMMARY OF SERVICES RENDERED

4.      On or about July 28, 2025, Olson prepared for and provided testimony at a hearing in this Case at the request of the Trustee.

5.      The Trustee is requesting approval of an invoice submitted by Olson for services rendered in the amount of $250.00, a copy of the invoice is attached hereto as Exhibit "A."

**WHEREFORE**, the Trustee respectfully requests that the Court enter its order as follows:

A.      That compensation be awarded for professional services rendered in the amount of $250.00;

B.      That this amount be allowed as priority administrative expenses pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(1);

C.      That the Trustee be authorized and directed pursuant to 11 U.S.C. § 330, to pay such amounts as set forth herein; and

D.      Allowing such other and further relief as the Court may deem just and proper.

DATED:  August 25, 2025

COHNE KINGHORN, P.C.

/s/ George Hofmann
GEORGE HOFMANN
Attorneys for the Trustee

2

# EXHIBIT "A"

4912-3766-4866, v. 1



INVOICE #2025-020

954 South 4400 West, Ste 390
Salt Lake City, UT 84104

DATE: 08/05/2025

To George Hofmann

**FOR: AMMON BUNDY, UTAH BANKRUPTCY
CASE NO. 24-23530**

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| Court preparation and court time | | | $250.00 |
| | | | |
| | | | |
| | | TOTAL | $250.00 |

Payment due upon receipt

**THANK YOU FOR YOUR BUSINESS!**

