Erik F. Stidham (admitted *pro hac vice*)
Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
Email: efstidham@hollandhart.com

Engels Tejeda (#11427)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
Email:  ejtejeda@hollandhart.com

Attorneys for Plaintiffs *Attorneys for Plaintiffs St. Luke's Health System, LTD., St. Luke's Regional Medical Center, LTD., Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor(s), | Bankruptcy Case No. 24−23530 WTT<br><br>Chapter 7<br><br>Honorable William T. Thurman |
| ST. LUKE'S HEALTH SYSTEM, LTD.,<br>ST. LUKE'S REGIONAL MEDICAL CENTER, LTD.,<br>CHRIS ROTH, NATASHA D. ERICKSON, M.D., and<br>TRACY W. JUNGMAN, NP,<br><br>Plaintiffs,<br><br>v.<br><br>AMMON EDWARD BUNDY,<br><br>Defendant. | Adversary Proceeding No. 24-02034 |

**NOTICE OF EVASION OF SERVICE OF SUBPOENAS**

St. Luke's Health System, Ltd. ("St. Luke's HS"), St. Luke's Regional Medical Center, Ltd. ("St. Luke's RMC"), Chris Roth ("Mr. Roth"), Natasha D. Erickson, M.D. ("Dr. Erickson"), and Tracy W. Jungman, N.P. ("NP Jungman") (collectively "Plaintiffs" or the "St. Luke's Creditors") hereby provides notice of attempted service of subpoenas duces tecum on Defendant Ammon Bundy, and third parties Arden Bundy, Ryan Bundy, Bundy Motors Company, Thomas Sundloff, and TLA Enterprises LLC dba Sentinel Consulting.

Attached hereto as **Exhibit A** is the affidavit of non-service of the subpoena to **Ammon Bundy**, detailing the service attempt on Ammon Bundy at his known address of 896 E. 400 S., New Harmony, UT 84757.

Attached hereto as **Exhibit B** is the affidavit of non-service of the subpoena to **Arden Bundy**, detailing six (6) service attempts on Arden Bundy.

Attached hereto as **Exhibit C** is the affidavit of non-service of the subpoena to **Ryan Bundy** detailing four (4) service attempts on Ryan Bundy.

Attached hereto as **Exhibit D** is the affidavit of non-service of the subpoena to **Bundy Motors Company** detailing four (4) service attempts on Ryan Bundy, registered agent for Bundy Motors Company.

Attached hereto as **Exhibit E** is the affidavit of non-service of the subpoena to **Thomas Sundloff** detailing six (6) service attempts on Thomas Sundloff.

Attached hereto as **Exhibit F** is the affidavit of non-service of the subpoena to **TLA Enterprises LLC** detailing six (6) service attempts on Thomas Sundloff, registered agent for TLA Enterprises, LLC.

///

-2-

DATED this 8th day of September, 2025.

HOLLAND & HART LLP

*/s/ Erik F. Stidham*
Erik F. Stidham (Admitted pro hac vice)

HOLLAND & HART LLP

*/s/ Engels J. Tejeda*
Engels Tejeda

*Attorneys for Plaintiffs St. Luke's Health System, LTD., St. Luke's Regional Medical Center, LTD., Chris Roth, Natasha D. Erickson, M.D., and Tracy W. Jungman, NP*

**CERTIFICATE OF SERVICE BY MAIL OR OTHER MEANS**

I HEREBY CERTIFY that on this 8th day of September, 2025, I caused the foregoing **NOTICE OF ATTEMPTED SERVICE OF SUBPOENAS** to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mark C. Rose
McKay, Burton & Thurman, P.C.
trustee@mbt-law.com

U.S. Trustee
USTPRegion19.SK.ECF@usdoj.gov

AND I FURTHER CERTIFY that I served the foregoing on the following non-CM/ECF Registered Participants by U.S. First Class Mail and/or e-mail as indicated:

By U.S. First Class Mail – postage prepaid:

Ammon Edward Bundy, pro se
P.O. Box 1062
Cedar City, UT 84721

Ammon Edward Bundy
896 E 400 S
New Harmony, UT 84757

By E-Mail:

Ammon E. Bundy
aebundy@bundyfarms.com;
aebundy@msn.com

*/s/ Erik F. Stidham*
Erik F. Stidham
of HOLLAND & HART LLP

35721921_v1