# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In Re:
Ammon Edward Bundy     Debtor:

**AFFIDAVIT OF NON-SERVICE**

Bankruptcy Case No. 24-23530

St. Luke's Health Systems, Ltd., et al.     Plaintiffs:

Chapter 7

vs.

Adversary Proceeding No. 24-02034

Ammon Edward Bundy     Defendant:

For:
Holland & Hart, LLP
800 W. Main St., Ste. 1750
Boise, ID 83702

STATE OF IDAHO     )
                                :ss
COUNTY OF ADA     )

Received by Tri-County Process Serving LLC on August 21, 2025 to be served on **AMMON EDWARD BUNDY**, 896 E. 400 S., New Harmony, UT 84757.

I hereby certify and return that today, September 4, 2025, I discontinued attempting service of the **Subpoena**, and after due search and diligent inquiry I was unable to serve said person due to the reasons stated below.

**Service was attempted upon Ammon Edward Bundy at the address provided of 896 E. 400 S., New Harmony, UT 84757. Contact was made on 9/3/2025 at 11:40am. The Constable spoke to a male who stated he was the owner of this residence and that Ammon doesn't reside here. The male refused to answer any questions regarding Ammon's current location and also refused to provide his name "because he doesn't answer any questions from law enforcement." The owner of this property is listed as James Nilsson and a vehicle bearing Utah license plate W306ZP registered to James Nilsson was present at the time of attempt. Service was cancelled per client on 8/28/2025 at 3:27pm.**

**William T. Teninty**

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

Our Reference Number: 225917
Client Reference: > Erik F. Stidham

Subscribed and sworn before me today, Thursday, September 4, 2025

Notary Public for the State of Idaho

JENNA WALL
COMMISSION #20202414
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 06/26/2026