## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In Re:
Ammon Edward Bundy        Debtor:        **AFFIDAVIT OF NON-SERVICE**

St. Luke's Health Systems, Ltd., et al.    Plaintiffs:    Bankruptcy Case No. 24-23530

vs.                                                       Chapter 7

Ammon Edward Bundy        Defendant:    Adversary Proceeding No. 24-02034

For:
Holland & Hart, LLP
800 W. Main St., Ste. 1750
Boise, ID 83702

STATE OF IDAHO        )
                      :ss
COUNTY OF ADA         )

Received by Tri-County Process Serving LLC on August 21, 2025 to be served on **ARDEN BUNDY**, 850 S. Bluff St., St. George, UT 84770.

I hereby certify and return that today, September 2, 2025, I discontinued attempting service of the **Subpoena**, and after due search and diligent inquiry I was unable to serve said person due to the reasons stated below.

**Rush service was attempted upon Arden Bundy at the business address provided of 850 S. Bluff St., St. George, UT 84770 (Bundy's Brazilian Steakhouse) on 8/22/2025 at 12:00pm; however, the business wasn't open yet. Service was then attempted at this address on 8/22/2025 at 8:08pm. The server was told that Arden does not work here and that he is just the owner. Four rush attempts were additionally made at the developed residential address of 1414 E. Toni Dr., Scenic, AZ 86432 between 8/22/2025 and 8/26/2025. On multiple attempts, the server observed vehicles with Utah tag U799SH and Nevada tag 3891CD present. The server was unable to receive a response at the door on the first two attempts. During the final attempts made on 8/25/2025 at 7:57am and 8/26/2025 at 6:26pm, the server spoke to Arden's spouse who stated Arden wasn't home. His spouse did confirm that Arden drives the vehicle with Nevada tag 3891CD. Cancel service per client on 8/28/2025 at 3:27pm.**

William T. Teninty

Subscribed and sworn before me today, Tuesday, September 2, 2025

Notary Public for the State of Idaho

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

Our Reference Number: 225919
Client Reference: > Erik F. Stidham

JENNA WALL
COMMISSION #20202414
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 06/26/2026