# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In Re:
Ammon Edward Bundy                Debtor:           **AFFIDAVIT OF NON-SERVICE**

St. Luke's Health Systems, Ltd., et al.   Plaintiffs:   Bankruptcy Case No. 24-23530

vs.                                                    Chapter 7

Ammon Edward Bundy            Defendant:      Adversary Proceeding No. 24-02034

For:
Holland & Hart, LLP
800 W. Main St., Ste. 1750
Boise, ID 83702

STATE OF IDAHO          )
                        :ss
COUNTY OF ADA           )

Received by Tri-County Process Serving LLC on August 21, 2025 to be served on **RYAN BUNDY**, 361 Riverside Rd., Mesquite, NV 89027.

I hereby certify and return that today, September 2, 2025, I discontinued attempting service of the **Subpoena**, and after due search and diligent inquiry I was unable to serve said person due to the reasons stated below.

**Four rush attempts were made to effect service upon Ryan Bundy at the address provided of 361 Riverside Rd., Mesquite, NV 89027 between 8/22/2025 and 8/26/2025. During the attempt made on 8/23/2025 at 11:56am, the server spoke to a female watching the kids who stated Ryan is out of town until late tomorrow. Service was then attempted on 8/25/2025 at 7:30am. Ryan spouse stated Ryan wasn't home and she wouldn't provide a good time for when he will be. She also refused to take the server's contact card. During the final attempt made on 8/26/2025 at 6:08pm, the server observed someone outside the residence wearing a cowboy hat, however, by the time the server got to the door, the person was no longer in the yard and the server received no response at the door. Cancel service per client on 8/28/2025 at 3:27pm.**

William T. Teninty

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

Our Reference Number: 225923
Client Reference: > Erik F. Stidham

Subscribed and sworn before me today,
Tuesday, September 2, 2025

Notary Public for the State of Idaho

JENNA WALL
COMMISSION #20202414
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 06/26/2026