## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In Re:
Ammon Edward Bundy         Debtor:

**AFFIDAVIT OF NON-SERVICE**

St. Luke's Health Systems, Ltd., et al.    Plaintiffs:

Bankruptcy Case No. 24-23530

vs.

Chapter 7

Ammon Edward Bundy         Defendant:

Adversary Proceeding No. 24-02034

For:
Holland & Hart, LLP
800 W. Main St., Ste. 1750
Boise, ID 83702

STATE OF IDAHO         )
                      :ss
COUNTY OF ADA         )

Received by Tri-County Process Serving LLC on August 21, 2025 to be served on **THOMAS KENTON SUNDLOFF**, 293 Grace Way, Washington, UT 84780.

I hereby certify and return that today, September 2, 2025, I discontinued attempting service of the **Subpoena**, and after due search and diligent inquiry I was unable to serve said person due to the reasons stated below.

**Rush service was attempted upon Thomas Kenton Sundloff at the address provided of 293 Grace Way, Washington, UT 84780 on 8/22/2025 at 12:56pm and 8/23/2025 at 9:06am. The server made contact with an occupant on 8/23/2025 at 9:06am who stated Thomas no longer lives at this address. Five rush attempts were made thereafter at the developed address of 5597 S. Valewood Dr., Salt Lake City, UT 84123 between 8/25/2025 and 8/26/2025. The server was unable to receive a response at the door. During two of the attempts, the server observed people inside the residence, but they refused to answer the door. On three of the attempts, a vehicle bearing Utah tag 8EGA1 was observed in the driveway. This vehicle is registered to Thomas Sundloff at 5597 S. Valewood Dr., Salt Lake City, UT 84123. Cancel service per client on 8/28/2025 at 3:27pm.**

William T. Teninty

Subscribed and sworn before me today,
Tuesday, September 2, 2025

Notary Public for the State of Idaho

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

Our Reference Number: 225920
Client Reference: > Erik F. Stidham

JENNA WALL
COMMISSION #20202414
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 06/26/2026