**This order is SIGNED.**

**Dated: September 25, 2025**

*William J. Thurman*

**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



*slo*

*PREPARED AND SUBMITTED BY:*

George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Mark C. Rose,
Chapter 7 Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re | Bankruptcy No. 24-23530 (WTT) |
|---|---|
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

### ORDER APPROVING PAYMENT TO ERKELENS & OLSON

The Court has considered the Ex Parte Application for Approval of Payment to Erkelens & Olson [Docket No. 476], and for good cause shown it is hereby

**ORDERED**, that:

1

4915-4149-5139, v. 1

1. The Ex Parte Application for Approval of Payment to Erkelens & Olson, a Court-approved Standing Auctioneer, for professional services rendered in the amount of $250.00 is approved;

2. Such amounts shall be and hereby are allowed as a priority administrative expense of the Debtor's estate pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

3. The Trustee is authorized and directed pursuant to 11 U.S.C. § 330 to pay the above amounts.

**--- END OF ORDER ---**

4915-4149-5139, v. 1

## DESIGNATION OF PARTIES TO BE SERVED

The undersigned hereby designates the following parties to be served a copy of the foregoing **ORDER APPROVING PAYMENT TO ERKELENS & OLSON.**

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users, and will be served notice of entry of the foregoing Order through the CF/ECF System:

- **Matthew James Burne**  matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **George B. Hofmann**  ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- **Jennifer M Jensen**  jmjensen@hollandhart.com
- **David W. Newman tr**  david.w.newman@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Benjamin David Passey**  bdpassey@hollandhart.com, phowell@hollandhart.com
- **Darren G. Reid**  dgreid@hollandhart.com, cfries@hollandhart.com
- **Mark C. Rose tr**  trustee@mbt-law.com, UT32@ecfcbis.com
- **Erik F. Stidham**  efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com
- **Engels Tejeda**  ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **Jeffrey L. Trousdale**  jtrousdale@cohnekinghorn.com, mparks@ck.law;enilson@ck.law
- **United States Trustee**  USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

☐ None

☒ Other

Ammon Edward Bundy  
P.O. Box 1062  
Cedar City, UT 84721

Lisa M. Bundy  
P.O. Box 1062  
Cedar City, UT 84720-1062

☐ All parties on the Court's official case matrix.

_/s/ George Hofmann_

3

4915-4149-5139, v. 1