George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Mark C. Rose,
Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re | Bankruptcy No. 24-23530 (WTT) |
| AMMON EDWARD BUNDY, | |
| Debtor. | Chapter 7 |

### TRUSTEE'S LIMITED RESPONSE TO MOTION TO CLARIFY PROPERTY INTERESTS AND ENFORCE EXCLUSIVE JURISDICTION OVER ASSETS POTENTIALLY AFFECTED BY STATE COURT TEMPORARY RESTRAINING ORDER

Mark C. Rose, in his capacity as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Ammon Edward Bundy (the "Debtor"), hereby submits this limited response to the Debtor's Motion to Clarify Property Interests and Enforce Exclusive Jurisdiction Over Assets Potentially Affected by State Court Temporary Restraining Order (the "Motion"), and in response to the Motion, the Trustee represents to the Court as follows:

1. The Trustee takes no position as to most of the relief sought through the Motion, as the relief requested appears to be largely a matter of dispute between the

Debtor and the St. Luke's Creditors.

2.     However, the Trustee does object to entry of an Order declaring that the bank account of TLA Enterprises is not property of the bankruptcy estate. To the contrary, it appears to the Trustee that the source of the funds in that account is the Debtor's pre-bankruptcy labor. The Trustee reserves all rights of the Estate to pursue that account and its proceeds.

3.     A proceeding to recover money or property, or to determine an interest in property, requires an adversary proceeding under Fed. R. Bankr. P. 7001(a) and (b). The Motion is an inappropriate vehicle to grant the relief requested by the Debtor with respect to the bank account of TLA Enterprises.

**WHEREFORE**, the Trustee respectfully requests that the Motion be denied to the extent it seeks relief with respect to the bank account of TLA Enterprises, and for such other and further relief as may be just and proper.

DATED: October 21, 2025

                                        **COHNE KINGHORN, P.C.**

                                        /s/ George Hofmann
                                        GEORGE HOFMANN

                                        Attorneys for the Trustee

4918-7066-3284, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2025, I caused a true and correct copy of the foregoing **TRUSTEE'S LIMITED RESPONSE TO MOTION TO CLARIFY PROPERTY INTERESTS AND ENFORCE EXCLUSIVE JURISDICTION OVER ASSETS POTENTIALLY AFFECTED BY STATE COURT TEMPORARY RESTRAINING ORDER** to be served on all counsel of record by filing said document with the court's CM/ECF filing systems.

I further certify that on this 21st day of October, 2025, I caused a true and correct copy of the foregoing document to be served, by the method indicated below, on the following:

| | |
|---|---|
| Ammon Bundy<br>aebundy@bundyfarms.com | [ ] Electronic Filing Notification<br>[X] E-Mail<br>[ ] U.S. Mail, Postage Prepaid<br>[ ] Personal Delivery |

/s/ George Hofmann