Form 253

# United States Bankruptcy Court

## District of Utah



In re

Ammon Edward Bundy
Social–Security Number or ITIN: xxx–xx–7962
Debtor

Case Number 24–23530 WTT
Chapter 7

## NOTICE OF DENIAL OF DISCHARGE

PLEASE TAKE NOTICE that Pursuant to Fed. R. Bankr. P. 4006, all Debts of Debtor Ammon Edward Bundy are Denied a Discharge under 11 U.S.C. § 727.

Dated: October 23, 2025

David A. Sime
Clerk of Court