George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Mark C. Rose,
Chapter 7 Trustee

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re | Bankruptcy No. 24-23530 (WTT) |
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | |

### FIRST INTERIM APPLICATION OF COHNE KINGHORN, P.C.
### FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
### AS COUNSEL FOR THE TRUSTEE

Cohne Kinghorn, P.C. ("CK"), counsel to Mark C. Rose (the "Trustee"), in his

capacity as Chapter 7 Trustee of the above-captioned bankruptcy estate (the "Estate"),

pursuant to Bankruptcy Code §§ 330 and 331 and Federal Rule of Bankruptcy

Procedure 2016, files this first interim application for compensation for professional

services rendered, and for reimbursement for actual and necessary costs and expenses

incurred (the "Application"). In support of the Application, CK respectfully represents as

follows:

1

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2.      This is a core proceeding under 28 U.S.C. § 157(b).

3.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      Ammon Edward Bundy (the "Debtor") commenced this case by filing a voluntary petition under Chapter 7 of the Bankruptcy Code on July 17, 2024. Subsequently, the Trustee was appointed as the Chapter 7 Trustee for the Debtor's bankruptcy estate (the "Estate"), and this Court approved the employment of CK as the Trustee's counsel.

## COMPENSATION PAID AND ITS SOURCE

5.      In this Application, CK seeks compensation only for services performed as attorney for the Trustee.

6.      Pursuant to the terms and conditions of the Trustee's application and the order granting the application, CK is to be compensated at reasonable hourly rates, consistent with the customary and usual rates charged by other law firms for similar services rendered in the community, upon proper application to the Bankruptcy Court, after notice and hearing.  All services for which compensation is sought were performed for and on behalf on the Trustee.

7.      CK has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in

2

connection with the matters covered by this Application.  There is no agreement or understanding between CK and any other person other than the shareholders of CK for the sharing of compensation to be received for services rendered in this case.

## SUMMARY OF SERVICES RENDERED

8.    The CK attorneys and paraprofessionals who have rendered professional services in this case are as follows:

A.    George B. Hofmann (GBH) is a 1997 graduate of the University of Utah College of Law.  He is admitted to practice in Utah, New York, and Massachusetts. Mr. Hofmann has specialized in bankruptcy law for over 25 years.

B.    Jeffrey L. Trousdale (JLT) is a 2013 graduate of the University of North Carolina School of Law and a member of the Utah State Bar.  He was a law clerk for the United States Bankruptcy Court for the District of Utah for 3 years before joining CK, where he continues to specialize in bankruptcy law.

C.    Joseph Wells (JW) was a law clerk employed by CK who at the time of the services provided was a law student at the University of Utah College of Law.

D.    Mashell Parks (MP) is a paralegal regularly employed by CK.  Ms. Parks has more than 35 years' experience working for law firms and has intensive experience in bankruptcy matters over the past 25 years.

9.    The hourly rates of the professionals and paraprofessionals providing services are:

George B. Hofmann, Attorney (2024)                    $445.00

3

4919-5475-0839, v. 1

| | |
|---|---|
| George B. Hofmann, Attorney (2025) | $485.00 |
| Jeffrey L. Trousdale, Attorney (2024) | $305.00 |
| Jeffrey L. Trousdale, Attorney (2025) | $330.00 |
| Joseph Wells, Law Clerk | $125.00 |
| Mashell Parks, Paraprofessional (2025) | $195.00 |

10.     CK, by and through the above-named persons, has prepared and assisted in the preparation of various motions and objections submitted to this Court for consideration, advised the Trustee on a regular basis with respect to various matters in connection with this case, and performed all necessary professional services which are described and narrated in detail below.

11.     This is CK's first interim application for compensation and reimbursement of costs and expenses.  This Application covers the period from the inception of CK's services for the Trustee through and including October 31, 2025 (the "Interim Period").

### SUMMARY OF SERVICES BY PROJECT

12.     The services rendered by CK during the Interim Period can be grouped into the categories set forth below.  CK endeavored to place the services provided in the category that best relates to the services.  However, because certain services may relate to one or more categories, services pertaining to one category may be in fact included in another category.  The services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessional who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

4

**A.     General Administration (Matter 01) (Total Hours 32.90)**

13.     This Court is well aware of the substantial demands placed upon attorneys

for a trustee in any chapter 7 case of this magnitude.   Throughout the administration of

a chapter 7 case, the attorneys for the trustee are the focal point for the submission of

all inquiries, written communications, requests, demands, and complaints from creditors

and other parties in interest.

14.     Time billed to this matter during the Interim Period relates to activities

pertaining to the general administration of these cases, including meetings and

interaction with the Office of the United States Trustee, tracking the status of the case,

and updating the Trustee concerning case strategy.   Where representation of the

Trustee at meetings or in negotiations during this Interim Period is separable into a

discrete matter, CK has charged this time under a separate, discrete matter.   In

addition, services rendered for other minor issues, not pertaining to other established

billing matters, are tracked in this category, including the following items:

A.     The Debtor and the St. Luke's Creditors have been embroiled in a

number of discovery disputes throughout this case.   CK attorneys' services in

monitoring and where appropriate participating in these proceedings on behalf of the

Trustee is within this category.

B.     The St. Luke's Creditors deposed the Trustee, and CK attorneys'

time in representing the Trustee in this deposition is in this category.

C.     The St. Luke's Creditors filed a motion for relief from stay and time

concerning that motion is in this category.

5

D.     CK advised the Trustee in negotiating, documenting, and seeking this Court's approval of a settlement agreement with the St. Luke's Creditors, which is pending this Court's approval per the motion at Docket No. 488.

15.    The professionals and paraprofessionals providing the above-described services are:

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| George B. Hofmann, Attorney (2024) | 6.70 | $445 | $ 2,981.50 |
| George B. Hofmann, Attorney (2025) | 15.70 | $485 | 7,614.50 |
| Jeffrey L. Trousdale, Attorney (2024) | 4.70 | $305 | 1,433.50 |
| Jeffrey L. Trousdale, Attorney (2025) | 5.50 | $330 | 1,815.00 |
| Mashell Parks, Paraprofessional (2025) | 0.30 | $195 | 58.50 |
| Totals | 32.90 | | $13,903.00 |

**B.     Professional Fees (Matter 04) (Total Hours 3.60)**

16.    Time billed to this matter during the Interim Period includes services rendered by CK related to estate professionals and compliance with the requirements of the Bankruptcy Code and federal and local bankruptcy law regarding the professionals retained for the benefit of the estates.

