George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Mark C. Rose,
Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH**

| In re | Bankruptcy No. 24-23530 (WTT) |
|---|---|
| AMMON EDWARD BUNDY, | Chapter 7 |
| Debtor. | Honorable William T. Thurman |

**NOTICE OF FIRST INTERIM APPLICATION OF COHNE KINGHORN, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE and NOTICE OF HEARING**

**(Objection Deadline: November 24, 2025)**

**(Hearing Date: December 11, 2025 at 2:30 p.m.)**

    **PLEASE TAKE NOTICE** that Mark C. Rose, in his capacity as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Ammon Edward Bundy (the "Debtor"), has filed with the United States Bankruptcy Court for the District of Utah, the **First Interim Application of Cohne Kinghorn, P.C. for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Trustee** [Dkt. No. 491] (the "Application"):

    Applicant seeks Bankruptcy Court approval of the following Application:

    **Cohne Kinghorn, P.C.**: Application Period: Inception of CK's services to the Trustee; Fees Requested: $51,584.50 Costs & Expenses: $631.30.

    A Copy of the Application may be obtained online through the Bankruptcy Court's CM/ECF electronic system or by written request to the undersigned counsel.

4903-8372-5687, v. 1

1

**(1)** on or before **November 24, 2025**, file with the Bankruptcy Court a written response to the Application, explaining your position, at:

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, UT 84101.

If you mail your objection to the Bankruptcy Court for filing, it must be deposited in the U.S. Mail in sufficient time for it to be **received** by the Court on or before **November 24, 2025**. You must also mail a copy to the undersigned counsel at:

> George Hofmann
> Cohne Kinghorn, P.C.
> 111 East Broadway, 11th Floor
> Salt Lake City, UT  84111.

**(2)** You must attend the hearing on the Application which is set for **December 11, 2025 at 2:30 p.m.** before the Honorable William T. Thurman. The hearing will be held by Zoom. Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-date information regarding participation at a hearing. At the time of this Notice, parties wishing to participate in hearings before the Honorable William T. Thurman should log into Zoom at https://www.zoomgov.com at least ten (10) minutes before the scheduled date and time for the hearing: Meeting ID and Passcode for the Honorable William T. Thurman are as follows:

Meeting ID: 160 7523 8590; Passcode: 9626637

Failure to attend the hearing will be deemed a waiver of your objection. If you or your attorney do not take these two steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter an order approving the Application without hearing.

Dated:  November 5, 2025                **COHNE KINGHORN, PC**

/s/ George Hofmann
George Hofmann
Attorneys for the Chapter 7 Trustee

2

4903-8372-5687, v. 1