*Prepared and Submitted by:*

George Hofmann (10005)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Mark C. Rose,
Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy No. 24-23530 (WTT)<br><br>Chapter 7<br><br>Honorable William T. Thurman |

### ORDER APPROVING FIRST INTERIM APPLICATION OF COHNE KINGHORN, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE

The Court has considered the First Interim Application of Cohne Kinghorn, P.C. for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Trustee [Docket No. 491] (the "Application"). Notice of hearing on the Application having been given to creditors and parties in interest, the Court having considered the Application at a hearing conducted on December 11, 2025 (the "Hearing"), and no

objections having been filed to the Application, and the Court having made findings and conclusions on the record of the Hearing which are incorporated into this Order by reference, and for good cause shown it is hereby

**ORDERED**, that:

1. The Application, seeking the amount of $51,584.50 for services rendered, together with reimbursement of expenses in the amount of $631.30, be and hereby is approved.

2. Such amounts shall be and hereby are allowed as a priority administrative expense of the Debtor's estate pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

3. The Trustee is authorized and directed to pay the above amounts as soon as may be practicable.

--- END OF ORDER ---

## DESIGNATION OF PARTIES TO BE SERVED

The undersigned hereby designates the following parties to be served a copy of the foregoing **ORDER.**

**By Electronic Service**: I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Jennifer Aiko**    jmaiko@hollandhart.com
- **Matthew James Burne**    matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **George B. Hofmann**    ghofmann@ck.law, mparks@ck.law;enilson@ck.law
- **David W. Newman tr**    david.w.newman@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Benjamin David Passey**    bdpassey@hollandhart.com, phowell@hollandhart.com
- **Darren G. Reid**    dgreid@hollandhart.com, cfries@hollandhart.com
- **Mark C. Rose tr**    trustee@mbt-law.com, UT32@ecfcbis.com
- **Erik F. Stidham**    efstidham@hollandhart.com, dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com
- **Engels Tejeda**    ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **Jeffrey L. Trousdale**    jtrousdale@cohnekinghorn.com, mparks@ck.law;enilson@ck.law
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

☐  None

☒  Other:
**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721

Lisa M. Bundy
P.O. Box 1062
Cedar City, UT 84720-1062

☐  All parties on the Court's official case matrix.

/s/ George Hofmann

3

4909-0142-4001, v. 1