# THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy Case 24-23530<br>(Chapter 7)<br><br>Judge William T. Thurman |

## DECLARATION OF ERIK STEVENSON IN SUPPORT OF APPLICATION TO EMPLOY SUMMIT TAX SERVICE, LLC AS THE CHAPTER 7 TRUSTEE'S ACCOUNTANT

I, Erik Stevenson, being of lawful age, do hereby declare and state as follows:

1. I am a certified public accountant, experienced in rendering accounting services to bankruptcy estates, debtors, creditors, and bankruptcy trustees.

2. I am currently a partner at Summit Tax Service LLC ("Summit"), which is located at 1602 Hidden Springs Pkwy, Fruit Heights, UT 84037.

3. I am duly authorized to make the representations contained herein on behalf of Summit and this declaration is based upon my personal knowledge of the facts set forth herein.

4. In order to determine all connections of Summit in this case, Summit performed a search of its client base and relationships.

5. Based upon this procedure and other information obtained by me, I believe to the best of my knowledge that neither I, nor any of the members or employees of Summit, has any connections or conflicts of interest with Ammon Edward Bundy ("Debtor") or Debtor's bankruptcy estate, creditors, or any other party-in-interest, including their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as set forth herein.

6. To the best of my knowledge, neither Summit nor I have an interest adverse to the Debtor or the Debtor's bankruptcy estate, and Summit is a disinterested person within the meaning of 11 U.S.C. § 101.

7. Except as noted below, neither I, Summit, nor any members or associates thereof, insofar as I have been able to ascertain, have any connection with the parties-in-interest with respect to this case.

8. Neither I nor my firm has a prepetition or other claim against the estate.

9. I do not have any connection with Debtor.

10. I have not represented in the past, and I do not plan to represent in the future, anyone related to Debtor.

11. I have not received a retainer from Debtor's estate or a third party. Neither I nor my firm holds and interest adverse to Debtor's estate.

12. I have extensive experience and expertise in performing accounting services for bankruptcy cases.

13. I am well qualified to be employed, and I am willing to accept employment by Trustee Mark C. Rose, on the basis set forth in the *Application to Employ Summit Tax Service, LLC as Trustee's Accountant* filed concurrently herewith.

14. I declare under perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED this __29th__ day of December 2025.

_____
Erik Stevenson

**CERTIFICATE OF SERVICE - BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

      I hereby certify that on December 29, 2025, I electronically filed the foregoing **DECLARATION OF ERIK STEVENSON IN SUPPORT OF APPLICATION TO EMPLOY SUMMIT TAX SERVICE, LLC AS TRUSTEE'S ACCOUNTANT** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

George B. Hofmann,  ghofmann@ck.law, mparks@ck.law;enilson@ck.law
Mark C. Rose, Trustee, trustee@mbt-law.com, mrose@mbt-law.com
United States Trustee  USTPRegion19.SK.ECF@usdoj.gov

**All other parties entitled to CM-ECF notice in this case** and by first class mail, postage prepaid, to the following:

**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721

                                              /s/ Mark C. Rose