**This order is SIGNED.**

**Dated: January 6, 2026**





**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge

jn

---

<u>*Prepared and Submitted By:*</u>
Mark C. Rose, #13855
Parkview Plaza I
2180 South 1300 East, Suite 400
Salt Lake City, Utah 84106
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: mrose@mbt-law.com
*Trustee of the Chapter 7 Bankruptcy*
*Estate of Ammon Edward Bundy*

**THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy Case 24-23530<br>(Chapter 7)<br><br>Judge William T. Thurman |

**ORDER GRANTING APPLICATION TO EMPLOY SUMMIT TAX SERVICE, LLC AS THE CHAPTER 7 TRUSTEE'S ACCOUNTANT**

The matter before the Court is Trustee Mark C. Rose's ("Trustee") *Application to Employ Summit as the Chapter 7 Trustee's Accountant* (the "Application"). The Application seeks the Court's authorization for Trustee to employ Summit Tax Service, LLC ("Summit") as his accountant.

The Application was properly served through the Court's CM/ECF system on all parties that have requested electronic service in this case, and no further notice of the Application is required. No responses to the Application have been filed.

The Court has reviewed the Application, and the declaration of Erik Stevenson filed in support of the Application, as well as applicable law. Based thereon, the Court finds that the employment of Summit as Trustee's accountant is in the best interest of Debtor's bankruptcy estate.

For these reasons, and for good cause shown, **IT IS HEREBY ODERED** as follows:

1. The Application is **APPROVED**; and

2. Trustee is authorized under 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014 to employ Summit as his accountant.

--------------------------------------------END OF ORDER---------------------------------------------

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER GRANTING APPLICATION TO EMPLOY SUMMIT TAX SERVICE, LLC AS THE CHAPTER 7 TRUSTEE'S ACCOUNTANT** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

George B. Hofmann,   ghofmann@ck.law, mparks@ck.law;enilson@ck.law
Mark C. Rose, Trustee, trustee@mbt-law.com, mrose@mbt-law.com
United States Trustee  USTPRegion19.SK.ECF@usdoj.gov
**All other parties entitled to CM-ECF notice in this case** and first class mail, postage prepaid, to the following:

**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721

 

_____
Deputy Clerk