**This order is SIGNED.**

**Dated: January 6, 2026**



**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**

---

*Prepared and Submitted By:*
Mark C. Rose, #13855
Parkview Plaza I
2180 South 1300 East, Suite 400
Salt Lake City, Utah 84106
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: mrose@mbt-law.com
*Trustee of the Chapter 7 Bankruptcy
Estate of Ammon Edward Bundy*

### THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>AMMON EDWARD BUNDY,<br><br>Debtor. | Bankruptcy Case 24-23530<br>(Chapter 7)<br><br>Judge William T. Thurman |

### ORDER GRANTING APPLICATION TO EMPLOY SUMMIT TAX SERVICE, LLC AS THE CHAPTER 7 TRUSTEE'S ACCOUNTANT

The matter before the Court is Trustee Mark C. Rose's ("Trustee") *Application to Employ Summit as the Chapter 7 Trustee's Accountant* (the "Application"). The Application seeks the Court's authorization for Trustee to employ Summit Tax Service, LLC ("Summit") as his accountant.

The Application was properly served through the Court's CM/ECF system on all parties that have requested electronic service in this case, and no further notice of the Application is required. No responses to the Application have been filed.

The Court has reviewed the Application, and the declaration of Erik Stevenson filed in support of the Application, as well as applicable law. Based thereon, the Court finds that the employment of Summit as Trustee's accountant is in the best interest of Debtor's bankruptcy estate.

For these reasons, and for good cause shown, **IT IS HEREBY ODERED** as follows:

1. The Application is **APPROVED**; and

2. Trustee is authorized under 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014 to employ Summit as his accountant.

---------------------------------------------END OF ORDER---------------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING APPLICATION TO EMPLOY SUMMIT TAX SERVICE, LLC AS THE CHAPTER 7 TRUSTEE'S ACCOUNTANT** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

George B. Hofmann,   ghofmann@ck.law, mparks@ck.law;enilson@ck.law
Mark C. Rose, Trustee, trustee@mbt-law.com, mrose@mbt-law.com
United States Trustee  USTPRegion19.SK.ECF@usdoj.gov
**All other parties entitled to CM-ECF notice in this case** and first class mail, postage prepaid, to the following:

**Ammon Edward Bundy**
P.O. Box 1062
Cedar City, UT 84721

_____
Deputy Clerk

United States Bankruptcy Court
District of Utah

In re: Case No. 24-23530-WTT
Ammon Edward Bundy  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-4    User: admin    Page 1 of 4
Date Rcvd: Jan 06, 2026    Form ID: pdfor1    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ammon Edward Bundy, P.O. Box 1062, Cedar City, UT 84721-0991 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin David Passey | on behalf of Creditor St. Luke's Regional Medical Center Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Chris Roth bdpassey@hollandhart.com phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Plaintiff Natasha Erickson M.D. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor St. Luke's Health System Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Plaintiff Tracy Jungman N.P. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Creditor Tracy Jungman N.P. bdpassey@hollandhart.com, phowell@hollandhart.com |

Case 24-23530　Doc 506　Filed 01/08/26　Entered 01/08/26 22:27:21　Desc Imaged
Certificate of Notice　Page 5 of 7

| | | |
|---|---|---|
| District/off: 1088-4 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdfor1 | Total Noticed: 1 |

| | |
|---|---|
| Benjamin David Passey | on behalf of Creditor Natasha Erickson M.D. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Plaintiff St. Luke's Regional Medical Center Ltd. bdpassey@hollandhart.com, phowell@hollandhart.com |
| Benjamin David Passey | on behalf of Plaintiff Chris Roth bdpassey@hollandhart.com phowell@hollandhart.com |
| Darren G. Reid | on behalf of Creditor Chris Roth dgreid@hollandhart.com cfries@hollandhart.com |
| Darren G. Reid | on behalf of Creditor St. Luke's Health System Ltd. dgreid@hollandhart.com, cfries@hollandhart.com |
| Darren G. Reid | on behalf of Plaintiff Chris Roth dgreid@hollandhart.com cfries@hollandhart.com |
| Darren G. Reid | on behalf of Creditor Tracy Jungman N.P. dgreid@hollandhart.com, cfries@hollandhart.com |
| Darren G. Reid | on behalf of Plaintiff Natasha Erickson M.D. dgreid@hollandhart.com, cfries@hollandhart.com |
| Darren G. Reid | on behalf of Plaintiff St. Luke's Regional Medical Center Ltd. dgreid@hollandhart.com, cfries@hollandhart.com |
| Darren G. Reid | on behalf of Creditor Natasha Erickson M.D. dgreid@hollandhart.com, cfries@hollandhart.com |
| Darren G. Reid | on behalf of Plaintiff Tracy Jungman N.P. dgreid@hollandhart.com, cfries@hollandhart.com |
| Darren G. Reid | on behalf of Creditor St. Luke's Regional Medical Center Ltd. dgreid@hollandhart.com, cfries@hollandhart.com |
| David W. Newman tr | on behalf of U.S. Trustee United States Trustee david.w.newman@usdoj.gov Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov |
| Engels Tejeda | on behalf of Plaintiff St. Luke's Health System Ltd. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com |
| Engels Tejeda | on behalf of Creditor Natasha Erickson M.D. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com |
| Engels Tejeda | on behalf of Creditor St. Luke's Health System Ltd. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com |
| Engels Tejeda | on behalf of Creditor Tracy W. Jungman ejtejeda@hollandhart.com slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com |
| Engels Tejeda | on behalf of Plaintiff Chris Roth ejtejeda@hollandhart.com slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com |
| Engels Tejeda | on behalf of Plaintiff Natasha D. Erickson ejtejeda@hollandhart.com slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com |
| Engels Tejeda | on behalf of Creditor Tracy Jungman N.P. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com |
| Engels Tejeda | on behalf of Creditor Chris Roth ejtejeda@hollandhart.com slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com |
| Engels Tejeda | on behalf of Plaintiff Tracy Jungman N.P. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com |
| Engels Tejeda | on behalf of Plaintiff Natasha Erickson M.D. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com |
| Engels Tejeda | on behalf of Creditor St. Luke's Regional Medical Center Ltd. ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com |

