Mark C. Rose, Bar No. 13855
**MCKAY, BURTON & THURMAN, P.C.**
City Creek Center
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 323-3390
Facsimile: (801) 532-7543
E-mail: mrose@rqn.com
*Trustee of the Chapter 7 Bankruptcy*
*Estate of Ammon Edward Bundy*

### THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In re:<br><br>AMMON E. BUNDY<br><br>Debtors. | Bankruptcy Case 24-23530<br>(Chapter 7)<br><br>Judge William T. Thurman |
|---|---|

### FINAL FEE APPLICATION OF TRUSTEE'S ACCOUNTANT FOR ALLOWANCE OF COMPENSATION AS AN ADMINISTRATIVE EXPENSE

The application of Summit Tax Service, LLC ("Applicant"), Accountant for the Trustee of the above referenced debtor, respectfully represents:

1. On the 17th day of July 2024, the above referenced Debtors filed a Chapter 7 proceeding under 11 U.S.C. of the Bankruptcy Code. Mr. Mark C. Rose is the court appointed Trustee.

2. Pursuant to an Order of the Court dated the 6th day of January 2026, your Applicant was employed as the Accountant for the Trustee.

3. Pursuant to 11 U.S.C. § 328, Applicant makes this application for an allowance for reasonable compensation for services rendered by Applicant in this proceeding from January 6, 2026, through and including February 23, 2026.

4. All services for which Applicant seeks compensation were performed for and on behalf of said bankruptcy estate and not on behalf of any other estate or individual creditor or other person, and no agreement or understanding exists between Applicant and any other persons for division of compensation.

5. Applicant has rendered professional services to the Trustee including the following:
    a. TAX WORK – Review real estate sales records and other financial records maintained by the Trustee in the course of administering the estate. Prepare federal and Utah tax returns for the debtor estate for the short fiscal year ending December 30, 2025.

6. Your Applicant has received no payment and no promise for payment from any other source for services rendered or to be rendered in any capacity in connection with this case.

7. There is no agreement or understanding between your Applicant and any other person for the sharing of the compensation to be received for the services rendered in this case.

8. The following Summit Tax Service LLC personnel billed time in this application. Total time billed by each person by project is included in Exhibit A.

    | Personnel | Hourly Rate |
    |---|---|
    | Erik Stevenson, CPA | $250 |

9. For the period January 6, 2026, through February 23, 2026, your Applicant has rendered services valued at $750.00 as Accountant for the Trustee in connection with the above matters. This amount is based on services itemized in detail on the attached time

summary (Exhibit A). This is the initial and final application for compensation from Accountant to the Trustee regarding the referenced bankruptcy estate.

WHEREFORE, based on the foregoing, Applicant requests that it be awarded and paid the sum of $750.00 as Chapter 7 priority administrative compensation for actual, reasonable, and necessary fees for services rendered during the application period January 6, 2026, through February 23, 2026.

DATED this 23rd day of February, 2026.

                                      **Summit Tax Service, LLC**
                                        /s/ Erik Stevenson
                                      Erik Stevenson, CPA
                                      Accountant for the Trustee

# AMMON E. BUNDY BANKRUPTCY ESTATE

# EXHIBIT A

BILLING SUMMARY OF PROFESSIONAL SERVICES RENDERED BY

SUMMIT TAX SERVICE, LLC

FOR THE PERIOD

JANUARY 6, 2026 TO FEBRUARY 23, 2026

| DATE | SERVICES | HOURS | RATE | FEE |
|---|---|---|---|---|
| 01/06/2026 | File prep and collection of pertinent facts | 0.4 | $250 | $100 |
| 01/07/2026 | Preparation of the federal and state returns | 2.2 | $250 | $550 |
| 02/23/2026 | Prepare mailing package and fee application | 0.4 | $250 | $100 |
| | **TOTALS** | **3.0** | | **$750** |