17.    During the Interim Period, CK attorneys performed services to obtain this Court's approval of their employment as the Trustee's attorneys in this case, and also obtained this Court's approval for compensation paid to Erkelens & Olson Auctioneers.

18.    The professionals and paraprofessionals providing the above-described services are:

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| George B. Hofmann, Attorney (2024) | 0.30 | $445 | $    133.50 |
| George B. Hofmann, Attorney (2025) | 1.10 | $485 | 533.50 |
| Mashell Parks, Paraprofessional (2025) | 2.20 | $195 | 429.00 |
| **Totals** | **3.60** | | $1,096.00 |

**C.    Asset Investigation and Recovery (Matter 05) (Total Hours 82.80)**

19.    This category includes time spent by CK attorneys in investigating, attempting to recover, and recovering assets of the estate.

20.    During the Interim Period, CK advised the Trustee concerning the Debtor's claimed exemptions, and in particular the Trustee and the St. Luke's Creditors both filed objections to the Debtor's exemptions.  This includes preparation for an evidentiary hearing concerning the objections to exemptions.

21.    The Trustee sought the turnover of property of the estate from the Debtor pursuant to a motion brought under Bankruptcy Code § 542.  CK's services in obtaining a turnover order are within this category.

22.    CK attorneys' time within this category includes services in conjunction with Adversary Proceeding No. 25-2019 against the Debtor and others, seeking among other relief the recovery of a substantial amount of cash the Debtor had on hand.  This included seeking and obtaining, on an emergency basis, writs of attachment and assistance that paved the way for the Trustee's settlement with the Debtor described below.

7

23.     This category also includes services necessary to obtain this Court's
approval of a settlement with the Debtor (see Docket No. 474), whereby the Debtor paid
the Trustee $120,000 in exchange for certain assets.  This includes negotiating,
documenting, and filing a motion to approve this settlement.  It also includes
representation of the Trustee in an evidentiary hearing that was required to obtain this
Court's approval of the settlement.

24.     The professionals and paraprofessionals providing the above-described
services are:

| Timekeeper | Hrs | Rate | Amount |
|---|---|---|---|
| George B. Hofmann, Attorney (2024) | 2.80 | $445 | $  1,246.00 |
| George B. Hofmann, Attorney (2025) | 63.80 | $485 | 30,943.00 |
| Jeffrey L. Trousdale, Attorney (2025) | 11.50 | $330 | 3,795.00 |
| Joseph Wells, Law Clerk | 4.50 | $125 | 562.50 |
| Mashell Parks, Paraprofessional (2025) | 0.20 | $195 | 39.00 |
| **Totals** | **82.80** | | **$36,585.50** |

**VALUATION OF SERVICES**

25.     CK is requesting approval of fees in the amount of $ 51,584.50, together
with reimbursement of costs and expenses in the amount of $631.30, during the Interim
Period.  Attached to this application as Exhibit A is a complete itemization of time spent
by CK in providing legal services to the Trustee.  Attached to this application as Exhibit
B is a complete itemization of costs and expenses incurred by CK in providing legal
services to the Trustee.  Attached as Exhibit C is a Fee Application Summary Sheet,

8

reflecting the total compensation and expenses requested, the name, billing rate, total

hours billed, and total amount of billing for each person providing services during the

Interim Period, together with a computation of the blended billing rate, as required by

the U. S. Trustee's guidelines pertaining to fee applications.

26.     The compensation requested in this application is reasonable

compensation for services, performed by CK, which services have been actually and

necessarily rendered in this case.

27.     The cost of services rendered by CK are comparable with the cost of like

services customarily rendered by attorneys in the Salt Lake City area for similar work

performed on behalf of private clients in cases other that under Title 11 of the United

States Bankruptcy Code.

28.     CK's employment on behalf of the Trustee in this case has required CK to

devote considerable time, attention and effort to the Trustee's affairs in this case, as

shown by the attached exhibits, and has benefited the Trustee and the Debtor's

creditors in this case.

29.     The administration of this case has required extensive legal services over

a substantial period of time.  The issues in this case and in pending and contemplated

litigation are complex and have and will require extraordinary legal responsibilities.

These services have and will require CK and its members to disregard or refuse to

accept other opportunities to perform legal services upon a promptly paid fee basis.

30.     This case has involved many novel and difficult questions and required the

legal expertise and skill of lawyers experienced in bankruptcy law.  Counsel with less

4919-5475-0839, v. 1

experience would have required many hours of additional time to accomplish what CK has accomplished.

31.     The amounts requested in this Application should be allowed as priority administrative expenses of the Debtor pursuant to Bankruptcy Code §§ 503(b)(2) and 507(a)(1) and that the Trustee should be authorized pursuant to Bankruptcy Code § 330, to pay these amounts.

## ACTUAL AND NECESSARY EXPENSES

32.     A summary of the actual and necessary expenses incurred by CK during the Interim Period is included as Exhibit B.  CK is seeking recovery of total expenses incurred of $631.60.  CK customarily charges $0.20 per page for photocopying expenses.  CK's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.

33.     CK charges $0.50 per page for outgoing long-distance facsimile transmissions.  There is no additional charge for long distance telephone calls on faxes. There is no charge for local facsimile transmissions or incoming facsimile transmissions. The charges for outgoing facsimiles reflects CK's calculation of the actual costs incurred by the firm associated with sending faxes and is reasonable in relation to the amount charged by outside vendors who provide similar services.

4919-5475-0839, v. 1

34.     With respect to Westlaw electronic research charges, CK charges the lesser of (a) CK's actual costs, based on the flat-rate CK has negotiated with Westlaw, or (b) $125 per hour.