Case 24-23530　Doc 506　Filed 01/08/26　Entered 01/08/26 22:27:21　Desc Imaged
Certificate of Notice　Page 6 of 7

| | | |
|---|---|---|
| District/off: 1088-4 | User: admin | Page 3 of 4 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdfor1 | Total Noticed: 1 |

Engels Tejeda

　　　　on behalf of Plaintiff St. Luke's Regional Medical Center Ltd. ejtejeda@hollandhart.com,
　　　　slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Engels Tejeda

　　　　on behalf of Creditor Natasha D. Erickson ejtejeda@hollandhart.com
　　　　slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Engels Tejeda

　　　　on behalf of Creditor St Luke's Regional Medical Center Ltd. ejtejeda@hollandhart.com,
　　　　slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

Erik F. Stidham

　　　　on behalf of Plaintiff Natasha D. Erickson efstidham@hollandhart.com
　　　　dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

　　　　on behalf of Plaintiff Natasha Erickson M.D. efstidham@hollandhart.com,
　　　　dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

　　　　on behalf of Plaintiff Chris Roth efstidham@hollandhart.com dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

　　　　on behalf of Creditor Natasha Erickson M.D. efstidham@hollandhart.com,
　　　　dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

　　　　on behalf of Creditor Chris Roth efstidham@hollandhart.com dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

　　　　on behalf of Creditor St. Luke's Health System Ltd. efstidham@hollandhart.com,
　　　　dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

　　　　on behalf of Creditor Tracy Jungman N.P. efstidham@hollandhart.com,
　　　　dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

　　　　on behalf of Plaintiff Tracy Jungman N.P. efstidham@hollandhart.com,
　　　　dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

　　　　on behalf of Plaintiff St. Luke's Regional Medical Center Ltd. efstidham@hollandhart.com,
　　　　dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

　　　　on behalf of Creditor St. Luke's Regional Medical Center Ltd. efstidham@hollandhart.com,
　　　　dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

Erik F. Stidham

　　　　on behalf of Plaintiff St. Luke's Health System Ltd. efstidham@hollandhart.com,
　　　　dljenkins@hollandhart.com;boiseintaketeam@hollandhart.com

George B. Hofmann

　　　　on behalf of Trustee Mark C. Rose tr ghofmann@ck.law mparks@ck.law;enilson@ck.law

George B. Hofmann

　　　　on behalf of Plaintiff Mark C. Rose ghofmann@ck.law mparks@ck.law;enilson@ck.law

Jeffrey L. Trousdale

　　　　on behalf of Plaintiff Mark C. Rose jtrousdale@cohnekinghorn.com mparks@ck.law;enilson@ck.law

Jennifer Aiko

　　　　on behalf of Plaintiff Tracy Jungman N.P. jmaiko@hollandhart.com

Jennifer Aiko

　　　　on behalf of Creditor Tracy Jungman N.P. jmaiko@hollandhart.com

Jennifer Aiko

　　　　on behalf of Plaintiff Natasha Erickson M.D. jmaiko@hollandhart.com

Jennifer Aiko

　　　　on behalf of Creditor Natasha Erickson M.D. jmaiko@hollandhart.com

Jennifer Aiko

　　　　on behalf of Creditor St. Luke's Health System Ltd. jmaiko@hollandhart.com

Jennifer Aiko

　　　　on behalf of Creditor St. Luke's Regional Medical Center Ltd. jmaiko@hollandhart.com

Jennifer Aiko

　　　　on behalf of Creditor Chris Roth jmaiko@hollandhart.com

| | | |
|---|---|---|
| District/off: 1088-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdfor1 | Total Noticed: 1 |

Mark C. Rose tr
    on behalf of Trustee Mark C. Rose tr trustee.mrose@rqn.com  UT32@ecfcbis.com

Mark C. Rose tr
    on behalf of Accountant Erik Stevenson trustee.mrose@rqn.com  UT32@ecfcbis.com

Mark C. Rose tr
    trustee.mrose@rqn.com  UT32@ecfcbis.com

Matthew James Burne
    on behalf of U.S. Trustee United States Trustee matthew.burne@usdoj.gov
    Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

United States Trustee
    USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 59