**WHEREFORE**, CK requests that the Court enter its order as follows:

A.     That compensation be awarded for professional services rendered in the amount of $51,584.50, together with reimbursement of expenses in the amount of $631.30, on an interim basis;

B.     That these amounts be allowed as priority administrative expenses pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(1);

C.     Allowing such other and further relief as the Court may just and appropriate.

Dated:  November 5, 2025.

COHNE KINGHORN, P.C.

/s/ George Hofmann
GEORGE HOFMANN
Attorneys for Chapter 7 Trustee

11

4919-5475-0839, v. 1

# Exhibit "A"

4919-5475-0839, v. 1

## EXHIBIT "A"

**AMMON EDWARD BUNDY, Bankruptcy Case No. 24-23530**

**COHNE KINGHORN, P.C.'S FIRST INTERIM FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR MARK C. ROSE, CHAPTER 7 TRUSTEE**

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| | | | **01 – General Administration** | |
| 80158.01 | 10/07/24 | GBH | Telephone conference with M. Rose regarding background | 0.30 |
| 80158.01 | 10/09/24 | GBH | Telephone conference with Trustee regarding case strategy | 0.30 |
| 80158.01 | 10/09/24 | GBH | Telephone conference with Trustee regarding next steps | 0.20 |
| 80158.01 | 10/09/24 | GBH | Email to St. Luke's counsel regarding acceptance of service | 0.10 |
| 80158.01 | 10/10/24 | GBH | Review amended debtor filings from Trustee | 0.20 |
| 80158.01 | 10/14/24 | GBH | Review scheduling order | 0.10 |
| 80158.01 | 10/14/24 | GBH | Review St. Luke's email regarding 2004 examination | 0.10 |
| 80158.01 | 10/15/24 | GBH | Email to Trustee regarding next steps | 0.10 |
| 80158.01 | 10/16/24 | GBH | Telephone conference with M. Rose regarding case strategy | 0.30 |
| 80158.01 | 10/18/24 | GBH | Review B. Faucher email regarding L. Bundy examination | 0.10 |
| 80158.01 | 10/21/24 | GBH | Review St. Luke's reply | 0.10 |
| 80158.01 | 10/23/24 | GBH | Review motion to quash subpoena | 0.10 |
| 80158.01 | 10/23/24 | GBH | Represent estate in 727 extension hearing | 0.60 |

1

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 80158.01 | 10/31/24 | GBH | Review debtor's filing | 0.10 |
| 80158.01 | 10/31/24 | GBH | Review proposed order on 727 notice | 0.10 |
| 80158.01 | 11/08/24 | GBH | Review St Luke's motion to compel | 0.10 |
| 80158.01 | 11/08/24 | GBH | Telephone conference with St Luke's counsel regarding next steps | 0.10 |
| 80158.01 | 11/12/24 | GBH | Email to Trustee regarding depositions | 0.10 |
| 80158.01 | 11/18/24 | GBH | Review St Luke's subpoena | 0.10 |
| 80158.01 | 11/20/24 | GBH | Brief review of document production | 0.20 |
| 80158.01 | 11/21/24 | GBH | Email from/to B. Faucher regarding fraudulent transfer | 0.10 |
| 80158.01 | 11/21/24 | GBH | Review response to motion to compel | 0.20 |
| 80158.01 | 11/21/24 | GBH | Telephone conference with M. Rose regarding strategy | 0.10 |
| 80158.01 | 11/30/24 | GBH | Review reply of St Luke's on motion to compel | 0.10 |
| 80158.01 | 12/02/24 | GBH | Telephone conference with Trustee regarding deposition | 0.30 |
| 80158.01 | 12/02/24 | GBH | Represent Trustee in deposition | 1.20 |
| 80158.01 | 12/02/24 | GBH | Telephone conference with E. Stidham regarding potential resolution | 0.20 |
| 80158.01 | 12/02/24 | JLT | Prepare for hearing on Motion to Quash and Motions to compel. | 0.60 |
| 80158.01 | 12/02/24 | JLT | Prepare for hearing on Motion to Quash and Motions to compel. | 0.60 |
| 80158.01 | 12/04/24 | JLT | Represent Trustee at hearing. | 1.70 |
| 80158.01 | 12/04/24 | GBH | Review motion to seal medical records | 0.10 |
| 80158.01 | 12/04/24 | GBH | Email to M. Rose regarding hearing | 0.10 |

4914-7763-0825, v. 1

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 80158.01 | 12/04/24 | JLT | Represent Trustee at hearing on St. Luke's and Bundy dispute. | 1.70 |
| 80158.01 | 12/10/24 | GBH | Review debtor's new court filing | 0.60 |
| 80158.01 | 12/23/24 | GBH | Review St. Luke's motion for relief from stay and Bundy response | 0.20 |
| 80158.01 | 12/23/24 | JLT | Call with G. Hofmann on Bundy MFR hearing. | 0.10 |
| 80158.01 | 12/31/24 | GBH | Review debtor's latest filing | 0.10 |
| 80158.01 | 01/07/25 | JLT | Review all pleadings in advance of hearing on St. Luke's Motion for Relief from stay. | 0.40 |
| 80158.01 | 01/08/25 | JLT | Represent Trustee at hearing on St. Luke's motion for stay relief. | 0.70 |
| 80158.01 | 01/15/25 | JLT | Review email from E. Tejeda regarding judgment and order and email to E. Tejeda regarding the same. | 0.10 |
| 80158.01 | 01/21/25 | GBH | Telephone conference with B. Faucher regarding settlement | 0.20 |
| 80158.01 | 01/23/25 | GBH | Telephone conference with St Luke's counsel regarding potential settlement | 0.20 |
| 80158.01 | 01/28/25 | JLT | Email with M. Rose regarding Bundy hearing on ruling. | 0.10 |
| 80158.01 | 01/29/25 | GBH | Telephone conference with M. Rose regarding strategy | 0.30 |
| 80158.01 | 01/30/25 | JLT | Represent Trustee at Court's rulings on motions to compel. | 1.30 |
| 80158.01 | 02/05/25 | JLT | Represent Trustee at hearing on motions to extend deadlines to object to discharge. | 0.70 |
| 80158.01 | 02/10/25 | GBH | Review order on motion to compel | 0.10 |
| 80158.01 | 02/25/25 | GBH | Review motion for protective order | 0.10 |

4914-7763-0825, v. 1

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 80158.01 | 03/05/25 | JLT | Listen to voicemail and attempt call to US Trustee regarding case administration issues. | 0.10 |
| 80158.01 | 03/16/25 | GBH | Review debtor's notice of hearing | 0.10 |
| 80158.01 | 03/17/25 | JLT | Review notice and pleadings of A. Bundy regarding vacating default and calendar hearing on the same. | 0.10 |
| 80158.01 | 03/18/25 | GBH | Analysis regarding estate administrative costs | 0.20 |
| 80158.01 | 03/19/25 | GBH | Telephone conference with E. Tejada regarding settlement | 0.10 |
| 80158.01 | 03/20/25 | GBH | Telephone conference with E. Stidham regarding settlement | 0.20 |
| 80158.01 | 03/20/25 | JLT | Prepare for hearing on motion to vacate default. | 0.40 |
| 80158.01 | 03/20/25 | JLT | Represent Trustee at hearing on A. Bundy motion to vacate default. | 1.40 |
| 80158.01 | 03/21/25 | GBH | Telephone conference with M. Rose regarding strategy | 0.10 |
| 80158.01 | 03/24/25 | GBH | Analysis regarding case settlement | 0.20 |
| 80158.01 | 03/31/25 | GBH | Telephone conference with Trustee regarding case strategy | 0.30 |
| 80158.01 | 06/04/25 | GBH | Review response to motion to quash | 0.10 |
| 80158.01 | 06/17/25 | GBH | Settlement call with St. Luke's counsel | 0.50 |
| 80158.01 | 06/17/25 | GBH | Brief review of opposition to summary judgment | 0.10 |
| 80158.01 | 06/19/25 | GBH | Review order setting hearing | 0.10 |
| 80158.01 | 06/23/25 | GBH | Review debtor's filings in response to order to show cause | 0.10 |
| 80158.01 | 06/23/25 | GBH | Review motion to continue hearing | 0.10 |
| 80158.01 | 06/23/25 | GBH | Review emails regarding hearing | 0.10 |

4914-7763-0825, v. 1

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 80158.01 | 06/23/25 | GBH | Telephone conference with chambers regarding hearing | 0.10 |
| 80158.01 | 06/23/25 | GBH | Telephone conference with Trustee regarding strategy | 0.10 |
| 80158.01 | 06/24/25 | GBH | Review emails regarding scheduling hearing | 0.10 |
| 80158.01 | 06/27/25 | JLT | Call with chambers and confer with G. Hofmann regarding Bundy proceedings. | 0.20 |
| 80158.01 | 06/27/25 | GBH | Review E. Stidham email regarding hearings | 0.10 |
| 80158.01 | 06/27/25 | GBH | Telephone conference with chambers regarding hearing | 0.10 |
| 80158.01 | 06/30/25 | GBH | Review St Luke's reply on motion to compel | 0.10 |
| 80158.01 | 07/01/25 | GBH | Review scheduling order | 0.10 |
| 80158.01 | 07/01/25 | GBH | Telephone conference with M. Rose regarding strategy | 0.10 |
| 80158.01 | 07/07/25 | GBH | Represent estate in hearing on motion to compel | 1.70 |
| 80158.01 | 07/08/25 | GBH | Email to M. Rose summarizing hearing | 0.20 |
| 80158.01 | 07/09/25 | GBH | Review order on motion to compel | 0.10 |
| 80158.01 | 07/09/25 | GBH | Review debtor application for costs | 0.10 |
| 80158.01 | 07/10/25 | GBH | Telephone conference with E. Stidham regarding settlement | 0.30 |
| 80158.01 | 07/14/25 | GBH | Review debtor's motion regarding document production | 0.10 |
| 80158.01 | 07/14/25 | GBH | Telephone conference with M. Rose regarding strategy | 0.20 |
| 80158.01 | 07/16/25 | GBH | Review order on application for costs | 0.10 |
| 80158.01 | 07/17/25 | GBH | Emails from and to E. Stidham regarding next steps | 0.10 |

4914-7763-0825, v. 1

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 80158.01 | 07/17/25 | GBH | Assemble hearing exhibits | 0.40 |
| 80158.01 | 07/18/25 | GBH | Review filing by debtor | 0.10 |
| 80158.01 | 07/18/25 | GBH | Email to E. Stidham regarding deposition | 0.10 |
| 80158.01 | 07/18/25 | GBH | Review amended deposition notice | 0.10 |
| 80158.01 | 07/21/25 | GBH | Review debtor motion regarding document production | 0.10 |
| 80158.01 | 07/31/25 | GBH | Telephone conference with E. Tejeda regarding settlement proposal | 0.10 |
| 80158.01 | 08/04/25 | GBH | Telephone conference with E. Stidham regarding settlement | 0.50 |
| 80158.01 | 08/04/25 | GBH | Telephone conference with M. Rose regarding same | 0.10 |
| 80158.01 | 08/04/25 | GBH | Follow up email to E. Stidham regarding settlement | 0.10 |
| 80158.01 | 08/05/25 | GBH | Review additional claims from debtor | 0.10 |
| 80158.01 | 08/15/25 | GBH | Telephone conference with E. Tejeda regarding frozen funds | 0.10 |
| 80158.01 | 08/19/25 | MP | Office conference with G. Hofmann; research regarding TLA Enterprizes | 0.30 |
| 80158.01 | 08/19/25 | GBH | Review and analysis of TLA documents and filings | 0.70 |
| 80158.01 | 08/19/25 | GBH | Review summary judgment decision | 0.20 |
| 80158.01 | 08/19/25 | GBH | Telephone conference with M. Rose regarding TLA Enterprises | 0.20 |
| 80158.01 | 08/19/25 | GBH | Telephone conference with E. Tejeda regarding TLA Enterprises | 0.10 |
| 80158.01 | 08/19/25 | GBH | Telephone conference with E. Stidham regarding case settlement | 0.10 |

4914-7763-0825, v. 1

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 80158.01 | 08/20/25 | GBH | Review debtor's notice of non-opposition | 0.10 |
| 80158.01 | 08/27/25 | GBH | Review E. Stidham email regarding settlement | 0.10 |
| 80158.01 | 08/28/25 | GBH | Email from and to client regarding status | 0.10 |
| 80158.01 | 08/28/25 | GBH | Voicemail from St Luke's regarding settlement | 0.10 |
| 80158.01 | 08/28/25 | GBH | Telephone conference with Trustee regarding settlement | 0.10 |
| 80158.01 | 09/04/25 | GBH | Draft settlement agreement | 1.70 |
| 80158.01 | 09/08/25 | GBH | Finalize draft settlement agreement | 0.20 |
| 80158.01 | 09/09/25 | GBH | Review notice of evasion of subpoena | 0.10 |
| 80158.01 | 09/11/25 | GBH | Telephone conference with M. Rose regarding strategy | 0.10 |
| 80158.01 | 09/15/25 | GBH | Email to E. Stidham regarding settlement | 0.10 |
| 80158.01 | 09/25/25 | GBH | Telephone conference with E. Tejeda regarding settlement | 0.10 |
| 80158.01 | 10/02/25 | GBH | Email to E. Tejeda regarding settlement | 0.10 |
| 80158.01 | 10/10/25 | GBH | Revise settlement agreement | 0.60 |
| 80158.01 | 10/17/25 | GBH | Email to E. Tejeda regarding settlement | 0.10 |
| 80158.01 | 10/20/25 | GBH | Email to E. Tejeda regarding settlement agreement | 0.10 |
| 80158.01 | 10/21/25 | GBH | Draft response to motion to clarify | 0.30 |
| 80158.01 | 10/25/25 | GBH | Draft motion to approve settlement | 1.20 |
| 80158.01 | 10/27/25 | GBH | Telephone conference with chambers regarding hearing | 0.10 |
| 80158.01 | 10/27/25 | GBH | Draft notice of settlement motion | 0.30 |
| 80158.01 | 10/29/25 | GBH | Email to debtor regarding settlement motion | 0.10 |

4914-7763-0825, v. 1

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| | | | **Total 01 – General Administration** | **32.90** |
| | | | | |
| | | | **04 – Professional Retention and Fees** | |
| 80158.04 | 10/07/24 | GBH | Finalize application to employ Cohne Kinghorn | 0.30 |
| 80158.04 | 08/05/25 | GBH | Review R. Olsen invoice | 0.10 |
| 80158.04 | 08/25/25 | MP | Prepare trustee's ex parte application to approve payment of E&O's invoice | 0.60 |
| 80158.04 | 08/27/25 | MP | Finalize trustee's ex parte application to pay E&O invoice; prepare ex parte proposed order approving payment; electronically file application and proposed order | 0.70 |
| 80158.04 | 09/15/25 | MP | Begin preparing Exhibits A, B and C for first C\|K fee application | 0.90 |
| 80158.04 | 09/25/25 | GBH | Represent Trustee in hearing on compensation request | 0.90 |
| 80158.04 | 09/26/25 | GBH | Email from and to M. Rose regarding payment of auctioneer | 0.10 |
| | | | **Total 04 – Professional Retention and Fees** | **3.60** |
| | | | | |
| | | | **05 – Asset Investigation and Recovery** | |
| 80158.05 | 10/08/24 | GBH | Begin preparation for hearing on exemptions | 0.20 |
| 80158.05 | 10/09/24 | GBH | Represent Trustee in objection to exemptions hearing | 0.90 |
| 80158.05 | 10/09/24 | GBH | Telephone conference with St. Luke's counsel regarding potential resolution of exemptions | 0.20 |
| 80158.05 | 10/16/24 | GBH | Review amended schedules | 0.20 |

4914-7763-0825, v. 1

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 80158.05 | 10/23/24 | GBH | Telephone conference with B. Faucher regarding exemptions | 0.10 |
| 80158.05 | 11/13/24 | GBH | Email to debtor regarding exemptions | 0.10 |
| 80158.05 | 11/13/24 | GBH | Analysis regarding appropriate exemptions | 0.20 |
| 80158.05 | 11/14/24 | GBH | Telephone conference with M. Rose regarding objection to exemptions | 0.10 |
| 80158.05 | 11/15/24 | GBH | Draft witness and exhibit list | 0.50 |
| 80158.05 | 11/15/24 | GBH | Telephone conference with B. Faucher regarding exhibits | 0.10 |
| 80158.05 | 11/15/24 | GBH | Email to parties with exhibits | 0.10 |
| 80158.05 | 11/17/24 | GBH | Review St Luke's reply to exemptions | 0.10 |
| 80158.05 | 01/21/25 | GBH | Email from/to B. Faucher regarding vehicle | 0.10 |
| 80158.05 | 02/04/25 | GBH | Email to K. Stevens regarding Idaho vehicle | 0.10 |
| 80158.05 | 02/13/25 | GBH | Analysis regarding sale of assets | 0.20 |
| 80158.05 | 02/13/25 | GBH | Draft turnover demand | 0.30 |
| 80158.05 | 02/14/25 | GBH | Email to debtor regarding turnover demand | 0.30 |
| 80158.05 | 02/21/25 | GBH | Telephone conference with chambers regarding hearing | 0.10 |
| 80158.05 | 02/21/25 | GBH | Draft turnover motion | 0.30 |
| 80158.05 | 02/21/25 | GBH | Draft notice of hearing and oversee service | 0.30 |
| 80158.05 | 02/21/25 | GBH | Emails from and to debtor regarding turnover | 0.10 |
| 80158.05 | 02/21/25 | GBH | Telephone conference with debtor regarding turnover | 0.50 |
| 80158.05 | 02/25/25 | GBH | Telephone conference with E. Tejada regarding debtor cash | 0.10 |

4914-7763-0825, v. 1

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 80158.05 | 02/25/25 | GBH | Telephone conference with Trustee regarding same | 0.20 |
| 80158.05 | 02/26/25 | GBH | Review majority of rough transcript of Bundy 2004 examination taken by St. Luke's | 1.30 |
| 80158.05 | 02/26/25 | GBH | Telephone conference with M. Rose regarding strategy | 0.40 |
| 80158.05 | 02/26/25 | GBH | Analysis regarding recovery of cash | 0.70 |
| 80158.05 | 02/26/25 | JLT | Draft complaint and Motions for turnover and writs of attachment and assistance. | 6.20 |
| 80158.05 | 02/27/25 | GBH | Revise complaint | 1.20 |
| 80158.05 | 02/27/25 | GBH | Revise motion for attachment | 0.60 |
| 80158.05 | 02/27/25 | GBH | Draft Trustee declaration | 0.80 |
| 80158.05 | 02/27/25 | GBH | Draft order for writ of attachment | 0.30 |
| 80158.05 | 02/27/25 | GBH | Draft writ of attachment | 0.30 |
| 80158.05 | 02/27/25 | GBH | Draft order for writ of assistance | 0.30 |
| 80158.05 | 02/27/25 | GBH | Draft writ of assistance | 0.30 |
| 80158.05 | 02/27/25 | JLT | Make further revisions to complaint and motions for writs and prepare email to Trustee regarding the same. | 0.40 |
| 80158.05 | 02/27/25 | JLT | Draft writs and orders. | 0.70 |
| 80158.05 | 02/27/25 | JLT | Call with M. Rose and correspondence regarding seizure motions. | 0.30 |
| 80158.05 | 02/27/25 | JLT | Review and further revise writ documents; calls with Trustee and calls with chambers on the same. | 1.80 |
| 80158.05 | 02/27/25 | JLT | Finalize and file Bundy pleadings. | 0.50 |
| 80158.05 | 02/28/25 | GBH | Review tool valuation | 0.10 |

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 80158.05 | 02/28/25 | GBH | Telephone conference with M. Rose regarding strategy | 0.20 |
| 80158.05 | 02/28/25 | GBH | Telephone conference with debtor regarding attachment | 0.40 |
| 80158.05 | 02/28/25 | GBH | Telephone conference with M. Rose regarding next steps | 0.10 |
| 80158.05 | 02/28/25 | GBH | Email to debtor regarding hearing | 0.10 |
| 80158.05 | 02/28/25 | GBH | Analysis regarding settlement proposal to debtor | 0.50 |
| 80158.05 | 02/28/25 | GBH | Telephone conference with debtor regarding settlement | 0.30 |
| 80158.05 | 02/28/25 | GBH | Email to debtor with settlement proposal | 0.40 |
| 80158.05 | 02/28/25 | GBH | Prepare for and represent Trustee in attachment hearing | 1.30 |
| 80158.05 | 02/28/25 | GBH | Revise writs and orders | 0.20 |
| 80158.05 | 02/28/25 | GBH | Review entered orders | 0.10 |
| 80158.05 | 02/28/25 | GBH | Emails from and to debtor regarding next steps | 0.10 |
| 80158.05 | 02/28/25 | JLT | Call with chambers and call with Trustee regarding hearing on writs. | 0.30 |
| 80158.05 | 02/28/25 | JLT | Strategize regarding hearing on motions for writs. | 0.20 |
| 80158.05 | 02/28/25 | JLT | Represent Trustee at hearing on writs of attachment and assistance. | 0.70 |
| 80158.05 | 03/04/25 | GBH | Review debtor email regarding settlement | 0.10 |
| 80158.05 | 03/04/25 | GBH | Telephone conference with debtor regarding case settlement | 0.50 |
| 80158.05 | 03/05/25 | GBH | Telephone conference with client regarding status and strategy | 0.50 |

4914-7763-0825, v. 1

| Client No. | Date | Initials | Description | Hours |
|------------|------|----------|-------------|-------|
| 80158.05 | 03/05/25 | GBH | Telephone conference with debtor regarding settlement | 0.30 |
| 80158.05 | 03/06/25 | GBH | Draft settlement agreement | 0.80 |
| 80158.05 | 03/07/25 | GBH | Revise settlement agreement | 0.60 |
| 80158.05 | 03/10/25 | GBH | Email to debtor regarding settlement | 0.10 |
| 80158.05 | 03/10/25 | JLT | Conference with G. Hofmann regarding Bundy settlement response. | 0.10 |
| 80158.05 | 03/13/25 | GBH | Review debtor email regarding settlement | 0.10 |
| 80158.05 | 03/13/25 | GBH | Analysis regarding settlement options | 0.20 |
| 80158.05 | 03/13/25 | GBH | Telephone conference with Trustee regarding case strategy | 0.30 |
| 80158.05 | 03/13/25 | GBH | Telephone conference with E. Stidham regarding case settlement | 0.20 |
| 80158.05 | 03/13/25 | JLT | Emails with G. Hofmann and M. Rose on settlement analysis with A. Bundy. | 0.10 |
| 80158.05 | 03/13/25 | JLT | Call with M. Rose and G. Hofmann on Bundy offer. | 0.20 |
| 80158.05 | 03/18/25 | GBH | Telephone conference with E. Stidham (2x) regarding settlement | 0.20 |
| 80158.05 | 03/24/25 | GBH | Telephone conference with Trustee regarding settlement | 0.20 |
| 80158.05 | 03/24/25 | GBH | Telephone conference with debtor regarding case settlement | 1.00 |
| 80158.05 | 03/24/25 | GBH | Draft turnover order | 0.20 |
| 80158.05 | 03/26/25 | GBH | Prepare for and represent client in turnover hearing | 0.50 |
| 80158.05 | 03/26/25 | GBH | Revise turnover order | 0.10 |
| 80158.05 | 03/28/25 | GBH | Review entered turnover order | 0.10 |

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 80158.05 | 03/31/25 | GBH | Review debtor's explanation of sale proceeds | 0.30 |
| 80158.05 | 03/31/25 | GBH | Telephone conference with debtor regarding settlement negotiations | 0.20 |
| 80158.05 | 04/01/25 | GBH | Review debtor email regarding settlement | 0.10 |
| 80158.05 | 04/01/25 | GBH | Email to Trustee regarding case strategy | 0.10 |
| 80158.05 | 04/01/25 | GBH | Follow up discussion with Trustee regarding settlement | 0.10 |
| 80158.05 | 04/01/25 | GBH | Settlement negotiations with debtor | 0.60 |
| 80158.05 | 04/03/25 | GBH | Email to debtor regarding settlement | 0.10 |
| 80158.05 | 04/04/25 | GBH | Analysis regarding settlement; email to Trustee regarding same | 0.30 |
| 80158.05 | 04/07/25 | GBH | Revise settlement agreement and email to Trustee regarding same | 0.20 |
| 80158.05 | 04/07/25 | GBH | Email to debtor regarding settlement | 0.10 |
| 80158.05 | 04/08/25 | GBH | Emails from and to debtor (3x) regarding settlement | 0.30 |
| 80158.05 | 04/08/25 | GBH | Telephone conference with Trustee regarding strategy | 0.10 |
| 80158.05 | 04/09/25 | GBH | Revise settlement agreement | 0.20 |
| 80158.05 | 04/10/25 | GBH | Emails from and to debtor regarding settlement | 0.10 |
| 80158.05 | 04/11/25 | GBH | Emails from and to debtor regarding sale | 0.10 |
| 80158.05 | 04/14/25 | GBH | Telephone conference with M. Rose regarding settlement strategy | 0.20 |
| 80158.05 | 04/14/25 | GBH | Revise settlement agreement | 0.30 |
| 80158.05 | 04/15/25 | GBH | Emails from and to debtor regarding settlement | 0.10 |
| 80158.05 | 04/15/25 | GBH | Review executed settlement | 0.10 |

13

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 80158.05 | 04/15/25 | GBH | Draft motion to approve settlement | 1.00 |
| 80158.05 | 04/16/25 | GBH | Draft motion to approve settlement | 0.90 |
| 80158.05 | 04/18/25 | GBH | Finalize settlement motion | 0.20 |
| 80158.05 | 04/18/25 | GBH | Draft notice of motion | 0.20 |
| 80158.05 | 05/07/25 | GBH | Review debtor response in support of settlement | 0.20 |
| 80158.05 | 05/13/25 | GBH | Review and analysis of objection to settlement | 1.30 |
| 80158.05 | 05/14/25 | JW | Meeting with George to discuss the research/question for the objection settlement | 0.20 |
| 80158.05 | 05/14/25 | JW | Research for the objection settlement | 2.50 |
| 80158.05 | 05/14/25 | JW | Research for the Objection Settlement | 1.70 |
| 80158.05 | 05/14/25 | GBH | Draft reply in support of settlement | 5.00 |
| 80158.05 | 05/15/25 | JW | Reviewed research results and the submitted brief | 0.10 |
| 80158.05 | 05/15/25 | GBH | Work on reply in support of settlement | 0.90 |
| 80158.05 | 05/16/25 | GBH | Telephone conference with M. Rose regarding status | 0.10 |
| 80158.05 | 05/23/25 | GBH | Review debtor response in support of settlement | 0.10 |
| 80158.05 | 05/23/25 | GBH | Review M. Rose email regarding claims filed | 0.10 |
| 80158.05 | 06/03/25 | GBH | Begin preparing for hearing | 0.30 |
| 80158.05 | 06/03/25 | GBH | Telephone conference with M. Rose regarding case strategy | 0.10 |
| 80158.05 | 06/04/25 | GBH | Prepare for and represent Trustee in hearing to approve settlement | 1.90 |
| 80158.05 | 06/05/25 | GBH | Telephone conference with M. Rose regarding next steps | 0.10 |
| 80158.05 | 06/06/25 | GBH | Review scheduling order | 0.10 |

4914-7763-0825, v. 1

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 80158.05 | 06/06/25 | GBH | Produce emails to E. Stidham | 0.40 |
| 80158.05 | 06/09/25 | GBH | Review debtor's objection to interrogatories | 0.10 |
| 80158.05 | 06/09/25 | GBH | Review response to motion to compel | 0.10 |
| 80158.05 | 06/11/25 | GBH | Analysis regarding discovery due date | 0.10 |
| 80158.05 | 06/11/25 | GBH | Review E. Stidham email regarding deposition | 0.10 |
| 80158.05 | 06/16/25 | GBH | Review notice of deposition | 0.10 |
| 80158.05 | 06/19/25 | GBH | Telephone conference with debtor regarding hearing and settlement | 0.30 |
| 80158.05 | 06/19/25 | GBH | Email to E. Stidham regarding discovery | 0.10 |
| 80158.05 | 06/23/25 | GBH | Begin work on discovery responses | 0.80 |
| 80158.05 | 07/11/25 | GBH | Telephone conference with D. Olson regarding testimony | 0.20 |
| 80158.05 | 07/14/25 | GBH | Review St Luke's response regarding document production | 0.10 |
| 80158.05 | 07/14/25 | GBH | Produce additional documents to St Luke's | 0.20 |
| 80158.05 | 07/16/25 | GBH | Draft witness and exhibit list | 1.60 |
| 80158.05 | 07/18/25 | GBH | Telephone conference with E. Stidham regarding settlement motion | 0.20 |
| 80158.05 | 07/23/25 | GBH | Prepare for and hearing preparation meeting with Trustee | 2.20 |
| 80158.05 | 07/23/25 | GBH | Telephone conference with E. Stidham regarding hearing | 0.50 |
| 80158.05 | 07/23/25 | GBH | Telephone conference with M. Rose regarding settlement | 0.10 |
| 80158.05 | 07/24/25 | GBH | Prepare for evidentiary hearing | 1.70 |
| 80158.05 | 07/24/25 | GBH | Email to debtor regarding exhibits | 0.10 |

4914-7763-0825, v. 1

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 80158.05 | 07/25/25 | GBH | Review E. Stidham email regarding settlement | 0.10 |
| 80158.05 | 07/25/25 | GBH | Telephone conference with D. Olson to prepare testimony | 0.80 |
| 80158.05 | 07/25/25 | GBH | Represent estate in deposition of debtor | 3.90 |
| 80158.05 | 07/25/25 | GBH | Telephone conference with E. Stidham regarding settlement | 0.40 |
| 80158.05 | 07/28/25 | MP | Assist in hearing preparation | 0.20 |
| 80158.05 | 07/28/25 | GBH | Review St Luke's proposal | 0.20 |
| 80158.05 | 07/28/25 | GBH | Telephone conference with M. Rose regarding same | 0.20 |
| 80158.05 | 07/28/25 | GBH | Telephone conference with M. Rose regarding hearing preparation | 0.20 |
| 80158.05 | 07/28/25 | GBH | Review E. Stidham email regarding amended proposal | 0.10 |
| 80158.05 | 07/28/25 | GBH | Prepare for and represent client in evidentiary settlement hearing | 3.80 |
| 80158.05 | 07/29/25 | GBH | Preparation for evidentiary hearing | 0.80 |
| 80158.05 | 07/30/25 | GBH | Prepare for and continued evidentiary hearing on settlement | 7.00 |
| 80158.05 | 07/31/25 | GBH | Ruling hearing | 1.00 |
| 80158.05 | 07/31/25 | GBH | Telephone conference with Trustee regarding next steps | 0.10 |
| 80158.05 | 08/01/25 | GBH | Telephone conference with debtor regarding implementing settlement | 0.20 |
| 80158.05 | 08/04/25 | GBH | Analysis regarding deposit of cash | 0.20 |
| 80158.05 | 08/04/25 | GBH | Telephone conference with debtor regarding same | 0.10 |
| 80158.05 | 08/04/25 | GBH | Begin work on settlement order | 0.20 |

4914-7763-0825, v. 1

| Client No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 80158.05 | 08/05/25 | GBH | Draft settlement order | 0.30 |
| 80158.05 | 08/07/25 | GBH | Email to debtor regarding settlement payment | 0.10 |
| 80158.05 | 08/08/25 | GBH | Telephone conference with debtor regarding payment | 0.10 |
| 80158.05 | 08/08/25 | GBH | Review payment receipt | 0.10 |
| 80158.05 | 08/18/25 | GBH | Review order approving settlement | 0.10 |
| 80158.05 | 08/19/25 | GBH | Direct disbursement of settlement funds | 0.10 |
| | | | **Total 05 – Asset Investigation and Recovery** | **82.80** |

4914-7763-0825, v. 1

# Exhibit "B"

4919-5475-0839, v. 1



| Phone 801 363 4300 | **ATTORNEYS AT LAW** | 111 East Broadway, 11th Floor |
|---|---|---|
| Fax 801 363 4378 | www.CohneKinghorn.com | Salt Lake City, Utah 84111 |

Page: 1

Ammon Edward Bundy, Mark C. Rose Trustee

November 05, 2025
Client No:    80158-01H
Statement No:      362757

Bankruptcy Case No. 24-23530

Expenses

| | |
|---|---:|
| Westlaw computerized research charges | 160.50 |
| Postage | 32.25 |
| Pacer - Court Electronic Fee | 40.50 |
| Total Expenses Thru 10/31/2025 | 233.25 |

| | | |
|---|---|---:|
| 02/27/2025 | Filing fee - Complaint | 350.00 |
| 07/17/2025 | Runner Service - Orrin G Hatch US Courthouse ; 351 S West Temple, SLC, UT 84101 | 12.00 |
| 08/20/2025 | Runner Service - Mark Rose ; McKay Burton & Thurman ; 2180 South 1300 East, Suite 400, Salt Lake City, Utah 84106 | 36.05 |
| | Total Advances | 398.05 |
| | Total Current Work | 631.30 |
| | Balance Due | $631.30 |

Please note that Cohne Kinghorn, P.C. pays processing fees when it accepts payment by credit card, debit card or eCheck. **Payments via credit card will be subject to a 2.75% service charge. Payments by eCheck will be subject to a flat $2.00 service charge.** If you wish to make payment by credit card, debit card or e-check, please use https://secure.lawpay.com/pages/cohnekinghorn/operating, or go to our website, ck.law, for a link.

The information contained in this statement is privileged information intended only for the recipient.  If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited.  **Federal Tax ID #87-0494776.**

# Exhibit "C"

4919-5475-0839, v. 1

# EXHIBIT C

In re

   AMMON EDWARD BUNDY

          Debtor(s)

Case No.   24-23530

**PRIOR APPLICATION(S)**

| | |
|---|---|
| Fees Previously Requested: | $0.00 |
| Fees Previously Awarded: | $0.00 |
| Expenses Previously Requested: | $0.00 |
| Expenses Previously Awarded: | $0.00 |

**CURRENT APPLICATION**

| | |
|---|---|
| Fees Requested: | $51,584.50 |
| Expenses Requested: | $631.30 |

**NAME OF APPLICANT**

COHNE KINGHORN, P.C.

*Attorneys for*

MARK C. ROSE,

CHAPTER 7 TRUSTEE

**FEE APPLICATION**

| Name of Professional / Rate Year | Year Admitted to Practice | Hours Billed in Current Application | Rate (per hour) | Total for Application |
|---|---|---|---|---|
| **ATTORNEYS:** | | | | |
| George B. Hofmann / 2024 | 1998 | 9.8 | $445 | $4,361.00 |
| George B. Hofmann / 2025 | 1998 | 80.6 | $485 | $39,091.00 |
| Jeffrey L. Trousdale / 2024 | 2013 | 4.7 | $305 | $1,433.50 |
| Jeffrey L. Trousdale / 2025 | 2013 | 17.0 | $330 | $5,610.00 |
| Joseph Wells / 2025 | Law Clerk | 4.5 | $125 | $562.50 |
| | | | | |
| **PARAPROFESSIONALS:** | | | | |
| Mashell Parks / 2025 | n/a | 2.7 | $195 | $526.50 |
| | **TOTAL HOURS:** | **119.3** | **TOTAL FEES:** | **$51,584.50** |

**TOTAL FEES REQUESTED**    $51,584.50

**TOTAL BLENDED HOURLY RATE:**    $450.45
**(Excluding Paraprofessionals and Law Clerks)**